```
UNITED STATES DISTRICT COURT              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK             DOCUMENT
------------------------------------------X  ELECTRONICALLY FILED
                                    :     DOC #:_____
ULKU ROWE,                          :     DATE FILED: 11/15/2019
                                    :
                    Plaintiff,      :
                                    :     19 Civ. 8655 (LGS)
          -against-                 :
                                    :           ORDER
GOOGLE LLC,                         :
                                    :
                    Defendant.      :
------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference is scheduled for November 21, 2019;

WHEREAS, the parties failed to file their joint letter and proposed Case Management Plan and Scheduling Order by November 14, 2019, as required by this Court's Order (Dkt. 6). It is hereby

**ORDERED** that the parties shall file their joint letter and proposed Case Management Plan and Scheduling Order as soon as possible, and in any event no later than **November 18, 2019 at 10 a.m.**

Dated: November 15, 2019
       New York, New York

                                    _____
                                    **LORNA G. SCHOFIELD**
                                    **UNITED STATES DISTRICT JUDGE**