AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Ulku Rowe | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:19-cv-08655-LGS |
| Google LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Google LLC                                                                                              .

Date:     11/15/2019

/s/ Kenneth W. Gage
*Attorney's signature*

Kenneth Gage (2477784)
*Printed name and bar number*

Paul Hastings LLP
200 Park Avenue
New York, NY 10166

*Address*

kennethgage@paulhastings.com
*E-mail address*

(212) 318-6000
*Telephone number*

(212) 319-4090
*FAX number*