AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Ulku Rowe | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:19-cv-08655-LGS |
| Google LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Google LLC.

Date: 11/15/2019

/s/ Caitlin Brown
*Attorney's signature*

Caitlin Brown (5219506)
*Printed name and bar number*

Paul Hastings LLP
200 Park Avenue
New York, NY 10166

*Address*

caitlinbrown@paulhastings.com
*E-mail address*

(212) 318-6000
*Telephone number*

(212) 319-4090
*FAX number*