

November 15, 2019

**Via ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street, Chambers 1350
New York, NY 10007

    Re:  <u>Ulke Rowe v. Google LLC, Case No. 1:19-cv-08655-LGS</u>

Dear Judge Schofield:

  Counsel for Plaintiff and Defendant jointly write to request an adjournment of the preliminary conference in this case, which is currently scheduled for November 21, 2019 at 10:40 a.m., as well as the Court's related order that the Parties file their joint letter and proposed Case Management Plan and Scheduling Order no later than November 18, 2019 at 10:00 a.m.

  Plaintiff has received a Notice of Right to Sue from the Equal Employment Opportunity Commission and, consequently, intends to file an amended complaint in this action. Additionally, this case is subject to the Second Amended Standing Administrative Order, 11-Misc-003 (S.D.N.Y. Oct. 1, 2015) and the Initial Discovery Protocols for Employment Cases Alleging Adverse Action. An adjournment will promote efficiency as the information and documents exchanged in the initial discovery will aid the Parties in drafting the case management plan and scheduling order, as contemplated by the Standing Order incorporated into the Initial Discovery Protocols for Employment Cases Alleging Adverse Action. This is the Parties' first request for an adjournment.

  The Parties have conferred and stipulated to the following schedule and respectfully request that the Court So Order the Proposed Schedule.

|  | **Original Date:** | **Proposed Date:** |
|---|---|---|
| Plaintiff to File First Amended Complaint |  | November 22, 2019 |
| Defendant to File Answer to Plaintiff's First Amended Complaint |  | December 6, 2020 |
| Completion of Initial Discovery pursuant to Pilot Project Protocols |  | January 7, 2020 |

New York 685 Third Avenue 25th Floor New York, NY 10017 Tel (212) 245-1000 Fax (646) 509-2060
Chicago 161 N Clark Street Suite 1600 Chicago, IL 60601 Tel (312) 809-7010 Fax (312) 809-7011
San Francisco One California Street 12th Floor San Francisco, CA 94111 Tel (415) 638-8800 Fax (415) 638-8810
Washington DC 601 Massachusetts Ave NW Suite 200W Washington, DC 20001 Tel (202) 847-4400 Fax (202) 847-4410

www.outtengolden.com

The Honorable Lorna G. Schofield
November 15, 2019
Page 2 of 2

| Filing of joint letter and proposed Case Management Plan and Scheduling Order | | January 13, 2020 |
|---|---|---|
| Preliminary Conference | November 21, 2019 | On or after January 13, 2020 |
| Completion of Meditation | | February 14, 2020 |

Respectfully submitted,

_____        _____

Kenneth W. Gage                              Cara E. Greene
Paul Hastings LLP                            Outten & Golden LLP
200 Park Avenue                              685 Third Avenue, 25th Floor
New York, NY 10166                           New York, NY 10017
*Counsel for the Defendant*                  *Counsel for the Plaintiff*

cc: All parties (via ECF)

SO ORDERED:

_____        _____
The Honorable Lorna G. Schofield             Date

United States District Judge
Southern District of New York
500 Pearl Street, Chambers 1350
New York, NY 10007