

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2019

**Via ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street, Chambers 1350
New York, NY 10007

      Re:    *Ulke Rowe v. Google LLC, Case No. 1:19-cv-08655-LGS*

Dear Judge Schofield:

      Counsel for Plaintiff and Defendant jointly write to request an adjournment of the preliminary conference in this case, which is currently scheduled for November 21, 2019 at 10:40 a.m., as well as the Court's related order that the Parties file their joint letter and proposed Case Management Plan and Scheduling Order no later than November 18, 2019 at 10:00 a.m.

      Plaintiff has received a Notice of Right to Sue from the Equal Employment Opportunity Commission and, consequently, intends to file an amended complaint in this action. Additionally, this case is subject to the Second Amended Standing Administrative Order, 11-Misc-003 (S.D.N.Y. Oct. 1, 2015) and the Initial Discovery Protocols for Employment Cases Alleging Adverse Action. An adjournment will promote efficiency as the information and documents exchanged in the initial discovery will aid the Parties in drafting the case management plan and scheduling order, as contemplated by the Standing Order incorporated into the Initial Discovery Protocols for Employment Cases Alleging Adverse Action. This is the Parties' first request for an adjournment.

      The Parties have conferred and stipulated to the following schedule and respectfully request that the Court So Order the Proposed Schedule.

|  | **Original Date:** | **Proposed Date:** |
| --- | --- | --- |
| Plaintiff to File First Amended Complaint |  | November 22, 2019 |
| Defendant to File Answer to Plaintiff's First Amended Complaint |  | December 6, 2020 |
| Completion of Initial Discovery pursuant to Pilot Project Protocols |  | January 7, 2020 |

New York  685 Third Avenue  25th Floor  New York, NY 10017  Tel (212) 245-1000  Fax (646) 509-2060
Chicago  161 N Clark Street  Suite 1600  Chicago, IL 60601  Tel (312) 809-7010  Fax (312) 809-7011
San Francisco  One California Street  12th Floor  San Francisco, CA 94111  Tel (415) 638-8800  Fax (415) 638-8810
Washington DC  601 Massachusetts Ave NW  Suite 200W  Washington, DC 20001  Tel (202) 847-4400  Fax (202) 847-4410
www.outtengolden.com

| Filing of joint letter and proposed Case Management Plan and Scheduling Order | | January 13, 2020 |
|---|---|---|
| Preliminary Conference | November 21, 2019 | On or after January 13, 2020 |
| Completion of Meditation | | February 14, 2020 |

Respectfully submitted,

| | |
|---|---|
| Kenneth W. Gage | Cara E. Greene |
| Paul Hastings LLP | Outten & Golden LLP |
| 200 Park Avenue | 685 Third Avenue, 25th Floor |
| New York, NY 10166 | New York, NY 10017 |
| *Counsel for the Defendant* | *Counsel for the Plaintiff* |

cc: All parties (via ECF)

Application DENIED IN PART. The Court does not ordinarily adjourn initial pretrial conferences pending an amended complaint.

The initial pretrial conference, scheduled for November 21, 2019, is adjourned to December 5, 2019, at 10:40 a.m. The parties shall file the joint letter and proposed Case Management Plan and Scheduling Order by November 28, 2019.

The parties shall otherwise comply with the schedule proposed herein: Plaintiff shall file the First Amended Complaint by November 22, 2019, Defendant shall file its answer by December 6, 2019, the parties shall complete the initial discovery required by the pilot discovery protocols by January 7, 2020 and the parties shall complete mediation by February 14, 2020.

Dated: November 19, 2019
      New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**