

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/27/2019

November 26, 2019

**Via ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street, Chambers 1350
New York, NY 10007

Application DENIED. Plaintiff may be represented at the initial pretrial conference by any counsel from Outten & Golden LLP who is sufficiently knowledgeable to speak to any issues raised in the joint letter filed pursuant to the Court Order at Dkt. No. 6.

Dated: November 27, 2019
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: *Ulke Rowe v. Google LLC, Case No. 1:19-cv-08655-LGS*

Dear Judge Schofield:

We represent Plaintiff in this case and write to request an adjournment of the preliminary conference, which is currently scheduled for December 5, 2019 at 10:40 a.m. The undersigned, Plaintiff's lead trial counsel, will be out-of-state on a pre-scheduled trip December 4-6, 2019.[1] This is the second request for an adjournment and will not impact any other dates in this case. Defendant consents to this adjournment and the Parties are available on December 9, 11, 12 (after 12:30 p.m.), or 13 (after 11:30 a.m.).

Respectfully submitted,

Cara E. Greene

cc: All parties (via ECF)

SO ORDERED:

_____     _____
The Honorable Lorna G. Schofield                Date

United States District Judge
Southern District of New York
500 Pearl Street, Chambers 1350
New York, NY 10007

---

[1] Plaintiff is aware of the Court's Individual Practices, requiring that trial counsel be present at all conferences. However, if the Court so prefers, another partner of Outten & Golden is available to attend the December 5, 2019 conference, in lieu of the undersigned.

New York  685 Third Avenue  25th Floor  New York, NY 10017  Tel (212) 245-1000  Fax (646) 509-2060
Chicago  161 N Clark Street  Suite 1600  Chicago, IL 60601  Tel (312) 809-7010  Fax (312) 809-7011
San Francisco  One California Street  12th Floor  San Francisco, CA 94111  Tel (415) 638-8800  Fax (415) 638-8810
Washington DC  601 Massachusetts Ave NW  Suite 200W  Washington, DC 20001  Tel (202) 847-4400  Fax (202) 847-4410
www.outtengolden.com