UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ULKU ROWE,<br><br>        Plaintiff,<br><br>-against-<br><br>GOOGLE LLC,<br><br>        Defendant. | No. 1:19-cv-08655 (LGS)(GWG)<br><br>**DEFENDANT GOOGLE LLC'S CORPORATE DISCLOSURE STATEMENT** |

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Google LLC (a private non-governmental party) certifies that Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

      The undersigned also certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Google LLC
2. XXVI Holdings Inc., Holding Company of Google LLC
3. Alphabet Inc., Holding Company of XXVI Holdings Inc.

The filing of this statement does not waive any argument, claim, or defense available to Google LLC in this action.

Dated: New York, New York  
       December 2, 2019

PAUL HASTINGS LLP

By: _____  
Kenneth W. Gage  
Caitlin D. Brown  
200 Park Avenue  
New York, New York  10166  
Telephone:  1(212) 318-6000  
kennethgage@paulhastings.com  
caitlinbrown@paulhastings.com

*Attorneys for Defendant*  
GOOGLE LLC