```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
------------------------------------------------X  ELECTRONICALLY FILED
                                                :  DOC #:_____
ULKA ROWE,                                      :  DATE FILED: 12/03/2019
                                                :
                          Plaintiff,            :
                                                :      19 Civ. 8655 (LGS)
            -against-                           :
                                                :            ORDER
GOOGLE LLC,                                     :
                                                :
                          Defendant.            :
------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for December 3, 2019;

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan; it is hereby

**ORDERED** that the December 3, 2019, initial pretrial conference is **CANCELLED**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

**ORDERED** that if Defendant(s) seek to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2. It is further

**ORDERED**, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a <u>joint</u> letter on ECF requesting a referral.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: December 3, 2019
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**