

OUTTEN & GOLDEN LLP

Advocates for Workplace Fairness

February 7, 2020

**Via ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street, Chambers 1350
New York, NY 10007

   Re*:* *Ulku Rowe v. Google LLC,*
     Case No. 1:19-cv-08655-LGS

Dear Judge Schofield:

   We represent Plaintiff Ulku Rowe in the above-referenced matter. We write to respectfully request an extension of the deadline to complete mediation. The current deadline is February 14, 2020. The undersigned, Plaintiff's lead trial counsel, is taking an unanticipated family medical leave of absence for at least two weeks, due to her child being unexpectedly hospitalized. Thus, the Parties will be unable to complete mediation by the original deadline and respectfully request an extension of the deadline to complete mediation through March 13, 2020.

   The Parties have conferred and Defendant consents to the above extension and has confirmed availability to complete mediation in March. The assigned mediator also has confirmed his availability in March. This is the first request for an extension and will not impact any other dates in this case. We thank the Court for its consideration.

      Respectfully Submitted,

      Cara E. Greene

cc:  All Parties (via ECF)

New York 685 Third Avenue  25th Floor  New York, NY 10017  Tel (212) 245-1000  Fax (646) 509-2060
Chicago 161 N Clark Street  Suite 1600  Chicago, IL 60601  Tel (312) 809-7010  Fax (312) 809-7011
San Francisco One California Street  12th Floor  San Francisco, CA 94111  Tel (415) 638-8800  Fax (415) 638-8810
Washington DC 601 Massachusetts Ave NW  Suite 200W  Washington, DC 20001  Tel (202) 847-4400  Fax (202) 847-4410

www.outtengolden.com