# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ULKU ROWE,<br><br>   Plaintiff,<br><br> -against-<br><br>GOOGLE LLC<br><br>   Defendant. | No. 19 Civ. 08655<br><br>**[PROPOSED] ORDER** |

LORNA G. SCHOFIELD, District Judge:

On April 21, 2020, the Parties jointly requested an amendment to the discovery schedule. *See* ECF No. 28. For good cause shown, the Parties' request is hereby **GRANTED** and the Court sets the following revised discovery schedule:

1. Deadline to Serve Interrogatories: August 17, 2020

2. Deadline to Identify Expert: August 21, 2020

3. Deadline to Complete All Fact Discovery: September 4, 2020

4. Deadline for Parties to Submit Joint Status Letter: September 18, 2020

5. Deadline to Complete Depositions: September 21, 2020

6. Deadline for Requests to Admit: October 16, 2020

7. Deadline to Complete Expert Discovery: October 22, 2020

8. Pre-Motion Conference for Dispositive Motions: November 11, 2020

IT IS SO ORDERED.

DATED: _____        _____

                         Hon. Lorna G. Schofield
                         United States District Judge