AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Ulku Rowe | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 1:19-cv-08655-LGS |
| Google LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Ulku Rowe.

Date:   04/29/2020

/s/ Shira Z. Gelfand
*Attorney's signature*

Shira Z. Gelfand; NY5662622
*Printed name and bar number*

Outten & Golden LLP
685 Third Avenue, 25th Floor
New York, NY 10017
*Address*

sgelfand@outtengolden.com
*E-mail address*

(347) 390-2110
*Telephone number*

(646) 509-2060
*FAX number*