May 7, 2020

**By ECF:**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street, Chambers 1350
New York, New York 10007

Re: *Ulku Rowe v. Google LLC*, Case No. 1:19-cv-08655 (LGS)(GWG)

Dear Judge Schofield,

Plaintiff Ulku Rowe and Defendant Google LLC jointly submit this letter pursuant to the Court's Order dated April 30, 2020, to provide call-in information for the discovery conference call scheduled for May 14, 2020 at 10:40 a.m.:

      Phone number: (855) 282-6330
      Access Code: 924 546 181

The parties thank the Court for its consideration of this matter.

Respectfully submitted,

Kenneth W. Gage
Caitlin D. Brown
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
caitlinbrown@paulhastings.com
t: (212) 318-6601
*Counsel for the Defendant*

Cara E. Greene
Shira Z. Gelfand
Outten & Golden LLP
685 Third Avenue, 25th Floor
New York, NY 10017
ceg@outtengolden.com
t: (212) 209-0671
*Counsel for the Plaintiff*

cc: All parties (via ECF)