UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: June 1, 2020

----------------------------------------------------------X

ULKU ROWE,

                    Plaintiff(s),

-against-

GOOGLE LLC,

                    Defendant(s).

----------------------------------------------------------X

19   Civ. 8655     (LGS)

ORDER OF REFERENCE
TO A
MAGISTRATE JUDGE

LORNA G. SCHOFIELD, District Judge:

The above entitled action is referred to the Hon. Gabriel W. Gorenstein
United States Magistrate Judge, for the following purpose(s):

✔  GENERAL PRE-TRIAL (includes
scheduling, discovery, non-dispositive pre-trial
motions and settlement)

_____  GENERAL PRE-TRIAL &
DISPOSITIVE MOTION (all purposes except
trial)

_____  DISPOSITIVE MOTION (i.e., a motion
requiring a Report & Recommendation)

_____  SPECIFIC NON-DISPOSITIVE
MOTION / DISPUTE (including discovery
dispute) *

_____

_____

_____  JURY SELECTION

_____  HABEAS CORPUS

_____  INQUEST AFTER DEFAULT /
DAMAGES HEARING

_____  SOCIAL SECURITY

_____  SETTLEMENT

_____  CONSENT UNDER 28 U.S.C. 636(c)
FOR ALL PURPOSES (including trial)

_____  CONSENT UNDER 28 U.S.C. 636(c)
FOR LIMITED PURPOSE OF

_____

_____

SO ORDERED.

Dated:  June 1, 2020
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

* Do not check if already referred for General Pre-Trial.