AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| ULKU ROWE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-cv-08655-LGS-GWG |
| GOOGLE LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

GOOGLE LLC                                                                                              .

Date:   06/22/2020

*Attorney's signature*

Sara B. Tomezsko
*Printed name and bar number*
Paul Hastings LLP
200 Park Avenue
New York, New York 10166

*Address*

saratomezsko@paulhastings.com
*E-mail address*

(212) 318-6000
*Telephone number*

(212) 319-4090
*FAX number*