UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ULKU ROWE,<br><br>    Plaintiff,<br><br>  -against-<br><br>GOOGLE LLC,<br><br>    Defendant. | No. 1:19-cv-08655 (LGS)(GWG) |

### NOTICE OF WITHDRAWAL OF CAITLIN D. BROWN AS COUNSEL OF RECORD AND [PROPOSED] ORDER

**PLEASE TAKE NOTICE** that, I, Caitlin D. Brown, of the law firm Paul Hastings LLP, hereby withdraw as counsel of record for Defendant Google LLC ("Google"). I am withdrawing as counsel of record for Defendant because I am separating from Paul Hastings LLP. I am neither retaining nor charging a lien in this matter. Defendant continues to be represented in this matter by the other counsel of record at Paul Hastings LLP. I respectfully request that my name and email address be removed from the official docket.

Dated: June 22, 2020.

Respectfully Submitted,

By: _____
Caitlin D. Brown
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Phone: (212) 318-6000
Fax: (212) 319-4090
caitlinbrown@paulhastings.com

**SO ORDERED.**

Dated: _____, 2020

_____
Hon. Lorna G. Schofield
United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on the 22 day of June, 2020, she caused a true and correct copy of the attached NOTICE OF WITHDRAWAL OF CAITLIN D. BROWN AS COUNSEL OF RECORD AND [PROPOSED] ORDER to be served by ECF and first-class regular mail, upon Peter Cooper, Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043.

Dated: New York, New York
June 22, 2020

_____
Caitlin D. Brown