UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ULKU ROWE,<br><br>        Plaintiff,<br><br>-against-<br><br>GOOGLE LLC,<br><br>        Defendant. | No. 1:19-cv-08655 (LGS)(GWG) |

### NOTICE OF WITHDRAWAL OF CAITLIN D. BROWN AS COUNSEL OF RECORD AND ORDER

**PLEASE TAKE NOTICE** that, I, Caitlin D. Brown, of the law firm Paul Hastings LLP, hereby withdraw as counsel of record for Defendant Google LLC ("Google"). I am withdrawing as counsel of record for Defendant because I am separating from Paul Hastings LLP. I am neither retaining nor charging a lien in this matter. Defendant continues to be represented in this matter by the other counsel of record at Paul Hastings LLP. I respectfully request that my name and email address be removed from the official docket.

Dated: June 22, 2020.

Respectfully Submitted,

By: _____
Caitlin D. Brown
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Phone: (212) 318-6000
Fax: (212) 319-4090
caitlinbrown@paulhastings.com

**SO ORDERED.**

Dated: June 22, 2020

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

1