# MEMORANDUM ENDORSED

June 22, 2020

**Via ECF**

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 6B
New York, New York 10007

Re: *Ulku Rowe v. Google LLC*, Case No. 1:19-cv-08655 (LGS)(GWG)

Dear Judge Gorenstein,

Following Judge Schofield's May 14 Order in the above-referenced matter (Dkt. No. 39), and Order referring this matter to Your Honor for pre-trial matters (Dkt. No. 45), the parties have continued to confer in an attempt to resolve their disputes regarding discovery.

The parties have recently reached agreement regarding additional ESI search terms for Defendant to run on custodial collections of ESI, and Defendant is currently running those searches and collecting those documents for review. Defendant believes that the process of collecting, processing, and reviewing the results of these additional ESI search terms will take 3-4 weeks, given the press of other business, with the final production of documents continuing through the middle of July. Once this production is complete, Plaintiff will need time to review these documents prior to conducting certain depositions. As previously noted to the Court, the parties would like to conduct certain depositions in person, though parties' counsel are located in New York, and several witnesses are located in California. (Dkt. No. 31, at 2-3.)

Additionally, Caitlin Brown, one of the attorneys for Google principally defending this case has recently accepted a job with the EEOC and has departed Paul Hastings. The withdrawal of her appearance was filed today. This requires another attorney, Sara Tomezsko, to familiarize herself with the case as she joins the team.

The parties therefore jointly request a short extension to the discovery schedule in this matter, revising the Scheduling Order (Dkt. No. 44), as follows:

| Description | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Completion of all fact discovery (excluding depositions and requests to admit) | August 4, 2020 | September 4, 2020 |
| Service of Interrogatories pursuant to Fed. R. Civ. P. 33 | Not set by prior order | August 17, 2020 |
| Completion of Depositions pursuant to Fed. R. Civ. P. 30, 31 | Not set by prior order | September 21, 2020 |
| Service of Requests to admit pursuant to Fed. R. Civ. P. 36 | Not set by prior order | October 16, 2020 |
| Completion of all expert discovery | September 18, 2020 | October 22, 2020 |
| Deadline to meet and confer regarding a schedule for expert disclosures | July 6, 2020 | August 21, 2020 |
| Submission of a joint status letter, as outlined in Judge Schofield's Individual Rule IV.A.2 | July 6, 2020 | August 21, 2020 |
| Date of pre-motion conference | October 8, 2020 | |

LEGAL_US_W # 103532597.3

June __, 2020
Page 2

The parties believe this extension will allow them to complete the additional discovery ordered by the Court, and will allow the current circumstances related to COVID-19 to normalize enough to permit interstate travel, allowing these depositions to take place in person, if possible. To the extent in-person depositions are not feasible, the parties are prepared to complete depositions virtually by the proposed deadline.

This is the second request to extend discovery deadlines in this matter.

The parties thank the Court for its consideration of this matter.

Respectfully submitted,

| | |
|---|---|
| s/ *Kenneth W. Gage* | s/ *Cara E. Greene* |
| Kenneth W. Gage | Cara E. Greene |
| Sara B. Tomezsko | Shira Z. Gelfand |
| Paul Hastings LLP | Maya S. Jumper |
| 200 Park Avenue | Outten & Golden LLP |
| 685 Third Avenue, 25th Floor | New York, NY 10017 |
| New York, NY 10166 | ceg@outtengolden.com |
| kennethgage@paulhastings.com | t: (212) 209-0671 |
| t: (212) 318-6046 | *Counsel for the Plaintiff* |
| *Counsel for the Defendant* | |

cc: All parties (via ECF)

The proposed deadlines as set forth above are approved. The conference before Judge Schofield, previously scheduled for October 8, 2020, is adjourned to November 12, 2020, at 10:40 a.m.
So Ordered.
Dated: June 23, 2020

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge