

August 18, 2020

**Via ECF**

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 6B
New York, New York 10007

Re: *Ulku Rowe v. Google LLC*, Case No. 1:19-cv-08655 (LGS)(GWG)

Dear Judge Gorenstein,

We represent Google LLC in the above-captioned matter. Plaintiff has filed a discovery dispute letter (ECF 52) with the Court dated August 18, 2020. Pursuant to Section 2.A of your Individual Practices, Defendant must respond to this letter within two business days unless the parties agree otherwise. The parties have conferred and plaintiff consents to a one-day adjournment of the deadline to respond to the discovery dispute letter, through August 21, 2020, to account for the fact that both attorneys representing Defendant will be in an all-day mediation on August 19, 2020, in a separate matter. The one-day extension will not affect any other dates in the case.

We thank the Court for its consideration of this matter.

Respectfully submitted,

Kenneth W. Gage
Sara B. Tomezsko
Paul Hastings LLP
200 Park Avenue
685 Third Avenue, 25th Floor
New York, NY 10166
kennethgage@paulhastings.com
saratomezsko@paulhastings.com
t: (212) 318-6046
*Counsel for the Defendant*

cc: All parties (via ECF)