August 26, 2020

**VIA ECF**

The Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Ulku Rowe v. Google LLC*, Case No. 1:19-cv-08655 (LGS)(GWG)

Dear Judge Gorenstein:

Plaintiff Ulku Rowe and Defendant Google LLC jointly request that the Court enter an order granting the parties' request to remove Exhibit 2 to Plaintiff's August 18, 2020 letter requesting a pre-motion conference before Magistrate Judge Gabriel W. Gorenstein (ECF 52-2) from the docket.

Respectfully submitted,

_____
Kenneth W. Gage
Sara B. Tomezsko
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
*Counsel for the Defendant*

_____
Cara E. Greene
Shira Z. Gelfand
Maya S. Jumper
Outten & Golden LLP
685 Third Avenue, 25th Floor
New York, NY 10017
*Counsel for the Plaintiff*