# MEMORANDUM ENDORSEMENT

August 26, 2020

**VIA ECF**

The Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Ulku Rowe v. Google LLC*, Case No. 1:19-cv-08655 (LGS)(GWG)

Dear Judge Gorenstein:

Plaintiff Ulku Rowe and Defendant Google LLC jointly request that the Court enter an order granting the parties' request to remove Exhibit 2 to Plaintiff's August 18, 2020 letter requesting a pre-motion conference before Magistrate Judge Gabriel W. Gorenstein (ECF 52-2) from the docket.

Respectfully submitted,

_____            _____
Kenneth W. Gage                                    Cara E. Greene
Sara B. Tomezsko                                   Shira Z. Gelfand
Paul Hastings LLP                                  Maya S. Jumper
200 Park Avenue                                    Outten & Golden LLP
New York, NY 10166                                 685 Third Avenue, 25th Floor
*Counsel for the Defendant*                        New York, NY 10017
                                                   *Counsel for the Plaintiff*

**Because this document has not been considered by the Court in rendering a decision, the application is granted. The Clerk shall make Exhibit 52-2 unavailable to the parties or the public.**

**So Ordered.**

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
**August 26, 2020**