UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ULKU ROWE,                                             :

                                                         :  ORDER
                Plaintiff,                               19 Civ. 8655 (LGS) (GWG)
                                                          :

   -v.-
                                                            :

GOOGLE LLC,
                                                            :

                Defendant.                          :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      As was noted in the Court's Order of August 24, 2020 (Docket # 56), "both sides agree that there should be an adjustment to the discovery schedule." The Court instructed the parties to file either joint or competing proposed schedules "at their earliest convenience." No such filing has been made, however. Accordingly, the Court now sets a deadline of October 9, 2020, for that filing.

      SO ORDERED.

Dated: September 29, 2020
       New York, New York

                                                                             _____
                                                                             GABRIEL W. GORENSTEIN
                                                                             United States Magistrate Judge