# EXHIBIT 2

**From:** Tariq Shaukat <tshaukat@google.com>
**To:** Kevin Lucas <kevinlucas@google.com>, "Fiona O'Donnell" <fiona@google.com>
**Sent:** Wed, 5 Dec 2018 14:43:32 -0800
**Subject:** Ulku

I told Ulku the following:
- With THomas joining, I'm pausing the hiring of a full time person for a few weeks until we know what direction he wants to go
- I think in finserv we will likely be looking for someone with more sales and business development orientation
- As a result if/when we reopen, I don't expect that she would be a candidate there as on her interviews people were impressed with her technical capabilities but didn't feel that she has the necessary depth/breadth of experience on the business side

She countered that she's the best person internally and externally for the role, and I should just give it to her.

I responded "to be blunt, that's not going to happen for the reasons I just said. However, you're an incredibly valuable part of the team and I really would love for you to be engaged on the technical side of our work and I expect that you will need to build out a team to do that".

She then quickly asked about comp, esp re: her cash flow cliff. I told her I was aware but I didn't recall the details, but that I would have them tomorrow.

She fairly abruptly ended the meeting, I believe as someone was trying to use the room, so I didn't have a chance to talk her through reporting structure, so I need to follow up there - not good, unfortunately.

All in all, she was very disappointed, and I suspect is likely to leave.

Tariq



HLM 10/15/20
PLAINTIFF
**Exhibit 44**

CONFIDENTIAL                                                                                                                  GOOG-ROWE-00017643