# EXHIBIT 3

Page 1

1

2    IN THE UNITED STATES DISTRICT COURT

3    FOR THE SOUTHERN DISTRICT OF NEW YORK

4    Civil No.: 19 Civ. 08655 (LGS)(GWG)

5    ----------------------------------x

     ULKU ROWE,

6

              Plaintiff,

7

8

         - against -

9

10

     GOOGLE LLC,

11

              Defendant.

12   ----------------------------------x

                  October 14, 2020

13                9:39 a.m.

14

15        Videotaped Deposition of ULKU ROWE,

16   taken by Defendant, pursuant to Notice,

17   held via Google Hangouts videoconference,

18   before Todd DeSimone, a Registered

19   Professional Reporter and Notary Public of

20   the States of New York and New Jersey.

21

22

23

24

25

Page 282

```
 1                    U. ROWE
 2   mentioned that name a couple of times
 3   today, are you referring to Diane Greene?
 4        A.    I am, yes.
 5        Q.    And just for the record, who is
 6   Diane Greene?
 7        A.    Diane Greene used to be the CEO
 8   of Google Cloud.
 9        Q.    And have you ever met Diane
10   Greene?
11        A.    I have never had a one-on-one
12   with him, sorry, her, but I have been in,
13   you know, in meetings and I have seen her
14   live.
15        Q.    When you say you have seen her
16   live, do you mean you have seen her speak
17   at events?
18        A.    Town halls and meetings.
19        Q.    And have you ever had a
20   one-on-one face-to-face conversation with
21   Diane Greene?
22        A.    I have not.
23        Q.    Have you ever had any
24   substantive communications with Diane
25   Greene via any other means?
```

1                        U. ROWE

2          A.      I mean, I don't know what you

3    mean by substantive.   We have been in

4    e-mails together, but I didn't have a

5    one-on-one with her.

6          Q.      When you say you have been on

7    e-mails together, is that e-mails where she

8    may be CC'd on communications going on

9    between you and others in Tariq's

10   organization?

11         A.      Yes, those would be examples.

12         Q.      Can you think of any instances

13   where you and Diane Greene were e-mailing

14   back and forth between the two of you?

15         A.      No, I can't remember.

16         Q.      And you were never interviewed

17   by Diane Greene for the head of financial

18   services role, correct?

19         A.      I was scheduled to interview

20   with her, which got cancelled.

21         Q.      And it got cancelled because it

22   was announced that she was leaving Google

23   Cloud, correct?

24         A.      Correct, that's what I was

25   told.