# EXHIBIT 4

Tariq Shaukat
10/15/2020
1

```
1                    - TARIQ SHAUKAT -

2


3    IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF NEW YORK
4    -------------------------------------- X
     ULKU ROWE,
5
                    Plaintiff,
6
                                Case No.
7                               19 Civ. 08655(LGS)(GWG)

8                v.

9    GOOGLE LLC

10                  Defendant.

11   -------------------------------------- X

12   DATE:  October 15, 2020

13   TIME:  9:34 a.m.

14

15            VIDEOTAPED VIDEOCONFERENCE DEPOSITION

16   OF TARIQ SHAUKAT, held via Zoom, pursuant to

17   Notice, before Hope Menaker, a Shorthand Reporter

18   and Notary Public of the State of New York.

19

20

21

22

23

24

25
```

```
1                  - TARIQ SHAUKAT -
2    focused on?
3         A.    He was focused on the -- the title of
4    the vertical changed from time to time, but it was
5    broadly manufacturing and industrials.
6         Q.    And at the time he joined your group,
7    was there a VP of manufacturing and industrials?
8         A.    No, there was not.
9         Q.    And Evren, do you know what vertical
10   he was focused on?
11        A.    He was healthcare and life sciences.
12        Q.    Was there a VP of healthcare and life
13   sciences?
14        A.    There was, yes.
15        Q.    Who was that?
16        A.    His name is Greg Moore, M-O-O-R-E.
17        Q.    And what level was he?
18        A.    He was a VP, so level 10 VP.
19        Q.    Okay.  Were you involved in the
20   hiring of Stuart Breslow?
21        A.    I was, yes.
22        Q.    Okay, we're gonna go back to the Box.
23        A.    Okay.
24        Q.    And -- and I apologize if you already
25   clarified this, but Ben's vertical, was that
```

- TARIQ SHAUKAT -

Q. And what about Mr. Breslow's background made him an ideal candidate for that -- for that role?

A. Stuart had been a longtime chief compliance officer to highly-respected financial institutions in the field of compliance specifically, so Morgan Stanley and then Credit Suisse.

Before that he also had been a partner, subsequent to those experiences, at McKinsey focusing specifically on topics such as anti-money laundering, which was a very high-interest area for us from a product standpoint as well and so he -- and so he had both the -- and he had published a paper, I recall is the way we found him, on anti-money laundering that was quite influential on how we were thinking about the anti-money laundering space.

Q. Didn't he actually come to be known to Google through Ruth Porat?

A. He did not, no. At least, not to my knowledge. I -- I -- Ruth was not the person who identified him to me.

Q. And so you're not aware that he was