# EXHIBIT 5

ROUGH1111720VARDAMAN

1

1           - ROUGH DRAFT - STUART VARDAMAN -

2      REALTIME AND ROUGH DRAFT DISCLAIMER

3      ----------------------------------------------

4      For the parties working with realtime and rough

5      draft transcripts, understand that if you choose

6      to use the realtime rough draft screen or the

7      printout, that you are doing so with the

8      understanding that the rough draft is a

9      noncertified copy.

10

11          Case: Ulku Rowe v Google LLC

12          Witness:  Stuart Vardaman

13          Date:     November 17, 2020

14

15     REPORTER'S NOTE:

16     The rough draft transcript should not be cited at

17     any time since this deposition has been realtimed

18     and is in rough draft form.  There will be a

19     discrepancy regarding page and line number when

20     comparing the realtime screen, the rough draft,

21     rough draft disk, and the final transcript.

22

ROUGH1111720VARDAMAN

8       Q.    Are you aware of someone identifying

9    that they know someone at Google, has that ever

10   happened?

11       A.    Sure.

12       Q.    Okay, and someone identifies hey, I

13   worked with this person before, I knew this

14   person, would you ever speak to that person to get

15   feedback?

16       A.    No.

17       Q.    Was there a process by which Google

18   could identify if someone who was a candidate was

19   known to others within Google, had worked with

20   someone at Google before, et cetera?

21       A.    No.  That's not how it works.

22       <u>Q.</u>    <u>Were you involved in the hiring and</u>

23   <u>recruitment of Stuart Breslow?</u>

24       <u>A.</u>    <u>I was.</u>

25       Q.    Okay.  Was Ruth Porat someone who

23

1        - ROUGH DRAFT - STUART VARDAMAN -

2   knew Stuart Breslow?

3       A.    Stuart, as I recall, mentioned that

4   Ruth knew of him.

⌃

33

1              - ROUGH DRAFT - STUART VARDAMAN -

2        offer.

3              Q.     Are you involved -- is the

4        recruitment team involved in the crafting of the

5        offer?

6              A.     Tangentially.

7              Q.     How so?

8              A.     We will have obtained the candidate's

9        expectations.  We represent that faithfully to the

10       offer team and the offer team works with that

11       information in mind among others, among other

12       data, and ultimately comes back with us.

13             Q.     Okay.  That process that you've just

14       described for me generally, is that the process

15       that you followed with respect to the head of

16       financial services position in Tariq's

17       organization?

18             A.     That search was ultimately canceled.

19       So without some of the last points that I had

20       highlighted yes, it was.

21             Q.     Do you remember what process -- at

22       what point that process ended we respect to the

ROUGH1111720VARDAMAN

17          Q.      You can put that document aside.

18                  Were you involved in recruiting

19  Stuart Breslow at Google?

20          A.      Yes, I was.

21          Q.      In what ways were you involved?

22          A.      I was the primary recruiter, however

23  that search was different than some because Google

24  had retained an external search firm to do primary

25  execution on it.


                                                    116

1                   - ROUGH DRAFT - STUART VARDAMAN -

2           Q.      For what position was he being

3   recruited?

4           A.      It was a managing director, as I

5   recall, of compliance.

6           Q.      What level?

7           A.      MD would have been synonymous with an

8   L 9.

9           Q.      Do you recall who he interviewed

10  with, who his panel was?

11          A.      No, ma'am, I don't.

12          Q.      And so just to be clear:  He was not

13  recruited for the head of financial services role,