# EXHIBIT 6

```
 1                  -- BRIAN STEVENS --

 2     IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF NEW YORK
 3     --------------------------------------- X
       ULKU ROWE,
 4
                     Plaintiff,
 5
                                  Case No.
 6                                19 Civ. 08655(LGS)(GWG)

 7                  v.

 8     GOOGLE LLC

 9                   Defendant.

10     --------------------------------------- X

11     DATE:  November 13, 2020

12     TIME:  9:42 A.M.

13

14            VIDEOTAPED VIDEOCONFERENCE DEPOSITION

15     OF BRIAN STEVENS, held via Zoom, pursuant to

16     Notice, before Hope Menaker, a Shorthand Reporter

17     and Notary Public of the State of New York.

18

19

20

21

22

23

24

25
```

```
1                    -- BRIAN STEVENS --
2         Q.    And so with respect to that direct
3    experience within financial services organization,
4    is there anyone who had more of that experience in
5    Google Cloud than Ms. Rowe?
6               MR. GAGE:  Objection.
7         A.    In Cloud perhaps, but not that I'm
8    aware of.
9         Q.    Did you ever have any conversations
10   with Mr. Grannis regarding Ms. Rowe's role
11   specifically?
12              MR. GAGE:  Objection.
13        A.    Not that I recall specifically.
14        Q.    Did you ever have any discussions
15   with Mr. Grannis regarding Ms. Rowe's trajectory
16   at the company?
17              MR. GAGE:  Objection.
18        A.    No, not that I recall.
19        Q.    Did you have any conversations with
20   Mr. Grannis regarding Ms. Rowe's performance?
21        A.    Not that I recall.
22        Q.    Did you have any conversations with
23   Mr. Grannis regarding Ms. Rowe's compensation?
24        A.    Not that I recall.
25        Q.    Did you have any conversations with
```

1              -- BRIAN STEVENS --
2      Diane Greene regarding Ms. Rowe's role?
3          A.    Not that I recall.
4          Q.    Did you have any conversations with
5      Diane Greene regarding Ms. Rowe's trajectory at
6      the company?
7          A.    Not that I recall.
8          Q.    Did you have any conversations with
9      Diane Greene regarding Ms. Rowe's performance?
10         A.    No, not that I recall.
11         Q.    Did you have any conversations with
12     Diane Greene regarding Ms. Rowe's compensation?
13         A.    No, not that I recall.
14         Q.    Did you have any conversations with
15     anyone regarding Ms. Rowe's role at the company?
16             MR. GAGE:  Objection.
17         A.    Her current role?  I don't think I
18     understand that question.
19         Q.    When you were there, did you have any
20     conversations with anyone regarding Ms. Rowe and
21     her role at the company, her job at the company?
22             MR. GAGE:  Objection.
23         A.    Possibly.
24         Q.    Any that you recall with
25     particularity?

1              -- BRIAN STEVENS --
2         A.     No, not particular, no.
3         Q.     Did you have any -- while you were at
4    Google, did you have any conversations with anyone
5    regarding Ms. Rowe's performance?
6         A.     No, not that I recall.
7                MR. GAGE:  Objection.
8         Q.     While you were at the company, did
9    you have any conversations with anyone regarding
10   Ms. Rowe's compensation?
11        A.     Not that I recall.
12               MR. GAGE:  Objection.
13        Q.     Okay.  Did you play any role in
14   setting Ms. Rowe's compensation at the time of her
15   hire?
16        A.     Typically I wouldn't have.
17        Q.     Typically you wouldn't have what?
18        A.     Played a role in her compensation
19   unless an exception needed to be made.
20        Q.     Do you recall any of the technical
21   directors for whom you played a role in setting
22   their initial compensation?
23        A.     No, I don't recall being involved in
24   the compensation.
25        Q.     Did you play any role in setting what

```
 1                  -- BRIAN STEVENS --
 2    Ms. Rowe's level would be?
 3              MR. GAGE:  Objection.
 4        A.    Yeah, that's a broad question.  I was
 5    targeting -- you know, we were targeting Level 8
 6    hires in the CTO office, so not directly.
 7        Q.    Were some individuals brought in as
 8    Level 9?
 9        A.    Yes.
10        Q.    Were you involved in the decision to
11    bring individuals in at a Level 9?
12        A.    Indirectly.
13        Q.    In what way were you indirectly
14    involved?
15        A.    As the manager of Will.
16        Q.    And how did that indirect involvement
17    relate to hiring people as Level 9?
18        A.    Typically I'd be the approver, the
19    final approver.
20        Q.    And so would Mr. Grannis make the
21    recommendation with respect to what level someone
22    should be brought in?
23              MR. GAGE:  Objection.
24        A.    Not independently.
25        Q.    What's your understanding of how the
```