# EXHIBIT 7

```
 1                      - WILL GRANNIS -

 2     IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF NEW YORK
 3     -------------------------------------- X
       ULKU ROWE,
 4
                      Plaintiff,
 5
                                    Case No.
 6                                  19 Civ. 08655(LGS)(GWG)

 7                  v.

 8     GOOGLE LLC

 9                    Defendant.

10     -------------------------------------- X

11     DATE:  October 29, 2020

12     TIME:  11:33 A.M.

13

14             VIDEOTAPED VIDEOCONFERENCE DEPOSITION

15     OF WILL GRANNIS, held via Zoom, pursuant to

16     Notice, before Hope Menaker, a Shorthand Reporter

17     and Notary Public of the State of New York.

18

19

20

21

22

23

24

25
```

```
1                   - WILL GRANNIS -
2     organization.
3          Q.    Okay.  Are you in the -- are you in
4     the TSC job ladder?
5          A.    I am.
6          Q.    At the time you took on the position,
7     was there a job ladder that applied?
8          A.    When I took the position of, which
9     position?  The original --
10         Q.    When you were in OCTO, the time you
11    took the position in OCTO had the TSC job ladders
12    for OCTO been developed?
13         A.    No.
14         Q.    So you've had the opportunity to work
15    with Ms. Rowe while she's been at Google, correct?
16         A.    Yes.
17         Q.    In what capacity?
18         A.    Hiring manage --
19               MR. GAGE:  Objection.
20         A.    Hiring manager, direct manager twice.
21         Q.    And as her direct manager, what has
22    been the frequency of your interactions with her?
23         A.    As her direct manager we've had
24    standing one-to-ones since she started at -- at
25    Google, and then in the period of time when she
```