# Exhibit 2

```
 1                  - TARIQ SHAUKAT -

 2

 3   IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF NEW YORK
 4   ------------------------------------ X
     ULKU ROWE,
 5
                   Plaintiff,
 6
                                  Case No.
 7                                19 Civ. 08655(LGS)(GWG)

 8             v.

 9   GOOGLE LLC

10             Defendant.

11   ------------------------------------ X

12   DATE:  October 15, 2020

13   TIME:  9:34 a.m.

14

15          VIDEOTAPED VIDEOCONFERENCE DEPOSITION

16   OF TARIQ SHAUKAT, held via Zoom, pursuant to

17   Notice, before Hope Menaker, a Shorthand Reporter

18   and Notary Public of the State of New York.

19

20

21

22

23

24

25
```

```
1                    - TARIQ SHAUKAT -
2    A P P E A R A N C E S
3
4    OTTEN & GOLDEN LLP
5    Attorneys for Plaintiff
6         685 Third Avenue
7         New York, New York 10017
8    BY:  CARA E. GREENE, ESQ. (Via Zoom)
          SHIRA Z. GELFAND, ESQ. (Via Zoom)
9         MAYA S. JUMPER, ESQ.  (Via Zoom)
          ceg@outtengolden.com
10        sgelfand@outtengolden.com
11        mjumper@outtengolden.com
12
13
14   PAUL HASTINGS LLP
15   Attorneys for Defendant
16        200 Park Avenue
17        MetLife Building
18        New York, New York 10166
19   BY:  KENNETH W. GAGE, ESQ. (Via Zoom)
          SARA B. TOMEZSKO, ESQ.   (Via Zoom)
20        Kennethgage@paulhastings.com
          Saratomezsko@paulhastings.com
21
22   ALSO PRESENT:  (Via Zoom)
23    STEVE DECANIO - Videographer
24    PETER COOPER, ESQ.
25
```

1                  - TARIQ SHAUKAT -

2                  IT IS HEREBY STIPULATED AND AGREED by

3    and among the attorneys for the respective parties

4    hereto, that the sealing and filing of the within

5    deposition be waived.

6

7                  IT IS FURTHER STIPULATED AND AGREED

8    that all objections, except as to the form, are

9    reserved to the time of trial.

10

11                 IT IS FURTHER STIPULATED AND AGREED

12   that the within examination and any corrections

13   thereto may be signed before any Notary Public

14   with the same force and effect as if signed and

15   sworn to before this Court.

16

17

18

19

20

21

22

23

24

25

Tariq Shaukat
10/15/2020
53

```
 1                    - TARIQ SHAUKAT -
 2        A.      I may have seen it at some point, but
 3   I couldn't tell you right now what it is, no.
 4        Q.      Do you know what her experience in
 5   managing teams?
 6        A.      I have no firsthand knowledge.  I
 7   know that she told me that she managed teams.  At
 8   Google, she was largely an independent -- an
 9   individual contributor.  So my direct experience
10   with her was as an IC, as they refer to it in
11   Google.
12        Q.      Do you know how old she is?
13        A.      I do not.
14        Q.      How old do you think she is?
15        A.      I have no idea.  I really have no
16   basis for speculating.
17        Q.      So you don't know if she's the same
18   age as you?
19        A.      No.
20                MR. GAGE:  Objection.
21        A.      I do not.
22        Q.      And do you know whether she received
23   her Master's around the same time you did?
24                MR. GAGE:  Objection.
25        A.      No.  I -- I -- no is the answer.
```

- TARIQ SHAUKAT -

1
2  conversations prior to the announcement that
3  you've not already shared with me?
4       A.   No, that's -- not at this time.
5       Q.   What was your understanding of her
6  role prior to her joining your organizational
7  unit?
8       A.   So she had joined the office of the
9  CTO.  The role of the office of the CTO was to
10 provide deep technical advice on a peer basis with
11 chief architects and CTOs.
12           As I mentioned, the -- the title is a
13 fairly ambiguous one at least in my experience as
14 financial services.  So it was chief architect, I
15 believe technical person was the way we thought of
16 it, in financial services companies.  So that was
17 my understanding of her -- of her role.
18      Q.   Where did that understanding come
19 from?
20      A.   Either Brian Stevens, Diane Greene,
21 or Will Grannis.  I can't recall who, but I was
22 surprised when she was hired and that was how it
23 was the described to me when I asked about
24 the -- the intent.
25      Q.   Why were you surprised when she was

Tariq Shaukat
10/15/2020
60

- TARIQ SHAUKAT -

2  hired?

3       A.    The understanding that Diane, Brian,

4  and I had had when I took the verticals job that I

5  mentioned earlier was that all vertical resources

6  were going to be located in my team, and so the

7  fact that Will was hiring verticals specialists

8  in -- in his team was a surprise to me and, hence,

9  I was looking for clarification as to what the

10 role and responsibility was.

11      Q.    Do you recall whether you predated

12 Ms. Rowe or she predated you?

13      A.    My bel -- I -- I believe I predated

14 her, but I don't have specific facts to back that

15 up.  Although, the office of the CTO was formed

16 after I joined, so given I believe she under --

17 she joined that team, it would have meant

18 she -- that I predated her.

19      Q.    You understood that Ms. Rowe was

20 viewed as having financial services industry

21 credibility?

22      A.    I understood that she had industry

23 expertise.  I had -- no one weighed in with --

24 about credibility specifically.

25      Q.    You understood that she was viewed as

1                   - TARIQ SHAUKAT -

2   whether they -- that this was the person that I

3   believed could do the job.  I would then recommend

4   that person to Diane Greene when it was a VP

5   level, more senior level, but particularly there

6   was a lot of sensitivity around VP level signoff

7   from an SVP and so Diane would get a briefing from

8   me about that and she would make the final

9   decision yes or no; sometimes meeting the

10  candidate, sometimes not meeting a candidate.

11       Q.      Are you familiar with the Ghire

12  system?

13       A.      I'm familiar with it, yes.

14       Q.      And what is Ghire?

15       A.      Ghire is the internal tool that

16  Google developed to track interview feedback is

17  the -- the context that I'm most familiar with it

18  in.  It may do other things around the pipeline,

19  but I'm not personally familiar with that.

20       Q.      And so how -- how is Ghire used in

21  the process that you've just described to me?

22       A.      I would say there's a -- formally

23  everyone is expected to enter feedback into Ghire.

24  After they conduct the interview compliant with

25  that on specifically these roles, my personal

- TARIQ SHAUKAT -

2   A.   I don't recall specifically.

3   Q.   So we've looked at documents from
4   March showing that the VP of financial services
5   recruitment effort was underway in March and
6   April, do you recall that?

7        MR. GAGE:  Objection.

8   A.   I don't believe we identified it as a
9   VP of financial services, but the head of
10  financial services, yes.

11  Q.   The financial services vertical lead,
12  correct?

13  A.   Yes.  Correct.

14  Q.   And it was commonly referred to
15  internally as the VP of financial services,
16  correct?

17       MR. GAGE:  Objection.

18  A.   I don't know how it was commonly
19  referred to internally.  I was under very clear
20  direction from Diane to not limit to only VP
21  hires.

22  Q.   So they were intended to be VP
23  searches, but there was -- there was an intent to
24  be flexible --

25       MR. GAGE:  Objection.  Sorry.

```
                    - TARIQ SHAUKAT -
 1
 2      Q.    (Unintelligible crosstalk).
 3            MR. GAGE:   Objection.
 4      Q.    So they were intended to be VP level
 5   searches, but there was some flexibility in terms
 6   of how it was framed so that someone might come in
 7   as an online, correct?
 8            MR. GAGE:   Objection.
 9      A.    That's not exactly correct.   I
10   originally described the role as a VP of financial
11   services role.  I was then given direction from
12   Becky Bucich, who was the head of HR for Google
13   Cloud, that Diane wanted to slow down VP hiring
14   and so we ought to see if -- for any of the roles
15   I had open if we could find director-level
16   ind -- individuals for the role or director-level
17   scoping, probably a better way of saying it, for
18   the role than a VP-level scoping.
19      Q.    Do you recall discussing -- prior to
20   Ms. Rowe asking to be considered for the VP of
21   financial services role, do you recall discussing
22   with anyone else consideration of Ms. Rowe for
23   that position?
24      A.    I don't know the specific timing,
25   meaning if it was before or after Ulku expressed
```

```
 1                    - TARIQ SHAUKAT -
 2        Q.     And do you see the paragraph that
 3   says, "Ulku from OCTO is also very interested.  I
 4   don't think she's likely right, but I told her I
 5   would formally interview her for the role."  Do
 6   you see that?
 7        A.     I do.
 8        Q.     Does that fairly reflect your view as
 9   of June 22nd, 2018?
10        A.     I believe so.  I wouldn't have
11   written it otherwise I guess.  I have no reason to
12   believe it doesn't.  Oh, sorry, I said I have no
13   reason to believe it doesn't.  Again, I wouldn't
14   have told Diane otherwise.
15        Q.     Okay.  I want you to go back to the
16   Box.  You can close that document out.
17        A.     Okay.
18        Q.     And look at Tab 32.
19        A.     Tab 32, I have it open.
20        Q.     We're going to mark this as Exhibit
21   34 with the Bates stamp GOOG-ROWE-00017499 through
22   17501.
23               (Whereupon, Plaintiff's Exhibit 34
24        was marked at this time.)
25        Q.     Do you recognize this document?
```

|    |                                                                      |
|----|----------------------------------------------------------------------|
| 1  | - TARIQ SHAUKAT -                                                    |
| 2  | technical side of things.  So the -- the Diane                       |
| 3  | meeting was meant to be part of an -- an attempt                     |
| 4  | to make her comfortable and happy with the role                      |
| 5  | that we did think she was a very good fit for.                       |
| 6  |      Q.     Did you tell her it was an interview                     |
| 7  | in connection with the VP of financial services                      |
| 8  | role?                                                                |
| 9  |      A.     The "her" in this case would be who?                     |
| 10 |      Q.     Ulku.                                                    |
| 11 |      A.     I don't know if I actually told Ulku                     |
| 12 | anything, except that we would schedule a meeting                    |
| 13 | with Diane.  I'm not sure what -- what Stuart said                   |
| 14 | to her about it, but -- and it's certainly the                       |
| 15 | case that we did not close Ulku out at this point                    |
| 16 | and tell her that we didn't think she was a                          |
| 17 | finalist candidate in part.  Because Brian did                       |
| 18 | feel so strongly about it, I wanted her to meet                      |
| 19 | Diane as I mentioned from a -- from a retention                      |
| 20 | standpoint, but if Diane thought we had the wrong                    |
| 21 | read on it that we might go back and take a look.                    |
| 22 | So we definitely did not tell Ulku that she was                      |
| 23 | not getting through to the next round as part of                     |
| 24 | setting up the meeting with Diane.                                   |
| 25 |      Q.     Did Ulku tell you that she -- at the                     |

```
 1                  - TARIQ SHAUKAT -
 2   the role and the interview process and there would
 3   be a fair consideration irrespective of what level
 4   she was at; and I asked HR to -- even though I
 5   wasn't part of her hiring at all, to look into the
 6   levelling assertion that she had made.
 7             So I -- I do -- whether those were
 8   part of the same conversations or whether
 9   that was subsequent once she was a direct report
10   of mine later on I don't actually remember, but
11   there -- but she did raise a concern that I'm now
12   remembering about her being -- the fact that she
13   was an L 8, I believe, would disqualify her from
14   this job and I told her we would consider her,
15   like I said, irrespective of her level.
16        Q.    Just so that again we have a complete
17   record:  Do you recall any other times, any other
18   conversations regarding Ms. Rowe and the VP of
19   financial services position prior to the time it
20   was communicated to her that she would not be
21   getting the position, that you've not already
22   described?
23        A.    I --
24             MR. GAGE:  Objection.
25             THE WITNESS:  Thank you.
```

- TARIQ SHAUKAT -

A.    I don't recall any additional specific conversations.

I did meet with Ulku routinely and she did ask about status, she did ask about why aren't the interviews moving forward more quickly. I referred her to Stuart and told her in general that we are trying to keep a process where we have a panel of candidates that we could compare and contrast against, but I don't recall specific conversations. This would be in the normal course of me as her manager and there would be what we call Pings or Hangout messages, et cetera.

There were very frequent conversations with all of my team on any number of different topics and so there probably was ongoing questions from her, but when you ask about specific recollections I have no specific recollection of -- that we haven't discussed.

Honestly, some of the e-mails prompted a recollection. This was several years ago and it's not top of mind or the conversations aren't top of mind.

Q.    Do you recall any specific conversations with Ms. Rowe or is this just a

```
 1
 2                    C E R T I F I C A T E
 3     STATE OF NEW YORK        )
 4                              ) ss.
 5     COUNTY OF NEW YORK       )
 6
 7         I, HOPE LYNN MENAKER, a Notary Public within
 8     and for the State of New York, do hereby certify:
 9         That TARIQ SHAUKAT, the witness whose
10     deposition is hereinbefore set forth, was duly
11     sworn by me and that such deposition is a true
12     record of the testimony given by the witness.
13         I further certify that I am not related to
14     any of the parties to this action by blood or
15     marriage, and that I am in no way interested in
16     the outcome of this matter.
17              IN WITNESS WHEREOF, I have hereunto
18     set my hand this 28th day of October, 2020.
19
20         _____
21              HOPE LYNN MENAKER
22
23
24
25
```

```
 1
 2
                              INDEX
 3
     WITNESS:  TARIQ SHAUKAT
 4
     EXAMINATION BY                                     PAGE
 5
     MS. GREENE                                           5
 6

 7   REQUEST FOR ADDITIONAL INFORMATION                 PAGE

 8
     MS. GREENE                                          227
 9

10
     PLAINTIFF'S EXHIBITS FOR IDENTIFICATION
11
     NUMBER         DESCRIPTION                         PAGE
12
     Exhibit 25    LinkedIn Profile                      22
13
     Exhibit 26    GOOG-ROWE-00058866-67                 61
14
     Exhibit 27    GOOG-ROWE-00059007-12                 69
15
     Exhibit 28    GOOG-ROWE-00059206                    74
16
     Exhibit 29    GOOG-ROWE-00017427-428                99
17
     Exhibit 30    GOOG-ROWE-p-00000726-727             104
18
     Exhibit 31    GOOG-ROWE-0017439-440                106
19
     Exhibit 32    GOOG-ROWE-001741-411                 121
20
     Exhibit 33    GOOG-ROWE-00056487-88                128
21
     Exhibit 34    GOOG-ROWE-00017499-17501             130
22
     Exhibit 35    GOOG-ROWE-00017533-538               153
23
     Exhibit 36    GOOG-ROWE-00017639                   155
24
     Exhibit 37    GOOG-ROWE-00017565.R-66.R            160
25
```