# EXHIBIT 1

```
 1                    - TARIQ SHAUKAT -

 2


 3    IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF NEW YORK
 4    --------------------------------- X
      ULKU ROWE,
 5
                   Plaintiff,
 6
                                   Case No.
 7                                 19 Civ. 08655(LGS)(GWG)

 8              v.

 9    GOOGLE LLC

10                 Defendant.

11    --------------------------------- X

12    DATE:  October 15, 2020

13    TIME:  9:34 a.m.

14

15           VIDEOTAPED VIDEOCONFERENCE DEPOSITION

16    OF TARIQ SHAUKAT, held via Zoom, pursuant to

17    Notice, before Hope Menaker, a Shorthand Reporter

18    and Notary Public of the State of New York.

19

20

21

22

23

24

25
```

1              - TARIQ SHAUKAT -
2    internal communications team that wrote them and I
3    sent them after reviewing them.
4        Q.    Was this consistent with your
5    understanding of his background?
6        A.    Generally speaking, yes.
7        Q.    Okay, you can put that aside.
8              How did it come to be that Ms. Rowe
9    was moved into your organization?
10       A.    So there were always -- since the
11   hiring, which as I mentioned was unexpected for me
12   of these vertical specific people in OCTO, there
13   was always -- or there -- there was a level of
14   conflict and misalignment that -- that existed and
15   kept getting called to light by either customers
16   or by our teams, and in my role that would be the
17   sales and go-to-market teams; and so there was an
18   ongoing discussion that existed for quite a while.
19   I don't recall the exact length of time, but
20   almost from the -- the earliest days of these
21   industry-specific people being in OCTO about the
22   conflict, how do we resolve the conflict.
23             Will, Brian, and I tried a number of
24   different avenues to try and resolve the conflicts
25   that existed and at some point in late 2017 after

1          - TARIQ SHAUKAT -

2    the reorganization I mentioned with me taking over

3    the industry teams, we decided -- "we" being Diane

4    Greene, myself and Brian -- to move the

5    vertical-specific OCTO people into the vertical

6    teams so that we were building.  And so that was

7    the decision that we made, again, late '17/early

8    '18 and it then took a little while for us to work

9    out the details and -- and figure out how to do

10   it, what the roles were, et cetera.

11        Q.    And so with respect to the OCTO

12   vertical folks, was the agreement that if

13   they -- they would move over into your

14   organization?

15        A.    That was the agreement that I had

16   with Brian Stevens and Diane Greene, yes.

17        Q.    And that they could either have a

18   team to lead or they could continue in a -- in a

19   tech advisor-type role --

20             MR. GAGE:  Objection.

21        Q.    -- correct.

22        A.    That is not correct.  The idea was

23   that they would move into a role that we were

24   calling the Global Client Technical Lead Role and

25   that they would build out a team there to do that.

1          - TARIQ SHAUKAT -

2     That was the design intent that Brian and I had,

3     and that the job description would be roughly or

4     almost identical to the job description that they

5     had had in OCTO, but now aligned with the vertical

6     teams under the direction of the vertical lead.

7          Q.   Okay, and with respect to the team

8     aspect of it, it was also not planned that they

9     continue in an individual contributor role,

10    correct?

11              MR. GAGE:  Objection.

12         A.   I don't recall.  I don't recall that

13    being the case.  In fact, the design intent,

14    again, was that they were to build out a team

15    underneath them to really build this capability;

16    so I don't believe there was that option at the

17    dis -- at the time that we executed the reorg.

18         Q.   The intent was that they would

19    eventually report into the vertical lead, correct?

20              MR. GAGE:  Objection.

21         A.   The intention was that they would

22    report into the vertical lead most likely as a

23    direct report, but only most likely.

24         Q.   At the time they moved over, you

25    weren't considering any of those four leads for