# EXHIBIT A

| | |
|---|---|
| From: | Tomezsko, Sara B. |
| To: | "Jumper, Maya" |
| Cc: | "Gelfand, Shira Z."; "Greene, Cara"; Cedar, Christine; Gage, Kenneth W. |
| Subject: | RE: Google/Rowe - Diane Greene + Motion for Protective Order |
| Date: | Tuesday, December 1, 2020 7:38:19 PM |
| Attachments: | image001.png |

Hi Maya –

We cannot agree to waive the confidentiality designation of these documents for purposes of this filing. They contain information that is properly marked confidential pursuant to the parties' protective order, and could result in harm to both Google and individuals not a party to this lawsuit if filed publicly. If you must include these documents with your submission, we ask that you follow the procedures outlined in our protective order 13(b) and allow Google the opportunity to move to keep these documents sealed. We also ask that, to the extent you name any candidates for the position of Head of Financial Services other than Ms. Rowe, you redact their names from your filing. Particularly for external candidates, the fact that they were exploring a role at Google is something I'm sure they don't want publicly filed.

Thank you,
Sara



**Sara Tomezsko** | Associate, Employment Law Department
Paul Hastings LLP | 200 Park Avenue, New York, NY 10166 | Direct: +1.212.318.6267 | Main: +1.212.318.6000 | Fax: +1.212.230.7767 | saratomezsko@paulhastings.com |
www.paulhastings.com

**From:** Jumper, Maya <MJumper@outtengolden.com>
**Sent:** Tuesday, December 1, 2020 6:40 PM
**To:** Tomezsko, Sara B. <saratomezsko@paulhastings.com>
**Cc:** Gelfand, Shira Z. <sgelfand@outtengolden.com>; Greene, Cara <ceg@outtengolden.com>; Cedar, Christine <christinecedar@paulhastings.com>; Gage, Kenneth W. <kennethgage@paulhastings.com>
**Subject:** [EXT] RE: Google/Rowe - Diane Greene + Motion for Protective Order

Sara,

In support of her opposition, Plaintiff intends to submit the following exhibits (attached), currently marked "AEO" or "Confidential":

GOOG-ROWE-00017583
GOOG-ROWE-00017998
GOOG-ROWE-00056521
GOOG-ROWE-00059596
GOOG-ROWE-00059853
GOOG-ROWE-00056990

Please advise whether Defendant agrees to waive the confidentiality designations of these documents for the limited purpose of this filing, pursuant to the parties' protective order.

Maya



**Maya S. Jumper** | Associate
685 Third Ave 25th Floor | New York, NY 10017
T 212-245-1000 | F 646-509-2001
MJumper@outtengolden.com | Bio