# EXHIBIT C

# Exhibit 6

REDACTED

REDACTED

**ER: April, Pramila (notes)**

- Intros
- Shared confidentiality & non-retaliation policies

REDACTED

GOOG-ROWE-00017998



REDACTED

GOOG-ROWE-00017999



- ○ Leadership candidates don't go to HC, just go straight to Diane and Urs. It was always Urs reviewing all the packets, but then Diane inserted herself at a certain point and had us send all packets to her first before they went to Urs, and there were packets she vetoed so they never got to Urs.

&#9675;  On Nov 17, Ulku's packet got approved by Urs and Sridhar. Diane's feedback wouldn't be put into the system bc she would put her comments in a doc shared with the recruiter, and she would tell the recruiter if it was OK to send to Urs or not.



REDACTED

**ER: April, Nerissa (taking notes)**
- Intro ER
- Confidentiality
- Retaliation

GOOG-ROWE-00018001