# EXHIBIT D

# Exhibit 7

| From: | REDACTED |
|-------|----------|
| To: | Diane Greene <dianebgreene@google.com> |
| Sent: | Mon, 27 Aug 2018 20:08:34 -0700 |
| Subject: | Diane's Daily Briefing - August 28, 2018 |
| Cc: | REDACTED |

Hi Diane,

Below is your schedule for tomorrow with questions to review below or in our briefing doc:

**Notes:**

REDACTED

| Tuesday, August 28, 2018 |
|---|

REDACTED

| Wednesday, August 29, 2018 |
|---|

REDACTED

ATTORNEYS' EYES ONLY

**REDACTED**

Thursday, August 30,  2018

**REDACTED**

Friday, August 31, 2018

**REDACTED**

| INTERNAL: Diane Ask/Action Item | Diane's Notes |
|---|---|
| **REDACTED** | |

ATTORNEYS' EYES ONLY



| | |
|---|---|
| REDACTED | |
| Interview request: **Financial Services VP** (a peer to REDA and RED REDACTED She is flying out to CA for panel interviews the week of 9/10.  We're very high on her candidacy, likely finalist. | Okay to schedule? |

ATTORNEYS' EYES ONLY

| | |
|---|---|
| ○ Tariq conveyed that he asked Diane to meet while **REDA** is in town and Diane agreed. | |
| Interview request: **Financial Services VP** (a peer to **REDA** and **REDA** **REDACTED** met with **REDACTED** . Feedback is somewhat mixed from **REDACTED** . Finalist **REDACT** candidate.<br><br>○ I think Tariq has asked Diane about meeting **REDACT** a couple of times and that Diane came around and agreed to meet her? | Okay to schedule? |

REDACTED

| **EXTERNAL: Diane Ask/Action Item** | **Diane's Notes** |
|---|---|

REDACTED

GOOG-ROWE-00056524



REDACTED

ATTORNEYS' EYES ONLY



ATTORNEYS' EYES ONLY

GOOG-ROWE-00056526

**REDACTED**

| CUSTOMER EMAILS | |
|---|---|

**REDACTED**

| FUTURE TRIPS: | |
|---|---|

**REDACTED**

GOOG-ROWE-00056527

REDACTED

| 2018 Cloud Board Meetings | REDACTED |
| --- | --- |

REDACTED

| 2018 DG Staff Offsites | Spreadsheet results here<br>Flag: Th/Fri is difficult for people traveling |
| --- | --- |

REDACTED

Best,


ATTORNEYS' EYES ONLY

GOOG-ROWE-00056528



**REDACTED**

Executive Business Partner to Diane Greene, CEO, Google Cloud
Mail: 1600 Amphitheatre Parkway, Mountain View, CA 94043
Office: **REDACTED**
Main **REDACTED**

ATTORNEYS' EYES ONLY