# EXHIBIT E

# Exhibit 8

| From: | REDACTED |
|---|---|
| To: | Diane Greene <dianebgreene@google.com> |
| Sent: | Wed, 27 Jun 2018 22:27:30 -0700 |
| Subject: | Diane's Daily Briefing - June 28 |
| Cc: | REDACTED |

Diane,

Below is your briefing for tomorrow with a preview for next week and questions for review (bold):

Thursday, June 28, 2018



Friday, June 29, 2018



CONFIDENTIAL

REDACTED

A lookahead at next week, July 2-6, 2018

Monday, July 2, 2018

REDACTED

Tuesday, July 3, 2018

REDACTED

Wednesday, July 4, 2018

Corporate holiday - no schedule

Thursday, July 5, 2018

Corporate holiday

GOOG-ROWE-00059597

**REDACTED**

Friday, July 6, 2018

PTO - no schedule

| Diane Ask/Action Item | Diane's Notes |
|---|---|
| **REDACTED** | |
| | |
| NEW: Interview request for Financial Services Vertical Lead. Has met with **REDACTED** **REDACTED** feedback has been positive, although there are questions around her technical acumen. The FSI role is different than the other industries, and Tariq doesn't think we need that same level of technical depth. (candidate: **REDACTED** | Ok to schedule? |

**REDACTED**





GOOG-ROWE-00059599



**REDACTED**

Executive Business Partner to Diane Greene, CEO, Google Cloud
Mail: 1600 Amphitheatre Parkway, Mountain View, CA 94043
Office: **REDACTED**
Main **REDACTED**

CONFIDENTIAL