# EXHIBIT F

# Exhibit 9

| From: | REDACTED |
| --- | --- |
| To: | Diane Greene <dianebgreene@google.com> |
| Sent: | Fri, 2 Nov 2018 16:42:44 -0700 |
| Subject: | Diane's Daily Briefing - November 5, 2018 |
| Cc: | REDACTED |

Hi Diane,

Below is your schedule for Monday and next week with your list of things to do and questions to review below or in our briefing doc:

| Time Sensitive and updates | |
| --- | --- |
| REDACTED | |

| CUSTOMER EMAILS | |
| --- | --- |
| REDACTED | |

CONFIDENTIAL

GOOG-ROWE-00059853

REDACTED

Monday, November 5, 2018

REDACTED

Tuesday, November 6, 2018

REDACTED

CONFIDENTIAL

**REDACTED**

Wednesday, November 7, 2018

**REDACTED**

Thursday, November 8, 2018

**REDACTED**

CONFIDENTIAL
GOOG-ROWE-00059855

**REDACTED**

Friday, November 9, 2018

**REDACTED**

| INTERNAL: Diane Ask/Action Item | Diane's Notes |
|---|---|
| **REDACTED** | |
| Interview Request: Ulku Rowe (pre-Google resume) is an internal candidate for the lead Financial Services position on Tariq's team.<br>• She has met with: REDACTED REDACTED REDACTED The feedback has been positive, but it sounds as though there were | Okay to schedule? |

CONFIDENTIAL                                                                                                                              GOOG-ROWE-00059856

| | |
|---|---|
| general concerns about her being successful at the VP level - she is currently a Director.<br>• Tariq conveyed to us that he would like Ulku to go through the same process as the other candidates, given the leadership role she is currently playing in Cloud.<br><br>• <u>Impression</u>: executive poise, confident (but not ego-driven), forthright with a quick operating cadence<br>• <u>RRK</u>: In the financial services industry since 1997, with a focus on the technology systems and processes that underpin/support lines of business, e.g. trading or risk operations. Has lead sizable teams, ~ 400, and she seems to have a relevant network in FSI.<br>• <u>Concerns</u>: Some concerns about operating effectively at the VP level.<br>• <u>Motivation</u>: In joining Tariq's team, she raised her hand for the lead position for Financial Services | |

| EXTERNAL: Diane Ask/Action Item | Diane's Notes |
|---|---|
| REDACTED | |

Best




REDACTED
Executive Business Partner to Diane Greene, CEO, Google Cloud
Mail: 1600 Amphitheatre Parkway, Mountain View, CA 94043
Office: REDACTED
Main REDACTED

CONFIDENTIAL

GOOG-ROWE-00059858