# EXHIBIT G

# Exhibit 10

1

Attorney-Client Privileged  and Confidential

Meeting with  REDACTED
REDACTED

Ashley, Jordan (notes)

- Confidentiality and retaliation

REDACTED

**HLM   10/23/20**
**Exhibit  51**

GOOG-ROWE-00056990



REDACTED

CONFIDENTIAL



REDACTED

GOOG-ROWE-00056992

4

**Meeting with** REDACTED
REDACTED

**Ashley, Jordan (notes)**

- Confidentiality and retaliation

REDACTED





REDACTED

CONFIDENTIAL

**REDACTED**                                                                                           6

- Do you recall convos with Ulku about the role
    - ○ Yes
    - ○ They were not fun convos
    - ○ Told her about the role and the idea of it - she didn't push back materially in any convo. Her style was to listen and ask questions and then send an email after lodging complaints. Email trail on this.
    - ○ So I walked her through the role - and answered questions - she wanted to know if she was supposed to focus on specific accounts, or could she be a decider of her own time. She was focused on the title and why that title. Focused on if she could do speaking engagements too - evangelism. And was she going to report into me or someone else. So walked her through the answers
        - ■ Yes assigned to specific accounts
        - ■ Speaking: found to be less than valuable - going to singapore for 1 hour meeting not a good use of time for example so I would want more control over that
        - ■ was going to hire **REDACTED** equivalent for financial services
        - ■ Title - was not changing, everyone happy with title
    - ○ At that point, she sent me an email. She never said she was hired to be the **REDACTED** equivalent. She sent me an email following that saying she was declining the role and saying she would like to put her name in the ring for the **REDACTE** equiv role
    - ○ That was an email she sent - she didn't reference that she was promised for role. Just that she wanted to be considered
    - ○ Diane Brian and I drafted a response. The basic point was from me and Brian - your role hasnt changed it is just going to another manager. Told her I would be happy to consider her as part of the process we were kicking off.

**REDACTED**

- Hiring process for financial services lead
    - ○ Made a deliberate convo with recruiting in that I wanted her process to be the exact same as everyone else - same panel etc - didn't want there to be a less diligent internal process etc
    - ○ Was working with Stuart Valderman the recruiter on this etc. basic idea was lots of VP interviewers.
    - ○ Also was, for myself, wanted to make sure we did a thorough search. Didn't want to just screen external candidates but we had done the full process internally. Wanted full eval of the market
    - ○ Had her wait on interviews - email thread with recruiting on this point - that was so we could get the pipeline of external candidates filled out. Don't know if we did an external search firm or not.
    - ○ Everyone from - caliber wise- **REDACTED** highly credentialed folks from industry
    - ○ Moved forward with 3 candidates: **REDACTED**
        **REDACTED** She got to the 2nd phase as well. **REDA**
        **REDACTED** Ulku Rowe was the
        other candidate as well. Don't know what got recorded

7

- ○ As she got through the first wave - it was a decline for the role. **REDACTED** was in favor. He was part of the panel. **REDACT** was not in favor and not impressed with her plans for the vertical, especially given she knew company and clients. Couldn't articulate her vision etc
- ○ Her panel came back mixed. Honestly, she asked to meet Diane as part of it. I said OKAY as I courtesy - wanted her to feel like she had a fair shot. Diane refused to meet with her based on the interview feedback. Then i lobbied dianne to meet with her - then she was replaced so all meetings with cancelled
- ○ Diane met with the others. She didn't like **REDA** the tech depth needed for the role. She liked **RED** - she was going to meet with her one more time and then we were going to offer the role to **RED** Wanted to then put **REDA** in the role after meeting with TK> ulku got scheduled with Diane and Diane cancelled. Ulku didn't know that Diane had been replaced at that time - couldn't say at that time

**REDACTED**

GOOG-ROWE-00056996



REDACTED

8

CONFIDENTIAL

GOOG-ROWE-00056997



- From Ulku's complaint she referenced - when she learned that two less external finalists were being considered for the financial services vertical she instead was considered as well - what is this?
  - No
  - Doesn't jive with timeline
  - In the fall REDACTED were already in the process. Ulku was already in the process at this time. She was always in the running for the role. Maybe the recruiter told her something but I was careful to not breach the confidentiality of the others looking. Would not be our normal practice to tell her REDA was one of the other candidates



REDACTED

CONFIDENTIAL



REDACTED

GOOG-ROWE-00057000



**REDACTED**

Follow up with **REDACTED**

**REDACTED**

**Ashley, Jordan**

- Confidentiality
- Retailliation

**REDACTED**

GOOG-ROWE-00057001



REDACTED

CONFIDENTIAL



REDACTED

- ○ Did you ever talk to tariq or diane why the need for that meeting
  - ■ My access to dianne greene was minimal or passing
  - ■ Message from tariq: REDACTED had met. Diane had to bless the hire. If we were running a full process, the capstone would have been meeting with diane green

REDACTED



REDACTED                                                                                      45

**Meeting with** REDACTED
REDACTED

Ashley (lead), Jordan (notes)

- Intro to ER
- Confidentiality and retailliation

REDACTED

**REDACTED**

- o   High level: Tariq wanted to recruit leaders to lead up key industries. This was underway with Diane Greene - before TK - had been told that Tariq can sometimes move slow and likes to think - was prepared to run a long process
- o   The first person was leading oil and gas **REDACTED**
- o   Financial services was another area of focus
- o   We conducted a full search - there were about 5 external candidates that we brought to Tariq. It happens during a search - of those 5 2 didn't make it, 1 on hold, 1 - **REDACTE** he really liked - it helped a while to find her somewhere to land
- o   Tariq was clued in that Diane was going elsewhere - as a result of that he put the search on hold - but the last 2 interactions of people being considered was a woman named **REDACTED** - **REDACTED**
- o   Ulkue Rowe was the other candidate - she joined in the CTO - due to the pivot she wasn't happy about the VP role - threw her hat in the ring - the business wasn't clear with her about their expectations and that it was a VP role

**REDACTED**

**REDACTED**

GOOG-ROWE-00057005



CONFIDENTIAL

REDACTED

Meeting with REDACTED
REDACTED
Ashley (lead), Jordan (notes)

- Confidentiality and retailliation

REDACTED

GOOG-ROWE-00057007



REDACTED

GOOG-ROWE-00057008



REDACTED

GOOG-ROWE-00057009



**REDACTED**

Meeting with **REDACTED**
**REDACTED** and Ashley in person, Jordan via GVC)
**Ashley (lead), Jordan (notes)**

- Confidentiality and retailliation

**REDACTED**



REDACTED

CONFIDENTIAL

**REDACTED**



Meeting with **REDACTE**
**REDACTED**

Ashley, Jordan (notes)
**REDACTED**

- Confidentiality and retailliation
- **REDACTED** Am I being recorded? Can I view the notes?
  - Ashley responds that we do not record sessions, Jordan is here to capture notes, you are free to capture your own notes as well, we will pause as needed for you to capture notes. We won't be sharing our notes with her, she is free to capture her own notes.

**REDACTED**

GOOG-ROWE-00057012



REDACTED

GOOG-ROWE-00057013



REDACTED

CONFIDENTIAL