# EXHIBIT H

# Exhibit 12

**From:** "Fiona O'Donnell" <fiona@google.com>
**To:** Kevin Lucas <kevinlucas@google.com>
**Sent:** Wed, 6 Jun 2018 08:50:47 -0700
**Subject:** Fwd: Routing for approval - REDACTED

FYI the note below details the OCTO folks who are moving to the verticals

---------- Forwarded message ---------
From: Becky Bucich <beckybucich@google.com>
Date: Wed, Jun 6, 2018 at 7:38 AM
Subject: Re: Routing for approval - Project Crustacean
To: Melissa Lawrence <hrmelissa@google.com>
Cc: Sue Polo <spolo@google.com>, Fiona O'Donnell <fiona@google.com>

Thanks Melissa-- this all sounds right to me, aligned with the changes we proposed.  + Fiona as fyi
Could you hold from routing to Diane for right now.  She is supportive of this but I want to give her heads up today before this hits her inbox :)
-Becky

On Tue, Jun 5, 2018 at 4:02 PM, Melissa Lawrence <hrmelissa@google.com> wrote:

> Hi Becky -
>
> We are routing a business case for yours and Diane's approval. Brian has spoken to Diane about this several times so none of it should come as a surprise.
>
> Business case here.



REDACTED

HLM 10/27/20
Exhibit 69

CONFIDENTIAL          GOOG-ROWE-00017412



Melissa

--



**Melissa Lawrence**
hrmelissa@google.com
Director, People Operations
Google Cloud Platform, Cloud Programs and OCTO

Got questions?
Information for **YOU** at go/MyGoogle or peopleops-help@google.com

CONFIDENTIAL

GOOG-ROWE-00017413