# EXHIBIT I

# Exhibit 15

## 1. Financial Services vertical development

In partnership with product, engineering, sales and marketing teams, create a virtual Financial Services team within Google whose mission is to establish GCP as the leading cloud service provider for the Financial Services industry.

In the 5 months that I have been at Google I've established myself as the senior industry expert in financial services both internally and externally.

Some of the personal and team successes in this space:

**Financial Services community**
- Weekly senior steering group focusing on strategy and execution.
- Weekly status meeting open to all interested parties.
- One day off-site in October for 2018 planning.

**Marketing/Thought Leadership**
- Financial Services track in GCP Summit in NYC. 4 sessions. All sessions standing room only.
- Putting together a marketing strategy for financial services in partnership with vertical marketing team and Leonard.
- Working on a revamp of the GCP financial services website
- Keynotes at REDACTED
- Keynotes and financial services sessions at Google Cloud Summits
- Working with HBS professors on a case study on cloud and ML to be thought in 2018 academic year.
- Recorded live interview for the GCP thought-leadership site for CIOs.
- Many EBC presentations for Financial Services firms

**Engineering influence**
- Working with a few other OCTOs and REDACTED REDACTED
- Working with Leonard and a few other OCTOs on determining what Google position should be in the blockchain space.
- Advising BigTable team on the bitemporal requirements of the financial services industry.

**Regulatory engagement**
- Working with the regulatory policy team in D.C. in creating a relationship with the banking regulators and influencing the regulatory landscape to enable public cloud adoption for financial services.
- Hosted European banking regulators in our offices in Brussels in July.
- Planning a U.S. regulatory day in D.C. in the fall.
- Submitted Google's response to REDACTED REDACTED
- In the process of responding to REDACTED

## 2. Client & Partner engagement

Working with our Sales and Partnership teams to advance the adoption of GCP in financial services

**Customer engagements**

- High touch: REDACTED
- Medium touch: REDACTED
- Low touch: REDACTED REDACTED

**Tech partnerships**
- Partnerships with REDACTED companies in financial services including REDACTED

**SI partnerships**
- REDACTED

## 3. Google onboarding

Building network, relationships, getting up to speed on Google products and organization.

Training:
- Google Cloud Platform Fundamentals: Core Infrastructure (complete)
- Computing, Storage and Security with Google Cloud Platform (in progress)
- Google Cloud Platform Big Data and Machine Learning Fundamentals (in progress)

## 4. Community Contributions

- Partnering with the recruiting team at UIUC, utilizing close ties with alma mater
- Working on organizing a diversity panel in NY with Diane Greene
- Working on organizing an industry panel with senior women in Finance & Technology where women are dual underrepresented.

### What's one thing you do really well that you plan to continue doing?

Partnering with product, engineering, sales and marketing teams, to create a virtual Financial Services team within Google whose mission is to establish GCP as the leading cloud service provider for the Financial Services industry. Please see "Financial Services vertical development" project for more details on achievements with respect to this.

### What's one thing you plan to do to have more impact?

More focus on engineering. Partnering with engineering teams to help drive product direction. Identify particular needs of clients/industry and collaborate directly with engineering to address gaps and/or create new products.