# EXHIBIT J

```
                    - STUART VARDAMAN -

     IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF NEW YORK
     --------------------------------------- X
     ULKU ROWE,

                    Plaintiff,

                                   Case No.
                                   19 Civ. 08655(LGS)(GWG)

                    v.

     GOOGLE LLC

                    Defendant.

     --------------------------------------- X

     DATE:  November 17, 2020

     TIME:  9:37 a.m.



              VIDEOTAPED VIDEOCONFERENCE DEPOSITION

     OF STUART VARDAMAN, held via Zoom, pursuant to ^

     Notice, before Hope Menaker, a Shorthand Reporter

     and Notary Public of the State of New York.
```

```
 1                  - STUART VARDAMAN -
 2          Q.     And do you still work at Google?
 3          A.     I do.
 4          Q.     And so when you joined Google, into
 5     what position did you join?
 6          A.     I joined as an executive recruiter,
 7     Level 5.
 8          Q.     And were you supporting any
 9     particular business group?
10          A.     Yes.
11          Q.     What business group?
12          A.     Google Cloud and specifically the
13     majority of my work centered on Tariq Shaukat's
14     organization.
15          Q.     When you joined Google, did you
16     receive any training from Google relevant to your
17     role?
18          A.     Yes.
19          Q.     What training did you receive?
20          A.     Variety of onboarding trainings in
21     addition to specific trainings related to the
22     systems and the process.
23          Q.     What systems were you trained on?
24          A.     GHire is one that I mentioned
25     earlier.
```

```
1                   - STUART VARDAMAN -
2       they maybe were considered for.  That type of
3       stuff.
4            Q.     Who has access to Thrive?
5            A.     It would have been the search team.
6            Q.     Anyone other than the search team
7       have that sort of access to Thrive?
8            A.     And when I say "search team," I mean
9       our organization, the -- the executive recruiting
10      organization.
11           Q.     Anyone other than the executive
12      recruiter organization that has access to Thrive?
13           A.     No.
14           Q.     Who has access to GHire?
15           A.     The required people in the people Ops
16      organization --
17           Q.     Who were those?
18           A.     -- the required organization.
19           Q.     Who were those?
20           A.     From my point of view, the ones I
21      could speak to confidently would be the recruiting
22      organization, the scheduling organization.  Yeah.
23           Q.     What could Thrive do that GHire could
24      not?
25           A.     One example would be the ability to
```