

Cara E. Greene, Esq.
ceg@outtengolden.com

December 15, 2020

**Via ECF:**
The Honorable Gabriel W. Gorenstein
United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York 10007

      **Re:**  <u>*Ulku Rowe v. Google LLC*, Case No. 19-cv-08655 (LGS)(GWG)</u>

Dear Judge Gorenstein:

We represent Plaintiff Ulku Rowe in the above-referenced matter. We write pursuant to Section II.B of Your Honor's Individual Practices to inform the Court of the parties' agreed-upon briefing schedule with respect to Plaintiff's Motion for Leave to File Supplemental Pleadings. The parties have conferred and agree to the following briefing schedule:

- Plaintiff's motion and opening brief: due December 15, 2020
- Defendant's opposition brief: due December 29, 2020
- Plaintiff's reply brief: due January 5, 2021

The parties thank the Court for its attention to this matter.

               Respectfully submitted,

               _____
               Cara E. Greene

c:   All counsel of record via ECF

New York  685 Third Avenue  25th Floor  New York, NY 10017  Tel (212) 245-1000  Fax (646) 509-2060
Chicago  161 N Clark Street  Suite 1600  Chicago, IL 60601  Tel (312) 809-7010  Fax (312) 809-7011
San Francisco  One California Street  12th Floor  San Francisco, CA 94111  Tel (415) 638-8800  Fax (415) 638-8810
Washington DC  601 Massachusetts Ave NW  Suite 200W  Washington, DC 20001  Tel (202) 847-4400  Fax (202) 847-4410

www.outtengolden.com