IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ULKU ROWE,<br><br>             Plaintiff,<br><br>      v.<br><br>GOOGLE LLC,<br><br>             Defendant. | Civ. Action No. 19-cv-08655(LGS)(GWG) |

## NOTICE OF MOTION FOR LEAVE TO SUPPLEMENT PLEADINGS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Plaintiff Ulku Rowe, through her undersigned counsel, now moves this Court, before the Honorable Gabriel W. Gorenstein, at the United States District Court, United States Courthouse, 500 Pearl Street, Room 6B, New York, NY 10007, pursuant to Fed. R. Civ. P. 15(d), for leave to supplement the pleadings to add supplemental and related allegations of retaliation that transpired after the filing of Plaintiff's initial Complaint, ECF No. 1, and Amended Complaint, ECF No. 12

PLEASE TAKE FURTHER NOTICE that, pursuant to this Court's December 10, 2020 Order, ECF No. 74, paragraph II.B of Magistrate Judge Gorenstein's Individual Practices, and the parties' agreement, any opposition to this motion is due by December 29, 2020, and any reply is due by January 5, 2021.

Dated: December 15, 2020
       New York, NY

                                              Respectfully submitted,

                                              By: /s/ Cara E. Greene

                                              Cara E. Greene
                                              Maya S. Jumper

        Shira Z. Gelfand
        Outten & Golden LLP
        685 Third Avenue, 25th Floor
        New York, NY 10017
        Telephone: (212) 245-1000
        ceg@outtengolden.com
        sgelfand@outtengolden.com
        mjumper@outtengolden.com

*Attorneys for Plaintiff*