OUTTEN & GOLDEN LLP
Cara E. Greene
Maya S. Jumper
Shira Z. Gelfand
685 Third Avenue, 25th Fl.
New York, NY 10017

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ULKU ROWE,<br><br>                    Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>                    Defendant. | Civ. Action No. 19-cv-8655 (LGS)(GWG) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENT PLEADINGS**

Pursuant to Rule 15(d) of the Federal Rules of Civil Procedure, Plaintiff, by and through her undersigned counsel, moves this Court for leave to file the Proposed Supplemental Complaint, Exhibit 1, to include supplemental retaliation claims arising from factual events that occurred after the filing of Plaintiff's Amended Complaint, ECF No. 12. The Proposed Supplemental Complaint is attached as Exhibit 1. Pursuant to Your Honor's Individual Practice Rule 2, Plaintiff has conferred with Defendant, and Defendant does not consent to this motion.

The grounds for this Motion are set forth in the Plaintiff's Memorandum in Support of Plaintiff's Motion for Leave to Supplement Pleadings, ECF No. 77.

Dated: New York, New York
December 15, 2020

Respectfully submitted,

/s/ Cara E. Greene
Cara E. Greene

Cara E. Greene
Maya S. Jumper
Shira Z. Gelfand
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2071
ceg@outtengolden.com
mjumper@outtengolden.com
sgelfand@outtengolden.com

*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2020, I filed the foregoing document using the Court's CM/ECF filing system, which will automatically send e-mail notification of such filing to the following individuals of record:

Kenneth W. Gage
Sara B. Tomezsko
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
kennethgage@paulhastings.com
saratomezsko@paulhastings.com

*Attorneys for Defendant*

                                                                  /s/ Cara E. Greene
                                                                   Cara E. Greene