# Exhibit 4

**From:**    Stuart Vardaman <svardaman@google.com>
**To:**    Jason Martin <jaymon@google.com>
**Sent:**    Tue, 7 Aug 2018 16:02:14 -0500
**Subject:**    Candidate Interview Tomrrow, 8/8 - Ulku Rowe - FSI
**Cc:**    Yingying Hu <yingyinghu@google.com>

Good afternoon, Jason -

Thank you for making the time to meet with Ulku Rowe tomorrow.  She is an **internal** candidate for the lead Financial Services position on Tariq Shaukat's team - the role is intended to be a peer to Greg Moore (Healthcare) and Darryl Willis (OG&E) - VP level.  A summary of the position is included at the end of this message.

**Context and Competencies**:

- Context: Ulku was on Brian Stevens' team before the reorg occurred that resulted in some of the vertical OCTO folks transitioning to Tariq's organization.  Tariq agreed to have her interview for the lead position.  Brian Stevens is supportive of her interviewing for the lead role.
- Please assess the **Leadership** (VP level) and **GCA** competencies.  If you'd like to review a list of questions, please see here.

**Ulku Rowe**: LinkedIn ( pre-Google resume )

- Impression: executive poise, confident (but not ego-driven), forthright with a quick operating cadence
- RRK: In the financial services industry since 1997, with a focus on the technology systems and processes that underpin/support lines of business, e.g. trading or risk operations.  Has lead sizable teams, ~ 400, and she seems to have a relevant network in FSI.
- Concerns: No major concerns are noted.
- Motivation: In joining Tariq's team, she raised her hand for the lead position for Financial Services.

Thank you, and please let me know if you have any questions!
Stuart

_____

**Job description and responsibilities:**

The Financial Services Vertical Lead will be the executive responsible for creating and executing Google Cloud's strategy in the financial services (FS) industry.
Across the financial services industry, but with special attention to the commercial and investment banking companies, the successful candidate will drive Google's business by developing product solutions, M&A targets, and go-to-market approaches that will resonate with the major companies in the financial services space.
The Lead will rely upon existing C-level relationships to "open the door" for



Google Cloud solutions; he/she will also display a talent for developing new, trusted relationships with key leaders in the industry.  Appropriate technical acumen is also crucial to identify the specific market opportunities where Google's technologies can benefit our clients while creating a user experience second to none.

The successful candidate will possess a consultative style, sharp business acumen, technical know-how, and unquestionable integrity.

**Responsibilities:**

- Define and lead a cohesive global "One Google Cloud" strategy and execution for the FS vertical, collaborating as needed across regions, product areas, and functions.
- Recruit, build, and lead a high-performing team that will execute the strategy from a technical and business perspective.
- Technical/Product:
  - Define a 3-5 year roadmap and set priorities, build an engineering team and collaborate with other teams in order to execute on it.
  - Influence the global product team in shaping the product roadmap by gathering actionable customer feedback and competitive insights to develop industry specific solutions from prototype to product.
- Business/Commercial:
  - Initiate and build relationships with FS companies in the US and worldwide such that they move to Google Cloud and take advantage of Google's own development efforts around applying machine learning.
  - Represent the company at industry events, which will include describing the benefits of working with Google to users, partners, and other industry players.

--



**Stuart Vardaman**
Executive Recruiter
1 (650) 316-0478
careers.google.com