# Exhibit 6

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
Civil No.: 19 Civ. 08655 (LGS)(GWG)
------------------------------------x
ULKU ROWE,

       Plaintiff,


   - against -


GOOGLE LLC,

       Defendant.
------------------------------------x
         October 14, 2020
         9:39 a.m.

   Videotaped Deposition of ULKU ROWE,
taken by Defendant, pursuant to Notice,
held via Google Hangouts videoconference,
before Todd DeSimone, a Registered
Professional Reporter and Notary Public of
the States of New York and New Jersey.

DocuSign Envelope ID: 9C90B639-D00A-4817-A207-2B49410C62C7
Case 1:19-cv-08655-JHR   Document 77-3   Filed 12/16/20   Page 3 of 8

Page 2

```
 1
 2   A P P E A R A N C E S :
 3   OUTTEN & GOLDEN LLP
     685 Third Avenue
 4   25th Floor
     New York, New York 10017
 5           Attorneys for Plaintiff
     BY:     CARA E. GREENE, ESQ.
 6             ceg@outtengolden.com
             MAYA JUMPER, ESQ.
 7             mjumper@outtengolden.com
 8
 9   PAUL HASTINGS LLP
     200 Park Avenue
10   New York, New York 10166
             Attorneys for Defendant
11   BY:     KENNETH W. GAGE, ESQ.
               kennethgage@paulhastings.com
12           SARA B. TOMEZSKO, ESQ.
               saratomezsko@paulhastings.com
13
14
15
     ALSO PRESENT:
16     PETER COOPER, ESQ., Google
17     SHAWN BUDD, Videographer
18
19
20
21
22
23
24
25
```

Page 289

1                          U. ROWE
2      Google?
3           A.     I have not.
4           Q.     Have you ever been through the
5      leveling process at Google, as a
6      participant in the process of leveling
7      someone?
8           A.     I have not.
9           Q.     Have you ever participated in a
10     hiring committee?
11          A.     I have not.
12          Q.     Have you ever participated in
13     any way in the decision-making process that
14     leads to the leveling of someone at hire at
15     Google?
16          A.     I have done a lot of
17     interviews, but no, I have not specifically
18     been involved in leveling discussions, no.
19          Q.     And in any of those interviews,
20     were you asked to offer an opinion as to
21     the level that someone was supposed to --
22     that someone might get?
23          A.     I have not.
24          Q.     You indicated earlier in your
25     testimony that there was another

DocuSign Envelope ID: 9C90B639-D00A-4817-A207-2B49410C62C7

```
 1                    U. ROWE
 2   opportunity, VP, financial services and
 3   sales, that you applied for in 2020.  Do
 4   you recall that testimony?
 5        A.    I raised my hand for it.
 6        Q.    What do you mean when you say
 7   you raised your hand for it?
 8        A.    I expressed interest in it.
 9        Q.    And how did you express
10   interest in it?
11        A.    I heard from Kristen, and I'm
12   completely blanking on her last name,
13   Kristen runs sales for U.S., and I had -- I
14   had a one-on-one with her, and she
15   mentioned that she was thinking of hiring a
16   VP of sales for financial services, and I
17   told her that I would be interested.
18        Q.    And what, if anything, happened
19   next in connection with your interest in
20   that job?
21        A.    So she asked me to reach out to
22   HR, so I reached out to HR.
23        Q.    Who did you reach out to in HR?
24        A.    I think it was Stuart Weidman,
25   I'm not 100 percent sure.
```

DocuSign Envelope ID: 9C90B639-D00A-4817-A207-2B49410C62C7
Case 1:19-cv-08655-JHR   Document 77-3   Filed 12/16/20   Page 6 of 8

Page 291

```
 1                      U. ROWE
 2        Q.     What happened next?
 3        A.     He said that he would talk to
 4   Kristen and come back to me.
 5        Q.     And did he?
 6        A.     He did.
 7        Q.     And what happened next?
 8        A.     He said that based on the
 9   conversations with Kristen, that they
10   weren't going to go ahead with me.
11        Q.     Did he tell you anything more,
12   did he give you any more details?
13        A.     I don't remember a lot of the
14   details, but I was surprised when he said
15   based on your interview with Kristen, I did
16   not have an interview with Kristen, this
17   was like a casual one-on-one get-together,
18   I found out about the opportunity during
19   that meeting, and that, you know, he told
20   me that based on that conversation that I
21   was being discounted, I was surprised.
22        Q.     And was that the end of it?
23        A.     Yes.
24        Q.     Did you ever follow up with
25   Kristen?
```

DocuSign Envelope ID: 9C90B639-D00A-4817-A207-2B49410C62C7
Case 1:19-cv-08655-JHR   Document 77-3   Filed 12/16/20   Page 7 of 8

Page 332

1

2        CERTIFICATION

3

4      I, TODD DeSIMONE, a Notary Public for

5   and within the State of New York, do hereby

6   certify:

7      That the witness whose testimony as

8   herein set forth, was duly sworn by me; and

9   that the within transcript is a true record

10  of the testimony given by said witness.

11     I further certify that I am not related

12  to any of the parties to this action by

13  blood or marriage, and that I am in no way

14  interested in the outcome of this matter.

15     IN WITNESS WHEREOF, I have hereunto set

16  my hand this 26th day of October, 2020.

17

18  *[signature: Todd DeSimone]*

19    TODD DESIMONE

20

21

22

23

24

25

```
                                                          Page 333
 1
 2                    ERRATA SHEET
                VERITEXT LEGAL SOLUTIONS
 3
     CASE NAME: ROWE v. GOOGLE
 4   DATE OF DEPOSITION: 10/14/20
     WITNESS' NAME: ULKU ROWE
 5
     PAGE/LINE(S)/CHANGE/REASON
 6   121:8 /change"lock" to "look"/spelling
     250:20/change "are" to "were"/correction
 7   254:9/delete "on"/ correction
     261:22/change "plus" to "plug"/spelling
 8   264:4/change "were" to "they were"/ correction
     286:14/change "was" to "were"/correction
 9   286:22/change "8's" to "8s"/spelling
     290:24/change "Weidman" to "Vardaman"/
10   correction
     294:19/change "was" to "were"/correction
11                   _____
            11/30/2020
12   Date _____
13
                 DocuSigned by:
                 Ulku Rowe
14   Ulku Rowe   _____
                 E72E69F02D42431...
15
16
17
18
19
20
21
22
23
24
25
```