# Exhibit 8

**From:** Stuart Vardaman <svardaman@google.com>
**To:** Ulku Rowe <urowe@google.com>
**Sent:** Tue, 25 Feb 2020 20:41:15 -0600
**Subject:** Re: VP of financial services
**Cc:** Amy Heintz <amyheintz@google.com>

That should work.  11 AM for Amy and me in Texas.
Just sent an invite.
Speak with you then,
Stuart

On Tue, Feb 25, 2020 at 8:01 PM Ulku Rowe <urowe@google.com> wrote:

> Hi Stuart, how is Fri 12:00pm NY time (9:00am West Coast)?
> Best,
> Ulku

On Tue, Feb 25, 2020, 3:46 PM Stuart Vardaman <svardaman@google.com> wrote:

> Hi, Ulku -
> Do you have time to connect live on Friday morning?
> We anticipate having an update to share with you by then.
> Thank you,
> Stuart

On Thu, Feb 20, 2020 at 7:38 AM Stuart Vardaman <svardaman@google.com> wrote:

> Hi, Ulku - not yet.  We are trying to get on Kirsten's calendar tomorrow.
> Thank you,
> Stuart

On Thu, Feb 20, 2020, 7:05 AM Ulku Rowe <urowe@google.com> wrote:

> Hi Stuart, just checking if there are any further updates on this.
> Best,
> Ulku

On Mon, Feb 10, 2020 at 2:40 PM Stuart Vardaman <svardaman@google.com> wrote:

> Hi, Ulku -
> Doing well, and I hope the same for you.
> We are trying to get on Kirsten's calendar so that we can determine the appropriate next steps on the search.  It looks like you are OOO until next week as well.  After we connect with Kirsten, I'll circle back with you.
> Thank you,
> Stuart



HLM  11/17/20
PLAINTIFF
**EXHIBIT 116**

CONFIDENTIAL

GOOG-ROWE-00060571

On Mon, Feb 10, 2020 at 10:01 AM Ulku Rowe <urowe@google.com> wrote:

> Hi Stuart, hope all is well, just checking in on this for next steps.
> Best,
> ulku

On Wed, Feb 5, 2020 at 6:27 PM Ulku Rowe <urowe@google.com> wrote:

> Hi Stuart, great connecting again, thank you for sharing the spec. I'm interested. What would the next steps be?
> Best,
> Ulku

On Tue, Feb 4, 2020, 9:19 AM Stuart Vardaman <svardaman@google.com> wrote:

> Hi, Ulku -
> It's been a while; I hope you are doing well.  Pretty impressive Cloud numbers for 2019 yesterday.
> I have attached the draft job spec.  The VP role would indeed be in Kirsten's org, so it would be leading the sales team and managing them to meet/exceed quota.  It sounds like she and Rob are open to "thinking differently" about this role, so it is not necessarily a prerequisite that someone has carried a sales revenue number.
> We crafted the spec with a heavy hand on sales, just FYI.
> Happy to connect after you review it.
> Stuart

On Tue, Feb 4, 2020 at 7:48 AM Ulku Rowe <urowe@google.com> wrote:

> Hi Amy, Stuart,
> Kirsten mentioned that she has a VP of Financial Services role open, and suggested that I reach out to you. Could you please send me the job description?
> Best
> Ulku


--


Stuart Vardaman
Sr. Executive Recruiter
1 (650) 316-0478
careers.google.com

CONFIDENTIAL
GOOG-ROWE-00060572



--



**Stuart Vardaman**
Sr. Executive Recruiter
1 (650) 316-0478
careers.google.com

--



**Stuart Vardaman**
Executive Recruiter
1 (650) 316-0478
careers.google.com

--



**Stuart Vardaman**
Executive Recruiter
1 (650) 316-0478
careers.google.com

CONFIDENTIAL