# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ULKU ROWE,<br><br>                Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>                Defendant. | Civ. Action No. 19-cv-08655(LGS)(GWG) |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT PLEADINGS

Upon consideration of Plaintiff's Motion for Leave to Supplement Pleadings, ECF No. 76 and Memorandum of Law in Support, ECF No. 77, and any opposition and reply thereto, it is hereby **ORDERED** that:

a. Plaintiff's Motion is **GRANTED**;

b. Plaintiff's proposed Supplemental Complaint, ECF No. 77, Exhibit 1, is docketed.

SO ORDERED this ___ day of _____, 2020.

_____
HON. GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE