# Exhibit 5

```
 1                    - BENJAMIN WILSON -

 2    IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF NEW YORK
 3    ------------------------------------ X
      ULKU ROWE,
 4
                      Plaintiff,
 5
                                    Case No.
 6                                  19 Civ. 08655(LGS)(GWG)

 7                v.

 8    GOOGLE LLC,

 9                    Defendant.

10    ------------------------------------ X

11    DATE:  December 2, 2020

12    TIME:  10:21 a.m.

13

14              VIDEOTAPED VIDEOCONFERENCE DEPOSITION

15    OF BENJAMIN WILSON, held via Zoom, pursuant to

16    Notice, before Hope Menaker, a Shorthand Reporter

17    and Notary Public of the State of New York.

18

19

20

21

22

23

24

25
```

```
 1                    - BENJAMIN WILSON -

 2   A P P E A R A N C E S

 3


 4   OTTEN & GOLDEN LLP

 5   Attorneys for Plaintiff

 6        685 Third Avenue

 7        New York, New York 10017

 8   BY:  CARA E. GREENE, ESQ. (Via Zoom)
          SHIRA Z. GELFAND, ESQ. (Via Zoom)
 9        MAYA JUMPER, ESQ. (Via Zoom)
          ceg@outtengolden.com
10        sgelfand@outtengolden.com

11        mjumper@outtengolden.com

12


13


14   PAUL HASTINGS LLP

15   Attorneys for Defendant

16        200 Park Avenue

17        MetLife Building

18        New York, New York 10166

19   BY:  KENNETH W. GAGE, ESQ. (Via Zoom)
          SARA B. TOMEZSKO, ESQ. (Via Zoom)
20        Kennethgage@paulhastings.com
          Saratomezsko@paulhastings.com
21

22   ALSO PRESENT: (Via Zoom)

23   PETER COOPER, ESQ. - Google LLC

24   JOSE RIVERA - Videographer

25
```

Benjamin Wilson
12/02/2020
119

| | |
|---|---|
| 1 | - BENJAMIN WILSON - |
| 2 | conversation with him about that. |
| 3 | Q.     Did anyone ever explain to you what |
| 4 | the difference was between those two roles? |
| 5 |         MR. GAGE:  Objection. |
| 6 | A.     Yes.  Darryl Willis tried to explain |
| 7 | the difference, but I was left with the impression |
| 8 | he was confused also. |
| 9 | Q.     Do you recall what Mr. Willis told |
| 10 | you? |
| 11 | A.     Since he and I were senior people |
| 12 | in the organization our thought was that we were |
| 13 | just going to say yes, sir, a little bit |
| 14 | overlapping, but our goal is go serve the customer |
| 15 | and so we should work together and find a way to |
| 16 | go serve the customers with each one of our |
| 17 | capabilities and do that to the best of our |
| 18 | ability.  That was what we settled on, not a |
| 19 | specific set of role of who does what. |
| 20 | Q.     Did you have any discussions with Mr. |
| 21 | Eryurek around the role of the global client |
| 22 | technical lead? |
| 23 | A.     Well, um, yes. |
| 24 | Q.     What discussions did you have with |
| 25 | Evren? |

```
 1                  - BENJAMIN WILSON -
 2        Q.     And what was the context in which he
 3   informed you of it?
 4        A.     There is a -- it was clear he was
 5   getting ready to leave Google and he used the
 6   words, I'm trying to find landing zones first --
 7   landing zone for everyone," and he was encouraging
 8   me to contact this group to help me find a new
 9   role.
10        Q.     As far as you observed at Google, was
11   it common for directors to move within Google
12   Cloud?
13               MR. GAGE:    Objection.
14        A.     Yeah.
15        Q.     Did you alert Ms. Rowe to the program
16   as well?
17        A.     Yes, I did.
18        Q.     Why?
19        A.     We had conversations that the role
20   that -- in Tariq's organization wasn't exactly
21   what we had anticipated and felt that other roles
22   in Google could be more interesting.
23        Q.     Had Ms. Rowe ever expressed to you
24   anything about the manner in which Mr. Shaukat
25   treated her?
```

```
 1                    - BENJAMIN WILSON -
 2    managers to help inside Cloud Systems.  I went and
 3    spoke to a few people and it turned out that the
 4    answer was yes and so I took a chance there and
 5    did some interviews.
 6         Q.    Did you ever see a job description
 7    for the product management role that you
 8    interviewed for?
 9         A.    Yes.  Eventually, yes, I did.
10         Q.    Okay, and do you recall what title
11    that role had?
12         A.    I don't recall off the top of my head
13    what -- what the precise title was.
14         Q.    What was your understanding of what
15    the product management role entails?
16         A.    Coming up with a vision of where
17    the product is going to go, to find a kind of
18    three-year road map, and then going down to a
19    yearlong road map with quarterly deliverables that
20    drove an outcome that was positive for customers.
21         Q.    Did you believe that your skill set
22    was transferable to that product management role?
23         A.    Given I had run product management
24    organizations in my prior two companies, yes.
25         Q.    Was there any skills that you were
```

```
 1                    - BENJAMIN WILSON -
 2     using in the OCTO role or the client technical
 3     lead role that were transferable to the PM role?
 4              MR. GAGE:  Objection.
 5         A.   Yes, identifying gaps in our -- our
 6     product lines and features and functions that were
 7     missing.
 8         Q.   Was there any aspect of the work that
 9     you had been doing in OCTO or Mr. Shaukat's
10     organization that involved product management?
11              MR. GAGE:  Objection.
12         A.   Some.  It was more being able to
13     identify gaps in features.  We were working with
14     customers who were doing high-performance compute
15     and we had some gaps in features and so we would
16     identify those gaps and help our colleagues, you
17     know, figure out how to solve them.
18         Q.   Did the product management role
19     involve collaboration?
20         A.   Yes.
21         Q.   Was that also true with respect to
22     the role that you had played up until that point
23     in time?
24         A.   Yes.
25         Q.   Was your technology experience up
```

Benjamin Wilson
12/02/2020
156

1         - BENJAMIN WILSON -
2   until that point in time relevant to the product
3   management role that you moved into?
4           MR. GAGE:  Objection.
5       A.    Yes.  Basically we were building what
6   I had built at GE and at P2 and we were building
7   that for Cloud, so there was a direct
8   applicability.
9       Q.    Did the product management role
10  require that you identify AI-related design
11  development or deployment friction points from the
12  customer's perspective?
13          MR. GAGE:  Objection.
14      A.    Which role?
15      Q.    The product management role.
16      A.    Yes.
17      Q.    Did the product management role
18  look to entail rallying teams to work through
19  deployment hurdles, product updates, new product
20  offerings, and solutions?
21          MR. GAGE:  Objection.
22      A.    Yes.
23      Q.    Did the product management role
24  require you or entail working with customers and
25  other partners on joint initiatives?

Benjamin Wilson
12/02/2020
157

```
 1                  - BENJAMIN WILSON -
 2        A.      Yes.
 3        Q.      Did the product management role
 4   entail corroborating across functional and product
 5   area boundaries?
 6        A.      Yes.
 7        Q.      Did the product management role
 8   require you to work with broader Google
 9   engineering PMs and research teams?
10        A.      Yes.
11        Q.      Did the product management role
12   require you to be able to do deep dives with the
13   internal engineering team?
14        A.      Yes.
15        Q.      Did the product management role
16   involve working on cross-Google technical working
17   teams?
18        A.      Yes.
19        Q.      Did the product management role
20   involve getting hands-on with customer projects?
21        A.      Generally, no.
22        Q.      Did the product management role
23   involve defining and solving AI problems that
24   spanned code, infrastructure, strategy business,
25   and FUD?
```

```
 1                  - BENJAMIN WILSON -
 2        A.     I --
 3                MR. GAGE:   Objection.
 4        A.     I don't know what FUD is.
 5        Q.     Putting aside FUD then, did the
 6   product management role involve defining and
 7   solving AI problems across code, infrastructure,
 8   strategy and business?
 9        A.     In --
10                MR. GAGE:   Objection.
11        A.     In some cases, yes.
12        Q.     Did the product management role
13   involve any private whiteboarding sessions?
14        A.     Yes.
15        Q.     Did the product management role
16   involve any public evangelism?
17        A.     Yes.
18        Q.     Did the product management role
19   require experience in designing, scoping, and
20   delivering complex applications and services?
21                MR. GAGE:   Objection.
22        A.     No.
23        Q.     Did the product management role
24   require experience with multiple software design
25   methodologies?
```

```
 1              - BENJAMIN WILSON -
 2         A.    Yes.
 3         Q.    Did the product management role
 4   require an understanding of the challenges modern
 5   enterprises faced with respect to scale, speed,
 6   and user expectations?
 7               MR. GAGE:  Objection.
 8         A.    Yes.
 9         Q.    When you moved into the product
10   management role, did your level change?
11         A.    No.
12         Q.    What is your current level?
13         A.    I am still an L 9.  My expectation is
14   if I move into the product management role
15   officially, I will be downgraded to an L 8.
16         Q.    So at this point in time, are you
17   functioning in a product management position or
18   are you functioning in the technical client lead
19   position?
20         A.    Product management.
21         Q.    And how long have you been
22   functioning in the product management position?
23         A.    Roughly six months.
24               I -- I do need to provide a
25   clarification to that.  I started the role in
```

```
 1
 2                C E R T I F I C A T E
 3   STATE OF NEW YORK       )
 4                           ) ss.
 5   COUNTY OF NEW YORK      )
 6
 7       I, HOPE LYNN MENAKER, a Notary Public within
 8   and for the State of New York, do hereby certify:
 9       That BENJAMIN WILSON, the witness whose
10   deposition is hereinbefore set forth, was duly
11   sworn by me and that such deposition is a true
12   record of the testimony given by the witness.
13       I further certify that I am not related to
14   any of the parties to this action by blood or
15   marriage, and that I am in no way interested in
16   the outcome of this matter.
17            IN WITNESS WHEREOF, I have hereunto
18   set my hand this 14th day of December, 2020.
19
20       _____
21              HOPE LYNN MENAKER
22
23
24
25
```

```
 1
 2
                              INDEX
 3
      WITNESS:  BENJAMIN WILSON
 4
       EXAMINATION BY                                PAGE
 5
       MS. GREENE                                      5
 6
 7
 8
       EXHIBITS FOR IDENTIFICATION
 9
       NUMBER         DESCRIPTION                    PAGE
10
       Exhibit 117  GOOG-ROWE-00017319-321            18
11
       Exhibit 118  GOOG-ROWE-00054166-67             79
12
       Exhibit 119  GOOG-ROWE-00017437-38            115
13
       Exhibit 120  GOOG-ROWE-P00000761              122
14
       Exhibit 121  GOOG-ROWE-P00000762-763          124
15
       Exhibit 122  GOOG-ROWE-00053848-51            128
16
       Exhibit 123  GOOG-ROWE-00053787.R-89.R        131
17
       Exhibit 124  GOOG-ROWE-00053869-63443         132
18
       Exhibit 125  GOOG-ROWE-00053788.R-89.R        134
19
       Exhibit 126  GOOG-ROWE-00063434-63443         137
20
       Exhibit 127  GOOG-ROWE-00062265-62272         140
21
       Exhibit 128  GOOG-ROWE-00053790.R-91.R        142
22
23
24
25
```