# Exhibit 6

```
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
ULKU ROWE,

              Plaintiff,

                        Case No.
                        19 Civ. 08655(LGS)(GWG)

        v.

GOOGLE LLC

              Defendant.
--------------------------------------- X

DATE:  December 3, 2020
TIME:  11:37 a.m.


         VIDEOTAPED VIDEOCONFERENCE DEPOSITION

OF EVREN ERYUREK, held via Zoom, pursuant to

Notice, before Hope Menaker, a Shorthand Reporter

and Notary Public of the State of New York.
```

```
1                    - EVREN ERYUREK -

2   A P P E A R A N C E S

3


4   OUTTEN & GOLDEN LLP

5   Attorneys for Plaintiff

6        685 Third Avenue

7        New York, New York 10017

8   BY:  CARA E. GREENE, ESQ. (Via Zoom)
         SHIRA Z. GELFAND, ESQ. (Via Zoom)
9        MAYA JUMPER, ESQ. (Via Zoom)
         ceg@outtengolden.com
10       sgelfand@outtengolden.com

11

12

13

14  PAUL HASTINGS LLP

15  Attorneys for Defendant

16       200 Park Avenue

17       MetLife Building

18       New York, New York 10166

19  BY:  KENNETH W. GAGE, ESQ. (Via Zoom)
         SARA B. TOMEZSKO, ESQ. (Via Zoom)
20       Kennethgage@paulhastings.com
         Saratomezsko@paulhastings.com
21

22  ALSO PRESENT: (Via Zoom)

23  PETER COOPER, ESQ.

24  JOSE RIVERA - Videographer

25
```

1                    - EVREN ERYUREK -

2              IT IS HEREBY STIPULATED AND AGREED by

3      and among the attorneys for the respective parties

4      hereto, that the sealing and filing of the within

5      deposition be waived.

6

7              IT IS FURTHER STIPULATED AND AGREED

8      that all objections, except as to the form, are

9      reserved to the time of trial.

10

11             IT IS FURTHER STIPULATED AND AGREED

12     that the within examination and any corrections

13     thereto may be signed before any Notary Public

14     with the same force and effect as if signed and

15     sworn to before this Court.

16

17

18

19

20

21

22

23

24

25

```
 1              - ROUGH DRAFT - EVREN ERYUREK
 2     roles?
 3              MR. GAGE:  Objection.
 4          A.    Global client leads versus global
 5     client technical leads was definitely an ambiguity
 6     at best.
 7          Q.    And what about with respect to
 8     technical solutions?
 9              MR. GAGE:  Objection.
10          A.    So that was something I was familiar
11     with it because we were trying to figure out how
12     -- kind of this last mile, if you will, working
13     with the customers and so forth.  Again there was,
14     you know, enough of an overlap between those
15     three.
16          Q.    Okay.  You can put that document
17     aside.
18              How long did you actually function
19     under Mr. Shaukat or in his organization?
20              MR. GAGE:  Objection.
21          A.    Don't know exactly, but weeks.
22          Q.    I want you to look now at Exhibit --
23     or Tab 122 --
24          A.    Yup.
25          Q.    -- which I think has been marked as
```

```
 1                - ROUGH DRAFT - EVREN ERYUREK
 2        Q.      Was your technology-based experience
 3   relevant to the PM role?
 4             MR. GAGE:  Objection.
 5        A.      Yes.
 6        Q.      Was your experience at designing,
 7   scoping, and delivering complex applications and
 8   services relevant?
 9             MR. GAGE:  Objection.
10        A.      Yes, but I have PMs who are much more
11   hands-on than I am.
12        Q.      Do you mean you have PMs reporting to
13   you?
14        A.      Yes.
15        Q.      So at your level, it's less of a
16   hands-on role; is that right?
17        A.      Correct.
18        Q.      Is experience with multiple software
19   design methodologies relevant to the PM role?
20             MR. GAGE:  Objection.
21        A.      That would be more -- on the how part
22   of it that would be more engineering, but I like
23   it because I was a champion in like how to
24   develop/drive agile software and so forth -- agile
25   software development.
```

```
 1              - ROUGH DRAFT - EVREN ERYUREK
 2       Q.      Was an understanding of the
 3   challenges modern enterprises face with respect to
 4   scale, speed, and user expectations relevant to
 5   the -- the PM role?
 6               MR. GAGE:   Objection.
 7       A.      Yes.
 8       Q.      Does the PM role require that you get
 9   hands-on with customer projects?
10               MR. GAGE:   Objection.
11       A.      You're with customers all the time.
12       Q.      Did the PM role involve designing and
13   solving AI problems?
14               MR. GAGE:   Objection.
15       A.      I'm not in the AI team.
16       Q.      Does it involve defining and solving
17   technology problems?
18               MR. GAGE:   Objection.
19       A.      For customers issues.
20       Q.      Does the PM role involve private
21   whiteboarding sessions?
22               MR. GAGE:   Objection.
23       A.      You mean with customers?
24       Q.      Yes.
25       A.      Yes.
```

```
 1                  - ROUGH DRAFT - EVREN ERYUREK
 2         Q.     Does it involve any aspect of public
 3   evangelism?
 4                MR. GAGE:  Objection.
 5         A.     Yes.  I give keynotes.  I talk.  I
 6   write blogs.
 7         Q.     Does the PM role involve doing deep
 8   dives with internal engineering teams?
 9                MR. GAGE:  Objection.
10         A.     Yes.
11         Q.     Does the PM role involve meeting
12   across Google technical teams during an
13   engagement?
14                MR. GAGE:  Objection.
15         A.     Yes.
16         Q.     Does the PM role identify -- involve
17   identifying design and development or deployment
18   friction points from a customer's perspective?
19                Does the PM role involve identifying
20   design, development, or deployment friction points
21   from the customer's perspective?
22                MR. GAGE:  Objection.
23         A.     Yes.
24         Q.     Does the PM role involve working with
25   customers or partners to define joining
```

```
 1              - ROUGH DRAFT - EVREN ERYUREK
 2   initiatives?
 3              MR. GAGE:  Objection.
 4       A.     Yes.
 5       Q.     Does the PM role involve
 6   corroborating across functional and product area
 7   boundaries?
 8              MR. GAGE:  Objection.
 9       A.     Yes.
10       Q.     Does the PM role involve working with
11   broader Google engineering and research teams?
12              MR. GAGE:  Objection.
13       A.     Yes.
14       Q.     In what ways is the PM role similar
15   to the role that you were performing in OCTO?
16       A.     Customer sponsorship evangelization,
17   working with other teams and so forth, but nothing
18   to do with the -- how we build a product, how we
19   define a strategy, how we execute that strategy.
20       Q.     And so the next question is:  How is
21   the PM role different from the role you were
22   performing in OCTO?
23       A.     We are responsible for defining
24   long-term roadmaps, executing them incrementally
25   on quarterly, whatever short term, and the
```

```
 1              - ROUGH DRAFT - EVREN ERYUREK
 2    understanding where the trends are, market trends
 3    are, and bringing it back to what our products and
 4    platforms need to be doing.
 5              And another responsibility, we have
 6    to make sure that our revenue mark targets and so
 7    forth are projected accordingly and we deliver on
 8    our expected numbers.
 9         Q.   With respect to your role in PM, do
10    you understand that you're evaluated against a
11    leveling guideline?
12         A.   Yes.
13         Q.   And those engineering leveling
14    guidelines that we looked at before, are those
15    also relevant to the PM role?
16         A.   Yes.
17              MS. GREENE:  Okay, I'm just about
18         done.  What I want to do is take a short
19         break and then we'll come back and finish up.
20              THE WITNESS:  So what -- how long do
21         we need?
22              MS. GREENE:  Let's take ten minutes.
23              MR. GAGE:  Okay, we'll come back ten
24         minutes after the hour.
25              THE WITNESS:  All right.
```

```
 1
 2                C E R T I F I C A T E
 3   STATE OF NEW YORK      )
 4                          ) ss.
 5   COUNTY OF NEW YORK     )
 6
 7       I, HOPE LYNN MENAKER, a Notary Public within
 8   and for the State of New York, do hereby certify:
 9       That EVREN ERYUREK, the witness whose
10   deposition is hereinbefore set forth, was duly
11   sworn by me and that such deposition is a true
12   record of the testimony given by the witness.
13       I further certify that I am not related to
14   any of the parties to this action by blood or
15   marriage, and that I am in no way interested in
16   the outcome of this matter.
17            IN WITNESS WHEREOF, I have hereunto
18   set my hand this 15th day of December, 2020.
19
20            _____
21            HOPE LYNN MENAKER
22
23
24
25
```

                              INDEX

       WITNESS:  EVREN ERYUREK

        EXAMINATION BY                                PAGE

        MS. GREENE                                      5


        EXHIBITS FOR IDENTIFICATION

        NUMBER          DESCRIPTION                   PAGE

        Exhibit 129   GOOG-ROWE-00017876-881           11

        Exhibit 130   GOOG-ROWE-00054168-5470          55

        Exhibit 131   GOOG-ROWE-00053864.R-68.R        97

        Exhibit 132   GOOG-ROWE-00053776.R-77.R        98

        Exhibit 133   GOOG-ROWE-00053879-53881        101

        Exhibit 134  GOOG-ROWE-00053779.R             103

        Exhibit 135   GOOG-ROWE-00053781.R            106