# Exhibit 8

**From:** Evren Eryurek <evrene@google.com>
**To:** Greg Moore <gjmoore@google.com>
**Sent:** Thu, 9 Aug 2018 09:24:23 -0700
**Subject:** Re: Ladder Trial for PM
**Cc:** Sudhir Hasbe <shasbe@google.com>, Melissa Lawrence <hrmelissa@google.com>, Michelle DeBeyer <mdebeyer@google.com>

Thank you all
For your support, I am really excited about this opportunity

Thx
Evren (on the go from my Pixel 2)
650-447-9167

On Thu, Aug 9, 2018, 8:13 AM Greg Moore <gjmoore@google.com> wrote:

> Congrats Evren.
> Best,

-Greg



Gregory J. Moore, MD, PhD

gjmoore@google.com

VP Healthcare and Life Sciences, Google Cloud

650-772-8462

On Thu, Aug 9, 2018 at 6:59 AM, Sudhir Hasbe <shasbe@google.com> wrote:

> Thanks Evren. Looking forward to working with you.

On Wed, Aug 8, 2018 at 10:45 PM Evren Eryurek <evrene@google.com> wrote:

> Thank you
> I accept and look forward to working w u and Sudhir

Thx
Evren (on the go from my Pixel 2)
650-447-9167

On Wed, Aug 8, 2018, 8:42 PM Melissa Lawrence <hrmelissa@google.com> wrote:

CONFIDENTIAL                                                                                                                                                    GOOG-ROWE-00059686

Hi Evren -
We are pleased to offer you the ability to enter a trial period for the Product Management ladder.
Please review the ladder trial information below:
Googler Name: Evren Eryurek
Trial Manager: Sudhir Hasbe
Cost Center: 390
Ladder Trial Period Timeline: 8/13/2018 to 02/15/2019

The ladder trial will consist of a 6 month in ladder working period. At the conclusion of the trial period, you will be expected to complete the ladder transfer process. Your supporting team (Sudhir and Melissa) will discuss next steps if the ladder transfer is not viable. Note the ladder trial will not change the conditions of your At-Will employment.
Once you have read the details above, please reply all with your acceptance to confirm you understand and accept the terms.

Thanks!
Melissa


--



**Melissa Lawrence**
hrmelissa@google.com
Director, People Operations
Google Cloud Platform, Cloud Programs and OCTO

Got questions?
Information for **YOU** at go/MyGoogle or peopleops-help@google.com


--
regards
Sudhir Hasbe

CONFIDENTIAL                                                                                                                                               GOOG-ROWE-00059687