# Exhibit 10

**From:** Melissa Lawrence <hrmelissa@google.com>
**To:** Tech Transfers <tech-transfers@google.com>
**Sent:** Wed, 15 Nov 2017 08:56:59 -0800
**Subject:** L9 ladder transfer
Nicholas Harteau - My gHire.pdf

Hi team -

We have a L9 Noogler, Nicholas Harteau, who was hired in as a TSC in the Office of the CTO in May 2017. He is interested in transferring to the SWE Mgr ladder as he is going to be managing a team of mostly SWEs and PMs.

I would like to avoid interviews for this transfer. What would be needed? His hiring packet is attached and has strong endorsements from Eric Brewer and Solomon Boulos.

I have a meeting with Nicholas's manager on Friday afternoon so would like to know next steps by then. Thanks!

Melissa

--



**Melissa Lawrence**
hrmelissa@google.com
HRBP, Google Cloud Platform
SVL - MP1 - 6th floor

Got questions?
Information for **YOU** at go/MyGoogle or peopleops-help@google.com