

December 17, 2020

**Via ECF:**
The Honorable Gabriel W. Gorenstein
United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>*Ulku Rowe v. Google LLC*, Case No. 19-cv-08655 (LGS)(GWG)</u>

Dear Judge Gorenstein:

      We represent Plaintiff Ulku Rowe in the above-referenced matter. Pursuant to Rule 1.E. of Your Honor's Individual Rules, the Parties jointly write to respectfully request an extension of time for the Parties to (i) complete depositions; (ii) complete expert discovery; and (iii) file their pre-motion conference letters for permission to make a summary judgment motion. The Parties request that the Court so order the Joint Stipulation and Proposed Order attached hereto as Exhibit 1, and adjourn the aforementioned deadlines until thirty (30) days following the Court's order(s) with respect to the pending and forthcoming motions set forth below.

      On November 23, 2020, Defendant requested a pre-motion conference on its anticipated motion to preclude the deposition of Diane Greene. (ECF No. 62). Plaintiff filed her letter response on December 1 (ECF No. 65) and Defendant filed its reply in further support of its motion on December 4 (ECF No. 66). On December 9, the Court ordered that oral argument on the pending motion will take place on January 5, 2021. The parties have completed all depositions in this matter with the exception of Diane Greene.

      On December 16, Plaintiff filed her Motion for Leave to File Supplemental Pleadings. ECF No. 76. Under the Parties' agreed to schedule, Defendant's Response is due December 29, 2020 and Plaintiff's Reply is due January 5, 2021. On December 17, 2020, Plaintiff requested a pre-motion conference in anticipation of her motion to compel the production of discovery related to comparator information. (ECF No. 79). Defendant's response to Plaintiff's pre-motion letter will be filed in the timeframe specified in Your Honor's Individual Rules, unless the Court orders full briefing of the issues, at which time the Parties will abide by the briefing schedule set by the Court. The aforementioned filings relate to key issues in this case, the resolution of which is necessary prior to the Parties' pre-motion conference letters relating to summary judgment.

      On December 17, the Parties entered into a stipulation regarding expert discovery. *See* Exhibit 1. Both Parties have agreed to only seek expert testimony related to economic damages

LEGAL_US_W # 106159171.2

New York   685 Third Avenue  25th Floor   New York, NY 10017   Tel (212) 245-1000   Fax (646) 509-2060
Chicago   161 N Clark Street  Suite 1600   Chicago, IL 60601   Tel (312) 809-7010   Fax (312) 809-7011
San Francisco   One California Street  12th Floor   San Francisco, CA 94111   Tel (415) 638-8800   Fax (415) 638-8810
Washington DC   601 Massachusetts Ave NW  Suite 200W   Washington, DC 20001   Tel (202) 847-4400   Fax (202) 847-4410

www.outtengolden.com



in this matter. Accordingly, the Parties agree to adjourn, subject to Court approval, the deadline to complete expert discovery until after dispositive motions are fully briefed and decisions are rendered by the Court.

Accordingly, the Parties jointly request an extension to the discovery schedule in this matter, revising the Scheduling Order reflected in ECF Nos. 61, 64, as follows:

| Description | Current Deadline | Proposed Deadline |
|---|---|---|
| Completions of depositions pursuant to Fed R. Civ. P. 33 | December 18, 2020 | Fourteen (14) days following the Court's order related to the deposition of Diane Greene |
| Completion of all expert discovery | December 18, 2020 | Forty-five (45) days following the Court's order on all dispositive motions |
| Pre-Motion Conference Letter Requesting Permission to make a summary judgment motion | December 23, 2020 | Thirty (30) days following the Court's order on the Supplemental Pleadings and Comparator Evidence motions, whichever is later |
| Date of pre-motion conference before Hon. Lorna G. Schofield | January 7, 2021 at 10:40 a.m. | Fourteen (14) days following the deadline to submit Pre-Motion Conference Letters requesting permission to make a summary judgment motion |

This is the fourth request to extend discovery deadlines in this matter. The Parties thank the Court for its consideration of this matter.

Respectfully submitted,

_____
Kenneth W. Gage
Sara B. Tomezsko
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
*Counsel for Defendant*

_____
Cara E. Greene
Maya S. Jumper
Shira Z. Gelfand
Outten & Golden LLP
685 Third Avenue, 25th Floor
New York, NY 10017
*Counsel for Plaintiff*

cc:   All Parties (via ECF)

New York  685 Third Avenue  25th Floor  New York, NY 10017  Tel (212) 245-1000  Fax (646) 509-2060
Chicago  161 N Clark Street  Suite 1600  Chicago, IL 60601  Tel (312) 809-7010  Fax (312) 809-7011
San Francisco  One California Street  12th Floor  San Francisco, CA 94111  Tel (415) 638-8800  Fax (415) 638-8810
Washington DC  601 Massachusetts Ave NW  Suite 200W  Washington, DC 20001  Tel (202) 847-4400  Fax (202) 847-4410
www.outtengolden.com

LEGAL_US_W # 106159171.2