

1(212) 318-6267
saratomezsko@paulhastings.com

December 21, 2020  59605.00060

**VIA ECF**

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 6B
New York, New York 10007

Re:     *Ulku Rowe v. Google LLC*, Case No. 1:19-cv-08655 (LGS)(GWG)

Dear Judge Gorenstein:

We represent Google in the above-captioned matter.  Plaintiff has filed a discovery dispute letter (ECF 79) with the Court dated December 17, 2020.  Pursuant to Section 2.A of your Individual Practices, Defendant must respond to this letter within two business days unless the parties agree otherwise.  The parties have conferred and plaintiff consents to a two-day adjournment of the deadline to respond to the discovery dispute letter, through December 23, 2020, to allow Google to prepare and file concurrently with its response a motion to retain under seal documents submitted in connection with plaintiff's submission and Google's response.  The two-day extension will not affect any other dates in the case.

We thank the Court for its consideration of this matter.

Respectfully submitted,

Kenneth W. Gage
Sara B. Tomezsko
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
t: (212) 318-6000
kennethgage@paulhastings.com
saratomezsko@paulhastings.com

*Counsel for the Defendant*

cc: All parties (via ECF)