# EXHIBIT 1

1                    - WILL GRANNIS -

2       IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF NEW YORK
3       ------------------------------------ X
        ULKU ROWE,
4
                         Plaintiff,
5
                                    Case No.
6                                   19 Civ. 08655(LGS)(GWG)

7                   v.

8       GOOGLE LLC

9                    Defendant.

10      ------------------------------------ X

11      DATE:  October 29, 2020

12      TIME:  11:33 A.M.

13

14              VIDEOTAPED VIDEOCONFERENCE DEPOSITION

15      OF WILL GRANNIS, held via Zoom, pursuant to

16      Notice, before Hope Menaker, a Shorthand Reporter

17      and Notary Public of the State of New York.

18

19

20

21

22

23

24

25

```
 1                    - WILL GRANNIS -

 2      time.

 3           Q.     Do you recall what your level was?

 4           A.     L 8.

 5           Q.     Do you recall what job ladder that

 6      was in?

 7           A.     Program management.

 8           Q.     When was your start date?

 9           A.     It was the end of March, '2015

10      approximately.

11           Q.     And how long were you in that role?

12           A.     It was roughly a year.

13           Q.     And where did you go next?

14           A.     My next role was starting the office

15      of the CTO.

16           Q.     And how did it come to be that you

17      made a move into the office of the CTO?

18           A.     I was asked to formulate -- because

19      of my background in enterprise technology both in

20      startups and in large enterprises, I was asked to

21      provide thoughts and opinions to leadership around

22      building such a function.

23                    And at the time I was told based on

24      high performance in the role, demonstrated

25      knowledge of the products and, you know,
```

```
 1                  - WILL GRANNIS -

 2    firsthand -- real firsthand experience whether it

 3    was hands-on or leadership that we would make -- I

 4    was offered to start this role up and at the time

 5    it was scoped to be a very small thing and an

 6    experimental function.

 7         Q.    What was the title or descriptive

 8    title of that role?

 9         A.    Director, office of the CTO.

10         Q.    Did that role include an engineering

11    component?

12         A.    Yes, the -- eventually.  So part of

13    creating a team was -- actually was also creating

14    the -- the features of the -- the function itself.

15    It was a new function at Google.

16         Q.    And did that function gain a name?

17         A.    Yes.

18         Q.    And what was the name?

19         A.    The Office of the CTO was the name of

20    the group and the function, we decided to utilize

21    a technical job family that had been used

22    elsewhere in Google and put it in engineering for

23    the first time.

24         Q.    What do you mean, "put it in

25    engineering"?
```

```
 1                    - WILL GRANNIS -

 2          A.     Our job families can exist.  So the

 3     job family that was used for the office of the CTO

 4     had certain elements that we wanted to bring

 5     across and we knew that engineering, the core of

 6     the team would be critical to have engineering

 7     skills.

 8                 And so we took the features of a job

 9     that allowed for a blend of customer facing,

10     customer impact-type work, plus engineering-type

11     work and we put it in engineering, meaning it was

12     in the engineering hierarchy which allow the

13     members of the team to participate in the larger

14     engineering organization whether that was, you in,

15     you know, developing or in more engineering-like

16     reviews.

17          Q.     Was -- the technical job family

18     you -- you talked about, was that technical

19     solutions consultant?

20          A.     Yes.

21          Q.     And so there were technical solutions

22     consultants outside of OCTO at the time you

23     adopted that title?

24          A.     We don't -- we don't refer to

25     technical solutions consultant and the job family
```

```
 1                    - WILL GRANNIS -
 2     detail, so it will probably help.  OCTO, the job
 3     family as seen in the job description and in OCTO
 4     as we've described since the very beginning of the
 5     CTO office, the role consists of three main we'll
 6     call them buckets of work.  There's customer work,
 7     there's influencing the platform and products, and
 8     then there is the speaking, the evangelism part.
 9              In order to create impact with the
10     customer OCTOs are expected to help materially
11     advance the progress of the largest brands in the
12     world; and what I mean by that is, you know, come
13     to Cloud, come to Google Cloud and succeed with
14     Google Cloud.
15              The second pillar, the engineering
16     pillars, are expected to take their knowledge from
17     the corporate world and what they obtain at Google
18     and they're expected to show impact on the product
19     road map, and this can come in a variety of
20     fashions.  Most often this means that they have
21     championed a change that we need make to what
22     we're building that it is accepted by the
23     engineering, production, leadership.
24              And the third pillar is conveying the
25     power of our technology to the outside world
```

```
 1                    - WILL GRANNIS -

 2      and helping create a translation between our

 3      technology and its possibilities in the context of

 4      the day; and in this way Ulku for example spent

 5      most of her time explaining the power of

 6      technology to financial services organizations and

 7      regulators, organizations like that externally.

 8            Q.    So we'll come back to some of this.

 9                  With respect to the second bucket,

10      influencing the platform products and the

11      engineering piece -- do I have that right, that's

12      the second bucket?

13            A.    Yes.

14            Q.    Describe for me a little bit more

15      about the engineering aspect of -- of the role,

16      what it means to impact -- have an impact on the

17      product road map.

18            A.    Examples of impact can range from

19      conceiving of a design of a new product and

20      ensuring that it's built.  It can be spotting an

21      opportunity to evolve something that we already

22      have and make it better.

23                  And it -- I think it's critical to

24      point out that the idea itself is only a little

25      bit of the role, that the -- the full as, you
```

```
 1                    - WILL GRANNIS -

 2        Q.     What was the context of that

 3   transfer; why was he being transferred?

 4              MR. GAGE:  Objection.

 5        A.     He wanted to lead a production

 6   engineering team, something we don't do in OCTO.

 7        Q.     So he was being transferred from the

 8   technical director Eng role into an SWE Eng role?

 9              MR. GAGE:  Objection.

10        A.     I'm -- I'm just reading this again

11   just cause I -- I've never seen this before.

12              Yes, TSE to SWE manager.

13        Q.     And did you support this transfer?

14        A.     Yes.

15        Q.     And did you view his skills in TSC as

16   transferrable to SWE?

17              MR. GAGE:  Objection.

18        A.     Some of them.

19        Q.     And what skills are transferable?

20        A.     It's more about the -- it's more

21   about the job family, and let me explain.  The job

22   family -- technical solutions consultant, we

23   described earlier the three pillars of this role.

24   The pillars are customer, evangelism, and

25   engineering.  In the SWE ladder, software
```

```
 1                    - WILL GRANNIS -

 2        engineering ladder, customer and evangelism aren't

 3        present in the pillar requirements.

 4                    So the skills that are transferable

 5        are engineering, but that ladder doesn't recognize

 6        the skills of large-customer advancement and

 7        evangelism as val -- as core valuable pieces of

 8        their job description.

 9            Q.    Are there aspects of the skills that

10        someone would have with respect to Pillars 1 and 3

11        in TSC that would be skills that could also be

12        used with respect to a manager in SWE?

13            A.    The three OCTO pillars, the first and

14        third pillars would be largely negligible to

15        transfer to a SWE manager.

16            Q.    Understood.  The pillars describe the

17        responsibilities of the TSC, is that a fair way to

18        characterize that?

19                    MR. GAGE:  Objection.

20            A.    Responsibilities, skills, background,

21        experience necessary, yes.

22            Q.    Okay.  So, for instance, thought

23        leadership might be a skill that's relevant to the

24        first and third pillars, correct?

25                    MR. GAGE:  Objection.
```

```
 1                   - WILL GRANNIS -

 2          A.     Mostly -- mostly the third, but

 3     ome -- somewhat in the first, yes.

 4          Q.     Okay.  Do you see thought

 5     leadership and evangelism as interchangeable or as

 6     different -- different things?

 7                 MR. GAGE:  Objection.

 8          A.     They are slightly different skills.

 9     Thought leadership is the ability to take a

10     situation, use experience, knowledge, what you

11     learn and be able to advance a -- a situation or

12     an area that quite often others don't believe or

13     don't agree with.  Evangelism is purely the act of

14     communicating externally on behalf of something.

15          Q.     Okay.  We looked earlier at that

16     engineering levelling guide --

17          A.     Uh-huh.

18          Q.     -- do you recall that?

19          A.     I do.

20          Q.     With -- with respect to the items

21     that were contained on the engineering levelling

22     guide, and if you need to we can go back to that

23     document, but is it your understanding that those

24     items are items that apply both to TSCs and to

25     SWEs?
```

```
 1                    - WILL GRANNIS -

 2               MR. GAGE:  Objection.

 3        A.    Somewhat, but that's also why we have

 4    job families that are more descriptive in terms of

 5    requirements.

 6        Q.    I want to make sure I'm directing

 7    you, give me one moment.  Okay, let's go back and

 8    look at that.  It's Exhibit 6.

 9        A.    Okay.

10               MR. GAGE:  Is this already there

11        or --

12               MS. GREENE:  It's there.

13               MR. GAGE:  Exhibit 6, Adam Lief, this

14        one?

15               MS. GREENE:  Yes.

16        A.    I have it up.

17        Q.    Okay.  If we can look at the

18    last -- Page 2, the entries for Level 8 and Level

19    9, are there any entries there that you would say

20    do not apply to technical directors?

21               MR. GAGE:  Objection.

22        A.    And was the question are there any

23    that don't explicitly apply?

24        Q.    That you would say well, this isn't

25    relevant with respect to the TSC ladder or roles.
```

```
1                    - WILL GRANNIS -

2        A.      None that immediately jump out as

3     defined.

4        Q.      Okay, and with respect to a SWE, are

5     there any here that you would say as far as you

6     understand the role of SWE do not apply to SWE?

7                 MR. GAGE:  Objection.

8        A.      In the category of leadership, I

9     think that these would -- these would apply.

10       Q.      Okay.  Well, just so I'm clear: If we

11    go all the way back up to Page 1, there's four

12    levelling criteria; knowledge and experience,

13    complexity and scope, leadership and influence,

14    and organizational impact.  Do you see that?

15       A.      I do.

16       Q.      Okay.  So with respect to Levels 8

17    and 9, do each of those categories in this

18    document apply to SWE?

19       A.      Well, it says just up in the header

20    "It's not a representation of expectations for any

21    specific ladder," so I think the answer is no.

22       Q.      So I'm asking you based on what you

23    know about the SWE role and as you've observed it

24    in operation, do these generally describe

25    attributes of someone at the Level 8 and/or Level
```

```
 1                    - WILL GRANNIS -

 2   OCTO?

 3        A.    Yes.

 4        Q.    Do you know who Jonathan Donaldson

 5   is?

 6        A.    Yes.

 7        Q.    Is he another person who you hired

 8   into the technical director position in OCTO, that

 9   position we saw in the job description we looked

10   at earlier?

11        A.    Yes.

12        Q.    What about Paul Strong, do you know

13   who he is?

14        A.    Yes.

15        Q.    Is he someone else you hired as a

16   technical director within OCTO?

17        A.    Yes.

18        Q.    And I -- I still have not figured out

19   how to say his name, Evren Eryurek?

20        A.    Eryurek.

21        Q.    Yes.  Is he another person that you

22   hired in as a technical director within OCTO?

23        A.    Yes.

24        Q.    Now, at some point did Evren transfer

25   to a PM ladder?
```

```
 1                    - WILL GRANNIS -

 2          A.      When he left OCTO he went into a

 3      probationary product management role, that's

 4      correct.

 5          Q.      PM stands for Product Management?

 6          A.      Yes.

 7          Q.      So he had skills that were

 8      transferable from TSC to PM?

 9          A.      That's why he was put in a

10      probationary period, was to determine whether that

11      was true or not.

12          Q.      And do you know the outcome of that?

13          A.      He's a product manager today, so...

14          Q.      Okay, and with respect to the

15      engineering levelling guide that we looked at a

16      bit ago with respect to Levels 8 and 9 in those

17      four different categories for the PM manager role

18      as you observed it at Google, do these descriptors

19      apply to that ladder?

20          A.      Generally, yes, but again as states

21      in the doc it doesn't represent the specific

22      expectations for any job role including PM, SWE,

23      or TSC.

24          Q.      Right.  This is an Engineering-Wide

25      Levelling Guide?
```

```
1                    - WILL GRANNIS -

2        A.     Yeah, this is -- yeah, there's an

3    engineering category of jobs and then the job

4    families, so this is for an engineering category

5    of jobs.

6        Q.     So this is the -- the broader set and

7    then an individual ladder may have its own levels

8    defined as well, correct?

9        A.     Yes.

10       Q.     And so earlier we looked at this when

11   we discussed the TSC ladder itself was well,

12   correct?

13       A.     Yes.

14       Q.     All right.  Do you know a woman or

15   aware of a woman named REDACTED        ?

16       A.     Yes.

17       Q.     And how are you aware of her?

18       A.     She was being considered for a role

19   in OCTO.

20       Q.     And was she offered a role?

21       A.     She was.

22       Q.     And do you recall at what level she

23   was offered a role?

24       A.     I think it was L 9, but I'm not a

25   hundred percent sure.
```

```
 1                    - WILL GRANNIS -

 2      that into another role there's always going to be

 3      pieces that are applicable and pieces that aren't;

 4      and in our case, we index heavily towards

 5      engineering in OCTO.  That's why we took the job

 6      family and moved to it engineering.  That's why we

 7      have many, many hiring steps around validating

 8      technical skills.  That's why over time it's one

 9      of the priorities for people within the team.

10                    And considering that Tariq was

11      building an organization that was in sales, a

12      sales or a business development-like function, my

13      assumption was that the engineering pieces of what

14      we do might be a little bit devalued, and since

15      that's such a core of OCTO, there was certainly

16      going to be some of that same translation

17      difficulty.

18          Q.     Did you have a conversation with Mr.

19      Shaukat about the vertical lead?

20          A.     Not directly.

21          Q.     Did you have a conversation with Mr.

22      Stevens about the vertical lead around this time?

23          A.     I presented my opinions.

24          Q.     And did you present Mr. Stevens with

25      an opinion with respect to Ms. Rowe's
```

```
 1                    - WILL GRANNIS -

 2      leans hire, would you have recommended hire for

 3      the role?

 4                    MR. GAGE:  Objection.

 5           A.    I -- I would have needed -- yeah, I

 6      would have needed to know more about the roles.

 7                    As I stated earlier I never saw a job

 8      description.  I never saw a key criteria.  I never

 9      saw any of the things that would allow me to make

10      a specific recommendation.

11           Q.    Based on -- did I understand your

12      testimony earlier with respect to the pillars and

13      Ms. Rowe's general performance, that you

14      considered her to be strong on the -- the business

15      side with respect to financial services?

16           A.    A little more specifically I -- we

17      should we should definitely check, but what I

18      wanted to make sure was articulated is that the

19      three pillars of OCTO are not business -- there's

20      no business pillar.  There's a customer pillar,

21      there's a technical engineering pillar, and then

22      there's an evangelism pillar.

23                    Evangelism has been Ulku strongest

24      area throughout her time, but I was her manager

25      and that's recorded in performance reviews.
```

```
 1                    - WILL GRANNIS -

 2                 The pillar that would come next in

 3      terms of performance level would be the customer,

 4      but that's not necessarily dependent on business

 5      savvy, sales savvy, business development savvy;

 6      it's actually based on understanding problems in

 7      that industry of a general technology nature.

 8                 And then the third bucket of

 9      engineering is the area where she's had the lowest

10      performance consistently over the three years,

11      three-plus years.

12         Q.    And that customer component includes

13      understanding the underlying business of the

14      customer, in this case financial services; is

15      that -- am I right about that?

16         A.    Somewhat, but that is not the

17      extensive requirement.  The difference between an

18      OCTO role for example and a position that's in a

19      sales or business development just -- remember

20      when we talked about the -- kind of the job

21      umbrellas or the job categories earlier; we had

22      engineering, we had sales, you know, we had

23      administrative, general administrative.  Those are

24      the three types.

25                 In sales there's higher emphasis on
```

```
 1                   - WILL GRANNIS -

 2         Q.      -- or did the people you evaluated

 3    fall within a certain category?

 4         A.      I'd have to look at the --

 5                 MR. GAGE:  Objection.

 6         A.      I'd have to look at the data to give

 7    you a definitive answer.

 8         Q.      Was a 5 a regular occurrence or would

 9    that be more unusual for someone to be 4 to 5?

10         A.      Statistically the least likely

11    ratings are the poles, as you would expect

12    the -- the extremes, the needs improvement, and

13    the superbs.

14         Q.      Did Google apply any sort of Bell

15    Curve to -- or fourth-ranking process to its

16    evaluation rankings?

17         A.      No, people were allowed to earn the

18    score that they earned.

19         Q.      With respect to Ms. Rowe's

20    performance evaluation that you completed, were

21    you accurate or did you strive to be accurate in

22    terms of the feedback and assessment that you

23    provided in those reviews?

24         A.      Yes, it's absolutely critical for the

25    functioning of the team; and as an example Ulku
```

```
 1                  - WILL GRANNIS -

 2      performed well in the one-to-one and one-to-many,

 3      but did not perform well in engineering which is

 4      why her rating was not higher.

 5           Q.    Did she do anything on that pillar?

 6                 MR. GAGE:  Objection.

 7           A.    I'd have to --

 8                 MR. GAGE:  In this particular year or

 9           ever?

10                 MS. GREENE:  Ever.

11           A.    Very little.  Consistently if you

12      look over the span of her performance years,

13      you'll notice a very consistent pattern and that

14      is a lack of meaningful impact in engineering.

15                 In her late -- latest performance

16      review which we just actually had this week it was

17      pointed out that she has started some efforts that

18      might be promising, but we don't grade on intent,

19      we grade on impact and Ulku has yet to demonstrate

20      any significant impact in the engineering pillar.

21           Q.    And what -- you mentioned in this

22      year's review, what -- what review did you give in

23      this last have evaluation, what scores?

24           A.    I think exceeds expectations.  An

25      OCTO is limited in their ability to score high
```

```
 1                  - WILL GRANNIS -

 2      on -- on the rating if they're not fulfilling one

 3      of the pillars on the job.

 4           Q.    Give me just a moment.

 5                 Okay.  After Ms. Rowe joined Google,

 6      did she raise concerns with you about her level?

 7           A.    The time when I remembered most

 8      specifically was in the transition to the vertical

 9      organization, when she was asking about the

10      correspondence that we -- that we talked about

11      earlier.

12           Q.    Are you aware that in the fall of

13      2018, she raised with Kevin Lucas and Melissa

14      Lawrence concerns about her levelling and that men

15      had been leveled higher than her?

16                 MR. GAGE:  Objection.

17           A.    I'm -- I'm not aware of the timing or

18      the nature of the concerns, but I am aware because

19      I had a discussion with employee relations that

20      there was a general concern.

21           Q.    When was that discussion with

22      employee relations?

23           A.    I don't remember off the top of my

24      head.

25           Q.    Was it after she was back in OCTO or
```