# EXHIBIT 2

```
 1                    -- BRIAN STEVENS --

 2      IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF NEW YORK
 3      --------------------------------------X
        ULKU ROWE,
 4
                        Plaintiff,
 5
                                      Case No.
 6                                    19 Civ. 08655(LGS)(GWG)

 7                 v.

 8      GOOGLE LLC

 9                      Defendant.

10      --------------------------------------X

11      DATE:  November 13, 2020

12      TIME:  9:42 A.M.

13

14            VIDEOTAPED VIDEOCONFERENCE DEPOSITION

15      OF BRIAN STEVENS, held via Zoom, pursuant to

16      Notice, before Hope Menaker, a Shorthand Reporter

17      and Notary Public of the State of New York.

18

19

20

21

22

23

24

25
```

1                -- BRIAN STEVENS --
2    have direct reports?
3         A.    Yes.
4         Q.    And was he responsible for hiring
5    those direct reports or did they move laterally
6    over to him?
7         A.    Varied.  It varied.
8         Q.    Okay.  Did -- the function, was
9    that -- that was reporting up to him, was that a
10   new function or was that -- it was a
11   reorganization where functions were moved
12   underneath him, or both?
13        A.    It was a new function.
14        Q.    Okay.  And what was the new function
15   for his direct reports?
16        A.    The charter was to engage externally
17   with customers to make their move to Cloud
18   successful.
19        Q.    And so as part of that charter, what
20   were the new hires that were looking to be hired?
21        A.    Very accomplished engineering
22   executives.
23        Q.    Was there a particular role for which
24   they were being hired?
25        A.    There was a singular job

1                  -- BRIAN STEVENS --
2      specification.
3          Q.     And what was that?
4          A.     It was elaborate.  It was about being
5      an executive -- engineering executive that would
6      work directly with customers.
7          Q.     Was the title of that role technical
8      solutions consultant?
9          A.     No, it was not.  It was technical
10     director.
11         Q.     Was it technical director in the
12     office of the CTO?
13         A.     That's correct.
14         Q.     And were there a specific number of
15     technical directors that -- that you and he were
16     looking to hire for the office of the CTO?
17              MR. GAGE:  Objection.
18         A.     I believe our first wave was
19     approximately ten.
20         Q.     And when was that first wave?
21         A.     It began on recruitment of Will to
22     this new role.
23         Q.     In what -- what year was that?
24         A.     Oh, I don't -- I would be -- I would
25     be guessing.  I can't recall exactly the moment he

1                      -- BRIAN STEVENS --
2          A.     No, not particular, no.
3          Q.     Did you have any -- while you were at
4     Google, did you have any conversations with anyone
5     regarding Ms. Rowe's performance?
6          A.     No, not that I recall.
7                 MR. GAGE:  Objection.
8          Q.     While you were at the company, did
9     you have any conversations with anyone regarding
10    Ms. Rowe's compensation?
11         A.     Not that I recall.
12                MR. GAGE:  Objection.
13         Q.     Okay.  Did you play any role in
14    setting Ms. Rowe's compensation at the time of her
15    hire?
16         A.     Typically I wouldn't have.
17         Q.     Typically you wouldn't have what?
18         A.     Played a role in her compensation
19    unless an exception needed to be made.
20         Q.     Do you recall any of the technical
21    directors for whom you played a role in setting
22    their initial compensation?
23         A.     No, I don't recall being involved in
24    the compensation.
25         Q.     Did you play any role in setting what

```
 1                -- BRIAN STEVENS --
 2   Ms. Rowe's level would be?
 3           MR. GAGE:  Objection.
 4       A.   Yeah, that's a broad question.  I was
 5   targeting -- you know, we were targeting Level 8
 6   hires in the CTO office, so not directly.
 7       Q.   Were some individuals brought in as
 8   Level 9?
 9       A.   Yes.
10       Q.   Were you involved in the decision to
11   bring individuals in at a Level 9?
12       A.   Indirectly.
13       Q.   In what way were you indirectly
14   involved?
15       A.   As the manager of Will.
16       Q.   And how did that indirect involvement
17   relate to hiring people as Level 9?
18       A.   Typically I'd be the approver, the
19   final approver.
20       Q.   And so would Mr. Grannis make the
21   recommendation with respect to what level someone
22   should be brought in?
23           MR. GAGE:  Objection.
24       A.   Not independently.
25       Q.   What's your understanding of how the
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ULKU ROWE,<br><br>        Plaintiff,<br><br>-against-<br><br>GOOGLE LLC,<br><br>        Defendant. | No. 1:19-cv-08655 (LGS)(GWG)<br><br>**DECLARATION OF BRIAN STEVENS PURSUANT TO 28 U.S.C. § 1746** |

I, BRIAN STEVENS, declare under penalty of perjury that I have read the entire transcript of my testimony taken under oath in my deposition on November 13, 2020, in the above-captioned matter; that the same is a true, complete and correct record of my testimony save and except for corrections as indicated by me on the enclosed Errata Sheet, with the understanding that I offer these changes as if still under oath; and that the answers on the record as given by me and as amended by the corrections indicated on the enclosed Errata Sheet are true and correct.

Signed on the 14th day of December, 2020 in New Boston, New Hampshire

_____
Brian Stevens

LEGAL_US_W # 105643497.1