# EXHIBIT 3

DocuSign Envelope ID: 76DA69CF-E4A5-4A1B-855F-5823BE07B6A3



1          - ADAM LIEF -

2   IN THE UNITED STATES DISTRICT COURT.
    FOR THE SOUTHERN DISTRICT OF NEW YORK
3   ------------------------------------- X
    ULKU ROWE,
4
              Plaintiff,
5
                   Case No.
6                  19 Civ. 08655(LGS)(GWG)

7              v.

8   GOOGLE LLC

9              Defendant.

10  ------------------------------------- X

11  DATE:  October 2, 2020

12  TIME:  11:37 A.M.

13

14         VIDEOTAPED VIDEOCONFERENCE DEPOSITION

15  OF ADAM LIEF, held via Zoom, pursuant to Notice,

16  before Hope Menaker, a Shorthand Reporter and

17  Notary Public of the State of New York.

18

19  (Confidential portion appears on pages 135-137)

20

21

22

23

24

25

1              - ADAM LIEF -

2    you were dealing with cloud-based or

3    on-premises-based systems?

4        A.    They were on-premises-based systems.

5        Q.    Okay.  In 2011, did you leave Oracle?

6        A.    Yes, I did.

7        Q.    And where did you go from there?

8        A.    I went to Google.

9        Q.    And what role did you take at Google

10   at that time?

11       A.     I was an application engineering

12   manager -- excuse me, let me correct that, please.

13   I was a business systems integration manager, the

14   role was called.

15       Q.     And where did that business systems

16   integration manager role sit within the broader

17   Google structure?

18       A.     It was in Google's corporate

19   engineering organization.

20       Q.     And did Google corporate engineering

21   roll up into anything else; what entity was that a

22   part of?

23       A.     At -- at the time, corporate

24   engineering rolled up into Google's technical

25   infrastructure group.

1             - ADAM LIEF -

2     Q.    Did that change at some point?

3     A.    Yes, it did.

4     Q.    When did it change?

5     A.    I am not -- I -- I don't recall the

6   precise time frame, but let me think.

7           I'm sorry, I don't -- I don't recall

8   the -- the time frame.

9     Q.    Was it within the last five years?

10    A.    Yes.

11    Q.    Do you recall whether it was in the

12  last two years?

13    A.    I don't.  I don't -- I don't recall.

14    Q.    And what did it change to?

15    A.    It first changed to cloud, being

16  directly under cloud.

17    Q.    And then did it change again?

18    A.    Yes, it did.

19    Q.    And where did it change to next?

20    A.    It moved to core systems.

21    Q.    C-O-R-E?

22    A.    That's correct.

23    Q.    Okay, and how long were you in the

24  business systems integration manager role?

25    A.    I was there for about four-and-a-half

1          - ADAM LIEF -

2     A.     Yes, it is a file on Google's

3  internal network.

4     Q.     And so have you, yourself, accessed

5  that document before?

6     A.     Yes, I have.

7     Q.     And can you walk me through the steps

8  that you would take to access that document?

9     A.     You --

10          MR. GAGE:  Again, object for the

11      record.  I don't think this is within the

12      subject of this witness' designation.

13          But go ahead.

14     A.     Yes, I would do an internal search

15  for the document within Google's search tool and

16  then open the file.

17     Q.     And when you talk about the internal

18  search tool, is that a search tool within a

19  particular system?

20     A.     It's Google-wide; it's a Google-wide

21  internal search tool.

22     Q.     And what information is reflected in

23  the ladder document that you described?

24     A.     Reflected are expectations of

25  different levels of jobs within the ladder.

1                    - ADAM LIEF -

2    your role?

3        A.    No.

4        Q.    Is your position presently within

5    Google Cloud?

6        A.    No.

7        Q.    At the time your role was moved

8    from -- was it from Google Cloud to Google Tech

9    Infrastructure, is that the move that was made?

10       A.    It -- it --

11       Q.    Sorry.  At the time your role moved

12   from cloud to core systems, did the role itself

13   change in any way?

14       A.    No.

15       Q.    The systems and applications with

16   which you're involved in your role, are those

17   internal or external?

18       A.    Internal.

19       Q.    And are those cloud based or on-prem

20   based?

21       A.    They are both.

22       Q.    Now, I think we discussed before that

23   the systems you worked with at Oracle were on-prem

24   based.  Was this your first experience working

25   with applications that were cloud based at Google?

DocuSign Envelope ID: 76A69CF-E4A5-4A1B-85FF-58238EC7B6A2

October 02, 2020

49

1                    - ADAM LIEF -

2    can answer that generally.

3       Q.    For application engineering

4    directors, is it a salary or an hourly position?

5       A.    Salaried position.

6       Q.    And, on average, do application

7    engineering directors work more than 40 hours in a

8    week?

9           MR. GAGE:  Objection.

10      A.    I don't know.

11      Q.    During the time when people actually

12   went to an office back pre-pandemic era, were

13   you -- would application engineering directors

14   work more than 40 hours in a week?

15          MR. GAGE:  Objection.  I think this

16       is beyond the scope of the witness'

17       designation.

18           But go ahead.

19      A.    Yeah, I -- I don't know.

20      Q.    For yourself as an application

21   engineering director, do you work more than 40

22   hours in a week?

23      A.    Yes, I do.

24      Q.    With respect to application

25   engineering directors at Level 8 -- well, before

1          - ADAM LIEF -

2    we get to that, I'm going to stop and I'm going to

3    pause and define another term.  Are you familiar

4    with the term "Googlely"?

5        A.     Yes, I am.

6        Q.     And can you define that term for us

7    as it's used at Google?

8        A.     Yes, it would be somebody that

9    adheres to the cultural attributes important to

10   Google.

11       Q.     Okay.  So with respect to the

12   application engineering director Level 8, would

13   you agree that individuals in that position would

14   be expected to have the qual -- the quality of

15   innovative thinking?

16       A.     Yes.

17       Q.     Would that also be true with respect

18   to application engineering directors at Level 9?

19       A.     Yes.

20       Q.     With respect to application

21   engineering directors at Level 8, would they be

22   expected to have a quality of collaboration?

23       A.     Yes.

24       Q.     And would that also be true of Level

25   9?

DocuSign Envelope ID: 76DA69CF-E4A5-4A1B-855E-58238FC7B6A2

October 02, 2020

51

1                    - ADAM LIEF -

2        A.    Yes.

3        Q.    With respect to application

4    engineering directors at Level 8, would they be

5    expected to exhibit the quality of being

6    comfortable in solving ambiguous problems?

7        A.    Yes.

8        Q.    Would that also be true with respect

9    to Level 9?

10       A.    Yes.

11       Q.    With respect to application

12   engineering directors at Level 8, would -- and

13   their skills, would they be expected -- would they

14   be required to be highly technical --

15       A.    Yes.

16       Q.    -- with a sound track record of

17   applying technology to solve business problems?

18            MR. GAGE:  Objection.

19       A.    Yes.

20       Q.    Would that also be true of Level 9s?

21            MR. GAGE:  Objection.

22       A.    Yes.

23       Q.    With respect to application

24   engineering directors at Level 8, would a criteria

25   be that they be team-oriented leaders who have

DocuSign Envelope ID: 76DA69CF-E4A6-4A1B-855E-50288E57B6A2

```
 1              - ADAM LIEF -

 2  leveraged organizational depth across functions?

 3          MR. GAGE:  Objection.

 4      A.    Yes.

 5      Q.    And would that also be true with

 6  respect to Level 9s?

 7          MR. GAGE:  Objection.

 8      A.    Yes.

 9      Q.    With respect to criteria for

10  application engineering directors at Level 8,

11  would they be expected to demonstrate a history of

12  sharing lessons learned with peers and internal

13  stakeholders?

14          MR. GAGE:  Objection.

15      A.    Yes, if they've been in the role for

16  some time.

17      Q.    Would the same be true with respect

18  to Level 9s?

19          MR. GAGE:  Objection.

20      A.    Yes.

21      Q.    With respect to application engineers

22  at Level 8, is the criteria that the -- is the

23  criteria that they be thought leaders with a deep

24  track record of accomplishments related to cloud

25  analytics and/or machine learning?
```

1                 - ADAM LIEF -

2              MR. GAGE:  Objection.

3      A.     That isn't a generalizable

4    requirement across domains outside of cloud

5    so -- so, no, is the answer.

6      Q.     With respect to application engineer

7    Level 8, are they expected or is the criteria that

8    they have the ability to work independently with

9    minimal guidance?

10             MR. GAGE:  Objection.

11     A.     Yes.

12     Q.     And is that also true of Level 9s?

13             MR. GAGE:  Objection.

14     A.     Yes.

15     Q.     Are application engineer Level 8s

16   expected to know how to design and deliver complex

17   applications or services?

18             MR. GAGE:  Objection.

19     A.     Yes.

20     Q.     And is that also true of Level 9s?

21             MR. GAGE:  Objection.

22     A.     Yes.

23     Q.     With respect to application engineer

24   Level 8s, is a criteria they have experience with

25   multiple design proc -- multiple software design

DocuSign Envelope ID: 76DA69CF-E4A6-4A1B-855E-50288E57B6A2

1               - ADAM LIEF -

2    methodologies?

3          MR. GAGE:  Objection.

4    A.    Yes.

5    Q.    Is that also true of Level 9s?

6          MR. GAGE:  Objection.

7    A.    Yes.

8    Q.    With respect to application engineer

9    Level 8s, are they expected or is a criteria that

10   they have an understanding of the challenges

11   related to scale, feed, and user expectations?

12         MR. GAGE:  Objection.

13   A.    Yes.

14   Q.    Is that also true of Level 9s?

15         MR. GAGE:  Objection.

16   A.    Yes.

17   Q.    With respect to application engineer

18   Level 8s, is a criteria -- is the criteria that

19   they be creative, serious, and deliberate

20   problem-solvers?

21         MR. GAGE:  Objection.

22   A.    Yes.

23   Q.    Is that also true of Level 9s?

24         MR. GAGE:  Objection.

25   A.    Yes.

1              - ADAM LIEF -

2        Q.      With respect to application engineer

3     Level 8s, is the criteria that they know how to

4     lead through influence?

5              MR. GAGE:  Objection.

6        A.      Yes.

7        Q.      Is that also true with respect to

8     Level 9s?

9              MR. GAGE:  Objection.

10       A.      Yes.

11       Q.      With respect to application engineer

12    Level 8s, is the criteria a willingness to have an

13    opinion regarding design and/or deployment

14    considerations?

15              MR. GAGE:  Objection.

16       A.      Yes.

17       Q.      Is that also true with respect to

18    Level 9s?

19              MR. GAGE:  Objection.

20       A.      Yes.

21       Q.      Speaking from your personal

22    observations with respect to Google, the criterion

23    qualities that's we just went through in that

24    list, is that true of anyone at the director level

25    with respect to an engineering role?

1          - ADAM LIEF -

2          MR. GAGE:  Objection.

3     A.    Yes.

4     Q.    In the application engineer director

5   role, is there an internal client base that is

6   served?

7     A.    Yes.

8     Q.    And who are the clients?

9     A.    The clients are the business

10  stakeholders that operate Google's business.

11    Q.    Can you give me some examples?

12    A.    Yes.  The head of HR would be one of

13  my stakeholders.

14    Q.    Who would be another of your

15  stakeholders?

16    A.    Her senior leaders.

17    Q.    And who would those be?

18    A.    The head of staffing, the head of

19  talent, the head of operations.  Some examples.

20    Q.    And do other application

21  engineer -- application engineering directors have

22  similar stakeholders that they serve in their

23  roles?

24    A.    Yes, they do.

25    Q.    So each application engineering

1              - ADAM LIEF -

2     director has clients or stakeholders that they

3     serve, but the stakeholders may be different from

4     one to another; is that right?

5        A.    That's correct.

6        Q.    Are you familiar with the term

7     "whiteboarding sessions"?

8        A.    Yes, I am.

9        Q.    And -- and what do you understand

10    that to mean?

11       A.    I understand that to mean being able

12    to collaborate and draw out concepts, either

13    design or user-experience concepts.

14       Q.    And do application engineering

15    directors engage in whiteboarding sessions with

16    their stakeholders?

17       A.    They can.

18       Q.    Is that a part of the role?

19       A.    It might not be a universal part of

20    the role.

21       Q.    Is it a part of your role?

22       A.    No.

23       Q.    Do you meet with your business

24    stakeholders to discuss and assess what their

25    needs are and how you can meet those needs?

DocuSign Envelope ID: 76DA69CF-E4A6-4A1B-855E-50288E57B6A2

October 02, 2020

58

1             - ADAM LIEF -

2       A.    Yes, I do.

3       Q.    Do all application engineering

4    directors have similar-type conversations with

5    their stakeholders?

6             MR. GAGE:  Objection.

7       A.    To my knowledge, yes.

8       Q.    Do application engineering directors

9    work on cross-Google technical teams?

10            MR. GAGE:  Objection.

11      A.    I made need clarity on what's been

12   referred to as a cross-Google technical team.

13      Q.    What do you understand that term to

14   refer to?

15      A.    I --

16            MR. GAGE:  Objection.

17      A.    I would understand it to be technical

18   stack development or tools that engineers will use

19   that are used by many different groups.

20      Q.    In -- let me ask a different

21   question.  Do application engineering directors

22   work with people outside of their immediate job

23   ladders?

24            MR. GAGE:  Objection.

25      A.    Yes, they do.

1                    - ADAM LIEF -

2        Q.      And does that include other

3    engineering teams across Google?

4        A.      It -- it may depending on the role.

5        Q.      In your -- excuse me, application

6    engineering directors, do they have -- does any

7    aspect of their job involve public speaking,

8    whether it's -- it's internal public speaking or

9    external public speaking?

10       A.      Yes.

11       Q.      And what's involved with respect to

12   public speaking in the role of application

13   engineering manager -- I'm sorry, application

14   engineering director?

15       A.      It might be communicating a program

16   overview or a status update.

17       Q.      And so is a criteria for application

18   engineering director Level 8 role that a person be

19   comfortable in that public speaking role?

20             MR. GAGE:  Objection.

21       Q.      I'm going to withdraw it and ask you

22   a different question.

23             Is a criteria that they be able to

24   effectively perform a public speaking role for the

25   application engineering Level 8?

1              - ADAM LIEF -

2              MR. GAGE:  Objection.

3       A.    Yes.  I'd say yes.

4       Q.    Is that also true with respect to

5   Level 9s?

6       A.    Yes.

7       Q.    Is a criteria for application

8   engineering Level 8 excellent communication

9   skills?

10             MR. GAGE:  Objection.

11      A.    Yes.

12      Q.    And is that also true with respect to

13  Level 9s?

14             MR. GAGE:  Objection.

15      A.    Yes.

16      Q.    Is a criteria with respect to the

17  application engineering Level 8 role a commitment

18  to followthrough?

19             MR. GAGE:  Objection.

20      A.    Yes.

21      Q.    Is that also true with respect to

22  Level 9s?

23             MR. GAGE:  Objection.

24      A.    Yes.

25      Q.    You mentioned the stakeholders that

DocuSign Envelope ID: 76DA69CF-E4A6-4A1B-855E-50288E57B6A2

```
 1                  - ADAM LIEF -

 2      the business application -- or, I'm sorry, the

 3      application engineering directors work with.  Do

 4      the application engineering directors serve as

 5      technical advisors to their stakeholders?

 6              MR. GAGE:  Objection.

 7          A.    Yes.

 8          Q.    And is that true with respect to both

 9      Level 8 and Level 9?

10          A.    Yes.

11          Q.    With respect to application

12      engineer -- engineering Level 8, do part of their

13      responsibilities include identifying friction

14      points in design, development, or deployment from

15      the stakeholders' perspective?

16              MR. GAGE:  Objection.

17          A.    Yes.

18          Q.    And is that also true with respect to

19      Level 9s?

20              MR. GAGE:  Objection.

21          A.    Yes.

22          Q.    With respect to application engineer

23      Level 8, is a responsibility of the position to

24      work with their stakeholders to define joint

25      initiatives?
```

```
 1              - ADAM LIEF -

 2         MR. GAGE:  Objection.

 3    A.    That depends on the stakeholder.

 4    Q.    It can be, but it's not always a part

 5  of the role; is that what you're saying?

 6         MR. GAGE:  Objection.

 7    A.    That's correct.

 8    Q.    Is that true with -- with respect to

 9  both Level 8s and Level 9s?

10    A.    Yes.

11    Q.    With respect to application engineer

12  Level 8s, is a responsibility to collaborate

13  across functional and product area boundaries

14  within Google?

15         MR. GAGE:  Objection.

16    A.    Yes.

17    Q.    Is that also true with respect to

18  Level 9s?

19         MR. GAGE:  Objection.

20    A.    Yes.

21    Q.    With respect to application

22  engineering Level 8, do they work with product

23  engineering teams?

24    A.    They may.

25    Q.    Is that true at both Level 8 and
```

DocuSign Envelope ID: 76DA69CF-E4A6-AA1B-855E-50288E57B6A2

1                    - ADAM LIEF -

2    Level 9?

3        A.    Yes.

4        Q.    Now, with respect to the business

5    stakeholders that the application engineers

6    support, are the business stakeholders an

7    engineering role?

8            MR. GAGE:  Objection.

9        A.    Mostly not, but they may be.

10       Q.    So for instance the head of HR, that

11   is not an Eng role, correct?

12       A.    That is correct.

13       Q.    And sales would not be an Eng role,

14   correct?

15           MR. GAGE:  Objection.

16       A.    I don't know.

17       Q.    What about operations, is that

18   generally considered an Eng role or something

19   else?

20           MR. GAGE:  Objection.

21       A.    I need clarity on what you mean by

22   "operations."

23       Q.    As that term is used, if someone says

24   I'm in operations or I'm in Ops, is that

25   understood to be an engineering role or a

1              - ADAM LIEF -

2      Q.     It's not a manufacturing role,

3  correct?

4      A.     Correct.

5      Q.     Or a hospitality role or anything

6  like that, but is -- is that true with respect to

7  Level 9s as well?

8      A.     Yes, it's true.

9      Q.     And in the technology role or

10  in -- the application engineering Level 8s, does

11  a large part of their work require the use of a

12  computer?

13     A.     Yes.

14     Q.      Is most of the work done on the

15  computer?

16     A.     Yes.

17     Q.      Is that true with respect to Level 9s

18  as well?

19     A.     Yes.

20     Q.      At this point in time, are

21  application engineers at Levels 8 and 9 working

22  remotely?

23     A.     Most are, yes.

24     Q.      Do all of them have the option to

25  work remotely?

1            - ADAM LIEF -

2   common responsibility for application engineers at

3   the director level?

4       A.    It is -- it is a common expectation,

5   but I -- because I don't know those roles very

6   specifically, I can't comment on what exactly the

7   responsibilities were, but the expectation is

8   correct.

9       Q.    What other job responsibilities is

10  common across the application engineer director

11  role?

12      A.    So the common expectations for the

13  role would be a focus on support, deployment,

14  implementation of internal systems for Google,

15  managing large programs, and interacting with

16  stakeholders and partners.

17          MS. GREENE:  And, Ms. Menaker, if you

18      could be so kind to read back that response.

19          (The answer requested was read back

20      by the reporter.)

21      Q.    And when you say support of internal

22  systems, can you tell me what you mean by that?

23      A.    I mean maintenance tasks necessary to

24  keep those internal systems running.

25      Q.    And when you say deployment of

1              - ADAM LIEF -

2    intern -- of internal systems, what do you mean by

3    that?

4        A.     Deployment could include development,

5    design, testing, and actual releasing of systems

6    and enhancements.

7        Q.     And when you say -- and when you say

8    "systems," you're referring to technology systems;

9    is that correct?

10       A.     Yes, that's correct.

11       Q.     And when you refer to the

12   implementation of internal systems, what do you

13   refer to there?

14       A.     There's a lot of overlap with

15   deployment, but it may also involve third-party

16   system implementation as well.

17       Q.     When you refer to "managing large

18   programs," what do you mean by that?

19       A.     A highly-impactful initiative that

20   will introduce a lot of change into the

21   environment.

22       Q.     Can you give me some examples?

23       A.     Sure.  We have a finance

24   transformation program that is replacing much of

25   Google's core finance processes and systems.  That

1          - ADAM LIEF -

2    is one that Jannie Affeld is managing.

3       Q.     Are there any other expectations that

4    are common to all application engineering

5    directors?

6       A.     Yes, as referred to in the job

7    ladder.

8       Q.     Okay.  We're going to try our luck at

9    another document.  We seemed to have done the last

10   one so well, let's see if we can repeat it.

11           MR. GAGE:  Again, tell us when you

12        think we should see it.

13           MS. GREENE:  We're making sure it's

14        the right document first.

15      Q.     Okay.  If you refresh, it should be

16   there now.  So I would like to draw your attention

17   to an Excel spreadsheet, which we'll be marking as

18   Exhibit 3.  The Bates stamp number which does not

19   show up in the spreadsheet is GOOG-ROWE-00058455.

20           (Whereupon, Exhibit 3 was marked at

21        this time.)

22      Q.     Now, I appreciate that this is very

23   small when you first open it, but I believe you

24   can adjust -- at the bottom of screen there should

25   be a way to adjust the magnification, and if

```
1                - ADAM LIEF -

2    you -- you should be able to go full screen as

3    well to better see the document.

4         MR. GAGE:  Cara, on the one I'm

5      looking at, it looks like there's a lot cut

6      off on some of these cells.  Is there

7      something I should --

8         MS. GREENE:  Yeah, looks like it's

9      been condensed.

10         Shira, can you actually take the

11      version that we have, print the PDF, re-save?

12         MS. GELFAND:  Sure.

13         MS. GREENE:  We'll try opening it

14      that way.  So you can close out of there for

15      now.  We'll wait and while she does that,

16      we'll come back to this document and I think

17      if we look at it as a PDF print we might have

18      better success.

19         MR. GAGE:  Do you want to continue on

20      something else, do you want to take a break

21      while we're doing that?  What's the --

22         MS. GREENE:  What my plan was, was to

23      take another -- let me just check out a few

24      other documents to make sure I'm not going to

25      have a similar problem, so just give me one
```

1          - ADAM LIEF -

2      moment.

3          Okay.  All right, why don't we just

4      move on to a different one.  For the record,

5      Ken and Sara, in the document that's been

6      Bates stamped as Google 58501 which is

7      a -- also a native file Excel spreadsheet,

8      for use in today's deposition we have pulled

9      out specific job descriptions and PDFed them

10     to you separately.  So they're not going to

11     have a separate exhibit -- they'll have

12     separate exhibit numbers, but they won't have

13     separate Bates stamp numbers; but the native

14     file from which it was extracted is again

15     58501.  Is that clear to you -- to you, Mr.

16     Gage?

17         MR. GAGE:  Yes.  I mean, I understand

18     what you just described to me.  I mean,

19     I --

20         MS. GREENE:  Then I'm going to go

21     ahead and move into the shared exhibits and

22     if you go now to the shared exhibits and

23     refresh, we should be able to see was marked

24     as Exhibit DEF 14.

25         MR. GAGE:  Go ahead.

1          - ADAM LIEF -

2          MS. GREENE:  We will mark this as the

3      next exhibit.

4          (Whereupon Exhibit 4 was marked at

5      this time.)

6      Q.     This also is very small, but again if

7  you expand up to full screen and then increase

8  your magnification you should be able to read the

9  field.  Are you able to do that, Mr. Lief?

10      A.     Yes, I can.

11      Q.     So this is job opening ID 967381 from

12  the native file bearing the Bates stamp 58501.

13          (Whereupon Exhibit 4 was marked at

14      this time.)

15      Q.     Mr. Lief, have you seen this or a

16  similar-type document to this before?

17      A.     I've seen job postings before, but

18  not -- not this document.

19      Q.     Have you seen it in this format

20  before?

21      A.     No, I have not.

22      Q.     Do the application engineer

23  directors -- are you aware of instances where the

24  external directors or names that are used are

25  different than application engineer directors?

```
 1                  - ADAM LIEF -

 2              MR. GAGE:  Objection.

 3       A.     I'm not aware of -- of that

 4   difference.

 5       Q.     Are you aware with respect to job

 6   postings for application engineer directors, is it

 7   posted as a general director position or is it

 8   posted as an application engineer director?

 9       A.     I'm not -- I'm not sure.

10       Q.     Have you seen job postings for

11   application engineer director position?

12       A.     I have.

13       Q.     Do you know what the job opening is

14   that is listed for such position?

15       A.     I don't.

16       Q.     Do you know what the job role is

17   titled?

18              MR. GAGE:  Objection.

19       A.     I don't.

20       Q.     Do you know what the title is that's

21   used?

22              MR. GAGE:  Objection.

23       A.     I don't.

24       Q.     Who at -- have you -- have you been

25   involved in the creation of any job openings --
```

- ADAM LIEF -

1

2    Q.    Okay.  Now, if you zoom in are you

3    able to --

4         MR. GAGE:  Which one is it?  Mine is

5    still refreshing.

6         MS. GREENE:  58455.

7         MR. GAGE:  Okay.  So it does not have

8    an exhibit tab or number on it?

9         MS. GREENE:  Correct.

10        MR. GAGE:  Okay, I've got it.

11   A.    I've got it too.

12        MS. GREENE:  It's the PDF that we

13   tried to look at earlier.

14   Q.    Mr. Lief, do you recognize this

15   document?

16   A.    I do, but just note that this is only

17   part of the document.  I think when it was PDFed,

18   you're missing kind of the -- the top, a bunch of

19   lines on top.

20   Q.    Okay.  What do you see is missing

21   from this document?

22        MR. GAGE:  Objection.

23   A.    There were -- where it says

24   "Organizational Impact," before that there were

25   three other categories; one is "Leadership &

DocuSign Envelope ID: 76DA69CF-E4A6-4A1B-855E-50238E57B6A2

```
 1              - ADAM LIEF -

 2    Influence," one is "Complexity & Scope," one is

 3    "Knowledge & Experience."  They all have rows and

 4    sample activities for them.

 5       Q.    Okay.  What do you recognize this

 6    document to be?

 7           MR. GAGE:  Objection.

 8       Q.    Or an excerpt of, what you recognize

 9    it to be an excerpt of?

10       A.    I recognize it as an excerpt of the

11    application engineer manager ladder document.

12       Q.    Okay, and so when you were earlier

13    testifying about the ladder, some form of

14    this -- this document is what you were referring

15    to; is that correct?

16       A.    Cara, you were breaking up.  Could

17    you please repeat that?  Sorry.

18       Q.    Sure.  Appreciating that you've

19    testified that there are things missing from this

20    document, this -- this document nonetheless is

21    what you were referring to when you were referring

22    to the ladder earlier?

23       A.    Yes, that's correct.

24       Q.    Okay, and this is the ladder -- we're

25    going to work on getting the -- the pieces that
```

```
 1                  - ADAM LIEF -

 2    you testified are missing and we'll do that at the

 3    lunch break, but for now this is a piece of the

 4    ladder as it relates to application engineers,

 5    correct?

 6           MR. GAGE:  Cara, objection.

 7       A.    That's correct.

 8       Q.    Okay, so why don't you put that aside

 9    for now.

10           I'm going to share a different

11    document with you and if you refresh, it should be

12    in there now.  This we will marked as -- this is

13    Exhibit 6, Bates stamped P0001584.  Do you

14    recognize this document?

15           (Whereupon, Exhibit 6 was marked at

16      this time.)

17       A.    Yes, I do.

18       Q.    And what do you recognize this to be?

19       A.    This is the Google-Wide Engineering

20    Levelling Guide.

21       Q.    And outside of your preparation for

22    your deposition today, have you seen this document

23    before?

24       A.    Cara, could you please repeat that?

25    I'm sorry.
```

DocuSign Envelope ID: 76DA69CF-E4A6-4A1D-855F-50233E57B6A2

1                - ADAM LIEF -

2        A.     One moment to look through.

3               Well, it doesn't appear to be listed.

4        Q.     Would it fall under Eng manager, do

5    you know?

6        A.     For a director level role yes, but

7    there should be -- under that there should be

8    application engineering rubrics too, so either

9    they're misgrouped or just not on the -- not on

10    this site.

11        Q.     Do you see where it says "Jobs

12    Families Covered," under rubric-level guidelines

13    that chart?

14        A.     Yes, yes.  I got it, yes.

15        Q.     What does "Job Families" refer to?

16    Do you know?

17        A.     Job families is -- it's a grouping of

18    jobs with the same focus.  It's kind of akin to

19    the ladder.  The ladder describes the family.

20        Q.     So a ladder describes the family; is

21    that -- is that correct?

22               MR. GAGE:  Objection.

23        A.     That's correct.

24        Q.     So what is the family that the

25    application engineer director sits within?

1                    - ADAM LIEF -

2    director, how would you describe that?

3        A.    I'd say a combination of engineering

4    management, program progression, stakeholder

5    interaction, and planning and strategy would tend

6    to make up the day.

7        Q.    And if you were to describe to

8    someone the skills that were necessary for an

9    application engineer director, what would those

10   skills be?

11       A.    We would expect technical skills

12   commensurate with being able to manage engineers,

13   functional skills for the domain, leadership

14   acumen, and excellent communication skills at high

15   level.

16       Q.    Are -- is there a minimum number of

17   years of experience that someone needs to have to

18   be an applications engineer director Level 8?

19       A.    So we have guidelines for that,

20   however it is not a hard minimum.

21       Q.    And with respect to the

22   engineering-levelling guidelines that we looked at

23   before, would years of experience be one of

24   the, the -- do you recall one of the components on

25   that?

1              - ADAM LIEF -

2          MR. GAGE:  Do you have the document

3      handy so we could take a look at it?  Which

4      exhibit?

5          MS. GREENE:  Give me one moment.

6          I believe 25, Exhibit 25 in

7      the -- it's marked as Exhibit 6 for this

8      deposition.

9      A.     Yes.  Thank you for that, Cara.  It's

10  not.

11     Q.     With respect to engineering

12  management for the application engineer director

13  role, what percentage of the job would you say

14  relates to engineering management?

15     A.     To clarify, you mean as opposed to

16  the other elements I stated like stakeholders and

17  things like that?

18     Q.     Right.  So I think you -- you had

19  said that the day-to-day kind of role of the job

20  involved a combination of engineering management,

21  planning, and strategy.

22     A.     And stakeholding management -- yeah,

23  got it.  I -- personal for engineering management,

24  let me think just a moment.

25          Probably 40 percent.

DocuSign Envelope ID: 76DA69CF-E4A6-4A1B-855F-50233F57B6A2

October 02, 2020                                    126

1                  - ADAM LIEF -

2       Q.     What percentage involves planning and

3   strategy?  And if you need to break those out, you

4   can.  I don't know if that's one category or two.

5       A.     I think about it as one category, so

6   probably 20 percent.

7       Q.     And what percentage involves

8   stakeholder management?

9       A.     Probably another 20 percent.

10      Q.     And with respect to the remaining 20

11  percent, what's -- what's encapsulated in that?

12      A.     I think it's mostly the program

13  execution functions.

14      Q.     Okay.

15          MS. GREENE:  I've made good time.

16      What I would like to do is take a short break

17      to go back through my notes and finish

18      what -- target exactly what I need to cover

19      in the remaining minutes left.  I don't have

20      much more to go through.  So if we could take

21      a five-minute break so I can do that, we'll

22      come back and we'll -- we'll clean up

23      whatever left we have and be out of here by

24      4:30.

25          MR. GAGE:  Okay, we'll be back in

1           - ADAM LIEF -

2     purchased software product from another company.

3        Q.     And what do you mean by "domain"?

4        A.     Domain refers to a part of the

5     business operations such as HR, finance,

6     marketing, legal.

7        Q.     Anything else?

8        A.     The -- maybe the other aspect is

9     about integration.  Because we have both

10    first-party and third-party systems, integration

11    between the two becomes a very important skill set

12    for application engineer.

13            There's one other criteria also that

14    is important is that we are heavily internally

15    focused.  So our products and our development is

16    for Google's internal use, not for selling to

17    customers or external use in any way.

18       Q.     Okay.  Is that it?

19       A.     That's it.

20       Q.     You've been a Level 8 director for

21    how many years?

22       A.     About three-and-a half-years I

23    believe, since 2017.

24

25

DocuSign Envelope ID: 76DA69CF-E4A6-4A1D-855E-50288FS7B6A2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ULKU ROWE, | No. 1:19-cv-08655 (LGS)(GWG) |
| Plaintiff, | |
| -against- | **DECLARATION OF ADAM LIEF** |
| GOOGLE LLC, | **PURSUANT TO 28 U.S.C. § 1746** |
| Defendant. | |

I, ADAM LIEF, declare under penalty of perjury that I have read the entire transcript of my testimony taken under oath in my deposition on October 2, 2020, in the above-captioned matter; that the same is a true, complete and correct record of my testimony save and except for corrections as indicated by me on the enclosed Errata Sheet, with the understanding that I offer these changes as if still under oath; and that the answers on the record as given by me and as amended by the corrections indicated on the enclosed Errata Sheet are true and correct.

Signed on the 9th ___ day of November, 2020 in Los Altos, California.

_____
Adam Lief