# EXHIBIT 4

```
 1                    - KEVIN LUCAS -

 2    IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF NEW YORK
 3    ------------------------------------ X
      ULKU ROWE,
 4
                      Plaintiff,
 5
                              Case No.
 6                            19 Civ. 08655(LGS)(GWG)

 7           v.

 8    GOOGLE LLC

 9              Defendant.

10    ------------------------------------ X

11    DATE:  October 27, 2020

12    TIME:  11:35 A.M.

13

14            VIDEOTAPED VIDEOCONFERENCE DEPOSITION

15    OF KEVIN LUCAS, held via Zoom, pursuant to Notice,

16    before Hope Menaker, a Shorthand Reporter and

17    Notary Public of the State of New York.

18

19

20

21

22

23

24

25
```

```
 1                    - KEVIN LUCAS -

 2     today?

 3          A.    No.

 4          Q.    Did you look at anything on the

 5     computer that maybe wasn't printed out?

 6          A.    I looked at a job code dashboard, but

 7     --

 8          Q.    And what's that?

 9          A.    It is an internal dashboard that

10     essentially lists job titles and levels that are

11     attached to a specific job code.

12          Q.    Does that have any relationship to

13     the ladder?

14          A.    Job codes and job titles are attached

15     to a ladder, but there isn't -- there isn't

16     additional detail that is specific to the ladder.

17          Q.    So my question is; the job code

18     dashboard that you looked at --

19          A.    Yes.

20          Q.    -- does that have any connection to

21     the ladder?

22          A.    Well, job codes are attached to a job

23     title that sits on a job ladder or within a job

24     family so they are related, but it's just a

25     spreadsheet with, like numbers and -- and job
```

```
 1                    - KEVIN LUCAS -

 2   titles essentially.

 3            So I guess, said differently, there's

 4   not a depth to the dashboard other than just

 5   validating job codes and job titles.

 6       Q.    So describe for me what you

 7   saw --

 8       A.    Yep.

 9       Q.    -- when you looked at that dashboard?

10       A.    If you can imagine a spreadsheet, it

11   essentially lists every single job code in the

12   company, the corresponding job title, the job

13   level, and I think it might list the ladder but I

14   don't recall.

15       Q.    Were you asked to provide documents

16   or materials to Google in connection with this

17   case?

18       A.    Yes.

19       Q.    When was that?

20       A.    It had to have been more than fifteen

21   months ago.

22       Q.    Did you provide documents in

23   connection with this case?

24       A.    Documents, yes.

25       Q.    And by "documents," you understand
```

```
 1                       - KEVIN LUCAS -

 2             with you, Ken, at another time off the

 3             record.

 4                    MR. GAGE:  Well, I -- I think he is

 5             prepared to talk about the process for the

 6             creation of job postings, the process for

 7             creation of job descriptions, and I think he

 8             indicated in response to a number of your

 9             questions that he is prepared to talk about

10             that generally and so I think, you know, you

11             can choose whether or not to follow up on

12             that, it's your choice, but I believe he is

13             prepared; but we could talk about it off the

14             record too, if you want.

15                    MS. GREENE:  Yeah.

16             Q.     Mr. Lucas, are you able to testify as

17      to the job duties of technical solutions

18      consultants within OCTO?

19             A.     Yeah, I think generally so.

20             Q.     What are the job duties?

21             A.     They are largely an interplay between

22      customers and sales.  So I consider them kind of

23      the -- the ride along to our selling function,

24      whereby they work most closely with senior and/or

25      C-level executives at large organizations around
```

```
 1                     - KEVIN LUCAS -

 2      the world to speak to how our products and

 3      services can add value to their businesses and,

 4      more likely than not, speak to the way in which

 5      our products and services technically integrate or

 6      support their respective lines of business.

 7           Q.     And what is that understanding based

 8      on?

 9           A.     Observation and some visibility into

10      it.  OCTO partners closely with our sales

11      organization and Tariq's organization.

12           Q.     With respect to the job duties of a

13      technical solutions consultant in OCTO, who is the

14      best person to testify as to what the job duties

15      entailed?

16                  MR. GAGE:  Objection.

17           A.     I would assume Will Grannis, the

18      leader of the organization, is suited for that.

19           Q.     And also someone who is performing

20      the role, would you expect that they would be able

21      to testify as to their job duties?

22                  MR. GAGE:  Objection.

23           A.     I think so.

24           Q.     Okay.  I want you to -- we're going

25      to go to Tab 135.  Let me know when you have it
```

1                    - KEVIN LUCAS -

2          A.    Yes, that is my understanding and I

3     think they still do.

4          Q.    And that's an Eng role?

5          A.    No, it is not.

6          Q.    Are there other roles that use the

7     technical solutions consultant ladder?

8          A.    I am not aware of other roles within

9     Cloud, other than the ones that I've mentioned,

10    that use the TSC job family.  There are several

11    roles outside of Cloud that use that family.

12         Q.    Focusing on director level

13    roles --

14         A.    Okay.

15         Q.    -- what are the substantive

16    differences between a director in a technical

17    solutions consultant role and a product management

18    role?

19         A.    Oh, they're -- they're rather

20    different roles.

21              A product manager -- a product

22    management director is defining the strategy of

23    the product in the multi-tier road map and

24    partnering with engineering to actually build

25    according to that road map and deliver that

```
 1                    - KEVIN LUCAS -

 2      product to customers or users.

 3                Technical solutions consultants have

 4      nothing to do with product strategy or road map.

 5      They -- they don't really interact with the

 6      engineering side of the house that much.  It is

 7      largely a go-to-market function that is attached

 8      to our seller motion.

 9                So their -- it -- it -- like I'm

10      hard-pressed to find a commonality between the

11      two.

12          Q.    With respect to technical solutions

13      consultant directors, I want to just focus in on

14      OCTO, the directors within OCTO.  What are the

15      substantive differences between the TSC directors

16      in OCTO and directors in product management?

17          A.    The primary difference is TSCs in

18      OCTO have nothing to do with the product strategy

19      and road map.

20          Q.    So your testimony is they have

21      nothing to do with the product strategy?

22                MR. GAGE:  Objection.

23          A.    Yeah.  Again, the TSCs in OCTO are

24      more aligned to the selling motion so they

25      are -- yeah, they're -- they're more of a selling
```

```
 1                    - KEVIN LUCAS -

 2    motion for us than -- than anything.

 3         Q.    And is it your testimony that they

 4    also don't work with engineering at all?

 5              MR. GAGE:  Objection.

 6         A.    It is -- how do I -- yes, basically

 7    they might interact occasionally with engineering

 8    or product management, but they by -- by saying

 9    "work with," I wouldn't characterize it as that

10    because I interpret that as almost like close

11    partnership and collaboration on something and

12    that's -- that's not so much the role.

13         Q.    What -- again, focusing on technical

14    solution consultants, the director level in

15    Cloud -- I mean in OCTO, I'm sorry --

16         A.    In OCTO.

17         Q.    -- what's the difference between the

18    responsibilities of that role and the

19    responsibilities of a director in software

20    engineering?

21         A.    It's -- it's a similar response to PM

22    in that they're -- they're more dissimilar than

23    they are alike.

24              Software engineering leaders, a

25    portion of their role is actually building.  So
```

```
 1                    - KEVIN LUCAS -

 2    coding the products that -- or writing the code

 3    that builds our products and services.  So

 4    literally writing in computer language to build

 5    things.

 6             Whereas the TSC directors in OCTO do

 7    not check in code to Google Free, which is -- is

 8    our platform by which we launch our -- our

 9    products.  So, in fact, I don't think they

10    have -- I don't think TSCs in OCTO have access to

11    write code in Google Free.

12         Q.    Are directors writing code or are

13    they supervising people who are writing code?

14         A.    There's a component of -- of writing

15    a code and -- and approving a code before it's

16    pushed into production of -- of directors, yes.

17         Q.    Do you know what technical

18    requirements a technical solutions consultant is

19    required to have?

20             MR. GAGE:  Objection.  I'm sorry, I

21         didn't hear the question.  You broke up.

22         Q.    Do you know what technical

23    requirements a technical solutions consultant is

24    required to have?  What are their technical

25    qualifications --
```

```
 1                        - KEVIN LUCAS -

 2                   MR. GAGE:  Objection.

 3          Q.      -- again, focusing on directors in

 4      OCTO?

 5          A.      I would probably characterize it as

 6      the ability to understand concepts versus actually

 7      write code.  So technical solutions, the -- the

 8      job family technical solutions consultant, is kind

 9      of more generally focused on understanding

10      technical concepts and how that applies to

11      implementation on the customer's side of the

12      house.

13                   Whereas the software engineering is

14      kind of understanding the guts and everything

15      under the hood and actually being able to build

16      all of it from scratch.

17                   MS. GREENE: So --

18                   MR. GAGE:  Cara, yeah, can we pause

19          for a second.  I -- I had a screen -- Kevin's

20          screen froze and I couldn't hear him.

21                   So, Hope, can you just tell us what's

22          the last thing you heard and maybe just go to

23          the question and the answer so that we all

24          know the context of where we are on the

25          record at least.
```

```
 1                   - KEVIN LUCAS -

 2    would need to have a -- a pretty solid amount of

 3    technical acumen and depth to be able to have that

 4    conversation with a customer, for example.

 5         Q.    Do you know whether the ideal

 6    candidate is someone who is either an CTO, an

 7    algorithmic quantitative trainer, or an SCT of

 8    engineering?

 9              MR. GAGE:  Objection.

10         A.    Yeah, those are three very different

11    and very specific -- almost -- roles, but I -- I

12    can see how that would be valuable; but when it

13    comes to actually performing the job, again it

14    goes back to the knowledge, awareness and -- and

15    capability to understand concepts and -- and think

16    through how to implement that.

17              So you -- again, you wouldn't

18    necessarily be coding in specific programming

19    language.  In fact as part of the interview

20    process, software engineers actually have to code.

21         Q.    Are -- amongst all of the 12

22    positions we have been discussing thus far, are

23    those all salaried positions?

24         A.    Yes.

25         Q.    Do -- are all of those positions
```

```
 1                    - KEVIN LUCAS -

 2    positions where people may work more than 40 hours

 3    in a week?

 4         A.    I -- I suppose, yeah.  Any -- any

 5    position you can work for more than 40, right, but

 6    I will say -- perhaps maybe a little bit outside

 7    of the scope of this question, I will say that

 8    Google is an organization that explicitly tries to

 9    find that balance.  So, again, a lot of it is on

10    the individuals to find what that it looks like as

11    well.

12         Q.    For directors at Level 8s and 9s at

13    this position, is it considered a, quote/unquote,

14    9 to 5 job?

15              MR. GAGE:  Objection.

16         A.    I think it could be.

17         Q.    Do you know any directors at Level 8

18    and 9 in these positions who only work 40 hours a

19    week?

20              MR. GAGE:  Objection.

21         A.    None of them punch a time clock, so I

22    wouldn't be able to -- to definitively say what

23    hours they're working and the way in which they --

24    they decide to work.

25              In observation it would appear though
```

```
 1                  - KEVIN LUCAS -

 2     level, Level 8 plus, is it also common that they

 3     are an expert in their respective area?

 4          A.    I think that's a reasonable way to

 5     say it, yeah.

 6          Q.    Are you familiar with the term

 7     "Googlely"?

 8          A.    I am.

 9          Q.    And can you define for us what the

10     term "Googlely" means as it's used at Google?

11          A.    Yeah.  I would say it's probably best

12     defined in the form of behavioral descriptors.  So

13     supportive of -- of teammates, an empathetic

14     approach to their work and interactions, roots

15     everything in doing the right thing so there's

16     integrity.  I do think there's this element of

17     bringing your best self to work, so showing up

18     authentically and intentionally.

19          Q.    Okay.  With respect to the 12

20     positions, is it an expectation with respect to

21     those 12 positions, for the individuals in those

22     positions to have the quality of innovative

23     thinking?

24               MR. GAGE:  Objection.

25          A.    I think there's probably some level
```

1                    - KEVIN LUCAS -

2    of -- to some degree, innovative thinking can be

3    subjective.  If it is rooted in the ability to

4    think differently or creatively or -- or more in

5    that space, that is probably a reasonable

6    expectation of most senior roles at Google, not

7    just these 12.

8                    The way in which innovative thinking

9    would show up in each of those roles might be a

10   little different or would be a little different,

11   but I -- I think it's a reasonable statement.

12       Q.    With respect to those individuals in

13   those 12 positions, would they be expected to have

14   the quality of collaboration?

15       A.    I -- I would say that's universal

16   across every role at Google, so yes.

17       Q.    And are they also expected to be

18   highly technical in their respective positions?

19       A.    "Highly" in -- in my opinion is a

20   rather subjective word in that on the software

21   engineering ladder for example where you were

22   literally building these products in -- in a

23   programming language, I would say highly

24   doesn't -- it -- it isn't a strong enough word to

25   describe that.

1                  - KEVIN LUCAS -

2                  On the product management side if I

3       were to kind of stack, again I would say software

4       engineering, product management, you would need to

5       be probably highly technical.

6                  On the technical solutions side maybe

7       moderately, only because I'm stacking them right

8       now because I do think there's a difference

9       between the three in the way in which that ability

10      shows up, but there is -- there's value in a solid

11      level of technical acumen and at a minimum in all

12      of them, but again the degree to which that shows

13      up is gonna be very different.

14          Q.    Is it true of all the positions,

15      those 12 positions, and again we're focusing on

16      directors, director levels of those 12 positions,

17      is it true that they -- a requirement is that they

18      have the ability to work independently?

19          A.    Without looking at a job description

20      of specific role, a profile of each 12, I would

21      say yes, that's a -- a reasonable expectation but,

22      again, that's an expectation to varying degrees

23      across levels so I -- I hate to kind of pic -- I

24      would say it's probably relevant to most roles at

25      Google, but I think a lot of this is -- is true

```
 1                    - KEVIN LUCAS -

 2     which the degree to which it is -- is required or

 3     shows up.

 4          Q.    With respect to the directors in

 5     those 12 positions, is it a requirement that they

 6     know how to design and deliver complex

 7     applications or services?

 8          A.    I would say that's not a requirement

 9     of the technical solutions consultant role in OCTO

10     or even technical solutions consultant more

11     broadly.  That is -- is likely a requirement that

12     is most closely aligned with engineering and

13     product management, but again it -- the service

14     appear -- like the tail end of that -- that

15     question is, it depends on how you would

16     double-click and define the services.

17          Q.    Do individuals in those 12 roles need

18     to have experience with multiple software design

19     methodologies?

20          A.    I -- I wouldn't think that's a

21     required expectation of the TSC job family,

22     although there's probably value in it.

23               It's absolutely needed on the

24     engineering side and within product management

25     roles that, again if I stack rate it in terms of
```

```
 1                      - KEVIN LUCAS -

 2      when Sundar said that, generally speaking, all of

 3      Google will continue work remotely until June of

 4      2021.  So, yes, that is -- it's available to them.

 5              That said I think it's by the end of

 6      this year they all have to be working within their

 7      home countries, so the country for which their

 8      position is assigned.  So they cannot be

 9      internationally mobile beginning January 1 and/or

10      their first day back in the office if they were

11      taking a leave of absence or vacation.

12          Q.    Are you familiar with the term

13      "individual contributor" as that term is used at

14      Google?

15          A.    Yes.

16          Q.    And can you explain to me the

17      difference between an individual contributor

18      versus a person manager?

19          A.    Yep, an individual contributor does

20      not have direct reports.

21          Q.    Do you know how many Level 8s

22      among these different positions are individual

23      contributors?

24              MR. GAGE:  Objection.

25          A.    I would -- I can't give you a
```

```
 1                    - KEVIN LUCAS -

 2      specific number, but I would say it's very, very

 3      few.

 4                    Typically once you move -- or at

 5      Level 8 and above.  The fast vast majority of

 6      people in those roles are people managers unless

 7      your role is maybe a bit nuanced or specialized or

 8      divergent in -- in some way.  So, for example,

 9      I've worked with director-level chief of staff who

10      was an individual contributor.

11           Q.     And what significance does being an

12      individual contributor versus being a person

13      manager have for an individual; how is that -- how

14      is that designation used in the decision-making

15      process at Google?

16                    MR. GAGE:  Objection.

17           A.     Can I ask you to clarify what

18      decision-making process?

19           Q.     I'm trying to understand everything

20      that may be implicated by someone having the

21      designation of individual contributor versus

22      manager.

23           A.     Oh, okay.

24                    MR. GAGE:  Objection.

25                    Go ahead.
```

```
 1              - KEVIN LUCAS -

 2   managers people management training from

 3   which   I'm not sure if people place much

 4   significance on that aspect of it.  Yeah, I -- I

 5   don't see that it's -- there's a lot of

 6   significance in it.

 7       Q.    With respect to the distinguished

 8   technical solutions consultant role --

 9       A.    Okay.

10       Q.    -- are you aware of a minimum number

11   of years of experience needed for that role?

12       A.    I -- I would have to consult the

13   guidelines.  I would speculate that you said it

14   distinguishes L 8, if I remember correctly.  I

15   would speculate it's probably somewhere between

16   upper teens, maybe twenty.

17       Q.    What about with respect to the L 9

18   role?

19       A.    I would say -- and a qualifier to

20   that is relevant years of experience.  For the

21   L 9, I would probably say just kind of a handful

22   more than -- than whatever that memo is.

23       Q.    Do you know this to be the case or is

24   this your assumption based on what you know about

25   Google generally?
```

```
 1                    - KEVIN LUCAS -

 2        A.     Well, it's --

 3               MR. GAGE:  Objection.

 4               Go ahead.

 5        A.     Without -- without looking -- I said

 6   it is speculative without looking at the -- the

 7   specific leveling guidelines; but in observation

 8   of directors we have brought into the

 9   organization, that's what leads me to that number.

10        Q.     When we looked at the leveling

11   guidelines earlier we didn't see a minimum number

12   of years, correct?

13               MR. GAGE:  Objection.

14               You can look back at the document if

15        you'd like, but -- do you know which document

16        that was that you're referring to, Cara?

17               MS. GREENE:  Yeah, give me one

18        moment.

19               THE WITNESS:  I think it was 10 --

20        no.

21        Q.     Did you find it for the technical

22   solutions consultant?

23        A.     I haven't yet.  I'm clicking through

24   each tab.

25        Q.     All right, I've got it.  Give me one
```

```
 1                    - KEVIN LUCAS -

 2          been going a little over an hour now, so we

 3          can take a short break.

 4                    MR. GAGE:  What time do you want to

 5          come back?  You want to make it 5 -- Eastern

 6          Time 5:15?

 7                    MS. GREENE:  Sure.

 8                    THE WITNESS:  That works?  Okay, that

 9          works for me.

10                    MR. GAGE:  All right.

11                    MS. GREENE:  We'll go off the record.

12                    THE VIDEOGRAPHER:  We're going off

13          the record, the time is 5:07 p.m. New York

14          time.

15                    (Whereupon, there was a brief recess

16          in the proceedings.)

17                    THE VIDEOGRAPHER:  The time is 5:17

18          p.m.  New York time, we're back on the

19          record.

20          Q.    Okay.  With respect to software

21     engineers Level 8s, what are their day-to-day

22     responsibilities?

23          A.    So it would depend on the software

24     engineering job ladder.  There are two tracks.  So

25     there is a technical track, also known as the IC
```

```
 1                    - KEVIN LUCAS -

 2     track, though not necessarily the individual

 3     contributors.  There is a manager track.

 4             So, broadly speaking, day-to-day

 5     responsibilities can be everything from probably

 6     the bulk of -- a reasonable amount of their time

 7     being spent on coding and/or approving codes

 8     that's have been pushed into production that

 9     ultimately make their products and services

10     available.

11             I would say there's a bulk of it

12     that -- or maybe a smaller portion that's around

13     leading the team if you're on the people manager

14     track.  There's a reasonable part of it that is

15     around contributing to what we call PRD, Product

16     Requirement Documents, that these are essentially

17     documents that define how -- like what we're

18     trying to build and how we're actually gonna kind

19     of build it; and there's probably a -- a small

20     percent of time that they are kind of doing like

21     typical business stuff, just like end meetings and

22     corroborating and things like that.

23             Those are probably the broad buckets.

24     Q.     And in what ways does the day-to-day

25     responsibilities of Level 9 software engineers
```

```
 1                    - KEVIN LUCAS -

 2    look different?

 3         A.    Day-to-day responsibilities for

 4    software engineering don't change a whole lot from

 5    Level 8s to 9.  It is similar to our conversation

 6    we previously had, whereby either the scope and

 7    visibility and impact of their role shifts in some

 8    ways.

 9              So they are probably more aligned to

10    a higher priority product, perhaps a more kind of

11    innovative product if you will.  They may start

12    leading a larger organization whereby more,

13    quote/unquote, products roll up to them.

14              So it's more about kind of scope and

15    product prior -- priority than shifting day-to-day

16    responsibilities from an L 8 to L 9 software

17    engineer.

18         Q.    What are the skills necessary for an

19    L 8 software engineer?

20         A.    Coding ability is probably the -- the

21    fore -- the forerunner there for which they still

22    have to go through coding interviews when code is

23    submitted in their interview packets, et cetera,

24    so that is probably the largest one.

25              There's going to be elements,
```

```
 1                     - KEVIN LUCAS -

 2     depending on which track you're on, of leading a

 3     team or organization.  You're probably gonna to

 4     see elements of strategic thinking to execution

 5     because you have to be able to work with product

 6     managers on -- on kind of building up that product

 7     road map, but you also have to -- with production

 8     managers on building the product road map and then

 9     working with frontline engineers to actually code

10     the products themselves.

11                 So it's a pretty interesting blend of

12     technical depth and kind of product leadership.

13         Q.     And --

14                 MS. GREENE:  Hope, can you read back

15         the last question.  Just the question, not

16         the answer.

17                 (The question requested was read back

18         by the reporter.)

19         Q.     And what different skills are is

20     required of a Level 9 --

21                 MR. GAGE:  Objection.

22         Q.     -- a Level 9 software engineer?

23         A.     If I -- I would probably say it's

24     just greater depth or ability of what I just

25     mentioned.  So similar buckets, just more of if
```

```
 1                    - KEVIN LUCAS -

 2     that makes sense.

 3          Q.    And with respect to the director of

 4     product management, what are the day-to-day

 5     responsibilities for a director of product

 6     management Level 8 look like?

 7          A.    Level 8, yeah.  There are going to be

 8     probably a few different elements there.

 9                There's going to be part of their

10     time that's spent on strategic direction of the

11     product and the ability defining where we want to

12     take this product on a multi-year road map and

13     starting to form a point of view on how we deliver

14     that -- that road map over the next, let's say,

15     six months to a few years.

16                There's an element around kind of

17     data analysis and customer feedback, so adjusting

18     how customers are using the product or service

19     and -- and responding to that feedback in either

20     reactive ways to support the need we didn't meet

21     or perhaps proactively thinking about features

22     that we can build into the product or service that

23     may unlock value to their business that they may

24     not necessarily see.

25                L 8 product managers are -- are
```

```
 1                    - KEVIN LUCAS -

 2     people leaders, so there's not a kind of

 3     individual or technical track in the manager

 4     track; it's all one.  So they're likely lead a --

 5     probably a small to medium-sized team of product

 6     managers on respective product or groups of

 7     related products.

 8                    And then similar to software

 9     engineering, there's a portion of their time

10     that's spent in kind of meeting, corroborating

11     with Eng, talking about feasibility and product

12     road maps, and how we actually think about

13     building these -- these over time.

14                    Similar to software engineering, the

15     difference between L 9 -- L 8 and L 9 is largely

16     scrope, scrope -- scope, product complexity, or

17     product portfolios that we will likely grow them

18     into additional prod -- roles that have

19     responsibility for additional products and/or ask

20     them to build out more nascent products.  So it's

21     going to be the innovation side of it.

22          Q.     And I apologize if you already

23     answered this:  Is -- product management, is that

24     considered an Eng role as you consider it?

25          A.     So Eng is most often referred to as
```

```
 1                    - KEVIN LUCAS -

 2      software engineering, but product management is

 3      still a technical role because it sits within the

 4      broader umbrella of Eng PM.  So the primary

 5      partner to the PMs, to product managers, are the

 6      SWEs, are software engineers.

 7           Q.     And what are the skills that are

 8      necessary for the product management Level 8 role?

 9           A.     Yeah.  For Level 8 PM directors,

10      you're probably looking at someone who has

11      built and/or scaled products to reasonable size

12      and/or significant size.  So kind of your product

13      management pedigree is -- is kind of your whole

14      profile.

15                  I would say the -- the strategic

16      thinking aspect of it is -- is critically

17      important for product managers, because their

18      having to look into the future and predict and/or

19      anticipate what customers or users are going to

20      want or need.

21                  There is a monetization element of

22      it, at least for -- for our business, whereby

23      you're thinking from a commercial acumen

24      perspective how do you actually drive revenue

25      through these products and how you think about
```

```
 1                    - KEVIN LUCAS -

 2     monetizing them.

 3              Those are probably the three broad

 4     buckets that are -- are more unique to the product

 5     manager role, in addition to the other things I

 6     mentioned before about kind of like, you know,

 7     agility and ambiguity.

 8        Q.     And what skills are less of -- what

 9     additional skills are necessary at the L 9 level?

10        A.     I would say it's probably largely

11     around portfolio complexity, and what I mean by

12     that is for L 8 product managers it's not uncommon

13     that they manage a single product and/or a small,

14     small group of products.

15              But once you move them to Level 9

16     product leaders, you're really looking more so

17     from a portfolio perspective whereby they're

18     probably going to have, you know, half a dozen

19     different products that roll up to them which then

20     means you're having to manage the competing

21     priorities and complexities across your portfolio

22     a little bit more.

23              So there is a -- a systems akin

24     aspect of it that is probably a step change from

25     L 8 to 9.
```