# EXHIBIT 5

**External Posting Title:**

Technical Director, Office of the CTO, Google Cloud Platform

**Company overview:**

Google is not a conventional company, and we don't intend to become one. True, we share attributes with the world's most successful organizations – a focus on innovation and smart business practices comes to mind – but even as we continue to grow, we're committed to retaining a small-company feel. At Google, we know that every employee has something important to say, and that every employee is integral to our success. We provide individually-tailored compensation packages that can be comprised of competitive salary, bonus, and equity components, along with the opportunity to earn further financial bonuses and rewards. <br><br>Googlers thrive in small, focused teams and high-energy environments, believe in the ability of technology to change the world, and are as passionate about their lives as they are about their work. For more information, visit www.google.com/careers.

**The area: Engineering & Operations**

Google is and always will be an engineering company. We hire people with a broad set of technical skills who are ready to take on some of technology's greatest challenges and make an impact on millions, if not billions, of users. At Google, engineers not only revolutionize search, they routinely work on massive scalability and storage solutions, large-scale applications and entirely new platforms for developers around the world. From Google Ads to Chrome, Android to YouTube, Social to Local, Google engineers are changing the world one technological achievement after another.

**The role: Technical Director, Office of the CTO, Google Cloud Platform**

Google's projects, like our users, span the globe and require managers to keep the big picture in focus while being able to dive into the unique engineering challenges we face daily. As a Technical Program Manager at Google, you lead complex, multi-disciplinary engineering projects using your engineering expertise. You plan requirements with internal customers and usher projects through the entire project lifecycle. This includes managing project schedules, identifying risks and clearly communicating them to project stakeholders. You're equally at home explaining your team's analyses and recommendations to executives as you are discussing the technical trade-offs in product development with engineers.<br/><br/>Using your extensive technical and leadership expertise, you manage various Engineering-specific programs and teams.

**Additional Role Description:**

The CTO Office is a team of engineers who act as trusted advisors for Google's most important and largest accounts. We assist C-suite leaders in their transformations from today's data centers to a modern stack in the cloud, powered by AI.

The Applied AI Team specializes in artificial intelligence technologies that assist with the understanding and interpretation of data. The data often includes video, images, sound, text, and signals. The technologies currently include but are not limited to machine learning, natural language processing, computer vision, speech recognition, algorithmic trading, monte carlo simulation, markov models and more.

As a Technical Director within the Applied AI team, you will establish deep relationships with top companies, provide independent advice and recommendations to the technical c-suite, and represent the technical voice of Google's broad AI efforts in the market. You will get hands on with customer projects, helping define and solve AI problems that span code, infrastructure, strategy, business and FUD (fear, uncertainty, doubt). Success in the role is when top global brands list you as the most important AI relationship they have with Google.

The ideal candidate for this role is a recognized expert in artificial intelligence and cloud computing, with significant experience in a variety of industries (Retail, Financial Services, Healthcare, Tech, Manufacturing, ...).

You've been a CTO, an algorithmic / quantitative trader, or an SVP of Engineering or equivalent that has delivered significant business outcomes through algorithmic scale. You probably started as a software engineer, data scientist or algorithmic trader and, although you've become a people manager, you are looking to get back closer to the technology while maintaining or increasing your level of customer interaction.

You love solving the technical edge cases that hold people and organizations back from significant breakthroughs, staying current on technology spanning the vast expanse of AI and cloud computing, and making things happen through influence, passion and willingness to roll up your sleeves and get on console.

You know what it takes to design, scope and deliver complex applications and services, have experience with multiple software design methodologies, and have deep empathy for the challenges facing modern enterprises related to scale, speed and user expectations. Our ideal candidate is that rare individual with both high EQ and IQ. You're creative, curious and a

diligent problem solver who knows how to handle the very grey area of being a true partner with customers; giving them facts and data, not conjecture, and knowing when to say "I don't know, but I'll get you the answer ASAP", and then you actually get them the data/help they need.

You know how to lead through influence and are willing to have an opinion regarding design and/or deployment considerations that focuses on what's best for the customer, even if it conflicts with short term revenue maximizing behavior. As a Technical Director, your days may include private whiteboarding sessions with a F500 CTO, public evangelism for AI and cloud as a keynote presenter, deep dives with internal engineering teams on the key use cases for a given a launch, and/or leading a cross-Google technical working team through a critical engagement with a global brand CxO.

You will feel at home on stage, in the meeting room, or in private consultation as a trusted adviser, requiring superlative communication skills, patience and a commitment to follow through that inspires confidence. You should know and understand Google's AI plans and Cloud Platform plans to a level of depth that surpasses our customers', and you are aware of and constantly researching AI and cloud related activity in the market.

**Responsibilities:**

- Partner closely with a few top global companies as their most trusted Google technical advisor on Artificial Intelligence and the Cloud. Tell the Google innovation story and help translate it to actionable steps global companies can take towards adoption.

- Identify AI related design/development/deployment friction points from the customers' perspective and rally teams to work through deployment hurdles, product updates, new product offerings, solutions.

- Work with customers and partners to define joint initiatives and co-create their business transformation roadmap.

- Collaborate across functional and product area boundaries to bring the best of Google to the customer.

- Know your own limitations, and be willing to ask for help from the broader Google Engineering, PM and research teams on behalf of the customer.

**Minimum qualifications:**

*No minimum qualifications.*

**Preferred qualifications:**

- Extensive experience co-creating AI and Cloud roadmaps with customers and/or vendors at the CIO, CTO, SVP of Engineering level.

- Ability to work independently on behalf of customers with minimal guidance, rallying others within their own organization to surge on topics of highest interest.

- Thought leader with a deep track record of accomplishment related to Machine Learning, Analytics and Cloud. Highly technical, with strong track record of applying technology to solve business problems.

- Demonstrated history sharing lessons learned with peers and internal stakeholders.

- Team oriented leader who has leveraged organizational depth across functions for the benefit of transformation projects with clients and/or their own company.

- Exhibit Googley qualities, including innovative thinking, collaboration and comfort in solving ambiguous problems.

GOOG-ROWE-00018559