# EXHIBIT 13

**From:** "Mei Ling E. Messner" <mmessner@google.com>
**To:** Allison Abraka <abraka@google.com>
**Sent:** Fri, 11 Oct 2019 09:54:32 -0700
**Subject:** Re: [Urgent] Ladder Transfer: L9 TSE to L8 SWE Manager
**Bcc:** chumez@google.com

*-Ken, Chris and Corey to bcc*

Hi Allison,

**REDACTED**

Please let me know if you have any questions on the above.

Best,
Mei Ling

Mei Ling E. Messner | Compensation Analyst | mmessner@google.com

*"If you received this communication by mistake, please don't forward it to anyone else (it may contain confidential or privileged information), please erase all copies of it, including all attachments, and please let the sender know it went to the wrong person. Thank you."*

On Fri, Oct 11, 2019 at 8:04 AM Allison Abraka <abraka@google.com> wrote:

> Hello Team-
>
> Forgive me for spamming you all. Not sure who the primary point of contact is for GCP related comp. questions so figured I should send my question to the team.
>
> We are considering a ladder transfer for **REDACTED** currently an L9, Distinguished Technical Solutions Consultant. We would like to transfer him to the SWE Manager Ladder as an L8 and the transfer packet is currently in flight. **REDACTED**
>
> Please any advice would be very much appreciated.
>
> Regards,
>
> - Allison Abraka
> - People Partner, Play Eng, PM, UX and Commercial Operations



- abraka@google.com
  - 650-390-7450

CONFIDENTIAL                                                                                      GOOG-ROWE-00060437