# EXHIBIT 17

| job_code | job_title | job_level | job_opening_id | job_opening |
|---|---|---|---|---|
| 3948 | Dir, Application Engineer I | 8 | 705207 | Engineering Director, Financial Systems (ID: 705207) |
| 3948 | Dir, Application Engineer I | 8 | 705207 | Engineering Director, Financial Systems (ID: 705207) |
| 5007 | Director, Product Management | 8 | 991702 | Director, Product Management, Google Cloud Platform - Sunnyvale (ID: 991702) |
| 3411 | Principal Software Engineer | 8 | 5 | Software Engineer - Bay Area (ID: 5) |
| 5013 | Director, Product Management (5013) | 9 | 11210 | Product Management - Leadership - Mountain View (ID: 11210) |
| 3948 | Dir, Application Engineer I | 8 | 967308 | Director, Application Engineering - Sunnyvale (ID: 967308) |
| 8317 | Director - SWE | 8 | 654941 | Engineering Director, Ticketing System - Seattle or Kirkland (ID: 654941) |
| 8317 | Director - SWE | 8 | 654941 | Engineering Director, Ticketing System - Seattle or Kirkland (ID: 654941) |
| 3412 | DNU - Director, Software Engineering | 8 | 654941 | Engineering Director, Ticketing System - Seattle or Kirkland (ID: 654941) |
| 3411 | Principal Software Engineer | 8 | 5 | Software Engineer - Bay Area (ID: 5) |

| job_openin g_id | ghire_job_opening | external_posting _title | job_role | ghire_area_description_details | ghire_job_description _template_title | ghire_job_description_details |
|---|---|---|---|---|---|---|
| 5 | Software Engineer - Bay Area (ID: 5) | Software Engineer - Bay Area | Software Engineering | Google is and always will be an engineering company. We hire people with a broad set of technical skills who are ready to take on some of technology's greatest challenges and make an impact on millions, if not billions, of users. At Google, engineers not only revolutionize search, they routinely work on massive scalability and storage solutions, large-scale applications and entirely new platforms for developers around the world. From Google Ads to Chrome, Android to YouTube, Social to Local, Google engineers are changing the world one technological achievement after another. | Software Engineer-All | Google's software engineers develop the next-generation technologies that change how billions of users connect, explore, and interact with information and one another. Our products need to handle information at massive scale, and extend well beyond web search. We're looking for engineers who bring fresh ideas from all areas, including information retrieval, distributed computing, large-scale system design, networking and data storage, security, artificial intelligence, natural language processing, UI design and mobile; the list goes on and is growing every day. As a software engineer, you will work on a specific project critical to Google's needs with opportunities to switch teams and projects as you and our fast-paced business grow and evolve. We need our engineers to be versatile, display leadership qualities and be enthusiastic to take on new problems across the full-stack as we continue to push technology forward. |

| job_opening_id | ghire_minimum_qualifications_concat | ghire_preferred_qualifications_concat | local_area_description | local_area_description_details | local_job_description |
|---|---|---|---|---|---|
| 5 | BS degree in Computer Science, similar technical field of study or equivalent practical experience.<br><br>Software development experience in one or more general purpose programming languages.<br><br>Experience working with two or more from the following: web application development, Unix/Linux environments, mobile application development, distributed and parallel systems, machine learning, information retrieval, natural language processing, networking, developing large software systems, and/or security software development.<br><br>Working proficiency and communication skills in verbal and written English. | Experience developing accessible technologies.<br><br>Master's, PhD degree, further education or experience in engineering, computer science or other technical related field.<br><br>Experience with one or more general purpose programming languages including but not limited to: Java, C/C++, C#, Objective C, Python, JavaScript, or Go.<br><br>Interest and ability to learn other coding languages as needed. | null | null | Additional role description |

| job_opening_id | local_job_description_details | local_resp | leg_title | leg_embedded_description |
|---|---|---|---|---|
| 5 | Google aspires to be an organization that reflects the globally diverse audience that our products and technology serve. We believe that in addition to hiring the best talent, a diversity of perspectives, ideas and cultures leads to the creation of better products and services. | Manage individual project priorities, deadlines and deliverables. Design, develop, test, deploy, maintain and improve software. | Software Engineer - Mountain View | We're hiring Software Engineers who have a passion for solving interesting problems.  You don't need to be an expert on searching.  Google is much more than search, and our mission has much greater scope.  To handle information at the scale of the web requires ideas from just about every area of computer science, including information retrieval, artificial intelligence, natural language processing, distributed computing, large-scale system design, networking, security, data compression, user interface design; the list goes on.<br>For example:<br>   * We need engineers to write server-side code for web-based applications. We are looking for well-rounded engineers to create robust high-volume production applications, and develop prototypes quickly.  You should also have a strong understanding of, and practical experience with, Java web application development.<br>   * To build our platforms, systems and networking infrastructure, we need engineers with strong backgrounds in distributed systems, OS/kernel, network system design, and large-scale storage systems.<br>   * To build internal systems used by thousands of Googlers around the world, we seek engineers with domain expertise in HR, Staffing, Legal, and all other corporate functions.<br>   * And then there are also specialist domains: UI development with AJAX and similar technologies, client application development for Windows/Mac (Chrome, Toolbar, etc.), embedded systems and mobile apps (Android), developer tools (IDEs, large-scale build systems, compilers), internationalization, and on and on.<br>NOTE -- pls add this line underneath requirements:<br>Please note: We're hiring Software Engineers at all levels, but if you have less than 1 year of relevant, post-university experience |

| job_openin g_id | leg_title | leg_department_overview | leg_description | leg_requirements | leg_responsibilities |
|---|---|---|---|---|---|
| 5 | Software Engineer - Mountain View | The area: Software Engineering<br><br>Google's software engineers develop the next-generation technologies for which we've become world-renowned. In addition to revolutionizing search technology, we use our world-class programming skills to innovate in a number of other areas as well. Our projects include working on advanced information-retrieval algorithms, massive scalability and storage solutions, and large-scale applications that enrich the user experience. We also work extensively on networking systems, advertising systems and complex transaction systems in consumer applications. | We're hiring Software Engineers who have a passion for solving interesting problems. You don't need to be an expert on searching. Google is much more than search, and our mission has much greater scope. To handle information at the scale of the web requires ideas from just about every area of computer science, including information retrieval, artificial intelligence, natural language processing, distributed computing, large-scale system design, networking, security, data compression, user interface design; the list goes on.<br>For example:<br>  * We need engineers to write server-side code for web-based applications. We are looking for well-rounded engineers to create robust high-volume production applications, and develop prototypes quickly. You should also have a strong understanding of, and practical experience with, Java web application development.<br>  * To build our platforms, systems and networking infrastructure, we need engineers with strong backgrounds in distributed systems, OS/kernel, network system design, and large scale storage systems.<br>  * To build internal systems used by thousands of Googlers around the world, we seek engineers with domain expertise in HR, Staffing, Legal, and all other corporate functions.<br>  * And then there are also specialist domains: UI development with AJAX and similar technologies, client application development for Windows/Mac (Chrome, Toolbar, etc.), embedded systems and mobile apps (Android), developer tools (IDEs, large-scale build systems, compilers), internationalization, and on and on.<br>NOTE – pls add this line underneath requirements:<br>Please note: We're hiring Software Engineers at all levels, but if you have less than 1 year of relevant, post-university experience (BS/MS/PhD), please apply to<br>http://www.google.com/support/jobs/bin/answer.py?answer=75572 requisition. | BS, MS, or PhD in Computer Science or related technical discipline (or equivalent). ï‡‰œA solid foundation in computer science, with strong competencies in data structures, algorithms, and software design.<br>ï‡‰œExtensive programming experience in C/C++ and/or Java (strong OO skills preferred). ï‡‰œSeveral years of large systems software design and development experience, with extensive knowledge of Unix/Linux.<br>ï‡‰œCoding skills in Python or Javascript/AJAX, database design and SQL, and/or knowledge of TCP/IP and network programming are a plus. | Pls use the above bullets instead of responsibilities |

| job_openin g_id | ghire_job_opening | external_posting _title | job_role | ghire_area_description_details | ghire_job_description _template_title | ghire_job_description_details |
|---|---|---|---|---|---|---|
| 11210 | Product Management - Leadership - Mountain View (ID: 11210) | Product Management - Leadership - Mountain View | Product Management | null | Internal Geo Transfer - This is an internal geo transfer opening. | PLACEHOLDER |
| 654941 | Engineering Director, Ticketing System - Seattle or Kirkland (ID: 654941) | Engineering Director, Ticketing System - Seattle or Kirkland | Software Engineering | null | null | null |

| job_opening_id | ghire_minimum_qualifications_concat | ghire_preferred_qualifications_concat | local_area_description | local_area_description_details | local_job_description |
|---|---|---|---|---|---|
| 11210 | null | null | null | null | null |
| 654941 | Experience building enterprise software.<br>BA/BS degree in Computer Science or equivalent practical experience.<br>10 years of experience in a management, engineering and technology strategy role. | Excellent organizational and analytical skills with strong technical abilities in areas(s) related to enterprise software systems, working closely with internal partners, and/or highly scalable and fault-tolerant software infrastructure.<br>Experience recruiting, growing and building a large engineering team.<br>Master's degree or PhD in Computer Science or related field.<br>Proven track record of building strong teams and managing medium to large-sized organizations. | null | null | Additional role description |

| job_openin g_id | local_job_description_details | local_resp | leg_title | leg_embedded_description |
|---|---|---|---|---|
| 11210 | null | null | Product Management - Leadership - Mountain View | As a Product Management Leader, you are a flexible, results-oriented, and experienced leader who will drive Google's products from inception to launch. You have visionary product insight, significant technical expertise and extensive leadership and business skills. You come from a wide range of backgrounds: perhaps have successfully run your own software/web company while having delivered successful products for large software companies. You combine a great instinct for developing compelling products with a strong focus on users with a technical aptitude to work with a world class engineering team and the business sense to drive product goals and strategies. |
| 654941 | You will lead engineering teams to build large-scale, innovative internal systems. You will help drive the vision for Google's internal systems and help make Google the most productive workplace on the planet. You will work closely with product management and partners within Google to define and execute Google's internal systems strategy. You have a passion for building world-class software and deep knowledge of infrastructure technology. | Identify opportunities to dramatically boost the productivity of Google's workforce, and help define the vision and strategy for Google's internal systems. Contribute to the excellent work environment in Google's Seattle Engineering office. Develop and launch new internal systems and enhance existing systems. Lead and mentor a team of engineers, including tech leads and managers. | null | null |

| job_openin g_id | leg_title | leg_department_overview | leg_description | leg_requirements | leg_responsibilities |
|---|---|---|---|---|---|
| 111210 | Product Management - Leadership - Mountain View | Product Management | As a Product Management Leader, you are a flexible, results-oriented, and experienced leader who will drive Google's products from inception to launch. You have visionary product insight, significant technical expertise and extensive leadership and business skills. You come from a wide range of backgrounds: perhaps have successfully run your own software/web company while having delivered successful products for large software companies. You combine a great instinct for developing compelling products with a strong focus on users with a technical aptitude to work with a world class engineering team and the business sense to drive product goals and strategies. | Technical degree or equivalent experience. Masters or PhD preferred. MBA degree is preferred. ¡†‰œEntrepreneurial experience and a passion for creating great products is highly valued.¡†‡‰œ10+ years of solid product management experience with a track record of creating innovative and winning Internet or software solutions. ¡†‡‰œStrong quantitative and analytical abilities, with deep understanding of the Internet, search engine, and on-line advertising space.¡†‡‰œDemonstrated ability to gather user requirements and convert them into a winning product vision, and experience shipping game-changing products (concept to launch). ¡†‡‰œSignificant people and organizational management skills, including the ability to build effective working relationships. Several years of experience managing product managers is a necessity.¡†‡‰œStrong communication skills with the ability to evangelize the merits of Google's products internally and externally. | Identify market opportunities and define product vision and strategy.¡†‡‰œDevelop and launch new products and enhance existing products.¡†‡‰œManage and mentor a team of Product Managers.¡†‡‰œEngage closely with the engineering team to help determine the best technical implementation methods as well as a reasonable execution schedule.¡†‡‰œEstablish partnerships as necessary to drive the growth of Google's products. |
| 654941 | null | null | null | null | null |

| job_opening_id | ghire_job_opening_title | external_posting_title | job_role | ghire_area_description_details | ghire_job_description_template_title | ghire_job_description_details |
|---|---|---|---|---|---|---|
| 705207 | Engineering Director, Financial Systems (ID: 705207) | Engineering Director, Financial Systems | Software Engineering | null | null | null |

| job_opening_id | ghire_minimum_qualifications_concat | ghire_preferred_qualifications_concat | local_area_description | local_area_description_details | local_job_description |
|---|---|---|---|---|---|
| 705207 | Experience with ERP and related systems (Oracle, SAP) Experience building enterprise software. BA/BS degree in Computer Science or equivalent practical experience. 10 years of experience in a management, engineering and technology strategy role. | Excellent organizational and analytical skills with strong technical abilities in areas(s) related to enterprise software systems, working closely with internal partners, and/or highly scalable and fault-tolerant software infrastructure. Experience recruiting, growing and building a large engineering team. Master's degree or PhD in Computer Science or related field. Proven track record of building strong teams and managing medium to large-sized organizations. | null | null | Additional role description |

| job_opening_id | local_job_description_details | local_resp | leg_title | leg_embedded_description |
|---|---|---|---|---|
| 705207 | At Google, we work at lightning speed. So when things get in the way of progress, the Corporate Engineering team steps in to remove those roadblocks. The team identifies time-consuming internal processes and then builds solutions that are reliable and scalable enough to work within the size and scope of the company. The team listens to and translates Googler needs into high-level technical specifications, designs and develops recommended systems, and consults with Google executives to ensure smooth implementation. Whether battling large system processes or leveraging our homegrown suite of Google products for Googlers themselves, you help Googlers work faster and more efficiently.<br><br>As Director of Financial Systems, you will be responsible for leading the team tasked with delivering the processes, systems and tools for managing Google's Financial processes. In this role, you will develop and implement the vision and strategy for the Financial systems and lead execution. Specifically, your responsibilities will consist of working closely with C-level executives and product leads on innovative and effective solutions; building and executing a long-term systems roadmap; organization; deploying and maintaining financial systems for all Google entities worldwide. You will drive technical projects and provide leadership for a large group of engineers in an innovative and fast-paced environment. You will be responsible for the strategy, planning, execution and success of complex technical projects that mix the commercial software implementations with development of custom engineered systems. | Build consensus among cross-functional teams and influence decision making within senior-level audiences. Partner with internal business teams in developing systems vision and delivery roadmaps. Ensure your team is delivering with repeatable quality and predictability Mentor and lead an engineering team responsible for implementing various software products and designing and building internal applications that support internal business processes related to finance operations. | null | null |

| job_openin g_id | leg_title | leg_department_overview | leg_description | leg_requirements | leg_responsibilities |
|---|---|---|---|---|---|
| 705207 | null | null | null | null | null |

| job_openin g_id | ghire_job_opening | external_posting _title | job_role | ghire_area_description_details | ghire_job_description _template_title | ghire_job_description_details |
|---|---|---|---|---|---|---|
| 967308 | Director, Application Engineering - Sunnyvale (ID: 967308) | Director, Application Engineering - Sunnyvale | Software Engineering | null | Leadership Staffing Only - BLANK TEMPLATE | Please contact the Recruiter to learn more about the role's timeline and process. |
| 991702 | Director, Product Management, Google Cloud Platform - Sunnyvale (ID: 991702) | Director, Product Management, Google Cloud Platform - Sunnyvale | Product Management | null | Leadership Staffing Only - BLANK TEMPLATE | Please contact the Recruiter to learn more about the role's timeline and process. |

| job_openin g_id | ghire_minimum_qualifications_concat | ghire_preferred_qualifications_concat | local_area_descr iption | local_area_descr iption_details |
|---|---|---|---|---|
| 967308 | null | null | null | null |
| 991702 | null | null | null | null |

| job_openin g_id | local_job_description_details | local_resp | leg_title | leg_embedded_description |
|---|---|---|---|---|
| 967308 | As Director of Application Engineering in Technology Infrastructure Supply Chain Systems, you will be responsible for leading an organization of talented engineers and analysts to define, procure, and implement transformative supply chain solutions that support both Google and Alphabet businesses. These teams are tasked with designing, implementing, and operating systems to reduce spend and streamline the compute infrastructure design, manufacturing, and operations - enabling us to bring the best hardware and services to billions of users around the world. We are working with many industry leading solutions, as well as building in-house software where it makes sense. | Partner with and influence business counterparts on long-term objectives, strategy, roadmaps, and manage large scale rollouts (e.g. ERP). Collaborate with other engineering leaders to drive high level systems architecture and APIs. Drive supply chain scaling, efficiency, cycle time reduction, and automation. Manage program portfolios for multiple businesses as well as vendor management and negotiation. Develop supply chain solutions and platforms for supporting Google Cloud Technical Infrastructure. | null | null |
| 991702 | Every successful digital business needs great operations capabilities. As companies transform and grow, they require new levels of reliability, availability, scale, and security. Technologies such as cloud and AI are creating new opportunities, and changing the way operations teams and operators work.

Google has been a leader in this modern ops transformation, having developed and shared innovative practices such as Service Reliability Engineering (SRE).

As the Director of Product Management, you will be responsible for establishing Google Cloud Platform (GCP) as the breakthrough platform for operators and operations teams. You will lead and deliver a product suite that provides a complete and productive experience for operations on GCP, and productize innovative practices and tools that help organizations successfully transform their IT practices and substantially increase their velocity. | Lead and grow the business for Stackdriver, GCP's ops management suite. Collaborate across the business to provide a complete offering for operations on GCP. Build and lead a strong product management team, distributed across multiple locations. Collaborate with engineering, UX design, product marketing, sales, and leadership teams across GCP.

Understand the market, customer, and competitive landscape, including new technologies and trends in the ops management space. Understand and define the voice of the operator user.

Define and deliver a strong product vision and roadmap for the  operator experience for Google Cloud Platform (GCP). Own and drive the product lifecycle from product strategy to go-to-market strategy. | null | null |

| job_openin g_id | leg_title | leg_department_overview | leg_description | leg_requirements | leg_responsibilities |
|---|---|---|---|---|---|
| 967308 | null | null | null | null | null |
| 991702 | null | null | null | null | null |