# EXHIBIT 18

```
 1                  - EVREN ERYUREK -

 2

     IN THE UNITED STATES DISTRICT COURT
 3   FOR THE SOUTHERN DISTRICT OF NEW YORK
     -------------------------------------- X
 4   ULKU ROWE,

 5             Plaintiff,

 6                       Case No.
                         19 Civ. 08655(LGS)(GWG)
 7
                  v.
 8
     GOOGLE LLC
 9
                  Defendant.
10
     -------------------------------------- X
11
     DATE:  December 3, 2020
12   TIME:  11:37 a.m.

13

14         VIDEOTAPED VIDEOCONFERENCE DEPOSITION

15   OF EVREN ERYUREK, held via Zoom, pursuant to

16   Notice, before Hope Menaker, a Shorthand Reporter

17   and Notary Public of the State of New York.

18

19

20

21

22

23

24

25
```

```
 1                  - ROUGH DRAFT - EVREN ERYUREK
 2   initiatives?
 3              MR. GAGE:  Objection.
 4        A.    Yes.
 5        Q.    Does the PM role involve
 6   corroborating across functional and product area
 7   boundaries?
 8              MR. GAGE:  Objection.
 9        A.    Yes.
10        Q.    Does the PM role involve working with
11   broader Google engineering and research teams?
12              MR. GAGE:  Objection.
13        A.    Yes.
14        Q.    In what ways is the PM role similar
15   to the role that you were performing in OCTO?
16        A.    Customer sponsorship evangelization,
17   working with other teams and so forth, but nothing
18   to do with the -- how we build a product, how we
19   define a strategy, how we execute that strategy.
20        Q.    And so the next question is:  How is
21   the PM role different from the role you were
22   performing in OCTO?
23        A.    We are responsible for defining
24   long-term roadmaps, executing them incrementally
25   on quarterly, whatever short term, and the
```

```
1              - ROUGH DRAFT - EVREN ERYUREK
2    understanding where the trends are, market trends
3    are, and bringing it back to what our products and
4    platforms need to be doing.
5              And another responsibility, we have
6    to make sure that our revenue mark targets and so
7    forth are projected accordingly and we deliver on
8    our expected numbers.
9         Q.   With respect to your role in PM, do
10   you understand that you're evaluated against a
11   leveling guideline?
12        A.   Yes.
13        Q.   And those engineering leveling
14   guidelines that we looked at before, are those
15   also relevant to the PM role?
16        A.   Yes.
17             MS. GREENE:  Okay, I'm just about
18        done.  What I want to do is take a short
19        break and then we'll come back and finish up.
20             THE WITNESS:  So what -- how long do
21        we need?
22             MS. GREENE:  Let's take ten minutes.
23             MR. GAGE:  Okay, we'll come back ten
24        minutes after the hour.
25             THE WITNESS:  All right.
```