# EXHIBIT 20

- TARIQ SHAUKAT -

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
ULKU ROWE,

           Plaintiff,

                    Case No.
                    19 Civ. 08655(LGS)(GWG)

       v.

GOOGLE LLC

           Defendant.
-------------------------------------- X

DATE: October 15, 2020

TIME: 9:34 a.m.

        VIDEOTAPED VIDEOCONFERENCE DEPOSITION

OF TARIQ SHAUKAT, held via Zoom, pursuant to

Notice, before Hope Menaker, a Shorthand Reporter

and Notary Public of the State of New York.

1                    - TARIQ SHAUKAT -

2    organizational structure that we had in place.  So

3    I described that we were standing up a group that

4    we called the Global Client Lead Group and that

5    that team would be focused on the business and

6    business development and -- but dedicated to a

7    specific list of clients that we called the Global

8    Client List; and that we were also setting up a

9    team that we called the Global Client Technical

10   Lead Team and that that team would be peers of the

11   GCLs, as we referred to them Global Client Lead,

12   but focused more on the technical aspect.  I

13   explained that these would be focused on the

14   priority list of clients that we would be

15   developing.  By "we" I mean myself, the sales

16   leadership, and Diane would be developing.

17           We would assign a list to each of the

18   GCLs and the GCTLs, the again Global Client

19   Leads and the Global Client Technical Leads, and

20   that -- and that those individuals would be

21   expected to really be the sponsors and actively

22   engaged in what I call the persistent manner in

23   those different accounts.  So there was a -- a

24   discussion about that.  Those were both new

25   functions or new characterizations and new