UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ULKU ROWE,<br><br>　　　　　　Plaintiff,<br><br>　-against-<br><br>GOOGLE LLC,<br><br>　　　　　　Defendant. | No. 1:19-cv-08655 (LGS)(GWG) |

### DEFENDANT GOOGLE LLC'S NOTICE OF
### MOTION TO RETAIN DOCUMENTS UNDER SEAL

　　　　PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Declaration of Kevin Lucas, Declaration of Brian Ong, Declaration of Bernita Jamison, and Declaration of Sara B. Tomezsko, Defendant Google LLC, through its undersigned counsel, hereby moves this Court, before the Honorable Gabriel W. Gorenstein, at the United States District Court, 500 Pearl Street, Room 6B, New York, New York 10007, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and the Stipulated Protective Order for the Treatment of Confidential Information dated February 4, 2020 (ECF 23), for an Order to permitting certain documents or portions thereof submitted in connection with (1) Plaintiff Ulku Rowe's request for a pre-motion conference seeking leave to supplement her pleadings (ECF 73); (2) Plaintiff's Motion for Leave to Supplement (ECF 76); (3) Plaintiff's request for a pre-motion conference seeking leave to compel production of comparator discovery (ECF 79); and (4) Google's response to Plaintiff's pre-motion letter seeking leave to compel production of comparator discovery (ECF 84).

PLEASE TAKE FURTHER NOTICE that, Plaintiff's opposition, if any, shall be due on January 7, 2021, and Google's reply due January 14, 2021.

Dated: New Canaan, Connecticut
December 24, 2020

PAUL HASTINGS LLP

By:   Kenneth W. Gage
      Sara Tomezsko

200 Park Avenue
New York, NY  10166
Tel:  (212) 318-6000
Fax:  (212) 319-4090
kennethgage@paulhastings.com
saratomezsko@paulhastings.com

*Attorneys for Defendant*
GOOGLE LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 24th day of December, 2020, I caused a true and exact copy of the foregoing DEFENDANT GOOGLE LLC'S NOTICE OF MOTION TO RETAIN DOCUMENTS UNDER SEAL, MEMORANDUM OF LAW, and all accompanying declarations and exhibits to be filed electronically and served by mail on anyone unable to accept electronic filing. Notice and copies of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: Jersey City, New Jersey
December 24, 2020

_____
Sara B. Tomezsko