# EXHIBIT B

| | |
|---|---|
| **From:** | Jumper, Maya |
| **To:** | GorensteinNYSDChambers@nysd.uscourts.gov |
| **Cc:** | Greene, Cara; Gelfand, Shira Z.; Gage, Kenneth W.; Tomezsko, Sara B.; Cedar, Christine |
| **Subject:** | [EXT] Rowe v. Google LLC, No.19-cv-08655 |
| **Date:** | Thursday, December 10, 2020 11:14:37 AM |
| **Attachments:** | Exhibits 3-5.zip |

Dear Judge Gorenstein:

Please find attached three of the accompanying exhibits to Plaintiff's Pre-Motion Letter (ECF No. 73) under separate cover pursuant to the Parties' Protective Order in this case. The attached documents have been designated as confidential by Defendant.

Regards,
Maya Jumper

Outten & Golden LLP

**Maya S. Jumper | Associate**
685 Third Ave 25th Floor | New York, NY 10017
T 212-245-1000 | F 646-509-2001
MJumper@outtengolden.com | Bio

   

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

*Please consider the environment before printing this e-mail.*