# EXHIBIT F

1

Attorney-Client Privileged and Confidential

Meeting with REDACTED
REDACTED

Ashley, Jordan (notes)

- Confidentiality and retaliation



**HLM  10/23/20**
**Exhibit  51**

GOOG-ROWE-00056990



GOOG-ROWE-00056991



CONFIDENTIAL

GOOG-ROWE-00056992

4

**Meeting with Tariq Shaukat**
April 9, 2020
REDACTED
**Ashley, Jordan (notes)**

- Confidentiality and retaliation



REDACTED

GOOG-ROWE-00056993



REDACTED

- Ulku claims that you shared with her, that when she came over as a global client technical lead
  - Yes
  - That is the name
  - What we had set up was the idea of a global client lead - their technical peer -

REDACTED

Comment [1] REDACTED

REDACTED

- Do you recall convos with Ulku about the role
  - Yes
  - They were not fun convos
  - Told her about the role and the idea of it - she didn't push back materially in any convo. Her style was to listen and ask questions - and then send an email after lodging complaints. Email trail on this.
  - So I walked her through the role - and answered questions - she wanted to know if she was supposed to focus on specific accounts, or could she be a decider of her own time. She was focused on the title and why that title. Focused on if she could do speaking engagements too - evangelism. And was she going to report into me or someone else. So walked her through the answers
    - Yes assigned to specific accounts
    - Speaking: found to be less than valuable - going to singapore for 1 hour meeting not a good use of time for example so I would want more control over that
    - was going to hire REDACTED equivalent for financial services
    - Title - was not changing, everyone happy with title
  - At that point, she sent me an email. She never said she was hired to be the REDACTED equivalent. She sent me an email following that saying she was declining the role and saying she would like to put her name in the ring for the REDACTED equiv role
  - That was an email she sent - she didn't reference that she was promised for role. Just that she wanted to be considered
  - Diane Brian and I drafted a response. The basic point was from me and Brian - your role hasnt changed it is just going to another manager. Told her I would be happy to consider her as part of the process we were kicking off

REDACTED

- Hiring process for financial services lead
  - Made a deliberate convo with recruiting in that I wanted her process to be the exact same as everyone else - same panel etc - didn't want there to be a less diligent internal process etc
  - Was working with Stuart Valderman the recruiter on this etc. basic idea was lots of VP interviewers.
  - Also was, for myself, wanted to make sure we did a thorough search. Didn't want to just screen external candidates but we had done the full process internally. Wanted full eval of the market
  - Had her wait on interviews - email thread with recruiting on this point - that was so we could get the pipeline of external candidates filled out. Don't know if we did an external search firm or not.
  - Everyone from - caliber wise REDACTED highly credentialed folks from industry
  - Moved forward with 3 candidates: REDACTED
  
  REDACTED         She got to the 2nd phase as well REDACTED
  REDACTED                                              Ulku Rowe was the
  other candidate as well. Don't know what got recorded

7

- ○ As she got through the first wave - it was a decline for the role. <span>REDACTED</span> was in favor. He was part of the panel <span>REDACTED</span> was not in favor and not impressed with her plans for the vertical, especially given she knew company and clients. Couldn't articulate her vision etc
- ○ Her panel came back mixed. Honestly, she asked to meet Diane as part of it. I said OKAY as I courtesy - wanted her to feel like she had a fair shot. Diane refused to meet with her based on the interview feedback. Then i lobbied dianne to meet with her - then she was replaced so all meetings with cancelled
- ○ Diane met with the others. She didn't like <span>REDACTED</span> the tech depth needed for the role. She liked <span>REDACTED</span> she was going to meet with her one more time and then we were going to offer the role to <span>REDACTED</span> Wanted to then pu<span>REDACTED</span>n the role after meeting with TK> ulku got scheduled with Diane and Diane cancelled. Ulku didn't know that Diane had been replaced at that time - couldn't say at that time



REDACTED

GOOG-ROWE-00056996



REDACTED

CONFIDENTIAL



REDACTED

- From Ulku's complaint she referenced - when she learned that two less external finalists were being considered for the financial services vertical she instead she was considered as well - what is this?
    - No
    - Doesn't jive with timeline
    - In the fall REDACTED and REDACTED were already in the process. Ulku was already in the process at this time. She was always in the running for the role. Maybe the recruiter told her something but I was careful to not breach the confidentiality of the others looking. Would not be our normal practice to tell her REDACTED was one of the other candidates

REDACTED



REDACTED

CONFIDENTIAL

GOOG-ROWE-00056999



CONFIDENTIAL

GOOG-ROWE-00057000



REDACTED

**Follow up with Stuart Vardaman**
29 January 2020
REDACTED
**Ashley, Jordan**

- Confidentiality
- Retailliation

REDACTED

GOOG-ROWE-00057001



REDACTED

○ Coupled with ulku's cantankerous style further undermined her changes

REDACTED

CONFIDENTIAL



REDACTED

- Did you ever talk to tariq or diane why the need for that meeting
  - My access to dianne greene was minimal or passing
  - Message from tariq: REDACTED had met. Diane had to bless the hire. If we were running a full process, the capstone would have been meeting with diane green

REDACTED

GOOG-ROWE-00057003

REDACTED

REDACTED

I recall by the time Ulku

met with me she was bristly with me

REDACTED

REDACTED

**Meeting with Stuart Vardaman**

REDACTED

**Ashley (lead), Jordan (notes)**

- Intro to ER
- Confidentiality and retailliation

REDACTED

GOOG-ROWE-00057004

REDACTED

- ○ High level: Tariq wanted to recruit leaders to lead up key industries. This was underway with Diane Greene - before TK - had been told that Tariq can sometimes move slow and likes to think - was prepared to run a long process
- ○ The first person was leading oil and gas REDACTED
- ○ Financial services was another area of focus
- ○ We conducted a full search - there were about 5 external candidates that we brought to Tariq. It happens during a search - of those 5 2 didn't make it, 1 on hold, 1 REDACTED he really liked - it helped a while to find her somewhere to land
- ○ Tariq was clued in that Diane was going elsewhere - as a result of that he put the search on hold - but the last 2 interactions of people being considered was a woman named REDACTED REDACTED - based in the UK
- ○ Ulkue Rowe was the other candidate - she joined in the CTO - due to the pivot she wasn't happy about the VP role - threw her hat in the ring - the business wasn't clear with her about their expectations and that it was a VP role

Comment [4]: REDACTED

REDACTED

GOOG-ROWE-00057005

REDACTED

- ○ I had a convo with Ulku - this is why I think it was posted internally - I had some type of interaction with her - by the time I had the convo with Ulku and then with Tariq later in the week, he was already aware she was interested
- ○ It was shared with me that she was not senior enough, didn't have the network, but we should put her through the full process anyway

REDACTED

- ○ Ulku, by the time connected with her, struck me as a bit abrasive        REDACTED

REDACTED

GOOG-ROWE-00057006



**Meeting with** 
**Ashley (lead), Jordan (notes)**

- Confidentiality and retailliation

REDACTED



CONFIDENTIAL



CONFIDENTIAL

GOOG-ROWE-00057009



REDACTED

Meeting with REDACTED
REDACTED and Ashley in person, Jordan via GVC)
Ashley (lead), Jordan (notes)

- Confidentiality and retailliation

REDACTED

GOOG-ROWE-00057010





REDACTED

**Meeting with** REDACTED
REDACTED
**Ashley, Jordan (notes)**

REDACTED

- Confidentiality and retailliation
- REDACTED Am I being recorded? Can I view the notes?
  - Ashley responds that we do not record sessions, Jordan is here to capture notes, you are free to capture your own notes as well, we will pause as needed for you to capture notes. We won't be sharing our notes with her, she is free to capture her own notes.

REDACTED

GOOG-ROWE-00057012



REDACTED

CONFIDENTIAL



GOOG-ROWE-00057014