# EXHIBIT 1

```
 1                   - STUART VARDAMAN -

 2     IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF NEW YORK
 3     --------------------------------------- X
       ULKU ROWE,
 4
                       Plaintiff,
 5
                                      Case No.
 6                                    19 Civ. 08655(LGS)(GWG)

 7                  v.

 8     GOOGLE LLC

 9                     Defendant.

10     --------------------------------------- X

11     DATE:  November 17, 2020

12     TIME:  9:37 a.m.

13

14              VIDEOTAPED VIDEOCONFERENCE DEPOSITION

15     OF STUART VARDAMAN, held via Zoom, pursuant to ^

16     Notice, before Hope Menaker, a Shorthand Reporter

17     and Notary Public of the State of New York.

18

19

20

21

22

23

24

25
```

1                      - STUART VARDAMAN -

2          A.      Yes.

3          Q.      What was the policy?

4          A.      I would say with the previous example
5     and any others of that ilk, that policy would be
6     that a position should be posted.

7          Q.      And with respect to internal posting,
8     where would those positions be posted?

9          A.      Typically on GRO.  There's an
10    Intranet site called GRO.

11         Q.      Once you had landed a group of
12    qualified individuals, what was the process for
13    interviewing those individuals?

14         A.      Typically, and the way I like to
15    work, is to vet our teams's understanding with our
16    hiring manager.  In this case, we set up
17    conversations between candidates and Tariq.

18         Q.      So do I understand you to be saying
19    that the first step would be for Tariq to meet
20    with a candidate?

21         A.      No, the first step was understanding
22    the business need.

23         Q.      Now, in the interview process once a
24    group of qualified candidates were identified,
25    what would be the next step?

1              - STUART VARDAMAN -
2    are assuming you would have.
3         A.    I'm assuming that I would have.
4         Q.    Do you recall anything else with
5    respect to the conversation you had with Mr.
6    Shaukat regarding her entering the process?
7         A.    The conversations specifically, no.
8    Again, he asked to include her in the process and
9    we made that happen.
10        Q.    Did you understand her to have raised
11   her hand to be considered for the position?
12        A.    I don't recall --
13              MR. GAGE:  Objection.
14        A.    I don't recall if she had applied.
15        Q.    Do you recall being interviewed by
16   employee relations in connection with Ms. Rowe?
17        A.    Whether or not I knew on the outset
18   it had to do with Ulku I can't say for sure, but I
19   think the content of that conversation centered
20   there or as a topic.  So, yeah, I do recall
21   speaking with employee relations.
22        Q.    Did you actually get interviewed on
23   two occasions by employee relations?
24        A.    It's possible.
25        Q.    Do you recall telling employee

1                    - STUART VARDAMAN -

2              MR. GAGE:  I see it now.

3         Q.    We're going to mark as Exhibit 106,

4    document Bates stamped GOOG-ROWE-00017507 through

5    508.

6              (Whereupon, Exhibit 106 was marked at

7         this time.)

8         Q.    Do you recognize this document, Mr.

9    Vardaman?

10        A.    I do.

11        Q.    Okay, and is this an e-mail that you

12   sent out in advance of Ms. Rowe's interview?

13        A.    Yes, it looks like I sent it to Jason

14   Martin.

15        Q.    Okay.  I would like you to look at

16   the context in "Competencies" bullet, in

17   particular the bullet context.  Do you see that?

18        A.    I do.

19        Q.    It says "Ulku was on Brian Stevens'

20   team before the reorg occurred that resulted in

21   some of the vertical OCTO folks transitioning to

22   Tariq's organization.  Tariq agreed to have her

23   interviewed for the lead position.  Brian Stevens

24   is supportive of her interviewing for the lead

25   role."  Do you see that?

1                      - STUART VARDAMAN -

2          A.     I do.

3          Q.     Does that refresh your recollection

4     about whether Mr. Stevens was supportive of her

5     interviewing for the role?

6          A.     Honestly, that would have been a

7     conclusion that I reached given -- given Eryka's

8     e-mail, the previous exhibit.

9          Q.     At any point in time, did anyone tell

10    you that Mr. Stevens was not supportive of her for

11    the role?

12         A.     No.

13         Q.     Did you discuss that with Mr.

14    Shaukat?

15         A.     Discuss what?

16                MR. GAGE:  Objection.

17         Q.     Whether Mr. Stevens was supportive of

18    her for the role.

19         A.     No, that would have been a

20    conversation between VPs.

21                If, you know, I can shed a little bit

22    more light about my intent in these, messages like

23    these for candidates both in Goog -- in internal

24    and external, it's a -- it's an attempt to help

25    the candidates put their best foot forward so that

```
1                   - STUART VARDAMAN -
2     a panel member could read some of this and say
3     okay, I am -- I am interested in meeting this
4     candidate and -- and so there -- there's some
5     content in there to -- to help, in this case, Ulku
6     put her best foot forward.
7          Q.     Who made the decision about who Mr.
8     Rowe's interview panel would be?
9              MR. GAGE:  Objection.
10         A.     That would have been a conversation
11    likely during one of our meetings between Tariq
12    and Fiona O'Donnell at the time.  It would have
13    been a -- Tariq's business partner -- HR business
14    partner, excuse me, and me.
15             And, if -- if I can, the -- the
16    reason that that's a discussion is because we want
17    panel members, A, to be objective, but then, B,
18    representative of relationships that a given
19    candidate might be expected to work with closely
20    for the benefit of our -- of our customers.
21         Q.     What did you discuss with respect to
22    who would be the panel members for Ms. Rowe's
23    interview?
24         A.     I don't recall specifics.  As -- as I
25    had mentioned in an earlier exhibit, Brian
```

1                  - STUART VARDAMAN -

2   had -- had stepped back from the panel interviews

3   and -- and so we ultimately landed at the

4   panelists that were -- that are listed in -- in

5   GHire, I guess.

6        Q.   Looking again at Exhibit 106 under

7   "Impression," the bullet "Impression."

8             You write "Executive poise confident,

9   but not ego driven, forthright with a quick

10  operating cadence."  Do you see that?

11       A.   Yes, I do.

12       Q.   What was that impression based on?

13       A.   That would have been my meeting with

14  her, the -- the one that I had mentioned was

15  probably around 45 minutes.  Again, this is my

16  attempt in my job to help ensure that candidates

17  are -- are putting their best foot forward with

18  the information that -- that I tee up panel

19  members for.  I -- yeah.

20       Q.   You've only been giving accurate

21  information as part of these e-mails, correct?

22       A.   Yes, for the benefit of the

23  candidate.  I can tell you that my personal

24  impression in my conversation was -- was that I

25  was talked down to that I felt as -- as a result

```
1                    - STUART VARDAMAN -
2    of my level.
3         Q.    What made you feel like you were
4    talked down to?
5         A.    There was a perceptible, perceivable
6    annoyance I think with the -- the conversation
7    that -- that she had with me.
8         Q.    And tell me about that.
9         A.    I felt dismissed at the end of the
10   day as a result of my conversation with -- with
11   Ulku.
12        Q.    What did she say that made you feel
13   dismissed?
14        A.    I don't recall specifics.
15        Q.    What made you say -- what did she say
16   that made you perceive that she was annoyed?
17              MR. GAGE:  Objection.
18        A.    It would have been a combination of
19   her -- I -- I think of her demeanor and her -- her
20   word choice in that meeting with me, but again the
21   specifics I -- I don't recall exactly.
22        Q.    What about her demeanor?
23              MR. GAGE:  Objection.
24        A.    Again, the conclusion I felt as a
25   result of interacting with her was that I felt
```

1                  - STUART VARDAMAN -

2       dismissed and -- and talked down to I -- I guess

3       by the fact I was having and requesting a meeting

4       with her to -- to shed light on the process.

5                    I think it's important to note that

6       none of that came out here in this note to Jason

7       in advance of the interview prep, hence going back

8       to what I said earlier about ensuring that the

9       candidates are being presented the best possible

10      light.

11         Q.    I understand how you felt leaving

12      that meeting.  Now I want you to explain to me

13      what she did or what she said that led you to feel

14      that way.

15              MR. GAGE:  Objection.  Asked and

16         answered.

17         A.    Again I -- I can't recall the

18      specifics, ma'am.  There is an aspect of being

19      successful at Google, which is this notion of

20      Googleyness, and part of that is encapsulated

21      with openly and actively working across the

22      organization regardless of level, sometimes L 2s.

23      And, again, my impression/feeling after my

24      conversation with Ulku was that I was dismissed

25      and be -- because of level.

```
1                   - STUART VARDAMAN -
2         Q.    So is it your testimony that she was
3    not rejected for the role?
4               MR. GAGE:  Objection.
5         A.    As I recall, Tariq was going to
6    circle back with her and let her know where things
7    landed with Thomas Kurian joining and -- and
8    ultimately the cancelation.
9         Q.    So, again, is it your testimony that
10   she was not suggested for the role, that the role
11   closed before there had been a determination with
12   respect to Ms. Rowe; is that your testimony?
13        A.    Correct --
14              MR. GAGE:  Objection.
15        A.    -- the role closed.
16        Q.    Did Mr. Shaukat tell you that he had
17   received a communication from Ms. Rowe saying that
18   she thought she was more qualified than the two
19   finalists?
20        A.    No.
21        Q.    Did Mr. Shaukat tell you that she had
22   told him that she thought he should just give her
23   the role?
24        A.    No, I don't recall that.
25        Q.    Did Mr. Shaukat tell you that she had
```

1                    - STUART VARDAMAN -
2      raised a concern about discrimination?
3           A.     No, ma'am.
4           Q.     Did he tell you that she had raised a
5      concern about her levelling?
6           A.     No.
7           Q.     Did he tell you that she had raised
8      a concern that her initial leveling was
9      under-leveled and that was impacting her
10     consideration for the VP position?
11          A.     For the lead financial services
12     position, no, not that I recall.  Tariq typically
13     didn't share such -- such things, even if he would
14     have insight into them.
15          Q.     Did Mr. Shaukat tell you that ER was
16     looking into concerns that Ms. Rowe had raised?
17          A.     Not that I recall, no.
18          Q.     Did Mr. Shaukat tell you that he was
19     concerned that she might leave Google?
20          A.     Not that I recall, no.
21          Q.     Did you form your own opinion about
22     Ms. Rowe as a candidate for the VP of financial
23     services position?
24                 MR. GAGE:  Objection.
25          A.     My opinion, given she was a Googler,

1                    - STUART VARDAMAN -

2     largely didn't come into play.  As I had mentioned

3     earlier, the process we ran with her would have

4     been similar to any other Googler that we were

5     told that they were going to process.

6          Q.     My question is:  Did you form a

7     personal opinion about her?

8                 MR. GAGE:  Objection.

9          A.     My job is not to form a personal

10    opinion.

11         Q.     Whether it's your job or not, did you

12    form a personal opinion about her?

13         A.     I think, as I already stated, it's

14    not my job to -- to form those opinions; and as I

15    think you saw from the prep notes to Jason Martin,

16    not to let my personal matters or personal

17    conclusions, if I had any, impact how the

18    candidate shows up to the panel.

19         Q.     Did you think she was a bit abrasive?

20         A.     I recall my interaction with Ulku as

21    stated previously, that I felt largely dismissed

22    in my conversation with her.

23         Q.     Did you tell ER that she struck you

24    as a bit abrasive?

25         A.     I don't recall specifically on that.

1              - STUART VARDAMAN -
2       Q.    Let's look back at -- give me just a
3    moment -- 51.  Exhibit 51 and I would like you to
4    turn to Page 17.
5       A.    Okay.
6       Q.    And if I can draw your attention to
7    about halfway down under the major bullet, "With
8    Exception of Ulku."
9       A.    Yes.
10      Q.    Do you recall communicating, "Ulku by
11   the time I connected with her struck me as a bit
12   abrasive"?  Do you recall communicating that to
13   ER?
14      A.    I don't recall communicating that
15   explicitly to HR.  Now, if that's how -- or excuse
16   me ER.  If that's how they took down notes I can't
17   speak to that, but I would have tried to keep my
18   impression with what -- consistent with what I
19   shared with you earlier, that I felt largely
20   dismissed as a result of -- of the conversations.
21      Q.    Did you communicate, in sum or
22   substance, to anyone else that you thought she was
23   a bit abrasive?
24      A.    No.
25      Q.    Did you think she had a cantankerous

1                    - STUART VARDAMAN -

2       style?

3               MR. GAGE:  Objection.

4          A.   No.  Again, I felt dismissed and

5       talked down to.  I -- honestly, I'd have to look

6       up cantankerous real quick.

7          Q.   Did you believe her to have a

8       cantankerous style?

9          A.   No.  Again, I felt dismissed and

10      talked down to.

11         Q.   I would like you to look at Page 13

12      of that exhibit and where the bullet is.  So you

13      were involved in Stuart's recruitment and the

14      second to the last semi-bullet under that;

15      "Coupled with Ulku's cantankerous style further

16      undermines her changes." Did you communicate that

17      to ER?

18              MR. GAGE:  Objection.

19         A.   No, not that I recall.

20         Q.   Do you recall communicating to anyone

21      else that she had a cantankerous style?

22         A.   No.

23         Q.   Did you think Ms. Rowe was not

24      Googlely?

25         A.   As I mentioned earlier, the ability

1                   - STUART VARDAMAN -
2      refreshing.
3               It's Exhibit 112, Tab 58.  Let me
4      know when you have it open.
5           A.   I do.
6           Q.   We're marking as Exhibit 112, the
7      document Bates stamped GOOG-ROWE-00056272 through
8      273.
9               (Whereupon, Exhibit 112 was marked at
10          this time.)
11          Q.   Do you recognize this as information
12     generated from the Thrive system with respect to
13     Ms. Rowe?
14          A.   Yes, it looks like a Thrive output
15     report.
16          Q.   And, particularly, a Thrive output
17     report regarding Ms. Rowe?
18          A.   Oh.  Yes, I see her name on it.
19          Q.   Okay.  If you can turn to the second
20     page and scroll down to the entry for "Financial
21     Services Vertical Lead," do you see that?
22          A.   I do.
23          Q.   The fourth bullet says "Moved to
24     Rejected by svardaman@ -- ".  Is that you?
25          A.   That is, yes.

1                    - STUART VARDAMAN -

2        Q.      "Due to 'Panel - Googleyness.'"  Do

3    you see that?

4        A.      I do.

5        Q.      Did you enter into Thrive that she

6    had been rejected due to "Panel - Googleyness"?

7        A.      There's a number of drop-down items

8    and, yeah.

9        Q.      And did you make that entry on or

10   about January 7th, 2019?

11       A.      Most likely, yeah.

12       Q.      Did someone instruct you to close

13   that out?

14       A.      That may have been a cleanup as a

15   result of the -- the Thrive system and increasing

16   in its important as our primary tool within

17   executive recruiting and reconciling older

18   searches that may have existed primarily in GHire

19   or -- or whatever; so, yeah, it's -- it's likely

20   that I put that note in.

21       Q.      And was it inaccurate when you

22   indicated that she had been rejected?

23       A.      No, cause the search was canceled.

24       Q.      So was it accurate that she had been

25   rejected for the role?

|   |   |
|---|---|
| 1 | - STUART VARDAMAN - |
| 2 | A. As a result of the role no longer |
| 3 | being in existence, by default I think a candidate |
| 4 | would be rejected in the system. |
| 5 | Q. You wrote here or you wrote as a |
| 6 | note; "Across the board, Ulku was viewed as overly |
| 7 | self-oriented. Recruiter expressed she was not |
| 8 | qualified for the role in addition to ego |
| 9 | concerns, the decision was made to run her through |
| 10 | full panel anyway." Do you recall writing that? |
| 11 | A. No. |
| 12 | Q. What was the basis for those |
| 13 | statements that she was viewed as overly |
| 14 | self-oriented? |
| 15 | MR. GAGE: Objection. |
| 16 | A. I -- I already said I didn't recall |
| 17 | writing it. |
| 18 | Q. That note, would that be accessible |
| 19 | in the future to other people who looked up Ms. |
| 20 | Rowe's Thrive entry? |
| 21 | A. Yes. |
| 22 | Q. You can put that document aside. |
| 23 | Were you involved in recruiting |
| 24 | Stuart Breslow at Google? |
| 25 | A. Yes, I was. |

```
1                   - STUART VARDAMAN -
2      Ms. Rowe?
3            A.     That we were looking for someone at a
4      VP level scope and scale and with actual C-level
5      executive contacts and that we would keep her in
6      mind for future build-outs in -- in this
7      organization focused on financial services.
8            Q.     And so does that mean that she was
9      not considered for the role?
10                  MR. GAGE:  Objection.
11           A.     To my knowledge, she didn't apply.
12     So we just felt it's the right thing to do, to
13     circle her back.
14           Q.     Was there -- ordinarily for an
15     internal role like this, would someone have to
16     fill out an applications?
17           A.     That's the way we -- we typically try
18     to do it.
19           Q.     Did you tell Ms. Rowe that she needed
20     to fill out an application?
21           A.     I don't recall.
22           Q.     Did you provide her with an
23     application?
24           A.     No, that's -- everyone at Google
25     knows about the GRO website.
```

1                    - STUART VARDAMAN -
2        A.     That was the thrust of the
3   conversation and tying back to the appropriate
4   next steps on the search, an appropriate next step
5   in this case was winding down the process for Ulku
6   and keeping her in mind for future executive
7   positions within the financial services
8   organization.
9        Q.     What was the basis for your
10  determination that she was not qualified for a
11  position that was at the VP level?
12       A.     It --
13              MR. GAGE:  Objection.
14       A.     It was largely emphasized by who
15  ultimately the -- the candidates that we had in
16  play and ultimately who landed in the role which
17  is Yolanda Piazza, which as a -- as a data point
18  was listed as one of American Bankers' most
19  powerful women in -- in 2019, I believe.
20       Q.     At this moment when you communicated
21  this to Ms. Rowe, what was your basis for
22  determining that she was not qualified to be
23  considered for a VP level role?
24              MR. GAGE:  Objection.
25       A.     That would have been largely driven