# EXHIBIT 2

```
                                                        Page 1
 1
 2   IN THE UNITED STATES DISTRICT COURT
 3   FOR THE SOUTHERN DISTRICT OF NEW YORK
 4   Civil No.: 19 Civ. 08655 (LGS)(GWG)
 5   ------------------------------------x
     ULKU ROWE,
 6
              Plaintiff,
 7
 8
         - against -
 9
10
     GOOGLE LLC,
11
              Defendant.
12   ------------------------------------x
                October 14, 2020
13              9:39 a.m.
14
15      Videotaped Deposition of ULKU ROWE,
16   taken by Defendant, pursuant to Notice,
17   held via Google Hangouts videoconference,
18   before Todd DeSimone, a Registered
19   Professional Reporter and Notary Public of
20   the States of New York and New Jersey.
21
22
23
24
25
```

Page 161

1            U. ROWE
2       Q.    Other opportunities, and are
3   those other job opportunities that you
4   sought and did not get?
5       A.    There was at least one of
6   those.
7       Q.    And when was that?
8       A.    So the denied promotion was the
9   VP of financial services, and later I
10  raised my hand for a VP of sales role in
11  financial services, the head of financial
12  services and sales, that was the role.
13      Q.    So the first one is the
14  financial services vertical head job,
15  correct?
16      A.    Correct, VP of -- yes.
17      Q.    And that was the job that you
18  claim was given to Stuart Breslow, right?
19      A.    Correct.
20      Q.    Just to make sure we're talking
21  about the same thing, okay.  Tell me again,
22  what was the second opportunity that you
23  were denied?
24      A.    I raised my hand for the VP of
25  financial services role and sales.

Page 162

```
 1                      U. ROWE
 2        Q.      And when was that?
 3        A.      I don't remember the exact
 4   timing, but I think it was earlier this
 5   year.
 6        Q.      So you think sometime in 2020,
 7   early 2020?
 8        A.      Yes.
 9        Q.      Before or after the pandemic
10   shut down the country, can you place it
11   that way?
12        A.      Before.
13        Q.      Before, okay, so sometime
14   before the middle of March, is that fair to
15   say?
16        A.      Yes.
17        Q.      And was that a job that was
18   posted internally at Google?
19        A.      I don't know if there was a job
20   posting.  I didn't see a posting.
21        Q.      We will come back to that.
22                But I want to go back to the
23   second item that you mentioned, and that is
24   you said that you were discriminated
25   against on a day-to-day basis.  So on that
```

Page 289

1                    U. ROWE
2   Google?
3        A.     I have not.
4        Q.     Have you ever been through the
5   leveling process at Google, as a
6   participant in the process of leveling
7   someone?
8        A.     I have not.
9        Q.     Have you ever participated in a
10  hiring committee?
11       A.     I have not.
12       Q.     Have you ever participated in
13  any way in the decision-making process that
14  leads to the leveling of someone at hire at
15  Google?
16       A.     I have done a lot of
17  interviews, but no, I have not specifically
18  been involved in leveling discussions, no.
19       Q.     And in any of those interviews,
20  were you asked to offer an opinion as to
21  the level that someone was supposed to --
22  that someone might get?
23       A.     I have not.
24       Q.     You indicated earlier in your
25  testimony that there was another

```
                                            Page 290
 1                    U. ROWE
 2   opportunity, VP, financial services and
 3   sales, that you applied for in 2020.  Do
 4   you recall that testimony?
 5         A.    I raised my hand for it.
 6         Q.    What do you mean when you say
 7   you raised your hand for it?
 8         A.    I expressed interest in it.
 9         Q.    And how did you express
10   interest in it?
11         A.    I heard from Kristen, and I'm
12   completely blanking on her last name,
13   Kristen runs sales for U.S., and I had -- I
14   had a one-on-one with her, and she
15   mentioned that she was thinking of hiring a
16   VP of sales for financial services, and I
17   told her that I would be interested.
18         Q.    And what, if anything, happened
19   next in connection with your interest in
20   that job?
21         A.    So she asked me to reach out to
22   HR, so I reached out to HR.
23         Q.    Who did you reach out to in HR?
24         A.    I think it was Stuart Weidman,
25   I'm not 100 percent sure.
```

Page 291

1       U. ROWE
2    Q.    What happened next?
3    A.    He said that he would talk to
4  Kristen and come back to me.
5    Q.    And did he?
6    A.    He did.
7    Q.    And what happened next?
8    A.    He said that based on the
9  conversations with Kristen, that they
10 weren't going to go ahead with me.
11   Q.    Did he tell you anything more,
12 did he give you any more details?
13   A.    I don't remember a lot of the
14 details, but I was surprised when he said
15 based on your interview with Kristen, I did
16 not have an interview with Kristen, this
17 was like a casual one-on-one get-together,
18 I found out about the opportunity during
19 that meeting, and that, you know, he told
20 me that based on that conversation that I
21 was being discounted, I was surprised.
22   Q.    And was that the end of it?
23   A.    Yes.
24   Q.    Did you ever follow up with
25 Kristen?

Page 292

1       U. ROWE
2       A.      I don't -- I don't believe so.
3       Q.      Do you know who got the job?
4       A.      At the end I think it went to
5   Yolande.
6       Q.      To who?
7       A.      Yolande, I think her last name
8   is Piazza.
9       Q.      Piazza?
10      A.      Yes.
11      Q.      Do you have any reason to
12  believe that you were not chosen for that
13  role because of your sex?
14      A.      Look, I think that, you know,
15  at this point it was the combination of
16  everything that I went through at Google.
17  I think that was, you know, part of the
18  retaliation that I experienced.
19      Q.      Tell me what leads you to
20  believe that you were not selected for the
21  role that was given to Yolande Piazza
22  because of any of your protected activity.
23      A.      Well, you know, I raised
24  concerns at Google.  First I was demoted, I
25  was isolated both internally and

Page 293

1              U. ROWE
2  externally, and now here I was raising my
3  hand for another role and I was being
4  denied the opportunity.
5      Q.     Let me ask you the question
6  more broadly.
7              What, if anything, leads you to
8  believe that anything that has happened to
9  you at Google is because of any complaints
10 you have raised about discrimination?
11     A.     Look, I think I raised a
12 concern, and I raised a concern due to my
13 gender and how I was treated, and then
14 shortly after that I was demoted and all
15 these things happened, so it was my natural
16 conclusion.
17     Q.     So other than the sequence of
18 timing, is there anything else that leads
19 you to believe that anything that happened
20 to you at Google was because of your
21 complaints of discrimination?
22             MS. GREENE:  Objection.
23     A.     Look, I don't know, you know, I
24 don't know everything that happened.  Like
25 I am just sharing my experiences of what

Page 294

1               U. ROWE
2    happened.
3         Q.    So, again, other than the
4    sequence of timing, is there anything else
5    that leads you to believe that anything
6    that happened to you at Google was because
7    of your complaints of discrimination?
8              MS. GREENE:   Objection.
9         A.    I think it's not just the
10   sequence of events, but actually what
11   happened as well.
12        Q.    And the "what" is you say you
13   were demoted, you say you were isolated,
14   and you were denied this other job that was
15   given to Yolande Piazza?
16        A.    Correct.
17        Q.    Those are the things that
18   happened?
19        A.    Correct.
20        Q.    And my question to you is other
21   than the sequence of timing between your
22   complaints of discrimination and the timing
23   of those things I just mentioned, other
24   than the timing, is there anything else
25   that leads you to believe that those events

1                    U. ROWE
2    were because of your complaints of
3    discrimination?
4            MS. GREENE:  Objection.
5        A.    Again, it's not just the
6    timing, you know, I was isolated.
7        Q.    Then what else is it?
8        A.    Because like I was isolated
9    when my male peers were not isolated.  When
10   they were given opportunities, I wasn't
11   given opportunities.  So it is not just,
12   you know, the sequence of what happened,
13   but like what I experienced during that
14   time.
15       Q.    So what you describe as
16   isolating, being isolated, what leads,
17   other than the sequence of timing, other
18   than those events occurring which you
19   already testified about today -- withdrawn.
20   Let me ask you more specifically.
21            When you say being isolated,
22   you are talking about your testimony about
23   not being invited to meetings, correct?
24       A.    That's one of the things.
25       Q.    Not being invited to client

Page 296

1                    U. ROWE
2    events, right?
3          A.     That's another one of those.
4          Q.     Not being invited to off-sites,
5    right?
6          A.     That's also one of those.
7          Q.     Okay, what else was there?
8    What else constitutes the isolations?
9          A.     I was isolated, one, because I
10   was told that I couldn't focus on financial
11   services anymore, so Google removed that
12   responsibility from me.  And that meant
13   that I was isolated from any discussions
14   around, you know, go to market, around
15   customer interactions, around, you know,
16   press and media appearances, and I was
17   isolated on, you know, what events I could
18   go talk to.
19               So there was a lot of these
20   things that I was isolated by whereas, you
21   know, my male peers, Stuart Breslow and
22   others, weren't.
23         Q.     When were you told that you
24   were no longer to focus on financial
25   services?