# Exhibit 1

DocuSign Envelope ID: 9C80B639-D09A-4817-A207-2B4941DG62C7

Page 1

1

2   IN THE UNITED STATES DISTRICT COURT

3   FOR THE SOUTHERN DISTRICT OF NEW YORK

4   Civil No.: 19 Civ. 08655 (LGS)(GWG)

5   -----------------------------------x

    ULKU ROWE,

6

            Plaintiff,

7

8

        - against -

9

10

    GOOGLE LLC,

11

            Defendant.

12  -----------------------------------x

                October 14, 2020

13              9:39 a.m.

14

15      Videotaped Deposition of ULKU ROWE,

16  taken by Defendant, pursuant to Notice,

17  held via Google Hangouts videoconference,

18  before Todd DeSimone, a Registered

19  Professional Reporter and Notary Public of

20  the States of New York and New Jersey.

21

22

23

24

25

DocuSign Envelope ID: 9C80B639-D09A-4817-A207-2B49410G62C7

Page 2

```
 1
 2    A P P E A R A N C E S :
 3    OUTTEN & GOLDEN LLP
      685 Third Avenue
 4    25th Floor
      New York, New York 10017
 5          Attorneys for Plaintiff
      BY:    CARA E. GREENE, ESQ.
 6             ceg@outtengolden.com
             MAYA JUMPER, ESQ.
 7             mjumper@outtengolden.com
 8
 9    PAUL HASTINGS LLP
      200 Park Avenue
10    New York, New York 10166
            Attorneys for Defendant
11    BY:    KENNETH W. GAGE, ESQ.
               kennethgage@paulhastings.com
12           SARA B. TOMEZSKO, ESQ.
               saratomezsko@paulhastings.com
13
14
15
      ALSO PRESENT:
16      PETER COOPER, ESQ., Google
17      SHAWN BUDD, Videographer
18
19
20
21
22
23
24
25
```

DocuSign Envelope ID: 9C80B639-D09A-4817-A207-2B49410662C7

Page 161

1                    U. ROWE

2       Q.      Other opportunities, and are

3   those other job opportunities that you

4   sought and did not get?

5       A.      There was at least one of

6   those.

7       Q.      And when was that?

8       A.      So the denied promotion was the

9   VP of financial services, and later I

10  raised my hand for a VP of sales role in

11  financial services, the head of financial

12  services and sales, that was the role.

13      Q.      So the first one is the

14  financial services vertical head job,

15  correct?

16      A.      Correct, VP of -- yes.

17      Q.      And that was the job that you

18  claim was given to Stuart Breslow, right?

19      A.      Correct.

20      Q.      Just to make sure we're talking

21  about the same thing, okay.  Tell me again,

22  what was the second opportunity that you

23  were denied?

24      A.      I raised my hand for the VP of

25  financial services role and sales.

Page 162

1                        U. ROWE

2        Q.        And when was that?

3        A.        I don't remember the exact

4    timing, but I think it was earlier this

5    year.

6        Q.        So you think sometime in 2020,

7    early 2020?

8        A.        Yes.

9        Q.        Before or after the pandemic

10   shut down the country, can you place it

11   that way?

12       A.        Before.

13       Q.        Before, okay, so sometime

14   before the middle of March, is that fair to

15   say?

16       A.        Yes.

17       Q.        And was that a job that was

18   posted internally at Google?

19       A.        I don't know if there was a job

20   posting.  I didn't see a posting.

21       Q.        We will come back to that.

22                 But I want to go back to the

23   second item that you mentioned, and that is

24   you said that you were discriminated

25   against on a day-to-day basis.  So on that

Page 289

                          U. ROWE

1
2     Google?
3          A.      I have not.
4          Q.      Have you ever been through the
5     leveling process at Google, as a
6     participant in the process of leveling
7     someone?
8          A.      I have not.
9          Q.      Have you ever participated in a
10    hiring committee?
11         A.      I have not.
12         Q.      Have you ever participated in
13    any way in the decision-making process that
14    leads to the leveling of someone at hire at
15    Google?
16         A.      I have done a lot of
17    interviews, but no, I have not specifically
18    been involved in leveling discussions, no.
19         Q.      And in any of those interviews,
20    were you asked to offer an opinion as to
21    the level that someone was supposed to --
22    that someone might get?
23         A.      I have not.
24         Q.      You indicated earlier in your
25    testimony that there was another

Page 290

                        U. ROWE

1

2    opportunity, VP, financial services and

3    sales, that you applied for in 2020.  Do

4    you recall that testimony?

5         A.     I raised my hand for it.

6         Q.     What do you mean when you say

7    you raised your hand for it?

8         A.     I expressed interest in it.

9         Q.     And how did you express

10   interest in it?

11        A.     I heard from REDACTED and I'm

12   completely blanking on her last name,

13   REDACTED runs sales for U.S., and I had -- I

14   had a one-on-one with her, and she

15   mentioned that she was thinking of hiring a

16   VP of sales for financial services, and I

17   told her that I would be interested.

18        Q.     And what, if anything, happened

19   next in connection with your interest in

20   that job?

21        A.     So she asked me to reach out to

22   HR, so I reached out to HR.

23        Q.     Who did you reach out to in HR?

24        A.     I think it was Stuart Weidman,

25   I'm not 100 percent sure.

DocuSign Envelope ID: 9C80B639-D09A-4817-A207-2B4941DG62C7

Page 291

1                    U. ROWE

2        Q.       What happened next?

3        A.       He said that he would talk to

4    **REDACTED**  and come back to me.

5        Q.       And did he?

6        A.       He did.

7        Q.       And what happened next?

8        A.       He said that based on the

9    conversations with **REDACTED** that they

10   weren't going to go ahead with me.

11       Q.       Did he tell you anything more,

12   did he give you any more details?

13       A.       I don't remember a lot of the

14   details, but I was surprised when he said

15   based on your interview with **REDACTED** I did

16   not have an interview with **REDACTED** this

17   was like a casual one-on-one get-together,

18   I found out about the opportunity during

19   that meeting, and that, you know, he told

20   me that based on that conversation that I

21   was being discounted, I was surprised.

22       Q.       And was that the end of it?

23       A.       Yes.

24       Q.       Did you ever follow up with

25   **REDACTED**

Page 292

                    U. ROWE

1
2        A.      I don't -- I don't believe so.
3        Q.      Do you know who got the job?
4        A.      At the end I think it went to
5    Yolande.
6        Q.      To who?
7        A.      Yolande, I think her last name
8    is Piazza.
9        Q.      Piazza?
10       A.      Yes.
11       Q.      Do you have any reason to
12   believe that you were not chosen for that
13   role because of your sex?
14       A.      Look, I think that, you know,
15   at this point it was the combination of
16   everything that I went through at Google.
17   I think that was, you know, part of the
18   retaliation that I experienced.
19       Q.      Tell me what leads you to
20   believe that you were not selected for the
21   role that was given to Yolande Piazza
22   because of any of your protected activity.
23       A.      Well, you know, I raised
24   concerns at Google.  First I was demoted, I
25   was isolated both internally and

Page 293

U. ROWE

1                    U.  ROWE
2    externally,  and  now  here  I  was  raising  my
3    hand  for  another  role  and  I  was  being
4    denied  the  opportunity.
5          Q.      Let  me  ask  you  the  question
6    more  broadly.
7                  What,  if  anything,  leads  you  to
8    believe  that  anything  that  has  happened  to
9    you  at  Google  is  because  of  any  complaints
10   you  have  raised  about  discrimination?
11         A.      Look,  I  think  I  raised  a
12   concern,  and  I  raised  a  concern  due  to  my
13   gender  and  how  I  was  treated,  and  then
14   shortly  after  that  I  was  demoted  and  all
15   these  things  happened,  so  it  was  my  natural
16   conclusion.
17         Q.      So  other  than  the  sequence  of
18   timing,  is  there  anything  else  that  leads
19   you  to  believe  that  anything  that  happened
20   to  you  at  Google  was  because  of  your
21   complaints  of  discrimination?
22               MS.  GREENE:    Objection.
23         A.      Look,  I  don't  know,  you  know,  I
24   don't  know  everything  that  happened.    Like
25   I  am  just  sharing  my  experiences  of  what

Page 294

                        U. ROWE

 1
 2    happened.
 3        Q.     So, again, other than the
 4    sequence of timing, is there anything else
 5    that leads you to believe that anything
 6    that happened to you at Google was because
 7    of your complaints of discrimination?
 8             MS. GREENE:   Objection.
 9        A.     I think it's not just the
10    sequence of events, but actually what
11    happened as well.
12        Q.     And the "what" is you say you
13    were demoted, you say you were isolated,
14    and you were denied this other job that was
15    given to Yolande Piazza?
16        A.     Correct.
17        Q.     Those are the things that
18    happened?
19        A.     Correct.
20        Q.     And my question to you is other
21    than the sequence of timing between your
22    complaints of discrimination and the timing
23    of those things I just mentioned, other
24    than the timing, is there anything else
25    that leads you to believe that those events

DocuSign Envelope ID: 9C90B639-D904-4817-A207-3B49410C62C7

Page 295

1                    U.  ROWE

2    were because of your complaints of

3    discrimination?

4               MS.  GREENE:   Objection.

5        A.     Again, it's not just the

6    timing, you know, I was isolated.

7        Q.     Then what else is it?

8        A.     Because like I was isolated

9    when my male peers were not isolated.  When

10   they were given opportunities, I wasn't

11   given opportunities.  So it is not just,

12   you know, the sequence of what happened,

13   but like what I experienced during that

14   time.

15       Q.     So what you describe as

16   isolating, being isolated, what leads,

17   other than the sequence of timing, other

18   than those events occurring which you

19   already testified about today -- withdrawn.

20   Let me ask you more specifically.

21              When you say being isolated,

22   you are talking about your testimony about

23   not being invited to meetings, correct?

24       A.     That's one of the things.

25       Q.     Not being invited to client

DocuSign Envelope ID: 9C90B639-D00A-4817-A297-2B4941DC62C7

Page 332

1

2                    CERTIFICATION

3

4      I,   TODD DeSIMONE, a Notary Public for

5    and within the State of New York, do hereby

6    certify:

7      That the witness whose testimony as

8    herein set forth, was duly sworn by me; and

9    that the within transcript is a true record

10    of the testimony given by said witness.

11      I further certify that I am not related

12    to any of the parties to this action by

13    blood or marriage, and that I am in no way

14    interested in the outcome of this matter.

15      IN WITNESS WHEREOF, I have hereunto set

16    my hand this 26th day of October, 2020.

17

18

19      TODD DESIMONE

20

21

22

23

24

25

DocuSign Envelope ID: 9C90B639-D00A-4817-A2B7-3B4941DC62C7

```
 1
 2                  ERRATA SHEET
            VERITEXT LEGAL SOLUTIONS
 3
    CASE NAME: ROWE v. GOOGLE
 4  DATE OF DEPOSITION: 10/14/20
    WITNESS' NAME: ULKU ROWE
 5
    PAGE/LINE(S)/CHANGE/REASON
 6  121:8 /change"lock" to "look"/spelling
    250:20/change "are" to "were"/correction
 7  254:9/delete "on"/ correction
    261:22/change "plus" to "plug"/spelling
 8  264:4/change "were" to "they were"/ correction
    286:14/change "was" to "were"/correction
 9  286:22/change "8's" to "8s"/spelling
    290:24/change "Weidman" to "Vardaman"/
10  correction
    294:19/change "was" to "were"/correction
11               _____

12        11/30/2020
    Date _____
13
                 Ulku Rowe
14  Ulku Rowe  ___E72E69F02D42431..._____

15

16

17

18

19
20

21
22

23
24

25
```