# Exhibit 1

| job_code | job_title | location_code | job_level | application_id | job_opening_id | job_opening | m_and_a_hire | location_country |
|---|---|---|---|---|---|---|---|---|
| 3412 | DNU - Director, Software Engineering | US-MTV-1250 | 8 | 53752414 | 42865 | Engineering Manager/Director, Site Reliability Engineering - Mountain View (ID: 42865) | FALSE | US |
| 3412 | DNU - Director, Software Engineering | US-MTV-1201 | 8 | 53752414 | 42865 | Engineering Manager/Director, Site Reliability Engineering - Mountain View (ID: 42865) | FALSE | US |
| 3412 | DNU - Director, Software Engineering | US-SVL-TC2 | 8 | 399909821 | 560585 | Leadership - EngOps (ID: 560585) | FALSE | US |
| 3948 | Dir, Application Engineer I | US-SVL-TC4 | 8 | 401099132 | 705207 | Engineering Director, Financial Systems (ID: 705207) | FALSE | US |
| 3948 | Dir, Application Engineer I | US-SVL-TC2 | 8 | 401099132 | 705207 | Engineering Director, Financial Systems (ID: 705207) | FALSE | US |
| 3412 | DNU - Director, Software Engineering | US-MTV-41 | 8 | 16781677 | 42536 | Internal Transfer - Eng non-SWE (ID: 42536) | FALSE | US |
| 3412 | DNU - Director, Software Engineering | US-MTV-41 | 8 | 434850094 | 935267 | Director Engineering Education, engEDU - Mountain View (ID: 935267) | FALSE | US |
| 8317 | Director - SWE | US-NYC-9TH | 8 | 423235359 | 837610 | Director, Engineering - New York (ID: 837610) | FALSE | US |
| 5007 | Director, Product Management | US-MTV-PR55 | 8 | 403262094 | 722015 | Active - Director, Product Management, Gmail, Calendar, Reminders (ID: 722015) | FALSE | US |
| 5565 | Director, Technical Solutions Consultant | US-NYC-9TH | 8 | 432604051 | 1016332 | Director, Standard Support, Google Cloud - Sunnyvale (ID: 1016332) | FALSE | US |
| 5565 | Director, Technical Solutions Consultant | US-NYC-9TH | 8 | 52179165 | 41898 | Internal geo transfer - MTV (ID: 41898) | FALSE | US |
| 5565 | Director, Technical Solutions Consultant | US-NYC-9TH | 8 | 64917798 | 632014 | Director of Enterprise Field Operations, Americas (ID: 632014) | FALSE | US |
| 5007 | Director, Product Management | US-SVL-MP2 | 8 | 434363722 | 927972 | Director, Product Management, Corporate Engineering, Enterprise Infrastructure - Sunnyvale (ID: 927972) | FALSE | US |
| 5007 | Director, Product Management | US-KIR-6THD | 8 | 415428194 | 796228 | Director, Product Management, Cloud Platform Services (ID: 796228) | FALSE | US |
| 3948 | Dir, Application Engineer I | US-AUS-500W | 8 | 418688954 | 726132 | Internal geo transfer (ID: 726132) | FALSE | US |
| 8317 | Director - SWE | US-SFO-SPE | 8 | 416108779 | 792546 | Engineering Director, Cloud Datastore - San Francisco (ID: 792546) | FALSE | US |
| 5007 | Director, Product Management | US-SVL-MAT2 | 8 | 407101630 | 761500 | Director, Product Management - Supply Chain (ID: 761500) | FALSE | US |
| 5007 | Director, Product Management | US-SVL-MAT1 | 8 | 407101630 | 761500 | Director, Product Management - Supply Chain (ID: 761500) | FALSE | US |
| 3411 | Principal Software Engineer | US-SEA-N34TH5 | 8 | 412968252 | 1403 | Software Engineer - Seattle/Kirkland (ID: 1403) | FALSE | US |
| 3411 | Principal Software Engineer | US-SEA-BRN | 8 | 412968252 | 1403 | Software Engineer - Seattle/Kirkland (ID: 1403) | FALSE | US |
| 3412 | DNU - Director, Software Engineering | US-MTV-CL2 | 8 | 401307552 | 560585 | Leadership - EngOps (ID: 560585) | FALSE | US |
| 3414 | DNU - Director, Software Engineering (3414) | US-MTV-CL4 | 9 | 427977831 | 910578 | Project Pelican (ID: 910578) | FALSE | US |
| 8317 | Director - SWE | US-SEA-WAT | 8 | 413651781 | 805263 | Director of Engineering, Kubernetes - SEA (ID: 805263) | FALSE | US |
| 8317 | Director - SWE | US-SEA-VLY | 8 | 413651781 | 805263 | Director of Engineering, Kubernetes - SEA (ID: 805263) | FALSE | US |
| 8319 | Director - SWE (8319) | US-KIR-6THA | 9 | 421214001 | 872826 | Senior Director, Engineering (ID: 872826) | FALSE | US |
| 8317 | Director - SWE | US-SEA-VLY | 8 | 427482489 | 901872 | Director, Engineering, Billing - Seattle (ID: 901872) | FALSE | US |
| 5578 | Distinguished Technical Solutions Consultant | US-REMOTE-TX | 9 | 432739923 | 1019755 | Technical Director, Google Cloud (ID: 1019755) | FALSE | US |
| 5578 | Distinguished Technical Solutions Consultant | US-REMOTE-TX | 9 | 409798232 | 720171 | Technical Director, Office of the CTO, Google Cloud Platform (ID: 720171) | FALSE | US |
| 5560 | Principal Technical Solutions Consultant | US-SVL-MP4 | 8 | 422035533 | 720171 | Technical Director, Office of the CTO, Google Cloud Platform (ID: 720171) | FALSE | US |
| 5007 | Director, Product Management | US-SVL-MAT2 | 8 | 412313009 | 726201 | Director, Product Management, Supply Chain Systems (Machines and Network Infra) (ID: 726201) | FALSE | US |
| 5007 | Director, Product Management | US-SVL-MAT2 | 8 | 416461774 | 590973 | Internal Transfer - Leadership (ID: 590973) | FALSE | US |
| 3412 | DNU - Director, Software Engineering | US-MTV-CL2 | 8 | 401826827 | 715581 | Engineering Director - Google Cluster Manager - MtV (ID: 715581) | FALSE | US |
| 3411 | Principal Software Engineer | US-SVL-MP3 | 8 | 404964496 | 819872 | Engineering Director, Cloud Networking - Mountain View (ID: 819872) | FALSE | US |
| 5007 | Director, Product Management | US-KIR-6THD | 8 | 417407368 | 739144 | Director, Product Management, Cloud ML/AI (ID: 739144) | FALSE | US |
| 3411 | Principal Software Engineer | US-SEA-PKV | 8 | 54420965 | 3110 | Engineering Leadership - Passive Candidate (ID: 3110) | FALSE | US |
| 3412 | DNU - Director, Software Engineering | US-MTV-42 | 8 | 401319661 | 714716 | Engineering Director, Developer Product Group (ID: 714716) | FALSE | US |
| 3412 | DNU - Director, Software Engineering | US-MTV-42 | 8 | 417750841 | 590973 | Internal Transfer - Leadership (ID: 590973) | FALSE | US |
| 8317 | Director - SWE | US-KIR-6THD | 8 | 412937531 | 726132 | Internal geo transfer (ID: 726132) | FALSE | US |
| 3412 | DNU - Director, Software Engineering | US-KIR-6THD | 8 | 412937531 | 726132 | Internal geo transfer (ID: 726132) | FALSE | US |
| 3412 | DNU - Director, Software Engineering | US-KIR-6THD | 8 | 401270011 | 713799 | Internet Security Engineering Director - KIR (ID: 713799) | FALSE | US |
| 3412 | DNU - Director, Software Engineering | US-KIR-6THB | 8 | 401270011 | 713799 | Internet Security Engineering Director - KIR (ID: 713799) | FALSE | US |
| 3412 | DNU - Director, Software Engineering | US-SEA-N34TH5 | 8 | 401827691 | 41928 | Internal geo transfer - SEA/KIR (ID: 41928) | TRUE | US |
| 3412 | DNU - Director, Software Engineering | US-SVL-TC2 | 8 | 400716466 | 41898 | Internal geo transfer - MTV (ID: 41898) | TRUE | US |
| 3412 | DNU - Director, Software Engineering | US-SVL-TC2 | 8 | 412716585 | 726132 | Internal geo transfer (ID: 726132) | TRUE | US |
| 3412 | DNU - Director, Software Engineering | US-SEA-PKV | 8 | 411925314 | 789802 | Engineering Director, Marketplace & Orbitera (ID: 789802) | FALSE | US |
| 3412 | DNU - Director, Software Engineering | US-MTV-PR55 | 8 | 51603111 | 566222 | Director, Ads Revenue Decision Systems - Mountain View (ID: 566222) | FALSE | US |

| Job Code | Location | Level | ID | Req | Rural | Country |
|---|---|---|---|---|---|---|
| 3412 DNU - Director, Software Engineering | US-MTV-PR55 | 8 | 399913503 | 590654 Engineering Director, Apps (ID: 590654) | FALSE | US |
| 3412 DNU - Director, Software Engineering | US-MTV-PR55 | 8 | 429079534 | 902580 Director, Engineering, AR Runtime - Mountain View, San Francisco or Seattle (ID: 902580) | FALSE | US |
| 3412 DNU - Director, Software Engineering | US-MTV-PR55 | 8 | 430489952 | 909688 Director of Engineering, Geo for Everyone - Bay Area or New York City (ID: 909688) | FALSE | US |
| 3949 Dir, Application Engineer II | US-SVL-TC4 | 9 | 403778171 | 567889 Engineering Leadership, Director - Mountain View (ID: 567889) | FALSE | US |
| 3949 Dir, Application Engineer II | US-NYC-9TH | 9 | 413278938 | 726132 Internal geo transfer (ID: 726132) | FALSE | US |
| 3949 Dir, Application Engineer II | US-SVL-TC4 | 9 | 419151207 | 856776 Lead, SAP Line of Business, Google Cloud - Mountain View (ID: 856776) | FALSE | US |
| 5013 Director, Product Management (5013) | US-SVL-MP1 | 9 | 412906999 | 783688 Director, PM, Cloud AI (ID: 783688) | FALSE | US |
| 8317 Director - SWE | US-SEA-MCR | 8 | 423078869 | 891206 Engineering Director, Google Cloud Storage - Seattle or Sunnyvale (ID: 891206) | FALSE | US |
| 5007 Director, Product Management | US-SVL-MP1 | 8 | 432313828 | 924743 PM Director, Core Developer (Source, Build Test Release, Languages) - Sunnyvale or New York City (ID: 924743) | FALSE | US |
| 8317 Director - SWE | US-NYC-9TH | 8 | 414547018 | 638868 Eng Director - New York (ID: 638868) | FALSE | US |
| 3412 DNU - Director, Software Engineering | US-NYC-9TH | 8 | 414547018 | 638868 Eng Director - New York (ID: 638868) | FALSE | US |
| 5560 Principal Technical Solutions Consultant | US-SEA-WAT | 8 | 411893681 | 720171 Technical Director, Office of the CTO, Google Cloud Platform (ID: 720171) | FALSE | US |
| 5560 Principal Technical Solutions Consultant | US-SEA-MCR | 8 | 411893681 | 720171 Technical Director, Office of the CTO, Google Cloud Platform (ID: 720171) | FALSE | US |
| 5007 Director, Product Management | US-SVL-MP2 | 8 | 416642692 | 834958 Director, Product Management, Business Innovation (ID: 834958) | FALSE | US |
| 5578 Distinguished Technical Solutions Consultant | US-MTV-CL2 | 9 | 403436595 | 720171 Technical Director, Office of the CTO, Google Cloud Platform (ID: 720171) | FALSE | US |
| 8319 Director - SWE (8319) | US-NYC-9TH | 9 | 421264652 | 858645 Engineering Director, Site Reliability Engineering - New York (ID: 858645) | FALSE | US |
| 5007 Director, Product Management | US-MTV-CL2 | 8 | 424218586 | 968250 Director, Product Management, Android Security - Mountain View (ID: 968250) | FALSE | US |
| 5007 Director, Product Management | US-MTV-CL2 | 8 | 400584441 | 560522 Leadership - Product (ID: 560522) | FALSE | US |
| 8317 Director - SWE | US-SVL-MP4 | 8 | 415143662 | 796533 Engineering Director - GCP, Core Compute (ID: 796533) | FALSE | US |
| 3412 DNU - Director, Software Engineering | US-SVL-MP5 | 8 | 415143662 | 796533 Engineering Director - GCP, Core Compute (ID: 796533) | FALSE | US |
| 3414 DNU - Director, Software Engineering (3414) | US-MTV-CL3 | 9 | 401897835 | 713811 Internet Security Engineering Director - MtV (ID: 713811) | FALSE | US |
| 3412 DNU - Director, Software Engineering | US-MTV-PR55 | 8 | 403555030 | 721535 Project Makita (ID: 721535) | FALSE | US |
| 8317 Director - SWE | US-KIR-6THC | 8 | 427666960 | 894730 Director of Confidential Computing - Sunnyvale or Kirkland (ID: 894730) | FALSE | US |
| 3412 DNU - Director, Software Engineering | US-MTV-PR55 | 8 | 403095864 | 720151 Director, Security and Data Protection, Google Apps (ID: 720151) | FALSE | US |
| 5007 Director, Product Management | US-SEA-PKV | 8 | 409943210 | 725329 Active - Director, Product Management, Cloud CTO Office (ID: 725329) | FALSE | US |
| 5007 Director, Product Management | US-SEA-PKV | 8 | 416452467 | 735122 Internal Geo Transfer (ID: 735122) | FALSE | US |
| 5007 Director, Product Management | US-SEA-PKV | 8 | 419396027 | 590973 Internal Transfer - Leadership (ID: 590973) | FALSE | US |
| 5007 Director, Product Management | US-SEA-PKV | 8 | 50112577 | 564142 Product Management - Leadership - Sea/Kirk (ID: 564142) | FALSE | US |
| 5007 Director, Product Management | US-SEA-PKV | 8 | 378370774 | 41928 Internal geo transfer - SEA/KIR (ID: 41928) | FALSE | US |
| 5007 Director, Product Management | US-SVL-MP4 | 8 | 426015326 | 991702 Director, Product Management, Google Cloud Platform - Sunnyvale (ID: 991702) | FALSE | US |
| 3412 DNU - Director, Software Engineering | US-MTV-PR55 | 8 | 406294755 | 719014 Director, Engineering - Apps (ID: 719014) | FALSE | US |
| 8319 Director - SWE (8319) | US-SVL-MP1 | 9 | 425480824 | 901940 Director, iPaaS Engineering - Mountain View (ID: 901940) | FALSE | US |
| 5560 Principal Technical Solutions Consultant | US-SEA-WAT | 8 | 411499011 | 720171 Technical Director, Office of the CTO, Google Cloud Platform (ID: 720171) | FALSE | US |
| 5560 Principal Technical Solutions Consultant | US-SEA-PKV | 8 | 411499011 | 720171 Technical Director, Office of the CTO, Google Cloud Platform (ID: 720171) | FALSE | US |
| 5560 Principal Technical Solutions Consultant | US-SEA-MCR | 8 | 411499011 | 720171 Technical Director, Office of the CTO, Google Cloud Platform (ID: 720171) | FALSE | US |
| 8317 Director - SWE | US-SVL-MP4 | 8 | 413208181 | 796546 Engineering Director, Cloud ML Platform (ID: 796546) | FALSE | US |
| 3412 DNU - Director, Software Engineering | US-SVL-MP1 | 8 | 413208181 | 796546 Engineering Director, Cloud ML Platform (ID: 796546) | FALSE | US |
| 3414 DNU - Director, Software Engineering (3414) | US-MTV-CL2 | 9 | 406382142 | 719776 Engineering Director, Cloud (ID: 719776) | FALSE | US |
| 8317 Director - SWE | US-KIR-6THD | 8 | 406335645 | 716364 Cloud Storage - Technical Leader/Manager (ID: 716364) | FALSE | US |
| 3412 DNU - Director, Software Engineering | US-KIR-6THA | 8 | 406335645 | 716364 Cloud Storage - Technical Leader/Manager (ID: 716364) | FALSE | US |
| 3412 DNU - Director, Software Engineering | US-KIR-6THD | 8 | 406335645 | 716364 Cloud Storage - Technical Leader/Manager (ID: 716364) | FALSE | US |
| 8317 Director - SWE | US-KIR-6THD | 8 | 408762675 | 567855 Engineering Leadership, Technical Lead Manager - Mountain View (ID: 567855) | FALSE | US |
| 8317 Director - SWE | US-KIR-6THC | 8 | 408762675 | 567855 Engineering Leadership, Technical Lead Manager - Mountain View (ID: 567855) | FALSE | US |
| 3412 DNU - Director, Software Engineering | US-KIR-6THB | 8 | 408762675 | 567855 Engineering Leadership, Technical Lead Manager - Mountain View (ID: 567855) | FALSE | US |
| 3412 DNU - Director, Software Engineering | US-KIR-6THD | 8 | 408762675 | 567855 Engineering Leadership, Technical Lead Manager - Mountain View (ID: 567855) | FALSE | US |
| 5007 Director, Product Management | US-SVL-MP2 | 8 | 418586625 | 857437 Director, Product Management, Knowledge Intelligence (Assistant & Cloud Search) (ID: 857437) | FALSE | US |
| 5007 Director, Product Management | US-SVL-MP2 | 8 | 417674656 | 857437 Director, Product Management, Knowledge Intelligence (Assistant & Cloud Search) (ID: 857437) | FALSE | US |

| Job Code | Location | Level | ID1 | Requisition | Flag | Country |
|---|---|---|---|---|---|---|
| 5007 Director, Product Management | US-SVL-MP2 | 8 | 417750760 | 855957 Director, Product Management, Business Innovation (Apps-Enterprise Core) (ID: 855957) | FALSE | US |
| 5578 Distinguished Technical Solutions Consultant | US-REMOTE-OR | 9 | 410093902 | 720171 Technical Director, Office of the CTO, Google Cloud Platform (ID: 720171) | FALSE | US |
| 5007 Director, Product Management | US-SVL-MP2 | 8 | 423531184 | 726132 Internal geo transfer (ID: 726132) | TRUE | US |
| 5560 Principal Technical Solutions Consultant | US-NYC-9TH | 8 | 426108301 | 900873 Technical Director, Office of the CTO, Google Cloud Platform - New York (ID: 900873) | FALSE | US |
| 5013 Director, Product Management (5013) | US-MTV-CL4 | 9 | 405656716 | 560522 Leadership - Product (ID: 560522) | FALSE | US |
| 5560 Principal Technical Solutions Consultant | US-SVL-MP4 | 8 | 416050594 | 720171 Technical Director, Office of the CTO, Google Cloud Platform (ID: 720171) | FALSE | US |
| 5007 Director, Product Management | US-MTV-CL3 | 8 | 410445778 | 757268 Director, Product Management - Cloud Security (ID: 757268) | FALSE | US |
| 8319 Director - SWE (8319) | US-NYC-9TH | 9 | 423101586 | 917731 Project Stanley (ID: 917731) | FALSE | US |
| 8319 Director - SWE (8319) | US-BLD-PEARL2 | 9 | 419484664 | 726132 Internal geo transfer (ID: 726132) | FALSE | US |
| 3411 Principal Software Engineer | US-KIR-6THD | 8 | 421026205 | 857967 Active - Principal Software Engineer - Seattle (ID: 857967) | FALSE | US |
| 3412 DNU - Director, Software Engineering | US-MTV-CL4 | 8 | 425433647 | 898426 Director, Engineering - Mountain View (ID: 898426) | FALSE | US |
| 3411 Principal Software Engineer | US-SVL-MP4 | 8 | 421229079 | 863526 Cloud AI **TEST - DO NOT APPLY** (ID: 863526) | FALSE | US |
| 3411 Principal Software Engineer | US-SVL-MP4 | 8 | 416905420 | 863547 Cloud AI - Google AI China Center Engineering Director (ID: 863547) | FALSE | US |
| 3411 Principal Software Engineer | US-MTV-CL5 | 8 | 7699348 | 1 Engineering (ID: 1) | FALSE | US |
| 5007 Director, Product Management | US-KIR-6THD | 8 | 425507377 | 901998 Director, Product Management, Technical Infrastructure - Sunnyvale (ID: 901998) | FALSE | US |
| 5560 Principal Technical Solutions Consultant | US-WAS-CAP | 8 | 416477360 | 720171 Technical Director, Office of the CTO, Google Cloud Platform (ID: 720171) | FALSE | US |
| 8317 Director - SWE | US-SVL-MP2 | 8 | 411846419 | 794459 Director, Engineering - A (ID: 794459) | FALSE | US |
| 3412 DNU - Director, Software Engineering | US-SVL-MP2 | 8 | 411846419 | 794459 Director, Engineering - A (ID: 794459) | FALSE | US |
| 5013 Director, Product Management (5013) | US-SVL-MP1 | 9 | 427636133 | 914156 Director, Product Management, Compute, Google Cloud - Sunnyvale (ID: 914156) | FALSE | US |
| 3412 DNU - Director, Software Engineering | US-MTV-CL2 | 8 | 406272015 | 716364 Cloud Storage - Technical Leader/Manager (ID: 716364) | FALSE | US |
| 8317 Director - SWE | US-SVL-MAT3 | 8 | 422731717 | 876149 Director, Site Reliability Engineering - Sunnyvale (ID: 876149) | FALSE | US |
| 3412 DNU - Director, Software Engineering | US-SVL-MAT3 | 8 | 422731717 | 876149 Director, Site Reliability Engineering - Sunnyvale (ID: 876149) | FALSE | US |
| 5007 Director, Product Management | US-MTV-PR55 | 8 | 424667602 | 901875 Director, Product Management, Privacy, Search and Assistant - Mountain View (ID: 901875) | FALSE | US |
| 5007 Director, Product Management | US-MTV-PR55 | 8 | 406393540 | 717724 Director, Product Management - Apps for Work Platform (ID: 717724) | FALSE | US |
| 8317 Director - SWE | US-SEA-PLZ | 8 | 421279763 | 590973 Internal Transfer - Leadership (ID: 590973) | FALSE | US |
| 8317 Director - SWE | US-SEA-PLZ | 8 | 412381215 | 788866 Active - Director, Technical Program Management, UFO (ID: 788866) | FALSE | US |
| 8317 Director - SWE | US-SVL-MP3 | 8 | 427770961 | 915614 Director, Engineering, Google Cloud - Sunnyvale (ID: 915614) | FALSE | US |
| 8317 Director - SWE | US-SVL-MP3 | 8 | 430192201 | 725514 Exploratory Leadership - AC (ID: 725514) | FALSE | US |
| 3412 DNU - Director, Software Engineering | US-MTV-CL5 | 8 | 402499158 | 492 Engineering Director - Mountain View (ID: 492) | FALSE | US |
| 3411 Principal Software Engineer | US-MTV-CL5 | 8 | 57259145 | 575449 Software Engineer (ID: 575449) | FALSE | US |
| 3412 DNU - Director, Software Engineering | US-MTV-CL4 | 8 | 417918610 | 836461 Director, Partner Solutions - Android Partner Engineering (ID: 836461) | FALSE | US |
| 3411 Principal Software Engineer | US-SVL-MP3 | 8 | 421166132 | 863168 Active - Principal Engineer, Systems, Platforms - Sunnyvale (ID: 863168) | FALSE | US |
| 3411 Principal Software Engineer | US-SVL-MP3 | 8 | 421657314 | 884007 Active - Principal Engineer, Network Infrastructure (ID: 884007) | FALSE | US |
| 5007 Director, Product Management | US-SVL-MP4 | 8 | 418619676 | 863522 Director, Product Management, Cloud for Marketing - Sunnyvale (ID: 863522) | FALSE | US |
| 8317 Director - SWE | US-SVL-TC6 | 8 | 413911852 | 795347 Director of Google Language Platforms Engineering (Java, Python, JavaScript Teams) - Sunnyvale (ID: 795347) | FALSE | US |
| 8317 Director - SWE | US-SVL-MP1 | 8 | 425499437 | 992365 Director of Engineering, Cloud SQL - Sunnyvale (ID: 992365) | FALSE | US |
| 5007 Director, Product Management | US-SVL-MP3 | 8 | 415304565 | 796860 Director, PM for Networking (ID: 796860) | FALSE | US |
| 8317 Director - SWE | US-KIR-6THB | 8 | 424268635 | 896580 Engineering Director, BigQuery, Google Cloud (ID: 896580) | FALSE | US |
| 3414 DNU - Director, Software Engineering (3414) | US-MTV-CL3 | 9 | 403297727 | 722283 Active - Director, Machine Learning and AI, Cloud (ID: 722283) | FALSE | US |
| 5566 Director, Technical Solutions Consultant (5566) | US-SVL-TC4 | 9 | 422709895 | 890098 Director, Google Cloud Platform Support - Sunnyvale (ID: 890098) | FALSE | US |
| 5566 Director, Technical Solutions Consultant (5566) | US-SVL-TC4 | 9 | 432604371 | 1016331 Director, Cloud Advanced Support - Sunnyvale (ID: 1016331) | FALSE | US |
| 3412 DNU - Director, Software Engineering | US-MTV-CL3 | 8 | 377192700 | 590788 Engineering Director - Security (ID: 590788) | FALSE | US |
| 3412 DNU - Director, Software Engineering | US-MTV-CL3 | 8 | 16039337 | 56008 Engineering Leadership - Internet Security (ID: 56008) | FALSE | US |
| 5560 Principal Technical Solutions Consultant | US-SVL-MP4 | 8 | 422799763 | 720171 Technical Director, Office of the CTO, Google Cloud Platform (ID: 720171) | FALSE | US |
| 8319 Director - SWE (8319) | US-NYC-9TH | 9 | 429163614 | 907061 Director, Site Reliability Engineering - New York City (ID: 907061) | FALSE | US |
| 3414 DNU - Director, Software Engineering (3414) | US-NYC-9TH | 9 | 429163614 | 907061 Director, Site Reliability Engineering - New York City (ID: 907061) | FALSE | US |
| 8317 Director - SWE | US-KIR-6THB | 8 | 400806293 | 657994 Nest/Aura - Passive Leadership (ID: 657994) | FALSE | US |

| Job Code | Location | Level | ID1 | Req | Internal | Country |
|---|---|---|---|---|---|---|
| 3412 DNU - Director, Software Engineering | US-KIR-6THB | 8 | 400806293 | 657994 Nest/Aura - Passive Leadership (ID: 657994) | FALSE | US |
| 5560 Principal Technical Solutions Consultant | US-SAN-6420 | 8 | 411877273 | 790196 Technical Director, Office of the CTO, Applied AI (ID: 790196) | FALSE | US |
| 8317 Director - SWE | US-SVL-MAT2 | 8 | 433811936 | 1016358 Director, Engineering, Sales Systems (Order-to-Cash), Google Cloud - Sunnyvale or Austin (ID: 1016358) | FALSE | US |
| 8317 Director - SWE | US-SFO-SPE | 8 | 434403494 | 935545 Director, Engineering, Ecosystem Monetization - San Francisco (ID: 935545) | FALSE | US |
| 3412 DNU - Director, Software Engineering | US-SVL-MAT2 | 8 | 433811936 | 1016358 Director, Engineering, Sales Systems (Order-to-Cash), Google Cloud - Sunnyvale or Austin (ID: 1016358) | FALSE | US |
| 8317 Director - SWE | US-KIR-6THD | 8 | 423471691 | 861748 Internal transfer - confidential (ID: 861748) | FALSE | US |
| 8317 Director - SWE | US-NYC-9TH | 8 | 406141222 | 748373 Internal Geo Transfer - NYC (ID: 748373) | FALSE | US |
| 8317 Director - SWE | US-NYC-9TH | 8 | 427308641 | 898292 Director, Engineering - New York City (ID: 898292) | FALSE | US |
| 3412 DNU - Director, Software Engineering | US-NYC-9TH | 8 | 406141222 | 748373 Internal Geo Transfer - NYC (ID: 748373) | FALSE | US |
| 3412 DNU - Director, Software Engineering | US-NYC-9TH | 8 | 427308641 | 898292 Director, Engineering - New York City (ID: 898292) | FALSE | US |
| 8317 Director - SWE | US-SEA-BRN | 8 | 415413196 | 818713 Active - Director of Engineering, Supply Chain - SEA (ID: 818713) | FALSE | US |
| 8317 Director - SWE | US-SEA-BRN | 8 | 419682890 | 737133 Active - Director of Engineering, Supply Chain - SEA (ID: 737133) | FALSE | US |
| 8317 Director - SWE | US-SEA-PLZ | 8 | 415413196 | 818713 Active - Director of Engineering, Supply Chain - SEA (ID: 818713) | FALSE | US |
| 8317 Director - SWE | US-SEA-PLZ | 8 | 419682890 | 737133 Active - Director of Engineering, Supply Chain - SEA (ID: 737133) | FALSE | US |
| 8317 Director - SWE | US-SVL-MP4 | 8 | 417192992 | 735584 Active - Engineering Director of Cloud for Marketing (ID: 735584) | FALSE | US |
| 8317 Director - SWE | US-SVL-MP2 | 8 | 434031927 | 809991 Director, Engineering, Architecture and Platform, Google Cloud - Sunnyvale or Austin (ID: 809991) | FALSE | US |
| 8317 Director - SWE | US-SVL-MP2 | 8 | 415525575 | 825040 Director, Engineering Productivity and Program Management (ID: 825040) | FALSE | US |
| 8317 Director - SWE | US-SVL-MP2 | 8 | 433063548 | 917078 Director, Program Management, Core Data - Mountain View (ID: 917078) | FALSE | US |
| 5560 Principal Technical Solutions Consultant | US-SFO-SPE | 8 | 412756790 | 720171 Technical Director, Office of the CTO, Google Cloud Platform (ID: 720171) | FALSE | US |
| 3411 Principal Software Engineer | US-MTV-CL4 | 8 | 52265546 | 5 Software Engineer - Bay Area (ID: 5) | FALSE | US |
| 8317 Director - SWE | US-SEA-MCR | 8 | 423065391 | 886880 Engineering Director, Google Compute Engine, Virtualization - Seattle (ID: 886880) | FALSE | US |
| 8317 Director - SWE | US-SVL-MAT3 | 8 | 424077325 | 892290 Director, Networking Software Engineering (ID: 892290) | FALSE | US |
| 8317 Director - SWE | US-SVL-MP1 | 8 | 419888557 | 734345 Engineering Director - GCP, Core Compute (ID: 734345) | FALSE | US |
| 3412 DNU - Director, Software Engineering | US-MTV-CL4 | 8 | 403554287 | 712869 Engineering Director, Networking - MTV (ID: 712869) | FALSE | US |
| 8317 Director - SWE | US-SVL-MP1 | 8 | 429431253 | 989723 Director, Efficiency Engineering - Sunnyvale (ID: 989723) | FALSE | US |
| 8317 Director - SWE | US-KIR-6THD | 8 | 421112112 | 861182 Engineering Director, GCP Identity and Infrastructure (ID: 861182) | FALSE | US |
| 5578 Distinguished Technical Solutions Consultant | US-NYC-9TH | 9 | 412311734 | 720171 Technical Director, Office of the CTO, Google Cloud Platform (ID: 720171) | FALSE | US |
| 8317 Director - SWE | US-SEA-MCR | 8 | 416005913 | 825133 Director of Engineering, Cloud Ingest- SEA/KIR (ID: 825133) | FALSE | US |
| 8317 Director - SWE | US-SEA-WAT | 8 | 416005913 | 825133 Director of Engineering, Cloud Ingest- SEA/KIR (ID: 825133) | FALSE | US |
| 8317 Director - SWE | US-SVL-MP3 | 8 | 417408040 | 819872 Engineering Director, Cloud Networking - Mountain View (ID: 819872) | FALSE | US |
| 8317 Director - SWE | US-SVL-TC1 | 8 | 423682366 | 984281 Director, IoT Security (ID: 984281) | FALSE | US |
| 8317 Director - SWE | US-AUS-500W | 8 | 415359514 | 726132 Internal geo transfer (ID: 726132) | TRUE | US |
| 8317 Director - SWE | US-SVL-TC2 | 8 | 417406253 | 740197 Engineering Director, Google Cloud Technology and Solutions (ID: 740197) | FALSE | US |
| 5578 Distinguished Technical Solutions Consultant | US-MTV-CL2 | 9 | 403226564 | 720171 Technical Director, Office of the CTO, Google Cloud Platform (ID: 720171) | FALSE | US |
| 5013 Director, Product Management (5013) | US-MTV-PR55 | 9 | 16166671 | 66733 Enterprise Head of Global Channel and Alliances (ID: 66733) | FALSE | US |
| 5013 Director, Product Management (5013) | US-MTV-PR55 | 9 | 18211812 | 11210 Product Management - Leadership - Mountain View (ID: 11210) | FALSE | US |
| 5007 Director, Product Management | US-SVL-TC2 | 8 | 420845272 | 807143 Director, Product Management, Google Cloud Technology & Solutions - Sunnyvale (ID: 807143) | FALSE | US |
| 3411 Principal Software Engineer | US-SVL-MP3 | 8 | 424238589 | 896831 Principal Software Engineer, GCP (ID: 896831) | FALSE | US |
| 3411 Principal Software Engineer | US-SVL-MP3 | 8 | 424211594 | 827790 SWE: Software Engineer, Infrastructure (GCloud GCP) - Bay Area (US) (ID: 827790) | FALSE | US |
| 3411 Principal Software Engineer | US-KIR-6THC | 8 | 402995497 | 712712 Active - Software Engineer, Cloud (ID: 712712) | FALSE | US |
| 3411 Principal Software Engineer | US-KIR-6THC | 8 | 421131858 | 1403 Software Engineer - Seattle/Kirkland (ID: 1403) | FALSE | US |
| 3411 Principal Software Engineer | US-KIR-6THB | 8 | 402995497 | 712712 Active - Software Engineer, Cloud (ID: 712712) | FALSE | US |
| 3411 Principal Software Engineer | US-KIR-6THD | 8 | 421131858 | 1403 Software Engineer - Seattle/Kirkland (ID: 1403) | FALSE | US |
| 3411 Principal Software Engineer | US-KIR-6THB | 8 | 421131858 | 1403 Software Engineer - Seattle/Kirkland (ID: 1403) | FALSE | US |
| 3411 Principal Software Engineer | US-KIR-6THD | 8 | 402995497 | 712712 Active - Software Engineer, Cloud (ID: 712712) | FALSE | US |
| 8319 Director - SWE (8319) | US-SVL-MP1 | 9 | 423432709 | 891421 Director, Databases, GCP - Sunnyvale (ID: 891421) | FALSE | US |
| 3411 Principal Software Engineer | US-MTV-CL2 | 8 | 406310099 | 716364 Cloud Storage - Technical Leader/Manager (ID: 716364) | FALSE | US |

| Job Code & Title | Location | Level | ID1 | Req | Internal | Country |
|---|---|---|---|---|---|---|
| 3412 DNU - Director, Software Engineering | US-SEA-PKV | 8 | 378379465 | 560585 Leadership - EngOps (ID: 560585) | FALSE | US |
| 3411 Principal Software Engineer | US-SVL-MAT3 | 8 | 412173936 | 804561 Principal Engineer/TL, Storage - Sunnyvale (ID: 804561) | FALSE | US |
| 3948 Dir, Application Engineer I | US-SVL-TC2 | 8 | 413018842 | 788673 Director of Alphabet Treasury Systems - Mountain View or New York (ID: 788673) | FALSE | US |
| 5565 Director, Technical Solutions Consultant | US-SVL-TC1 | 8 | 427494059 | 911962 Director, Solutions Architecture, Google Cloud - Sunnyvale (ID: 911962) | FALSE | US |
| 8317 Director - SWE | US-SVL-TC1 | 8 | 412320533 | 787288 Engineering Director, Security Infrastructure (ID: 787288) | FALSE | US |
| 3412 DNU - Director, Software Engineering | US-SVL-TC1 | 8 | 412320533 | 787288 Engineering Director, Security Infrastructure (ID: 787288) | FALSE | US |
| 5560 Principal Technical Solutions Consultant | US-SVL-MP4 | 8 | 411853148 | 790196 Technical Director, Office of the CTO, Applied AI (ID: 790196) | FALSE | US |
| 5560 Principal Technical Solutions Consultant | US-SVL-MP1 | 8 | 411853148 | 790196 Technical Director, Office of the CTO, Applied AI (ID: 790196) | FALSE | US |
| 8319 Director - SWE (8319) | US-BLD-PEARL2 | 9 | 435163527 | 1016358 Director, Engineering, Sales Systems (Order-to-Cash), Google Cloud - Sunnyvale or Austin (ID: 1016358) | FALSE | US |
| 3414 DNU - Director, Software Engineering (3414) | US-BLD-2600 | 9 | 435163527 | 1016358 Director, Engineering, Sales Systems (Order-to-Cash), Google Cloud - Sunnyvale or Austin (ID: 1016358) | FALSE | US |
| 3414 DNU - Director, Software Engineering (3414) | US-BLD-PEA | 9 | 435163527 | 1016358 Director, Engineering, Sales Systems (Order-to-Cash), Google Cloud - Sunnyvale or Austin (ID: 1016358) | FALSE | US |
| 3948 Dir, Application Engineer I | US-SVL-MAT2 | 8 | 419329527 | 967308 Director, Application Engineering - Sunnyvale (ID: 967308) | FALSE | US |
| 8319 Director - SWE (8319) | US-SVL-MP1 | 9 | 427529576 | 809824 Director, Databases, Google Cloud - Sunnyvale (ID: 809824) | FALSE | US |
| 5007 Director, Product Management | US-MTV-CL3 | 8 | 16126900 | 3110 Engineering Leadership - Passive Candidate (ID: 3110) | FALSE | US |
| 8319 Director - SWE (8319) | US-KIR-6THD | 9 | 400591539 | 560585 Leadership - EngOps (ID: 560585) | FALSE | US |
| 3414 DNU - Director, Software Engineering (3414) | US-KIR-6THD | 9 | 400591539 | 560585 Leadership - EngOps (ID: 560585) | FALSE | US |
| 3414 DNU - Director, Software Engineering (3414) | US-KIR-6THB | 9 | 400591539 | 560585 Leadership - EngOps (ID: 560585) | FALSE | US |
| 5560 Principal Technical Solutions Consultant | US-SVL-MP1 | 8 | 413465679 | 726132 Internal geo transfer (ID: 726132) | FALSE | US |
| 5560 Principal Technical Solutions Consultant | US-SVL-MP4 | 8 | 413465679 | 726132 Internal geo transfer (ID: 726132) | FALSE | US |
| 5560 Principal Technical Solutions Consultant | US-NYC-9TH | 8 | 403175430 | 720171 Technical Director, Office of the CTO, Google Cloud Platform (ID: 720171) | FALSE | US |
| 8317 Director - SWE | US-PAO-HV1 | 8 | 412808840 | 715132 Nest - General Application (ID: 715132) | TRUE | US |
| 5007 Director, Product Management | US-KIR-6THB | 8 | 411510520 | 728208 Product Leader, Dev Tools, Ops and Marketplace (ID: 728208) | FALSE | US |
| 5007 Director, Product Management | US-SEA-VLY | 8 | 412087594 | 796748 Director, PM for Analytics (ID: 796748) | FALSE | US |
| 5007 Director, Product Management | US-SEA-WAT | 8 | 412087594 | 796748 Director, PM for Analytics (ID: 796748) | FALSE | US |
| 8317 Director - SWE | US-SVL-MP4 | 8 | 417640697 | 855393 Director of Engineering, IoT - Sunnyvale (ID: 855393) | FALSE | US |
| 8317 Director - SWE | US-SVL-MP1 | 8 | 427225073 | 908266 Engineering Director, Luxe - Sunnyvale (ID: 908266) | FALSE | US |
| 8317 Director - SWE | US-SVL-MP1 | 8 | 434353176 | 932945 Engineering Director, Technical Velocity, Core - Sunnyvale (ID: 932945) | FALSE | US |
| 8317 Director - SWE | US-NYC-9TH | 8 | 427281881 | 899322 Director of Networking - New York (ID: 899322) | FALSE | US |
| 8317 Director - SWE | US-SVL-MP3 | 8 | 420092362 | 807113 Director of Engineering, Kubernetes (ID: 807113) | FALSE | US |
| 5560 Principal Technical Solutions Consultant | US-REMOTE-MI | 8 | 403278865 | 720171 Technical Director, Office of the CTO, Google Cloud Platform (ID: 720171) | FALSE | US |
| 3412 DNU - Director, Software Engineering | US-MTV-CL5 | 8 | 406800332 | 759531 Engineering Director, Resource Management (ID: 759531) | FALSE | US |
| 8317 Director - SWE | US-SVL-MP2 | 8 | 419742070 | 737601 Active - Engineering Director, IDaaS Cloud Directory - SVL (ID: 737601) | FALSE | US |
| 5007 Director, Product Management | US-SFO-SPE | 8 | 434969726 | 933369 Director, Outbound Product Management, Serverless, Developer, Operator Solutions - Sunnyvale (ID: 933369) | TRUE | US |
| 3948 Dir, Application Engineer I | US-SVL-TC2 | 8 | 432541965 | 927043 Director, Enterprise Architecture, Google Cloud - Sunnyvale (ID: 927043) | FALSE | US |
| 3948 Dir, Application Engineer I | US-SVL-TC4 | 8 | 419409860 | 967381 Director, Technical Program Management (TPM), Global Capacity Delivery - Sunnyvale (ID: 967381) | FALSE | US |
| 3948 Dir, Application Engineer I | US-SVL-TC2 | 8 | 419409860 | 967381 Director, Technical Program Management (TPM), Global Capacity Delivery - Sunnyvale (ID: 967381) | FALSE | US |
| 3948 Dir, Application Engineer I | US-SVL-TC4 | 8 | 432541965 | 927043 Director, Enterprise Architecture, Google Cloud - Sunnyvale (ID: 927043) | FALSE | US |
| 3411 Principal Software Engineer | US-SVL-MP2 | 8 | 417919043 | 736333 Principal Engineer,  Apps Backend (ID: 736333) | FALSE | US |
| 3412 DNU - Director, Software Engineering | US-MTV-CL5 | 8 | 16455187 | 3110 Engineering Leadership - Passive Candidate (ID: 3110) | FALSE | US |
| 5560 Principal Technical Solutions Consultant | US-NYC-9TH | 8 | 403291070 | 720171 Technical Director, Office of the CTO, Google Cloud Platform (ID: 720171) | FALSE | US |
| 3948 Dir, Application Engineer I | US-NYC-9TH | 8 | 401143025 | 588660 Director, Corporate Reporting and Analytics - Mountain View (ID: 588660) | FALSE | US |
| 8317 Director - SWE | US-KIR-6THD | 8 | 412703748 | 787306 Engineering Director, Big Query/Dremel - Kirkland (ID: 787306) | FALSE | US |
| 3412 DNU - Director, Software Engineering | US-KIR-6THD | 8 | 412703748 | 787306 Engineering Director, Big Query/Dremel - Kirkland (ID: 787306) | FALSE | US |
| 5007 Director, Product Management | US-SVL-MP1 | 8 | 425481298 | 901893 Director, iPaaS Product Management - Mountain View (ID: 901893) | FALSE | US |
| 8317 Director - SWE | US-NYC-9TH | 8 | 416049923 | 820397 Engineering Director, Corp Eng Finance (ID: 820397) | FALSE | US |
| 8317 Director - SWE | US-SEA-BRN | 8 | 402277255 | 654941 Engineering Director, Ticketing System - Seattle or Kirkland (ID: 654941) | FALSE | US |
| 8317 Director - SWE | US-SEA-PLZ | 8 | 402277255 | 654941 Engineering Director, Ticketing System - Seattle or Kirkland (ID: 654941) | FALSE | US |