# Exhibit 9

| job_opening_id | job_ad_opening | jptns_create_date_dt | jptns_public_update_date_dt | job_opening_status | jptns_job_opening_title | external_posting_title | job_role | job_posting_primary_location_city | jptns_opening_cost_center_no | jptns_area_description_header_title | jptns_area_description_details | jptns_job_description_template_title | jptns_job_description_details | jptns_minimum_qualifications_overall | jptns_preferred_qualifications_overall | local_area_description | local_area_description_details | local_job_description additional role description | local_job_description_details | local_minimum | local_preferred | local_map | ftg_title | ftg_experience | ftg_internal_dc | ftg_embedded_description | ftg_title | ftg_department_overview | ftg_description | ftg_requirements | ftg_responsibilities |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 568873 | Technical Director, Office of the CTO, Google Cloud Platform - New York (NY 568873) | 2015-09-14 | 2015-09-14 | 266333783 | Technical Director, Office of the CTO, Google Cloud Platform | Technical Director, Office of the Technical Director, Office of the CTO, Google Cloud Platform - of the CTO, Google Cloud Technical Program Platform | Engineering and CI/S73 | New York | 573 | Position: New York | Management | Leadership Staffing GCL - BLANK TEMPLATE Please contact the Recruiter to learn more about this role's timeline and process. | null | null | null | null | null | As a Technical Director within the CTO Office, you will establish deep relationships with global companies, provide independent advice and recommendations to the technical and C-suite, and represent the technical views of Google Cloud in the market. Success in the role is often the technical leadership of key global companies for you are the trusted advisor and key contact with Google. In this role, you will also leverage insights gained from working with external customers to align with influence roadmaps and product development plans across Google Product and Engineering teams, influencing Google Cloud's offerings as a whole and having an industry wide impact.  As a Technical Director, your days may include private stake meetings sessions with a CIO, advocating for emerging technology as a keynote presenter, deep diving with internal Engineering teams on the key use cases for a given launch, and building custom long-term proposals for how a critical engagement with a global brand CIO. You will be comfortable on stage, in the meeting room, or in private consultation as a trusted advisor, and possess excellent communication skills, patience, and a commitment to deliver through inspiring confidence. | null | null | Partner closely with global companies as their Google technical advisor.  Tell the Google innovation story and help investors in the actionable steps global companies can take towards adoption.  Collaborate across functional and product area boundaries to bring the best of Google to the customer.  Identify cloud-related productivity software opportunities; deploy teams from the customer's perspective and align teams to work through solutions.  Work with customers and partners to define joint initiatives and co-create their transformation roadmap. | null | null | null | null | null | null | null | null | null |