UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ULKU ROWE,<br><br>             Plaintiff,<br><br>     -against-<br><br>GOOGLE LLC,<br><br>             Defendant. | No. 1:19-cv-08655 (LGS)(GWG) |

**[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION TO RETAIN DOCUMENTS UNDER SEAL**

Upon consideration of Defendant's Motion to Retain Documents Under Seal, Memorandum of Law in Support, supporting Declarations, and any opposition and reply thereto, it is hereby **ORDERED** that:

1.     Google's request to retain under seal the Engineering Level Guide, P001584-85, submitted as Exhibit 2 to ECF 97, is **GRANTED**;

2.     Google's request to retain under seal the manager statement of support in connection with an employee internal transfer, GOOG-ROWE-00062099-100, submitted as Plaintiff's Exhibit 8 to ECF 97, is **GRANTED**;

3.     Google's request to retain under seal the December 20, 2017 e-mail, GOOG-ROWE- 00058834-37, submitted as Plaintiff's Exhibit 10 to ECF 97 is **GRANTED**;

4.     Google's request to retain under seal the job ladders and job family documents, GOOG-ROWE-00061497-509 and GOOG-ROWE- 00061493-96, submitted as Plaintiff's Exhibits 12 and 14 to ECF 97 is **GRANTED**;

5. Plaintiff is directed to file on the docket: portions of the Will Grannis Deposition submitted as Plaintiff's Exhibit 3 to ECF 97; portions of the Kevin Lucas Deposition submitted as Plaintiff's Exhibit 4 to ECF 97; portions of the Evren Eryurek Deposition submitted as Plaintiff's Exhibit 5 to ECF 97; portions of the Tariq Shaukat Deposition submitted as Plaintiff's Exhibit 6 to ECF 97; and portions of the Benjamin Wilson Deposition submitted as Plaintiff's Exhibit 7 to ECF 97; and

6. Plaintiff is ordered to follow the directives set forth in section 13 of the parties' Protective Order (ECF 23).

**SO ORDERED** this ___ day of _____, 2021.

_____
HON. GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE