# EXHIBIT B

# Tomezsko, Sara B.

| | |
|---|---|
| **From:** | Gelfand, Shira Z. <sgelfand@outtengolden.com> |
| **Sent:** | Friday, January 15, 2021 8:17 PM |
| **To:** | GorensteinNYSDChambers@nysd.uscourts.gov |
| **Cc:** | Greene, Cara; Jumper, Maya; Gage, Kenneth W.; Tomezsko, Sara B.; Cedar, Christine |
| **Subject:** | [EXT] Rowe v. Google, No. 19-cv-08655 |
| **Attachments:** | Exhibits 2-8; 10; 12; 14.zip |

Judge Gorenstein:

Please find attached ten of the accompanying exhibits to Plaintiff's Reply in opposition to Defendant's response (ECF No. 84) to Plaintiff's letter requesting a pre-motion conference in anticipation of Plaintiff's motion to compel the production of discovery relating to comparator evidence (ECF No. 79), under separate cover pursuant to the parties' Protective Order in this case.  The attached documents have been designated as confidential by Defendant.

Regards,
Shira Gelfand



**Shira Z. Gelfand | Associate**
685 Third Ave 25th Floor | New York, NY 10017
T 212-245-1000 | F 646-509-2090
sgelfand@outtengolden.com | Bio

   

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.
*Please consider the environment before printing this e-mail.*