# EXHIBIT C

# Exhibit 10

**From:** Brian Stevens <stevensb@google.com>
**To:** Diane Greene <dianebgreene@google.com>
**Sent:** Wed, 20 Dec 2017 11:00:51 -0500
**Subject:** Re: Checking in



On Wed, Dec 20, 2017 at 10:00 AM, Diane Greene <dianebgreene@google.com> wrote:



On Tue, Dec 19, 2017 at 3:16 PM Brian Stevens <stevensb@google.com> wrote:



CONFIDENTIAL

GOOG-ROWE-00058834



On Thu, Dec 14, 2017 at 11:24 AM, Brian Stevens <stevensb@google.com> wrote:



CONFIDENTIAL

b

On Thu, Dec 14, 2017 at 8:31 AM, Diane Greene <dianebgreene@google.com> wrote:



On Thu, Dec 14, 2017 at 4:44 AM, Brian Stevens <stevensb@google.com> wrote:



On Wed, Dec 13, 2017 at 7:04 PM, Diane Greene <dianebgreene@google.com> wrote:



CONFIDENTIAL

Separately, I met with Will and discussed the fact that OCTO is for technology customer work at a level well above the SE Architects. He has done an amazing job of building the team, he is probably the best hiring manager in cloud. But outside of that, there is a lot of confusion about OCTO, it seems part Product management, part vertical, part product marketing. He agreed and we both agreed that we probably need to move that out so we have clear places for things. He was going to go away and think about it. I can never tell with Will but it seemed like an open and good meeting.

Diane

On Wed, Dec 13, 2017 at 10:49 AM, Brian Stevens <stevensb@google.com> wrote:



On Wed, Dec 13, 2017 at 12:41 PM, Diane Greene <dianebgreene@google.com> wrote:



CONFIDENTIAL

GOOG-ROWE-00058837