UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ULKU ROWE,                                       :

                                                                  :            ORDER
                Plaintiff,                                    19 Civ. 8655 (LGS) (GWG)
                                                                   :

   -v.-

                                                                   :
GOOGLE LLC,
                                                                   :

                Defendant.                                   :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The time of the oral argument scheduled for tomorrow, February 3, 2021, is changed to 11:00 a.m. The dial-in information remains the same.

      SO ORDERED.

Dated: February 2, 2021
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge