UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ULKU ROWE,                                                   :

                                                                       :        <u>ORDER</u>
                     Plaintiff,                          19 Civ. 8655 (LGS) (GWG)
                                                            :

    -v.-

                                                                       :

GOOGLE LLC,                                                  :

                                             Defendant.           :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

       For the reasons stated today at oral argument, the motion to supplement (Docket # 76) is granted. The supplemental complaint shall be filed forthwith.

       The discovery application in Docket # 79 is resolved as stated at the oral argument held today.

       The unopposed motions to seal (Docket ## 85, 100) are granted for the reasons stated in defendants' memoranda of law.

       The parties shall provide a proposed scheduling order by February 10, 2021.


       SO ORDERED.

Dated: February 3, 2021
       New York, New York

                                                                            _____
                                                                           GABRIEL W. GORENSTEIN
                                                                            United States Magistrate Judge