

February 10, 2021

**Via ECF:**
The Honorable Gabriel W. Gorenstein
United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Ulku Rowe v. Google LLC*, Case No. 19-cv-08655 (LGS)(GWG)

Dear Judge Gorenstein:

Pursuant to your Honor's February 3, 2021 Order (ECF No. 105), the parties jointly propose the following schedule in this matter, revising Your Honor's amendments to the Scheduling Order reflected in ECF No. 83, as follows:

| Description | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Plaintiff's identification of fifty (50) alleged comparators for production | - | February 10, 2021 |
| Defendant's objection to the production of documents pertaining to alleged comparators identified by Plaintiff | - | February 19, 2021 |
| Defendant's production of supplemental alleged comparator documents | - | Forty-five (45) days following Plaintiff's identification of alleged comparators. |
| Completion of depositions[1] pursuant to Fed R. Civ. P. 33 | Fourteen (14) days following the Court's order related to the deposition of Diane Greene. | March 10, 2021 |
| Completion of all expert discovery | Forty-five (45) days following the Court's order on all dispositive motions. | Forty-five (45) days following the Court's order on all dispositive motions. |
| Pre-Motion Conference Letter Requesting Permission to make a summary judgment motion | Thirty (30) days following the Court's order on the Supplemental Pleadings and Comparator Evidence motions, | Thirty (30) days following Defendant's production of alleged comparator documents |

---

[1] The only deposition to be completed is the continued deposition of Plaintiff Ulku Rowe, as ordered by the Court during the parties' February 3, 2021 oral argument.

The Honorable Gabriel W. Gorenstein
February 10, 2021
Page 2 of 2

|  | whichever is later |  |
|---|---|---|
| Date of pre-motion conference before Hon. Lorna G. Schofield | The January 7, 2021, conference before Judge Schofield is adjourned sine die. | The January 7, 2021, conference before Judge Schofield is adjourned sine die. |

This is the fourth request to extend discovery deadlines in this matter. The parties thank the Court for its consideration of this matter.

Respectfully submitted,

_____
Kenneth W. Gage
Sara B. Tomezsko
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
*Counsel for the Defendant*

_____
Cara E. Greene
Maya S. Jumper
Shira Z. Gelfand
Outten & Golden LLP
685 Third Avenue, 25th Floor
New York, NY 10017
*Counsel for the Plaintiff*

cc:     All Parties (via ECF)