UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ULKA ROWE,

                       Plaintiff,

            -against-                          19 Civ. 8655 (LGS)

                                               ORDER

GOOGLE LLC,

                       Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the pre-motion conference scheduled for January 7, 2021, was adjourned *sine die*. Dkt. No. 80.

WHEREAS, the parties have filed pre-motion letters in anticipation of motions for summary judgment. Dkt. Nos. 112 and 113. It is hereby

**ORDERED** that the pre-motion conference is **RESCHEDULED for May 27, 2021, at 10:40 a.m.** The conference will be telephonic and will occur on the following conference line: 888-363-4749, access code: 5583333. The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time.

Dated: May 4, 2021
       New York, New York

                                                 LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE