```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ULKA ROWE,                                                  :
                              Plaintiff,                    :
                                                            :  19 Civ. 8655 (LGS)
              -against-                                     :
                                                            :       ORDER
GOOGLE LLC,                                                 :
                              Defendant.                    :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a pre-motion conference is scheduled for May 27, 2021, at 10:40 a.m. Dkt. No. 114. It is hereby

**ORDERED** that the pre-motion conference is **ADJOURNED to May 27, 2021, at 10:50 a.m.** The conference will be telephonic and will occur on the following conference line: 888-363-4749, access code: 5583333. The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time.

Dated: May 26, 2021
       New York, New York

                                                    LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE