UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                                                             :
ULKA ROWE,                                                   :
                                    Plaintiff,               :
                                                             :              19 Civ. 8655 (LGS)
                         -against-                           :
                                                             :                   ORDER
GOOGLE LLC,                                                  :
                                    Defendant.               :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a pre-motion conference was held on May 27, 2021.  For the reasons stated during the conference, it is hereby

**ORDERED** that, by **June 8, 2021**, the parties shall meet and confer and file a letter (1) indicating whether they have selected a private mediator and when they plan to meet with the mediator and (2) to the extent the parties have selected a mediator, providing a proposed date to file a status letter informing the Court of the outcome of settlement discussions.  The parties should note that, if the mediation is unsuccessful, the Court intends to set a firm trial date whether or not any dispositive motions are anticipated.

The Clerk of Court is respectfully directed to close the motions at Docket Nos. 112 and 113.

Dated: May 27, 2021
       New York, New York

                                             **LORNA G. SCHOFIELD**
                                             **UNITED STATES DISTRICT JUDGE**