June 7, 2021

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Ulku Rowe v. Google LLC*, Case No. 1:19-cv-08655 (LGS)(GWG)

Dear Judge Schofield:

Plaintiff Ulku Rowe and Defendant Google LLC jointly submit this letter in connection with the Court's May 27, 2021, Order [ECF 118] regarding mediation. The parties jointly request that the Court refer them to a Magistrate Judge for purposes of the ordered mediation. Once a Magistrate Judge is appointed, the parties intend to inform the Court via joint letter about the timing of mediation and a proposed date to inform the Court whether the mediation was successful.

We thank the Court for its continued attention to this matter.

Respectfully submitted,

| | |
|---|---|
| _/s/ Kenneth W. Gage_ | _/s/ Cara E. Greene_ |
| Kenneth W. Gage | Cara E. Greene |
| Sara B. Tomezsko | Shira Z. Gelfand |
| Paul Hastings LLP | Maya S. Jumper |
| 200 Park Avenue | Outten & Golden LLP |
| New York, NY 10166 | 685 Third Avenue, 25th Floor |
| *Counsel for the Defendant* | New York, NY 10017 |
| | *Counsel for the Plaintiff* |

LEGAL_US_W # 108324949.1