```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: June 9, 2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   ULKU ROWE,           :
                                          Plaintiff(s),  :   19   Civ. 8655   (LGS)
                      -against-          :   **AMENDED**
                                               :   ORDER OF REFERENCE
   GOOGLE LLC           :          TO A
                                               :   MAGISTRATE JUDGE
                                 Defendant(s). :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

The above entitled action is referred to the Hon. Kevin Nathaniel Fox
United States Magistrate Judge, for the following purpose(s):

\_\_\_\_\_ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

\_\_\_\_\_ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

\_\_\_\_\_ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)

\_\_\_\_\_ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) *

\_\_\_\_\_ HABEAS CORPUS

\_\_\_\_\_ INQUEST AFTER DEFAULT / DAMAGES HEARING

\_\_\_\_\_ SOCIAL SECURITY

**✔** SETTLEMENT

\_\_\_\_\_ CONSENT UNDER 28 U.S.C. 636(c) FOR ALL PURPOSES (including trial)

\_\_\_\_\_ CONSENT UNDER 28 U.S.C. 636(c) FOR LIMITED PURPOSE OF

\_\_\_\_\_ JURY SELECTION

SO ORDERED.

Dated:  June 9, 2021
         New York, New York

                                                            LORNA G. SCHOFIELD
                                                            UNITED STATES DISTRICT JUDGE

* Do not check if already referred for General Pre-Trial.