June 15, 2021

**VIA ECF**

The Honorable Kevin N. Fox
United States Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:     *Ulku Rowe v. Google LLC*, Case No. 1:19-cv-08655 (LGS)(GWG)

Dear Judge Fox:

We represent the parties in the above-captioned matter.  Pursuant to Your Individual Rules of Practice, Rule 1.E, and Your Settlement Procedures, section 9, we submit this joint letter to request a brief adjournment of the settlement conference scheduled for June 29, 2021, at 10:30 am (ECF 121).  Counsel for Google is unavailable on that date due to pre-existing scheduling conflicts in other matters.  This is the first request for an adjournment of the settlement conference, and the adjournment will not affect any other deadlines or dates in the case.  Plaintiff's counsel consents to this request.  To facilitate rescheduling, we have provided the following dates in July that both parties and their counsel are available for a rescheduled conference, and can provide additional dates in August upon the Court's request:

- July 27, 2021
- July 29, 2021

We thank the Court for its consideration of this matter.

Respectfully submitted,

By:     */s/ Sara B. Tomezsko*                By:     */s/ Cara E. Greene*

*Attorneys for Defendant*                     *Attorneys for Plaintiff*

**PAUL HASTINGS LLP**                         **OUTTEN & GOLDEN LLP**
Kenneth W. Gage                               Cara E. Greene
Sara B. Tomezsko                              Shira Z. Gelfand
200 Park Avenue                               Maya S. Jumper
New York, NY 10178-0600                       685 Third Avenue, 25th Floor
Phone: (212) 318-6046                         New York, New York  10017
                                              Telephone: (212) 245-1000

LEGAL_US_W # 108432849.2