UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ULKU ROWE,

                    Plaintiff,

      -against-

GOOGLE LLC,

                    Defendant.
------------------------------------------------------------X

**ORDER**

19-CV-8655(LGS)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The settlement conference scheduled previously for June 29, 2021, is hereby rescheduled to July 29, 2021, at 10:30 a.m. The conference will be held by telephone. The parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532. The parties are also directed to review and comply with the undersigned's Procedures Applicable to Cases Referred for Settlement, which may be found on the Court's website. As set forth in the procedures, no later than three days before the conference, the parties must provide Judge Fox: (1) a pre-conference letter; and (2) a completed attendance form; **these submissions shall be made via e-mail to:** elizabeth_potter@nysd.uscourts.gov.

      Additionally, at least five days prior to the settlement conference, the parties must confer to engage in good-faith settlement negotiations. Should the parties resolve the litigation prior to the conference date, they must notify the undersigned, in writing, expeditiously.

Dated:  New York, New York
            June 17, 2021

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE