```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ULKA ROWE,                                                  :
                        Plaintiff,                          :
                                                            :    19 Civ. 8655 (LGS)
            -against-                                       :
                                                            :         ORDER
GOOGLE LLC,                                                 :
                        Defendant.                          :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a settlement conference is scheduled for July 29, 2021, before Judge Fox. Dkt. No. 123. It is hereby

**ORDERED** that, by **August 6, 2021**, the parties shall jointly file a status letter apprising the Court of the outcome of the settlement conference and indicating whether the parties intend to file any motions for summary judgment.

Dated: June 21, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE