

Advocates for Workplace Fairness

August 12, 2021

**Via ECF:**
The Honorable Lorna G. Schofield
United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   _Ulku Rowe v. Google LLC_, Case No. 19-cv-08655 (LGS)

Dear Judge Schofield:

We represent Plaintiff Ulku Rowe in the above-referenced matter. Pursuant to Rule B(2) of Your Honor's Individual Rules, we write to respectfully request an extension of time for Plaintiff to file any dismissal of her Title VII and/or federal Equal Pay Act claims, in accordance with the Court's August 9, 2021 Order, ECF No. 128.

Plaintiff requests a seven (7) day extension of the original deadline (August 13, 2021) until August 20, 2021 to file any dismissal of her Title VII and/or federal Equal Pay Act claims. This is Plaintiff's first request for an extension of this deadline. Defendant does not oppose this request.

We thank the Court for its consideration of this matter.

Respectfully submitted,

_____
Cara E. Greene
Maya S. Jumper
Shira Z. Gelfand
Outten & Golden LLP
685 Third Avenue, 25th Floor
New York, NY 10017
_Counsel for the Plaintiff_

cc:   All Parties (via ECF)