

August 12, 2021

**Via ECF:**
The Honorable Lorna G. Schofield
United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Ulku Rowe v. Google LLC*, Case No. 19-cv-08655 (LGS)

Dear Judge Schofield:

We represent Plaintiff Ulku Rowe in the above-referenced matter. Pursuant to Rule B(2) of Your Honor's Individual Rules, we write to respectfully request an extension of time for Plaintiff to file any dismissal of her Title VII and/or federal Equal Pay Act claims, in accordance with the Court's August 9, 2021 Order, ECF No. 128.

Plaintiff requests a seven (7) day extension of the original deadline (August 13, 2021) until August 20, 2021 to file any dismissal of her Title VII and/or federal Equal Pay Act claims. This is Plaintiff's first request for an extension of this deadline. Defendant does not oppose this request.

We thank the Court for its consideration of this matter.

Respectfully submitted,

_____
Cara E. Greene
Maya S. Jumper
Shira Z. Gelfand
Outten & Golden LLP
685 Third Avenue, 25th Floor
New York, NY 10017
*Counsel for the Plaintiff*

The application is **GRANTED**. By **August 20, 2021**, Plaintiff shall file any dismissal of her Title VII and Equal Pay Act claims, with the understanding that the Court intends to exercise supplemental jurisdiction over the remaining claims.

So Ordered.

Dated: August 13, 2021
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

cc:   All Parties (via ECF)

**New York**  685 Third Avenue  25th Floor  New York, NY 10017  Tel (212) 245-1000  Fax (646) 509-2060
**San Francisco**  One California Street  12th Floor  San Francisco, CA 94111  Tel (415) 638-8800  Fax (415) 638-8810
**Washington DC**  601 Massachusetts Ave NW  Suite 200W  Washington, DC 20001  Tel (202) 847-4400  Fax (202) 847-4410

www.outtengolden.com