THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

ULKU ROWE,

              Plaintiff,

   v.

GOOGLE, LLC,

              Defendant.

Civil Action No. 19-cv-08655

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED on this 11th day of August 2021, by and between the parties that Plaintiff's First, Second, Third, and Seventh Causes of Action are voluntarily dismissed with prejudice against Defendant Google LLC pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), and that the Court shall retain jurisdiction over Plaintiff's remaining claims under New York State and City laws.

_____
Cara E. Greene

Outten & Golden LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
ceg@outtengolden.com

*Counsel for Plaintiff Rowe*

_____
Kenneth W. Gage

Paul Hasting LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6046
kennethgage@paulhastings.com

*Counsel for Defendant Google LLC*