**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ULKU ROWE,<br><br>                    Plaintiff,<br><br>     -against-<br><br>GOOGLE LLC,<br><br>                    Defendant. | No. 1:19-cv-08655 (LGS)(GWG)<br><br>**DEFENDANT GOOGLE LLC'S NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>Oral Argument Requested |

Pursuant to Federal Rule of Civil Procedure 56, Defendant Google LLC ("Google") by and through its undersigned counsel, hereby moves this Court for an Order granting Google's Motion for Summary Judgment (the "Motion") for the reasons identified in the accompanying Memorandum of Law in Support of Its Motion, Declaration of Will Grannis, Declaration of Kevin Lucas and Exhibits, Declaration of Chris Humez, and Declaration of Sara B. Tomezsko and Exhibits, and Statement of Undisputed Material Facts, which are incorporated by reference herein.

WHEREFORE, Google respectfully requests that the Court grant Google's Motion and enter and Order dismissing Plaintiff Ulku Rowe's Amended Complaint (ECF No. 12).

Dated:  New Canaan, Connecticut
        November 1, 2021                        PAUL HASTINGS LLP

                                                _____
                                                By:    Kenneth W. Gage
                                                       Sara Tomezsko

                                                200 Park Avenue
                                                New York, NY 10166
                                                Tel:  (212) 318-6000
                                                Fax:  (212) 319-4090

1

kennethgage@paulhastings.com
saratomezsko@paulhastings.com

*Attorneys for Defendant*
GOOGLE LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 1st day of November 2021, I caused a true and exact copy of the foregoing DEFENDANT GOOGLE LLC'S MOTION FOR SUMMARY JUDGMENT and all supporting documents to be filed electronically and served by mail on anyone unable to accept electronic filing. Notice and copies of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: Jersey City, New Jersey
November 1, 2021

_____
Sara B. Tomezsko