**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ULKU ROWE,<br><br>        Plaintiff,<br><br>    -against-<br><br>GOOGLE LLC,<br><br>        Defendant. | No. 1:19-cv-08655 (LGS)(GWG) |

**[PROPOSED] ORDER GRANTING DEFENDANT'S**
**MOTION FOR SUMMARY JUDGMENT**

      AND NOW, this _____ day of _____, 2021, upon consideration of Defendant Google LLC's Motion for Summary Judgment, Memorandum of Law in Support, supporting Declarations, and any opposition and reply thereto, IT IS HEREBY ORDERED that:

    1.    Defendant Google LLC's Motion for Summary Judgment is GRANTED; and

    2.    Plaintiff's Second Amended Complaint is DISMISSED in its entirety with prejudice.

      IT IS SO ORDERED

 

                                              _____
                                              Honorable Lorna G. Schofield
                                              United States District Judge