# FILED UNDER SEAL
# Declaration of
# Chris Humez