# FILED UNDER SEAL
# Exhibit 1 to
# Declaration of
# Kevin Lucas