# FILED UNDER SEAL
# Exhibit 2 to
# Declaration of Kevin
# Lucas