# FILED UNDER SEAL
# Exhibit 3 to Declaration of Kevin Lucas