# FILED UNDER SEAL
# Exhibit 4 to Declaration of Kevin Lucas