Page 1

1

2    IN THE UNITED STATES DISTRICT COURT

3    FOR THE SOUTHERN DISTRICT OF NEW YORK

4    Civil No.: 19 Civ. 08655 (LGS)(GWG)

5    ----------------------------------x

     ULKU ROWE,

6

             Plaintiff,

7

8

         - against -

9

10

     GOOGLE LLC,

11

             Defendant.

12   ----------------------------------x

                 October 14, 2020

13               9:39 a.m.

14

15       Videotaped Deposition of ULKU ROWE,

16   taken by Defendant, pursuant to Notice,

17   held via Google Hangouts videoconference,

18   before Todd DeSimone, a Registered

19   Professional Reporter and Notary Public of

20   the States of New York and New Jersey.

21

22

23

24

25

```
                                     Page 23
 1                    U. ROWE
 2   knowledge, already provided your lawyers
 3   with all documents and information that you
 4   have in your possession that relates to
 5   this case?
 6        A.    Yes.
 7              MR. GAGE:  Sara, could you mark
 8   tab 6 as Exhibit 3.
 9              (Defendant's Exhibit 3 marked
10   for identification.)
11              MS. TOMEZSKO:  It should be
12   available now on the drive.
13        Q.    Let me know when you have a PDF
14   that is labeled tab 6, Ms. Rowe, and the
15   Bates number on this, for the record, is
16   P001586-1587.
17        A.    Yeah, I have it.
18        Q.    What is this?
19        A.    I believe these are some notes
20   that I took during the conversation with
21   Melissa, Melissa Lawrence.
22        Q.    And these notes were recently
23   provided to us in discovery.  When did you
24   give these to your lawyer?
25        A.    My lawyers had them for a while
```

```
                                            Page 25
 1                    U. ROWE
 2   happened.
 3        Q.     And when was the conversation?
 4        A.     So sometime in November of
 5   2017.
 6        Q.     At the top of the document it
 7   says 20 November 2017.  Do you see that?
 8        A.     I do.
 9        Q.     Did you write that date to
10   represent the date you wrote the notes?
11        A.     I don't remember that.  I don't
12   remember if it was the date of the
13   conversation or the date of the notes.
14        Q.     And the first line says
15   "Summary of the items we discussed today."
16               Who is the "we"?
17        A.     Melissa and I.
18        Q.     And how did this conversation
19   take place, was this face to face, was this
20   over the phone?
21        A.     I believe this was
22   videoconference, video conversation.
23        Q.     Who initiated it?
24        A.     I did.
25        Q.     And to the best of your
```

```
                                          Page 26
 1                    U. ROWE
 2    knowledge, does this reflect notes that you
 3    took close in time to that conversation
 4    taking place?
 5          A.      Correct.
 6          Q.      Did you record everything that
 7    was said in the conversation?
 8          A.      It is not a transcription of
 9    the conversation, it's the highlights of
10    like what stuck with me, the summary of the
11    conversation.
12          Q.      So this reflects what stuck
13    with you from the conversation?
14          A.      Correct.
15          Q.      But not necessarily everything
16    that was said?
17          A.      It was meant to represent a
18    summary of the conversation, yes.
19          Q.      But not necessarily everything
20    that was said?
21          A.      It doesn't capture every single
22    sentence as it was said, but it was also
23    not meant to leave out, you know, major
24    topics.
25          Q.      And Melissa -- what is
```

Page 89

U. ROWE

1

2     A.     I don't know the exact time
3  that he had the cloud experience.  No, I
4  don't know that.

5     Q.     So does that mean you do not
6  know whether he had more cloud experience
7  at the point he joined Google than you had
8  when you joined Google?

9     A.     I don't know that.

10    Q.     What was his prior cloud
11 experience before he joined Google?

12    A.     So I believe he worked at GE
13 and worked on their AWS migration.

14    Q.     What was your cloud experience
15 before you joined Google?

16    A.     I was at J.P. Morgan working on
17 their AWS migration.

18    Q.     What were you doing working on
19 the AWS migration at J.P. Morgan?  What was
20 your job on that project?

21    A.     I ran risk systems, I ran
22 credit risk systems, and we were migrating
23 high credit risk systems to the cloud.

24    Q.     And what was your role in that
25 process of migration?

```
 1                    U. ROWE
 2      A.     I ran the team that was working
 3  on the migration.
 4      Q.     You identified Royal Hansen as
 5  someone you believe is similarly situated
 6  to you.  Who is Royal Hansen?
 7      A.     Royal is an eng VP.
 8      Q.     What does Royal Hansen do at
 9  Google?
10      A.     He works in the security area.
11      Q.     What does he do?
12      A.     He runs an engineering team in
13  security.
14      Q.     And what does it mean to run an
15  engineering team in security?
16      A.     I don't know what -- I don't
17  know the exact specifics, but, you know,
18  his focus is on security, security
19  products.
20      Q.     And what about security
21  products, designing them, building them?
22      A.     I believe those would be
23  included, yes.
24      Q.     What else does he do?
25      A.     I don't know -- I don't know
```

```
                                          Page 94
 1                    U. ROWE
 2   you know, just we're in the same company
 3   and I have, you know, I hear his name, and
 4   to my knowledge he is still a VP.
 5         Q.      By the way, while you were at
 6   J.P. Morgan, did you -- did J.P. Morgan
 7   complete the AWS migration before you left?
 8         A.      No.
 9         Q.      When did it start?
10         A.      I'm a little hazy on dates,
11   but, you know, I think somewhere around a
12   year before I left is when we started.
13         Q.      And prior to working on the AWS
14   migration at J.P. Morgan, had you had any
15   other cloud experience in any of your jobs?
16         A.      So before then I didn't
17   actively work on a cloud migration.  You
18   know, financial services is an area that
19   has been late to the cloud.  It has been a
20   very conservative industry.  I had
21   personally read and studied the cloud.
22         Q.      Just for your own personal
23   professional interest, correct?
24         A.      Correct, while I was at J.P.
25   Morgan.
```

                         U. ROWE

1

2    you know, someone that provides thought

3    leadership, so, you know, a leadership role

4    outside of OCTO.

5         Q.       But when he left OCTO, he also

6    took on responsibility for managing a team

7    of people, correct?

8         A.       Correct.  That's my

9    understanding.

10        Q.       When he was in OCTO, was he

11   managing other people?

12        A.       I don't remember if -- I don't

13   remember if he did.

14        Q.       Have you at any point in time

15   since you have been at Google managed other

16   people?

17        A.       I have not.

18        Q.       Is that sometimes referred

19   to --

20        A.       Well, other than my executive

21   assistant.

22        Q.       Is that sometimes referred to

23   as an individual contributor?

24        A.       Yes.

25        Q.       So you have been an individual

```
 1                    U. ROWE
 2       A.      We have similar
 3  responsibilities.
 4       Q.      Sufficient for you to consider
 5  Mr. Penberthy to be similarly situated to
 6  you, correct?
 7       A.      So I have since learned that,
 8  you know, Scott is at level 8, but I think,
 9  what I believe, is my experience and my
10  qualifications are in line with the level 9
11  men in OCTO.
12       Q.      But he is similarly situated to
13  you, correct, Mr. Penberthy?
14       A.      Incorrect.
15       Q.      You gave an answer under the
16  penalty of perjury in your interrogatory
17  response that Scott Penberthy is similarly
18  situated to you, right?
19       A.      Well, at that time, you know, I
20  thought he was a level 9, and through
21  discovery I learned that he was a level 8.
22       Q.      So that changes your answer,
23  right?
24       A.      So, look, I don't know every
25  single qualification and everything that
```

Page 130

```
                              U. ROWE
1
2    skills, qualifications and job duties,

3    right?

4              MS. GREENE:  Objection.

5         A.    Ask me the question again.

6         Q.    Let's take -- let's take it

7    differently.  Tell me everything that you

8    know about Eric Schenk's job duties and

9    responsibilities.

10        A.    I don't know everything that

11   Eric does.

12        Q.    I'm asking you to tell me

13   everything that you know.

14        A.    But I do know that he works on

15   security.  I do know that he does, you

16   know, product and engineering leadership.

17   I do know that he does -- he does client

18   engagements.  And I do know that he does

19   some thought leadership.

20        Q.    And you do know that he manages

21   people, right?

22        A.    I do, yes.

23        Q.    What do you know about Eric

24   Schenk's background, experience,

25   qualifications and education?
```

```
                                          Page 131
 1                      U. ROWE
 2          A.      Again, I don't know everything
 3     about Eric's background and qualifications,
 4     but I do believe that in terms of, you
 5     know, his experience and skills, they are
 6     comparable to mine.
 7          Q.      So based upon what you know,
 8     sitting here right now, do you believe Eric
 9     Schenk is similarly situated to you?
10          A.      Yes.
11          Q.      Now, if you were to find out
12     that he is a level 8, would your answer
13     change?
14          A.      I don't know.  I don't know.
15          Q.      But you found out that Scott
16     Penberthy is a level 8 and your answer did
17     change, so why wouldn't it change for Eric
18     Schenk?
19                  MS. GREENE:  Objection.
20          A.      Look, I don't know.
21          Q.      Okay, you don't know.
22                  Let's talk about Paul Strong.
23     Tell us everything you know about Paul
24     Strong's background, experience, and
25     education.
```

Page 170

                         U. ROWE
1
2    Stuart was included and I wasn't.
3         Q.     How many off-sites took place
4    while you worked for Tariq that you were
5    not invited to?
6         A.     I don't know.
7         Q.     Do you know how many off-sites
8    Tariq had during the time you worked for
9    him?
10        A.     I don't know.
11        Q.     Do you know if -- do you know
12   if Tariq had any off-sites during the time
13   you worked for him that you were not
14   invited to?
15        A.     I don't know.
16        Q.     You indicated that you believed
17   you were left out of team meetings.  What
18   team meetings were you left out of?
19        A.     So Tariq would have regular
20   team meetings that he would use his team
21   e-mail to send invitations to, so I was
22   left out of those, and other meetings where
23   he met with his team members but I wasn't
24   there.
25        Q.     How many times did that happen,

```
                                    Page 174
                        U. ROWE
 1
 2   believed you should have been invited to?
 3        A.     I don't know what the meeting
 4   was about, but it was about financial
 5   services.
 6        Q.     Was that at a point at which
 7   you were still in Tariq's organization when
 8   Leonard Law shared that with you?
 9        A.     I believe so, yes.
10        Q.     Did you believe you should have
11   been in every meeting that Tariq held with
12   anyone who worked on his team?
13        A.     No.
14        Q.     Did you believe that you should
15   have been invited to every meeting with
16   Tariq that had anything to do with
17   financial services?
18        A.     No.  But I do believe that I
19   should have been in every staff meeting
20   that he had.
21        Q.     When you first came to believe
22   you were not on the e-mail list for his
23   staff meetings, what did you do?  Did you
24   tell anyone?
25        A.     Yes.
```

Page 175

1                          U. ROWE
2          Q.      Who did you tell?
3          A.      So, first, I asked my admin to
4    check with Tariq's admin to make sure it
5    was okay, then I asked -- I believe I asked
6    Tariq's admin directly, and, finally, I
7    asked Tariq.
8          Q.      And what did you learn?
9          A.      The responses changed over
10   time, but it was, you know, first, I
11   think -- I think some of the answers were
12   they were working on the e-mail lists, so,
13   you know, it was in flight.  Other times it
14   was an oversight.  Other times it was, you
15   know, they forgot.  You know, so the
16   answers changed.
17         Q.      Do you have any reason to
18   believe that any of the responses you got
19   were false?
20         A.      Look, I don't have any reason
21   to believe the responses were false, but I
22   knew that my male peers were in these
23   meetings and I wasn't, so I was being
24   treated differently.
25         Q.      What male peers?

Page 186

U. ROWE

1
2  meetings with any of the institutions you
3  just listed, ███████████████████████████
4  ████████████ ████████████ ████████████, and ████████████
5  ████████  during the time that you worked with
6  Tariq?
7       A.     Look, I don't remember the
8  individual meetings.  Again, like I have a
9  lot of customer meetings, so I can't -- I
10  don't know how many or what time with what
11  customers.  It is hard for me to remember
12  right now.
13       Q.     So you don't know one way or
14  the other whether you met with any of those
15  banks during the time you worked for Tariq?
16       A.     I just don't remember, yeah.  I
17  do remember, you know, having client
18  meetings during my time working for Tariq,
19  I just couldn't tell you with what customer
20  over what period.
21       Q.     How many months did you work
22  for Tariq, approximately?
23       A.     I think roughly it was about
24  ten months.
25       Q.     During that ten-month period,

Page 187

                    U. ROWE
1
2    how many customer meetings did you
3    participate in with the customers we have
4    just been talking about?
5         A.     I don't remember the exact.
6    Yeah, I don't remember.
7         Q.     Was it something you did once a
8    month with each of them?  Withdrawn.
9               Did you have regular meetings
10   with each of these customers?
11        A.     No.  A lot of these are not
12   like, you know, most of these customers you
13   don't meet, you know, every day on an
14   ongoing basis.  Usually it changes with the
15   demand that is coming from the customer
16   team and where that relationship is.  So I
17   know that like on a given week or on a
18   given month I have multiple customer
19   meetings usually a week, but like I can't
20   remember what customer I met with what week
21   or what month during this time.
22        Q.     During the time that you worked
23   for Tariq, did you develop any sort of a
24   regular cadence with any of the priority
25   clients?

Page 188

                              U. ROWE

1

2       A.      I just can't remember what type

3  of clients I was working with during

4  Tariq's time, so it is hard for me to

5  answer.

6       Q.      But my question, I wasn't

7  asking you which ones, I was asking you

8  whether during the time you worked with

9  Tariq you developed any sort of a regular

10 schedule or regular cadence of having

11 meetings with priority clients?

12      A.      So, again, you know, a lot of

13 the meetings are not on a cadence.  They

14 depend on the account team wanting to have

15 that meeting at a customer.  They are not

16 like weekly recurring meetings all the

17 time.  But during my time working for

18 Tariq, I did have many customer meetings

19 with the priority accounts.  I just, again,

20 can't remember which customer when.

21      Q.      So when you say the accounts

22 team, are those the folks in sales?

23      A.      Yes.

24      Q.      So the sales folks would come

25 to you and they would essentially dictate

Page 189

                        U. ROWE

1

2   when these customer meetings took place; is

3   that fair?

4        A.      Well, they wouldn't dictate,

5   no.

6        Q.      Then did you go to the accounts

7   team and tell them to schedule meetings

8   with customers?

9        A.      No.

10       Q.      Well, tell me how it worked.

11       A.      Usually they would come with a

12   request to say, you know, we're trying to

13   do something with this customer, like we

14   are trying to talk to this team, that team,

15   this team, and would collectively figure

16   out what the right time would be, who the

17   right individuals would be, and what the

18   meeting would look like.

19       Q.      And was it the account team

20   that took the initiative to get these

21   going?

22       A.      Usually the requests come from

23   the account teams.

24       Q.      Did you yourself target any

25   particular clients, particular, you know,

```
                                        Page 192
 1                      U. ROWE
 2    storage engineering.
 3         Q.     Did you get that job?
 4         A.     So that job didn't pan out,
 5    because the hiring manager left Google.
 6         Q.     What was the second opportunity
 7    at Google that you pursued?
 8         A.     So after that Google would call
 9    me every few months with different
10    opportunities, but I don't think, you know,
11    any of them were right, so Office of the
12    CTO was the first one, after the role in
13    storage engineering, that I actually came
14    in and interviewed for.
15         Q.     And is that job, the one in
16    OCTO, the one you ultimately got, is that
17    the one you are referring to?
18         A.     Yes.
19                MR. GAGE:  Sara, can we share
20    tab 15, and, Mr. Court Reporter, what
21    exhibit are we up to?
22                THE COURT REPORTER:  This
23    should be 5.
24                (Defendant's Exhibit 5 marked
25    for identification.)
```

Page 193

U. ROWE

1

2    Q.    Mr. Rowe, let me know when you

3    have that.

4    A.    Yes, I have that.

5    Q.    Is this the description of the

6    job that you ultimately were hired for?

7    A.    Yes.

8    Q.    And when you were hired for

9    this position, the position of technical

10   director, Office of the CTO, Google Cloud,

11   what was your understanding of what your

12   job duties would be?

13   A.    There would be three main

14   components to it, one around product and

15   eng, second around client engagements at

16   the CXO level, and third, thought

17   leadership in the industry, so outward

18   facing and also internal facing.

19   Q.    Let's take those apart one at a

20   time.

21        The first one, you said product

22   and engineering.  Now, those are two nouns,

23   as I understand them.  Can you translate

24   that into what that means for job duties?

25   A.    So it means that providing

1                    U. ROWE

2      guidance and advice into the product teams

3      in terms of, you know, how to build Google

4      Cloud's products so that they served the

5      industry needs.

6          Q.      And then the second thing you

7      mentioned was client engagement at the CXO

8      level.  Can you expand on that?

9          A.      So that means working with

10     Google's, you know, most important clients

11     to understand their business needs, you

12     know, what they want the future of their

13     businesses to look like, and then to work

14     with them to plot out a strategy on how

15     Google Cloud's technology could help them

16     achieve that, you know, again, providing

17     them guidance, advisory, working with a

18     collaborative group of Googlers, not just

19     about Google Cloud's technology, but Google

20     technology broader, to solve the big

21     customer problems and to help them use

22     Google Cloud.

23         Q.      And then the last component you

24     said was thought leadership.  Can you

25     explain what you understood that to mean?

Page 195

U. ROWE

1
2        A.      So thought leadership is
3    basically having credibility in the
4    marketplace, you know, both again
5    externally and industry, to provide a
6    direction and strategic thinking into how
7    the industry is changing, how technology is
8    enabling that change, you know, be the
9    voice of Google, be the technical voice of
10   Google, the industry voice of Google, to
11   actually shape how the future of the
12   industry is going to work, you know, go
13   through like an industry perspective on the
14   way the technology supports that.
15       Q.      And when you were hired into
16   this job, what was your understanding of
17   who you would report to?
18       A.      Will Grannis.
19       Q.      And what was your understanding
20   at the time you were hired into this job of
21   Will Grannis' job duties and
22   responsibilities?
23       A.      So obviously Will was leading
24   the team, and other than that, you know,
25   his responsibilities were similar to what I

Page 204

U. ROWE

1

2    A.        Well, Google has asked me on

3    their behalf to speak on Google and Google

4    Cloud on many, many occasions, describing

5    me as a Google Cloud expert.

6    Q.        Are you aware of any documents

7    that existed at the time you were hired by

8    Google that described you as an expert in

9    cloud computing?

10   A.        I am not aware of that.

11   Q.        During the hiring process that

12   we are talking about that led to you being

13   hired as a technical director in the Office

14   of the CTO, didn't you at one point

15   indicate that you were not an expert in

16   cloud computing?

17   A.        I don't remember that.  Again,

18   context is important here.  Like being an

19   expert in cloud computing in financial

20   services versus being an expert in cloud

21   computing in a cloud native company can

22   mean different things, so context is

23   important.

24   Q.        Well, let's go back to that for

25   a minute.  You described a minute ago what

Page 205

U. ROWE

1
2    you understood Google was looking for.
3    What was the basis for that understanding,
4    was it the job description?
5        A.    It was the job description and
6    my conversations with Will and other
7    interviewers.
8        Q.    Will and who else, what other
9    people?
10       A.    Will, HR person, Jenny, the
11   people that have interviewed me, I think
12   Brian was one of them, Salman was I think
13   another interviewer.  I can't remember all
14   the names of the interviewers.
15       Q.    Does the document that we have
16   marked here as Exhibit 5, Position
17   Description for Technical Director, Office
18   of the CTO, does it fairly describe the
19   responsibilities of the job that you were
20   hired for and then performed in the Office
21   of the CTO?
22       A.    So this is tab 15, right?
23       Q.    Yes, tab 15, yes, I'm sorry.
24       A.    Yes, it's fair.
25       Q.    Do you know who Krista

Page 206

                              U. ROWE

1

2   Callaghan is?

3        A.     I think Krista was an HR

4   person.

5        Q.     And she was somebody that you

6   communicated with during the recruiting and

7   hiring process, correct?

8        A.     I believe so.

9               MR. GAGE:  Sara, can we put up

10  tab 16, and this will be Exhibit 7, and

11  this is Bates stamped P000550 through 552.

12              (Defendant's Exhibit 7 marked

13  for identification.)

14       A.     Okay.

15       Q.     Do you have it?

16       A.     Yes.

17              MS. GREENE:  I'm sorry, can you

18  just repeat what tab we are looking at?

19              MR. GAGE:  Tab 16.

20              MS. GREENE:  Thank you.

21       Q.     Ms. Rowe, this is an e-mail

22  exchange between you and Krista Callaghan

23  at Google, right?

24       A.     Yes.

25       Q.     Do the dates indicate that this

Page 209

                        U. ROWE

1
2      Q.      So is that a yes?
3      A.      So the question was?  Ask your
4  question again.
5      Q.      So does this refresh your
6  recollection that you told Krista Callaghan
7  that you were not a cloud expert?
8      A.      Yes.  Yeah, it refreshes my
9  memory.
10     Q.      Right, okay.  So you did,
11 during this process of being recruited to
12 Google, say to Google you were not a cloud
13 expert, right?
14             MS. GREENE:  Objection.
15     A.      In this e-mail, yes, I said
16 that in this e-mail.
17     Q.      Well, actually she said this in
18 this e-mail, right?  She was describing the
19 conversation she had with you, right?
20     A.      Correct.
21     Q.      And you just indicated that you
22 were coming from an industry that had been
23 late to adopting the cloud, and that's one
24 of the reasons you were not a cloud expert,
25 correct?

Page 210

```
 1                    U. ROWE
 2       A.       Correct.
 3       Q.       And at the point at which you
 4   were hired by Google, did you have any
 5   experience at all building cloud products?
 6       A.       So I had experience using cloud
 7   products, but J.P. Morgan does not sell
 8   cloud, so I did not have experience
 9   building cloud products.
10       Q.       And was your cloud experience,
11   at the time you were hired by Google,
12   limited to your work on the cloud migration
13   project at J.P. Morgan that you described
14   earlier today?
15       A.       Incorrect.
16       Q.       I think you said incorrect, but
17   we had a frozen screen here.  So am I
18   right, you said incorrect?
19       A.       I said incorrect because, you
20   know, my experience wasn't just limited to
21   that.  Obviously, you know, we are reading,
22   you know, and catching up with the industry
23   as things were happening, but, broadly
24   speaking, yes.
25       Q.       Now, during the recruiting
```

```
 1                    U. ROWE
 2              MS. GREENE:  Objection.
 3       Q.      And you can't think of anything
 4   else right now other than the fact that
 5   some men were hired as level 9's, and what
 6   you believe to be their relative level of
 7   experience and qualifications, you can't
 8   think of anything else that leads you to
 9   believe that your hiring -- your leveling
10   at hire was because of your sex?
11              MS. GREENE:  Objection.
12       A.      That's not what I said.  You
13   know, I said it was because of my own
14   qualifications, what I know to be true
15   about myself.  I know the qualifications of
16   the men.  And I know, you know, the roles
17   that they are playing.  And I know, you
18   know, the expectations of a level 9 at
19   Google.  So all of those are part of the
20   reasons that led me to believe.
21       Q.      You are talking about the
22   people who you believe are your
23   comparators, correct?
24       A.      Yes.
25       Q.      So other than the fact that you
```

```
                                    Page 239
 1                   U. ROWE
 2   have identified these men as your
 3   comparators, other than the fact that you
 4   believe that you are sufficiently similar
 5   to them in terms of your qualifications,
 6   your experience and your job, other than
 7   that, is there anything else that leads you
 8   to believe that your leveling at hire was
 9   because of your sex?
10       A.    I can't think of anything else
11   right now.
12       Q.    At the time you were offered
13   the job, did you raise any questions or
14   issues regarding your level?
15       A.    I did.
16       Q.    With whom?
17       A.    So before the hiring, you know,
18   before I signed the offer, I did raise
19   concerns that, you know, that I was a
20   managing director, you know, I was the
21   highest level of promotion in the financial
22   services industry, and I wasn't sure if
23   level 8 was the right level.  The first
24   time I raised that was with Jenny Burdis.
25       Q.    With who, I'm sorry?
```

Page 264

```
 1                         U. ROWE
 2                 MS. GREENE:   Objection.
 3        A.      Well, I knew what kind of
 4    individuals were, and based on that I made
 5    the statement that I was better qualified.
 6        Q.      Now, you have since, in the
 7    course of discovery, come to know who some
 8    of the other candidates were, correct?
 9        A.      I saw some of the names, yes.
10        Q.      Were you better qualified than
11    all of them?
12        A.      Look, I don't know, and I can't
13    speak to all of their qualifications, but I
14    know who the role ultimately went to, and
15    I -- and I kind of know my qualifications
16    with respect to that individual, so I can
17    speak to that.
18        Q.      Do you know who ███████████
19    is?
20        A.      I have heard the name.
21        Q.      Do you know anything about her
22    qualifications?
23        A.      I don't know much.  I know that
24    at some point she ████████████████████████
25    ███ ███ █ ███ -- I don't know if she is still
```

Page 265

                              U. ROWE
1
2    a VP, I don't know if she is still at
3    Google.
4         Q.     Based upon what you know about
5    her, do you think you are better qualified,
6    equally qualified, or lesser qualified than
7    she would be for the head of financial
8    services role?
9         A.     I can't comment on that.
10        Q.     Why not?
11        A.     I don't know.
12        Q.     But you don't hesitate to
13   comment about your relative qualifications
14   compared to somebody's whose identity you
15   don't even know?
16             MS. GREENE:   Objection.
17        Q.     Right?
18        A.     I know the qualifications that
19   they were missing.
20        Q.     What qualifications was ████████
21   ████████   missing?
22        A.     I don't know ████████████████████
23   enough to talk about.
24        Q.     What qualifications were these
25   other unnamed candidates missing?

```
                                          Page 267
 1                       U. ROWE
 2    experience.
 3         Q.        What about ████████  ██████, do
 4    you know anything about her?
 5         A.        I don't.
 6         Q.        So is it fair to say you don't
 7    have an opinion as to whether you are
 8    better, equal, or lesser qualified for the
 9    head of financial services role than her?
10         A.        Look, I can't comment on
11    individuals.
12         Q.        Because you would be
13    speculating, right?
14                   MS. GREENE:  Objection.
15         A.        Because my claims and concerns
16    are about how I have been treated, not how
17    other candidates have been treated in this
18    process.
19         Q.        Let's move on to another topic.
20                   You on multiple occasions have
21    said that Stuart Breslow got the head of
22    financial services job that you were being
23    considered for, right?
24         A.        Yes.
25         Q.        Do you know whether Stuart
```

Page 279

```
 1                    U. ROWE
 2        A.     After Stuart got the job, is
 3   that what you are asking, did I discuss
 4   with Tariq?
 5        Q.     Yes.
 6        A.     No.
 7        Q.     Did you ever have any
 8   discussions with Mr. Shaukat about what
 9   your role would be in his organization
10   going forward?
11        A.     So in, I think it was in
12   February, I was told that my role was being
13   changed.  I was given, you know, three
14   options.
15        Q.     What were those three options?
16        A.     I was given an option to work
17   on a focused small project, working for
18   Stuart Breslow.  I was given the option to
19   go back to OCTO without a financial
20   services focus.  And third option wasn't
21   really even real, it was that I could stay
22   and he could park me under Stuart until I
23   found a different role.  And I considered
24   all of these three as demotions.
25        Q.     You had all of these, I'm
```

```
                                        Page 280
 1                    U. ROWE
 2   sorry?
 3        A.      I considered all of those
 4   options as demotions.
 5        Q.      As demotions, okay.  Why did
 6   you consider them demotions?
 7        A.      Well, one of them wasn't even a
 8   role, it was go find another job, like I
 9   would have no job, the other one was a much
10   more junior role, you know, working as a,
11   you know, in a much smaller focus project,
12   I think the ████ project at the time, much
13   more junior role, or I would go back to
14   OCTO, but Google would remove all of my
15   financial services focus.
16        Q.      And you chose to go back to
17   OCTO, correct?
18        A.      Correct.
19        Q.      Now, when you first moved over
20   into Tariq Shaukat's organization from
21   OCTO, Ben and Evren also moved from OCTO
22   into Tariq's organization, correct?
23        A.      So they were also told that
24   they were moving.  I believe Evren never
25   actually moved.
```

Page 284

U. ROWE

1

2      Q.      You indicated that -- you

3   testified earlier today that you believe

4   you were denied equity refreshes because of

5   your sex.  Tell me everything that leads

6   you to believe that the equity refreshes

7   you got, the amount of them, or when you

8   didn't get equity refreshes, what leads you

9   to believe that that was because of your

10  sex.

11     A.      Well, I was down-leveled on

12  hire, and that translated into lower

13  compensation as well as lower equity

14  refreshes compared to my male peers.

15     Q.      Is there anything else that

16  leads you to believe that your equity

17  awards were based on your sex?

18     A.      Well, yeah, I can't think of

19  anything else, it's basically the way that

20  I was leveled, and that carried on, you

21  know, that continued to haunt me, so to

22  speak, through my time at Google.

23     Q.      Now, you used a term a minute

24  ago that I don't think either of us have

25  used in today's deposition until now, and

```
 1                    U. ROWE
 2              MS. GREENE:  Objection.
 3        A.     I don't -- I don't know for a
 4   fact.
 5        Q.     You don't know at all, do you?
 6              MS. GREENE:  Objection.
 7        A.     Well, I do know -- I do know
 8   the level 9 men and my qualifications with
 9   respect to them.
10        Q.     And the level 9 men are the
11   only ones that you looked at, right?
12              MS. GREENE:  Objection.
13        Q.     Right?
14        A.     Look, I didn't look at people
15   individually.  Like this is broader than
16   just me comparing myself to four or five
17   individuals, this is me knowing my
18   qualifications and the kind of experience
19   that Google looks for in a L9 eng director
20   and knowing that, you know, I have those
21   similar qualifications.
22        Q.     Have you ever hired a level 9
23   at Google?
24        A.     I have not.
25        Q.     Have you ever hired anyone at
```

Page 289

```
 1                    U. ROWE
 2   Google?
 3        A.      I have not.
 4        Q.      Have you ever been through the
 5   leveling process at Google, as a
 6   participant in the process of leveling
 7   someone?
 8        A.      I have not.
 9        Q.      Have you ever participated in a
10   hiring committee?
11        A.      I have not.
12        Q.      Have you ever participated in
13   any way in the decision-making process that
14   leads to the leveling of someone at hire at
15   Google?
16        A.      I have done a lot of
17   interviews, but no, I have not specifically
18   been involved in leveling discussions, no.
19        Q.      And in any of those interviews,
20   were you asked to offer an opinion as to
21   the level that someone was supposed to --
22   that someone might get?
23        A.      I have not.
24        Q.      You indicated earlier in your
25   testimony that there was another
```

                              U. ROWE

1

2      opportunity, VP, financial services and

3      sales, that you applied for in 2020.  Do

4      you recall that testimony?

5           A.     I raised my hand for it.

6           Q.     What do you mean when you say

7      you raised your hand for it?

8           A.     I expressed interest in it.

9           Q.     And how did you express

10     interest in it?

11          A.     I heard from Kristen, and I'm

12     completely blanking on her last name,

13     Kristen runs sales for U.S., and I had -- I

14     had a one-on-one with her, and she

15     mentioned that she was thinking of hiring a

16     VP of sales for financial services, and I

17     told her that I would be interested.

18          Q.     And what, if anything, happened

19     next in connection with your interest in

20     that job?

21          A.     So she asked me to reach out to

22     HR, so I reached out to HR.

23          Q.     Who did you reach out to in HR?

24          A.     I think it was Stuart Weidman,

25     I'm not 100 percent sure.

```
                                              Page 298
 1                      U. ROWE
 2   the three options that were presented to
 3   me.
 4        Q.      You had three options, and you
 5   chose, no one else chose for you, correct?
 6        A.      Of the options that were given
 7   to me, yes, going back to OCTO was what I
 8   chose.
 9        Q.      And Google had decided that
10   when you were in OCTO, you were going to be
11   focused on hybrid cloud, correct?
12        A.      Yes.
13        Q.      Do you have any reason to
14   believe that that decision to have you
15   focus on hybrid cloud was made because you
16   had raised complaints of discrimination?
17              MS. GREENE:  Objection.
18        A.      So I don't know what went into
19   that discussion, but what I have
20   experienced was Google removed all my
21   financial services related
22   responsibilities, Google isolated me
23   internally and externally, and I know that
24   I was also denied further opportunities.
25        Q.      I'm talking right now about
```

Page 299

```
                          U. ROWE
 1
 2    what you have described as the isolation.
 3    And you previously testified about what you
 4    described was the isolation while you were
 5    on Tariq's team.  I'm now focused on you
 6    being back in OCTO and being told that you
 7    were to focus on cloud -- hybrid cloud.
 8         A.    Yes.
 9         Q.    Do you have any reason to
10    believe that the decision to have you focus
11    on hybrid cloud was because you had raised
12    complaints of discrimination?
13              MS. GREENE:  Objection.
14         A.    I don't know what actually went
15    into that decision.  I know the net effect
16    was Google removed all my financial
17    services responsibilities.
18         Q.    Do you have any reason to
19    believe that that decision was because you
20    raised complaints of discrimination?
21              MS. GREENE:  Objection.
22         A.    Look, I don't know for a fact,
23    but I do know what happened to me.
24         Q.    Right.  You were told to focus
25    on hybrid cloud, right?
```

Page 313

```
 1                    U. ROWE
 2    specific than that.  Did Will Grannis ever
 3    say or do anything that leads you to
 4    believe that he would intentionally treat
 5    you differently because of your gender?
 6         A.     So to my recollection, he
 7    hasn't said anything.  I think when it
 8    comes to doing, you know, he was my hiring
 9    manager and I was down-leveled and paid
10    lower than my peers in hiring, so by that
11    action, yes, he was a part of it.
12         Q.     So other than the fact that he
13    was your hiring manager and he was involved
14    in the decision about your leveling, other
15    than that fact, is there anything else that
16    Will Grannis has ever done or said that
17    leads you to believe that he would treat
18    you differently because of your sex?
19         A.     I can't think of any other.
20         Q.     Is that also true for Brian
21    Stevens?
22         A.     Yes.
23         Q.     At some point after you joined
24    Google you started looking for another job,
25    correct?
```

Page 324

U. ROWE

1
2     are both eng jobs, so they are both under
3     the same eng leveling guide.  They both
4     attend the eng leadership meetings.  They
5     attend, you know, quarterly tech leadership
6     summits.  So for many purposes they are
7     treated similarly, they are considered eng
8     leadership roles.
9          Q.     Have you ever seen the
10    engineering leveling guide?
11         A.     Yes.
12         Q.     When was the first time you saw
13    that?
14         A.     I don't remember the date.
15         Q.     Was it in connection with
16    discovery in this case?
17         A.     No.  I don't know if I saw it
18    as part of discovery, but I saw it at
19    Google, you know, as part of my being an
20    employee at Google.
21         Q.     Do you know what a director,
22    product management, does at Google?
23         A.     So, sorry, there is something
24    going on with my lighting.  I apologize for
25    that.

Page 325

U. ROWE

2          So director, product
3   management, are similar, they are
4   considered eng roles.  They have, you know,
5   similar -- they require similar
6   qualifications, you know, similar
7   responsibilities to what I just said for
8   the other two.
9       Q.     So as far as you're concerned
10  they are the same as director, software
11  engineering, and director, application
12  engineering?
13      A.     No, I did not say they are
14  exactly the same.
15      Q.     How are they different?
16      A.     I don't know how, you know, the
17  day-to-day responsibilities of those roles
18  are, but I do know that they are pretty
19  comparable.
20      Q.     Are you qualified to be a
21  director, software engineering?
22      A.     I believe so.
23      Q.     Are you qualified to be a
24  director of application engineering?
25      A.     I believe so.

Page 327

```
1                    U. ROWE
2    comparable.
3         Q.      How are they different?
4         A.      I don't know what he does on a
5    day-to-day basis, so I don't know, you
6    know, what he does that might be different,
7    but what I do know is that, you know, he
8    does provide, you know, product and
9    engineering guidance.  He does provide
10   thought leadership.  He works across the
11   organization.  And he does have -- he does
12   have, you know, client facing, and
13   understanding his clients and building
14   product type responsibilities.
15        Q.      Does he write code as part of
16   his job?
17        A.      I don't know.
18        Q.      Do you?
19        A.      I don't, not production code.
20        Q.      Have you ever, since you have
21   been at Google?
22        A.      So I have written code, but I
23   have not contributed code to Google's
24   products, if that's what you are asking.
25        Q.      Do you know anyone else who is
```

Page 335

```
 1

 2                    U L K U    R O W E,

 3           having been first duly sworn by the Notary Public,

 4           was examined and testified as follows:

 5    EXAMINATION CONDUCTED BY MR. GAGE:

 6           Q.     Good morning, Miss Rowe.

 7           A.     Good morning.

 8           Q.     Tell us what did you do to prepare

 9    for today's continued deposition?

10           A.     I talked to my lawyer and I

11    reviewed some documents.

12           Q.     What documents did you review?

13           A.     I reviewed parts of my testimony,

14    my deposition and Stuart Vardaman's and looked

15    a some e-mails.

16           Q.     Stuart Vardaman's deposition, is

17    that what you're referring?  To

18           A.     Yes.

19           Q.     What e-mails did you look at?

20           A.     The e-mails he and I exchanged.

21           Q.     The e-mails you and he exchanged

22    regarding what?

23           A.     The VP of financial services sales

24    role.

25           Q.     How do you know Kirsten Kliphouse?
```

```
1                        ULKU ROWE
2           A.    She is the head of North American
3      sales at Google.
4           Q.    When did you first come to know
5      Miss Kliphouse?
6           A.    I don't remember the exact date,
7      but shortly after she joined Google.
8           Q.    When was that?
9           A.    I think it was like beginning of
10     the year.
11          Q.    Beginning of what year?
12          A.    2020.
13          Q.    How did you first meet Miss
14     Kliphouse?
15          A.    She and I had a one-on-one meet
16     and greet.
17          Q.    How did that one-on-one meet and
18     greet come about?
19          A.    I reached out to her.  She was new
20     at Google and I said I would like to meet and
21     say Hi and introduce myself.
22          Q.    Why did you reach out to her?
23          A.    It's customary, she is head of
24     sales, I do a lot of work with sales, so it was
25     a kind of say Hi meeting.
```

Page 342

1                          ULKU ROWE
2            Q.      What did she tell you about the
3      role she was planning to hire for?
4            A.      She said that she was looking for
5      a VP of sales for financial services and she
6      also said that she is looking for people that
7      are not from -- she was looking for people that
8      don't have the traditional sales background.
9      Those were not necessarily a good fit for the
10     first time role either so she was looking more
11     broadly.
12           Q.      Did she use those words and
13     what I mean by that is not looking for someone
14     in the traditional sales background?
15           A.      I don't remember her exact words,
16     but she was definitely saying they are
17     broadening to include nonsales background
18     people, but I don't remember if those were her
19     exact words.
20           Q.      What if anything else do you
21     remember about what Miss Kliphouse told you
22     concerning this position and what she was
23     looking for?
24           A.      I told her I was interested in the
25     role and she asked me to reach out to HR about

```
 1                    ULKU ROWE
 2      the role.
 3            Q.    Did she tell you who specifically
 4      to reach out to by name?
 5            A.    She said Stuart Vardaman but she
 6      may have mentioned another person.  I don't
 7      remember the number.
 8            Q.    Did you say she said Stuart
 9      Vardaman?
10            A.    That is my recollection.
11            Q.    Did Miss Kliphouse tell you
12      whether this job had been posted yet,
13      advertised?
14            A.    I don't remember that.  I don't
15      think so.
16            Q.    Did Miss Kliphouse say anything to
17      you about whether she had looked at or considered
18      candidates as of that point?
19            A.    I don't remember that.  For your
20      earlier question I think I said she didn't tell
21      me it was posted, I don't know if it was posted
22      internally in Google.  She indicated that it
23      was an active job search.
24            Q.    As of the point at which you had
25      coffee with her she told you that it was at
```

Page 347

1                     ULKU ROWE

2          A.    No.

3          Q.    It does not?

4          A.    No.

5          Q.    Does it fairly describe your role

6     in the sales process at Google?

7          A.    No.

8          Q.    Does the phrase business

9     development describe in any way the work that

10    you do at Google?

11         A.    It is part of what I do.  I do get

12    involved in the business development process

13    with the sales teams, but it's not my title.

14         Q.    Okay.  I didn't ask you if it was

15    your title.

16         A.    Right.  But my primary role is not

17    business development, if that is what you're

18    asking.

19         Q.    What your primary role?

20         A.    I'm an engineering director with

21    the office of the CTO at Google.

22         Q.    Is it fair to say that your

23    primary role is not sales?

24         A.    Well, I get involved quite a bit

25    with sales, but yes, that is not my primary

1                    ULKU ROWE

2     role.

3          Q.     You also get involved in business

4     development, is that true?

5          A.     True.

6          Q.     But it is your testimony that your

7     primary role is an engineering role; is that

8     right?

9          A.     Correct.

10         Q.     When Miss Kliphouse indicated to

11    you in this conversation over coffee that she

12    was considering people who did not have

13    traditional sales backgrounds, how did you

14    react, if at all?

15         A.     I don't remember.

16         Q.     Did hearing that lead you to think

17    that you might be qualified for the job that

18    she was trying to fill?

19         A.     Yes.

20         Q.     If she had instead told you that

21    it was a traditional sales background she was

22    looking for, would you have expressed interest?

23         A.     I think I would have asked her

24    more questions.

25         Q.     What more questions would you have

1                         ULKU ROWE

2       that you would not be considered further for

3       the role.

4                         He sent you the job posting;

5       correct?

6               A.      He did.

7               Q.      And do you have that available to

8       you now?  I think it should be shared with you

9       I think it is previously marked as Plaintiff's

10      Exhibit 115.

11              A.      In the shared drive, yes.

12              Q.      So you have it in front of you?

13              A.      Yes.

14              Q.      You received this after your

15      conversation with Miss Kliphouse, correct?

16              A.      Correct.

17              Q.      Can you read to me the two lines

18      at the bottom of the first page starting with

19      the word "drawing"?

20              A.      "Drawing upon previous

21      demonstrable success leading sizeable

22      technology sales teams that served he financial

23      services industry."

24              Q.      Did you have previous demonstrable

25      success leading sizable technology sales teams

Page 359

1                      ULKU ROWE

2      that served the financial services industry?

3            A.    I had sales experience.  I didn't

4      directly lead sales teams, but based on how

5      Kirsten was describing the role, I thought it

6      was appropriate for me to raise my hand.

7            Q.    I didn't ask you whether it was

8      appropriate for you to raise your hand.  I just

9      asked you in fact if you had "previous

10      demonstrable success leading sizable technology

11      sales teams that served the financial services

12      industry."  Did you?

13            A.    No.

14                  MS. GREENE:   Objection, asked and

15            answered.

16            A.    No, but I had relative experience

17      that would be useful.

18            Q.    Did you have what you just read?

19            A.    No.

20            Q.    Were you discouraged when you read

21      that?

22            A.    No.

23            Q.    Did you -- I want to flip over to

24      the second page of this document in the middle

25      below the words "The financial services leader

Page 360

1                        ULKU ROWE

2    will".  Do you see that?

3              A.     I do.

4              Q.     Had you ever previously or had you

5    ever "managed a team of field sales executives

6    and sales managers to meet quarterly and annual

7    bookings objectives."?

8              A.     I have not.

9              Q.     Have you ever "Recruited top

10   talent and coached a team with a focus on

11   providing actionable forthright feedback."?

12             A.     Absolutely.

13             Q.     Can you give me some examples when

14   you have done that?

15             A.     I have managed many teams in my

16   background at JP Morgan, Bank Of America, at

17   UBS, I coached teams, I managed large teams, I

18   recruited top talent, I coached the teams.

19             Q.     Any sales teams?

20             A.     I have not managed sales teams.

21             Q.     So have you ever coached sales

22   teams?

23             A.     I have not, but that's not what it

24   says here.

25             Q.     Where it says coach the team,

Page 363

1                      ULKU ROWE

2          A.     Correct.

3          Q.     And that is not a qualification

4    that you have, correct?

5          A.     Well, that's not correct.  I have

6    not directly managed sales business development

7    teams, but I do have the qualifications to be

8    able to manage such a team.

9          Q.     But the qualification described

10   here is "Proven success managing a sales

11   business development organization to meet and

12   exceed revenue goals."  Do you have that

13   qualification?

14         A.     No.

15         Q.     When you read that as one of the

16   listed qualifications for this position, did

17   that concern you at all?

18         A.     No, as I said before, I have a lot

19   of qualifications both working in the sales

20   area with the sales team, both building teams,

21   both experience in the financial services

22   industry.  Experience in the technology

23   industry, understanding how Google works.  I

24   have plenty of qualifications for the role.

25         Q.     Can you describe all of your

Page 373

1                    ULKU ROWE

2          use a phrase I want to know what she means

3          by it.  It's a different question, Cara

4          A.    I'm just saying I don't know a

5     hundred percent.  She may.

6          Q.    But you're speculating about that,

7     correct?

8          A.    Correct.

9          Q.    Do you know who was hired for that

10    position?

11         A.    I think at the end it went to

12    Yolanda Piazza.

13         Q.    Do you know anything about her

14    qualifications for the job?

15         A.    I don't know too much about her.

16    I know she came from Citibank and she had been

17    there for a long time and I don't know much

18    beyond that.

19         Q.    Do you have an opinion as to

20    whether you're better qualified, equally

21    qualified or lesser qualify than Miss Piazza

22    for the role?

23         A.    I don't know all of her

24    qualifications, I can't speak to that.  I can

25    speak to the fact that I was qualified for the

```
                                             Page 374

 1                       ULKU ROWE
 2     role.
 3            Q.      Have you ever met Miss Piazza?
 4            A.      We have been in meetings together,
 5     yes.
 6            Q.      Do you have an opinion as to her
 7     qualifications for this sales role based upon
 8     your interactions with her?
 9            A.      Look, I can't speak to her
10     qualifications.  I don't know enough about her.
11            Q.      When she joined Google did you set
12     up a meet and greet with her?
13            A.      I didn't, but she and I have been
14     in quite a few meetings together.
15            Q.      Is there a reason why you didn't
16     set up a meet and greet with her when she
17     joined?
18            A.      Look, I think -- I don't think
19     there is a specific reason.
20            Q.      Was it your practice to set up
21     meet and greets with new leaders who had joined
22     Google from outside the company?
23            A.      Sometimes, especially like if I
24     don't have reason to work with them on a
25     day-to-day basis.  Others I work together all
```

```
1                    ULKU ROWE
2        verbal conversation not an e-mail exchange?
3              A.     Yes.
4              Q.     I want to make sure that we are
5        both on the same page.
6                    How long was that conversation?
7              A.     I don't remember exactly how long
8        it was, but less than half an hour probably.
9              Q.     What's your best estimate as to
10       how much less than a half an hour it was?
11             A.     I don't remember.  Maybe 20
12       minutes, I don't know.
13             Q.     Was it more than five minutes?
14             A.     I think so, yes.
15             Q.     Do you think it was more than 15
16       minutes?
17             A.     Maybe 15, 20 minutes, I don't
18       remember the exact length.
19             Q.     Who called whom, if you recall?
20             A.     I think it was a video conference
21       so we both dialed into the conference.
22             Q.     Who spoke first?
23             A.     I don't remember.
24             Q.     What did he tell you?
25             A.     So, this was a meeting to update
```

1                    ULKU ROWE

2       me on the VP of sales role.  So he told me that

3       I would not be considered for the role.

4              Q.    What did you say in response?

5              A.    I asked some questions.

6              Q.    What questions did you ask?

7              A.    I asked him why.

8              Q.    What did he say?

9              A.    He said that they were looking for

10      someone that has a more commercial background.

11             Q.    What else did you ask?

12             A.    I asked him like what made them

13      think that I wasn't qualified for the role.

14             Q.    What did he say?

15             A.    He said that it was based on a

16      two-hour meeting that I had with Kirsten.

17      Two-hour interview actually he said.

18             Q.    What else did you ask?

19             A.    I think I added some more prodding

20      questions.  I don't remember all the questions.

21      I said to him that I wasn't aware that the

22      meeting that I had with Kirsten was an

23      interview.  I said to him that it was like a

24      meet and greet and that it was actually in this

25      meeting that I found out about this role.  I

1                          ULKU ROWE

2    do you have any reason to believe that the

3    e-mail that you sent to your lawyers contains

4    any additional details about the conversation

5    with Mr. Vardaman that you've not already

6    shared?

7           A.    I don't believe so.

8           Q.    I think you testified that

9    Mr. Vardaman told you that they were looking

10   for someone with a more commercial background

11   for the position that Miss Kliphouse was

12   filling.

13               What did you understand that

14   phrase to mean, a more commercial background?

15          A.    That they were looking for someone

16   with a direct sales experience.

17          Q.    Was that statement that

18   Mr. Vardaman made to you consistent with the

19   description of the job that he sent to you?

20          A.    Yes, but it wasn't how Kirsten

21   described the role.

22          Q.    Well, how did Kirsten describe the

23   role in a manner inconsistent with that?

24          A.    Because she said they are looking

25   beyond the pure sales experience, the