```
 1                    - WILL GRANNIS -

 2     IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF NEW YORK
 3     --------------------------------------- X
       ULKU ROWE,
 4
                      Plaintiff,
 5
                                 Case No.
 6                               19 Civ. 08655(LGS)(GWG)

 7                   v.

 8     GOOGLE LLC

 9                    Defendant.

10     --------------------------------------- X

11     DATE:  October 29, 2020

12     TIME:  11:33 A.M.

13

14             VIDEOTAPED VIDEOCONFERENCE DEPOSITION

15     OF WILL GRANNIS, held via Zoom, pursuant to

16     Notice, before Hope Menaker, a Shorthand Reporter

17     and Notary Public of the State of New York.
```

```
 1                      - WILL GRANNIS -
 2        Q.      And in your interactions with her,
 3   have you found her to be professional?
 4        A.      Yes.
 5        Q.      Have you found her to be
 6   knowledgeable with respect to her subject area?
 7              MR. GAGE:  Objection.
 8        A.      As documented in performance reviews,
 9   there are three categories.  You know, when you
10   say "knowledgeable," that requires a view across
11   the three categories of the role.  There's a
12   customer element of the role, there's an
13   engineering element of the role, and there's an
14   evangelism element of the role.
15              Ulku has demonstrated as -- you know,
16   as shown in her performance reviews she's
17   demonstrated acumen and knowledge; significant
18   knowledge in evangelism, knowledge of financial
19   services and customers, but impact knowledge on
20   the engineering pillar has been less than the
21   average in OCTO.
22        Q.      And tell me what that means, "impact
23   knowledge."
24        A.      What that means is the sec -- the --
25   if I may describe the three in a little more
```

                        - WILL GRANNIS -

 2      Q.      -- or did the people you evaluated
 3   fall within a certain category?
 4      A.      I'd have to look at the --
 5              MR. GAGE:  Objection.
 6      A.      I'd have to look at the data to give
 7   you a definitive answer.
 8      Q.      Was a 5 a regular occurrence or would
 9   that be more unusual for someone to be 4 to 5?
10      A.      Statistically the least likely
11   ratings are the poles, as you would expect
12   the -- the extremes, the needs improvement, and
13   the superbs.
14      Q.      Did Google apply any sort of Bell
15   Curve to -- or fourth-ranking process to its
16   evaluation rankings?
17      A.      No, people were allowed to earn the
18   score that they earned.
19      Q.      With respect to Ms. Rowe's
20   performance evaluation that you completed, were
21   you accurate or did you strive to be accurate in
22   terms of the feedback and assessment that you
23   provided in those reviews?
24      A.      Yes, it's absolutely critical for the
25   functioning of the team; and as an example Ulku

```
 1                    - WILL GRANNIS -
 2   performed well in the one-to-one and one-to-many,
 3   but did not perform well in engineering which is
 4   why her rating was not higher.
 5        Q.    Did she do anything on that pillar?
 6              MR. GAGE:  Objection.
 7        A.    I'd have to --
 8              MR. GAGE:  In this particular year or
 9        ever?
10              MS. GREENE:  Ever.
11        A.    Very little.  Consistently if you
12   look over the span of her performance years,
13   you'll notice a very consistent pattern and that
14   is a lack of meaningful impact in engineering.
15              In her late -- latest performance
16   review which we just actually had this week it was
17   pointed out that she has started some efforts that
18   might be promising, but we don't grade on intent,
19   we grade on impact and Ulku has yet to demonstrate
20   any significant impact in the engineering pillar.
21        Q.    And what -- you mentioned in this
22   year's review, what -- what review did you give in
23   this last have evaluation, what scores?
24        A.    I think exceeds expectations.  An
25   OCTO is limited in their ability to score high
```

```
1                    - WILL GRANNIS -
2   on -- on the rating if they're not fulfilling one
3   of the pillars on the job.
4        Q.    Give me just a moment.
5              Okay.  After Ms. Rowe joined Google,
6   did she raise concerns with you about her level?
7        A.    The time when I remembered most
8   specifically was in the transition to the vertical
9   organization, when she was asking about the
10  correspondence that we -- that we talked about
11  earlier.
12       Q.    Are you aware that in the fall of
13  2018, she raised with Kevin Lucas and Melissa
14  Lawrence concerns about her levelling and that men
15  had been leveled higher than her?
16             MR. GAGE:  Objection.
17       A.    I'm -- I'm not aware of the timing or
18  the nature of the concerns, but I am aware because
19  I had a discussion with employee relations that
20  there was a general concern.
21       Q.    When was that discussion with
22  employee relations?
23       A.    I don't remember off the top of my
24  head.
25       Q.    Was it after she was back in OCTO or
```

```
                    - WILL GRANNIS -
      Q.    Do you know whether the decision to
move her -- or I'm sorry.
            Do you know whether the conversation
you had with Mr. Shaukat came after it was
communicated to her that she would not be getting
the -- the financial services lead role?
      A.    I -- I don't know the timing of that
commun -- I don't know the exact timing of the
communications, but I would assume she wouldn't be
looking for a role if she had a different role
that she wanted.
      Q.    Was this in early 2019?
      A.    Generally that sounds correct because
I think she's been in OCTO now a little over a
year, year and a half and that timeline would
match up because it didn't -- we didn't take too
long to bring her back.
      Q.    And once she moved back, what was the
discussion with respect to what her role would be
vis-à-vis financial services?
      A.    That it wouldn't be in financial
services and that was pretty clear.  Tariq -- the
conversation he and I had about it was to focus on
technology, to focus on engineering, and to focus
```

```
                      - WILL GRANNIS -
```

on an area that was important horizontally to the platform and not to financial services, because they were the -- Tariq's org was the organization focused on financial services, hence the reason for the reorg in the first place.

        And I offered Ulku a choice of an area to focus on and we determined that Hybrid Cloud had enough investment potential behind it from an engineering perspective and that her work at a bank might line up well with knowledge of how to implement hybrid architectures.

        Q.    Do you know who took over her -- what she had been doing with respect to the financial services industry?

        A.    In Tariq's organization?

        Q.    In Tariq's organization and just generally in the organization?

        A.    Well, I can --

        MR. GAGE:  Objection.

        A.    I can only speak to OCTO directly. When we made the reorg and moved the vertical leaving OCTOs out of OCTO, we no longer focused on and looked at financial services or manufacturing as a primary designation for the team which is