1                    - TARIQ SHAUKAT -

2

3    IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF NEW YORK
4    --------------------------------------- X
     ULKU ROWE,
5
                     Plaintiff,
6
                              Case No.
7                             19 Civ. 08655(LGS)(GWG)

8            v.

9    GOOGLE LLC

10                   Defendant.

11   --------------------------------------- X

12   DATE:   October 15, 2020

13   TIME:   9:34 a.m.

14

15           VIDEOTAPED VIDEOCONFERENCE DEPOSITION

16   OF TARIQ SHAUKAT, held via Zoom, pursuant to

17   Notice, before Hope Menaker, a Shorthand Reporter

18   and Notary Public of the State of New York.

19

20

21

22

23

24

25

```
 1                    - TARIQ SHAUKAT -

 2       Q.    So you learned of it sometime around

 3  the time of its filing; is that correct?

 4       A.    Yes.

 5       Q.    And what is your understanding of

 6  what this lawsuit is about?

 7       A.    My general understanding is it's in

 8  relation to the role of head of financial services

 9  in Google Cloud.

10             I apologize, the gardener just showed

11  up.  Let me shut the door here.  You may not be

12  able to hear, my apologies.

13             My understanding is it's in relation

14  to her applications for the head of financial

15  services for Google Cloud and the fact that she

16  did not get that role.

17       Q.    Anything else that you understand

18  about the claims that she's asserted in this case?

19       A.    Not specifically to this case, no.  I

20  have not reviewed, as I mentioned, the -- the

21  Complaint.

22       Q.    What's your understanding of how you

23  relate to this lawsuit?

24       A.    I was hiring manager for that

25  position and so that's my -- my understanding as
```

```
 1                    - TARIQ SHAUKAT -

 2    to what -- my relationship.

 3          Q.    How old are you, Mr. Shaukat?

 4          A.    I'm ███

 5          Q.    And what is your highest level of

 6    education?

 7          A.    I have two Master's degrees; one in

 8    mechanical engineering and the other in public

 9    policy.

10          Q.    And when did you graduate with your

11    second Master's?

12          A.    That would be early 1997, either

13    January or February.

14          Q.    And when -- and which Master's degree

15    was that?

16          A.    That was the public policy degree.

17          Q.    And when did you get your mechanical

18    engineering Master's?

19          A.    1995, June of 1995.

20          Q.    And so did you go immediately from

21    your Master's in mechanical engineering to pursue

22    your Master's of public policy?

23          A.    I did, yes.

24          Q.    And when did you receive your

25    undergraduate degree?
```

```
 1                    - TARIQ SHAUKAT -
 2   contemplated or discussed or organ -- organizing
 3   by industry?
 4        A.     One of the first initiatives that I
 5   kicked off when I joined was a reorganization of
 6   those teams so that we could have an integrated
 7   go-to-market team, as we thought of it, as opposed
 8   to what I inherited was a series of product silos.
 9              We had a G-suite team, we had a
10   Google Cloud team, an Android For Work team, et
11   cetera and so the initial -- well, one of the
12   initial efforts that I launched was a
13   reorganization and part of that was an
14   organizational design exercise in which we did
15   contemplate forming industry-specific teams.  This
16   would have been in 2016, and we decided to have
17   that in the terminology we used as a minor, not a
18   major.  We decided that the major would be
19   regional and the industry would be the minor.
20        Q.     Okay.  Are you familiar with the term
21   "verticals" as it was used at Google?  Are you
22   familiar with the term "verticals" as that term
23   was used at Google?
24        A.     I am, yes.
25        Q.     And what do you understand that term
```

```
 1                  - TARIQ SHAUKAT -
 2   to mean?
 3       A.    Within Google Cloud it generally
 4   refers to industries.
 5       Q.    And are you familiar with the term
 6   "verticalization"?
 7       A.    I am, yes.
 8       Q.    And what does that refer to?
 9       A.    Again, within Google Cloud we refer
10   to it as -- we use that term to talk about
11   organizing by vertical.
12       Q.    So at the time you joined at Google
13   Cloud, was it in any way organized by verticals?
14       A.    Honestly I don't recall specifically
15   the details, but there were some teams in some of
16   the product areas that I mentioned that did focus
17   on a particular vertical.  I don't recall if they
18   were specifically organized by vertical, but there
19   were certain individuals with a vertical focus.
20       Q.    At the time you joined Google, was
21   there a financial services vertical?
22       A.    At the time I joined there were
23   individuals who focused on financial services.  We
24   did not have a formal designation of there being a
25   vertical at that time, that -- that I know of
```

1               - TARIQ SHAUKAT -

2        Q.     And what about Mr. Breslow's

3   background made him an ideal candidate for

4   that -- for that role?

5        A.     Stuart had been a longtime chief

6   compliance officer to highly-respected

7   financial institutions in the field of compliance

8   specifically, so Morgan Stanley and then Credit

9   Suisse.

10              Before that he also had been a

11  partner, subsequent to those experiences, at

12  McKinsey focusing specifically on topics such as

13  anti-money laundering, which was a very

14  high-interest area for us from a product

15  standpoint as well and so he -- and so he had both

16  the -- and he had published a paper, I recall is

17  the way we found him, on anti-money laundering

18  that was quite influential on how we were thinking

19  about the anti-money laundering space.

20       Q.     Didn't he actually come to be known

21  to Google through Ruth Porat?

22       A.     He did not, no.  At least, not to my

23  knowledge.  I -- I -- Ruth was not the person who

24  identified him to me.

25       Q.     And so you're not aware that he was

```
 1                    - TARIQ SHAUKAT -

 2    internal communications team that wrote them and I

 3    sent them after reviewing them.

 4         Q.     Was this consistent with your

 5    understanding of his background?

 6         A.     Generally speaking, yes.

 7         Q.     Okay, you can put that aside.

 8                How did it come to be that Ms. Rowe

 9    was moved into your organization?

10         A.     So there were always -- since the

11    hiring, which as I mentioned was unexpected for me

12    of these vertical specific people in OCTO, there

13    was always -- or there -- there was a level of

14    conflict and misalignment that -- that existed and

15    kept getting called to light by either customers

16    or by our teams, and in my role that would be the

17    sales and go-to-market teams; and so there was an

18    ongoing discussion that existed for quite a while.

19    I don't recall the exact length of time, but

20    almost from the -- the earliest days of these

21    industry-specific people being in OCTO about the

22    conflict, how do we resolve the conflict.

23                Will, Brian, and I tried a number of

24    different avenues to try and resolve the conflicts

25    that existed and at some point in late 2017 after
```

```
 1                    - TARIQ SHAUKAT -
 2    the reorganization I mentioned with me taking over
 3    the industry teams, we decided -- "we" being Diane
 4    Greene, myself and Brian -- to move the
 5    vertical-specific OCTO people into the vertical
 6    teams so that we were building.  And so that was
 7    the decision that we made, again, late '17/early
 8    '18 and it then took a little while for us to work
 9    out the details and -- and figure out how to do
10    it, what the roles were, et cetera.
11        Q.    And so with respect to the OCTO
12    vertical folks, was the agreement that if
13    they -- they would move over into your
14    organization?
15        A.    That was the agreement that I had
16    with Brian Stevens and Diane Greene, yes.
17        Q.    And that they could either have a
18    team to lead or they could continue in a -- in a
19    tech advisor-type role --
20              MR. GAGE:  Objection.
21        Q.    -- correct.
22        A.    That is not correct.  The idea was
23    that they would move into a role that we were
24    calling the Global Client Technical Lead Role and
25    that they would build out a team there to do that.
```

```
 1                    - TARIQ SHAUKAT -

 2           a.m. and we're going off the record.

 3                   (Whereupon, there was a brief recess

 4           in the proceedings.)

 5                   THE VIDEOGRAPHER:  The time is 11:56

 6           a.m. and we're back on the record.

 7           Q.     So before we broke, you were telling

 8    me about a conversation that you had with Ms. Rowe

 9    regarding her move into the -- into your

10    organizational unit and you said it would have

11    been somewhere in the 30 to 60- minute range.  Do

12    you recall whether you were physically present

13    together or whether there was some other mode of

14    communication?

15           A.     I don't recall specifically.  We

16    had -- we were based in different offices so, it

17    would not be atypical for it to have been

18    videoconference.

19           Q.     Where were you based?

20           A.     In Sunnyvale, California.

21           Q.     Okay, and can you tell me everything

22    that you recall being said in that conversation?

23           A.     I recall walking her through

24    basically what the content of the note that I

25    subsequently sent out was describing, the
```

```
 1                  - TARIQ SHAUKAT -

 2   organizational structure that we had in place.  So

 3   I described that we were standing up a group that

 4   we called the Global Client Lead Group and that

 5   that team would be focused on the business and

 6   business development and -- but dedicated to a

 7   specific list of clients that we called the Global

 8   Client List; and that we were also setting up a

 9   team that we called the Global Client Technical

10   Lead Team and that that team would be peers of the

11   GCLs, as we referred to them Global Client Lead,

12   but focused more on the technical aspect.  I

13   explained that these would be focused on the

14   priority list of clients that we would be

15   developing.  By "we" I mean myself, the sales

16   leadership, and Diane would be developing.

17                We would assign a list to each of the

18   GCLs and the GCTLs, the again Global Client

19   Leads and the Global Client Technical Leads, and

20   that -- and that those individuals would be

21   expected to really be the sponsors and actively

22   engaged in what I call the persistent manner in

23   those different accounts.  So there was a -- a

24   discussion about that.  Those were both new

25   functions or new characterizations and new
```

```
 1                  - TARIQ SHAUKAT -

 2    designations that we had and so I walked her

 3    through that.

 4              I walked her through what the other

 5    roles in the industry were going to be; meaning we

 6    had a product lead, we had an engineering lead, we

 7    had an industry lead, and dotted-line marketing

 8    lead, and I think that's it.  And so I recall

 9    us -- me laying that out for her, explaining what

10    the role would be, explaining that her role would

11    be to come in and do the global client technical

12    lead, that this would look and feel and roles and

13    responsibilities would be broadly in line with

14    what she had been expected to be doing inside of

15    OCTO with the possible exception that there would

16    be a designated or a -- a specified list of

17    clients that she was personally responsible for

18    managing.

19              That had been the practice that Will

20    Grannis and I had with OCTO historically, but I

21    don't know in -- in the conversations Ulku

22    expressed surprise, surprised that she would be

23    restricted to a certain number of accounts, that

24    she would be asked to focus on a specific list of

25    accounts, which led me to believe that possibly
```

```
 1                  - TARIQ SHAUKAT -

 2     Will did not manage it in the way that he and I

 3     had agreed that he would manage the -- the team.

 4          Q.    Do you recall anything she said to

 5     you that you've not shared so far?

 6          A.    A couple of things.  One was the

 7     surprise, as I mentioned.  A lot of clarification

 8     about why the specifics to specific accounts, what

 9     account would they be.  I told her that they were

10     still in -- a work in process, but they would be

11     kind of the who's who of the financial services

12     world, our top target accounts.  So she expressed

13     surprise about that.

14                She expressed some -- dislike is

15     probably the right way to -- to say it, that she

16     was not happy with that focus that I was asking

17     for on specific global -- on specific accounts and

18     the persistent nature of the relationship.  She

19     was very keen to understand the relationship

20     between the global client lead and the global

21     client technical lead and -- and the type of

22     person we would be hiring into each one of those.

23                She was very curious as to whether

24     she would be asked to build out a team or not or

25     the global client lead and I did explain to her
```

```
 1              - TARIQ SHAUKAT -

 2    that this is -- we are expecting her to come in

 3    and build a team and lead a team of global client

 4    leads, but this was what I called the Player Coach

 5    Role, right, where she would both manage a team,

 6    but also be expected to have a certain number of

 7    accounts that she was personally responsible and

 8    accountable for.

 9         Q.    And so at the time you had this

10    conversation with her, you had already had the

11    conversation where HR had shared with you

12    background information of her level, correct?

13         A.    Yes, that would be true.

14         Q.    Anything else you recall her saying

15    to you in this conversation?

16         A.    Not really except, as I mentioned,

17    she expressed her displeasure.  I think she said,

18    I have go away and think about this and I may have

19    more questions.  Or at least that's my

20    recollection, that she said something to that

21    effect.

22         Q.    Was there any discussion with respect

23    to the VP of financial services role in this

24    conversation?

25         A.    Not that I recall.
```

```
 1              - TARIQ SHAUKAT -

 2              MR. GAGE:  Objection.

 3      A.      I know we didn't have any finalists,

 4  but apart from that I don't recall the status.

 5      Q.      Okay.  You say in your proposed

 6  response to her, "I'm happy" -- and I'm looking

 7  now at the first page on your response, the first

 8  paragraph toward the end.  You say, "I'm happy to

 9  have you lead the team if you would like to do

10  that as well.  So recognize your current role is

11  an IC role, but if you prefer not to do that we

12  can certainly adjust."  Do you see that?

13      A.      I do, yes.

14      Q.      Does "IC" refer to individual

15  contributor?

16      A.      Yes.

17      Q.      And so am I correct that you were

18  indicating that her role could either be an IC or

19  a manager role under you?

20      A.      If -- if she expressed a preference

21  that -- but my preference was that she would lead

22  the team and if she expressed a preference to

23  maintain her individual contributor status which

24  is what she had been, then I was happy to discuss

25  and adjust.
```

```
 1              - TARIQ SHAUKAT -
 2       Q.    And is that what happened, did she
 3  maintain the IC or did she become a manager?
 4       A.    Honestly, as you can see from her
 5  e-mail, she declined the role which led us to a
 6  fairly ambiguous state, which technically I was
 7  confused as to whether she actually resigned as I
 8  mentioned in my -- in my notes here.
 9            And so when -- but we ended up not
10  building out this team in any level of detail and
11  so she was in IC simply because she didn't hire
12  anyone on the team, but not by design at that
13  point; but that specific point I don't recall her
14  responding with yes, I would like to manage the
15  team.  Instead, as -- as you saw, she responded
16  with I decline the role which was much more
17  ambiguous.
18       Q.    Well, let's go back to the Box and,
19  again, you may need to refresh and we're going to
20  look at Tab 25.
21       A.    Yes, I have it.
22       Q.    Okay.
23            MS. GREENE:  We're going to mark
24       this as Exhibit 30.  It has a Bates stamp of
25       G0 -- GOOG-ROWE-P-00000726 through 727.
```

- TARIQ SHAUKAT -
10/15/2020

```
 1              - TARIQ SHAUKAT -
 2   in a Google Doc or other some other form.  I
 3   just -- I don't know what his practice was.  I
 4   know what he showed me, which was -- and the
 5   discussion that we had.
 6        Q.    Particularly with respect to Jason?
 7        A.    No, in -- in general.
 8        Q.    Okay.  What do you recall Stuart
 9   telling you about feedback he had gotten from
10   Jason?
11        A.    I don't --
12              MR. GAGE:  Objection.
13        A.    Sorry.
14              MR. GAGE:  I said objection.
15        A.    I don't recall this -- I -- I recall
16   the general feedback between Sebastien and Jason.
17   I don't recall specially what came from Jason and
18   what came from Sebastien.  The general feedback
19   was that they had a hard time understanding and
20   getting Ulku to articulate a vision for the
21   financial services industry, to articulate the
22   business needs that she felt the industry was
23   facing that Google Cloud could help with, and
24   they -- they were unclear whether she would be
25   able to lay out or she didn't demonstrate I guess
```

1                    - TARIQ SHAUKAT -

2    that she would be able to lay out a product

3    mandate, for lack a better word, for the vertical.

4            And so that was the consistent

5    impression that I got from the interviews with

6    Sebastien and Jason, but I don't remember

7    specifically what each one of them said and I'm

8    not sure I was ever told specifically what each

9    one of them said.

10       Q.    So if you -- let's break this down.

11   Who did you have conversations with regarding how

12   Ms. Rowe's interviews went?

13            MR. GAGE:   Objection.

14       A.    So I had a standing weekly meeting

15   with the leadership staffing team led by Stuart

16   Vardaman.  In that standing weekly meeting, Stuart

17   would update me on the status of each of the

18   candidates in the pipeline.  He would do that by

19   providing at least a verbal -- in some cases

20   bullet pointed, but in some cases a verbal summary

21   of the feedback that was provided from the

22   interviewers; and in some cases -- in many cases

23   he would say, I need your help chasing feedback

24   because I haven't gotten it yet.  People get busy

25   and they don't necessarily send the e-mails that

```
 1                    - TARIQ SHAUKAT -

 2   mentioned, she was one of many industry leads and

 3   senior hires we were trying to hire at the time

 4   or she was interviewing for one of the roles that

 5   we were -- in one of the many roles that we were

 6   interviewing for at the time.  So I don't -- it --

 7   it would not have been unlikely.  I can't tell you

 8   I didn't have a direct conversation with them, but

 9   I don't have a specific recollection of them

10   sending me a Hangout message or a verbal

11   conversation or anything like that.

12                Jason's office and my office during

13   this time were across the hall from each other, as

14   an example, so we had casual conversations about

15   business in my office or in his office quite

16   frequently.

17       Q.    Okay.  Do you recall specifically

18   having a conversation with Stuart Vardaman

19   regarding the feedback from the interviews with

20   Ms. Rowe?

21                MR. GAGE:  Objection.

22       A.    As I just mentioned, I recall

23   having -- I rec -- I recall in the standing

24   meeting having Stuart tell me the feedback that

25   had come through the initial round of interview
```

```
 1              - TARIQ SHAUKAT -

 2    candidates, yes, and -- and including Ulku,

 3    specific to Ulku, yes.

 4         Q.     And what do you recall him saying to

 5    you specifically with respect to Ms. Rowe?

 6              MR. GAGE:   Objection.

 7         A.     So, as I -- as I just mentioned, he

 8    said that the -- the interviews had happened.  He

 9    said that generally speaking people feel quite

10    comfortable with her technical capability, but

11    there were concerns around what I'll term

12    broadly as the -- as the business aspects of that;

13    meaning specifically her ability to articulate

14    a prop -- a vision for the industry, articulate

15    a value proposition for Google Cloud in the

16    industry that would be differentiated versus other

17    potential offerings in the industry that would be

18    translatable to a product level, which was really

19    one of the core things that we were solving for

20    was who could help us figure out what products to

21    build and how to position those in the market.

22    They did not see evidence, or they did not believe

23    I should say, coming out of the discussion that

24    Ulku demonstrated that she had the prod -- the

25    product vision or the ability to develop a product
```

```
 1                    - TARIQ SHAUKAT -

 2    vision for the industry.

 3              So there was no negative feedback.

 4    There was only positive feedback on the technical

 5    side and there were questions and concerns on the

 6    nontechnical side, and I'll include product

 7    management as the nontechnical in -- in that

 8    description.

 9       Q.    Did Mr. Vardaman share with you from

10    where the feedback was coming, how he gathered

11    this feedback?

12              MR. GAGE:  Objection.

13       A.    I don't -- Stuart's normal expression

14    was I'm chasing everybody and here's what I got,

15    but I don't know in this case how he got the

16    feedback.  I don't know what that would have

17    translated into in this case.

18       Q.    When did he share that feedback with

19    you?

20       A.    I -- it would have been the week or

21    two depending on when we met after that round of

22    interviews with Ulku, but I don't know even

23    roughly when that was.  Yeah -- yeah, I don't know

24    when that was.

25       Q.    Did he share with you that Vat liked
```

```
 1              - TARIQ SHAUKAT -
 2       A.    It doesn't.  I'm just trying to
 3  remember.  I have a very vague recollection of
 4  telling Brian that several of the interviews
 5  didn't go well, that there were some concerns
 6  raised, but I can't -- but it's a very faint
 7  recollection and I don't know, I -- I can't recall
 8  anymore details about that conversation, but
 9  that's the only one that's even vaguely coming to
10  mind.
11       Q.    Give me just a moment.
12             Okay, I would like you to look in the
13  Box again and we're going to be looking at Tab 38.
14  We're going to mark it as Exhibit 35 and it has
15  the Bates stamp number GOOG-ROWE-00017533 through
16  38.
17             (Whereupon, Plaintiff's Exhibit 35
18       was marked at this time.)
19       Q.    Do you recognize this document?
20       A.    It appears to be an e-mail from me to
21  Sebastien Marotte.
22       Q.    And is this the same Sebastien that
23  we have been discussing?
24       A.    It is, yes.
25       Q.    And do you see on Wednesday, August
```

```
 1                    - TARIQ SHAUKAT -
 2   was viable for the role?
 3              MR. GAGE:  Objection, asked and
 4       answered.
 5       A.    I -- again, I don't know the specific
 6   timing what my view was.  I know that it would be
 7   after I received the feedback from Jason and
 8   Sebastien, but I don't know that feedback in
 9   relation to September 1st, 2018.
10       Q.    What do you recall with respect to
11   Ms. Rowe interviewing with Diane Greene?
12       A.    Once we decided that Ulku was not
13   going to be a finalist because of the interview
14   feedback that we had received, I moved into
15   retention mode because I did value Ulku and did
16   want her to join the team and to make the
17   transition that we had been trying to enact work;
18   and I thought that having a courtesy meeting with
19   Diane would be helpful in -- in assisting us in
20   retaining Ulku.
21              I suspected, and Ulku said at the
22   time, that if she didn't get the -- the FSI Lead
23   role that she would leave Google which is not an
24   outcome that I wanted to see because, as the
25   interviews noted, she was quite strong on the
```

```
 1                  - TARIQ SHAUKAT -

 2    technical side of things.  So the -- the Diane

 3    meeting was meant to be part of an -- an attempt

 4    to make her comfortable and happy with the role

 5    that we did think she was a very good fit for.

 6         Q.      Did you tell her it was an interview

 7    in connection with the VP of financial services

 8    role?

 9         A.      The "her" in this case would be who?

10         Q.      Ulku.

11         A.      I don't know if I actually told Ulku

12    anything, except that we would schedule a meeting

13    with Diane.  I'm not sure what -- what Stuart said

14    to her about it, but -- and it's certainly the

15    case that we did not close Ulku out at this point

16    and tell her that we didn't think she was a

17    finalist candidate in part.  Because Brian did

18    feel so strongly about it, I wanted her to meet

19    Diane as I mentioned from a -- from a retention

20    standpoint, but if Diane thought we had the wrong

21    read on it that we might go back and take a look.

22    So we definitely did not tell Ulku that she was

23    not getting through to the next round as part of

24    setting up the meeting with Diane.

25         Q.      Did Ulku tell you that she -- at the
```

```
 1              - TARIQ SHAUKAT -

 2        p.m. and we're back on the record.

 3        Q.    Mr. Shaukat, were -- the position

 4   that Ms. Rowe was brought in to into your

 5   organization, that was -- was that the global

 6   client lead role?

 7        A.    I'm sorry, that she was brought into

 8   my organization or into the organization?

 9        Q.    Into your -- into your organization.

10   What was -- what was the role that she was brought

11   into your organization?

12        A.    I think the official title we gave it

13   was technical director of the global client team

14   or the financial services vertical.

15        Q.    And was an informal term the -- the

16   global client lead?

17        A.    No, it was global client technical

18   lead.  It's a slightly -- it a more technical

19   version versus the business version.

20        Q.    Okay.  So there was a global

21   cli -- client technical lead and the global

22   what -- what was the other  --

23        A.    Sorry.  There's a global client lead

24   which was not Ulku and then there's a global

25   client technical lead which was Ulku.
```

```
 1                    - TARIQ SHAUKAT -

 2       A.     Okay.

 3       Q.     Okay.  We're going to mark this as

 4  Exhibit 44, Bates stamped GOOG-ROWE-00017643.

 5              (Whereupon, Plaintiff's Exhibit 44

 6       was marked at this time.)

 7       Q.     Do you recognize this document?

 8       A.     I do.  It appears to be a recap of my

 9  conversation with Ulku that I provided to Kevin

10  Lucas and Fiona, who are my HR business partners.

11       Q.     Okay, and so the first section that

12  has the tab, are those -- does that reflect what

13  you told Ulku in that conversation?

14       A.     To the best of my recollection, yes.

15       Q.     And so if you look at the third tab

16  down you say, "You know, I don't expect that she

17  would be a candidate there as on Her interviews,

18  people were impressed with her he technical

19  capabilities, but didn't feel that she has the

20  necessary depth breadth of experience on the

21  business side."  Do you see that?

22       A.     I do.

23       Q.     And is that what you told Ms. Rowe

24  was the reason that she was not selected for the

25  position?
```

```
 1                  - TARIQ SHAUKAT -
 2        A.     I believe -- I believe what I told
 3   her was that we were not filling the position, but
 4   that if we were to reopen the position that this
 5   would be the reason why we would not be moving
 6   forward with her candidacy at that point.
 7        Q.     And was that the reason why you
 8   wouldn't be moving forward with her candidacy?
 9        A.     It was.
10               MR. GAGE:  Objection.
11        A.     Yes, it is.
12        Q.     You see that next line, "She
13   countered that she's the best person internally
14   and externally for the role and that you should
15   just give it to her"?  Do you see that?
16        A.     I do.
17        Q.     Do you recall her making that
18   statement?
19        A.     I don't recall the exact words, but I
20   recall her being fairly direct about the sentiment
21   expressed in there, yes.
22        Q.     Was this a videoconference or an
23   in-person meeting or Hangout?
24        A.     The -- what is written later on leads
25   me to believe it was a videoconference when it
```

```
 1                    - TARIQ SHAUKAT -

 2    refreshes my recollection so I'm not sure I ever

 3    internalized that, but it does suggest that it was

 4    a week's notice.

 5         Q.    Okay.  You can put that aside.

 6              MR. GAGE:  I'm sorry, did you say

 7         something, Cara?

 8              MS. GREENE:  I said you can put that

 9         aside.

10              MR. GAGE:  Okay, I didn't hear.

11         Q.    When did you decide that Stuart

12    Breslow would take over the head of financial

13    services role?

14         A.    Well, to -- to be precise, I don't

15    agree that I decided that he would take over the

16    head of financial services role.  I asked him to

17    play an interim role while we figured out what the

18    strategy of the financial services industry

19    would be, given some of the leadership changes

20    which -- which is quite different.  We put

21    as -- as a earlier e-mail indicated, we had put

22    the strat -- the vertical strategy essentially on

23    pause when Thomas Kurian came in pending his

24    blessing, for lack of a better word.  So -- so I

25    very specifically asked Stuart to be interim in
```

```
 1                      - TARIQ SHAUKAT -

 2    charge of that while we figured out what the

 3    long-term strategy and structure was going to be.

 4              All of that said, that would have

 5    been in I believe the November, 2018 time frame.

 6    I don't recall exactly when in November it was.

 7    It may have been late -- late October, but it was

 8    in roughly that time frame.

 9         Q.    Okay, and the interim role that you

10    referenced, that's the head of financial services,

11    correct?

12         A.    Yes, but I would just emphasize it

13    was not the job description that we were referring

14    to earlier.  It was a caretaker role for the

15    existing team while we figured out what the future

16    scope was going to be for the vertical and for the

17    role.

18         Q.    Was that before or after it was

19    communicated to Ms. Rowe that she would not be

20    receiving the head of financial services position

21    that you had -- that you made that decision?

22              MR. GAGE:  Objection.

23         A.    Can you repeat the question, please?

24         Q.    Sure.  The decision to put Stuart

25    Breslow in that role, did you make the decision
```

```
 1                  - TARIQ SHAUKAT -

 2   before or after you communicated to Ms. Rowe that

 3   she would not be getting the financial services

 4   vertical lead role?

 5              MR. GAGE:  Objection.

 6        A.     That would be before, as I believe

 7   the e-mail previously indicated.  Meaning I had

 8   decided that Stuart would be the interim lead

 9   before I told Ulku that we were shutting down that

10   search and if we reopened it that she would not be

11   a candidate for it in -- in the future.

12        Q.     Did you consider Ms. Rowe for the

13   interim position?

14        A.     I -- I did consider Ulku as a

15   potential option for the interim role.

16        Q.     When did you consider her as a

17   potential option?

18        A.     Roughly in the same time frame as I

19   was -- as I indicated earlier, of making the

20   decision on -- on Stuart doing that role.

21        Q.     Was there anyone else you considered

22   as a possibility for the interim role?

23        A.     I don't believe so.  I was looking at

24   the existing team, not bringing anyone else onto

25   to the team at the -- at that point.  So it would
```

1              - TARIQ SHAUKAT -

2     have been the two of them who got the serious

3     con -- consideration for that.

4          Q.    And why did you not select Ms. Rowe?

5          A.    There were two reasons.  One of them

6     was -- actually, there were three reasons, I'm

7     sorry.

8              One of them was the fact that I -- I

9     mentioned we were hitting pause on the financial

10    services strategy.  The one area we were

11    continuing with at the same pace because we had

12    client engagements in the area was what I was

13    referred to earlier as the █████████████████

14    initiative that we were focused on.  That was

15    something we had a long list of customers who were

16    interested.  We believed we had a differentiated

17    value proposition, et cetera and we were close

18    to having agreement from a major financial

19    institution to move forward with that.  So the

20    focus was going to be almost exclusively on that

21    and the ██████████████ as we reduced scope in

22    this holding pattern that I was -- that I'm

23    describing.

24              Stuart is a recognized authority on

25    anti-money laundering.  He's, I -- I would

```
 1              - TARIQ SHAUKAT -

 2   say -- one client actually referred to him as icon

 3   in the space and so he is somebody who has deep

 4   knowledge of how that works, how it should work,

 5   and what could be done due improve it.  So there

 6   was that consideration from a content standpoint.

 7              There was a second consideration that

 8   was from a level standpoint, that Stuart was a

 9   Level 9 and Ulku was a Level 8 and Leonard the

10   other person on the team at a senior level was a

11   Level 6 or 7, I can't remember which, and it would

12   have been very unusual inside of Google to

13   have what Google refers to as an inversion.

14   Particularly on an interim basis, it would have

15   been very unusual to do that; and an inversion is

16   when you have someone at a lower level report to

17   someone at a higher level.  So there was that

18   consideration that Ulku was Level 8 and Stuart was

19   Level 9 and, as I mentioned, Leonard was Level 6 I

20   think.  So the second.

21              And the third, I -- I wouldn't -- I

22   -- I would characterize this one as -- as a lower

23   consideration, but I was concerned about the

24   messaging of -- or "messaging" is the wrong

25   word -- the expectations I would be setting if I
```

```
 1              - TARIQ SHAUKAT -
 2   needed in this context.
 3       Q.    Tell me how it came to be that Ms.
 4   Rowe left your organization.
 5       A.    So the prediction that she would not
 6   be happy working on the team with Stuart leading
 7   it proved to be true and she would from time to
 8   time air her frustration either to him or to me or
 9   would continue to show up in an uncoordinated way
10   at clients where -- as I mentioned earlier, one of
11   the things that we had asked the global client
12   technical leads to do was to focus on a specific
13   set of clients.  It was very hard to get Ulku to
14   show up on a consistent basis at a very specific
15   set of clients.
16              We asked that she not do the
17   level of speaking engagements that she was doing
18   because -- this is something I asked all the team
19   because I viewed it as a waste of time with
20   limited resources to be traveling internationally
21   for days or weeks to give a lot of the speeches
22   that we were giving, et cetera.
23              She was expressing a lot of
24   dissatisfaction with that and so I finally give
25   her an option that I had not given to any of her
```

```
1                    - TARIQ SHAUKAT -

2    peers who had moved over, which was that if she

3    agreed to focus -- and I -- I did this in concert

4    with Will Grannis.  If she agreed to focus on --

5    on a horizontal, as we called it, as opposed to on

6    a vertical that I would be okay with her moving

7    back into OCTO; and, again, that is an option we

8    made exclusively available to her.  We didn't make

9    it available to Ben Wilson, who had some of the

10   same struggles, and we did not make it available

11   to Jeff Kember, but we did as a way to try and

12   resolve some of the issues that Ulku had.

13               Now I'm recalling, as I'm saying

14   this, that she did ask for clarification on what

15   her options are and I believe I laid out a couple

16   of options for her, one of which was -- I -- I'm

17   trying to recall exactly, but I want to say one of

18   them was continuing building out the team around

19   the technical -- well, the client lead role or

20   global client technical lead role, I should say.

21   The second is to do more of an individual

22   contributor type of role, which had been her role

23   in OCTO at the time.  Or the third is to take this

24   horizontal role in OCTO.  There was some set of

25   options that I tried to craft for her so that she
```

```
 1                    - TARIQ SHAUKAT -

 2    would have some ability, again more than I offered

 3    any of her peers, to -- to craft a path that she

 4    was happy with.

 5            She expressed some -- she had

 6    expressed a point of view that -- that the options

 7    I was presenting her, I don't -- I can't -- I

 8    don't recall if it was all of the options or one

 9    of the options would in effect be a demotion,

10    which was not the case in my opinion, and as a

11    result of that she opted to go back into OPTO

12    focusing on what is called hybrid Cloud as opposed

13    to on financial services; and she and Will reached

14    that decision independently of me.  I blessed it,

15    meaning I agreed to give Will the headcount for

16    that role so he didn't have to find additional

17    budget for it, but that decision was between Ulku

18    and -- and Will.

19        Q.    Did you ever communicate to Ms. Rowe

20    that she was reporting in to Mr. Breslow?

21        A.    I assume I did.  I don't have a

22    recollection specifically of doing so, but I do

23    assume that I -- that I did.

24        Q.    But you don't have a recollection --

25        A.    But I --
```

```
 1                    - TARIQ SHAUKAT -

 2        Q.     And it was also clear that if she

 3   went back to OCTO it was in a horizontal role and

 4   not a vertical role, correct?

 5        A.     That is correct.  I was not going to

 6   undo the org changes that we had made, correct.

 7        Q.     So she would -- she couldn't be

 8   financial services focused if she went back to

 9   OCTO, correct?

10        A.     Correct.

11        Q.     Once she moved back into OCTO, did

12   you have any other communications with her?

13        A.     With her directly, I don't recall

14   any.

15              I do recall continuing complaints

16   about her showing up in a financial services

17   capacity and causing confusion with the industry

18   team, including doing interviews in which she was

19   described as the financial services CTO and areas

20   like that that was in violation of the agreement,

21   if you will, that Will and I had had.

22              I don't know that I ever spoke to her

23   directly about -- about that.  I do remember

24   speaking to Will and their PR team and our market

25   team about it, but I don't know if I ever spoke to
```

```
 1                 - TARIQ SHAUKAT -

 2   remember sitting here today that we've not

 3   discussed?

 4              MR. GAGE:  Objection.  About

 5      anything?

 6      Q.     Sitting here today, any

 7   communications about Mr. Rowe --

 8              MR. GAGE:  Ah.

 9      Q.     -- that you and I have not discussed?

10              MR. GAGE:  Ah, you left off that

11      little critical piece.

12              MS. GREENE:  What would I do without

13      you, Ken.

14              MR. GAGE:  Just -- just here to make

15      sure the form of your question is right.

16      A.     No, there's nothing that I can think

17   of sitting here today.

18      Q.     Okay.  How did it come to be that you

19   left Google?

20      A.     So Thomas Kurian joined as CEO of

21   Google Cloud in November of 2018.  He and I got

22   along quite well and despite the fact he changed

23   out most of the leadership team at Google Cloud, I

24   was still, there still in my role doing my thing.

25   I'm one of the few who -- who sort of made that
```

```
 1                 - TARIQ SHAUKAT -
 2    transition.
 3             It was clear in my conversations with
 4    Thomas that he had some changes he wanted to make
 5    to the organization, specifically as it related to
 6    industries.  I had set up, as we've touched on,
 7    what I refer to as a general management structure
 8    where I had business technology, meaning product
 9    engineering, all in one place.  Thomas for other
10    parts of -- of Cloud was moving to a different
11    model that had a -- had a -- a stronger line
12    between technology and business.  There were -- I
13    --  I would say my team was the last one that he
14    focused on from that standpoint, but in late 2019
15    he and I started talking about whether it made
16    sense to break my vertical teams up into a
17    technical piece, meaning product and engineering,
18    and go-to-market piece, and we decided it did.
19             And in that role, I didn't have much
20    interest in just running the business side of it.
21    ██████████████████████████████████
22    ███████████████████████████████████████
23    ███████████████████████████████████████
24    ██████████████████████████████████████
25    ██████████████████████████████████████
```

```
1              - TARIQ SHAUKAT -

2    ████████████████████████████████████████

3    █████████  We -- I told Thomas I was not interested in

4    doing a role that -- that was purely business

5    development, not -- was not furthering my career

6    and I wasn't interested in doing it.  So I moved

7    that part to Rob Enslin who was the president of

8    sales at this time.

9              And then Thomas and I started

10   thinking about other roles that I could play in

11   Cloud.  It became clear there wasn't one that met

12   -- you know, where there was a natural need and

13   would fulfill what I wanted to do from a career

14   standpoint, et cetera and so then I started

15   talking to other groups inside of Google about

16   other roles, and COVID hit and things inside of

17   Google slowed down, and things outside started to

18   heat up because there was a leak that -- that I

19   was leaving Cloud and so that resulted in a lot of

20   inbound phone calls from people.

21             And I ended up deciding in probably

22   June of 2020 to accept an external offer and

23   to -- and to leave Google, which I did in July of

24   2020.

25        Q.    Did you enter into any sort of
```