- ADAM LIEF -

IN THE UNITED STATES DISTRICT COURT.
FOR THE SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
ULKU ROWE,

         Plaintiff,

                Case No.
                19 Civ. 08655(LGS)(GWG)

     v.

GOOGLE LLC

         Defendant.

--------------------------------------- X

DATE: October 2, 2020

TIME: 11:37 A.M.


      VIDEOTAPED VIDEOCONFERENCE DEPOSITION

OF ADAM LIEF, held via Zoom, pursuant to Notice,

before Hope Menaker, a Shorthand Reporter and

Notary Public of the State of New York.


(Confidential portion appears on pages 135-137)

```
1                    - ADAM LIEF -
2      your role?
3           A.    No.
4           Q.    Is your position presently within
5      Google Cloud?
6           A.    No.
7           Q.    At the time your role was moved
8      from -- was it from Google Cloud to Google Tech
9      Infrastructure, is that the move that was made?
10          A.    It -- it --
11          Q.    Sorry.  At the time your role moved
12     from cloud to core systems, did the role itself
13     change in any way?
14          A.    No.
15          Q.    The systems and applications with
16     which you're involved in your role, are those
17     internal or external?
18          A.    Internal.
19          Q.    And are those cloud based or on-prem
20     based?
21          A.    They are both.
22          Q.    Now, I think we discussed before that
23     the systems you worked with at Oracle were on-prem
24     based.  Was this your first experience working
25     with applications that were cloud based at Google?
```

```
1                    - ADAM LIEF -
2        Q.      And this is as of November 11, 2018.
3    As of November 11,2018 is there anyone who you
4    recognize as having been in the application
5    engineer director position who is not reflected on
6    this list?
7        A.      No.
8        Q.      Okay.  Anil Nagalla, man or woman?
9        A.      Man.
10       Q.      Paras Jain, man or woman?
11       A.      Man.
12       Q.      Okay, and then we can turn again to
13   Page 19.
14       A.      Okay, I'm here.
15       Q.      Entry 646 has Srivats Ramaswami, is
16   that a man or a woman?
17       A.      That's a man.
18       Q.      As of November 4, 2019 was the
19   application engineer ladder no longer within
20   Google Cloud?
21       A.      That's not correct.
22       Q.      Okay.  As of November 4th, 2019 was
23   the application engineer role still within Google
24   Cloud?
25       A.      It was still within Google
```

```
1                    - ADAM LIEF -
2      Cloud -- it did still exist in Google Cloud, yes.
3           Q.    Were you within Google Cloud in
4      November of 2019?
5           A.    No.
6           Q.    Was Mr. Ramaswami the only
7      application engineer within Google Cloud in
8      November of 2019?
9                 MR. GAGE:  Objection.
10          A.    To my knowledge, the only
11     director-level application engineer in cloud.
12          Q.    And as of November 4, 2019, where
13     were the other application engineers sitting
14     within the organizational structure?
15          A.    So they were moved to core.
16          Q.    And presently are there any
17     application engineers within Google Cloud?
18                MR. GAGE:  Objection.
19          A.    Cara, I'm sorry, you broke up a
20     little bit.  Could you repeat that, please?
21          Q.    Sure.  Presently, as of the present,
22     are there any application engineer directors
23     within Google Cloud?
24          A.    Yes.
25          Q.    Who?
```

```
1                    - ADAM LIEF -
2        A.    Srivats for one, the person who is on
3    646.
4        Q.    And is Srivats in New York or
5    somewhere else?
6        A.    He is in the Bay area.
7        Q.    What about Mr. Nagalla, where is he
8    physically located?
9        A.    He is in Texas.
10       Q.    And Mr. Jain, where is he physically
11   located?
12       A.    He's in the Bay area.
13       Q.    And the job code listed next to Level
14   8, 3948, do you recognize that job code?
15       A.    I -- I don't.  I don't recognize the
16   number.
17       Q.    Okay, you can put that document
18   aside.
19             Are you familiar with the term
20   "individual contributor" as that term is used at
21   Google?
22       A.    Yes, I am.
23       Q.    And what do you understand that term
24   to mean?
25       A.    I understand that it's someone who
```

|     | - ADAM LIEF - |
| --- | --- |
| 1   |     |
| 2   | common responsibility for application engineers at |
| 3   | the director level? |
| 4   | A.     It is -- it is a common expectation, |
| 5   | but I -- because I don't know those roles very |
| 6   | specifically, I can't comment on what exactly the |
| 7   | responsibilities were, but the expectation is |
| 8   | correct. |
| 9   | Q.     What other job responsibilities is |
| 10  | common across the application engineer director |
| 11  | role? |
| 12  | A.     So the common expectations for the |
| 13  | role would be a focus on support, deployment, |
| 14  | implementation of internal systems for Google, |
| 15  | managing large programs, and interacting with |
| 16  | stakeholders and partners. |
| 17  |         MS. GREENE:  And, Ms. Menaker, if you |
| 18  |     could be so kind to read back that response. |
| 19  |         (The answer requested was read back |
| 20  |     by the reporter.) |
| 21  | Q.     And when you say support of internal |
| 22  | systems, can you tell me what you mean by that? |
| 23  | A.     I mean maintenance tasks necessary to |
| 24  | keep those internal systems running. |
| 25  | Q.     And when you say deployment of |

```
1                    - ADAM LIEF -
2     intern -- of internal systems, what do you mean by
3     that?
4          A.    Deployment could include development,
5     design, testing, and actual releasing of systems
6     and enhancements.
7          Q.    And when you say -- and when you say
8     "systems," you're referring to technology systems;
9     is that correct?
10         A.    Yes, that's correct.
11         Q.    And when you refer to the
12    implementation of internal systems, what do you
13    refer to there?
14         A.    There's a lot of overlap with
15    deployment, but it may also involve third-party
16    system implementation as well.
17         Q.    When you refer to "managing large
18    programs," what do you mean by that?
19         A.    A highly-impactful initiative that
20    will introduce a lot of change into the
21    environment.
22         Q.    Can you give me some examples?
23         A.    Sure.  We have a finance
24    transformation program that is replacing much of
25    Google's core finance processes and systems.  That
```

1                  - ADAM LIEF -
2              MR. GAGE:  Do you have the document
3         handy so we could take a look at it?  Which
4         exhibit?
5              MS. GREENE:  Give me one moment.
6              I believe 25, Exhibit 25 in
7         the -- it's marked as Exhibit 6 for this
8         deposition.
9         A.   Yes.  Thank you for that, Cara.  It's
10   not.
11        Q.   With respect to engineering
12   management for the application engineer director
13   role, what percentage of the job would you say
14   relates to engineering management?
15        A.   To clarify, you mean as opposed to
16   the other elements I stated like stakeholders and
17   things like that?
18        Q.   Right.  So I think you -- you had
19   said that the day-to-day kind of role of the job
20   involved a combination of engineering management,
21   planning, and strategy.
22        A.   And stakeholding management -- yeah,
23   got it.  I -- personal for engineering management,
24   let me think just a moment.
25              Probably 40 percent.

```
1                    - ADAM LIEF -
2    purchased software product from another company.
3         Q.    And what do you mean by "domain"?
4         A.    Domain refers to a part of the
5    business operations such as HR, finance,
6    marketing, legal.
7         Q.    Anything else?
8         A.    The -- maybe the other aspect is
9    about integration.  Because we have both
10   first-party and third-party systems, integration
11   between the two becomes a very important skill set
12   for application engineer.
13              There's one other criteria also that
14   is important is that we are heavily internally
15   focused.  So our products and our development is
16   for Google's internal use, not for selling to
17   customers or external use in any way.
18        Q.    Okay.  Is that it?
19        A.    That's it.
20        Q.    You've been a Level 8 director for
21   how many years?
22        A.    About three-and-a half-years I
23   believe, since 2017.
24
25
```