1                     - KEVIN LUCAS -

2    IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF NEW YORK
3    -------------------------------- X
     ULKU ROWE,
4
                    Plaintiff,
5
                              Case No.
6                             19 Civ. 08655(LGS)(GWG)

7              v.

8    GOOGLE LLC

9              Defendant.

10   -------------------------------- X

11   DATE:  October 27, 2020

12   TIME:  11:35 A.M.

13

14        VIDEOTAPED VIDEOCONFERENCE DEPOSITION

15   OF KEVIN LUCAS, held via Zoom, pursuant to Notice,

16   before Hope Menaker, a Shorthand Reporter and

17   Notary Public of the State of New York.

18

19

20

21

22

23

24

25

```
 1                      - KEVIN LUCAS -

 2    motion for us than -- than anything.

 3          Q.     And is it your testimony that they

 4    also don't work with engineering at all?

 5                  MR. GAGE:  Objection.

 6          A.     It is -- how do I -- yes, basically

 7    they might interact occasionally with engineering

 8    or product management, but they by -- by saying

 9    "work with," I wouldn't characterize it as that

10    because I interpret that as almost like close

11    partnership and collaboration on something and

12    that's -- that's not so much the role.

13          Q.     What -- again, focusing on technical

14    solution consultants, the director level in

15    Cloud -- I mean in OCTO, I'm sorry --

16          A.     In OCTO.

17          Q.     -- what's the difference between the

18    responsibilities of that role and the

19    responsibilities of a director in software

20    engineering?

21          A.     It's -- it's a similar response to PM

22    in that they're -- they're more dissimilar than

23    they are alike.

24                  Software engineering leaders, a

25    portion of their role is actually building.  So
```

- KEVIN LUCAS -
October 27, 2020                                        108

```
 1                      - KEVIN LUCAS -

 2    coding the products that -- or writing the code

 3    that builds our products and services.  So

 4    literally writing in computer language to build

 5    things.

 6               Whereas the TSC directors in OCTO do

 7    not check in code to Google Free, which is -- is

 8    our platform by which we launch our -- our

 9    products.  So, in fact, I don't think they

10    have -- I don't think TSCs in OCTO have access to

11    write code in Google Free.

12         Q.    Are directors writing code or are

13    they supervising people who are writing code?

14         A.    There's a component of -- of writing

15    a code and -- and approving a code before it's

16    pushed into production of -- of directors, yes.

17         Q.    Do you know what technical

18    requirements a technical solutions consultant is

19    required to have?

20               MR. GAGE:  Objection.  I'm sorry, I

21         didn't hear the question.  You broke up.

22         Q.    Do you know what technical

23    requirements a technical solutions consultant is

24    required to have?  What are their technical

25    qualifications --
```

```
1                        - KEVIN LUCAS -

2                MR. GAGE:  Objection.

3         Q.      -- again, focusing on directors in

4    OCTO?

5         A.      I would probably characterize it as

6    the ability to understand concepts versus actually

7    write code.  So technical solutions, the -- the

8    job family technical solutions consultant, is kind

9    of more generally focused on understanding

10   technical concepts and how that applies to

11   implementation on the customer's side of the

12   house.

13               Whereas the software engineering is

14   kind of understanding the guts and everything

15   under the hood and actually being able to build

16   all of it from scratch.

17               MS. GREENE: So --

18               MR. GAGE:  Cara, yeah, can we pause

19        for a second.  I -- I had a screen -- Kevin's

20        screen froze and I couldn't hear him.

21               So, Hope, can you just tell us what's

22        the last thing you heard and maybe just go to

23        the question and the answer so that we all

24        know the context of where we are on the

25        record at least.
```

1                      - KEVIN LUCAS -

2        track, though not necessarily the individual

3        contributors.  There is a manager track.

4                    So, broadly speaking, day-to-day

5        responsibilities can be everything from probably

6        the bulk of -- a reasonable amount of their time

7        being spent on coding and/or approving codes

8        that's have been pushed into production that

9        ultimately make their products and services

10       available.

11                    I would say there's a bulk of it

12       that -- or maybe a smaller portion that's around

13       leading the team if you're on the people manager

14       track.  There's a reasonable part of it that is

15       around contributing to what we call PRD, Product

16       Requirement Documents, that these are essentially

17       documents that define how -- like what we're

18       trying to build and how we're actually gonna kind

19       of build it; and there's probably a -- a small

20       percent of time that they are kind of doing like

21       typical business stuff, just like end meetings and

22       corroborating and things like that.

23                    Those are probably the broad buckets.

24           Q.     And in what ways does the day-to-day

25       responsibilities of Level 9 software engineers

1                          - KEVIN LUCAS -

2      look different?

3           A.      Day-to-day responsibilities for

4      software engineering don't change a whole lot from

5      Level 8s to 9.  It is similar to our conversation

6      we previously had, whereby either the scope and

7      visibility and impact of their role shifts in some

8      ways.

9                   So they are probably more aligned to

10     a higher priority product, perhaps a more kind of

11     innovative product if you will.  They may start

12     leading a larger organization whereby more,

13     quote/unquote, products roll up to them.

14                  So it's more about kind of scope and

15     product prior -- priority than shifting day-to-day

16     responsibilities from an L 8 to L 9 software

17     engineer.

18          Q.      What are the skills necessary for an

19     L 8 software engineer?

20          A.      Coding ability is probably the -- the

21     fore -- the forerunner there for which they still

22     have to go through coding interviews when code is

23     submitted in their interview packets, et cetera,

24     so that is probably the largest one.

25                  There's going to be elements,

Kevin Lucas
October 27, 2020                                  178

1                      - KEVIN LUCAS -

2     software engineering, but product management is

3     still a technical role because it sits within the

4     broader umbrella of Eng PM.  So the primary

5     partner to the PMs, to product managers, are the

6     SWEs, are software engineers.

7          Q.     And what are the skills that are

8     necessary for the product management Level 8 role?

9          A.     Yeah.  For Level 8 PM directors,

10    you're probably looking at someone who has

11    built and/or scaled products to reasonable size

12    and/or significant size.  So kind of your product

13    management pedigree is -- is kind of your whole

14    profile.

15              I would say the -- the strategic

16    thinking aspect of it is -- is critically

17    important for product managers, because their

18    having to look into the future and predict and/or

19    anticipate what customers or users are going to

20    want or need.

21              There is a monetization element of

22    it, at least for -- for our business, whereby

23    you're thinking from a commercial acumen

24    perspective how do you actually drive revenue

25    through these products and how you think about

1                    - KEVIN LUCAS -

2      monetizing them.

3              Those are probably the three broad

4      buckets that are -- are more unique to the product

5      manager role, in addition to the other things I

6      mentioned before about kind of like, you know,

7      agility and ambiguity.

8          Q.    And what skills are less of -- what

9      additional skills are necessary at the L 9 level?

10         A.    I would say it's probably largely

11     around portfolio complexity, and what I mean by

12     that is for L 8 product managers it's not uncommon

13     that they manage a single product and/or a small,

14     small group of products.

15             But once you move them to Level 9

16     product leaders, you're really looking more so

17     from a portfolio perspective whereby they're

18     probably going to have, you know, half a dozen

19     different products that roll up to them which then

20     means you're having to manage the competing

21     priorities and complexities across your portfolio

22     a little bit more.

23             So there is a -- a systems akin

24     aspect of it that is probably a step change from

25     L 8 to 9.