```
1                    - JENNIFER BURDIS -

2

     IN THE UNITED STATES DISTRICT COURT
3    FOR THE SOUTHERN DISTRICT OF NEW YORK
     --------------------------------------- X
4    ULKU ROWE,

5                    Plaintiff,

6                                 Case No.
                                  19 Civ. 08655(LGS)(GWG)
7
                     v.
8
     GOOGLE LLC
9
                     Defendant.
10
     --------------------------------------- X
11
     DATE:  December 9, 2020
12   TIME:  11:37 a.m.

13

14            VIDEOTAPED VIDEOCONFERENCE DEPOSITION

15   OF JENNIFER BURDIS, held via Zoom, pursuant to

16   Notice, before Hope Menaker, a Shorthand Reporter

17   and Notary Public of the State of New York.

18

19

20

21

22

23

24

25
```

```
1                  - JENNIFER BURDIS -
2             MR. GAGE:  Objection.
3        A.    No.
4        Q.    Did Mr. Grannis discuss with you how
5   the technical director role would fit within OCTO?
6        A.    Yes.
7        Q.    And what did he say?
8        A.    I don't remember what he said
9   verbatim.
10             My understanding of the position
11  fitting into the organization was that we would be
12  hiring senior individual contributors into L 8,
13  L 9 roles to create an Office of the CTO which
14  would -- was brand-new at Google and had not been
15  done before, and these individuals would be
16  industry specialists in their industry vertical.
17       Q.    Okay.  So I'm going to be adding two
18  documents to the Box and I'll let you know when to
19  refresh, if you have that open.
20       A.    Sure.
21       Q.    Okay.  You should be able to see them
22  now if you refresh.
23       A.    I am refreshing.
24             MR. GAGE:  You said "them."  I have
25       one document.  Is it more than one?
```

|    |                                                                |
|----|----------------------------------------------------------------|
| 1  | - JENNIFER BURDIS -                                            |
| 2  | qualifications for the technical director role,               |
| 3  | where -- where in GHire would that be located?                |
| 4  | A.   It would be under the requirements in                    |
| 5  | GHire where there is a section to input minimum               |
| 6  | qualifications.                                                |
| 7  | Q.   Do you recall what those minimum                          |
| 8  | qualifications were with respect to the technical             |
| 9  | director role?                                                 |
| 10 | A.   I don't.                                                  |
| 11 | Q.   Okay.  So how did you determine                           |
| 12 | whether a candidate was a match for the technical             |
| 13 | director role?                                                 |
| 14 | MR. GAGE:  Objection.                                          |
| 15 | A.   Maybe you could rephrase.                                 |
| 16 | Q.   Sure.  So when a candidate applied                        |
| 17 | for the technical director position, what factors             |
| 18 | did you use to determine whether they would be                |
| 19 | brought in for an interview?                                   |
| 20 | A.   So there were a number of different                      |
| 21 | factors taken into account.  Industry experience              |
| 22 | would be one of them.  The extent of a candidate's            |
| 23 | experience and years of experience would play a               |
| 24 | part in that decision.  Relevant experience with              |
| 25 | regard to the specific area of technology and also            |

1                    - JENNIFER BURDIS -

2     for the industry verticals we were hiring for,

3     relevant experience within that domain.

4         Q.    Anything else?

5         A.    Educational background is also

6     another factor, so we consider.

7         Q.    Okay.  So when you said that years of

8     experience played a part in your determination,

9     can you speak more about that?  What were the

10    years of experience that you considered?

11              MR. GAGE:  Objection.

12        A.    The -- the boundaries of years of

13    experience are not concrete, so that's difficult

14    to answer.

15        Q.    Okay, and so at the time that the

16    candidates came in for an interview, had you made

17    an assessment about their level?

18        A.    An initial one, yes.

19        Q.    So this was a preinterview initial

20    assessment?

21        A.    Yes.

22              MR. GAGE:  Objection.

23        Q.    Okay.  Was there any policy that laid

24    out how years of experience translated into level?

25              MR. GAGE:  Objection.

                        - JENNIFER BURDIS -

we were considering Ulku at Level 8.  I don't
remember exactly which documents that information
would reside on.
        Q.    Okay, and did you always document
your assessment, your preinterview assessment, for
a candidate's level?
        A.    Yes.
        Q.    And did you review any criteria in
making that assessment?
        A.    Yes.
        Q.    And what did you review?
        A.    The minimum qualifications and the
factors that I previously listed when we consider
where a candidate might fit within the
organization level-wise.
        Q.    Okay, and did you document this in
GHire?
        A.    I don't recall --
              MR. GAGE:  Objection.
        A.    I don't recall if it's written in
GHire.
        Q.    Do you recall whether it's written
anywhere else?
              MR. GAGE:  Objection.

1           - JENNIFER BURDIS -
2    notification of SVP approval and at that point
3    you -- the recruiter can extend an offer.
4         Q.    So aside what was in GHire for the
5    technical director position, did any interviewers
6    tell you what their decision to hire someone was
7    based on?
8         A.    Everything will be in GHire.
9         Q.    And did Will Grannis make a
10   recommendation to the hiring committee?
11              MR. GAGE:  Objection.
12        A.    There was no hiring committee.
13        Q.    And so you would assess Mr. Grannis'
14   recommendation as well as the interviewers to
15   determine whether to extend an offer?
16              MR. GAGE:  Objection.
17        A.    My extending the offer was purely
18   based on SVP approval.
19        Q.    And the SVP would review the package
20   that you prepared?
21        A.    Correct.
22              MR. GAGE:  Objection.
23        Q.    So who made the decision about what
24   level a candidate for technical director would be
25   hired at?

1              - JENNIFER BURDIS -

2       A.     Many people through the process.

3       Q.     And who are those?

4       A.     The final decision would be the SVP

5   to review and approve, but the checkpoints of

6   deciding where a candidate would reside level-wise

7   through the process would include the recruitment

8   team, the interview panel, the hiring manager, and

9   the two SVP reviewers.

10      Q.     And who was the SVP in this -- in

11  this, for the technical director position?

12             MR. GAGE:  Objection.

13      A.     Diane Greene had access to Ulku's

14  packet or Holtz and Sridhar.  The two additional

15  SVPs were Urs, U-R-S, Holtz and Sridhar.  I can't

16  recall his last name enough to be accurate.

17  Sridhar, S-R-I-D-H-A-R.  Sridhar.

18      Q.     So who made the final decision with

19  respect to Ms. Rowe's level?

20             MR. GAGE:  Objection.

21      A.     The SVP I just listed.

22      Q.     And was that doc -- was that decision

23  documented anywhere?

24      A.     Yes, in GHire.

25      Q.     And did Mr. Grannis make a final

1               - JENNIFER BURDIS -
2    enough to speak to those factors.
3         Q.    Okay.  Do you recall generally what
4    the criteria was for most Level 8s?
5         A.    I mean, outside of what I previously
6    explained in relation to the factors that we
7    consider when assessing level, number of years
8    experience play a part and relevant work
9    experience in a candidate's work history plays a
10   part.  For the office of the CTO specifically, the
11   industry vertical where the candidate is a
12   specialist and an expert would also play a part.
13   So the previous roles held also would play a part.
14        Q.    Okay, and then if you scroll
15   down -- well, not too far down.  It's actually the
16   next line.  Do -- did you tell ER that the same
17   leveling factors are used across the board in
18   staffing?
19        A.    I don't recall saying that
20   specifically.  There are similarities when
21   assessing levels for candidates across the board,
22   but they are guideline-based; and there may be
23   some nuances when looking at certain job families
24   or job ladders that might differ from one to the
25   other.