```
 1                  - STUART VARDAMAN -

 2    IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF NEW YORK
 3    --------------------------------------- X
      ULKU ROWE,
 4
                      Plaintiff,
 5
                                   Case No.
 6                                 19 Civ. 08655(LGS)(GWG)

 7               v.

 8    GOOGLE LLC

 9                    Defendant.

10    --------------------------------------- X

11    DATE:  November 17, 2020

12    TIME:  9:37 a.m.

13

14              VIDEOTAPED VIDEOCONFERENCE DEPOSITION

15    OF STUART VARDAMAN, held via Zoom, pursuant to ^

16    Notice, before Hope Menaker, a Shorthand Reporter

17    and Notary Public of the State of New York.

18

19

20

21

22

23

24

25
```

1                    - STUART VARDAMAN -

2              MS. GREENE:  It -- it should be in

3       there.  It's right under -- in mine at least

4       under Exhibit 114.

5              MR. GAGE:  Yeah, I see it.

6              (Whereupon, Exhibit 115 was marked at

7       this time.)

8         Q.    Do you recognize this document?

9         A.    Yes.

10        Q.    And what do you recognize this

11   document to be?

12        A.    I recognize it to be the draft

13   version of the role in Kirsten's organization, the

14   VP role --

15        Q.    And --

16        A.    -- the VP role.

17        Q.    And is this the -- is this what you

18   provided to Ms. Rowe?

19        A.    I guess so.

20        Q.    In the prior exhibit, 114, you wrote,

21   "It sounds like she and Rob are open to 'thinking

22   differently' about this role, so it is not

23   necessarily a prerequisite that someone has

24   carried a sales revenue number."  What did you

25   mean about Kirsten and Rob thinking differently

1                  - STUART VARDAMAN -
2        A.    That was the thrust of the
3    conversation and tying back to the appropriate
4    next steps on the search, an appropriate next step
5    in this case was winding down the process for Ulku
6    and keeping her in mind for future executive
7    positions within the financial services
8    organization.
9        Q.    What was the basis for your
10   determination that she was not qualified for a
11   position that was at the VP level?
12       A.    It --
13             MR. GAGE:  Objection.
14       A.    It was largely emphasized by who
15   ultimately the -- the candidates that we had in
16   play and ultimately who landed in the role which
17   is Yolanda Piazza, which as a -- as a data point
18   was listed as one of American Bankers' most
19   powerful women in -- in 2019, I believe.
20       Q.    At this moment when you communicated
21   this to Ms. Rowe, what was your basis for
22   determining that she was not qualified to be
23   considered for a VP level role?
24             MR. GAGE:  Objection.
25       A.    That would have been largely driven

1                  - STUART VARDAMAN -
2     by her comparison to the external candidates.
3          Q.   As of February, 2020 who were the
4     external candidates that were being considered?
5          A.   I don't know.  I'd have to look that
6     up.  Yolanda Piazza was likely involved by then.
7          Q.   Had interviews taken place at that
8     point in time, panel interviews?
9          A.   I don't recall.
10         Q.   Did you consider the feedback with
11    respect to Ms. Rowe in terms of determining that
12    she was not qualified to be considered for this VP
13    role?
14              MR. GAGE:  Objection.
15         A.   No, I didn't.  Again, with the --
16    with the financial services vertical lead role
17    that ultimately was canceled, right, Tariq asked
18    us to include her in process.
19         Q.   Did you consider your close-out notes
20    in Thrive with respect to Ms. Rowe in determining
21    that she was not qualified to be considered for
22    the VP sales role?
23              MR. GAGE:  Objection.
24         A.   No.  As I stated, I don't recall
25    entering that -- that close-out note and I think

```
1                    - STUART VARDAMAN -
2    network was?
3         A.    I don't recall.
4         Q.    Do you know whether Ms. Rowe was
5    considered or had an external reputation as an
6    expert in this area?
7              MR. GAGE:  Objection.
8         A.    No, I don't recall.
9         Q.    Do you know whether Ms. Rowe had a
10   reputation as an industry titan, as you referred
11   to it?
12        A.    Compared to someone like Yolanda Pi
13   -- Yolanda Piazza, I would say there's wide space.
14        Q.    Did you know what Ms. Rowe's
15   reputation was externally with respect to her job?
16             MR. GAGE:  Objection.
17        A.    No.
18        Q.    Did you do anything to ascertain what
19   her external reputation was professionally?
20        A.    No, not that I recall.
21             MR. GAGE:  Objection.
22        Q.    Did you have any basis to compare Ms.
23   Rowe to Ms. Piazza?
24        A.    Aside from the publication as an
25   example, I don't recall.
```