```
 1                  - BENJAMIN WILSON -

 2   IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF NEW YORK
 3   -------------------------------------- X
     ULKU ROWE,
 4
                      Plaintiff,
 5
                              Case No.
 6                            19 Civ. 08655(LGS)(GWG)

 7                v.

 8   GOOGLE LLC,

 9                    Defendant.

10   -------------------------------------- X

11   DATE:  December 2, 2020

12   TIME:  10:21 a.m.

13

14            VIDEOTAPED VIDEOCONFERENCE DEPOSITION

15   OF BENJAMIN WILSON, held via Zoom, pursuant to

16   Notice, before Hope Menaker, a Shorthand Reporter

17   and Notary Public of the State of New York.

18

19

20

21

22

23

24

25
```

```
1                  - BENJAMIN WILSON -
2          A.    Yes.
3          Q.    Did the product management role
4    require an understanding of the challenges modern
5    enterprises faced with respect to scale, speed,
6    and user expectations?
7                MR. GAGE:  Objection.
8          A.    Yes.
9          Q.    When you moved into the product
10   management role, did your level change?
11         A.    No.
12         Q.    What is your current level?
13         A.    I am still an L 9.  My expectation is
14   if I move into the product management role
15   officially, I will be downgraded to an L 8.
16         Q.    So at this point in time, are you
17   functioning in a product management position or
18   are you functioning in the technical client lead
19   position?
20         A.    Product management.
21         Q.    And how long have you been
22   functioning in the product management position?
23         A.    Roughly six months.
24               I -- I do need to provide a
25   clarification to that.  I started the role in
```

```
1                  - BENJAMIN WILSON -
2    February, but for the first six months or so I was
3    doing project management work to solve an urgent
4    business problem; and then in I would say August,
5    mid-August, I started functioning in the product
6    management role, just so we're precise.
7         Q.    And so as of February, who did you
8    report to?
9         A.    Initially, well, Ros -- Roslyn
10   Litchfield.
11        Q.    And what is Ms. Litchfield's
12   position?
13        A.    Senior director of product
14   management.
15        Q.    And as of August, who did you report
16   to?
17        A.    Same person; Roslyn Litchfield.
18        Q.    And, currently, who do you report to?
19        A.    We just made an org change.  I'm now
20   reporting to Eric Watson.
21        Q.    And is Eric Watson also on the
22   product management ladder?
23        A.    Yes, he is.
24        Q.    And is there a reason why your ladder
25   hasn't changed product management?
```

1                    - BENJAMIN WILSON -

2                  MR. GAGE:  Objection.

3        A.      Inside Google moving to the product

4    management ladder requires lot -- lots of

5    evaluations.  It's stated that it's like -- it's

6    going through a brand-new interview like you were

7    a new employee -- rather or a non-Google employee

8    and you have to go through -- I've been asked to

9    go through a year of evaluation in the product

10   management role.

11       Q.      Have you been give -- given any

12   indication about whether you will move over to the

13   product management ladder?

14       A.      No, not yet.

15       Q.      Is it your understanding that your

16   role and responsibilities will continue as they

17   are presently are if and when you do move over to

18   the product management ladder?

19       A.      Yes.

20       Q.      And I think you may have testified

21   that your understanding is that if and when you

22   move over to the product management ladder, your

23   level at that time may change; is that right?

24       A.      Yes.  I would go from an L 9 to an

25   L 8 would be my expectation.