# Google

**Position Description: Technical Director, Office of the CTO (Google Cloud Platform)**
August 2016

---

**COMPANY OVERVIEW**

As our founders Larry Page and Sergey Brin wrote in the original Founders' Letter in 2004, Google is not a conventional company, and we don't intend to become one. We have built a lot of products that seemed crazy long ago, but that today have over a billion users, including Google Maps, Chrome, Android and YouTube.

True, we share attributes with the world's most successful organizations – a focus on innovation and smart business practices comes to mind – but even as we continue to grow, we're committed to retaining a small-company feel. And as Larry regularly reminds us, "we are still trying to do things other people think are crazy but we are super excited about." Visit What We Believe to find out more about us.

Googlers thrive in small, focused teams and high-energy environments, believe in the ability of technology to change the world, and are as passionate about their lives as they are about their work. We strive to maintain the open culture often associated with startups, in which everyone is a hands-on contributor and feels comfortable sharing ideas and opinions. In our weekly all-hands ("TGIF") meetings—not to mention over email or in the cafe—Googlers ask questions directly to Larry, Sergey and other execs about any number of company issues. Our offices and cafes are designed to encourage interactions between Googlers within and across teams, and to spark conversation about work as well as play.

On August 10, 2015 Google became a subsidiary of Alphabet and long-time Googler Sundar Pichai became our CEO.

**THE AREA: GOOGLE CLOUD PLATFORM**

A significant portion of the $1 trillion in global IT spending will move to the public cloud over the next few years. Google is well positioned to drive that transition with its leadership in cloud computing and distributed systems, analytics/machine learning and cloud service automation. Setting the agenda in open platform innovation, Google Cloud Platform enables our customers to maximize their agility while delivering new sources of revenue and increasing operational efficiency.

**ROLE & RESPONSIBILITIES**

Google recently established a CTO Office within the Cloud engineering organzation, and is building a team of the world's foremost experts on cloud computing, analytics and machine learning to work with global companies as trusted advisors and partners.  As a Technical Director within the CTO Office, you will establish deep relationships with top companies, provide independent advice and recommendations to the technical c-suite, and represent the technical voice of Google's Cloud Plaform in the market.  Success in the role is when top global companies list you as the most important relationship they have with Google.

The ideal candidate for this role is a recognized expert in cloud computing, analytics and/or machine learning.  You've been a CTO, SVP of Engineering or equivalent technical leader that has delivered significant business outcomes through cloud related innovation.  You know what it takes to design, scope and deliver complex applications and services, have experience with multiple software design methodologies, and have deep empathy for the challenges facing modern

EXHIBIT 5



enterprises related to scale, speed and user expectations. Our ideal candidate is creative, curious and a diligent problem solver. You know how to lead through influence and are willing to have an opinion regarding design and/or deployment considerations that focuses on what's best for the customer. As a Technical Director, your days may include private whiteboarding sessions with a F500 CTO, public evangelism for emerging technology as a keynote presenter, deep dives with internal engineering teams on the key use cases for a given a launch, and/or leading a cross-Google technical working team through a critical engagement with a global brand CIO. The candidate will be at home on stage, in the meeting room, or in private consultation as a trusted adviser, requiring superlative communication skills, patience and a commitment to follow through that inspires confidence.

Key responsibilities include:

- Partner closely with a few top global companies as their most trusted Google technical advisor
- Identify cloud related design/development/deployment friction points from the customers' perspective and rally teams to work through solutions
- Work with customers and partners to define joint initiatives and co-create their transformation roadmap
- Tell the Google innovation story and help translate it to actionable steps global companies can take towards adoption
- Collaborate across functional and product area boundaries to bring the best of Google to the customer

**SKILLS & EXPERIENCE REQUIREMENTS**

The ideal candidate will have the following characteristics:

- Extensive experience co-creating Cloud roadmaps with customers and/or vendors at the CIO, CTO, SVP of Engineering level
- Ability to work independently on behalf of customers with minimal guidance, rallying others within their own organization to surge on topics of highest interest
- Thought leader with a deep track record of accomplishment related to Cloud, Analytics and/or Machine Learning
- Demonstrated history sharing lessons learned with peers and internal stakeholders
- Team oriented leader who has leveraged organizational depth across functions for the benefit of transformation projects with clients and/or their own company
- Highly technical, with strong track record of applying technology to solve business problems.
- Exhibit Googley qualities, including innovative thinking, collaboration and comfort in solving ambiguous problems.

**LOCATION**  Mountain View, California ▬▬▬▬▬▬▬

P000437