12/1/2016                                        Application ID: 403226564

# Paul Strong

## L9   Technical Director, Office of the CTO, Google Cloud Platform

### New hire

| | |
|---|---|
| Internal job title | Distinguished Technical Solutions Consultant - 5578 |
| Cost center | GCP PM - 673 |
| Location | US-MTV-CL2 |

**Reporting chain**
Diane Greene > Brian Stevens > Will Grannis > Paul Strong

### Candidate summary

From recruiter Jenny Burdis and lead Ken Cox

- This candidate is an L9 Director Technical Solutions Consultant (TSC) for the Office of the CTO.
- Evren Eryurek was the first hire for OCTO and started 10/31/2016.
- Scott Penberthy was the the second hire for OCTO and will start 12/05/2016.
- The the TSC ladder is a new ladder that has been created with the following job codes:
5560 Principal Technical Solutions Consultant O 8 Level 8
5578 - O9 - Distinguished Technical Solutions Consultant O 9 Level 9

## Education

| SCHOOL | DEGREE | TENURE | GRADUATED | GPA |
|---|---|---|---|---|
| University of Manchester | Bachelor of Science, Physics | 2.7 years | Jun 1987 | |

## Work history

| COMPANY | POSITION | TENURE | WHEN |
|---|---|---|---|
| VMware | CTO, Global Field | 6.3 years | Aug 2010 - Now |
| Open Grid Forum | Acting Chairman of the Board of Directors, Secretary - Board of Directors | 3.9 years | Jan 2007 - Dec 2010 |
| eBay | Distinguished Research Scientist | 4.8 years | Nov 2005 - Aug 2010 |
| Sun Microsystems | Systems Engineer, Systems Architect | 8.6 years | Apr 1997 - Nov 2005 |
| Burns Open Systems | Senior Consultant | 5.1 years | Mar 1992 - Apr 1997 |
| SERCO Ltd | Software Engineer/Consultant | 2.9 years | Apr 1989 - Mar 1992 |
| Kratos Analytical | Software Engineer | 6 months | Oct 1988 - Apr 1989 |
| VG | Software Engineer | 1 year | Oct 1987 - Oct 1988 |

## Assessments

 Hiring Manager Statement of Support: Will Grannis

"I have reviewed the consistently strong interview panel feedback and highly recommend Paul Strong for hire in the role of Technical Director, Office of the CTO. Paul is the emerging CTO of VMWare, has a well developed balance of technical and business acumen, and is able to navigate conversations and relationships ranging from the CxO of a major brand to large audiences curious for thought leadership related to cloud. Based on his seniority at VMWare (top candidate for global CTO role), demonstrated strong history of Cloud thought leadership, name recognition in the market, and ability to engage effectively with the CxO of any large enterprise, I recommend Paul for hire at the L9 level. I have reviewed the feedback and triangulated with two external customers that Paul currently works with; they are very satisfied with his "presence" and leverage him, in some cases, as direct interface with boards of directors of large multinational enterprises. He is also a keynote presenter at the largest VMWare events globally. Based on this and my own interactions with Paul directly, I strongly recommend we proceed with hire."

CONFIDENTIAL
GOOG-ROWE-00061880

# Paul Strong



*REDACTED - PRIVACY*

Updated 28th June 2016

## *Summary*

Paul is a proven innovator, and a passionate visionary and industry leader.  With over 30 years of experience in architecting and implementing distributed systems solutions, Paul bridges the gap between the business and technology worlds, understanding customers' and end-users' business needs and designing innovative information technology solutions that address them, or provide new opportunities.  His compelling technology vision and strategy, and his ability to clearly articulate it, allow him to effectively lead technology organizations, and influence both product/solution teams and their customers.

## *Industry Leadership*

**2006 – 2010** Open Grid Forum (OGF) – Chair, and Secretary of Board of Directors

**2006 – 2010** Invited Expert

Invited expert for a number of European Commission projects focused on distributed computing (Challengers, NEXOF-RA etc.).
Invited international panelist for UK e-Science funding board

**2004 – 2005** Enterprise Grid Alliance (EGA) - Chair of the EGA Technical Steering Committee, and of Reference Model Working Group

## *Experience*

**2015 – Present** BASF Digital Advisory Board – The body advising the world's largest chemical company in its digital transformation

**2010 – Present** CTO, EMEA then CTO Global Field, VMware Inc., Palo Alto, CA

Responsible for a number of areas

· Connecting R&D with VMware's customers, partners and field, including technology vision and strategy outreach, keynotes, videos, blogs, analyst and press briefings and well as customer meetings.  My team runs a number of initiatives focused on driving C-level customer engagement, driving engagement across the R&D and field communities to ensure effective outbound communication and knowledge transfer and inbound input to drive greater innovation and customer relevance.
· Technology leadership – my team and I own the senior technologists program for R&D, i.e. the criteria and processes used to promote our most senior engineers, and I sponsor the equivalent for the field.  We also created and run a program for developing field individual contributors, including annual summits, regular training, job rotations and mentoring.  All designed to develop our individuals and teams, and to connect the company better with our customers and their needs.

Specific deliverables/responsibilities

· Developed scalable, VMware Field CTO program, including hiring CTOs for EMEA and Americas from scratch
· Developed, from scratch, very successful CTO Ambassador Program which connects field technologists more closely with R&D to drive more effective inbound feedback and insights, to improve products and ensure relevant innovation, and to drive effective outbound technical information flow and evangelism.  This also acts as a talent identification and development pipeline.
· Key member of leadership team driving core technology vision and messaging content for VMware
· Driver of a number of advanced development and market development efforts, including
  o High Performance Computing
  o Telco/Network Functions Virtualization

GOOG-ROWE-00061883

- Owner of VMware's standards and industry collaboration program
- Owner or co-owner of all of VMware's senior technologist career tracks, including
  - R&D Principal Engineering program/career track
  - Chief Technologist and CTO career track (developed from scratch)
  - Field Principal program/career track
- Developed cross VMware architecture community, and working groups to address key common services and interoperability issues.

**2013 – 2014** Interim Chief Technology Officer, VMware Inc., Palo Alto, CA

For 9 months was acting CTO for VMware.  Responsibilities in addition to those of CTO, Global Field:

- Member of VMware executive staff, managing a CTO office with 70+ people.
- Ran company-wide innovation, research and academic collaboration programs
- Ran a number of advanced development projects
- Owned R&D communications
- Owned R&D training/education
- Kicked off VMware IoT efforts

**2008 – 2010** Evostor – Advisor. An early virtualized storage solution for integration into VMware vSphere.

**2007 – 2010** PMC Sierra Enterprise Storage Advisory Board – The body that advised PMC Sierra as it went from zero (non-player) to market leader for RAID on Chip

**2005 - 2010** Distinguished Research Scientist, eBay Research Labs, eBay Inc., San Jose, CA.

- I was part of the broad technology leadership team at eBay, where I lead advanced research in Cloud management tooling and represented the company as a technology visionary.
- Lead platform/systems research at eBay, with a focus on the development of technologies that improved the efficiency of eBay's infrastructure and enabled business flexibility and agility.
- Responsible for cross functional/business unit Quality of Experience program, a series of activities intended to allow eBay to directly tie the quality of service delivered by its infrastructure to its customer experience and to improve both.  Lean six sigma techniques were used to drive this program.
- Based on the premise that the emphasis on managing distributed systems should be on the understanding and managing of relationships between infrastructure and application components, I lead a team that created a service that allows these relationships to be captured and queried, supporting many critical use cases, including fault diagnosis, ROI analysis and disaster recovery.  This service used various semantic web technologies (RDF etc.) to capture and infer relationships and for them to be queried by other applications and services using a standard query language, SPARQL.  The design of the service both leveraged and supported the development of the OGF Reference Model.  I also drove the implementation of an innovative, standards based Hadoop as a Service proof of concept that allowed Hadoop jobs to be submitted to multiple Hadoop clusters, both internal and running on external Clouds, using popular, standards based schedulers such as MS Win2k8 HPC Server, Platform LSF, GridEngine etc.  The user of the service did not need to know where their work is executed.  This was demonstrated at the SuperComputing conference approximately a year prior to Amazon releasing its Elastic Map Reduce service.
- I was also responsible for driving engagement with the wider technology community outside of eBay, to accelerate the development of technologies and standards for managing infrastructure and applications (e.g. chairing the Open Grid Forum), and is a regular keynote speaker and panelist at conferences discussing the challenges of managing at scale on the Internet.  I also provided mentoring and leadership within the eBay technology community.

**2002 - 2005** Systems Architect, N1 Marketing, <u>Sun Microsystems Inc.</u>, Menlo Park, CA.

- Architect responsible for the vision and direction of N1 and Grid technologies.
- Technology evangelist both inside and outside of Sun, speaking/keynoting at a range of events worldwide, and focused on enabling executives to understand transformative technologies and the opportunities they afford.
- Key contributor and a leader within the various standards bodies associated with enterprise grid and data center automation – Enterprise Grid Alliance, DMTF.
- Co-authored the Sun Blueprint - <u>"Building N1 Grid Solutions"</u> (2004)
- Chair of the <u>Enterprise Grid Alliance</u> (EGA) technical steering committee (2005)
- Created and led the N1 Aces, a global group of field specialists in N1 data center automation products.
- Chair of the EGA <u>Reference Model Working Group</u> (2004-2005) and editor/co-author of the EGA Reference Model.

GOOG-ROWE-00061884

- Member of the DMTF Utility Computing Working Group.

**1999 - 2002** Systems Architect, Solaris Software Marketing, Sun Microsystems Inc., Menlo Park, CA.

- Responsible for vision and direction for resource management and availability.
- Main evangelist (internal and external) for Sun Cluster 3 at its launch in 2000.
- Creator of the Solaris Container concept and strategy (2000) including the Container Manager.
- Provided resource management leadership and vision to the Sun marketing and field technical communities.
- Technology evangelist both inside and outside of Sun.
- Speaker at numerous Sun customer events and conferences all over the world as well as at Sun's executive briefing center.
- Worked as part of the original cross functional N1 project team from its inception.
- Lead customer (CXO and high level business) requirements gathering and analysis, as well as participating in service and operations model groups within the N1 project.
- Co-author and editor of Sun's internal availability glossary and taxonomy.

**1997 - 1999** Systems Engineer, Sun Microsystems UK Ltd., Sale, Cheshire, UK

- Technical account manager responsible for delivering solutions to a number of leading UK companies and government agencies.
- Operating systems and network ambassador/specialist.
- Recognized as workload management and Solaris Resource Manager field expert prior to, and following product release.
- Author of a number of internal papers on resource and workload management including various competitive analyses and a strategy document on the future of workload management at Sun.
- Key presenter throughout Europe for Sun's future systems vision.
- Contributed (non-credited) a chapter to the Sun Blueprints book - Resource Management (1999)

**1992 - 1997** Senior Consultant and Software Architect, Burns Open Systems Ltd., Altrincham, Cheshire, UK

- Electronic commerce software and consultancy business.
- Designed and built an electronic commerce communications suite which formed the basis of most of the company's products and solutions.
- Architected and then oversaw complete electronic commerce implementations at a number of large national and international corporations.
- Fluent in a number of open and proprietary communications standards/protocols - APPC/LU6.2, OFTP, X.25, X400, TCP/IP
- Responsible for the company network and server infrastructure - including various UNIX, Netware and Windows servers and all desktops.

**1989 - 1992** Software Engineer/Team Lead/Project Manager/Architect, Serco Systems Ltd, Northwich, Cheshire, UK

- Designed, implemented and deployed custom, distributed, real-time traffic monitoring solution for a major highway project.
- Part time systems/network administrator for DEC VAX, PDP11 computers, plus desktop PCs running Windows, QNX and SCO Unix.
- Technologies – C, VMS, RSX-11M Plus, QNX, SCO UNIX, DEC VAX, DEC PDP11, PC, embedded 80186 based systems

**1988 - 1989** Software Engineer, Kratos Analytical, Old Trafford, Manchester, UK

- Lead the design and implementation of real time data acquisition and analysis software for mass spectrometers
- Technologies - C and various assembly languages, VMEBus, pSOS, SunOS, Sun Workstations

**1987 - 1988** Software Engineer, VG Elemental, Winsford, Cheshire, UK

- Lead a small team that designed, implemented and supported real time data acquisition and analysis software for mass spectrometers.
- Technologies - Modula-2, IEEE 488 interface, IBM PC

**1984 - 1985** Software Engineer, RARDE (UK Ministry of Defence), Sevenoaks, Kent, UK

- MoD establishment for research and development of future military and defense technologies.

GOOG-ROWE-00061885

- Used formal design (JSP) tools to write data reduction software.
- Part of a team responsible for the design and implementation of map and battlefield symbology display – similar to Google Maps
- Developed tiling algorithms to allow the display of maps built up from sets of individual files.
- Technologies - JSP/JSD, Pascal, Apple QuickDraw, DCL, DEC VAX, Apple Mac/Lisa

## *Education and Training*

**1984 - 1987** The University of Manchester, Manchester, UK

Graduated with BSc(Hons) in Physics

CONFIDENTIAL