1/26/2017                                                                              Application ID: 410093902

# Jonathan Donaldson

**L9**  Technical Director, Office of the CTO, Google Cloud Platform

## New hire

| | |
|---|---|
| Internal job title | Distinguished Technical Solutions Consultant - 5578 |
| Cost center | GCP PM - 673 |
| Location | US-SEA-PKV |

**Reporting chain**
Diane Greene > Brian Stevens > <u>Will Grannis</u> > Jonathan Donaldson

## Candidate summary

**From recruiter Jenny Burdis and lead Ken Cox**

- This candidate is an L9 Director Technical Solutions Consultant (TSC) for the Office of the CTO.
- The the TSC ladder is a new ladder that has been created with the following job codes:
5560 Principal Technical Solutions Consultant O 8 Level 8
5578 Distinguished Technical Solutions Consultant O 9 Level 9

## Education

| SCHOOL | DEGREE | TENURE | GRADUATED | GPA |
|---|---|---|---|---|
| Stanford Graduate School of Business | Other, Executive Program in Strategy and Organization | 11 months | Dec 2016 | |
| Ohio State University | Masters of Science, Communications and CIS | 5.7 years | No | |

 ███████████████████████████████████████████████████████████████

## Work history

| COMPANY | POSITION | TENURE | WHEN |
|---|---|---|---|
| Cloud Native Compute Foundation | Member, Board of Directors | 12 months | Jan 2016 - Now |
| Intel | VP, Data Center Group & GM, Software Defined Infrastructure | 3.2 years | Oct 2013 - Now |
| VCE | Sr. Director, Engineering | 3.3 years | Jul 2010 - Oct 2013 |
| EMC | Director, Solutions Engineering | 5 months | Feb 2010 - Jul 2010 |
| NetApp | Sr. Manager, Infrastructure and Cloud | 1.5 years | Aug 2008 - Feb 2010 |
| Cisco Systems, Inc. | Sr. Manager, Engineering and Marketing | 10.6 years | Jan 1998 - Aug 2008 |
| Cabletron Systems | Systems Engineer | 3 years | Jan 1995 - Jan 1998 |

## Assessments

 **Hiring Manager Statement of Support: Will Grannis**

"I have reviewed the feedback for Jonathan and strongly endorse his hire into the CTO Office at the L9 level. There were two "Lean Hire" ratings, two "Hire" ratings and two "Strong Hire" ratings. The first "Lean Hire" rating was based on the following feedback: "would be swayed more by how the technical interviews went". The two technical focused interviewers assigned "Strong Hire" ratings, which should clear this feedback. The second "Lean Hire" rating was based on the following feedback: "my only small reservation was around referencing [an individual] but that individual didn't have much of an opinion when I followed up". This wasn't negative feedback from a reference, rather the reference made the following statement: "it's been a while and I really can't say much". So based on the strong feedback from that interviewer minus that one small comment, and the fact that the reference wasn't a negative reference, I consider this feedback insufficient to create a concern."

## Interviews

# Jonathan Donaldson

Vice President, Data Center Group
GM, Software Defined Infrastructure
Intel Corporation

**Phone:**
**Address:** REDACTED - PRIVACY
**Email:**

Dynamic technology leader highly effective at bringing new concepts, services, and products to market. Builds and retains high-performance teams by attracting, hiring, and motivating skilled professionals. Unique blend of technologist, innovator, communicator, and leader. Able to develop board level business strategy, lead detailed engineering discussions, and drive sales with customers. Broad experience across large companies, joint ventures, and startups.

*EXPERIENCE*

### Intel Corporation
*OCTOBER 2013 - PRESENT*

**VP, Data Center Group & GM, Software Defined Infrastructure**
Leading a strategic cross company effort to drive ecosystem efforts in Software Defined Infrastructure, data center intelligent orchestration, and leading edge technologies. Managing a 200+ person team of highly skilled developers and operators to create innovation in advanced schedulers such as Kubernetes and Apache Mesos, as well as full Private Cloud Stacks (OpenStack, VMware, and Microsoft) Co-founder of Open Container Initiative and Cloud Native Compute Foundation. Responsible for over $500M+ in annual revenue

### Cloud Native Compute Foundation
*JANUARY 2016 - PRESENT*

**Member, Board of Directors**
Co-founder and Member of the Cloud Native Compute Foundation, cncf.io

### VCE
*JULY 2010 - OCTOBER 2013*

**Sr. Director, Engineering**
One of the founders of VCE,  Lead engineering team to define and develop requirements for the Vblock Converged Infrastructure Platform, Software Defined Data Centers, Networks, and Storage. Helped customers utilize these technologies with applications such as Oracle, Microsoft, Hadoop. Heavy focus on automation, orchestration, security, process management, and customer requirements. Drove revenue from $0 to over $1.3B.

### EMC
*FEBRUARY 2010 - JANUARY 2011*

**Director, Solutions Engineering**
Joined EMC to drive the V + C + E reference architecture into Service Providers, Service Integrators, and Federal government. Brought over into VCE to lead engineering efforts for SP/SI/Federal, and Vertical customers.

### NetApp
*AUGUST 2008 - FEBRUARY 2010*

**Sr. Manager, Infrastructure and Cloud**
Lead team of Technical Engineers focused on developing cloud and Infrastructure as a service (IaaS) architectures for customers and partners. Helped create the FlexPod/Secure Multi-tenancy reference architecture and strategy with Cisco and VMWare around private, public, and hybrid clouds.

### Cisco Systems, Inc.
*JANUARY 1998 - AUGUST 2008*

**Sr. Manager, Engineering and Marketing**
Lead team of Technical Marketing Engineers focused on developing Enterprise Architectures for the Data Center, Branch, WAN, and Campus. Worked closely with large enterprise customers, business units, and field sales to develop repeatable network and service architectures that solve customer problems.
Developed a go-to-market plan for solutions delivery that returned 500+ mil in sales.
Engineer and Manager for two Cisco spin-outs, Andiamo, and Linksys One. Started as a Federal Systems Engineer delivering pre- and post-sales support for the US Army, Navy, Air Force, Marines, State Department and various other government agencies located in EMEA.

**Cabletron Systems**  *JANUARY 1995 - JANUARY 1998*

Systems Engineer

Helped design and install first deployment of RoadRunner, Time Warner's ISP. Became Cabletron's first Federal SE in Europe, covering all of EMEA where I provided pre- and post-sales support for the US Army, Navy, Air Force, Marines, State Department and various other government agencies

*SKILLS*  Cloud Computing, Security, Data Center, Virtualization, VMware, Storage, High Availability, Disaster Recovery, Unified Communications, Network Architecture and Security, NetApp, VMware Infrastructure, SaaS, Solution Architecture, Enterprise Architecture, Enterprise Software, Product Management, WAN, Team Leadership, Strategy, Linux, TCP/IP, Distributed Systems