12/19/2016                                                                                               Application ID: 409798232

# Ben Wilson

## L9   Technical Director, Office of the CTO, Google Cloud Platform

### New hire

| | |
|---|---|
| Internal job title | Distinguished Technical Solutions Consultant - 5578 |
| Cost center | GCP PM - 673 |
| Location | US-REMOTE-TX |

**Reporting chain**
Diane Greene > Brian Stevens > Will Grannis > Ben Wilson

### Candidate summary

**From recruiter Jenny Burdis and lead Ken Cox**

- This candidate is an L9 Director Technical Solutions Consultant (TSC) for the Office of the CTO.
- The the TSC ladder is a new ladder that has been created with the following job codes:
5560 Principal Technical Solutions Consultant O 8 Level 8
5566 Distinguished Technical Solutions Consultant O 9 Level 9

## Education

| SCHOOL | DEGREE | TENURE | GRADUATED | GPA |
|---|---|---|---|---|
| Lindenwood University | Master of Business Administration, Master of Business Administration | 1.7 years | May 2000 | |
| Arizona State University | Bachelor of Science, Materials Management & Supply Chain | 3.8 years | May 1991 | |

## Work history

| COMPANY | POSITION | TENURE | WHEN |
|---|---|---|---|
| P2 Energy Solutions | CTO | 5 months | May 2016 - Oct 2016 |
| GE Oil and Gas | CTO - GE Cloud Leader | 3.2 years | Feb 2013 - Apr 2016 |
| Siemens Energy Sector | Business Transformation Executive | 5 months | Sep 2012 - Feb 2013 |
| BG Group | CIO & Global Head of Trading IT Operations | 1 year | Sep 2011 - Sep 2012 |
| Siemens Energy Sector | CIO & Business Transformation Executive | 6.4 years | Apr 2005 - Sep 2011 |
| IBM | Associate Partner | 7.5 years | Oct 1997 - Apr 2005 |
| Ernst & Young | Engagement Manager | 2.4 years | May 1995 - Oct 1997 |
| IBM | Technical Project Manager | 4 years | May 1991 - May 1995 |

 Siemens Energy Sector - Business Transformation Executive: Ben worked as a contractor for Siemens Energy Sector in between BG and GE. This was down to the fact that the American arm of BG was closing and Ben was asked to move to the UK, as he didn't want to relocate to the UK he was heavily involved in transitioning BG's business over to Europe before he then contracted at Siemens for a short while prior to starting his full time role at GE.

## Assessments

 Hiring Manager Statement of Support: Will Grannis
"I've reviewed the interview results for Ben Wilson, and given my first hand experience meeting with the candidate twice and the strong, consistent Hire recommendations from all panel members (including two Eng/Product VPs and three directors who deal with our largest customers and prospects routinely), I strongly support Ben Wilson for hire in the Office of the CTO. Given his strong leadership track record as a CIO at Siemens, CTO at GE, and depth of first hand experience moving thousands of applications to the public cloud in Oil and Gas and Industrial verticals, I recommend we hire Ben as an L9."

# BENJAMIN T. WILSON, PMP, CPM

*REDACTED - PRIVACY*

### Chief Technology Officer
**Turn-around – High Growth – Culture Leader**

Successful C-Level executive with a consistent record of leadership, entrepreneurial spirit, technology vision and business acumen that has been instrumental in driving revenue generating organizational goals and energizing enterprises to optimize for growth and performance.

| | | |
|---|---|---|
| Supported 100,000 users | Managed 400+ sites in 100+ countries | Proven P&L management |
| Security & Risk operations | Strong SCM, CRM, PLM experience | Executive relationship builder |
| Commercial SW development | AWS, SAP, Oracle, Siemens PLM | Transformation leader |

## PROFESSIONAL EXPERIENCE

General Electric, Oil & Gas – O&G OEM equipment manufacture - $25B in sales, 45,000 employees, 100 countries    2013 - 2016
  **Chief Technology Officer** –Commercial SW development & Global IT.   Responsibilities:
- Global cloud leader for the General Electric Corporation ($400M Project budget)
    - Integrated Amazon Web Services (AWS) into GE's network and operations across North America & Europe.
    - Defined, negotiated and implemented technical colo, network & VPC strategy differentiated for each GE Business.
    - Negotiated and implemented the public, private and hybrid strategy and roadmap for the GE Corporation.
    - Changed the approach of the entire team to an agile approach to deliver 20 services for consumption in AWS, and Azure compute clouds and built out a product management organization to support it.
    - Created an internal "Bot Army" team that eliminated 20 complex workflows.
    - Moved 1,000 applications to AWS across GE.  600 of the apps were from Oil & Gas.
- Commercial SW development (P&L Responsibility)
    - Co-created a commercial SW organization that generated $50M in orders in the first 18 months.
    - Created a clear go to market strategy with services organization that drove $4 in service revenue for every $1 in SW revenue.  Forward looking forecast is a 20% YoY increase based on current CSA outlook.
    - Managed a team of Technical Product Managers (TPM's) & Engineers that designed, developed, deployed and managed cloud based customer facing industrial applications.
- Global applications & infrastructure ($400M base cost budget & $200M project budget)
    - Post $15B in acquisitions & divestitures defined and implemented a clear modern strategy that integrated engineering, manufacturing, field service and sales together that drove a 18% improvement in OTD and an improvement in cash flow of 15%.
    - Built a business / technical team & culture that drove agile, sprint based approaches that delivered 30% reduction in down time while driving out more than $22M in costs.
    - Managed a direct staff of 700 that supported 500 sites, 80,000 users and $25B in sales.
    - Rationalized 20 Data Centers and 200 data rooms across the globe resulting in $20M in savings and SLA improvement of 40%.
    - Launched a program that moved 200 applications to AWS resulting in elimination of $50M in technical debt, 75% SLA improvement and $15M in savings.
- Global security & risk operations
    - Hired a world class CISO and security team that secured GE O&G.
    - Member of the global GE security council that reports to the Chairman & CEO of GE.
    - Instituted an internal data protection initiative that protected 56 crown jewels and 100 critical applications, modernized more than 100 DMZ's and implemented global encryption and multi-factor authentication.
    - Implemented advanced analytics that monitored user and application behaviors.
    - Implemented Red / Blue Team and response team for all external threat notifications.

BG Group, Houston, TX USA – FTSE 10 E&P Oil Company, 6,000 employees, 680,000 BOE per day        2011– 2012
  **CIO and Head of Global IT Applications and Infrastructure –** responsible for transforming the operations of global infrastructure, global applications and asset based IT across more than 28 locations.
- Company experiencing significant IT outages across Enterprise and Operational Technology systems impacting trading & production operations.
- Took over multiple failing organizations and outsourcing agreements that were not meeting their SLA's:
  - Insourced 30% of services which reduced downtime by 70% for top tier services including trading.
  - Worked with outsourcer to improve services that resulted in them meeting all SLA's globally.
  - Hired select leaders and realigned organization to reengineer operations that resulted in 30% reduction in tickets and a 40% improvement in project delivery and quality.
- Deployed an IT service catalog and pricing for all IT services on a unit price basis which allowed for a Bill of IT and clear alignment of both IT and Operational Technology (OT) costs across 4 continents for both legacy and new E&P programs.
- Implemented new ITSM / CMDB tool set that allowed for more seamless integration of own staff and outsource providers.
- Deployed an OT network across 2,000 wells, 540 km pipeline 140 MW power station and 2 train LNG facility that produces 250,000 boed.

Siemens Energy, Orlando, FL USA - $35B in sales, 65,000 employees, 180 countries        2005 – 2011
  **CIO and Business Transformation Executive (Dual Role for 3 years)** (P&L Responsibility for 1 plant)
- Business Transformation Executive Role (Reporting to CEO) – Turned around a 1/4 billion Euro Manufacturing, Supply Chain and Finance program that reengineered 35 manufacturing facilities worldwide.
  - Requested by CEO to co-manage $1B Gas Turbine manufacturing facility for one year while a transformation was being executed.
  - Implemented global configuration, s/n, p/n data warehouse that eliminated 170 processes and saved €12M.
  - Improved on-time delivery by 11% across all manufacturing plants resulting in €19M.
  - Implemented a global supplier portal that regularly managed 1,000,000 interactions improving customer satisfaction scores by 40%.
  - Increased standard designs by 70% that allowed for product standardization and product cost reduction of $9M.
  - Implemented transparent cost analysis for all products through a "Unit Configuration Management" concept that allowed for rigorous analysis of each product produced.
  - Reduced material spend by 10% through MFG purchasing consolidation, reorganization and prioritization inside procurement resulting in €7M.
- CIO (Reporting to CEO) – Created a high performing IT team from 6 divisions that were merged together. (€600M budget)
  - Implemented a SAP roadmap program that eliminated 14 of 18 instances of SAP and improved system performance, eliminated 100% of SAP system outages and implemented 7 x 24 service operations.
  - Deployed a consistent set of IT tools across all systems that included CMDB, IT Service Desk, Monitoring and Automation that eliminated 50 tools and reduced their costs by 35%.
  - Executed an application reduction program that eliminated 250 of 800 apps which simplified business and IT operations and drove out €18M in costs.
  - Defined and implemented PLM Team Center project across 14 engineering organizations which resulted in a HC reduction of 14% and improvement of engineering OTD of 35%.
  - Managed more than 30 acquisitions and divestitures from an IT perspective.
- Shared service program executive (Temporary assignment – 11 months) (€35M Project Budget)
  - Global Siemens shared service initiative executive for supply chain, real estate and IT.
  - Integrated 100+ teams into coherent operating entities that eventually drove out €250M in costs with in the first 3 years.

IBM/PricewaterhouseCoopers, Houston, TX – Professional services firm (Full P&L Responsibility)        1997 – 2005
  **Partner/SAP Supply Chain Practice Director** – Aggressively recruited by senior partner to play critical role in building and growing SAP Supply Chain practice that was experiencing plummeting sales.  Sample responsibilities include:
- eFullfillment Managing Partner - $50M P&L responsibility, managing sales and delivery teams
  - Presented to the Americas Partner leadership team to create a new global practice – eFullfillment.
  - Defined and developed a complete consulting practice in PwC that generated $25M in sales the first year and $45M in the second year with a 25% - 35% margin rate.
  - Managed consulting team of 125 staff executing 40 projects across the globe.

- - Promoted to Partner based on the results of this effort.
- Avaya Global Communications Projects: $40M engagement Implemented global SCM, Sales, Field Service and Financial reengineering program:
  - Implemented a web based configuration and ordering toolset that increased sales by 18% in the first 9 months.
  - Implemented global call center that improved customer satisfaction & engagement by 11% in the first 3 months.
  - Implemented global field service operations center and toolset that reduced inventory by 18% and field service dispatch performance by 40%.
  - Executed a supply chain reengineering program for 3 global manufacturing plants that reduced cycle time and value chain inventory (Supplier and Avaya).
- European PricewaterhouseCoopers Project: At request of board of partners, took over leadership of troubled $50+ million internal SAP implementation for 15 European countries.
  - Defined and implemented a turnaround plan
  - Functions included multi-country balance sheet; constructing multi-country and multi-currency electronic payment system; developing inter-company/multi-country billing and payment; and configuring a project-tracking T&E system and deployment strategy.
  - Cut billing cycle time 70% and expense reimbursement cycle 75%.
  - Reduced outstanding $10 million AR by five days, field service inventory 35%, and forecasting variance 25%.
  - Increased sales funnel tracking to 98%.
- High Tech Manufacture: Appointed as program director for account focusing on expanding international business.
  - Implemented global OEM manufacturing process with SAP.
  - Structured "IT agreements" and technology engagements with OEM's.
  - Implemented co-sourcing models.
  - Increased order accuracy by 65% and reduced delivery cycle time by 25%.
  - Increased footprint of PwC to over $25 million annually and met or exceeded all EBIT targets.
- High Tech Manufacture: Converted multiple acquisitions to parent companies processes and systems
  - Converted acquisition to parent OEM and SCM processes.
  - Implemented an outsource build process which eliminated all finished goods inventory.
  - Implemented new inventory and replenishment processes.
  - Impacted 1,200 users, 500,000 p/n and reduced raw material inventory.

Ernst & Young LLP, USA, St. Louis, MO – Professional services firm                                           1995 – 1997
    **Engagement Manager (1995 – 1997)**

- Directed multiple regional project teams implementing new business processes related to acquisition and maintenance of oil fields.
- Turned around troubled, large-scale JV & Land Management implementation project for Phillips Petroleum;
  - Quickly implemented robust PM methods and completed stakeholder engagement/management, requirements definition, and management processes.
  - Saved over $6 million annually by increasing JV allocation from under 80% to over 95%.

---

**EDUCATION, CERTIFICATIONS, ADVISORY BOARDS & other notations**

**Masters of Business Administration**, Lindenwood University, St. Louis, MO
**Bachelor of Science**, Materials Management, Arizona State University, Tempe AZ
**Member of the Samsung Executive Advisory Board, 2013 - 2016**
**Member of the Board of Advisors to Qukku (Start-up), 2012 – Current**
**Member of the Board of Advisors to Hatch Pitch (SXSW start up pitch competition), 2013 - Current**
**Top Secret Clearance,** United States Government (Not current)
**Project Management Professional (PMP)**: Project Management Institute, 2000
**Certified Purchasing Manager (CPM)**: Institute for Supply Management, 1995

CONFIDENTIAL                                                                                                                                GOOG-ROWE-00062219