# Ulku Rowe

## L8  Technical Director, Office of the CTO, Google Cloud Platform

### New hire

| | |
|---|---|
| Internal job title | Principal Technical Solutions Consultant - 5560 |
| Cost center | GCP PM - 673 |
| Location | US-NYC-9TH |

**Reporting chain**
Diane Greene > Brian Stevens > Will Grannis > Ulku Rowe

### Candidate summary

From recruiter Jenny Burdis and lead Ken Cox

- This candidate is an L8 Principal Technical Solutions Consultant (TSC) for the Office of the CTO.
- Evren Eryurek was the first hire for OCTO and started 10/31/2016.
- Scott Penberthy was the the second hire for OCTO and will start 12/05/2016.
- The the TSC ladder is a new ladder that has been created with the following job codes:
5560 Principal Technical Solutions Consultant O 8 Level 8
5566 Director, Technical Solutions Consultant (temp job code 5566) O 9 Level 9

## Education

| SCHOOL | DEGREE | TENURE | GRADUATED | GPA |
|---|---|---|---|---|
| University of Illinois at Urbana–Champaign | Masters, Computer Science | 1.8 years | May 1997 | |
| Boğaziçi University | Bachelors, Computer Engineering | 3.8 years | Jul 1994 | |

## Work history

| COMPANY | POSITION | TENURE | WHEN |
|---|---|---|---|
| J.P. Morgan | Managing Director | 4.1 years | Sep 2012 - Now |
| Bank of America Merrill Lynch | Managing Director | 2.8 years | Aug 2009 - Jun 2012 |
| UBS | Executive Director, Director, Associate Director/Developer | 11.2 years | Jun 1998 - Aug 2009 |
| Swiss Bank Corporation | Associate Director/Developer | 1 year | Jun 1997 - Jun 1998 |

## Assessments



Hiring Manager Statement of Support: Will Grannis

"Based on the positive, consistent feedback from the panel, the criticality of financial services as a vertical for Google Cloud, and the candidate's clear demonstration of readiness to make an immediate impact as an L-8, I enthusiastically endorse the hire recommendation."

## Interviews

Technical Director, Office of the CTO, Google Cloud Platform
Average 3.3

| | | | | |
|---|---|---|---|---|
| 3.2 | Eric Brewer<br>Vice President, 24 interviews | Onsite | Nov 1, 2016 | |
| 3.4 | Jason Martin<br>Director, 19 interviews | Onsite | Oct 31, 2016 | |

# ULKU ROWE

**PROFESSIONAL EXPERIENCE**

Sep 2012  -  Present:     **Managing Director, J.P. Morgan – New York, NY**
                          **Head of Credit Risk, Model Risk, Reputation Risk, Fiduciary Risk, Data Quality Technology**

   **Credit Risk Technology**
   - Responsible for the global technology platforms for managing the firm's credit risk and capital across all lines of businesses in the Corporate and Investment Bank, Asset Management, and Commercial Bank.
   - Directly face off to the Chief Credit Risk Officer
   - Oversee 400+ headcount in NY, Houston and Asia and $80M budget.
   - Ensure regulatory compliance with Basel, Dodd-Frank, and all local regulations globally.
   - Built an integrated credit risk platform that supports all credit risk functions and rolled out to 10,000 users across the globe, decommissioning legacy platforms
   - Replaced legacy reporting warehouse and business intelligence platforms, with new self-service reporting tools and analytics solutions.
   - Integrated credit risk systems with trading, execution and clearing platforms

   **Model Risk, Reputation Risk and Fiduciary Risk Technology**
   - Built the Firm's enterprise model risk tool, which houses the model inventory across J.P. Morgan Chase, and enables model governance through model approval, attestation and reviews.
   - Building the Firm's Reputation Risk and Fiduciary Risk platforms.

   **Data Quality**
   - Building tools for measuring, reporting and improving data quality across Risk and Finance
   - Directly face off to the firm's Chief Data Officer

Aug 2009  -  Jun 2012:    **Managing Director, Bank of America Merrill Lynch – New York, NY**
                          **Market Risk Technology**

   - Global head of Market Risk & Issuer Risk Technology
   - Responsible for the market risk technology stack, including the market risk warehouse, market data, VAR engine, stress testing, back testing, limits management, market risk and issuer risk reporting systems, across all products and business lines of the investment bank
   - Directly face off to the Global Head of Market Risk and Counterparty Credit Risk
   - Oversee 250+ headcount in NY, Ldn and Asia and $50M budget
   - Lead complete re-engineering of the legacy systems to enable on-demand cross product market risk reporting and position level VAR
   - Built issuer risk management capabilities into the market risk platform. Decommissioned the legacy issuer risk platform.
   - Enabled the firm to obtain regulatory approvals for its internal VAR model for specific risk and Basel 2.5 compliance.

Sep 2008  -  Aug 2009:    **Executive Director, UBS – New York, NY**
                          **SNB StabFund IT**

   - Head of IT for the Swiss National Bank (SNB) Fund, a special purpose vehicle set up by the Swiss National Bank to take over illiquid and other assets from UBS's balance sheet following the 2008 financial crisis
   - Set up the Fund's IT infrastructure. Oversaw all technology including trade capture, risk, pnl and settlements with special emphasis on pricing of illiquid assets
   - Transferred $39 billion in assets to the Fund. The portfolio primarily consisted of securities, loans and derivatives linked to residential and commercial mortgages in the US, Europe and Japan, as well as other asset-backed securities

May 2007 - Sep 2008: **Executive Director, UBS – New York, NY**
**Principal Finance IT / Structured Credit IT / Muni Trading IT**

- Responsible for systems supporting Principal Finance (Prop Trading), Structured Credit/Correlation, Retail and Institutional Muni Trading, Student Loans and Auction Rates Securities trading businesses in New York, Stamford, London and Tokyo
- Manage team of 50 developers, reporting to Global Head of Fixed Income IT
- In 2007, responsible for re-integration of Dillon Read Capital Management into the Investment Bank. Re-integrated all IT systems and staff. Transferred over $30 billion worth of assets, mainly in credit, mortgages, equities and rates products.

Feb 2005 - May 2007: **Executive Director, UBS – New York, NY**
**Dillon Read Capital Management (DRCM)**

- Responsible for pricing and risk technology for DRCM, UBS's hedge fund unit, comprised of the former Prop Trading and Mortgage Trading desks within UBS. DRCM was a global business with over 100 traders globally and $5 billion under management.
- Built a bond trading system for government, corporate and asset backed securities. Extended the mortgage analytics system to support CDS/TRS on ABS and ABX/CMBX. Enhanced the market risk system to support issuer risk and VAR margining. Built a margin tool for the Treasury desk, implementing deal-by-deal and portfolio margining methodologies across all prime brokers and asset classes

Jul 2003 - Feb 2005: **Director, UBS – New York, NY**
**Head of Fixed Income Risk Reporting IT**

- Responsible for the front-office market risk reporting platform globally
- Built centralized risk and reference data warehouse. Created risk reporting platform with position level drill-down and historical data. Moved Principal Finance and Mortgage businesses to the new platform enabling T+1 reporting
- Built a risk platform for synthetic-CDOs

Mar 2001 - Jul 2003: **Director, UBS - Stamford, CT**
**North America Regional Manager of Interest Rate Derivatives IT**

- Managed local development team building components that are part of the global Interest Rate Derivatives IT technology platform and delivering local solutions for the North American business

Jun 1998 - Mar 2001: **Associate Director/Developer, UBS – London, UK**
**Interest Rate Derivatives IT**

- Moved to London to start a London development team for Interest Rate Derivatives Technology.
- Built straight-through-trading capabilities into the Settlements, Confirmations and Credit Checking systems.

Jun 1997 - Jun 1998: **Associate Director/Developer, Swiss Bank Corporation – Chicago, IL**
**Interest Rate Derivatives IT**

- Objective-C developer on the NeXTStep/Sybase-based interest rate derivatives trading system.

**EDUCATION**

Aug 1995 - May 1997:  University of Illinois at Urbana Champaign
MS in Computer Science
*Fulbright Scholar*
*Research Assistant at the NCSA, National Center for Supercomputing Applications*

Sep 1990 - Jul 1994 :  Bogazici University, Istanbul, Turkey
BS in Computer Engineering

CONFIDENTIAL                                                                                                                                          GOOG-ROWE-00019101.R

creativity, and humor that distinguishes the best Googlers. A fantastic fit for Google.

**Notes**

| | |
|---|---|
| **Person** | Johnie Lee (johnie) - Senior Software Engineer |
| **Requested** | Mar 26, 2013 |
| **Received** | Mar 26, 2013 12:06 PM (PDT) |

**How long have you known this person?**

1-2 years

**How well do you know this person's work?**

Not very well (know the person in name only, saw him/her very rarely, never observed his/her work)

**Notes**

## Interview Feedback

Technical Director, Office of the CTO, Google Cloud Platform



Eric Brewer (ebrewer) - Vice President

24 total interviews | 22 onsite interviews

Nov 1, 2016 9:30 AM (PDT) - onsite
Nov 8, 2016 11:31 AM (PST) - feedback received

**3.2**

We should hire.

She is a bit more junior than the other candidates I have interviewed, which is the only reason for a slightly lower (but still very good) rating.  She has experience mostly with one team in one part of the industry and has not done as much on the leadership side because of this.

Conversely, she is more aware of the details and a little closer to the code and the everyday issues.

I think she would be an excellent addition.

business would be a more accurate prediction of the credit worthiness of an application. And there are many more types of physically inspected documents that she believes could be handled in a (mostly) automated fashion. There are simply problems and questions they don't even attempt to tackle today, because it's unreasonable to expect humans to do so. Her firm has piles of them, and she believes they exist all across the industry.

Unfortunately, doing so is tough for her business (and likely for customers we'd interact with). They don't have the ability to just grab 10 boxes for doing TensorFlow or SparkML training. They don't even have a sub-sampled test dataset to try things out on. Generally speaking, it's a real challenge to get financial firms to think like technology companies, but she's starting to see it as CEOs are starting to talk about Machine Learning, Big Data, and more as the keys to the future in Finance.

3. Why come to Google?

Here Ulku was quite direct: she wasn't looking, and normally wouldn't answer a recruiter's call. But she said that of any company out there, she really respects Google's impact on the world and on technology specifically. She loves what she hears about our culture. She even loves the NYC office. More directly though, she's also very bullish on cloud and how it can help transform companies. She sees finance as being stuck in a bit of a regulatory rut ("drowning in bodies just dealing with regulation"), while cloud is potentially very exciting.



Brian Stevens
(stevensb) - Vice President

76 total interviews | 23 phone interviews

Sep 23, 2016 2:00 PM (PDT) - phone
Sep 25, 2016 12:44 PM (PDT) - feedback received

0.0  Smart, energetic and would be a good cultural fit. I recommend a full panel but we'd need to test to understand what level(s) she can pair off to. Unclear whether she's a trusted advisor to the CxO.

Interview questions asked

Initial 30m screening.

Rated for: L8+ Hires, Level 8-9, for people manager

Interview notes

CONFIDENTIAL
GOOG-ROWE-00019114.R

Very high energy and charismatic. She's had a number of efforts merging platforms due to mergers or consolidating efforts. Seems strong in guiding decisions at this level. Solid understanding or subset of investment banking workloads (options pricing) and their infra dependencies. I probed at how well she knows cloud infra and she claims a solid understanding across services.

Seems a bit of a 'tweener, where it's unclear whether she is senior enough to be a trusted advisor to the CxO and expert enough to counsel those that need to make architecture choices.



Will Grannis (wgrannis) - Director

69 total interviews | 20 phone interviews

Sep 6, 2016 2:30 PM (PDT) - phone
Sep 9, 2016 3:55 PM (PDT) - feedback received

**3.1** Strong financial services background, seasoned IT leader. Moving applications to the cloud right now and so has very relevant and timely experience within a finsrv enterprise adopting public cloud. Recommend next level screening.

Interview questions asked

Short discussion on the CTO Office and its goals/objectives

1. Why are you considering changing career direction now?

2. How would i brand you with customers?  Where are you the deepest technology wise?

3. Where would you need my help to be successful in the role?

4. What do you know about Google Cloud Platform?

Rated for: L8+ Hires, Level 8-9, for people manager

Interview notes

services technology sector.

2. Considers her brand as the bridge between technology and business objectives, specifically in financial services. Has run every level of IT organization within FinSrv, and often asked to take on "first of" projects because she can assimilate new information quickly. When pressed for a technology area, couldn't produce an area of strength

3. Would want to learn the full suite of GCP services and products as quickly as possible. Also, help to focus on the most important clients and advances we need to be successful.

4. Not very much. After being pressed, described knowledge of AWS at high level.

**Engineering Director - New York**



Andrew Fikes (fikes) - Director
329 total interviews | 270 onsite interviews
Feb 11, 2016 5:30 AM (PST) - onsite
Feb 12, 2016 7:19 PM (PST) - feedback received

2.9    Overall, I thought Ulku was a very good candidate. She was confident, communicated well and her answers showed great organizational and leadership experience. I also think she showed strong familiarity with operational challenges and would understand the work and needs of our SRE teams. Ulku's main weakness is that she doesn't approach problems like a systems engineer. She doesn't naturally consider resource bottlenecks and her prior roles don't require her to deep dive into architecture differences to make decisions. She is confident, however, that she can learn, and I believe her commitment there. In conclusion, I have not spent enough time in the NYC office to know how much technical skills should factor into the decision, versus organization and leadership. I will note that NYC has existing strong technical leaders and functions well today in that respect.

Interview questions asked

* Describe your experiences running a multi-site development team.
* How do regulatory and privacy laws impact engineering process?
* What is the future of cloud within the financial industry?
* Describe the system architecture of your risk mgmt. system.
* What concerns or fears do you have about joining Google?