### Re: Google Follow-up

**From:** Ulku Rowe <ulku.rowe@gmail.com>
**To:** Krista Callaghan <kgcallaghan@google.com>
**Date:** Thu, 25 Aug 2016 16:33:28 +0000

Hi Krista, thanks for your your note, would love to talk to Will. I read up about the Cloud CTO office and it sounds quite interesting.

I'm flying back to the US on Sunday, but on vacation for another week -- can't complain. I'm in NY all day Monday and free to speak any time after 10:00AM. I'm traveling on Tuesday again. Then free to speak Wed and Thu any time. Friday I can speak until 12:00 Eastern. Let me know what can work.

Thanks!
Ulku


On Thursday, August 25, 2016, Krista Callaghan <kgcallaghan@google.com> wrote:
> Hi Ulku,
>
> Hope you are having a great vacation.  I spoke with Will Grannis, the Hiring Manager for the role we discussed, and if you are amenable, he would love to meet you through a VC.  I told him that you were upfront that you were not a cloud expert so he understands that, and this may or may not be the right role for you, but he thought your background was interesting, and there could be something in the Cloud organization.  Will usually meets for a half hour, and if that sounds good to you, please feel free to let me know some half hour slots that might work.
>
> And no rush!  I hope you aren't checking your calendar too frequently and enjoying your time off.
>
> Thanks so much Ulku,
> Krista
>
> ---
> Krista G. Callaghan |       Leadership Talent Acquisition Partner |        512-592-5631|
>
> On Thu, Aug 18, 2016 at 11:55 PM, Ulku Rowe <ulku.rowe@gmail.com> wrote:
>> 1pm is perfect. Talk to you soon.
>>
>>
>> On Thursday, August 18, 2016, Krista Callaghan <kgcallaghan@google.com> wrote:
>>> Hi Ulka,
>>>
>>> Would 1 pm ET be okay?  If that works, I can call you then.  Thanks for making time to speak right before your vacation.
>>>
>>> Talk soon!
>>> Krista
>>>
>>> ---
>>> Krista G. Callaghan |       Leadership Talent Acquisition Partner |        512-592-5631|
>>>
>>> On Thu, Aug 18, 2016 at 6:14 PM, Ulku Rowe <ulku.rowe@gmail.com> wrote:

P000550

**EXHIBIT 7**