# Nicholas Harteau

L9 Technical Director, Office of the CTO, Google Cloud Platform

## New hire

| | |
|---|---|
| Internal job title | Distinguished Technical Solutions Consultant - 5578 |
| Cost center | GCP PM - 673 |
| Location | US-NYC-9TH |

**Reporting chain**
Sundar Pichai > Diane Greene > Brian Stevens > Will Grannis > Nicholas Harteau

## Candidate summary

From recruiter Jenny Burdis and lead Ken Cox

This candidate is an L9 Principal Technical Solutions Consultant (TSC) for the Office of the CTO, reporting into Will Grannis.

## Education

| SCHOOL | DEGREE | TENURE | GRADUATED | GPA |
|---|---|---|---|---|

 Nicholas did not attend University, he is self taught.

## Work history

| COMPANY | POSITION | TENURE | WHEN |
|---|---|---|---|
| Spotify | VP Engineering, Infrastructure. Director of Engineering. | 5.3 years | Dec 2011 - Now |
| Yahoo!, Inc. | Engineering Manager | 6.2 years | Sep 2005 - Nov 2011 |
| Statis Engineering | Engineer/Partner | 1.4 years | Mar 2004 - Aug 2005 |
| CoreComm | Director of Technology | 6 years | Feb 1998 - Feb 2004 |

## Assessments

Statement of support from Brian Stevens:

"Based on my assessment of the interview panel's feedback, and personal experience working with him over the past few years, I strongly support Nick Harteau for hire as an L9 TSC in the Office of the CTO. One of the strongest packets I've seen.

I've worked with Nick directly for the past 2.5 years, starting with the initial negotiation and architectural planning for Spotify moving to GCP. We've spent days together in QBRs, dealt with escalations impacting Spotify's business, and stood on stage together talking about the Google-Spotify relationship.

In all cases, I've found him to exhibit the ideals traits of a member of OCTO. Highly technical, thoughtful, and humble yet assertive.

He is one of the few engineering leaders in industry that has deep, hand's on familiarity with GCP and is seen as a leader amongst his peers.

I can't wait to see him working directly with our customers."

## Interviews

Technical Director, Office of the CTO, Google Cloud Platform

Hiring Recommendation Summary



CONFIDENTIAL GOOG-ROWE-00056318.R

# Nicholas Harteau

 

https://linkedin.com/in/nrh3k

## About Me

I'm a passionate technology leader with experience scaling both teams and services. I've successfully led through periods of hyper-growth, critical pivots and cultural change. I have grown my own teams from tens to hundreds while adapting our processes and ways of working at each step. I believe in building great culture in my organization and creating a workplace that enables every person to deliver their best.

My technology expertise includes UNIX systems engineering, distributed systems architecture, general problems of scale and reliability, as well as "big" data architecture and platforms.

## Current

**VICE PRESIDENT OF ENGINEERING, INFRASTRUCTURE, SPOTIFY, 2011 -**
Responsible for leading an organization of 250+ engineers spanning client, backend and data platforms.

In my time at Spotify I have led a number of strategic technology initiatives. Early on I drove a cultural change from a reactive, fire-fighting infrastructure team to a product-oriented platform organization by building a product team within Infrastructure, and shifting primary operational responsibility from central operations teams into feature engineering teams. This was instrumental in enabling Spotify to rapidly experiment with and expand the scope of the product.

I also led an architectural initiative around lightweight service-oriented architecture in our backend, allowing our service to scale from 20M to 100M+ DAU while improving speed of development and iteration in our product teams. Currently I'm spearheading a move of Spotify's service backend and data platform from on-premise data centers into Google Cloud Platform, which you can learn about here and here.

Since joining Spotify I have helped grow the platform organization from 60 engineers to 250+, improving our culture, processes and people along the way. Above all, I have delivered a strong, agile organization with a culture of feedback, continuous improvement and customer focus.

## Previous

**ENGINEERING MANAGER, ARCHITECT / YAHOO! / 2005-2011**
At Yahoo I led teams responsible for software packaging, configuration and deployment tools used by over 5000 developers to manage all Yahoo! production hosts, from base OS to application. I supported or led a number of important projects, including deploying a new architecture for Yahoo! Mail Search into production, re-indexing the entire stored catalog of user mail in the process. Later, my teams took a leading role in the company's transition from FreeBSD to Linux. We built for massive scale; our software and services supported deployments of 100k+ hosts.

As an Architect, I worked internally on systems architecture and philosophy, and externally with our customer teams on product roadmaps, adoption and transition plans. As an Engineering Manager I focused on software development practices, growing the people and the team, and bringing a customer focus to our work.

CONFIDENTIAL

GOOG-ROWE-00056321.R

**OPERATIONS MANAGER / STASIS ENGINEERING / 2004-2005**
In 2004 and 2005 I took a break from technology to explore another passion of mine, motorsports. I was employee #1 at a small racing start-up and helped them grow from hobby into viable business. I was responsible for everything from P&L to operations and inventory, to vendor management and floor-sweeping for a small business shipping ~$1.3M in annual sales. I leveraged my technology and engineering background, modeling and prototyping components using SolidWorks and CNC. I also got my hands dirty providing track-side technical support during the race season.

**DIRECTOR OF TECHNOLOGY / CORECOMM / 1998-2004**
I oversaw growth of technical operations for what began as a small, local internet service provider to a large regional phone and internet provider with 200,000+ customers. I managed technical teams across 5 states responsible for all technical operations including systems administration, network operations and physical plant. I took part in technical due-diligence of acquisitions and generally led technical strategy and implementation to support the business.

## Skills & Interests

Data Visualization / Software Design / Elegant Code / Distributed Systems / Human+Computer Interaction / Software Deployment Strategies / Bicycles / Race Cars / Cats / Dogs / Fried Chicken

## References

Available upon request

CONFIDENTIAL

GOOG-ROWE-00056322.R



**Hire**

Nick clearly has great credibility on GCP. His leadership circle talk in March of 2016 was one of the best talks I've seen on transformation and migration to the cloud. It seems almost a coup to get him as a candidate in the OCTO. Based on this I would rate a 'strong hire' but dropped to 'hire' based on two watch points: 1) Most or all of his job roles have not come from poaching or referral  (2) he hasn't done real customer facing roles. Despite this, I think he is still worth hiring as these risks can be mitigated.

Interview questions asked

1) Walk me thru your career path and why you choose to steer it they way you did?
2) You've mostly been internally focused, how do you feel about a primarily customer facing role?
3) Why are you considering Google OCTO and how will that effect our relationship with Spotifty?

Rated for: L8+ Hires, Level 8-9, for people manager

On leadership (optional)

▼ * Customer Engagement: Prepares                                    SOLID

Solid: Demonstrated an adequate level of knowledge or skills required for the role.

CONFIDENTIAL
GOOG-ROWE-00056326.R