20 November 2017

Summary of the items we discussed today.

**Level:** When we were discussing the role, I was told that all external Technical Directors were being brought in at level 8, but the role was structured in a way that allowed for promotion to level 9. When I brought up that I was an MD, which is the highest level of promotion in my prior role, I was told that it was customary at Google to bring in external hires at this level. So I accepted the role at level 8 with no negotiations. I recently learned that other external hires were brought in at level 9. Given my background, Managing Director and CTO at multiple global financial institutions including J.P. Morgan Chase and Bank of America, I am hoping we can fix this, and align my level to other external technical director hires brought in at level 9.

Melissa said she would check on what may have transpired and how we can address.


**Equity refresh:** I learned last week, at the TGIF, that there has been a silent change to comp policy which means that Nooglers hired between January 1 and August 28th won't be modeled for an equity refresh until YE 2018. I would like to confirm whether this affects me given that I accepted the Google offer in December 2016, with a start date of March 13, 2017. The equity refresh was a big part of the comp conversations when I was offered the role.

When I accepted the role, I practically took a lower total comp than at my prior position at J.P. Morgan. This was a big concern for me and we went back and forth on the numbers for a long time. I don't think the Google comp person understood the JP Morgan comp model and kept sending me cash flow comparisons that ignored large chunks of my comp at JP, therefore suggesting the Google comp was more favorable. At the end Will and Jenny assured me that, with the equity refresh I would be made whole and 'happy'. That re-assurance is why accepted the offer.

Melissa said there is nothing she can do about that since it's a firmwide decision.


**Broader role:** During the OCTO offsite in Atlanta, on June 30th, Will offered me a broader role leading all verticals, whereby other technical directors leading Oil&Gas, Manufacturing, Healthcare, Media, Gaming, etc. would all roll under me. I was happy to take on the broader role and flattered by the vote of confidence. The topic did not come up again, until I brought it up in one of our 1:1s on October 9th. I knew that there were conversations with senior management and others that had to take place, so didn't want to bother Will before then. At that point I learned from Will that the role wasn't going to happen because of some internal dynamics.
In itself, I am not bothered by this. Things happen, decisions get reversed or they don't get executed. However, when I look at the situation in combination with the other two points above, I can't help not being disappointed.

P001586

EXHIBIT 3

No comment from Melissa

**Financial Services role:** We've been talking to Will about verticals. When I came in I was told that Google Cloud is not ready to verticalize, but if and when that happens, I would be the obvious person to take the lead. I now here that Tariq is hiring VPs of verticals. What is going on with that?

No comment from Melissa

P001587