**From:** Will Grannis <wgrannis@google.com>
**To:** Melissa Lawrence <hrmelissa@google.com>
**Sent:** Wed, 10 Jan 2018 17:06:24 +0000
**Subject:** Re: confidential

FYI that i had a 1:1 with ulku before the break and relayed the same focus on getting to L9 by doing great work vs. revisiting level.


On Wed, Jan 10, 2018 at 8:41 AM Melissa Lawrence <hrmelissa@google.com> wrote:

> Hi Ulku -
>
> Happy New Year!
>
> Unfortunately as I relayed to you before the holidays, there is no process to revisit leveling decisions after hire.  The only way to address concerns with level is to seek promotion via the Tech process. I apologize if you felt that I was going to circle back to you. I thought we had closed this out in the meeting. I did review your concerns with Will before the break and we felt comfortable with the leveling decision made at hire.
>
> Happy to talk live but I wanted to respond quickly via email.
> Melissa
>
> On Wed, Jan 10, 2018 at 6:57 AM, Ulku Rowe <urowe@google.com> wrote:
>
>> Hi Melissa,
>> I hope you had a great holiday season and happy new year!
>>
>> I would like to pick up the conversation we had right before the holidays about my level. Last time we talked, you had offered to do some research on what happened during my hiring process and come back to me.
>>
>> To jog your memory:
>> At my prior role at J.P. Morgan I was a CTO and Managing Director in Technology. Managing Director is the highest level of promotion there is at that firm. I ran a team of 500+ engineers, product managers, and quantitative researchers building financial risk management systems for the entire firm. When we were discussing the role at Google, I was told that all external Technical Directors were being brought in to the team at level 8. Not being familiar with Google, I trusted this statement and did not negotiate. However, I recently learned that other external hires were brought in at level 9.
>>
>> I am hoping we can fix this, and align my level to other external hires at Google with similar expertise and experience.  I love Google, the team, and what we are doing in the Cloud space! I really wish my excitement wasn't tampered by this.
>>
>> Thanks
>> Ulku

CONFIDENTIAL
GOOG-ROWE-00017406