# FILED UNDER SEAL
# Exhibit 20 to
# Declaration of
# Sara B. Tomezsko