8/21/2018                                                                                           Ulku Rowe - 2018 Q1 - Feedback - Perf

Ulku Rowe (urowe)    L8 / Principal Technical Solutions Consultant    OKRs    Snippets                                     2018 Q1

  Exceeds Expectations

## Achievements and projects

Visible to: Managers, Solicited peers

1   1:1

Ulku Rowe (urowe)
Self
L8 / Principal Technical Solutions Consultant

**Summary of my contribution**
**Customer engagements**
- High touch: ▇▇▇▇▇▇▇
- Medium touch: ▇▇▇▇▇▇▇▇▇▇
- Low touch: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**Regulatory engagement**
- Working with Public Policy, G-Trust, GCP Compliance, and Cloud PM/Eng teams to create a relationship with the banking regulators in the US and abroad, and influencing the regulatory landscape to enable public cloud adoption for financial services.
- On October 30th and 31st, Public Policy, G-Trust, GCP Compliance, and OCTO hosted the first ever Financial Services Roadshow for U.S. Regulators in Washington D.C.
- During the week of March 12, the same cross functional team will host the first APAC Financial Services Roadshow for Australian and Singaporean financial services regulators.

**Tech partnerships**

| | |
|---|---|
| James Tsai (jamestsai)<br>Peer<br>Product Marketing Manager | Ulku is great at finding the angles and spots we might have missed in a discussion or proposal. She has a sharp critical eye and can cut through topics to clarify what is critical vs. the less important elements. For instance, when we were talking about various use cases in a large group format she was able to bring up some different stakeholders and angles of approach that we hadn't thought of. She also ensured that things were being captured correctly so that we would have a solid follow up and output after the discussion. |
| Leonard Law (leonardlaw)<br>Peer<br>L6 / Product Manager III | I am incredibly fortunate to work with Ulku as she brings tremendous insight, thought leadership, and Googleyness to an industry often devoid of such topics. She brings credibility to Google and provides solid grounding for our emerging financial services team. Her deep understanding of our best near term revenue opportunities (e.g. grid computing) are balanced against her intent to find ways for Google to differentiate. Ulku has the expertise, presence, and personality to ensure that we "go big" in financial services, but don't forget to be pragmatic. |

## What's one thing you plan to do to have more impact?

Visible to: Managers

Provide examples of what you plan to do to address this. Writing tips.

| | |
|---|---|
| Ulku Rowe (urowe)<br>Self<br>L8 / Principal Technical Solutions Consultant | Continue to focus on engineering. Partnering with engineering teams to help drive product direction. |
| Will Grannis (wgrannis)<br>Manager<br>Director, Technical Solutions Consultant | Pick a specific area of the platform/technology stack to drive impact based on knowledge of market needs, enterprise customers and financial services adoption patterns. |
| Alison Wagonfeld (awagonfeld)<br>Peer<br>Vice President, Marketing | Ulku could share back to marketing her feedback about the various events she participates in so we can improve. |
| James Tsai (jamestsai)<br>Peer | Ulku is a fantastic public speaker, and is the go-to teammate for giving presentations to any audience. I would love to see Ulku provide some coaching and feedback to others to help them in their public speaking as well. |