Ulku Rowe (urowe)  |  L8 / Principal Technical Solutions Consultant                                                    2019 Q3

●●●○○   Exceeds Expectations

## Rating history

| 2019 Q3 | | 2019 Q1 | | 2018 Q3 | |
|---|---|---|---|---|---|
| ●●●○○ | Exceeds Expectations | ●●●○○ | Exceeds Expectations | ●●●○○ | Exceeds Expectations |
| 2018 Q1 | | 2017 Q3 | | 2017 Q1 | |
| ●●●○○ | Exceeds Expectations | ●●●○○ | Exceeds Expectations | NA | |

## Rating notes

[NEED VERTICAL FEEDBACK]

Role description (50 words): Spent half of the period in vertical team, half in octo.  Spends most time representing Google externally and with financial services clients

Key accomplishments with data, metrics - the "what" (200 words, get input from the Googler if needed, be specific, reference KRs when applicable):
Obj: Team (how did the OCTO make OCTO and Cloud better?)
-Hiring: key interviewer, and coach for candidates
Obj: Co-innovation (how did the OCTO make a material difference with strategic brands either as swarmer or primary?)
-▮▮▮▮▮▮▮▮▮
Obj: Market shaping (how did the OCTO engage with the market to share ideas and opinions?)
-blog on libra
-podiums: retail vision 2019 (peer bonus)
Obj: Product Strategy (how did the OCTO contribute to our Google product strategy?)
-

Critical behaviors that helped the Googler deliver effectively - the "how":
-inspires followership

Why not higher: no discernible product, large co-innovation brand, team impact
Why not lower: very important contributions to external thought leadership