**Ulku Rowe** (urowe)
L8 / Principal Technical Solutions Consultant
OKRs    Snippets    2020 Q3

Your rating:

●●●○○   Exceeds Expectations ⓘ

## Achievements and projects

👁 What you respond here is visible to **peers you chose to provide feedback and managers**

### 1. Customers/Co-Innovation

**Ulku Rowe (urowe) · Self · L8 / Principal Technical Solutions Consultant**
**Summary of my contribution**

- ▓▓▓▓▓▓▓▓▓▓ co-innovation lead. ▓▓ deal is the largest financial services deal to date for Google Cloud, X.XB over 10 years. It is also the 2nd largest cloud deal ever. Facing off to senior ▓▓ business and tech leadership, lead the co-innovation workstream for the Google|DB partnership. Google's ability to co-innovate with ▓▓ was one of the key enablers of the deal. Current co-innovation projects include ▓▓▓▓▓▓▓▓ with ▓▓▓▓▓▓▓ and creating an ▓▓▓▓▓▓▓ platform for large-scale per-use ▓▓▓▓▓▓▓
- Initiated a partnership with ▓▓▓▓▓▓▓ (German research organization on applied science), ▓▓▓▓▓▓▓ and local Google engineering team in Germany focusing on "Financing Industry 4.0"
- ▓▓▓▓▓▓ technical advisor. Working with account, engineering and partnership teams across Google to help solve critical business issues for ▓▓ Progress to date include use of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ use of ▓▓▓▓▓▓▓▓▓▓ and collaboration on a future-of-work strategy for ▓▓
- Technical sponsor for ▓▓▓▓▓▓
- Advisory roles for ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and others
- Numerous customer and partner engagements, globally, in forms of 1:1 executive meetings, workshops, QBRs, CECs, etc.

**Peer assessments (5)**                                                   ⌄

**Will Grannis (wgrannis) · Manager · Director, Technical Solutions Consultant**
**Familiarity:** Very familiar

**Amber Wilson (amberwilson) · Peer · Communications and Public Affairs Manager**

https://perf.googleplex.com/feedback/urowe/Period:0d46-a499-55a8-24db

P001690

**Ownership** - Ulku has been a fantastic partner on ▇▇▇. Ulku engaged while the "train was fully in motion" after the departure of Tais O'Dwyer. With no questions asked, Ulku took control of the Co-Development workstream and used her expertise to drive the ▇▇▇ and ▇▇▇ use cases. These were critical to building further trust with ▇▇▇. Not only did she drive the functional and technical use cases, she took ownership of the "trust" with the customer ▇▇▇. Fantastic work.

## What's one thing you plan to do to have more impact?

👁 What you respond here is visible to **managers**

Provide examples of what you plan to do to address this. Writing tips.

**Will Grannis (wgrannis) • Manager • Director, Technical Solutions Consultant**
Continue to strengthen "product strategy" pillar contributions by following through on promising, on-going emerging themes (eg Future of Work) and/or connecting collaborative innovation projects (eg ▇ co-innovation) to specific and critical platform priorities (eg ▇▇▇ similar).

**Amber Wilson (amberwilson) • Peer • Communications and Public Affairs Manager**
While I no longer support the FSI vertical, I'd highly recommend for Ulku to continue to serve as an FSI spokesperson. As our FSI momentum continues to grow from major customer wins such as ▇▇▇ we'll have even more of an opportunity to evangelize cloud within the space.

**Rohit Bhat (bhatman) • Peer • Key Account Executive**
I think Ulku can make a meaningful impact partnering more closely with select field teams that represent the largest Financial services institutions, and being the glue back to the leadership team for GTM adjustments. These teams are generally looking for industry guidance and find it difficult to navigate the internal google landscape when addressing market need. Ulkus background, tenure with Google, ability to build a vision and then distill that to execution would be a welcome breath of fresh air in partnership with these teams. Furthermore, it would result in meaningful growth in the business, which today, is experiencing modest YoY growth.

**Behnaz Kibria (bkibria) • Peer • Government Affairs & Public Policy Senior Manager**
Replicate! There is simply not enough of Ulku's time for all of the various regulatory and other engagements for which she is perfect. It would be really useful to have a team under Ulku helping spread the unique resource she brings (i.e., technical knowledge re: cloud able to be translated for a lay audience) more broadly.

**Umesh Vemuri (uvemuri) • Peer • Global Strategic Initiatives Lead, Google Cloud**

**Build the Pattern between GSI and OCTO** - As Global Strategic Initiatives (GSI) is leading several large