

**Eryka Wetherall**
erykaw@google.com
Office of the CTO

On Mon, Aug 6, 2018 at 7:51 AM Evren Eryurek <evrene@google.com> wrote:

> Hi Eryka did u hear back anything on keeping our ldaps in the dist lists?

I see no activities and emails coming our way

Thx
Evren

**Evren Eryurek, PhD**

Technical Director
Google Cloud
evrene@google.com
650 447 9167

On Tue, Jul 10, 2018 at 1:07 PM Eryka Wetherall <erykaw@google.com> wrote:

> Absolutely, just sent through the request. Will let you know when I hear back. Thanks!



**Eryka Wetherall**
erykaw@google.com
Office of the CTO

On Tue, Jul 10, 2018 at 12:59 PM Evren Eryurek <evrene@google.com> wrote:


very helpful

would you mind asking the owner to add the 3 of us to the list directly please as i am sure you will have much faster pull than others in Tariq's team :)

thanks Eryka


Thx
Evren



Evren Eryurek, PhD

Technical Director
Google Cloud, Healthcare
evrene@google.com
650 447 9167

On Tue, Jul 10, 2018 at 10:55 PM Eryka Wetherall <erykaw@google.com> wrote:

> It looks like cloud-dir is a sphinx list with the following description:
> cloud-dirs
> Sphinx managed list of L8+ reporting up to bcalder, stevensb, blutch, sano, ashai, feifeili, cgrimes, emanor, melody, kripa, sramji, aseligman, niels, gchaffee

The group does allow for you to contact the owner and the manager - they may be able to add you to this group manually.

I'll keep poking around, but wanted to give you this info asap.



**Eryka Wetherall**
erykaw@google.com
Office of the CTO


On Tue, Jul 10, 2018 at 12:41 PM Evren Eryurek <evrene@google.com> wrote:

CONFIDENTIAL
GOOG-ROWE-00059676

> We as OCTO were not in Urs' line of report either but we were still part of the Cloud Directors dist list

Thx
Evren (on the go from my Pixel 2)
650-447-9167

On Tue, Jul 10, 2018, 10:22 PM Will Grannis <wgrannis@google.com> wrote:

> It has to do with the cost centers and reporting orgs...cloud-dirs is limited to urs line of reporting.  i'll poke around re: an expanded cloud-dirs distro, but it would likely have to be something new rather than expanding current cloud-dirs membership.

unfortunately, I don't have a full list of distros that OCTO belongs to...wonder if +Eryka Wetherall would know an easy way to find out?

Will

On Thu, Jul 5, 2018 at 7:17 AM Ulku Rowe <urowe@google.com> wrote:

> I share Evren's concern. Could we get a list of lists that OCTO had access to? Then we can ask to get verticals teams to be added to that. Right now I don't even know what we would be losing by leaving OCTO.

On Tue, Jul 3, 2018 at 11:19 AM Evren Eryurek <evrene@google.com> wrote:

> Hi Will

Hope all is well

I am sure Ülkü and Ben will also agree, One of the biggest fears we have is being disconnected from rest of cloud and it already is happening

for example we r no longer in the cloud directors dist list - I was able to verify this when I received the same email through another fwd

What do we need to do to ensure we remain members of those dist lists

Thx
Evren (on the go from my Pixel 2)
650-447-9167

CONFIDENTIAL
GOOG-ROWE-00059677