**From:** Ulku Rowe <urowe@google.com>
**To:** Tariq Shaukat <tshaukat@google.com>
**Sent:** Mon, 20 Aug 2018 13:06:53 -0400
**Subject:** staff meeting & email lists

Hi Tariq, I'm still not on any staff meetings or email distribution lists for your team. Today I asked Morgan to double check with Jess. Jess told her that she (Jess) needs to check with you. I believe I am your only direct report who is not on the staff meeting invite.
Thanks
Ulku

CONFIDENTIAL            GOOG-ROWE-00017554