**From:** Tariq Shaukat <tshaukat@google.com>
**To:** Kimberly Scott <kmscott@google.com>, Ulku Rowe <urowe@google.com>
**Sent:** Fri, 21 Sep 2018 10:13:25 -0700
**Subject:** Pls add Ulku to tariq-staff email

CONFIDENTIAL
GOOG-ROWE-00017568