**From:** Tariq Shaukat <tshaukat@google.com>
**To:** urowe@google.com, ichhpurani@google.com, ☐Tarun Bhatnagar <tarunb@google.com>, Jess Murphy-True <jmurphytrue@google.com>, ☐Nan Boden <nanboden@google.com>, Alper Turgut <aturgut@google.com>, vatss@google.com, ☐breslows@google.com, darrylwillis@google.com, ☐"Fiona O'Donnell" <fiona@google.com>, Kimberly Scott <kmscott@google.com>, Greg Moore <gjmoore@google.com>, ☐Srikanth Belwadi <belwadi@google.com>, ameenan@google.com, Ioana Neagu <ioanag@google.com>, ☐"R.V. Guha" <guha@google.com>, nickkinkaid@google.com, ☐Damian Lawlor <damianl@google.com>, egkingsley@google.com, ☐Leonard Law <leonardlaw@google.com>, Kevin Lucas <kevinlucas@google.com>, ☐Chris Arisian <arisianc@google.com>, Johnny Jesson <jrjesson@google.com>, albertsanders@google.com
**Sent:** Fri, 21 Sep 2018 17:31:57 +0000
**Subject:** Invitation: Tariq Staff Weekly Meeting @ Every 2 weeks from 12:30pm to 2pm on Monday (EDT) (Ulku Rowe)
**Cc:** Olivia Nottebohm <olivian@google.com>
invite.ics

more details »
## Tariq Staff Weekly Meeting

| | |
|---|---|
| When | Every 2 weeks from 12:30pm to 2pm on Monday Eastern Time - New York |
| Where | AUS-500W-24-Stygian Owl (1) [GVC, Phone], SVL-MP1-6-Oil Drop 6F3 (17) [GVC, Phone], SVL-MP4-6-Biandang (16) [GVC], SVL-TC3-3-Muddle (14) [GVC, Phone], AUS-500W-24-Stygian Owl (1) [GVC], SVL-MP1-6-Oil Drop 6F3 (17) [GVC] (map) |
| Joining info | meet.google.com/zmi-bshf-jpp |
| | Or dial: +1 636-498-4542 PIN: 1802#  More phone numbers |
| Calendar | Ulku Rowe |
| Who | • Tariq Shaukat - organizer |
| | • Sarah Harvey - creator |
| | • ichhpurani@google.com |
| | • Tarun Bhatnagar |
| | • Jess Murphy-True |
| | • Nan Boden |
| | • Alper Turgut |
| | • vatss@google.com |
| | • Ulku Rowe |
| | • breslows@google.com |
| | • darrylwillis@google.com |
| | • Fiona O'Donnell |
| | • Kimberly Scott |