**From:** Ulku Rowe <urowe@google.com>
**To:** Tariq Shaukat <tshaukat@google.com>
**Sent:** Fri, 19 Oct 2018 13:36:07 -0500
**Subject:** quick note

great couple of days at the offsite this week! getting to know everyone in person and aligning vision/strategy across verticals was super valuable.

I didn't get a chance to mention, but wanted you to know that the Diane interview is still not scheduled. Knowing how chaotic her schedule is I'm not too surprised but wanted to make sure you're aware.

have a great weekend!

CONFIDENTIAL  GOOG-ROWE-00017582