# Google

**Position Description:** **Head of Financial Services, Google Cloud**
Q2/Q3 2018

---

| | |
|---|---|
| **COMPANY OVERVIEW:** | Google is not a conventional company, and we don't intend to become one. |
| | True, we share attributes with the world's most successful organizations – a focus on innovation and smart business practices comes to mind – but even as we continue to grow, we're committed to retaining a small-company feel. At Google, we know that every employee has something important to say, and that every employee is integral to our success. We provide individually-tailored compensation packages that can be comprised of competitive salary, bonus, and equity components, along with the opportunity to earn further financial bonuses and rewards. Googlers thrive in small, focused teams and high-energy environments, believe in the ability of technology to change the world, and are as passionate about their lives as they are about their work. For more information, visit www.google.com/careers. |
| **THE AREA: GOOGLE CLOUD** | Google is developing groundbreaking cloud solutions for enterprise companies and institutions, leveraging 16 years of experience in building secure, reliable, and scalable cloud technology.  Google's enterprise offerings include the underlying cloud infrastructure through to business user-facing apps. |
| | Specifically, the product areas are: Google Cloud Platform, including compute, storage, and networking infrastructure (IaaS), data and analytics, security, the AppEngine developer platform (PaaS); Google application software (SaaS Apps) including Gmail, GCal, Google Docs, Google Drive, Slides, Sheets, Sites; Google Maps Solutions for businesses; Google for Education; as well as Google devices (e.g. Chromebooks, Android, Glass). Functionally, Google Cloud includes the R&D, manufacturing, installation & build, and management of Google's Worldwide datacenters, the R&D and Product Management for the Google's enterprise products, and  the marketing, support, sales, services, and other programs for bringing these offerings to the market and growing their usage. |

**THE ROLE:**
**HEAD OF FINANCIAL SERVICES**

The Financial Services Vertical Lead will be the executive responsible for creating and executing Google Cloud's strategy in the financial services (FS) industry.

Across the financial services industry, but with special attention to the commercial and investment banking companies, the successful candidate will drive Google's business by developing product solutions, M&A targets, and go-to-market approaches that will resonate with the major companies in the financial services space.

The Lead will rely upon existing C-level relationships to "open the door" for Google Cloud solutions; he/she will also display a talent for developing new, trusted relationships with key leaders in the industry. Appropriate technical acumen is also crucial to identify the specific market opportunities where Google's technologies can benefit our clients while creating a user experience second to none.

The successful candidate will possess a consultative style, sharp business acumen, technical know-how, and unquestionable integrity.

**Responsibilities:**
- Define and lead a cohesive global "One Google Cloud" strategy and execution for the FS vertical, collaborating as needed across regions, product areas, and functions.
- Recruit, build, and lead a high-performing team that will execute the strategy from a technical and business perspective.
- Technical/Product:
  - Define a 3-5 year roadmap and set priorities, build an engineering team and collaborate with other teams in order to execute on it.
  - Influence the global product team in shaping the product roadmap by gathering actionable customer feedback and competitive insights to develop industry specific solutions from prototype to product.
- Business/Commercial:
  - Initiate and build relationships with FS companies in the US and worldwide such that they move to Google Cloud and take advantage of Google's own

          ○ development efforts around applying machine learning.
          ○ Represent the company at industry events, which will include describing the benefits of working with Google to users, partners, and other industry players.

**Qualifications:**
- 15 + years' deep financial services industry experience, with explicit experience commercial/investment banking and/or major brokerage firms.
- 10+ years' executive experience.
- Extensive experience managing information technology and computer systems that support enterprise goals (including exposure to Cloud technologies and machine learning)
- Established, actionable global executive/C-suite relationships and a sterling reputation within the FS sector.
- PhD or Master of Science degree in Computer Science or related technical field.

**LOCATION:** Mountain View, California

**COMPETENCIES:** Success in the role will require a well-rounded executive, the following competencies are particularly important:
- <u>Delivers</u>: Makes tough calls, holds people accountable, takes responsibility for outcomes, mobilizes the organization to deliver excellence now and in the future, and perseveres to get things done despite obstacles. Always strives for high achievement.
- <u>Strategic Mindset</u>: Understands the complex relationship between the organization and its environment (e.g. competitive weaknesses and developments in technologies), identifies connections, adopt different perspectives and quickly responds to changing circumstances in a strategic way to actively shape the future.
- <u>Thrives in Ambiguity</u>: Assists team members, fosters a sense of community, and builds team cohesion. Is courageous, humble, and transparent.  Comfortable and calm when confronted with nebulous business challenges.