**From:** Stuart Vardaman <svardaman@google.com>
**To:** Dave Beuerlein <dbeuerlein@google.com>
**Sent:** Mon, 12 Nov 2018 22:38:43 -0600
**Subject:** Cloud Searches

Hi, Dave -
Hope you are doing well.

Just a quick note to follow-up on our ping conversation:
VP, Financial Services: two finalists: ▮▮▮▮▮ (Google VP) and ▮▮▮▮▮ (external).  Both candidates have completed all stages in the process.  ▮▮▮ met Diane Greene on 10/11, and we have been in a holding pattern since then.  The next step would be to choose a candidate and begin the packet process.
VP, Global Client: Our confidential candidate has gone through all stages in the process (panel on 9/14) including a second meeting with Diane Greene on 11/2 (with positive feedback).  The next step would be to begin the packet process.

I have informed all candidates that we are waiting on headcount allocation/approvals, etc.  As you know, a candidate's perception of things is different than we know how Google operates - "doubt" can creep in a candidate's mind.

I know these searches are a high priority for Tariq; it sounded like he wanted to circle back with Diane before taking formal action.

Thank you, and safe travels!
Stuart


--



Stuart Vardaman
Executive Recruiter
1 (650) 316-0478
careers.google.com