**From:** Kevin Lucas <kevinlucas@google.com>
**To:** Melissa Lawrence <hrmelissa@google.com>, April Beaupain <beaupain@google.com>
**Sent:** Thu, 8 Nov 2018 05:55:01 +0200
**Subject:** Re: head of financial services role
**Cc:** "Fiona O'Donnell" <fiona@google.com>, Tariq Shaukat <tshaukat@google.com>

+April who is leading this investigation (and since I'm OOO)
In my initial review if the data, I didn't find her complaint to be accurate, but I still partnered with April to look into it given the comment about "male" hires. I think April is almost done with the investigation so I'll defer to her for resolution confirmation.

On Thu, Nov 8, 2018, 3:49 AM Melissa Lawrence <hrmelissa@google.com wrote:

> Hi all -
>
> We looked into it and verified with Will that she was brought in at the right level. She has also raised this with Kevin.  Will and I have both spoken to her about it.
>
> This is a consistent refrain that she keeps bringing up - I was under-leveled at hire, we are bringing in candidates that she considers herself more senior in, etc.  She wanted us to re-level her in OCTO and I told her quite directly that the only way that a level changes at Google is via the promotion process.
>
> I am not aware of where Kevin is at in terms of looking into this matter when she re-raised it after the re-org.
>
> Melissa
>
> On Wed, Nov 7, 2018 at 4:50 PM, Fiona O'Donnell <fiona@google.com> wrote:
>
>> + Melissa (OCTO HR)
>> + Kevin for when he is back
>>
>> Thanks Tariq for flagging. Agree important to look into and address.
>> @Melissa - if this is something you have already looked into, please let us know.
>>
>> I vaguely think Kevin may have looked into this and pulled a bunch of data. He's back in the office in a week so we can get clarity then. If he hasn't we'll work on it and have you or Will follow-up with Ulku In the meantime, totally fine for you to indicate that you've asked us to look into it.
>>
>> On Wed, Nov 7, 2018 at 3:19 PM Tariq Shaukat <tshaukat@google.com> wrote:
>>
>>> Would be good to have data on whether her point on being brought in at a lower level is true. I don't think it is, and would be good for me or Will Grannis to set her straight on that as I don't think it is good for her to have that perception if that is correct.
>>> Tariq

CONFIDENTIAL

HLM   10/27/20
Exhibit 74

GOOG-ROWE-00017589

---------- Forwarded message ---------
From: **Ulku Rowe** <urowe@google.com>
Date: Wed, Nov 7, 2018 at 4:55 AM
Subject: head of financial services role
To: Tariq Shaukat <tshaukat@google.com>, Diane Greene <dianebgreene@google.com>


Hi Tariq, Diane,

Since it seems to be taking a long time for HR to schedule the meeting with Diane, I thought I would send you both this note to reiterate my strong interest in the "Head of Financial Services" role.

My background makes me particularly well-suited for this role and this is actually the position I was originally hired for. When I joined Google with Office of the CTO, it was with the understanding that when Cloud verticalizes, I would be the person leading Financial Services.

I'm concerned that certain decisions made in connection with my initial hiring are impeding me in this process, and I want to make sure that you know the full context. Shortly after I joined Google, I discovered that I was hired in at a more junior level than my male peers (an issue I raised with HR and HR is actively investigating). I see that the external candidates, some of whom are far less qualified than me, are being considered as VP candidates. I believe I am the most qualified person for the position and hope that I will be given due consideration, notwithstanding my current lower level.

Diane, I am very much looking forward to meeting you.

Best,
Ulku



--



**Melissa Lawrence**
hrmelissa@google.com
Director, People Operations & Lead People Partner
Core Infrastructure, Cloud Programs and OCTO

_____

There's a new way to get People Ops support!

CONFIDENTIAL                                                                                          GOOG-ROWE-00017590