

Ulku Rowe <urowe@google.com>

## Confidential Meeting Request

**April Beaupain** <beaupain@google.com>  
To: Ulku Rowe <urowe@google.com>  
Cc: Nerissa Irizarry <nirizarry@google.com>

Tue, Nov 13, 2018 at 6:57 PM

Hi Ulku,

Thank you again for meeting with us and giving us the opportunity to look into your concerns. I wanted to send you a follow up email summarizing the findings we shared with you.

As we shared, we looked into the concerns you raised regarding your level at hire and whether gender played a role in the consideration of your level. As we shared, we did not find gender influenced your leveling decision and that your years and/or type of work experience were consistent with the average years of work experience for those hired as L8 Directors in your org. We shared that through our review, we determined you had male peers with both fewer years and more years of work experience also hired as L8 Directors in your org. As we shared, this concludes our review and we consider this matter closed at this time.

We understand that raising concerns can be difficult and appreciate you giving us the opportunity to look into this matter.

**April Beaupain** - **Employee Relations and Investigations** - **beaupain@google.com**

[Quoted text hidden]

P000102