**From:** Tariq Shaukat <tshaukat@google.com>
**To:** Tariq Shaukat <tshaukat@google.com>
**Sent:** Sat, 17 Nov 2018 10:57:03 -0800
**Subject:** A note about Diane's transition
**Bcc:** tariq-staff@google.com

*Bcc ga-ip-fte@, ga-ip-xf@, tariq-staff@, phstaff@*

Hi team,
As you all saw yesterday, Diane will be transitioning from her role as CEO of Google Cloud at the end of January and we'll be welcoming Thomas Kurian as our new SVP of Google Cloud later this month. The details of Diane's plan are shared in this blog post. In addition, if you receive questions from partners or customers, please direct them to Diane's post.
I've delayed sending this note because it is hard to find the right words to convey how amazing the journey over the last few years has been for Google, Google Cloud, and me personally. In my view, there is nobody who could have put us on the Cloud map the way that Diane has. We are now a serious enterprise player. We have deep partnerships with companies like ███████████████████████████████████████████████████████████████████████████████████ (and many, many others).
Few would have believed this just a few years ago. We have grown our team, both in numbers and in capabilities; moved many of our products into the top right of Gartner and Forrester charts; built strong relationships globally with customers, partners, policy makers, influencers; forged cross-Google alliances on topics like Marketing and Retail; and established ourselves as a major force in key industries like Healthcare and Gaming. It is easy to understate the impact because, in many ways, it seems inevitable now; but there were few who believed this was possible when we started.

On a personal note, I have had the opportunity to work side-by-side with Diane since I joined the company. It is perhaps fitting that the announcement ended up being right before Thanksgiving, as I am very thankful for having had that opportunity. From up-close, you can see how she has achieved everything she has in her life, including founding and leading multiple successful companies (e.g., VMWare, Bebop). She has shifted the focus at Google to enable us to be truly 'enterprise-grade', and inspired massive followership from both her team and partners/customers. She brings a passion to the business that is amazing, maintains a very high bar for herself and everyone she works with (and makes us better because of it); and works harder than anyone I have ever met. I feel very lucky to have worked so closely with her, and have learned more than I could have imagined since I joined her team.

Our business is growing rapidly and we are making great strides as we continue to build out our verticals, partnerships, customer base, and market presence.  We are all working to ensure a smooth transition in leadership in order to keep our momentum going. Should you have any questions or concerns, please feel free to reach out to me or any of my leads directly.

I wish you all a very happy Thanksgiving.

Best,
Tariq


--
You received this message because you are subscribed to the Google Groups "tariq-staff" group.
To unsubscribe from this group and stop receiving emails from it, send an email to tariq-staff+unsubscribe@google.com.
To post to this group, send email to tariq-staff@google.com.

CONFIDENTIAL                                                                                                                                                                              GOOG-ROWE-P-00002062