**From:**    Ulku Rowe <urowe@google.com>
**To:**    Tariq Shaukat <tshaukat@google.com>
**Sent:**    Tue, 4 Dec 2018 15:36:01 -0500
**Subject:**    Re: Meeting with Diane Greene: Financial Services Role

Where does that leave me?

On Tue, Dec 4, 2018, 3:05 PM Tariq Shaukat <tshaukat@google.com> wrote:

> With the announcement, Diane is stepping out of her day to day role esp on forward looking matters.

On Tue, Dec 4, 2018, 11:55 Ulku Rowe <urowe@google.com wrote:

> Hi Tariq, I just received this note. Needles to say, I'm disappointed.
> ---------- Forwarded message ---------
> From: **Morgan Kuhn** <morgankuhn@google.com>
> Date: Tue, Dec 4, 2018 at 2:22 PM
> Subject: Fwd: Meeting with Diane Greene: Financial Services Role
> To: Ulku Rowe <urowe@google.com>



> • **Morgan Kuhn**
> • Administrative Business Partner
> • morgankuhn@google.com
> • +1 703.508.4747

FYI :/

---------- Forwarded message ---------
From: **Megan Murray** <meganmurray@google.com>
Date: Tue, Dec 4, 2018 at 11:20 AM
Subject: Re: Meeting with Diane Greene: Financial Services Role
To: Morgan Kuhn <morgankuhn@google.com>
Cc: Stuart Vardaman <svardaman@google.com>

Hi Morgan - I hope you are doing well! Unfortunately due the recent news of Diane Greene leaving Google Cloud, we will need to cancel this meeting for Ulku. Stuart and I are working on the next step and who to reschedule this meeting with.
Please stay tuned!

> Best,
> Megan

CONFIDENTIAL