| | |
|---|---|
| **From:** | Tariq Shaukat <tshaukat@google.com> |
| **To:** | ███████████████████████ > |
| **Sent:** | Wed, 2 Jan 2019 10:08:46 -0800 |
| **Subject:** | Re: |

███

Thank you for your email, and happy new year.

Unfortunately, things are a bit complicated at the moment, with Thomas' joining. Candidly and confidentially (as my team doesn't know), he hasn't decided how much to prioritize the vertical efforts we have going on, and so I am hesitant to bring anyone on board in case he decides to deinvest. I had thought that we would have clarity by now, but it looks more likely that it will be later in Q1 or early Q2; once we do, I would very happily circle back and reengage. Also happy to connect live if helpful.

Best,
Tariq

On Tue, Jan 1, 2019 at 2:47 PM ███████████████████████████████ wrote:

> Hi Tariq,
> I imagine you are insanely busy with all-change at Cloud.  I hope everything is landing well for you.   Stuart helpfully let me know that you were putting the Financial Services vertical lead on hold while you and Thomas decided how to shape the Cloud org going forward.
> Given that, I'll probably move to take up one of the other options, but just wanted to let you know that I'd be very happy to re-engage at a later date once you have a better vision of where things are heading.
> In the interim, when you surface for air, it would be great to find 15 minutes to catch up and get a quick debrief.
> best
> ███

CONFIDENTIAL                                                                                                                                                                        GOOG-ROWE-00017648