| | |
|---|---|
| **From:** | Tariq Shaukat <tshaukat@google.com> |
| **To:** | Tariq Shaukat <tshaukat@google.com> |
| **Sent:** | Tue, 17 Jul 2018 09:15:25 -0700 |
| **Subject:** | Welcome Stuart Breslow and Sunil Rayan |
| **Cc:** | Sunil Rayan <sunilrayan@google.com>, Stuart Breslow <breslows@google.com> |
| **Bcc:** | ga-ip-fte@google.com |

Hi team,

It's been a tremendous year for growth on our team. So far, we've welcomed 106 people to GA+IP YTD and I'm excited to announce that we have two new team members joining the leadership team this week: Stuart Breslow joins as Director of Technology and Policy and Sunil Rayan as Global Client Director for our Gaming vertical.

**Stuart Breslow** will lead our customer-facing regulatory and compliance engagement for Google Cloud globally. He is based in New York City and will report to me. He will be responsible for building a global team to work with customers and partners across industries to ensure that Google Cloud meets their compliance and regulatory needs, including developing and maintaining the business requirements for regulatory and compliance across GCP and GSuite, prioritizing the roadmap for government and industry certifications, and leading detailed engagement with customers with regulated workloads as they engage internally and externally to move to the Cloud. In this role, he will work closely with the Product and Engineering teams in GSuite and GCP, including Suzanne Frey and her team in GSuite as well as the regulatory and compliance teams in GCP; and with the Public Policy team for Cloud under Pablo Chavez, responsible for government and regulator relations.

Stuart brings over 30 years of expertise from consulting and from within the financial services industry. Most recently, Stuart was a Partner at McKinsey & Company where he lead the Compliance service line providing advice and support to clients globally, with a focus on financial services companies, industry service providers and banking and securities regulators. Prior to that, Stuart was Chief Compliance Officer and Managing Director for Morgan Stanley's compliance program. There, he sat on the Morgan Stanley Management Committee and led a 1000 person team, playing a central role in enterprise compliance culture and leading the efforts to evolve the Compliance program to be forward-looking focused on risk identification through Compliance Risk Assessment, mitigation through policy formulation and training, and measurement through monitoring, testing and metrics. In between his two stints at Morgan Stanley, Stuart was Chief Compliance Officer of Credit Suisse for 4 years. Stuart has a B.S. in Public Policy from Princeton and a JD from Columbia University.

On a personal note, Stuart devotes much of his time and energy to Bard College at Simon's Rock, where he is Chairman of the Board of Overseers, the TransFamilies project at PFLAG-NYC and to New York's Hudson River Valley, where he spends most weekends. Stuart is an avid cyclist, hiker, gym rat, meditator, moviegoer and reader of contemporary fiction, history, and memoirs.
--
**Sunil Rayan** joins us from Google's AppDev team and will be the Global Client Director for the newly created Gaming vertical. He will be based in Sunnyvale. In his role, Sunil will partner with the Gaming vertical product and engineering teams, as well as the Customer team, to develop Google Cloud's Video Gaming business, with a particular focus on our Global Client targeted partners. As described when we announced the Global Client Program, Sunil will be focused on bringing a 360° partnership-based approach to this industry, leveraging both the transformational capabilities of Cloud and AI, and the broader capabilities we have in the vertical across Google/ Alphabet. He will also be playing a lead role in developing the business requirements to inform our GCP and GSuite product roadmaps related to Gaming.

Sunil joined Google six years ago as the founding leader of the Global Sales Excellence (GSE) team, where he was responsible for supporting the strategy and operations of our various customer acquisition channels. He later led the AppDev (Apps & Gaming Ads) team which includes ~150 people across 12+

HLM     10/09/20

**Exhibit 22**

CONFIDENTIAL

GOOG-ROWE-P-00000827