IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ULKU ROWE,<br><br>                    Plaintiff,<br>v.<br>GOOGLE LLC,<br>                    Defendant. | Civ. Action No. 19-cv-08655(LGS)(GWG) |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT**

Upon consideration of Plaintiff's Motion for Summary Judgment, Memorandum of Law in Support and Opposition to Defendant's Cross Motion for Summary Judgment, supporting Declarations, and any exhibits attached thereto, **IT IS HEREBY ORDERED** that:

    a. Plaintiff's Motion for Summary Judgment is **GRANTED**; and

    b. Defendant's Motion for Summary Judgment is **DENIED.**

SO ORDERED this ___ day of _____, 2021.

 

_____
HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE