IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ULKU ROWE,

        Plaintiff,

  v.

GOOGLE LLC.

        Defendant.

No. 19-cv-08655 (LGS)

**DECLARATION OF CARA GREENE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT**

I, Cara E. Greene, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. Pursuant to Federal Rule of Evidence 1006, following is a summary of compensation and performance review information for certain Technical Directors. This information is derived from the following documents: GOOG-ROWE-00078058, P0001700, GOOG-ROWE-00053780.R, GOOG-ROWE-00053790.R, GOOG-ROWE-00053774.R, GOOG-ROWE-00055387, GOOG-ROWE-00067247, GOOG-ROWE-00055387, GOOG-ROWE-00068458, GOOG-ROWE-00068460, GOOG-ROWE-00068462, GOOG-ROWE-00068464, GOOG-ROWE-00068466, GOOG-ROWE-00060591.

Compensation Information

2. **Ulku Rowe**, Level 8 Principal Technical Solutions Consultant

|      | Job Code | Base Salary | Bonus Payment | Equity Grant Refresh |
|------|----------|-------------|---------------|----------------------|
| 2017 | ■        | ■           | ■             | ■                    |
| 2018 | ■        | ■           | ■             | ■                    |
| 2019 | ■        | ■           | ■             | ■                    |
| 2020 | ■        | ■           | ■             | ■ ■                  |
| 2021 | ■        | ■           |               |                      |

3. **Nicholas Harteau**, Level 9 Distinguished Technical Solutions Consultant

|      | Job Code | Base Salary | Bonus Payment | Equity Grant Refresh |
|------|----------|-------------|---------------|----------------------|
| 2017 | █        | █           | █             |                      |
| 2018 | █        | █           | █             | █                    |
| 2019 | █        | █           | █             | █                    |
| 2020 | █        | █           |               |                      |

4. **Evren Eryurek**, Level 9 Distinguished Technical Solutions Consultant

|      | Job Code | Base Salary | Bonus Payment | Equity Grant Refresh |
|------|----------|-------------|---------------|----------------------|
| 2017 | █        | █           | █             | █                    |
| 2018 | █        | █           | █             | █                    |
| 2019 | █        | █           | █             | █                    |
| 2020 | █        | █           | █             | █ █                  |
| 2021 | █        | █           |               |                      |

5. **Ben Wilson**, Level 9 Distinguished Technical Solutions Consultant

|      | Job Code | Base Salary | Bonus Payment | Equity Grant Refresh |
|------|----------|-------------|---------------|----------------------|
| 2017 | █        | █           | █             |                      |
| 2018 | █        | █           | █             | █                    |
| 2019 | █        | █           | █             | █                    |
| 2020 | █        | █           | █             | █                    |
| 2021 | █        | █           |               |                      |

6. **Jonathan Donaldson**, Level 9 Distinguished Technical Solutions Consultant

|      | Job Code | Base Salary | Bonus Payment | Equity Grant Refresh |
|------|----------|-------------|---------------|----------------------|
| 2017 | █        | █           | █             |                      |
| 2018 | █        | █           | █             | █                    |
| 2019 | █        | █           | █             | █                    |
| 2020 | █        | █           | █             | █                    |
| 2021 | █        | █           |               |                      |

7. **Paul Strong** Level 9 Distinguished Technical Solutions Consultant

|      | Job Code | Base Salary | Bonus Payment | Equity Grant Refresh |
|------|----------|-------------|---------------|----------------------|
| 2017 | ■        | ■           | ■             | ■                    |
| 2018 | ■        | ■           | ■             | ■                    |
| 2019 | ■        | ■           | ■             | ■                    |
| 2020 | ■        | ■           | ■             | ■                    |
| 2021 | ■        | ■           |               |                      |

8. **Stuart Breslow** Level 9 Director, Solutions Consultant

|      | Job Code | Base Salary | Bonus Payment | Equity Grant Refresh |
|------|----------|-------------|---------------|----------------------|
| 2018 | ■        | ■           | ■             | ■                    |
| 2019 | ■        | ■           | ■             | ■                    |
| 2020 | ■        | ■           |               |                      |

Performance Review Ratings

9. **Ulku Rowe** – Performance Ratings

|      | Q1 | Q3 |
|------|----|----|
| 2017 | ■  | ■  |
| 2018 | ■  | ■  |
| 2019 | ■  | ■  |
| 2020 | ■  | ■  |

10. **Nicholas Harteau**- Performance Ratings

|      | Q1 | Q3 |
|------|----|----|
| 2017 | ■  | ■  |
| 2018 | ■  | ■  |
| 2019 | ■  | ■  |

11. **Evren Eryurek**- Performance Ratings

|      | Q1 | Q3 |
|------|----|----|
| 2017 | ■  | ■  |
| 2018 | ■  | ■  |
| 2019 | ■  | ■  |
| 2020 | ■  | ■  |

12. **Ben Wilson**- Performance Ratings

|      | Q1 | Q3 |
|------|----|----|
| 2017 | ██ | ████ |
| 2018 | ███ | ████ |
| 2019 | █████ | ████ |
| 2020 | ██ | ████ |

13. **Jonathan Donaldson** – Performance Ratings

|      | Q1 | Q3 |
|------|----|----|
| 2017 | ██ | ████ |
| 2018 | ███ | ███ |
| 2019 | ███ | ████ |
| 2020 | ██ | ████ |

14. **Paul Strong**- Performance Ratings

|      | Q1 | Q3 |
|------|----|----|
| 2017 | █████ | ██ |
| 2018 | ███ | ██ |
| 2019 | ███ | ████ |
| 2020 | ██ | ████ |

15. **Scott Penberthy**- Performance Ratings

|      | Q1 | Q3 |
|------|----|----|
| 2017 | █████ | ██ |
| 2018 | ███ | ██ |
| 2019 | ███ | ██ |
| 2020 | ██ | ██ |

16. **Massimo Mascaro**- Performance Ratings

|      | Q1 | Q3 |
|------|----|----|
| 2018 | ████ | ████ |
| 2019 | ████ | ████ |
| 2020 | ██ | ████ |

4

17.     **Kawaljit Gandhi** - Performance Ratings

|      | Q1 | Q3 |
|------|----|----|
| 2017 | ██████████ | ████████████████ |
| 2018 | ██████████ | ██████████ |
| 2019 | ████████████████ | ████████████ |
| 2020 | ██████ | ████████████ |

18.     Google hired 17 individuals into the Technical Director position between March 2016 and March 2018.  Plaintiff was the only woman Google hired for the role.

19.     According to information contained in the L8-L9 Employee Snapshots, among ██ Engineering Directors (Technical Directors, SWE Directors, AE Directors, and PM Directors at Levels 8 and 9) Google employed between ██████████, only ██ are women.

20.     I am a Partner in good standing at Outten & Golden LLP. I am admitted to practice in the State of New York and before this Court. I make these statements based on personal knowledge in support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment and in support of Plaintiff's Cross-Motion for Summary Judgment.

Dated: December 6, 2021
       New York, New York

/s/ Cara E. Greene
Cara E. Greene

**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone:  (212) 245-1000
Facsimile:   (646) 509-2060