# Exhibit 2
# Motion to Seal Pending