# Exhibit 3
# Motion to Seal Pending