# Exhibit 4

Page 102

- KEVIN LUCAS -

A. Got you.

Q. And do you see five names here, Ben Wilson, Evren Ery -- I can't say his last name -- Eryurek, Jonathan Nelson, Nicholas Harteau, and Paul Strong? Do you see that?

A. Yes.

Q. Were those all in OCTO?

MR. GAGE: Objection. At what point in time are you talking about?

MS. GREENE: This is as of November 20th, 2017.

A. So I know Ben Wilson was; I am familiar with him. The other names look somewhat familiar so I -- I would, yes, they were probably in OCTO.

Q. Other than these individuals at Level 9, were there other technical solutions consultants at Level 9 within Cloud not listed here?

MR. GAGE: Objection.

A. I wouldn't be able to definitively say without looking at the document myself.

Q. If you go down to Page 7, beginning with Line 284, do you know whether any of those

Page 103

- KEVIN LUCAS -

principal technical solutions consultants at Level 8 are outside of OCTO?

MR. GAGE: Objection.

A. I would have to look up each individual one. A couple of names sound familiar, but I would have to look it all up.

Q. Have you seen this list before?

A. No.

Q. And so if I were to tell you that at any point over -- you know, this is different snapshots for three different years. If that each of those snapshots it showed only technical solutions consultants within OCTO, is it your testimony that there were technical solutions consultants at Levels 8 and 9 within Google Cloud outside of OCTO?

MR. GAGE: Objection.

A. Again I --

MR. GAGE: Are you talking about a specific point in time, are you talking about today?

MS. GREENE: The years that these documents reflect. These documents are again snapshots from three different periods of

Page 104

- KEVIN LUCAS -

time.

MR. GAGE: Right, but I don't know that the witness knows that so that's the basis of my objection is you're not be specific about when you're asking him.

Q. 2017, 2018, and 2019, were there technical solutions consultants in Google Cloud outside of OCTO?

A. Technical solu -- any level on the job family, yes.

Q. Level 8 or 9.

A. I can't confirm Level 8 or 9 outside of OCTO without doing some research, because that job family is used in other parts of Cloud.

So in our go-to-market organization, that is the job family that is used for customer solutions engineer for which I think, I'm almost positive, at that point in time there were -- there was at least one director. Whether it's Level 8 or 9, I'm not sure.

Q. So with respect to clust -- customer solutions engineer, is it your testimony that they also used the technical solutions consultant ladder?

Page 105

- KEVIN LUCAS -

A. Yes, that is my understanding and I think they still do.

Q. And that's an Eng role?

A. No, it is not.

Q. Are there other roles that use the technical solutions consultant ladder?

A. I am not aware of other roles within Cloud, other than the ones that I've mentioned, that use the TSC job family. There are several roles outside of Cloud that use that family.

Q. Focusing on director level roles --

A. Okay.

Q. -- what are the substantive differences between a director in a technical solutions consultant role and a product management role?

A. Oh, they're -- they're rather different roles.

A product manager -- a product management director is defining the strategy of the product in the multi-tier road map and partnering with engineering to actually build according to that road map and deliver that

Page 122
- KEVIN LUCAS -
1  specific number, but I would say it's very, very
2  few.
3           Typically once you move -- or at
4  Level 8 and above.  The fast vast majority of
5  people in those roles are people managers unless
6  your role is maybe a bit nuanced or specialized or
7  divergent in -- in some way.  So, for example,
8  I've worked with director-level chief of staff who
9  was an individual contributor.
10      Q.    And what significance does being an
11 individual contributor versus being a person
12 manager have for an individual; how is that -- how
13 is that designation used in the decision-making
14 process at Google?
15            MR. GAGE:  Objection.
16      A.    Can I ask you to clarify what
17 decision-making process?
18      Q.    I'm trying to understand everything
19 that may be implicated by someone having the
20 designation of individual contributor versus
21 manager.
22      A.    Oh, okay.
23            MR. GAGE:  Objection.
24            Go ahead.

Page 123
- KEVIN LUCAS -
1      A.    Apologies, I'm trying to think
2  through like the -- the fundamental differences
3  there.
4           I'm saying it's not diff -- IC versus
5  people manager isn't necessarily an -- an
6  individual decision; it's a structural decision or
7  a functional decision, right.  So it's -- I think
8  we could be hard-pressed to find a Level 8
9  director saying I want to be an individual
10 contributor and that making sense enough to
11 actually doing that.
12           That said, there are the nuances that
13 I mentioned before like a chief of staff or highly
14 specialized or nuance role whatever it may be.  I
15 would say what significance it has, I can't say
16 too much because when I think about it from a
17 performance or promotion perspective you're still
18 evaluated on the expectations of your -- your role
19 and ladder regardless of people manager versus
20 ICs.
21           I'm not aware of any compensation
22 differences between people manager versus ICs.
23 It's -- it's -- there's a slight difference in
24 terms of training, whereby we offer people

Page 124
- KEVIN LUCAS -
1  managers people management training from
2  which    I'm not sure if people place much
3  significance on that aspect of it.  Yeah, I -- I
4  don't see that it's -- there's a lot of
5  significance in it.
6      Q.    With respect to the distinguished
7  technical solutions consultant role --
8      A.    Okay.
9      Q.    -- are you aware of a minimum number
10 of years of experience needed for that role?
11     A.    I -- I would have to consult the
12 guidelines.  I would speculate that you said it
13 distinguishes L 8, if I remember correctly.  I
14 would speculate it's probably somewhere between
15 upper teens, maybe twenty.
16     Q.    What about with respect to the L 9
17 role?
18     A.    I would say -- and a qualifier to
19 that is relevant years of experience.  For the
20 L 9, I would probably say just kind of a handful
21 more than -- than whatever that memo is.
22     Q.    Do you know this to be the case or is
23 this your assumption based on what you know about
24 Google generally?

Page 125
- KEVIN LUCAS -
1      A.    Well, it's --
2            MR. GAGE:  Objection.
3            Go ahead.
4      A.    Without -- without looking -- I said
5  it is speculative without looking at the -- the
6  specific leveling guidelines; but in observation
7  of directors we have brought into the
8  organization, that's what leads me to that number.
9      Q.    When we looked at the leveling
10 guidelines earlier we didn't see a minimum number
11 of years, correct?
12           MR. GAGE:  Objection.
13           You can look back at the document if
14    you'd like, but -- do you know which document
15    that was that you're referring to, Cara?
16           MS. GREENE:  Yeah, give me one
17    moment.
18           THE WITNESS:  I think it was 10 --
19    no.
20     Q.    Did you find it for the technical
21 solutions consultant?
22     A.    I haven't yet.  I'm clicking through
23 each tab.
24     Q.    All right, I've got it.  Give me one

```
                                        Page 126                                                Page 128
 1            - KEVIN LUCAS -                            1            - KEVIN LUCAS -
 2   moment.                                             2   right now.
 3       A.   I think I -- no, that wasn't the one.      3            THE WITNESS:  Is that -- is that a
 4       Q.   Try Tab 26.                                4       good break for you?
 5            MR. GAGE:  And is that the document        5            MS. GREENE:  Sure.
 6       you were referring to in your question?         6            THE WITNESS:  Does that work?
 7            MS. GREENE:  It was.                       7            MS. GREENE:  Uh-huh.
 8       A.   You're correct, and it is not              8            THE VIDEOGRAPHER:  Okay.  We're going
 9   mentioned in this document; but this document is    9       off the record, the time is 3:54 New York
10   behavorial descriptors across levels, so similar   10       time.
11   to the SWE ladder whereby we articulate            11            (Whereupon, there was a brief recess
12   complexity, scope, things like that across level.  12       in the proceedings.)
13       Q.   Are you aware of any other document       13            THE VIDEOGRAPHER:  The time is 4:02
14   that includes leveling guidelines for technical    14       p.m. New York time, we're back on the record.
15   solutions consultant?                              15       Q.   Okay.  I want you to take a look at
16       A.   Not specific to technical solutions       16   what's been marked as Exhibit 11.  This is the
17   consultant.  I'm trying to find the --             17   spreadsheet and so you may by going to the
18       Q.   Are you aware of anything that            18   upper -- there might be a Box in the upper
19   outlines any sort of years requirement with        19   right-hand corner that allows you to choose what
20   respecting -- with respect to the leveling of      20   format you open up in.
21   technical solutions consultant?                    21       A.   Okay.  Unfortunately it says "Box for
22       A.   Nothing unique to TSCs.  I apologize,     22   office online has locked," so I can only look at
23   that's why I'm looking a little confused, because  23   it in basically a PDF view.  Let me actually go
24   I can't remember seeing anything that is job       24   back and try to right click and open differently.
25   family-specific leveling guidelines.               25            It does not allow me to open it

                                        Page 127                                                Page 129
 1            - KEVIN LUCAS -                            1            - KEVIN LUCAS -
 2       Q.   With respect to years of experience,       2   differently.  It's -- there's a -- when I right
 3   are you aware of anything generally that sets       3   click, it says I can request unlock.
 4   forth level for -- years of experience with         4       Q.   Yeah.  We had requested unlock for
 5   respect to leveling for people at the L 8 or L 9    5   you to be open it in Excel.
 6   levels?                                             6       A.   I can try here and see if I can.
 7       A.   That's -- that's what I was just           7       Q.   I'm not going to ask you anything too
 8   trying to think through and -- let me think a       8   detailed about this.
 9   little more.                                        9       A.   Okay.
10            I can't remember anything.  It's so       10       Q.   The first question, if you're able to
11   frustrating.                                       11   zoom in at all, is whether you even recognize what
12       Q.   It's okay.  If you don't remember or      12   this document is?
13   you don't know, that's a fine answer as well.  Is  13       A.   I don't recognize this document,
14   your answer you don't remember sitting here right  14   but it appears as though the content is the
15   now?                                               15   descriptors of how we would assess a candidate
16       A.   I don't remember.                         16   across four different attributes.
17       Q.   Okay.  With respect --                    17            MR. GAGE:  And I just -- can I just
18            MR. GAGE:  Can we take break at some      18       note, I have a icon that says "The file is
19       point, convenient break?                       19       being edited with Box for office online."
20            THE WITNESS:  Thank you.  Forgive me,     20       What does that mean?
21       sorry, I can't really follow.                  21            MS. GREENE:  It may mean that because
22            MS. GREENE:  Sure, I see you drinking     22       you opened it and we gave access --
23       the Coke there.  It's fine.                    23            MR. GAGE:  Okay.
24            THE WITNESS:  I know.                     24            MS. GREENE:  -- you -- you're able to
25            MS. GREENE:  We can go off the record     25       edit it, but --
```

Page 138
1                           - KEVIN LUCAS -

[redacted]

Page 139
1                           - KEVIN LUCAS -

[redacted]

Page 140
1                           - KEVIN LUCAS -

[redacted]

Page 141
1                           - KEVIN LUCAS -

[redacted]

7       Q.   I think you testified earlier that
8  the salary was algorithmic?
9       A.   So it's -- as I've seen it happen, it
10 is a trick -- it's a spreadsheet by which you
11 essentially enter these data points, right.  Like
12 you enter the job code for widget inside and out,
13 all of the back-end MRPs, so it will actually
14 populate what the offer should be without
15 considering any -- any other information and that
16 becomes kind of your starting point in most cases.
17      Q.   So what are the factors that are
18 entered into, what are the data points that are
19 entered in to calculate what the starting point
20 for the compensation discussion should be?
21           And I'm specifically looking at
22 hiring right now.
23      A.   Sure.
24      Q.   We'll come back to comp discussions
25 in the course of the, you know, performance

```
                                          Page 142
 1                   - KEVIN LUCAS -
 2     year --
 3          A.      Sure.
 4          Q.      -- but right now I'm looking at
 5     hiring.
 6          A.      Sure, sure.  So for new hire comp, as
 7     I understand it, they enter the job code and the
 8     location, because the job code already has level
 9     factored into it because you have a different job
10     code for each level.  So the job code and location
11     drives that outcome.
12          Q.      And once you've entered that in, what
13     is relayed back out for new hires?
14          A.      Yep.  So it then becomes a, quote,
15     approved offer.  So that output is then pushed
16     through GHire back to the recruiter to say here's
17     your approved offer that you can extend, for which
18     recruiters have a -- a relatively narrow range for
19     which they can negotiate based on how the
20     candidate responds to it, but it's relatively
21     narrow.
22                  If anything, if they need to -- to
23     consider going outside of that range it actually
24     has to go back to model again and to potentially
25     additional layers of approval, but that doesn't
```

```
                                          Page 143
 1                   - KEVIN LUCAS -
 2     not happen too often, at least in observation.
 3          Q.      And what are the components of the
 4     output in an approved offer?
 5          A.      Salary, bonus, and equity.  Although,
 6     bonus isn't a dollar that we necessarily
 7     communicate.  It's a percentage that's
 8     automatically tied to the level, so that doesn't
 9     -- so new hire offers, there are three components
10     comm -- communicated back to the recruiter for
11     which they can extend the offer to the candidate.
12     It is salary, bonus, and equity.
13                  The bonus is a fixed target
14     percentage that we communicate so we don't
15     actually communicate the dollar value to the
16     bonus, and then salary is -- is slightly
17     negotiable as is equity some degree.  In some
18     cases, we will consider sign-on bonuses if that is
19     a lever that we need to pull.
20          Q.      For purposes of the -- what is it M
21     -- MS -- MRP?
22          A.      MR, yes.  Correct.
23          Q.      For purposes of the MRP, are any
24     positions grouped together?
25          A.      Not that I'm aware of, no.
```

```
                                          Page 144
 1                   - KEVIN LUCAS -
 2          Q.      So I guess my -- a different question
 3     is:  Given that Google's job titles and job code
 4     are unique to Google --
 5          A.      Yup.
 6          Q.      -- what external positions are they
 7     measured against?
 8          A.      Yup.  So we contribute to
 9     compensation surveys, like the majority of other
10     companies do, for which we submit anonymous comp
11     data to a third-party that essentially comes back
12     to us to say here's what this job and level pays
13     in this respective location, and we then decide
14     where we target in that range that the job pays.
15          Q.      And so --
16          A.      So --
17          Q.      Go ahead.
18          A.      I just going to say so, for example,
19     in -- in most cases we contribute data as do
20     around 30 other companies depending on the
21     respective job, by which you can imagine the usual
22     suspects for Google.  So for the majority of our
23     technical roles you would see the likes of Amazon,
24     Facebook, Apple, et cetera in -- in the mix to
25     inform where we decide to target in the market.
```

```
                                          Page 145
 1                   - KEVIN LUCAS -
 2          Q.      And how do you know what position
 3     externally you're targeting it against?
 4          A.      Yeah.  So the simplest way to
 5     describe it, it's almost like job descriptions
 6     that you submit to qualify or to kind of describe
 7     a -- a role.
 8                  For the more common roles, you can
 9     imagine like where there's large end count like
10     product management and -- and software
11     engineering, that's probably where it's a little
12     more straightforward.  Whereby some of the other
13     smaller job family roles, it's a little more you
14     have to identify qualifiers by which you want to
15     measure against.
16                  So said differently, you get to
17     decide the ratio of functions that make up a role.
18     So for like let's say solutions consultant -- and
19     I'm making up the categories here, but I'm just
20     going to try to articulate a point -- there's
21     probably a consulting function that is weighted at
22     25 percent, there's probably a project management
23     function that's weighted as well.  So it starts to
24     form a more cross-comp -- or a company agnostic
25     view of what roles are that form the output that
```

Page 174

```
 1                - KEVIN LUCAS -
 2   look different?
 3        A.   Day-to-day responsibilities for
 4   software engineering don't change a whole lot from
 5   Level 8s to 9.  It is similar to our conversation
 6   we previously had, whereby either the scope and
 7   visibility and impact of their role shifts in some
 8   ways.
 9             So they are probably more aligned to
10   a higher priority product, perhaps a more kind of
11   innovative product if you will.  They may start
12   leading a larger organization whereby more,
13   quote/unquote, products roll up to them.
14             So it's more about kind of scope and
15   product prior -- priority than shifting day-to-day
16   responsibilities from an L 8 to L 9 software
17   engineer.
18        Q.   What are the skills necessary for an
19   L 8 software engineer?
20        A.   Coding ability is probably the -- the
21   fore -- the forerunner there for which they still
22   have to go through coding interviews when code is
23   submitted in their interview packets, et cetera,
24   so that is probably the largest one.
25             There's going to be elements,
```

Page 175

```
 1                - KEVIN LUCAS -
 2   depending on which track you're on, of leading a
 3   team or organization.  You're probably gonna to
 4   see elements of strategic thinking to execution
 5   because you have to be able to work with product
 6   managers on -- on kind of building up that product
 7   road map, but you also have to -- with production
 8   managers on building the product road map and then
 9   working with frontline engineers to actually code
10   the products themselves.
11             So it's a pretty interesting blend of
12   technical depth and kind of product leadership.
13        Q.   And --
14             MS. GREENE:  Hope, can you read back
15        the last question.  Just the question, not
16        the answer.
17             (The question requested was read back
18        by the reporter.)
19        Q.   And what different skills are is
20   required of a Level 9 --
21             MR. GAGE:  Objection.
22        Q.   -- a Level 9 software engineer?
23        A.   If I -- I would probably say it's
24   just greater depth or ability of what I just
25   mentioned.  So similar buckets, just more of if
```

Page 176

```
 1                - KEVIN LUCAS -
 2   that makes sense.
 3        Q.   And with respect to the director of
 4   product management, what are the day-to-day
 5   responsibilities for a director of product
 6   management Level 8 look like?
 7        A.   Level 8, yeah.  There are going to be
 8   probably a few different elements there.
 9             There's going to be part of their
10   time that's spent on strategic direction of the
11   product and the ability defining where we want to
12   take this product on a multi-year road map and
13   starting to form a point of view on how we deliver
14   that -- that road map over the next, let's say,
15   six months to a few years.
16             There's an element around kind of
17   data analysis and customer feedback, so adjusting
18   how customers are using the product or service
19   and -- and responding to that feedback in either
20   reactive ways to support the need we didn't meet
21   or perhaps proactively thinking about features
22   that we can build into the product or service that
23   may unlock value to their business that they may
24   not necessarily see.
25             L 8 product managers are -- are
```

Page 177

```
 1                - KEVIN LUCAS -
 2   people leaders, so there's not a kind of
 3   individual or technical track in the manager
 4   track; it's all one.  So they're likely lead a --
 5   probably a small to medium-sized team of product
 6   managers on respective product or groups of
 7   related products.
 8             And then similar to software
 9   engineering, there's a portion of their time
10   that's spent in kind of meeting, corroborating
11   with Eng, talking about feasibility and product
12   road maps, and how we actually think about
13   building these -- these over time.
14             Similar to software engineering, the
15   difference between L 9 -- L 8 and L 9 is largely
16   scrope, scrope -- scope, product complexity, or
17   product portfolios that we will likely grow them
18   into additional prod -- roles that have
19   responsibility for additional products and/or ask
20   them to build out more nascent products.  So it's
21   going to be the innovation side of it.
22        Q.   And I apologize if you already
23   answered this:  Is -- product management, is that
24   considered an Eng role as you consider it?
25        A.   So Eng is most often referred to as
```