# Exhibit 6
# Motion to Seal Pending