# Exhibit 7

**From:** Melissa Lawrence <hrmelissa@google.com>
**To:** Gaurav Munjal <gmunjal@google.com>
**Sent:** Tue, 17 Jul 2018 08:50:31 -0700
**Subject:** Re: OCTO Headcount Update
**Cc:** Rachel Quirk <rachelquirk@google.com>, Dave Beuerlein <dbeuerlein@google.com>

Will do. Thanks for all both you and Rachel are doing to grow the OCTO team.

Melissa

On Mon, Jul 16, 2018 at 9:15 PM, Gaurav Munjal <gmunjal@google.com> wrote:

> Hi Melissa,
> Thank you very much for the feedback, especially regarding the ongoing discussion between Will and Brian.
>
> Regarding location, I think that approach will be helpful to considering great talent outside of the locations we have hired previously--in addition to Austin, Boulder, Portland and the Research Triangle come to mind.
>
> If you hear of any updates regarding OCTO, please keep us informed. That would be great. Many thanks.
>
> Best, G.
>
> On Mon, Jul 16, 2018 at 8:08 PM Melissa Lawrence <hrmelissa@google.com> wrote:
>
>> Hi G -
>>
>> OCTO has 12 HC available in Pez and this allocation makes sense. I know that Will has shared the priorities with Brian and Brian said to me last week that this is a chance for OCTO to rebuild with the next cohort of talent. I have encouraged Will to share the plan with Diane but do not know if he has done that.
>>
>> I would say that NYC is a target but Will and I have discussed being opportunistic about talent in other areas of the US and Brian was on board. Not to target say getting 1 OCTO in Austin for example but widening the net to source for great talent in Google locations outside of the traditional SVL, SEA, NYC markets.
>>
>> Bottom line, OCTO approvals are always going to be one off. We are never going to get approval and just go execute due to profiles of talent and level of role.
>>
>> Melissa
>>
>>
>> On Sun, Jul 15, 2018 at 11:03 PM, Gaurav Munjal <gmunjal@google.com> wrote:
>>
>>> Hi Melissa,

Hope all is well. I wanted to provide a quick update on OCTO headcount so that we are all aligned moving forward.

Will expects that he will have a need to hire leadership candidates on an ongoing basis, as he sees OCTO as an excellent entryway for candidates, then as a training ground for them to understand Cloud customers, and finally as a stepping stone to other great roles at Google.

Due to the recent reorg of some OCTO members (Ulku, Evren, Ben and Jeff) to Tariq's team, Will expects to hire approx 10 OCTO candidates in the near term. The breakdown is as follows:

- 5-6 HC in EMEA (this is top priority).
- 2 HC for AI (1 in EMEA and 1 in NYC, reporting to Scott Penberthy).
- 2-3 HC for OCTO Generalists (emphasis on NYC, reporting to Nic Harteau).
- While APAC is still an interest for Will, HC for APAC has been on hold.

Will mentioned that he has this headcount allotted in PEZ system, and encouraged us to align our resources based on this headcount. While I know PEZ is used for approving headcount, I don't believe it has been the source of truth for OCTO, with the final decision coming to Diane and Brian Stevens.

Melissa, does this align with your understanding of OCTO hiring? Are both Diane and Brian onboard with this hiring plan? We look forward to your feedback--Rachel and I would be happy to jump on a GVC this week. Many thanks.

Best, G.

--

Gaurav Munjal | Leadership Recruiter | gmunjal@google.com | Google Inc.

Inside Look at Google's New York Offices

Life at Google

Help us learn more about your location preferences with this anonymous ~30 second survey.

--

CONFIDENTIAL                                                                                                                                  GOOG-ROWE-00058305