# Exhibit 8
# Motion to Seal Pending