# Exhibit 12

Page 58

```
 1            -- BRIAN STEVENS --
 2      Q.     And so with respect to that direct
 3  experience within financial services organization,
 4  is there anyone who had more of that experience in
 5  Google Cloud than Ms. Rowe?
 6            MR. GAGE:  Objection.
 7      A.     In Cloud perhaps, but not that I'm
 8  aware of.
 9      Q.     Did you ever have any conversations
10  with Mr. Grannis regarding Ms. Rowe's role
11  specifically?
12            MR. GAGE:  Objection.
13      A.     Not that I recall specifically.
14      Q.     Did you ever have any discussions
15  with Mr. Grannis regarding Ms. Rowe's trajectory
16  at the company?
17            MR. GAGE:  Objection.
18      A.     No, not that I recall.
19      Q.     Did you have any conversations with
20  Mr. Grannis regarding Ms. Rowe's performance?
21      A.     Not that I recall.
22      Q.     Did you have any conversations with
23  Mr. Grannis regarding Ms. Rowe's compensation?
24      A.     Not that I recall.
25      Q.     Did you have any conversations with
```

Page 59

```
 1            -- BRIAN STEVENS --
 2  Diane Greene regarding Ms. Rowe's role?
 3      A.     Not that I recall.
 4      Q.     Did you have any conversations with
 5  Diane Greene regarding Ms. Rowe's trajectory at
 6  the company?
 7      A.     Not that I recall.
 8      Q.     Did you have any conversations with
 9  Diane Greene regarding Ms. Rowe's performance?
10      A.     No, not that I recall.
11      Q.     Did you have any conversations with
12  Diane Greene regarding Ms. Rowe's compensation?
13      A.     No, not that I recall.
14      Q.     Did you have any conversations with
15  anyone regarding Ms. Rowe's role at the company?
16            MR. GAGE:  Objection.
17      A.     Her current role?  I don't think I
18  understand that question.
19      Q.     When you were there, did you have any
20  conversations with anyone regarding Ms. Rowe and
21  her role at the company, her job at the company?
22            MR. GAGE:  Objection.
23      A.     Possibly.
24      Q.     Any that you recall with
25  particularity?
```

Page 60

```
 1            -- BRIAN STEVENS --
 2      A.     No, not particular, no.
 3      Q.     Did you have any -- while you were at
 4  Google, did you have any conversations with anyone
 5  regarding Ms. Rowe's performance?
 6      A.     No, not that I recall.
 7            MR. GAGE:  Objection.
 8      Q.     While you were at the company, did
 9  you have any conversations with anyone regarding
10  Ms. Rowe's compensation?
11      A.     Not that I recall.
12            MR. GAGE:  Objection.
13      Q.     Okay.  Did you play any role in
14  setting Ms. Rowe's compensation at the time of her
15  hire?
16      A.     Typically I wouldn't have.
17      Q.     Typically you wouldn't have what?
18      A.     Played a role in her compensation
19  unless an exception needed to be made.
20      Q.     Do you recall any of the technical
21  directors for whom you played a role in setting
22  their initial compensation?
23      A.     No, I don't recall being involved in
24  the compensation.
25      Q.     Did you play any role in setting what
```

Page 61

```
 1            -- BRIAN STEVENS --
 2  Ms. Rowe's level would be?
 3            MR. GAGE:  Objection.
 4      A.     Yeah, that's a broad question.  I was
 5  targeting -- you know, we were targeting Level 8
 6  hires in the CTO office, so not directly.
 7      Q.     Were some individuals brought in as
 8  Level 9?
 9      A.     Yes.
10      Q.     Were you involved in the decision to
11  bring individuals in at a Level 9?
12      A.     Indirectly.
13      Q.     In what way were you indirectly
14  involved?
15      A.     As the manager of Will.
16      Q.     And how did that indirect involvement
17  relate to hiring people as Level 9?
18      A.     Typically I'd be the approver, the
19  final approver.
20      Q.     And so would Mr. Grannis make the
21  recommendation with respect to what level someone
22  should be brought in?
23            MR. GAGE:  Objection.
24      A.     Not independently.
25      Q.     What's your understanding of how the
```

Page 62

```
1            -- BRIAN STEVENS --
2    recommendation for what level someone should be
3    brought in was determined?
4         A.    By following a Google process for
5    calibration -- calibrating employees.
6         Q.    And what's your understanding of what
7    that Google process for calibration entails?
8         A.    It entails many -- analyzing the
9    results of many interviews, and job experience
10   against a job description.
11        Q.    At the time that first wave was
12   hired, do you know whether there was a ladder for
13   the technical directors?
14        A.    There was.  You always need to hire
15   against a ladder, yes.
16        Q.    At the time you approved the
17   recommendations for level of hire, did you inquire
18   as to whether the calibration process had been
19   followed?
20             MR. GAGE:  Objection.
21        A.    The -- I didn't audit the process, if
22   that's what you're asking.
23        Q.    I'm asking if you said, hey, did you
24   follow the process, or anything like that?
25        A.    HR guides the -- HR guides the
```

Page 63

```
1            -- BRIAN STEVENS --
2    process.
3         Q.    So by the time it comes to you, you
4    assume the process had been followed?
5             MR. GAGE:  Objection.
6         A.    Typically, yes.
7         Q.    Did you -- do you recall whether you
8    asked for any documentation supporting the level
9    recommendation?
10             MR. GAGE:  Objection.
11        A.    Yeah, not that I recall.
12        Q.    Do you recall asking what factors
13   were supporting a hire as a Level 9 as opposed to
14   a Level 8?
15        A.    No, I don't recall.
16             MR. GAGE:  Objection.
17        Q.    Do you know factors Mr. Grannis and
18   HR considered with respect to the levelling?
19             MR. GAGE:  Objection.
20        A.    I do not recall the details of the --
21   of the levelling attributes.
22        Q.    At some point in time was Ms. Rowe
23   moved out of OCTO?
24        A.    Yes, she was.
25        Q.    And how did that come about?
```

Page 64

```
1            -- BRIAN STEVENS --
2         A.    The creation of a centralized team
3    focused on verticals.
4         Q.    Actually, I want you to look at
5    another document.  Well, actually we'll wait
6    because you're not a recipient on this one, so I'm
7    going to ask you a few questions first.
8             At some point in time while Ms. Rowe
9    was still in the office of the CTO, was there a
10   discussion about reorganizing Mr. Grannis' direct
11   reports?
12        A.    Not that I'm aware of.
13        Q.    Do you recall a discussion about
14   creating a verticals group under Mr. Grannis?
15        A.    No, I don't recall that.
16        Q.    Do you recall any discussion about
17   Ms. Rowe leading a verticals group under
18   Mr. Grannis?
19        A.    No, I don't recall that.
20        Q.    That wasn't something that
21   Mr. Grannis discussed with you?
22             MR. GAGE:  Objection.
23        A.    Not that I recall.  Will discusses
24   many things.
25        Q.    Okay.  And so again if you can just
```

Page 65

```
1            -- BRIAN STEVENS --
2    repeat your answer for how it came to be that
3    Ms. Rowe was moved out of OCTO.
4         A.    Diane Greene reassigned Tariq
5    Shaukat, and one of his responsibilities was to
6    lead a central verticals function.
7         Q.    Can you tell me what you mean by
8    "central verticals function"?
9         A.    Central verticals function meaning
10   lead industry teams focused on certain industry
11   sectors.
12        Q.    And so how did that relate to
13   Ms. Rowe being moved out of OCTO?
14        A.    There was recognized that people
15   within OCTO had domain expertise within key
16   verticals and were expected to move into a
17   centralized role, centralized group.
18        Q.    And who were those individuals who
19   were recognized as having domain expertise?
20        A.    From recollection, Ulku, Evren, Ben
21   and Jeff Kemper.
22        Q.    And what was the domain expertise
23   that Ulku was recognized as having?
24        A.    For financial services.
25        Q.    And was that expertise recognized --
```