# Exhibit 13
# Motion to Seal Pending