# Exhibit 14
# Motion to Seal Pending