# Exhibit 15
# Motion to Seal Pending