# Exhibit 16
# Motion to Seal Pending