# Exhibit 17

Page 30

1                    - BENJAMIN WILSON -
2    GE Oil & Gas; is that correct?
3        A.    Correct.
4        Q.    And in what role did you join GE
5    Oil & Gas?
6        A.    Chief Technology Officer.
7        Q.    Were you the sole Chief Technology
8    Officer of GE Oil & Gas or were there other Chief
9    Technology Officers as well?
10       A.    I was Chief Technology Officer.  I
11   had people who used that the term -- the --
12   the -- the word Chief Technology Officer of like
13   operations and so forth who worked for me.
14       Q.    And to whom did you report?
15       A.    I reported to the CIO.
16       Q.    And how large was the team you
17   managed?
18             MR. GAGE:  Objection.
19       A.    Contractors and employees, more than
20   1,000.
21       Q.    Do you know how many employees?
22       A.    More than 500.  I -- I -- I would
23   have to go look at notes to know the exact number.
24       Q.    And at the time you were working for
25   GE, was the technology Cloud-based?

Page 31

1                    - BENJAMIN WILSON -
2        A.    No.
3        Q.    In any of the roles that you had held
4    prior to Google, in any of those roles was the
5    technology Cloud-based?
6        A.    So at GE, I brought GE to the Cloud.
7    So we were not Cloud-based when we started; we
8    were when we -- we were done.
9        Q.    And --
10       A.    Same thing as P2; they were not
11   Cloud-based, but I brought them to be -- I'll
12   repeat the entire answer again for clarity.
13             At GE, they were not Cloud-based;
14   they were data-center based.  I brought them to
15   Cloud, that was my job.  When I moved to P2 Energy
16   Solutions, they were also data-center based and I
17   moved them to Cloud.
18       Q.    Did you complete the transformation
19   from data center to Cloud while at GE?
20             MR. GAGE:  Objection.
21       A.    Define "complete."
22       Q.    Was it the -- the move from data
23   center to Cloud, was that completed, finished or
24   was it still underway when you left?
25             MR. GAGE:  Objection.

Page 32

1                    - BENJAMIN WILSON -
2             THE WITNESS:  I'm sorry, Ken,
3    I'm -- I'm -- I'm unclear on how to answer
4    this question.
5             MR. GAGE:  If you don't understand
6    the question, that's all you need to say.
7        A.    I --
8        Q.    I can reframe.
9        A.    I'm not trying to be difficult.  I
10   apologize.  It's --
11       Q.    Sure.
12       A.    -- this is not a question that you
13   can answer in a yes or no.
14       Q.    Were there still aspects of GE
15   Oil & Gas that were data-center based?
16       A.    Yes.
17            MR. GAGE:  Objection.
18       Q.    Did you work with an -- a company
19   outside of GE with respect to Cloud-based hosting
20   or services?
21       A.    Yes.
22       Q.    And what company did you work with?
23       A.    Pardon me.  As it says in the resume
24   in the first line, "Amazon Web Services."
25            And -- and, I'm sorry, there were

Page 33

1                    - BENJAMIN WILSON -
2    multiple companies I worked with.  You asked what
3    companies, there were multiple.  I don't know all
4    the names, but the provider Cloud was AWS.
5        Q.    Okay.  Prior to working for Google
6    Cloud, had you worked with Google Cloud in any of
7    your prior positions?
8        A.    Well, that would be impossible since
9    Google Cloud didn't really exist until -- I -- I
10   don't know what year that entity actually existed,
11   so that would be hard for me to answer.
12       Q.    So, again, just so we have a clear
13   record:  Is the answer that no, you hadn't worked
14   with Google Cloud prior to joining Google Cloud?
15            MR. GAGE:  Objection.
16       A.    Yes, that is correct.
17       Q.    Okay.  You can put that document
18   aside.
19       A.    Done.
20       Q.    With respect to your position at GE,
21   do you recall what your total annual compensation
22   was in the last full year you worked for the
23   company?
24       A.    No.
25       Q.    Do you recall whether it was more

Page 74
1                - BENJAMIN WILSON -
2       Q.    And what did Mr. Grannis say to you?
3       A.    I -- I -- I can't remember precisely.
4       Q.    Do you remember anything about what
5   he said to you?
6       A.    He said it was not likely I'd become
7   the head of the vertical as they were looking for
8   another persona of a person than who I was.  Also
9   that Tariq was a different leader than -- than
10  others and he had his ideas of who he wants in
11  that role, and he looked at myself as a technical
12  person who should stay technical rather than going
13  and leading the vertical.  That's the best of my
14  recollection.
15      Q.    Did you discuss it at all with Brian
16  Stevens?
17      A.    I don't recall.  If I did, it was
18  minor.
19      Q.    Do you know if Will Grannis discussed
20  it with Brian Stevens?
21      A.    I do not know.
22      Q.    Do you know whether Will Grannis or
23  Brian Stevens asked that you be considered for
24  that role?
25      A.    I -- I just -- I don't know.

Page 75
1                - BENJAMIN WILSON -
2       Q.    Were you ever interviewed for the
3   role?
4       A.    I'm sorry about this answer, but the
5   answer is I'm not sure.
6       Q.    You're not sure, what do you mean by
7   that?
8       A.    It was -- I had a meeting with Tariq.
9   My impression was it was an interview for the
10  role, but it was -- it turned out not to be an
11  interview meeting.
12      Q.    When was that meeting?
13      A.    Before Darryl Willis was hired.  I
14  don't recall the exact date.
15      Q.    Tell me what you recall about that
16  meeting.
17      A.    I was surprised it was not an
18  interview.
19      Q.    How did you know it was not an
20  interview; what about the meeting suggested it was
21  not an interview?
22      A.    He never asked a question about an
23  interview.  It was conversation about things
24  unrelated to work, and the one moment we had
25  talked about something about work I presented a

Page 76
1                - BENJAMIN WILSON -
2   document to demonstrate areas we could go and
3   penetrate from a -- and the market perspective.
4   He looked at it, liked it, asked for a copy, and
5   if I recall correctly his phone rang and that was
6   the end of the conversation.
7       Q.    Was this before or after you learned
8   that you would be moving into his organization?
9       A.    I -- I don't recall.  It was -- it
10  was a very fluid time and it was unclear if I was
11  going or when I was going, so I -- I just don't
12  know.
13      Q.    Do you know whether Google was
14  verticalizing any other industry verticals at the
15  same time it was moving forward with Energy?
16      A.    Yes.
17      Q.    What did you know?
18      A.    They had picked a number of
19  industries that they thought they could do well
20  in, Energy being -- oil and gas it was called at
21  that time was one of them, financial services,
22  healthcare, media and entertainment.  I -- I just
23  can't recall the others off the top of my head.
24      Q.    Was Ms. Rowe the one who had
25  experience in financial services?

Page 77
1                - BENJAMIN WILSON -
2       A.    Yes.
3       Q.    Was she operating as the -- as the
4   person in OCTO with responsibilities as to the
5   financial services vertical?
6       A.    Yes.
7       Q.    And so was she essentially sort of
8   your corollary for financial services?
9       A.    Yes.
10      Q.    Did you know of anyone at Google in
11  Cloud who had more experience in financial
12  services?
13            MR. GAGE:  Objection.
14      A.    I didn't know everyone in Cloud, so I
15  was -- I was not -- I mean, I was not aware, but I
16  didn't know everyone in Cloud.
17      Q.    Did you consider her to be the go-to
18  person with respect to financial services?
19      A.    Yes.
20            MR. GAGE:  Objection.
21      Q.    Did Mr. Eryurek have any particular
22  vertical experience -- in any particular vertical,
23  I should say?
24      A.    Yes.  He was the CTO of the GE
25  Medical, so he was in the medical vertical as I

Page 90

- BENJAMIN WILSON -

candidates might look like?

A. People in HR, Will, people who were doing the interviews. I really couldn't give you a specific name, but generally speaking there was -- you showed a job description, generally speaking that -- those job descriptions are kind of what they were looking for, so it's very consistent.

Q. So the job description that we looked at earlier you're saying is consistent with what was described to you about who Google was looking for for these positions?

A. Yes. One thing I would just mention again is in terms of the machine learning and AIPs, that was not a necessity for everyone. Scott Penberthy was an exception to that because he is one, but generally speaking you didn't have to have that particular experience; but everything else in there was generally understood as the capabilities or experience you had to have to be in the office of the CTO.

Q. At any point in time in describing for you what experience, et cetera needed to be in the office -- to be in the office of the CTO, did

Page 91

- BENJAMIN WILSON -

anyone mention to you levels?

A. Never.

MR. GAGE: Objection.

A. Levels -- levels were never discussed.

Q. During the time that you were in the office of the CTO, did you ever work with Ms. Rowe?

A. Yes.

Q. In -- in what capacity did you have a chance to work with her?

A. Just things on like presentations and so forth. If I was giving a presentation, I would look for her advice on like what she's presented. She was a prolific presenter on behalf of Google, I was not, so I looked to her on kind of like what she presented on and how she did it and what were the things Google was looking for us to present on.

Q. What was your understanding of what Ms. Ro -- Rowe's role was at that time when you were both in CTO?

A. Same as mine, but for the financial vertical.

Page 92

- BENJAMIN WILSON -

Q. What was your understanding of her background?

A. A deep financial services background, working with C-level executives, go and build out financial products customers would use.

Q. Do you know how many years of financial services industry experience she had?

A. No.

Q. Was that something that was kind of a topic of discussion in OCTO, the number of years of experience that people had?

MR. GAGE: Objection.

A. Not as far as I knew.

Q. Did you know what her educational background was?

MR. GAGE: Objection.

A. I knew she had an CS degree, that was about it.

Q. Do you know whether she had a Master's?

A. I believe -- like I believe she does have a Master's and I believe I know that so, yes, I guess I knew that somewhere along the time.

Q. Do you know if she had been in the

Page 93

- BENJAMIN WILSON -

CTO role prior to coming to Google?

A. In the first year and a half or so, I -- I -- I didn't know, I was novice. You know, she's -- I know her better.

I know that she had not been a kind of, if you will, officially titled CTO in the past.

Q. During the time that you were working together though, that was not something that was discussed?

MR. GAGE: Objection.

A. No, there was no reason to discuss it.

I'm sorry, I -- the cat, he is in here and he's irritating me. I will be back in a minute.

Q. Sure.

A. For the record, the cat's name is Crush.

Q. Very good.

A. Sorry.

Q. In your interaction with Ms. Rowe, did find her to be professional?

A. Yes.

Page 102
- BENJAMIN WILSON -
2  earlier that you're hungry.  We can break now
3  for lunch if it's not too early or we could
4  go for another fifteen or twenty minutes and
5  then break.  What's your preference?
6          THE WITNESS:  Let's go another
7  fifteen -- oh, I'm sorry.  Go ahead, counsel.
8          MR. GAGE:  No, no, that's okay.  We
9  can go another fifteen minutes.  Why don't we
10 go -- let's go to, you know, 1:00 or shortly
11 after 1:00 Eastern.
12         THE WITNESS:  That sounds great.
13     Q.   In your role -- well, let me -- let
14 me pause for a minute.  Give me just one moment.
15         At some point in time, did you come
16 to learn that Mr. Grannis was considering
17 reorganizing his group?
18         MR. GAGE:  Objection.
19     A.   Reorganizing at Google happens all
20 the time, so that was always something that was
21 on - it was a potential so, yes, I did understand
22 that there were times he was thinking about
23 organizing his group.  It -- generally speaking it
24 never really impacted me, so it was not something
25 I knew very much about.

Page 103
- BENJAMIN WILSON -
2     Q.   At some point in time did you learn
3  or come to learn that he was creating functional
4  groups underneath him, one of which would be a
5  verticals group?
6     A.   Yes.
7          MR. GAGE:  Objection.
8     A.   Yes, I did know that.
9     Q.   And did you come to learn that as
10 part of this new reorganization, Ms. Rowe would be
11 the leader of the verticals group under Mr.
12 Grannis?
13    A.   No.
14         MR. GAGE:  Objection, leading.
15         THE WITNESS:  Oh, sorry, I'm speaking
16 too quickly.
17    A.   No, I was -- I'd never heard that.
18    Q.   What was discussed with you about the
19 creation of a verticals group under Mr. Grannis?
20         MR. GAGE:  Objection.
21    A.   I'm not even sure -- I'm not sure I
22 ever heard it put in those terms, but I've heard
23 the term where there's potential putting together
24 a verticals group to go -- free to go to market
25 strategy and that there are some things that might

Page 104
- BENJAMIN WILSON -
2  be in the way to go do that.  We never really
3  talked about like organizational structure, who
4  would be in charge, or anything like that.  It was
5  more around what the go-to market strategy would
6  look like.
7     Q.   Did you have an understanding of who
8  would be included in that verticals group?
9     A.   Those people would have a
10 specialization in a vertical like myself.
11    Q.   And just for the purposes of the
12 record, who were those individuals?
13    A.   Well, at the time I think it was just
14 going to be Evren, me, and Ulku.  Yeah, I think
15 I -- if -- yeah, I think -- I don't think there
16 was anyone else.  I'd have to -- I'd have to think
17 about it.  I don't believe there was anyone else
18 at that time.
19    Q.   How long were you in your role in
20 OCTO?
21    A.   They probably have a better record
22 than I did.  Eighteen, twenty months.
23    Q.   And, again, just for the purpose of
24 the record:  During the time that you were in
25 OCTO, did you have the same role for the entirety

Page 105
- BENJAMIN WILSON -
2  of that time?
3     A.   Yes.
4     Q.   And what were your day-to-day
5  responsibilities in that position?
6     A.   Go help customers adopt Cloud, go
7  help partners adopt Cloud -- I am so sorry.  Go
8  and help customers adopt Cloud.  Go and help
9  partners adopt Cloud.  At Google Cloud, figure out
10 what new products need to be built and for us
11 three months I worked on some M&A work, M&A being
12 Mergers and Acquisitions.
13    Q.   During what period of time did you
14 work on M&A work?
15    A.   When I first joined.  I mean, I
16 believe that's 2017.  I would say April, 2017
17 through like August or something like that.  It --
18 it was for a three or four-month period and that
19 was all.
20    Q.   Have you ever heard your role in OCTO
21 described as having three pillars?
22    A.   Well, tell me the pillars and I might
23 be able to tell you.  I -- I -- I -- I think yes.
24 I -- I don't really recall what the pillars were.
25 Like one is service to the customer of course, one

Page 106
```
 1              - BENJAMIN WILSON -
 2   is building new products which is -- was something
 3   else that kind of came up, but -- I recall three
 4   pillars, but I don't recall their names.
 5        Q.   Okay.  Was one customer-related work?
 6        A.   Yes.
 7        Q.   One influencing the platform and
 8   product?
 9        A.   Yes, that was the second one I
10   mentioned.
11        Q.   And one speaking and evangelism?
12        A.   Yes.
13        Q.   Did the role require travel?
14        A.   Yes.
15        Q.   Was that true of -- of all the
16   directors in OCTO?
17        A.   Yes, as far as I know.  I -- I think
18   every one of them traveled.
19        Q.   Did the role -- I'm sorry, I didn't
20   mean to cut you off.
21        A.   Yes, they traveled extensively.
22        Q.   Did the role involve or require
23   meeting with customers?
24        A.   Yes.
25        Q.   Was that true of all of the technical
```

Page 107
```
 1              - BENJAMIN WILSON -
 2   directors in OCTO?
 3        A.   As far as I know, yes.
 4        Q.   Did the role require or involve
 5   engaging with other teams across Google?
 6        A.   Yes.
 7        Q.   Was that true of all the technical
 8   directors in OCTO?
 9        A.   Yes.
10        Q.   What were the other teams with which
11   you would engage?
12        A.   So technical account management,
13   customer engineers, product managers, product
14   engineering, support.  I mean, a lot of the rest
15   of Google Cloud.
16        Q.   And were the other technical
17   directors in OCTO engaging with those same sort of
18   teams?
19             MR. GAGE:  Objection.
20        A.   The ones I associated with and I knew
21   their work, yes.
22        Q.   And the ones you associated and knew
23   their -- their work, those are the one you've
24   mentioned in previous answers?
25             MR. GAGE:  Objection.
```

Page 108
```
 1              - BENJAMIN WILSON -
 2        A.   Yes.  I mean, Christopher, Jonathan,
 3   Jen, Paul.  Yeah, all -- all of those -- Evren,
 4   Ulku, yes.
 5        Q.   Okay.
 6             MS. GREENE:  Well, I know we're a few
 7        minutes short, but I'm about to go into a new
 8        area of testimony so this is a good place for
 9        us to break for lunch.
10             Let's take 45 minutes.  Is that good
11        for everyone?
12             MR. GAGE:  We'll come back at 1 --
13        roughly 1:45 Eastern.
14             MS. GREENE:  Do you want to take us
15        off the record, Darrak.
16             THE VIDEOGRAPHER:  Going off the
17        record, the time is 12:57 p.m. New York time.
18             (Whereupon, a lunch break was taken
19        from 12:57 p.m. to 1:50 p.m.)
20             THE VIDEOGRAPHER:  The time is 1:50
21        p.m. New York time, we're back on the record.
22        Q.   Welcome back.  I wanted to start by
23   talking about the move into Mr. Shaukat's
24   organization.  Did there come a time when you
25   moved out of OCTO?
```

Page 109
```
 1              - BENJAMIN WILSON -
 2        A.   Yes, that was the time I moved out of
 3   OCTO.
 4        Q.   And -- and when was that; when did
 5   you learn that you were moving out of OCTO?
 6        A.   I'm not sure I could tell you an
 7   exact date.  I mean, it was roughly 18 months into
 8   my career there so 2000 -- mid-2018 I would think,
 9   but I'm not exactly certain.
10        Q.   And how did you learn that was
11   happening?
12        A.   I learned it over time.  There was
13   some rumors going around and then eventually there
14   was a meeting with Will and all of us who were
15   being moved over, and we were told that we were
16   going to move into Tariq's organization.
17        Q.   And so you said "all of us" would
18   being moved over, who was the "all of us"?
19        A.   I believe Jeff -- I -- Ulku, Evren,
20   and myself for sure.  I believe Jeff Kember was
21   there, but I'm -- I'm trying to think about who
22   was in that room.  I -- I believe Jeff was there
23   also.
24        Q.   With respect to Evren, what -- what
25   did you know about his background?
```

Page 118

1      - BENJAMIN WILSON -
2  lead?
3      A.   Yes.
4      Q.   Did you have any understanding as to
5  what distinguished those three roles from each
6  other?
7      A.   It was not clear to me.
8      Q.   At any point in time, did you have an
9  understanding as to what distinguished those three
10 roles from each other?
11     A.   Up until they disbanded the team, it
12 was still unclear.
13     Q.   Up until --
14     A.   Just to me.  Just to me, so I'll
15 qualify it.
16     Q.   Up until they -- up until the team
17 was disbanded, from your observations those roles
18 appeared to be overlapping?
19     A.   Yes.
20     Q.   All right.  Was there any discussion
21 with Mr. Shaukat about the differences between the
22 global client lead and the global client technical
23 lead?
24          MR. GAGE:  Objection.
25     A.   I did not personally have a

Page 119

1      - BENJAMIN WILSON -
2  conversation with him about that.
3      Q.   Did anyone ever explain to you what
4  the difference was between those two roles?
5          MR. GAGE:  Objection.
6      A.   Yes.  Darryl Willis tried to explain
7  the difference, but I was left with the impression
8  he was confused also.
9      Q.   Do you recall what Mr. Willis told
10 you?
11     A.   Since he and I were senior people
12 in the organization our thought was that we were
13 just going to say yes, sir, a little bit
14 overlapping, but our goal is go serve the customer
15 and so we should work together and find a way to
16 go serve the customers with each one of our
17 capabilities and do that to the best of our
18 ability.  That was what we settled on, not a
19 specific set of role of who does what.
20     Q.   Did you have any discussions with Mr.
21 Eryurek around the role of the global client
22 technical lead?
23     A.   Well, um, yes.
24     Q.   What discussions did you have with
25 Evren?

Page 120

1      - BENJAMIN WILSON -
2      A.   It was more about what we thought the
3  role was going to be and what it should be and
4  what our responsibilities are and so forth.  I
5  think there was a general -- I think he and I both
6  felt the same way, is there was a general
7  pigeonholing of the -- of the global client
8  technical leads into something very specific that
9  really was not -- that we were both trying to
10 understand, I think is the best way to put it.
11     Q.   In Mr. Shaukat's organization, were
12 you an individual contributor?
13     A.   Yes.
14     Q.   Was that for the entirety of the time
15 you were in Mr. Shaukat's organization?
16     A.   Yes.
17     Q.   Did you have any conversations with
18 Ms. Rowe regarding the role or responsibilities of
19 the global client technical lead?
20     A.   Yes.
21     Q.   What did you discuss with her?
22     A.   I think we both discussed the fact it
23 was a very unclear role and it was difficult to --
24 to determine what success looked like.
25     Q.   So based on your conversations with

Page 121

1      - BENJAMIN WILSON -
2  Ms. Rowe, did it seem that within the financial
3  services vertical there was the same sort of
4  overlap that existed within the Energy vertical?
5      A.   Yes.
6          MR. GAGE:  Objection.
7          THE WITNESS:  Sorry.
8      A.   Yes.
9      Q.   And with respect to your
10 conversations with Mr. Ery -- Eryurek, did it also
11 seem to you that the -- he was having the same
12 sort of issues with respect to overlapping roles
13 in Health that you were having in Energy?
14          MR. GAGE:  Objection.
15     A.   That was a more mature organization
16 and they had rough -- I -- I can't remember the
17 number, more than 25 people.  So because they had
18 more people, it was clear what kind of the roles
19 and responsibilities would be.
20          Also they had a different mission
21 coming into the org working for Tariq, so I think
22 it was easier for them to define it.  So it wasn't
23 as -- it didn't stand out as much.
24     Q.   Did you know any of the people in the
25 global client lead role?

## Page 126

1  - BENJAMIN WILSON -
2         MR. GAGE:  Objection.
3     A.   Could you repeat the question?
4     Q.   Okay.  Is this what was being
5  communicated with respect to your role under Mr.
6  Shaukat at the time you made the move from OCTO?
7         MR. GAGE:  Objection.
8     A.   A hundred percent, no.  More than
9  eighty-five percent, yes.
10    Q.   Meaning it's eighty-five percent
11 accurate, is that right; is that what you're
12 saying?
13    A.   I mean I --
14        MR. GAGE:  Objection.
15        THE WITNESS:  Sorry.
16    A.   What -- what I would say is it's --
17 it's hard to make it black and white because it
18 was an evolving organization and there was an
19 understanding that we were going to have a
20 leadership role in this kind of new vertical
21 organization.
22        And I think that when this came out,
23 there was -- it -- it kind of pigeonholed us into
24 a smaller leadership role, which was a surprise to
25 us.

## Page 127

1  - BENJAMIN WILSON -
2     Q.   So once you were actually in the
3  role, what did your day-to-day responsibilities
4  look like?
5     A.   I think they were pretty much
6  unchanged.
7     Q.   Unchanged from the role in OCTO?
8     A.   Yes.  I think that was due to the
9  lack of clarity in the roles that we discussed
10 earlier.
11    Q.   Okay.  We can set that document
12 aside.
13        I want to switch gears for a moment
14 and talk about your performance duties and
15 compensation.  First, 2017 do you recall who --
16 who was your manager for purposes of your
17 performance review?
18    A.   Will Grannis.
19    Q.   And what about with respect to 2018?
20    A.   I'd have to go look.  I believe one
21 was Will Grannis and the other one was Darryl
22 Willis.
23    Q.   And what about with respect to 2019?
24    A.   Yeah, Darryl Willis.  Darryl Willis
25 and Dominick Richter maybe, yeah.  I'd have to go

## Page 128

1  - BENJAMIN WILSON -
2  back and check.
3     Q.   So at a point in time -- well, when
4  you first moved into Mr. Shaukat's organization,
5  were you reporting directly to him?
6     A.   To Tariq?
7     Q.   Yes.
8     A.   No, I was not reporting directly to
9  Tariq.
10    Q.   To whom were you reporting?
11    A.   Darryl.
12    Q.   And at that point in time Mr. Willis
13 was the VP of Energy?
14    A.   Correct.
15    Q.   Okay.  I would like to turn your
16 attention to Tab 33 and we are marking as Exhibit
17 122.
18        MR. GAGE:  Hold on for one second.
19 For some reason, I don't have it yet.
20        Tab 33, oh, there it is.
21        MS. GREENE:  Do you have it?
22        MR. GAGE:  Yes.
23        MS. GREENE:  Okay.
24    Q.   We're marking as Exhibit 122 the
25 document Bates stamped GOOG-ROWE-00053848 through

## Page 129

1  - BENJAMIN WILSON -
2  851.
3         (Whereupon, Exhibit 122 was marked at
4     this time.)
5     Q.   Do you recognize this document?
6     A.   Yes.
7     Q.   And what do you recognize this to be?
8     A.   Performance evaluation.
9     Q.   Okay, and is this for Q3 of 2017?
10    A.   It appears to be.  That's the date at
11 the top.
12    Q.   And so at this time, Mr. Grannis was
13 your manager; is that correct?
14    A.   It should say that.  I believe so --
15 yes, it is.  He is my manager.
16    Q.   Okay, and what was your performance
17 rating for 2017 Q3?
18    A.   "Consistently meets expectations."
19    Q.   And what was your understanding in
20 terms of the -- the rating; is that 2 out of 5?
21    A.   Yes, that's 2 out of 5.
22    Q.   And 5 is the highest, correct?
23    A.   Correct.
24    Q.   What do you recall Mr. Grannis saying
25 in the context of your performance rating for Q3

```
                                           Page 146
 1              - BENJAMIN WILSON -
 2      A.    Yes.
 3           MR. GAGE:  Objection.
 4      Q.    What had she expressed to you?
 5      A.    She felt he'd been unfair.
 6      Q.    What do you recall her telling you
 7  about that?
 8      A.    I recall there was several
 9  conversations around roles and responsibilities
10  and leadership roles, and she felt that she could
11  be the leader of the vertical and there had been
12  quite a bit -- there's been turnover in that
13  particular role and she felt that that was an
14  opportunity for her to kind of do the things she's
15  good at.
16      Q.    Anything else that you recall Ms.
17  Rowe sharing with you or expressing to you?
18      A.    No.  I mean -- I mean, she -- what
19  she expressed to me was frustration and a feeling
20  of unfairness in that it didn't feel like that she
21  had the opportunity to actually kind of show what
22  she's been able to go do.  She felt like that role
23  would be one way that she could go and do that.
24      Q.    Did she express that she did not feel
25  that Mr. Shaukat was giving her fair
```

```
                                           Page 147
 1              - BENJAMIN WILSON -
 2  consideration?
 3           MR. GAGE:  Objection.
 4      A.    Yes, I think she did.  I shared with
 5  her also that I felt the same way.
 6      Q.    Did Ms. Rowe say anything to you with
 7  respect to her level in the conversation?
 8      A.    I don't recall that being a point of
 9  conversation, but I couldn't swear to it.  I just
10  don't recall.
11      Q.    Did Ms. Rowe ev -- ever express to
12  you that she felt that Mr. Shaukat was not
13  inclusive of her?
14           MR. GAGE:  Objection.
15      A.    I can recall conversations where she
16  had stated she wasn't -- she was kind of directly
17  reporting to Tariq and she was not being included
18  in staff meetings that she felt like she should be
19  included in.
20      Q.    What do you recall being discussed
21  about that?
22      A.    That Tariq's staff meeting --
23           MR. GAGE:  Objection.
24           THE WITNESS:  I'm sorry, Ken.
25           MR. GAGE:  It's all right.
```

```
                                           Page 148
 1              - BENJAMIN WILSON -
 2           THE WITNESS:  I'm -- I'm sorry to
 3      everyone.  I continue to answer too quickly.
 4      A.    What I recall talking about is
 5  Tariq's staff meetings are useless, so she -- she
 6  was better off.
 7      Q.    Were you at those staff meetings?
 8      A.    No, I did not report to Tariq.
 9  Darryl was.
10      Q.    Did she share anything else with you
11  with respect to Mr. Shaukat's treatment of her?
12           MR. GAGE:  Objection.
13      A.    No, I mean -- no, I mean, I -- I
14  think that the two points of treatment, as you put
15  it, were what I've already stated.
16      Q.    At some point in time, did you start
17  to consider roles outside of Mr. Shaukat's
18  organization?
19      A.    Yes.  When Darryl came to me and said
20  consider roles outside of Tariq's organization, I
21  started considering roles outside of his
22  organization.
23      Q.    And what roles did you -- did you
24  look at to consider?
25      A.    There was a wide variety of roles in
```

```
                                           Page 149
 1              - BENJAMIN WILSON -
 2  -- in Google.  They were anything from something
 3  inside of sales and then inside of the internal IT
 4  organization called Corp. Eng.  I don't really
 5  recall every single one.  There were several that
 6  I went and looked at.
 7      Q.    The roles inside of Corp. Eng, were
 8  those engineering roles?
 9      A.    Yeah, they were engineering -- they
10  were architectural roles which had a feature of
11  engineering, yes.
12      Q.    Do you recall any other roles that
13  you looked at?
14      A.    Off the top of my head, no.
15      Q.    Did you believe that you had the
16  relevant skills for those roles you were looking
17  at?
18      A.    Yes.
19      Q.    Did you believe you had the relevant
20  experience for the roles that you were looking at?
21      A.    Yes.
22      Q.    Did you believe that you had the
23  relevant qualifications for the roles that you
24  were looking at?
25      A.    Yes.
```

Page 150

- BENJAMIN WILSON -

    MR. GAGE:  Objection.
- A.    The answer was yes.
- Q.    Did you interview for any of those roles?
- A.    Some, yes.
- Q.    Do you recall what roles you interviewed for?
- A.    One was for an new operating system and during the interview it became clear to me it was a very, very engineering-technical role that I was not capable of.  That was one that stuck out.  There were two others that weren't really a fit for my skill set.  I just don't recall what they were.

    Understand -- so I think it's fair to say I live in Houston, Texas.  I was not willing to move to Sunnyvale, which put a very small number of roles that I could take working out of Houston, Texas.
- Q.    Were there roles in Sunnyvale that you believed yourself to be qualified and skilled to take?

    MR. GAGE:  Objection.
- A.    Yes, but I was unwilling to move to

Page 151

- BENJAMIN WILSON -

Sunnyvale so I was not really able to go interview for those roles.
- Q.    Do you recall any of the roles that you saw in Sunnyvale?
- A.    No, I -- I don't.  I mean --
- Q.    Do you recall what kinds of roles they were, whether they were engineering or product management or project management or --
- A.    They -- they were all of those things.
- Q.    And did you believe that you were qualified and skilled for those roles, but you weren't willing to relocate; is that your testimony?

    MR. GAGE:  Objection.
- A.    My testimony is --

    MR. GAGE:  Are -- are we talking about specific roles, specific times, and specific places or are we just speaking vaguely about whatever roles might be offered?

    MS. GREENE:  Well, if you can limit your speaking objections, the question was:
- Q.    With respect to the positions you had

Page 152

- BENJAMIN WILSON -

seen and identified in Sunnyvale, did you believe yourself to be qualified for those positions?

    MR. GAGE:  Objection.  Same objection.  What positions are we talking about?

    THE WITNESS:  I'm sorry, I'm unclear as whether I should answer the question.

    MR. GAGE:  You can answer -- if you understand the question, you can answer it.  I just don't understand the question.  I don't know what positions you're talking about.
- A.    I would -- I would answer the question this way:  Generally I saw a lot of roles.  The ones that I didn't apply for that were in Sunnyvale I thought, A, I had most of the qualifications.  Generally speaking, that's what I would say.
- Q.    So did you generally believe that your experience was widely transferable within Google at the director level?

    MR. GAGE:  Objection.
- A.    In some cases, yes; in some cases, no.

Page 153

- BENJAMIN WILSON -
- Q.    In what cases yes?

    MR. GAGE:  Objection.
- A.    Where the roles fit into the job scope that I currently have or the job ladder that I had.
- Q.    Did there come a time when you began to consider a project -- a product management role?
- A.    Yes.
- Q.    And when was that?
- A.    Well, I mean, I have been working with product managers my entire time I was at Google and it felt like that was a good place to go; and so I talked about taking some roles with product management throughout that time.  Eventually I found a role in Cloud Systems, which is the organization I'm in right now, where I'm trying to transfer to the product management ladder.
- Q.    How did you come to learn of the product manager role in Cloud Systems?
- A.    In the work I was doing to build a product called Active Assist, two or three people had mentioned they were looking for product

Page 154
- BENJAMIN WILSON -
managers to help inside Cloud Systems. I went and spoke to a few people and it turned out that the answer was yes and so I took a chance there and did some interviews.
Q. Did you ever see a job description for the product management role that you interviewed for?
A. Yes. Eventually, yes, I did.
Q. Okay, and do you recall what title that role had?
A. I don't recall off the top of my head what -- what the precise title was.
Q. What was your understanding of what the product management role entails?
A. Coming up with a vision of where the product is going to go, to find a kind of three-year road map, and then going down to a yearlong road map with quarterly deliverables that drove an outcome that was positive for customers.
Q. Did you believe that your skill set was transferable to that product management role?
A. Given I had run product management organizations in my prior two companies, yes.
Q. Was there any skills that you were

Page 155
- BENJAMIN WILSON -
using in the OCTO role or the client technical lead role that were transferable to the PM role?
MR. GAGE: Objection.
A. Yes, identifying gaps in our -- our product lines and features and functions that were missing.
Q. Was there any aspect of the work that you had been doing in OCTO or Mr. Shaukat's organization that involved product management?
MR. GAGE: Objection.
A. Some. It was more being able to identify gaps in features. We were working with customers who were doing high-performance compute and we had some gaps in features and so we would identify those gaps and help our colleagues, you know, figure out how to solve them.
Q. Did the product management role involve collaboration?
A. Yes.
Q. Was that also true with respect to the role that you had played up until that point in time?
A. Yes.
Q. Was your technology experience up

Page 156
- BENJAMIN WILSON -
until that point in time relevant to the product management role that you moved into?
MR. GAGE: Objection.
A. Yes. Basically we were building what I had built at GE and at P2 and we were building that for Cloud, so there was a direct applicability.
Q. Did the product management role require that you identify AI-related design development or deployment friction points from the customer's perspective?
MR. GAGE: Objection.
A. Which role?
Q. The product management role.
A. Yes.
Q. Did the product management role look to entail rallying teams to work through deployment hurdles, product updates, new product offerings, and solutions?
MR. GAGE: Objection.
A. Yes.
Q. Did the product management role require you or entail working with customers and other partners on joint initiatives?

Page 157
- BENJAMIN WILSON -
A. Yes.
Q. Did the product management role entail corroborating across functional and product area boundaries?
A. Yes.
Q. Did the product management role require you to work with broader Google engineering PMs and research teams?
A. Yes.
Q. Did the product management role require you to be able to do deep dives with the internal engineering team?
A. Yes.
Q. Did the product management role involve working on cross-Google technical working teams?
A. Yes.
Q. Did the product management role involve getting hands-on with customer projects?
A. Generally, no.
Q. Did the product management role involve defining and solving AI problems that spanned code, infrastructure, strategy business, and FUD?

Page 158

- BENJAMIN WILSON -
1
2    A.    I --
3          MR. GAGE:  Objection.
4    A.    I don't know what FUD is.
5    Q.    Putting aside FUD then, did the
6  product management role involve defining and
7  solving AI problems across code, infrastructure,
8  strategy and business?
9    A.    In --
10         MR. GAGE:  Objection.
11   A.    In some cases, yes.
12   Q.    Did the product management role
13 involve any private whiteboarding sessions?
14   A.    Yes.
15   Q.    Did the product management role
16 involve any public evangelism?
17   A.    Yes.
18   Q.    Did the product management role
19 require experience in designing, scoping, and
20 delivering complex applications and services?
21        MR. GAGE:  Objection.
22   A.    No.
23   Q.    Did the product management role
24 require experience with multiple software design
25 methodologies?

Page 159

- BENJAMIN WILSON -
1
2    A.    Yes.
3    Q.    Did the product management role
4  require an understanding of the challenges modern
5  enterprises faced with respect to scale, speed,
6  and user expectations?
7          MR. GAGE:  Objection.
8    A.    Yes.
9    Q.    When you moved into the product
10 management role, did your level change?
11   A.    No.
12   Q.    What is your current level?
13   A.    I am still an L 9.  My expectation is
14 if I move into the product management role
15 officially, I will be downgraded to an L 8.
16   Q.    So at this point in time, are you
17 functioning in a product management position or
18 are you functioning in the technical client lead
19 position?
20   A.    Product management.
21   Q.    And how long have you been
22 functioning in the product management position?
23   A.    Roughly six months.
24         I -- I do need to provide a
25 clarification to that.  I started the role in

Page 160

- BENJAMIN WILSON -
1
2  February, but for the first six months or so I was
3  doing project management work to solve an urgent
4  business problem; and then in I would say August,
5  mid-August, I started functioning in the product
6  management role, just so we're precise.
7    Q.    And so as of February, who did you
8  report to?
9    A.    Initially, well, Ros -- Roslyn
10 Litchfield.
11   Q.    And what is Ms. Litchfield's
12 position?
13   A.    Senior director of product
14 management.
15   Q.    And as of August, who did you report
16 to?
17   A.    Same person; Roslyn Litchfield.
18   Q.    And, currently, who do you report to?
19   A.    We just made an org change.  I'm now
20 reporting to Eric Watson.
21   Q.    And is Eric Watson also on the
22 product management ladder?
23   A.    Yes, he is.
24   Q.    And is there a reason why your ladder
25 hasn't changed product management?

Page 161

- BENJAMIN WILSON -
1
2          MR. GAGE:  Objection.
3    A.    Inside Google moving to the product
4  management ladder requires lot -- lots of
5  evaluations.  It's stated that it's like -- it's
6  going through a brand-new interview like you were
7  a new employee -- rather or a non-Google employee
8  and you have to go through -- I've been asked to
9  go through a year of evaluation in the product
10 management role.
11   Q.    Have you been give -- given any
12 indication about whether you will move over to the
13 product management ladder?
14   A.    No, not yet.
15   Q.    Is it your understanding that your
16 role and responsibilities will continue as they
17 are presently are if and when you do move over to
18 the product management ladder?
19   A.    Yes.
20   Q.    And I think you may have testified
21 that your understanding is that if and when you
22 move over to the product management ladder, your
23 level at that time may change; is that right?
24   A.    Yes.  I would go from an L 9 to an
25 L 8 would be my expectation.