# Exhibit 19
# Motion to Seal Pending