# Exhibit 20
# Motion to Seal Pending