# Exhibit 21
# Motion to Seal Pending