# Exhibit 22
# Motion to Seal Pending