# Exhibit 23
# Motion to Seal Pending