# Exhibit 24

Hi Ulku

We'll definitely work through the numbers. I'm sure the Compensation Analyst will help to clarify some things and ensure we get back on track with the offer and the proposed numbers.

Thursday I'm going to be offline but will do my best to get into a situation where we can connect. We'll be in touch via email prior to then for certain and will absolutely set some time aside to talk on the phone over the next few days.

Jenny

> On Mon, Nov 21, 2016 at 1:09 PM, Ulku Rowe <██████@gmail.com> wrote:
> I'm traveling to ███ on Wed for Thanksgiving. Let's talk Thu morning.
>
> I took another look at the numbers over the weekend. The numbers look very off. Unfortunately, there is no way we can proceed with these numbers unless there is a substantial part of comp that is not being represented in the documents you sent me.
>
> Have a safe trip home,
> Thanks
> Ulku
>
>> On Mon, Nov 21, 2016 at 5:34 AM Jennifer Burdis <jburdis@google.com> wrote:
>> Hi Ulku
>>
>> Thanks for the note and I absolutely want to ensure the thinking behind our offer is clarified for you. I've reached out to the Leadership Compensation Analyst and asked for some verbiage that I can send over to you by way of explanation around the numbers. I reached out to him yesterday (Sunday) and I'm sure I will receive a response on Monday (PT time) when he is online.
>>
>> As I'm in ██████ (traveling back to ██████████ tomorrow) the timing might be tricky today in terms of being able to connect on the phone with additional information to share, as I may not hear back from him until the afternoon on Monday (PT time).
>>
>> I am back in ██████████ on Tuesday evening and back in the office on Wednesday morning. I've asked him to send over something that I can forward to you on email, which I will do but how about the two of us connect on Wednesday morning when we will have more color in regards to the numbers and the current/proposed offer comparisons?
>>
>> Thank you!
>> Jenny
>>
>>> On Sat, Nov 19, 2016 at 3:01 PM, Ulku Rowe <██████@gmail.com> wrote:
>>> Jenny, let's talk on Monday. These numbers don't make sense unless I'm missing something (I hope I am, as I'm very excited about the role!)
>>>
>>> Assuming I resign from ██████████ this month, I will be forfeiting $592K in cash ($361K cash bonus, $231K vesting equity both paid in January 2017), in addition to roughly $600K in RSUs spread over 3 years, 2018 to 2020. I am assuming the sign-on bonus and the 2-year grant are structured to address this, but the numbers don't add up.