# Exhibit 25
# Motion to Seal Pending