# Exhibit 26
# Motion to Seal Pending