# Exhibit 27
# Motion to Seal Pending