# Exhibit 28

computing) are balanced against her intent to find ways for Google to differentiate. Ulku has the expertise, presence, and personality to ensure that we "go big" in financial services, but don't forget to be pragmatic.

### What's one thing Ulku could do to have more impact?

Managers, Ulku, Committees

Describe why you chose this and provide specific examples of how Ulku can address it. Writing tips.

| | |
|---|---|
| Ulku Rowe (urowe)<br>Self<br>L8 / Principal Technical Solutions Consultant | Continue to focus on engineering. Partnering with engineering teams to help drive product direction. |
| Will Grannis (wgrannis)<br>Manager<br>L9 / Director, Technical Solutions Consultant (5566) | Pick a specific area of the platform/technology stack to drive impact based on knowledge of market needs, enterprise customers and financial services adoption patterns. |
| Alison Wagonfeld (awagonfeld)<br>Peer<br>L10 / Vice President, Marketing | Ulku could share back to marketing her feedback about the various events she participates in so we can improve. |
| James Tsai (jamestsai)<br>Peer<br>L6 / Product Marketing Manager III | Ulku is a fantastic public speaker, and is the go-to teammate for giving presentations to any audience. I would love to see Ulku provide some coaching and feedback to others to help them in their public speaking as well. Perhaps a public speaking tips and tricks call with her teammates and peers across OCTO, FSI, and the field at large! |
| Leonard Law (leonardlaw)<br>Peer<br>L6 / Product Manager III | This will come as no surprise to anyone who works with her, but Ulku is spread very thin. We could all be better served by replicating her, but failing that, it would be interesting to see the kind of impact she could make if she were to focus on a short list of key initiatives. That said, it's not clear we have the organization scale to support this level of focus (yet). |

## Additional feedback

### Overall how has Ulku performed in their role since their last review?

 Managers, Ulku, Committees

Describe Ulku's performance at their current level. Reference the job requirements for the level and provide specific examples about how Ulku is performing against those expectations. Writing tips.

| | |
|---|---|
| James Tsai (jamestsai)<br>Peer<br>L6 / Product Marketing Manager III | Ulku has been a tremendous sounding board for me as I have ramped in my role (FSI Marketing). She has consistently provided critical guidance and has helped me stay on track with the key priorities. Her comments are always insightful and useful. She is a true pleasure to work with. She is also someone not afraid to jump in and help, as well as helping advocate for additional resources for the team or project. I look forward to doing more with Ulku through 2018 and beyond! |