# Exhibit 29

| | | | |
|---|---|---|---|
| Ulku shows they care about the members of the team (e.g. is considerate, values their perspective, gives autonomy, creates a respectful and safe environment) | 1 | Strongly agree<br>Agree<br>Neutral<br>Disagree<br>Strongly disagree | 100%<br>0%<br>0%<br>0%<br>0% |
| If necessary, Ulku is willing to make unpopular decisions to maintain business objectives, even if uncomfortable for individuals on the team | 1 | Strongly agree<br>Agree<br>Neutral<br>Disagree<br>Strongly disagree | 0%<br>100%<br>0%<br>0%<br>0% |

**Open text questions (2)**

Share 1-2 things Ulku has done well as a people manager over the last cycle

*No responses*

Share 1-2 things Ulku could improve on as a people manager over the next cycle

*No responses*

## Developmental feedback

What's one thing Ulku does really well and should continue doing?

👁 Ulku, Managers, Committees

Provide specific examples that describe when you observed it. Writing tips.

| | |
|---|---|
| Ulku Rowe (urowe)<br>Self<br>L8 / Principal Technical Solutions Consultant | Deep understanding of the Financial Services industry and how to grow our cloud business in that space. |
| Will Grannis (wgrannis)<br>Manager<br>L9 / Director, Technical Solutions Consultant (5566) | Ulku is very customer focused, and is always looking for ways to reduce Google complexity as it shows up to the customer. She's repeatedly jumped into some complex FSI relationships and found a way to get Google coordinated and show up more as "One Google"...not an easy thing to do given how fast we are growing. |
| Leonard Law (leonardlaw)<br>Peer<br>L6 / Product Manager III | Ulku is an incredible partner -- she combines tremendous domain expertise and credibility with a strong bent towards innovation in a Googley package. She is always a helpful sounding board to make sure we are focusing on the right customers, segments, and use cases. I couldn't ask for a better colleague who is both enjoyable to work with, but also provides deep insight and judgement to the space. |

What's one thing Ulku could do to have more impact?

👁 Ulku, Managers, Committees

Describe why you chose this and provide specific examples of how Ulku can address it. Writing tips.

| | |
|---|---|
| Ulku Rowe (urowe) | Right now my ability to have more impact is limited by organizational support and enablement. I already interviewed |

CONFIDENTIAL

GOOG-ROWE-00017889

Case 1:19-cv-08655-LGS   Document 160-29   Filed 12/06/21   Page 3 of 3

| | |
|---|---|
| Self<br>L8 / Principal Technical Solutions Consultant | for the Financial Services Lead role, waiting for decision. |
| Will Grannis (wgrannis)<br>Manager<br>L9 / Director, Technical Solutions Consultant (5566) | Ulku has obvious and strong people management abilities; we (Google) should find a way for her to transition to a more impactful people manager role vs primarily IC. |
| Leonard Law (leonardlaw)<br>Peer<br>L6 / Product Manager III | Scale - Ulku is constantly torn in multiple directions and is an incredibly valuable resource for events and customer engagements.  Unfortunately, this means that she is not always empowered to engage in our internal strategy discussions, where should could be a tremendous asset and ally.  As we scale up the team, Ulku should have more bandwidth to carve out to help lead our strategy. |

## Additional feedback

Indicate how often Ulku demonstrated these attributes over the last review period. See GBO attributes for details.

👁 Ulku, Managers

Note: Ulku will be able to see your attributed responses to this survey, but anonymized peer feedback will only be shared with the subject if they receive three or more peer responses

| Responder | Execution | Googleyness | Leadership | Presence | Problem solving | Thought leadership |
|---|---|---|---|---|---|---|
| Ulku Rowe (urowe)<br>Self<br>L8 / Principal Technical Solutions Consultant | Often | Always | Always | Always | Always | Always |
| Leonard Law (leonardlaw)<br>Peer<br>L6 / Product Manager III | Always | Always | Always | Always | Always | Always |

CONFIDENTIAL                                                                                                                                                                                   GOOG-ROWE-00017890