# **Exhibit 30**

Sam Greenfield (samg) • Peer • L6 / Staff Software Engineer
**Familiarity:** Not at all familiar

## Developmental feedback

What's one thing you do really well that you plan to continue doing?

> 👁 What you respond here is visible to **Ulku and managers**

Provide examples that describe when you did this. Writing tips.

**Ulku Rowe (urowe) • Self • L8 / Principal Technical Solutions Consultant**
Partnering with product, engineering, sales and marketing teams, to create a virtual Financial Services team within Google whose mission is to establish GCP as the leading cloud service provider for the Financial Services industry. See "Financial Services vertical development" project for more details on achievements with respect to this.

**Will Grannis (wgrannis) • Manager • L9 / Director, Technical Solutions Consultant (5566)**
Ulku is excellent at driving authentic thought leadership into 1:1 and 1:many type engagements. She's established herself as the voice of Google's FSI efforts and has uplifted Google's credibility in this vertical considerably.

**Ed Morris (edmorr) • Peer • L7 / Google Cloud, Sr. Account Manager III**
Ulku is always willing to help our team. Her knowledge of the banking industry has proven invaluable. She has been our executive sponsor and ▓▓▓▓▓▓ and strong sounding board for our strategy at ▓▓▓▓▓▓.

**Leonard Law (leonardlaw) • Peer • L6 / Product Manager III**
Ulku has been an incredibly welcome and refreshing addition to the Cloud Financial Services team. She brings positive energy, deep subject matter expertise, and authenticity that lends itself to our ability to engage credibly with the broader market. Her support has been invaluable -- I trust her as a partner, sounding board, mentor, and advisor. I am excited about the future of where our Financial Services practice will go, and Ulku is a big part of my enthusiasm.

**Sam Greenfield (samg) • Peer • L6 / Staff Software Engineer**
Ulku has done a great job of providing a strong voice of the customer. She has brought years of practical financial technology experience to Google. I appreciate her insights on our products and practices, and it's great to see her engage customers with their terminology and shared experiences. I hope that she can continue to do this and will continue to lead others as they work with financial firms.

**Anurag Wadehra (wadehra) • Peer • L8 / Director, Product Marketing Management**
Ulku is an excellent champion for Google Cloud in FSI community, and she should continue to build and deliver on FSI thought leadership. At the Cloud Summit in NY, FSI tracks were rated the highest with strong customer and partner participation. She led some of these sessions and engaged extremely well on how Cloud delivers impact on top industry use cases.

What's one thing you plan to do to have more impact?

> 👁 What you respond here is visible to **Ulku and managers**

Provide examples of what you plan to do to address this. Writing tips.

**Ulku Rowe (urowe) • Self • L8 / Principal Technical Solutions Consultant**
More focus on engineering. Partnering with engineering teams to help drive product direction. Identify particular needs of clients/industry and collaborate directly with engineering to address gaps and/or create new products.

**Will Grannis (wgrannis)** • **Manager** • **L9 / Director, Technical Solutions Consultant (5566)**

As Ulku continues to ramp up, it's important that she continues to balance her engagement and time across the 1:1, 1:many and Product/Eng influence.  Ulku should be designing, developing, and (eventually) delivering a strategic plan for FSI that includes how other fxns (Product, Eng, Sales, Marketing, PSO, Partners, SAs, ...) contribute to our overall success.  Keep thinking big!

**Ed Morris (edmorr)** • **Peer** • **L7 / Google Cloud, Sr. Account Manager III**

As our presence in Financial Services scales, I'd like to see Ulku take on a more strategic role within our key accounts in the NY market. Being the only FinServ resource in OCTO will prove challenging as our business grows, and I'd like to see Ulku build out a plan with her manager to build out a virtual OCTO FinServ team across the globe in key markets. This will allow Ulku to share her vast knowledge with a team while focusing on the critical New York market.

**Leonard Law (leonardlaw)** • **Peer** • **L6 / Product Manager III**

I've been incredibly impressed by Ulku in her short tenure here.  The only advice I would give her is to remember that we are still bootstrapping the virtual organization, and her mentorship and leadership will be required to drive a unified point of view across the company.  In particular, her prior experience and exposure to strategic customers should lend itself to tracking the top trends in the industry, and can be highly influential in shaping strategy across the org (GTM, product, marketing, etc.)

**Sam Greenfield (samg)** • **Peer** • **L6 / Staff Software Engineer**

Ulku is already doing this to a certain extent, but I look forward to her providing more guidance to our strategic leaders, especially as we develop new products and technologies. (To be fair, though, this is an area our entire team needs to work on as well!)

**Anurag Wadehra (wadehra)** • **Peer** • **L8 / Director, Product Marketing Management**

Due to reasons not related to her, Ulku was constrained until now in creating thought leadership content for FSI Cloud. Now that we have a dedicated marketing lead and budget for FSI, Ulku should focus on closer partnership with marketing team and convert her unique view points to market facing assets both for her keynotes as well as for rest of Cloud marketing.

## Additional feedback

[MANAGER] Overall how has Ulku performed in their role since their last review?
[PEERS] Optional - Do you have any additional comments about Ulku's performance?

> 👁 What you respond here is visible to **Ulku and managers**

Summarize this Googler's performance based on your interactions. Writing tips.

**Will Grannis (wgrannis)** • **Manager** • **L9 / Director, Technical Solutions Consultant (5566)**

Ulku has onboarded extremely well, and has built partnerships with Sales and Marketing that are very strong.

**Ed Morris (edmorr)** • **Peer** • **L7 / Google Cloud, Sr. Account Manager III**

Since joining the team, Ulku has been a highly visible and available resource to the Financial Services teams across Google. Ulku is always willing to assist our team in complex deal cycles; share her industry knowledge; and speak at industry events. As we craft our plan to build Financial Services into a multi-billion dollar industry, Ulku's input will be critical. Ulku has a been a fantastic addition to the team and great business partner.

**Sam Greenfield (samg)** • **Peer** • **L6 / Staff Software Engineer**

I think Ulku has done a great job of ramping up as a Noogler. I'm looking forward to working with her more!