# Exhibit 31



Ulku Rowe <urowe@google.com>

## catch up
3 messages

**Ulku Rowe** <▮▮▮▮▮▮.com>  Wed, Jun 6, 2018 at 1:27 PM
To: Tariq Shaukat <▮▮▮▮▮▮.com>

Hi Tariq,
Talked to Will today. Would love to talk. I'll send you a meeting invite for tomorrow, feel free to change for a time that works for you. I'll work around your schedule, the only time I am unavailable is until 10:00 PST, 1:00 EST (I will be at my son's graduation). Late night is also ok.
Thanks
Ulku

**Ulku Rowe** <▮▮▮▮▮▮.com>  Thu, Jun 7, 2018 at 5:20 AM
To: Brian Stevens <▮▮▮▮▮▮.com>

so I took your advice, and sent the email and put time on his calendar. i got no response to the email, and a decline for the meeting invite. this is not ok.
[Quoted text hidden]

**Brian Stevens** <▮▮▮▮▮▮.com>  Thu, Jun 7, 2018 at 8:18 AM
To: Ulku Rowe <▮▮▮▮▮▮.com>

I was around all morning but then disappeared so not sure what happened w/ his schedule. I know he really wants to talk with you.
[Quoted text hidden]

P000194