# Exhibit 32

**From:** Brian Stevens <​███████.com>
**To:** Melissa Lawrence <​███████.com>
**Sent:** Fri, 8 Jun 2018 11:48:06 -0400
**Subject:** Re: [P2 - FYI only] Evren and Ulku update
**Cc:** Will Grannis <​███████.com>

I ping Tariq again yesterday morning asking him to reach out to her. Said he would, and I was really hoping yesterday was the day. Melissa, good idea on the hrbp route.

On Fri, Jun 8, 2018, 11:09 AM Melissa Lawrence <​███████.com> wrote:

> Let me see if we can get any help from Tariq's HRBP on Ulku.
>
> Melissa
>
> On Fri, Jun 8, 2018, 8:01 AM Will Grannis <​███████.com> wrote:
>
>> Evren:
>> He spoke to Greg C and Sudhir. William VBP is leaving and they are thinking of replacing him with Evren. Melissa, I would expect outreach from them (Greg and/or Sudhir) soon to explore process to go from TSC to PM given the level. I've warned all involved that this, IMO, is not a high percentage option.
>>
>> Ulku: I ping'd Tariq yesterday and he said he'd call Ulku before Monday. She called me from home last night and was very upset about the way she's been treated. Mentioned it's worse than any other time in her career...and being a woman and tech person in finserv/trading world, that was a pretty big statement.
>>
>> Will continue making myself available to take some of the heat coming off these two, in particular.
>>
>> Will

ATTORNEYS' EYES ONLY

GOOG-ROWE-00017418.R