# Exhibit 33

**From:**    Tariq Shaukat <████████.com>
**To:**      Brian Stevens <████████.com>
**Sent:**    Wed, 09 May 2018 02:35:20 +0000
**Subject:** Re: reorg timing / OCTO verticals team

Of course, sounds great.

On Tue, May 8, 2018, 17:19 Brian Stevens <████████.com> wrote:

> Maybe she had an off day, not sure. But there's a wealth of knowledge in her head. It'd mean
> a lot to me if you pinged her to talk again. Especially since she'd be joining your group
> nonetheless. Get her started on a tangible new mission - get blockchain strategy signed off
> and start building a plan, propose how to build a community and ecosystem around it, help us
> to codify the top workloads we should focus on across FSI, etc.
> Many thanks.
> b

On Tue, May 8, 2018 at 6:25 PM Tariq Shaukat <████████.com> wrote:

> Hi Brian,

Thanks. Would love to discuss on Ulku - I met with her once in a very exploratory fashion on
the FSI lead role and wasn't blown away vs. some of the folks I've been talking to in this
space, but I've had very few interactions with her so perhaps am missing something. I'm very
happy to meet her again to keep discussing, and I think some of these topics, like leading the
DLT/Blockchain strategy, would be sorely needed.

Tariq

On Tue, May 8, 2018 at 6:41 AM Brian Stevens <████████.com> wrote:

> -others
> Evren clearly won't be the lead and I assume you may want to land him under Greg or over
> time.
> Jeff knows where he brings value and has no expectation on leading.
> You have your lead for Energy and I think Ben will support him. He just wants to dig in
> and make an impact, having a boss that gives him aircover.
> Ulku is getting recruited away as she had great respect from the Cx level at the banks. What
> about giving her a swing at the bat to lead FSI, get blockchain up and running, define our
> industry use case plays, etc. She's really calibrated on all of that and has the right
> connections. Then in 6 months if not delivering you could still hire an overall lead.

b


On Tue, May 8, 2018 at 8:58 AM Brian Stevens <████████.com> wrote:

GOOG-ROWE-00017410

Becky - Per discussion at staff last month, Diane wanted to include moving those in OCTO w/ industry experience into Tariq's group. I wanted to follow up so we get the details correct for announcement and prep work ahead of time.
Those that would move over would be:

Evren Eryurek (Health)
Ben Wilson (Energy)
Ulku Rowe (Financial Services)
Jeff Kember (M&E)

For the announcement, something like: "In order to better unify our strategic planning, engineering and GTM for Google Cloud's industry efforts, Evren Eryurek (Health), Ben Wilson (Energy), Ulku Rowe (Financial Services) and Jeff Kember (M&E) will be joining Tariq's team."

Is there a rollout doc with countdown timings? As we'd want to have discussions with each of them ahead of time.

What else do you need from me?

Thanks,
b

CONFIDENTIAL