# Exhibit 36

**From:** Stuart Vardaman <██████.com>
**To:** Jason Martin <██████.com>, Vats Srivatsan <██████.com>, ☐Darryl Willis <██████.com>, Sebastien Marotte <██████.com>
**Sent:** Tue, 27 Nov 2018 20:40:47 -0600
**Subject:** Tariq Request: Ulku Rowe Feedback

Good day, gentlemen -

Hope you are well.

Can you please e-mail your feedback on Ulku Rowe to Tariq as soon as your schedule permits? Ulku was an internal candidate for the VP, Financial Services role on Tariq's team.

Thank you, and please let me know if you have any questions.
Stuart

--

**Stuart Vardaman**
Executive Recruiter
██████
careers.google.com

CONFIDENTIAL