# Exhibit 38

Page 14
1              - BERNITA JAMISON -
2     when you've had a chance to review it.
3         A.     Okay.
4         Q.     Although perhaps in a different
5     format, does this reflect the information that you
6     shared with us thus far today during your
7     testimony?
8         A.     In part.
9         Q.     Okay.  Does this reflect your
10    public-facing LinkedIn page?
11        A.     I believe so.
12        Q.     Okay, thank you.  You can put
13    that -- or close that on that exhibit.
14               And so I would like to ask you a few
15    questions about your function at ER.
16               Let's start with the general function
17    of ER at Google.  So what is the employee
18    relations function at Google?
19        A.     The employee relations team -- team
20    looks into concerns related to potential
21    harassment, discrimination, retaliation, in some
22    jurisdictions bullying.
23               We also provide advice to HR business
24    partners and also we vet and review business cases
25    associated with company restructure and

Page 15
1              - BERNITA JAMISON -
2     reorganization.
3         Q.     Okay.  You mentioned Google's
4     business entity.  What is ER's relationship with
5     the business entity?
6         A.     Can you clarify that question for me?
7     I'm not sure.
8         Q.     Sure.  So how do ER and the larger
9     business entity of Google interact in -- in
10    furtherance of ER's sort of goals of vetting and
11    advising on ER matters?
12        A.     So when an employee raises a
13    concern that appears to be potential harassment,
14    retaliation, discrimination, or bullying it's our
15    responsibility to investigate and look into the
16    matter and understand if any Google policies have
17    been violated and, if so, to make recomm --
18    recommendations for sanctions.
19        Q.     Okay, and -- and what is the
20    relationship between ER and HRBP, if any?
21        A.     We are partners in some instances and
22    advisors in others.
23        Q.     Okay.  Are there any other Google
24    entities with which ER routinely interacts?
25        A.     Employment legal.

Page 16
1              - BERNITA JAMISON -
2         Q.     Any others?
3         A.     And other investigation teams,
4     depending on the nature of the concern.
5         Q.     What would those other investigations
6     teams be?
7         A.     We have, I believe, five in total.
8     So employee relations is one.  Should I go back to
9     our --
10               MR. GAGE:  Why -- why don't we maybe
11        -- Hope, just if you could reread the
12        question and then the witness can just start
13        over again.
14               (The question requested was read back
15        by the reporter.)
16        A.     Correct.  Employee relations is one.
17    XWS is the other, internal audit, ethics and
18    compliance, and global investigations which is our
19    security function.  I believe that's five.
20        Q.     Thank you.  What is the role of HRBP?
21    So how do you all partner with HRBP when you're
22    investigating a complaint?
23        A.     So to be clear, there are two
24    different types of HRBPs at Google; people
25    partners and people consultants.  We partner most

Page 17
1              - BERNITA JAMISON -
2     closely -- or actually we partner closely with
3     both, but the people consultants oftentimes is the
4     first person that a concern is raised to via
5     a -- a link that we have called Go My HR that
6     employees would use to raise concerns.
7               So because they're the first
8     individual to hear about the concern, we often
9     need to partner with them to understand if it is
10    something that needs to be investigated or handed
11    off.
12        Q.     And how about people consultants,
13    what's their role?
14        A.     That is the people consultant.
15        Q.     Okay, partner?
16        A.     So the people partner supports
17    specific -- specific business leaders or general
18    HR matters.
19               In some instances an employee would
20    note who this person is and they may also be an
21    individual who someone shares their concern with
22    initially.
23        Q.     Okay.  Is it correct that people
24    partners are essentially partnered with certain
25    employees at Google and they maintain that