# Exhibit 40
# Motion to Seal Pending