# Exhibit 41

**From:** Tariq Shaukat <​.com>
**To:** Kevin Lucas <​.com>
**Sent:** Tue, 27 Nov 2018 17:19:27 -0800
**Subject:** Re: Helpful Talking Points
**Cc:** "Fiona O'Donnell" <​.com>

thank you

On Tue, Nov 27, 2018 at 4:21 PM Kevin Lucas <​.com> wrote:

> Hey there~
>
> I gathered a recap from ER regarding the investigation closeout with Ulku, during which she asked many questions about how ER looked into the complaint and resulting investigation outcomes. She expressed disagreement with the outcome, though it was rooted in verifiable gHire data. She hasn't raised concerns about this complaint or new/other complaints.
>
> As such, I recommend the following discussion flow/talking points (make them your own).
>
> - Begin by acknowledging the lengthy duration of the search for the FSI Lead, noting how important it is that you find the right experience for the role.
> - Communicate that you didn't select her for the role for specific reasons (need to be clear to help resonate)
> - (Reactively) Address questions about the Diane interview by reiterating Diane's transition and sharing you don't plan to involve Thomas in the remaining searches.
> - Acknowledge this likely isn't the news she wanted to hear and that you/we remain committed to her growth - as you expect the FSI Lead to do when they join
> - (transition to reporting changes)
> - Reflect on 2019 planning and share that you want to shift some of the team so they work more closely with (and have guidance from) leaders who are closer to the day to day work. Also acknowledge your bandwidth.
> - Share the the FS team will temporarily report to Stuart, including Leonard and team.
> - Share that you are making similar changes in other verticals (ie. M&E/Gaming if you want to be transparent)
> - Express confidence in her ability to continue building this function, in partnership with Leonard and the new leader, as well as your expectation of the new leader to partner closely with her
>
> I hope this helps frame the conversation a bit. In my experience, the most important part about change/disappointment (albeit temporary) is acknowledging the other person's feelings/experience and expressing confidence in them.
>
> Just my two cents :)
> Kevin
> --
>
> Kevin Lucas | People Partner | .com | 

CONFIDENTIAL

GOOG-ROWE-00017638