# Exhibit 43

| Job History | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Effective Date | Process | Reason | Supervisory Organization | Worker Type | Job Profile (based on effective date) | Job Level | Job Title | Business Title | Time Type | Location | Default Weekly Hours | Scheduled Weekly Hours | Pay Rate Type | Staffing Organizations | |
| 7/25/2019 | Assign Organizations: Stuart Breslow REDAC... | | | | | | | | | | | | | 0WL GSIV - Verticals FSI GOOGLE LLC | |
| 12/10/2018 | Assign Organizations: Stuart Breslow REDACT... | | | | | | | | | | | | | 7NV GCC: Verticals - Financial Services GOOGLE LLC | |
| 7/16/2018 | Assign Organizations: Stuart Breslow REDAC... | | | | | | | | | | | | | 171 GSIV - Reserve GSIV GOOGLE LLC | |
| 7/16/2018 | Hire: Stuart Breslow REDACT... | Hire Googler > Hire > New | tshaukat (Tariq Shaukat) REDACT... | Employee | Director, Solutions Consultant (5552) | 9 Level 9 | Director, Solutions Consultant | Managing Director, Technology and Policy | Full time | US-NYC-9TH | 40 | 40 | Annual | 171 GSIV - Reserve GSIV GOOGLE LLC | |

CONFIDENTIAL

GOOG-ROWE-00054267