# Exhibit 45

**From:** Melissa Lawrence <​@google.com>
**To:** Allison Abraka <​@google.com>
**Sent:** Mon, 14 Oct 2019 15:26:21 -0700
**Subject:** Fwd: [time sensitive] L8+ Ladder transfer - Evren Eryurek

Here is the email to Ken for context

Melissa

---------- Forwarded message ---------
From: **Melissa Lawrence** <​@google.com>
Date: Mon, Mar 18, 2019 at 5:18 PM
Subject: [time sensitive] L8+ Ladder transfer - Evren Eryurek
To: Kenneth Chan <​@google.com>


Ken -

Urs just approved this job reclass from TSC L9 to PM L8 for Evren Eryurek. The agreed approach is no change to current compensation but to align to MRP and equity guidelines going forward. We are hoping to make this change effective before tomorrow's calibration.

Let me know if any concerns.

Melissa

---------- Forwarded message ---------
From: **Melissa Lawrence** <​@google.com>
Date: Mon, Mar 18, 2019 at 2:53 PM
Subject: Re: Ladder transfer - Evren Eryurek
To: Urs Hölzle <​@google.com>
Cc: Sue Polo <​@google.com>, Brad Calder <​@google.com>


Thanks Urs. Evren will show up in the L8 Director filter in your calibration tomorrow.

Melissa

On Mon, Mar 18, 2019 at 2:34 PM Urs Hölzle <​@google.com> wrote:

   This seems plausible, yes.

-Urs

On Mon, Mar 18, 2019, 14:00 Melissa Lawrence <​@google.com> wrote:

   Hi Urs -

CONFIDENTIAL

GOOG-ROWE-00060462

We are writing for your approval to change Evren's ladder from Distinguished Technical Solutions Consultant L9 to Director, Product Management L8 effective immediately.

Evren joined Google as the first external hire in the Office of the CTO in October 2016. In August of 2018, he moved to report to Sudhir Hasbe in Product Management on the Data Analytics team. We agreed to do a 6 month ladder trial to enable him to build product management credibility and artifacts.

The packet is here. It includes strong endorsements from Engineering (Greg Czajkowski and Fayyaz Younas) as well as a Product endorsement from Craig Wiley and his former manager, Will Grannis. He also has the support of his manager Sudhir Hasbe and Brad Calder.

I have personally witnessed Evren's evolution from IC on OCTO and Verticals to a people leader in Data Analytics. I have been impressed with his He turnaround of a Googler who got an NI around to solid CME performer in this cycle. He has also been very active in CoreInfra PM talent reviews and is well calibrated to the PM ladder.

With leadership candidates, we use statements of support rather than interviews. for the ladder transfer. **Do we have your support to reladder Evren as Director of Product Management (L8)?** We propose that there would be no change to comp other than adjusting to L8 PM MRP and equity guidelines going forward.

Thanks!
Melissa


--



**Melissa Lawrence**
▉▉▉▉@google.com
Director, People Operations & Lead People Partner
Core Infrastructure, Cloud Programs and OCTO

---

There's a new way to get People Ops support!
Visit go/MyHR to browse resources or connect with HR.


--

CONFIDENTIAL                                                                                        GOOG-ROWE-00060463