# Exhibit 46
# Motion to Seal Pending