# Exhibit 47

Page 138

```
 1                - STUART VARDAMAN -
 2   Ms. Rowe?
 3       A.    That we were looking for someone at a
 4   VP level scope and scale and with actual C-level
 5   executive contacts and that we would keep her in
 6   mind for future build-outs in -- in this
 7   organization focused on financial services.
 8       Q.    And so does that mean that she was
 9   not considered for the role?
10             MR. GAGE:  Objection.
11       A.    To my knowledge, she didn't apply.
12   So we just felt it's the right thing to do, to
13   circle her back.
14       Q.    Was there -- ordinarily for an
15   internal role like this, would someone have to
16   fill out an applications?
17       A.    That's the way we -- we typically try
18   to do it.
19       Q.    Did you tell Ms. Rowe that she needed
20   to fill out an application?
21       A.    I don't recall.
22       Q.    Did you provide her with an
23   application?
24       A.    No, that's -- everyone at Google
25   knows about the GRO website.
```

Page 139

```
 1                - STUART VARDAMAN -
 2       Q.    Well, looking at this Exhibit 116, on
 3   February 5th, 2020 Ms. Rowe writes to you; "Hi,
 4   Stuart, great connecting again, thank you for
 5   sharing the spec.  I'm interested.  What would the
 6   next steps be?"
 7             And then she writes again on February
 8   10th, "Just checking in on this for next steps."
 9             Then on February 10th you write her,
10   "We are trying to get on Kirsten's calendar so
11   that we can determine the appropriate next steps
12   on the search.  After we connect with Kirsten,
13   I'll circle back with you."
14             And then on February 20th she writes,
15   "Just checking if there are any further updates on
16   this."  You respond, "We are trying to get on
17   Kirsten's calendar tomorrow."
18             So at any point in that
19   communication, did you tell her that the next step
20   was she should fill out an application?
21       A.    No, not in this e-mail.
22       Q.    And then when you communicated to
23   her, were you communicating to her that she was
24   not going to be considered because you were
25   looking for someone at the VP level in scope?
```

Page 140

```
 1                - STUART VARDAMAN -
 2       A.    That was the thrust of the
 3   conversation and tying back to the appropriate
 4   next steps on the search, an appropriate next step
 5   in this case was winding down the process for Ulku
 6   and keeping her in mind for future executive
 7   positions within the financial services
 8   organization.
 9       Q.    What was the basis for your
10   determination that she was not qualified for a
11   position that was at the VP level?
12       A.    It --
13             MR. GAGE:  Objection.
14       A.    It was largely emphasized by who
15   ultimately the -- the candidates that we had in
16   play and ultimately who landed in the role which
17   is Yolanda Piazza, which as a -- as a data point
18   was listed as one of American Bankers' most
19   powerful women in -- in 2019, I believe.
20       Q.    At this moment when you communicated
21   this to Ms. Rowe, what was your basis for
22   determining that she was not qualified to be
23   considered for a VP level role?
24             MR. GAGE:  Objection.
25       A.    That would have been largely driven
```

Page 141

```
 1                - STUART VARDAMAN -
 2   by her comparison to the external candidates.
 3       Q.    As of February, 2020 who were the
 4   external candidates that were being considered?
 5       A.    I don't know.  I'd have to look that
 6   up.  Yolanda Piazza was likely involved by then.
 7       Q.    Had interviews taken place at that
 8   point in time, panel interviews?
 9       A.    I don't recall.
10       Q.    Did you consider the feedback with
11   respect to Ms. Rowe in terms of determining that
12   she was not qualified to be considered for this VP
13   role?
14             MR. GAGE:  Objection.
15       A.    No, I didn't.  Again, with the --
16   with the financial services vertical lead role
17   that ultimately was canceled, right, Tariq asked
18   us to include her in process.
19       Q.    Did you consider your close-out notes
20   in Thrive with respect to Ms. Rowe in determining
21   that she was not qualified to be considered for
22   the VP sales role?
23             MR. GAGE:  Objection.
24       A.    No.  As I stated, I don't recall
25   entering that -- that close-out note and I think
```

Page 142

```
 1                - STUART VARDAMAN -
 2   as -- as you've seen, you know, my direction as it
 3   pertains to the search will -- will come from the
 4   hiring manager that -- that I'm supporting.
 5       Q.    Did you share anything with Kirsten
 6   regarding what you knew about Ms. Rowe prior to
 7   the February 27th -- I'm sorry, February 28th
 8   conversation with Ms. Rowe?
 9             MR. GAGE:  Objection.
10       A.    No.  It's not my role.
11       Q.    As a recruiter in your position, it's
12   not your role to share anything about what you
13   know about a candidate; is that your testimony?
14       A.    No, ma'am.  The answer is specific to
15   Googlers who may or may not be interested.  The
16   focus of the role on Kirsten's team was primarily
17   an external candidate and as a result of our
18   activities, we write the scope and scale and
19   executive's C-level network that the candidates
20   have.
21             MS. GREENE:  I'm sorry, Hope, could
22       you read back that last answer.
23             (The answer requested was read back
24       by the reporter.)
25       Q.    Did you know what Ms. Rowe's C-level
```

Page 143

```
 1                - STUART VARDAMAN -
 2   network was?
 3       A.    I don't recall.
 4       Q.    Do you know whether Ms. Rowe was
 5   considered or had an external reputation as an
 6   expert in this area?
 7             MR. GAGE:  Objection.
 8       A.    No, I don't recall.
 9       Q.    Do you know whether Ms. Rowe had a
10   reputation as an industry titan, as you referred
11   to it?
12       A.    Compared to someone like Yolanda Pi
13   -- Yolanda Piazza, I would say there's wide space.
14       Q.    Did you know what Ms. Rowe's
15   reputation was externally with respect to her job?
16             MR. GAGE:  Objection.
17       A.    No.
18       Q.    Did you do anything to ascertain what
19   her external reputation was professionally?
20       A.    No, not that I recall.
21             MR. GAGE:  Objection.
22       Q.    Did you have any basis to compare Ms.
23   Rowe to Ms. Piazza?
24       A.    Aside from the publication as an
25   example, I don't recall.
```

Page 144

```
 1                - STUART VARDAMAN -
 2       Q.    Do you know whether Ms. Rowe has been
 3   honored externally to Google at any point in time?
 4       A.    In American Banker, no, I don't
 5   recall.
 6       Q.    In any -- and by anyone, do you know
 7   whether she's received any external awards or
 8   recognitions with respect to her work?
 9       A.    No, ma'am, I don't.
10       Q.    Did you do anything to ascertain what
11   Ms. Rowe's external recognitions were?
12             MR. GAGE:  Objection.
13       A.    I don't recall, no.
14       Q.    Did you do anything at this point in
15   time to ascertain what her qualifications were
16   with respect to this position?
17             MR. GAGE:  Objection.
18       A.    No.  The -- the primary point of that
19   call was to let her know that we were focusing on
20   other candidates and we'd keep her in mind for a
21   future role.
22       Q.    Prior to the conversation though in
23   reaching the determination that she would not be
24   considered for this role, tell me everything you
25   did to assess what her qualifications for the role
```

Page 145

```
 1                - STUART VARDAMAN -
 2   were.
 3             MR. GAGE:  Objection.
 4       A.    Yeah.  It was her comparison to
 5   candidates we had in play at the time, as I
 6   recall.
 7       Q.    And what information did you use to
 8   make that comparison?
 9       A.    Review of information with --- with
10   Kirsten.
11       Q.    What information?
12       A.    As a matter of practice it would have
13   included publicly-available information like a
14   LinkedIn profile, for example.
15       Q.    Do you recall whether you reviewed
16   her LinkedIn profile?
17       A.    Honestly, I don't.
18       Q.    Did you ask anyone else in the
19   organization for feedback with Ms. Rowe with
20   respect to her qualifications for the financial --
21   for this particular position?
22             MR. GAGE:  Objection.
23       A.    No, I didn't.
24             MS. GREENE:  Okay.  I would like to
25       take a short break and then we'll come back.
```