# Exhibit 48
# Motion to Seal Pending