# Exhibit 49

Page 82

1        - ROUGH DRAFT - EVREN ERYUREK
2  anything about it specifically.
3        Q.   I think you said that you had already
4  had something in the works at the time the move
5  was made; was that -- was that your testimony?
6        A.   So, remember, I mentioned Greg Moore
7  was already there well before Tariq had showed up.
8  So that team and I were working very closely and
9  so I -- I don't mind sharing my knowledge and
10 experience.
11       And when this -- the verticalization
12 in Tariq's organization became a thing and Greg
13 was asking me very respectfully hey, how should we
14 do it, what works, where should we put you, what
15 should you do, and so on and so forth, but this
16 was just me and Greg; not within the context of
17 what it means within this new organization that
18 Tariq was trying to create.
19       Q.   And what have you discussed with Mr.
20 Moore about what your role would be?
21       A.   That I would lead maybe how we --
22 essentially what I do in OCTO and how I have these
23 external engagements and I would be much more in
24 front of the customers and kind of continue to do
25 the product development efforts with the engineers

Page 83

1        - ROUGH DRAFT - EVREN ERYUREK
2  and PMs, and that a maybe we should build a team
3  around me and so forth.  Those were all discussed,
4  but I was still on the fence.
5        Q.   Were you told that other people would
6  be moving into Mr. Shaukat's organization as well?
7        A.   We -- yes.
8        Q.   Who were you told would be moving?
9        A.   Me, Jeff Kember, Ben, Ulku.  I think
10 Chris had already moved out at the time into
11 retail sales.
12       Q.   And was anything said with respect to
13 why the four of you had been targeted for this
14 move?
15       A.   It was sort of clear with our
16 backgrounds, experiences, expertise.
17       Q.   Was it because each of the four of
18 you had a background in a particular vertical or
19 had vertical experience?
20       MR. GAGE:  Objection.
21       A.   Yes.
22       Q.   Okay.  We're going to look at another
23 document and this document --
24       MR. GAGE:  Already there or coming?
25       MS. GREENE:  Give me a minute.  I'm

Page 84

1        - ROUGH DRAFT - EVREN ERYUREK
2  now having some issues with the Box.
3        Okay.  I believe -- all right.  A
4  little technical difficulty myself.
5        A.   Is it 119?
6        Q.   It is going to be.  I just have to
7  get there.
8        MR. GAGE:  Oh, okay.  So it is 119.
9        A.   I see it.
10       Q.   Okay.  So you're looking at a copy of
11 what was previously marked as Exhibit 119 with the
12 Bates Number GOOG-ROWE-00017437 through 17438.
13 Do you recognize this document?
14       A.   I think it was an e-mail we received.
15       Q.   Okay.  Give me just one moment.  I'm
16 going to step away from my window a little bit.
17       Do you recall receiving this
18 document?
19       A.   Yes.
20       Q.   And was this document sent to you in
21 connection with the move from OCTO to Mr.
22 Shaukat's organization?
23       MR. GAGE:  Objection.
24       A.   That -- that was -- that was the
25 guess, yes.

Page 85

1        - ROUGH DRAFT - EVREN ERYUREK
2        Q.   Okay.  If you look at the third
3  paragraph in this e-mail it says, "Follow-on
4  messaging will clarify that the role you're moving
5  into is a global client technical lead role."  Do
6  you see that?
7        A.   Yes.
8        Q.   Were you told that that was the title
9  you would have, global client technical lead?
10       A.   Didn't know.  I think this was the
11 first time I saw it and I'm trying to remember if
12 I had this conversation before or after with Greg
13 Moore, because he couldn't even explain it to me
14 what it was and he was apol -- apologetic about
15 it.
16       Q.   Do you see under Section 1 there's
17 tabs with different titles listed or different
18 positions listed?
19       A.   Yes.
20       Q.   Did you have any understanding
21 of -- of how this all fit together?
22       MR. GAGE:  Objection.
23       A.   Vaguely, yes.
24       Q.   As far as you understood or
25 experienced, was there overlap between these

Page 86

1              - ROUGH DRAFT - EVREN ERYUREK
2    roles?
3              MR. GAGE: Objection.
4         A.   Global client leads versus global
5    client technical leads was definitely an ambiguity
6    at best.
7         Q.   And what about with respect to
8    technical solutions?
9              MR. GAGE: Objection.
10        A.   So that was something I was familiar
11   with it because we were trying to figure out how
12   -- kind of this last mile, if you will, working
13   with the customers and so forth.  Again there was,
14   you know, enough of an overlap between those
15   three.
16        Q.   Okay.  You can put that document
17   aside.
18             How long did you actually function
19   under Mr. Shaukat or in his organization?
20             MR. GAGE: Objection.
21        A.   Don't know exactly, but weeks.
22        Q.   I want you to look now at Exhibit --
23   or Tab 122 --
24        A.   Yup.
25        Q.   -- which I think has been marked as

Page 87

1              - ROUGH DRAFT - EVREN ERYUREK
2    an exhibit previously.
3              MR. GAGE: Tab 122?
4              MS. GREENE: Yes.
5         A.   120.
6              MS. GREENE: Exhibit 120.
7              MR. GAGE: Oh, Exhibit 120.  Okay,
8    yeah.  I was looking at the tab.  Is this the
9    June 27th e-mail?
10             MS. GREENE: Yeah.
11        Q.   So you're looking at what was
12   previously marked as Exhibit 120, Bates stamped
13   GOOG-ROWE-P00000761.  Do you recognize this
14   e-mail?
15        A.   Yes.
16        Q.   What do you recognize this to be?
17        A.   It was an e-mail Ben sent to me and
18   Ulku.
19        Q.   And what was the context in which he
20   sent you this e-mail?
21        A.   He was working with -- I can't
22   remember -- Darryl.  I think it was the oil and
23   gas guy and role for himself and how they would
24   define it and so forth.
25        Q.   And it was your understanding that

Page 88

1              - ROUGH DRAFT - EVREN ERYUREK
2    this draft language would apply to both you, Ben,
3    and Ulku?
4         A.   No.
5              MR. GAGE: Objection.
6         Q.   What was your understanding?
7         A.   This was for -- this was for his role
8    in the oil and gas vertical with Darryl.
9         Q.   Okay.  Do you know how this would
10   relate to your role?
11             MR. GAGE: Objection.
12        A.   I mean, no, because this is not what
13   I was -- I really wasn't paying much attention to
14   it at that point, quite frankly.
15        Q.   During the time that you were in Mr.
16   Shaukat's organization, did you report to Mr.
17   Moore?
18        A.   Yes.
19        Q.   Did you have a reporting line to Mr.
20   Shaukat?
21        A.   No.
22        Q.   Do you know to whom Ms. Rowe was
23   reporting?
24             MR. GAGE: Objection.
25        A.   I think Tariq because there was

Page 89

1              - ROUGH DRAFT - EVREN ERYUREK
2    nobody else there.
3         Q.   Had she expressed anything to you
4    with respect to Mr. Shaukat's treatment of her?
5              MR. GAGE: Objection.
6         A.   Yes.
7         Q.   What did she express to you?
8         A.   That she was frustrated she wasn't
9    getting any -- she wasn't being included and that
10   kind of stuff.
11        Q.   Anything else you recall her
12   expressing to you?
13             MR. GAGE: Objection.
14        A.   That she thought she should be
15   considered for the role of that vertical lead and
16   I encouraged her.
17        Q.   Did you discuss Ms. Rowe's
18   consideration for the vertical lead position with
19   anyone other than Ms. Rowe?
20             MR. GAGE: Objection.
21        A.   I don't recall.  Maybe Ben because we
22   were very close, the three of us were very close.
23        Q.   Is there anything else you recall
24   discussing with Ms. Rowe with respect to the
25   vertical lead role?