# Exhibit 50
# Motion to Seal Pending