Case 1:19-cv-08655-LGS   Document 160-52   Filed 12/06/21   Page 1 of 2

...

# Exhibit 52



☰ **MyGoogle** Help        🔍 Describe your issue                                                                             ⋮⋮⋮  

MyGoogle Feedback 🔗       Contact us

My Compensation  >  Compensation overview  >  Understand your total compensation award (TCA)

**Compensation overview**

▤ Compensation philosophy

▤ Understand your total compensation award (TCA)

▤ View your Compensation in Prosper

▤ How do we set pay for roles at Google?

## Understand your total compensation award (TCA)

Your total compensation is the sum of your salary, bonus (company or sales bonus), and equity.

Each element is important, but you should focus on the total compensation amount at the bottom of your Prosper letter—that's how you're being compensated for your impact and contributions.

### Salary

Your salary reflects your role, level, and location. We set guideline salaries annually to stay competitive in each local market, while rewarding high performers and aligning salaries of similarly performing Googlers over time.

You'll receive a salary increase following promotion. You might also see a salary increase during the annual compensation cycle, especially if you're on an upward performance trajectory or if we see upward market movement through our annual benchmarking efforts. It's also possible your salary will remain flat or increase only slightly—if there hasn't been much market movement, or if you're already paid highly relative to guideline.

You can find more information about your salary here.

### Bonus

Your bonus is backward looking and rewards you for performance and contributions over the past year (company plan) or quarter (sales plan).

There are two bonus plans at Google, and your job determines which one you're eligible for.

- Company bonus: You are rewarded for your performance and contributions in the past year.
- Sales bonus: You receive a quarterly or biannual bonus based on how you perform against your quota. To learn more about how sales bonuses work, visit go/SalesBonus.

You can find more information about your bonus here.

### Equity

Your equity refresh is forward-looking and rewards for criticality and potential—although it's naturally informed by your past performance.

You received an equity grant when you were hired, and you're eligible for equity refreshes during the annual compensation cycle, although they're never guaranteed.

We plan based on the dollar value of equity in USD. If you're outside the U.S. or not paid in U.S. dollars, please note equity is planned in USD, so currency fluctuations may affect award values from year to year.

You can find more information about your equity here.

### FAQ

**What is the Total Compensation Award figure displayed in my letter?**   ⌃

Your year-end comp letter will not only display the individual awards you receive (e.g. salary increase, bonus) but your Total Comp Award (TCA). **Your Total Comp Award is the sum of the awards planned for you in a given compensation cycle.**

**Your Total Comp Award is the sum of your new salary, bonus*, and equity refresh grant.**  *For Googlers on the Sales Plan, your on-target sales bonus was used (calculated as your new salary x bonus target).

**What's the difference between "equity value at grant price" and "equity value at vest price"?**   ⌃

Equity value is calculated by multiplying the number of GSUs by the Google stock price on a certain date. For example, if you have 2 GSUs and the stock price is $550, the value of your equity is $1,100 (2 shares x $550). Since Google's stock price changes daily, the value of your equity varies depending on the stock price used in a calculation.

**Equity value at grant price calculates the value of your shares using the stock price on the day the shares were granted to you.** For example, 4 GSUs were granted to you on Jun 1, 2013 at $550 per share, and one share vests each year for the next 4 years. When your shares vest in 2014-2017, the "equity value at grant price" will be calculated using the original grant price of $550. In this example, the value of your vested equity for 2014-2017 is $550 (1 share x $550).

**Equity value at vest price calculates the value of your shares uses the closing stock price on the day your shares vest.** For example, 4 GSUs were granted on Jun 1, 2013 at $550 per share, and one share vests each year for the next 4 years. Your first vest date is Jun 1, 2014, and the closing stock price on this day is $600. The "equity value at vest price" is calculated using the vest price of $600. In this example, the value of your vested equity is $600 for 2014 (1 share x $600).

The "equity at vest price" will be greater than the "equity at grant price" if the vested stock price is higher than the stock price at grant. The "equity at vest price" will be lower than the "equity at grant price" if the vested stock price is lower than the stock price at grant. In Prosper, you'll also see actual and projected equity values at vest price. For shares that have already vested, vest value uses the closing stock price