# Exhibit 53
# Motion to Seal Pending