# Exhibit 54
# Motion to Seal Pending