# Exhibit 55

```
From:     Melissa Lawrence <███████@google.com>
To:       Mauro Sauco <███@google.com>, Nicholas Harteau <██@google.com>, Ulku Rowe
          <████@google.com>, ☐Kris Baritt <███████@google.com>, Jonathan Donaldson
          <██████@google.com>, ☐Ben Wilson <████████@google.com>, Bryan Stiekes
          <██████@google.com>, ☐Jennifer Bennett <███████@google.com>, Paul Strong
          <██████@google.com>, ☐Scott Penberthy <████████@google.com>, Evren Eryurek
          <██████@google.com>
Sent:     Mon, 28 Aug 2017 14:09:22 -0700
Subject:  Re: Preparing for Perf
Cc:       Will Grannis <███████@google.com>
```

Hi all -

One of you asked but for the benefit of all.

There is very little documented for L8+ expectations at Google.

For general leveling, this is the best guide available for generic Engineering.

TSC traditionally uses GBO attributes versus a role description, more here. The job family description is below as well.

Lastly, we have leadership behaviors which has been gaining in adoption for senior folks.

Melissa

Overview: The Technical Solutions Consultant job family includes technically-advanced Googlers who work on solving technical problems, developing internal tools, customized technical solutions, and ad-hoc scripts to support solutions across the sales life cycle. Technical Solutions Consultants provide end-to-end support to Google's clients from deployment to ongoing support of daily business. Googlers work closely with Global Business, Product and Eng teams to monitor products' performance, develop tools and identify opportunities to scale and grow Google's business.

Key Responsibilities:

- Interface directly with strategic partners, advertisers, or clients and project manage strategic initiatives.
- Manage the technical aspects of client integrations.
- Work collaboratively with Global Business teams and support the expansion of Google's clients and partners.
- Identify technology-driven strategies for customer/partner success and operational efficiency.
- Plan, design, and deploying technical solutions.
- Create product demos and presentations for prospective customers.
- Build and maintain customer relationships.
- Handle account management.
- Serve in a customer-facing (partner, internal, or external) role.

On Mon, Aug 28, 2017 at 9:01 AM, Melissa Lawrence <███████@google.com> wrote:

Hi all -

Today is the day! Perf opens and you have a week to complete your self-assessment.

This is a promo guide targeted at folks going for promotion but I think it is has a lot of good tips in terms of structuring of your self-assessment.

I feel like I was not crisp on your peer question on Friday, Kris so going to try again:

- For non - promotion: you should select reviewers that have direct line of sight into your work - the level is not as important as the quality of the feedback that they can provide.
- At such time that you consider promotion, generally you would want folks that are at least at the level you want to be **promoted into (n+1)**

Also, I think Sam or Solomon asked about the tool auto-selecting peers based on an algorithm - this will happen for Tech Googlers that go up for promotion only.

If you have questions, feel free to reach out.

Melissa

On Mon, Jul 31, 2017 at 8:25 AM, Melissa Lawrence <■■■■■■@google.com> wrote:

Hi folks -

If you are getting this message, you need to do a full written review this Perf cycle. Nooglers who started between Jan 1 and June 30th need to solicit feedback. You will also do a full written review in the mid year cycle in March 2018 and then after that every March.

Perf tool opens August 29th - full timeline here.

Overview:

1. Write a self assessment focusing on key accomplishments and speaking to one thing you do well and one thing that you could do to have more impact
2. Solicit 3 - 5 peers to give you input. Trying to create a 360 view of your work with the peers that you select.
3. Manager provides feedback

Resources:

- Perf 101
- Perf Guide
- Want to get start outside of the tool - templates here (we are using the Tech template)

Have any questions, please let me know!

Melissa

--

CONFIDENTIAL

GOOG-ROWE-00017357