# Exhibit 56

**From:** "Fiona O'Donnell" <fiona@google.com>
**To:** Melissa Lawrence <hrmelissa@google.com>
**Sent:** Fri, 1 Jun 2018 09:41:49 -0700
**Subject:** Re: Update from ▓▓▓▓
**Cc:** Becky Bucich <beckybucich@google.com>

Thanks Melissa. I know Tariq had committed to interviewing Ulku again for the vertical lead role but I don't know if it has happened yet. I'll check with him on it during our next hiring sync.

On Fri, Jun 1, 2018 at 8:42 AM Melissa Lawrence <hrmelissa@google.com> wrote:

> My take is that up until this mile of her negotiation around comp, people were very enthusiastic. The fact that she is quibbling over 70k in a very generous package, declined to Will and I and then escalated to Diane was a turn off.
>
> Between us, Will has raised that Ulku Rowe who would be reporting to the Financial Services lead is far more credentialed in financial services (whole career) versus a couple of years for ▓▓▓▓ Just an fyi!
>
> Melissa
>
> On Fri, Jun 1, 2018 at 8:26 AM, Fiona O'Donnell <fiona@google.com> wrote:
>
>> Thanks for the heads-up. Agree, that comp will likely still be an issue and also concerning that folks aren't convinced she'd be a good for google hire.
>>
>> On Fri, Jun 1, 2018 at 6:12 AM Becky Bucich <beckybucich@google.com> wrote:
>>
>>> FYI only- Fiona, we had a candidate to lead OCTO for EMEA (L9 offer, from ▓▓▓▓) who declined last week (comp was the gap although we had a very strong offer and stretched to where we felt most comfortable). Bit surprised to see Diane sharing she wants to consider for Finance vertical as I would think we'd run into the same issue. But let's see where this heads. Just cc'ing Melissa as she was actively involved on recruitment of ▓▓▓▓ for Will/Brian's team.
>>> -Becky
>>>
>>> ---------- Forwarded message ----------
>>> From: **Rachel Quirk** <rachelquirk@google.com>
>>> Date: Wed, May 30, 2018 at 2:55 PM
>>> Subject: Re: Update from Katia Walsh
>>> To: Becky Bucich <beckybucich@google.com>
>>> Cc: Dave Beuerlein <dbeuerlein@google.com>, Gaurav Munjal <gmunjal@google.com>, Kate Butler <katebutler@google.com>
>>>
>>>> Quick update: Diane responded to say "I would like to introduce her to Tariq as a potential lead for our Finance Vertical, she is incredibly impressive". I'll follow up on this with Tariq and keep you posted in case anything materializes.
>>>> Rachel

CONFIDENTIAL

GOOG-ROWE-00056473