# Exhibit 57

**From:** Will Grannis <wgrannis@google.com>
**To:** Melissa Lawrence <hrmelissa@google.com>
**Sent:** Fri, 18 May 2018 06:15:15 +0900
**Subject:** Re: Circling back

I agree... I also know that every woman who came to Google/octo (▮, Ulku) has told me they feel like they didn't fight hard enough for themselves. So I'm torn. Allowing ▮ to express what she feels is fair, pushing back when it exceeds reasonable expectations, and offering to defer the offer until her large tranche of equity vests, to me, seems like a reasonable series of events that is likely to result in her not feeling like she didn't get a chance to fully explore what's fair, if she accepts.

This is also the number one area where women ask for my advice/mentoring (respectfully fighting for what they think is fair comp).

Will

On Fri, May 18, 2018, 12:15 AM Melissa Lawrence <hrmelissa@google.com> wrote:

> I don't want to be Debbie Downer but it concerns me when there is this much of a disconnect and focus on comp. You know this - in the end, they need to come for the opportunity not the comp.
>
> Melissa
> ---------- Forwarded message ----------
> From: **Melissa Lawrence** <hrmelissa@google.com>
> Date: Thu, May 17, 2018 at 8:12 AM
> Subject: Re: Circling back
> To: Rachel Quirk <rachelquirk@google.com>
> Cc: Will Grannis <wgrannis@google.com>
>
>
> Hi Rachel and Will -
>
> I am concerned about anchoring ▮ on expecting more than 40% of bonus. You are right that she could see more based on performance but keep in mind that 2018 will be prorated based on # of days worked and will be muted by her expected ramping time so January 2020 is the first time she will get a bonus payout that is above expectations. I know we want to close her but I am do want to be sure that we are setting the right expectations. We saw a lot of discontent in OCTO last comp cycle as a result of disconnect between recruiter "sale" and Google reality. This was largely on the equity piece and the changes to the refresh program but I did want to flag.
>
> Melissa
>
> On Thu, May 17, 2018 at 5:04 AM, Rachel Quirk <rachelquirk@google.com> wrote:
>
>> Based on guaranteed income no. I think 2 main issues are:

ATTORNEYS' EYES ONLY

GOOG-ROWE-00059503