# Exhibit 58

**From:** Melissa Lawrence <​@google.com>
**To:** Becky Bucich <​@google.com>
**Sent:** Fri, 11 Aug 2017 08:58:53 -0700
**Subject:** Re: OCTO report - can we delay it until week of August 21st

Hey Becky -

I am referring to the reports that we are doing for all of Diane's groups (similar to the one we did for Urs for GCP). I am going to try to do by Monday.

On OCTO changes, these have been in the works since June. Will has 40 direct reports which is unsustainable. Everyone knows and agrees with changes. We have been socializing them since July. The detail is below but Will is creating functional groups under him.

The original ask from Brian was to wait until next week so that Brian could brief Diane and he made a reference to other org changes that we needed to be coordinated with. Then, Brian specifically asked Will to bring up at Diane's staff. I think Will was super surprised that <u>this was the first Diane was hearing of it.</u>

We would like to announce next week but Diane has asked him to wait which he has agreed to do. He would like to not wait much longer. The group is anxious to put this noise behind them and move on. Will will handle Perf and Comp planning this cycle for the entire group. There is one level inversion in the Verticals group with Ulku Rowe leading the group at a L8 and Ben Wilson at a L9 but we all feel that she is the best person for the role.

Just between us - Will is feeling increasingly frustrated as the lack of transparency and guidance he is getting from Brian. The thread we had about HC a few weeks ago is a big factor. OCTO is going to have a significant shortfall of HC (15-20 heads in 2017), Brian has known about it and from Will and my perspective has not taken action. Will is continuing to hire and hopefully will get it cleared up with Brian and Diane next week when Brian is back.

Melissa

| Major Cluster | Team Role | Location | OCTO | Reports to... |
|---|---|---|---|---|
|  | Cloud CTO | CAM | stevensb@ |  |
|  | Head of OCTO | SVL | wgrannis@ | stevensb@ |
|  | EBP | SVL | nizant@ | stevensb@ |
| **Operations & Strategy** | **Leader, Ops & Strategy** | SVL | morganjg@ | wgrannis@ |
|  | Ops and Programs | SVL | clanphere@ | morganjg@ |
|  | Ops and Programs | SVL | ankitpandey@ | morganjg@ |

CONFIDENTIAL

GOOG-ROWE-00058796