# Exhibit 60


SEE IC
CME Mgrs
Spot bonus on strategy doc


Landings (P&G., Boeing)
IoT ambiguity


Incubator - starter
Communication skills need to work
People mgmt - turnaoround
SDWR - follow thru (he is pushing)
Feedback on communication

Scott
SEE IC
CME Mgr (borderline NI)
Eng Interns
Pick path

Jonathan
Needs more leadership

Paul
Needs to drive to. Outcomes. - likes to pontificate
Swarms that do the work behind him
Narrative for Google Cloud
Trust. Me

## MY 18

**Things to change for next time**
- Discuss calibrating all L8s together - ask from Nic

**AIs**
- ~~Will to talk to ▇ about ▇ ating and then change to CME~~
- Need to find a mentor for ▇ for when she returns from leave
- Nic - maybe too many reports?
- ▇ - people manager?
- ~~Will to update notes on ▇ on leadership growth~~

- ~~Will to update notes on ▓▓▓ to substantiate Superb - more than just the last few weeks - impact to project is huge from the beginning~~

**Promos next round**
- ▓▓▓
- Jeff Kember
- ▓▓▓

**Low CME's that should be watched**
- ▓▓▓ went from CME to Superb - exceptional circumstances
- ▓▓▓ - doing bare minimum in OCTO - needs to go Marketing

**Rating Changes**
- ▓▓▓ - EE to CME
- ▓▓▓ - SEE to Superb

**HRBP Only Notes**
- ▓▓▓ - CME
    - Disconnect - he thinks he is ready for promo next cycle
    - Not exhibiting the independence expected
- ▓▓▓ EE to CME
    - Doing a lot outside of team but not very active on internal events
    - Offsite is an example
- ▓▓▓
    - Stay EE
    - Needs to guide team versus be directive
    - Think more broadly - bias to execute vs be thoughtful
- ▓▓▓
    - SEE as PM L6
    - Get back to PM
- Jeff
    - SEE on 1:1 but needs more stateful relationship with Prod/Eng
- ▓▓▓
    - Superb - back up more than the last month in the notes
- ▓▓▓
    - Change to Superb
- ▓▓▓
    - Change notes to acknowledge progress on leadership work
- ▓▓▓
    - Dropped EE to CME this cycle
    - Talk to him about focus on fewer things and statefulness
- ▓▓▓
    - Doing the basics
    - Marketing is strength

- Nic
    - Everything is last minute - is he engaged?
    - Not predictable - don't know what you are going to get
    - Maybe too many reports?
- Ben
    - Prioritizes individual recognition?
- Paul
    - Engaged on 1:Many
    - Not so much on 1:1
    - Could bring Marketing and Eng closer together
    - He is the "fixer"
- Ulku
    - Needs to exhibit more technical thought leadership
    - Create her own demand - waiting to be asked

ATTORNEYS' EYES ONLY

GOOG-ROWE-00017708.R