# Exhibit 61
# Motion to Seal Pending