# Exhibit 62
# Motion to Seal Pending