# Exhibit 63

Statement of Support from former manager Will Grannis

I strongly support Ben Wilson for a product management role in Google, especially in the CIO's office.  Ben has decades of hands on enterprise IT experience spanning private, public and hybrid delivery models.  I hired him into Google almost three years ago with the idea that he'd help our customers and product teams land and build meaningful applications in the cloud, with a specific focus on the energy sector (where he's spent most of his career).  Because of his deep experience building products, migrating applications, and interfacing between IT and lines of business, he was immediately asked to participate meaningfully in strategic Google level M&A projects (one he led would have been Google's biggest ever), product strategy, and with our highest profile energy customers.  He spun up new projects that have become funded product efforts completely outside of this energy vertical focus, a credit to his ability to lead without authority, and buoyed by his subject matter expertise in enterprise IT ops, service management, cloud infrastructure, and application rationalization/management/delivery.  As an L9, he was well on his way to creating impact via projects and landings.  Given the strategic nature of those projects, I would have expected his ratings to rise in line with the value and impact he created as those first milestones and landings occurred.   About 18 months into his time at Google, as he was just getting over the significant learning curve of Google tech, people, and processes, and his projects were just starting to take off, he was involuntarily re-org'd to the newly created verticals/industry team to focus more on building our energy business, and much more of a BD role vs. a product strategy and CTO like role (for which he was hired).  Within 6 months of that move, we (Google) decided to deemphasize the energy market as a primary vertical of interest, something that Ben had no control over.  Instead of quickly fixing the situation by redeploying Ben, he was asked to linger place as others on the same team found other roles inside and outside Google, including his direct VP manager.  So Ben, who wanted to make sure that he didn't leave Google and/or Cloud in lurch during a high volatility period, remained in his now deemphasized role while also spinning other projects back up that he felt would be good for GCP and our customers (Self Driving Infrastructure, Infra recommendations, etc).  He personally took a great deal of the brunt of customers asking why Google was leaving oil and gas companies high and dry, including relationships and deployments of GCP that were active and ready to scale.  I can't commend Ben enough for the way in which he showed up during this period of time, even as his ratings were CME.  It's not completely surprising to me that an L9 in a role that was just slow to be eliminated and deprecated would have been given a string of CMEs as other verticals took more of the focus and those leaders were able to show impact in line with a vertical for which we were completely focused as a business.

**tl;dr** a PM role in the CIOs office is a perfect fit for Ben, he's showed all the signals in the last 3 years that he can gather coalitions of the willing, even in uncertainty and ambiguity, and drive new builds into the engineering program of record will eventually benefit millions of users/customers.  He puts the team first, even when it hurts his own career.   I also suspect the CIO of Cloud will benefit materially by having another senior product and customer focused

CONFIDENTIAL

GOOG-ROWE-00062099