# Exhibit 64

Separately, I met with Will and discussed the fact that OCTO is for technology customer work at a level well above the SE Architects. He has done an amazing job of building the team, he is probably the best hiring manager in cloud. But outside of that, there is a lot of confusion about OCTO, it seems part Product management, part vertical, part product marketing. He agreed and we both agreed that we probably need to move that out so we have clear places for things. He was going to go away and think about it. I can never tell with Will but it seemed like an open and good meeting.

Diane

On Wed, Dec 13, 2017 at 10:49 AM, Brian Stevens <████ @google.com> wrote:

Thanks, Diane. I had planned on being OOO tomorrow but I'll be working from Cambridge in the afternoon and then on to NYC for Friday. The bank council that Don Duet and I started is being hosted by Google on Friday and I feel bad for not being there. I can reach out to Julie and try to get something on the calendar.

On Wed, Dec 13, 2017 at 12:41 PM, Diane Greene <████ @google.com> wrote:

Hi Brian,
I'm so sorry for what is happening with your parents and hope that somehow things are improving, I'm glad and I'm certain they are as well, that you are there for them at this time.

I have a few things I'd love your feedback on but don't want to bother you if you want to be solely focused on family.

Best,
Diane

GOOG-ROWE-00058837