# Exhibit 65
# Motion to Seal Pending