# Exhibit 66

**From:** Will Grannis <■■■■■@google.com>
**To:** Tariq Shaukat <■■■■■@google.com>
**Sent:** Wed, 13 Jun 2018 15:24:34 -0500
**Subject:** Re: our discussion yesterday
**Cc:** ■■■■■@google.com, Melissa Lawrence <■■■■■@google.com>, Brian Stevens <■■■■■@google.com>

FWIW, I think the response is great.
Will

On Wed, Jun 13, 2018 at 2:53 PM Tariq Shaukat <■■■■■@google.com> wrote:

> sorry, didn't meant to drop you from the thread Melissa!
>
> On Wed, Jun 13, 2018 at 12:28 PM Fiona O'Donnell <■■■■■@google.com> wrote:
>
>> + Melissa
>> Thanks for sharing. Melissa and I are at an offsite, but we'll review the draft note during our break & get back to you with any suggested edits
>>
>> On Wed, Jun 13, 2018, 12:17 PM Tariq Shaukat <■■■■■@google.com> wrote:
>>
>>> Brian, as discussed, this is my proposed response to Ulku. Please advise if it is ok from your standpoint.
>>>
>>> Tariq
>>>
>>> +++
>>> Thanks for the note Ulku.
>>>
>>> - Just to make sure we're using the same language here, the current proposal is to have you continue doing the role you're doing but moving over to my vertical team, where we would be applying the program name Global Clients Technical Director, Financial Services vs. Technical Director, OCTO (given it is no longer under Brian). The role/responsibility is the same but with the more targeted focus on the FSI global clients. I'm happy to have you lead the team if you would like to do that as well, though recognize your current role is an IC role; so if you'd prefer to not do that, we can certainly adjust.
>>>
>>> - Beyond that, I am committing once we get through this transition (announcement should be next week) to have you get a fair shot at the Vertical Lead role, with the same process and consideration as external candidates. As mentioned, I personally believe in having 2-3 finalists for these roles before putting people through the final decision process, and we're still settling on the externals... once that is done, we will kick off the process for you as well (as you of course don't need to go through the initial assessment phases).
>>>
>>> - Can you let me know please if by this note you're declining the transfer? As I understand it, that would essentially be a role elimination as we don't have the option of continuing to have the vertical role in OCTO.

CONFIDENTIAL
GOOG-ROWE-00017427

Thanks,
Tariq

On Wed, Jun 13, 2018 at 5:08 AM Ulku Rowe <███@google.com> wrote:

> Hi Tariq,
>
> Thank you for the conversation yesterday, appreciate you taking the time to share your vision for the financial services vertical, and the approach for working with strategic customers. I wanted to follow up on two things:
>
> As I mentioned, the role I'm interested in is the 'VP of Financial Services', and thank you for the opportunity to be considered a candidate. I am keen to start the formal process as soon as makes sense. As you mentioned, we didn't get a lot of 1:1 time together to date, would love to start correcting that asap as well.
>
> I respectfully decline the Global Client role. I understand the decision on the VP role may take some time, and in the meantime I would love to find other ways to help you in the financial services space, or more broadly. Please feel free to pull me into discussions or happy to have a follow-up discussion.
>
> If we don't get a chance to speak before then, have a great time off!
>
> Thanks
> Ulku

CONFIDENTIAL
GOOG-ROWE-00017428