# Exhibit 68
# Motion to Seal Pending