# Exhibit 73

| | |
|---|---|
| From: | Ulku Rowe <urowe@google.com> |
| To: | Tariq Shaukat <tshaukat@google.com> |
| Sent: | Thu, 19 Jul 2018 14:37:08 -0400 |
| Subject: | Re: 2 questions |

thx!

On Thu, Jul 19, 2018 at 2:36 PM Tariq Shaukat <tshaukat@google.com> wrote:

> 1 - I don't think so re: NEXT - few finserv meetings... I have a lot of press and partner stuff this time around
> 2 - I don't know the difference... I know they are massively oversubscribed with customers, so I doubt it will be a successful ask as we still have a lot of customers on the waitlist, but no objection to asking as long as it doesn't decrease a customer's chance of getting in
>
> Tariq
>
>
> On Thu, Jul 19, 2018 at 11:28 AM Ulku Rowe <urowe@google.com> wrote:
>
>> Hi Tariq,
>> 2 quick questions -- I pinged you on HO, but in case you miss them, putting them here as well.
>>   1. is there any client mtgs you want me to join you at Next?
>> 2. it looks like they only gave me a limited pass for leaders circle, any objections to me asking for a full pass?
>> (i am leading the financial services track at LC, but looks like that is the only session i will be able to attend)
>>
>> Thanks
>> Ulku

CONFIDENTIAL
GOOG-ROWE-00017449