# Exhibit 74
# Motion to Seal Pending