# Exhibit 75

|         |                                                         |
|---------|---------------------------------------------------------|
| From:    | Will Grannis <wgrannis@google.com>                      |
| To:      | Brian Stevens <stevensb@google.com>                     |
| Sent:    | Wed, 13 Jun 2018 11:29:41 -0500                         |
| Subject: | Re: our discussion yesterday                            |
| Cc:      | Melissa Lawrence <hrmelissa@google.com>                 |

+1 Brian and Melissa.  I am continuing to reinforce the "manager change" nature of this.  The aggravating factor for them is that they feel like this is forced change without any conversation before the decision was made, which has resulted in "odd behavior", and that behavior has frankly, reinforced/validated that they weren't ready to lead a vertical.  I've told them, bluntly, "this is the big city, put your big kid pants on, and make the most of it"...and will continue to do so.  Jeff wants an uplevel in internal trxfr, Ulku wants an uplevel, Evren feels he deserves an uplevel, and Ben just wants to do good work.  I think it's likely only Ben is going to get what he wants in this regard...and the rest will have to find their way a bit.

Will


On Wed, Jun 13, 2018 at 10:21 AM Brian Stevens <stevensb@google.com> wrote:

> I assumed Tariq offered her one of the new client lead roles *instead* of continuing her role as is, with a new manager. For all 4 they are xfering existing roles to a new mgr. Some may look for new roles in Tariq's group (eg the PM for media, or overall lead role for finance), but it needs to be clear that this is a new mgr assignment. From IM, Tariq sees it that way.

b

On Wed, Jun 13, 2018 at 3:13 PM Melissa Lawrence <hrmelissa@google.com> wrote:

> - Ulku and Tariq
> On my phone so going to be blunt...

This language is very confusing to me. She can't decline the role - we are making the org change irregardless. And this email makes me think that she thinks that she can be considered for the VP role and upleveled if she gets it when if they decide that she is going to be the head of FinServ, she will do that as a L8.

Melissa

On Wed, Jun 13, 2018, 5:08 AM Ulku Rowe <urowe@google.com> wrote:

> Hi Tariq,
> Thank you for the conversation yesterday, appreciate you taking the time to share your vision for the financial services vertical, and the approach for working with strategic customers. I wanted to follow up on two things:
>
> As I mentioned, the role I'm interested in is the 'VP of Financial Services', and thank you for the opportunity to be considered a candidate. I am keen to start the formal process as soon as makes sense. As you mentioned, we didn't get a lot of 1:1 time together to date, would love to start correcting that asap as well.

CONFIDENTIAL

GOOG-ROWE-00017420