# Exhibit 76

**From:** Jess Murphy-True <jmurphytrue@google.com>
**To:** Ulku Rowe <urowe@google.com>
**Sent:** Tue, 4 Dec 2018 10:57:46 -0800
**Subject:** Re: catch up next week?
**Cc:** Tariq Shaukat <tshaukat@google.com>

Hi Ulku,
I chatted with Morgan this morning and we are working on scheduling for this week.

Thanks,
Jess

On Tue, Dec 4, 2018 at 10:55 AM Ulku Rowe <urowe@google.com> wrote:

> Hi Tariq, this is still not on the calendar. I'm keen to talk to you soon.

On Sun, Nov 25, 2018 at 4:44 PM Tariq Shaukat <tshaukat@google.com> wrote:

> This week is likely going to be tough because of Thomas starting - will ask +Jess Murphy-True to find us time either this week or more likely the week after.
> Tariq

On Tue, Nov 20, 2018 at 2:16 PM Ulku Rowe <urowe@google.com> wrote:

> Hi Tariq, could we have a 1:1 for catch up when you're back next week? I will be in
> Amsterdam for the Cloud Summit but would be great to connect.

Happy Thxgiving!
Ulku

--



**Jess Murphy-True**
jmurphytrue@google.com c. 925-699-4323
Administrative Business Partner to Tariq Shaukat, President Google Cloud

CONFIDENTIAL