# Exhibit 78

**From:** Ulku Rowe <urowe@google.com>
**To:** Ulku Rowe
**Sent:** Thu, 14 Jun 2018 12:54:35 -0400
**Subject:** Fwd: our discussion yesterday

---------- Forwarded message ---------
From: **Ulku Rowe** <urowe@google.com>
Date: Thu, Jun 14, 2018 at 7:24 AM
Subject: Re: our discussion yesterday
To: Tariq Shaukat <tshaukat@google.com>
Cc: Brian Stevens <stevensb@google.com>, Will Grannis <wgrannis@google.com>, Melissa Lawrence <hrmelissa@google.com>

Hi Tariq, appreciate your note, and consideration for the VP role, the opportunity to work with you addressing the massive potential financial services presents for Google Cloud would be awesome.
Thanks,
Ulku

On Wed, Jun 13, 2018 at 8:17 PM Tariq Shaukat <tshaukat@google.com> wrote:

> Thanks for the note Ulku.
> Just to make sure we're using the same language here, the plan for the realignment is to have you continue doing the role you're doing but moving over to my vertical team, where we would be applying the program name Technical Director, Financial Services, Global Clients vs. Technical Director, Financial Services, OCTO (given it is no longer under Brian). The role/responsibility is the same, focused on our FSI opportunities globally. An opportunity that I see is for you to take on people management responsibility, though recognize your current role is an IC role; so if you'd prefer to not do that, we can certainly adjust.
>
> Beyond that, I am committing once we get through this transition (announcement should be next week) to have you get a fair shot at the Vertical Lead role, with the same process and consideration as external candidates. As mentioned, I personally believe in having 2-3 finalists for these roles before putting people through the final decision process, and we're still settling on the externals... once that is done, we will kick off the process for you as well (as you of course don't need to go through the initial assessment phases).
>
> I am very much looking forward to working with you and hope that you will give the vertical team a real chance before making any decisions about your future.
>
> Best,
> Tariq
>
>
> On Wed, Jun 13, 2018 at 5:08 AM Ulku Rowe <urowe@google.com> wrote:
>
>> Hi Tariq,
>> Thank you for the conversation yesterday, appreciate you taking the time to share your vision for the financial services vertical, and the approach for working with strategic customers. I wanted to follow up on two things:

CONFIDENTIAL

GOOG-ROWE-00017435

As I mentioned, the role I'm interested in is the 'VP of Financial Services', and thank you for the opportunity to be considered a candidate. I am keen to start the formal process as soon as makes sense. As you mentioned, we didn't get a lot of 1:1 time together to date, would love to start correcting that asap as well.

I respectfully decline the Global Client role. I understand the decision on the VP role may take some time, and in the meantime I would love to find other ways to help you in the financial services space, or more broadly. Please feel free to pull me into discussions or happy to have a follow-up discussion.

If we don't get a chance to speak before then, have a great time off!

Thanks
Ulku

CONFIDENTIAL

GOOG-ROWE-00017436