# Exhibit 79
# Motion to Seal Pending