# Exhibit 80

