# Exhibit 81
# Motion to Seal Pending