# Exhibit 82

**From:**   Ulku Rowe <urowe@google.com>
**To:**      Stuart Vardaman <svardaman@google.com>
**Sent:**    Fri, 13 Jul 2018 11:59:39 -0500
**Subject:** Re: Quick Follow-up

got it. thx.

On Fri, Jul 13, 2018 at 11:44 AM Stuart Vardaman <svardaman@google.com> wrote:

  Hi, Ulku -
The formal title will likely not be "Head of..."  It will likely land as Director, Managing
  Director.

On Thu, Jul 12, 2018 at 5:47 PM Ulku Rowe <urowe@google.com> wrote:

  Great meeting you today.
  I am not sure what you mean. Is the role not 'head of financial services'? I thought that was
  the role.
  Looking fwd to working with you.
  Ulku


On Thu, Jul 12, 2018, 6:26 PM Stuart Vardaman <svardaman@google.com> wrote:

  Hi, Ulku -
  Nice to meet you today.
  Here is the position spec for the FS role - please don't be thrown by the "Head of..." title -
  it's just a place holder.
We'll get the scheduling ball rolling with Morgan.
Thank you,
Stuart
--

---



**Stuart Vardaman**
Executive Recruiter
1 (650) 316-0478
careers.google.com

--

GOOG-ROWE-00017446