# Exhibit 83
# Motion to Seal Pending