# Exhibit 84