# Exhibit 85