# Exhibit 86
# Motion to Seal Pending