# Exhibit 87