# Exhibit 88