# Exhibit 89

**From:** Ulku Rowe <urowe@google.com>
**To:** Stuart Vardaman <svardaman@google.com>
**Sent:** Tue, 7 Aug 2018 14:26:53 -0700
**Subject:** Re: FSI Meetings Tomorrow

got it. thanks. :)

On Tue, Aug 7, 2018 at 2:23 PM Stuart Vardaman <svardaman@google.com> wrote:

> Sorry!  Too deep in my own recruiting world: Role Related Knowledge and General Cognitive Ability, respectively.  The usual Google competencies.
> Thank you,
> Stuart
>
> On Tue, Aug 7, 2018 at 4:18 PM Ulku Rowe <urowe@google.com> wrote:
>
>> Thanks Stuart. What does RRK & GCA stand for?
>>
>> On Tue, Aug 7, 2018 at 2:09 PM Stuart Vardaman <svardaman@google.com> wrote:
>>
>>> Hi, Ulku -
>>> Just wanted to share the competencies the interviewers will be focusing on during your meetings tomorrow:
>>>
>>> • Darryl Willis: RRK and GCA
>>> • Vats Srivatsan: Leadership and GCA
>>> • Jason Martin: GCA and Leadership
>>>
>>> Please let me know if you have any questions.
>>>
>>> Thank you, and good luck!
>>> Stuart
>>> --



**Stuart Vardaman**
Executive Recruiter
1 (650) 316-0478
careers.google.com

--