# Exhibit 90
# Motion to Seal Pending