# Exhibit 91

MP1-6-Schrodinger's Cat
- 4:00pm Cloud Exec Comp Planning | SVL-MP1-6-Schrodinger's Cat

| **INTERNAL: Diane Ask/Action Item** | **Diane's Notes** |
|---|---|
| 11/6 ▮▮▮▮▮ requesting 10 min to discuss org related changed | Okay to schedule? |
| Interview Request: Ulku Rowe (pre-Google resume) is an internal candidate for the lead Financial Services position on Tariq's team.<br>• She has met with: Sebastien Marotte, Darryl Willis, Jason Martin, and Vats Srivatsan. The feedback has been positive, but it sounds as though there were general concerns about her being successful at the VP level - she is currently a Director.<br>• Tariq conveyed to us that he would like Ulku to go through the same process as the other candidates, given the leadership role she is currently playing in Cloud.<br><br>• Impression: executive poise, confident (but not ego-driven), forthright with a quick operating cadence<br>• RRK: In the financial services industry since 1997, with a focus on the technology systems and processes that underpin/support lines of business, e.g. trading or risk operations. Has lead sizable teams, ~ 400, and she seems to have a relevant network in FSI.<br>• Concerns: Some concerns about operating effectively at the VP level.<br>• Motivation: In joining Tariq's team, she raised her hand for the lead position for Financial Services | Okay to schedule? |
| 12/8 Leads Holiday Party 6-9pm<br>Protégé, 250 California Ave, Palo Alto, CA<br>Dress: Festive<br>+1s are invited | Do you plan to attend? |

ATTORNEYS' EYES ONLY                                                              GOOG-ROWE-00056632