# Exhibit 93

**From:** Stuart Vardaman <▮@google.com>
**To:** Casey Meadows <▮@google.com>
**Sent:** Tue, 30 Oct 2018 22:21:21 -0500
**Subject:** VP Searches: Tariq

| | | | |
|---|---|---|---|
| Tariq Shaukat | Financial Services Vertical Lead | 344 | 3 candidates, 2 of whom are viable contenders:<br>• ▮ ) Met with Diane Greene during NEXT London, 10/11. Tariq was to follow-up with Diane on final decision.<br>• ▮ (completed panels with mixed feedback - good feedback from Diane Greene)<br>• Ulku Rowe (Google-NYC) Interviews went well, but she is not viewed as VP-ready. Tariq indicated Diane Greene agreed to meet with her given her seniority in Cloud, and desire to run the same process for candidates. |
| Tariq Shaukat | VP, Global Clients | | *REDACTED - SBI/NR* |
| Tariq Shaukat | VP, Head of Retail, Google Cloud | | |

--

CONFIDENTIAL                                                                                                  GOOG-ROWE-00017583