# Exhibit 94

**From:** Ulku Rowe <urowe@google.com>
**To:** Tariq Shaukat <tshaukat@google.com>, Diane Greene <dianebgreene@google.com>
**Sent:** Wed, 7 Nov 2018 07:54:37 -0500
**Subject:** head of financial services role

Hi Tariq, Diane,

Since it seems to be taking a long time for HR to schedule the meeting with Diane, I thought I would send you both this note to reiterate my strong interest in the "Head of Financial Services" role.

My background makes me particularly well-suited for this role and this is actually the position I was originally hired for. When I joined Google with Office of the CTO, it was with the understanding that when Cloud verticalizes, I would be the person leading Financial Services.

I'm concerned that certain decisions made in connection with my initial hiring are impeding me in this process, and I want to make sure that you know the full context. Shortly after I joined Google, I discovered that I was hired in at a more junior level than my male peers (an issue I raised with HR and HR is actively investigating). I see that the external candidates, some of whom are far less qualified than me, are being considered as VP candidates. I believe I am the most qualified person for the position and hope that I will be given due consideration, notwithstanding my current lower level.

Diane, I am very much looking forward to meeting you.

Best,
Ulku



HLM 10/15/20
PLAINTIFF
Exhibit 38

CONFIDENTIAL                                                                                                                                                     GOOG-ROWE-P-00001737