# Exhibit 95
# Motion to Seal Pending