# Exhibit 96

**From:** Chaheti Bansal <chaheti@google.com>
**To:** Stuart Vardaman <svardaman@google.com>
**Received:** Thu, 6 Dec 2018 08:31:42 -0800
**Subject:** Re: [Review Required] 12/5 Diane Greene Cloud Report
**Cc:** Casey Meadows <cmeadows@google.com>

Hi Stuart -

Thanks for flagging - can you check the below screenshots for me? I think I got confused because the Global Client Lead Financial Services had a VP level listed and Vertical Lead Financial Services one had a Director level listed. Let me know if the levels don't matter right now and I will just make sure I always focus on the Vertical Lead role.



On Thu, Dec 6, 2018 at 8:22 AM Stuart Vardaman <​@google.com> wrote:

Chaheti and Casey -
This is the wrong information for the VP, Financial Services - the candidates listed there are actually for the Financial Services Global Client Lead role.
The info should read:

* Diane's pending transition put us in a holding pattern for the past number of weeks*
  Recruiter needs direction from Tariq. Also waiting on headcount approval.
Candidates:

  • : completed panels with good feedback - compensation is higher than the other VP's in Tariq's org.
  • internal to Google - teams link) Completed panels with positive feedback. Recruiter recommends Diana as a superior candidate to

• Ulku Rowe: (internal to Google - teams link) Completed panels with the exception of meeting Diane Greene. Feedback is that she is junior for the VP role. The org has been reluctant to close her out.

--

CONFIDENTIAL                                                                                                     GOOG-ROWE-00017644