# Exhibit 97

**From:** Scott Riddle <sriddle@google.com>
**To:** Tariq Shaukat <tshaukat@google.com>
**Sent:** Mon, 21 Jan 2019 09:29:46 +1100
**Subject:** Re: Retail vertical
**Cc:** Shauna Frey <shaunafrey@google.com>

Thanks Tariq. Will drop Stuart a line on finserv.

On Mon, 21 Jan 2019 at 05:46, Tariq Shaukat <tshaukat@google.com> wrote:

> Hi Scott,
> Thanks for your email.
>
> no counterpart yet on retail - we're interviewing folks, but are on hold as we do a broader strategic review within cloud as part of 2019/2020 planning.
>
> other verticals:
>
> Darryl Willis for Energy
> Tarun Bhatnagar for Automotive, Transport, and Manufacturing
> John Honeycutt (starting in a week) on Comms/Media/Gaming. Sunil Rayan will be on his team and leading Gaming specifically.
>
> BTW, Stuart Breslow will be taking more of the lead on our efforts in finserv as a result of the strategic review - we are likely to focus mostly on financial crimes use cases, which are his specialty. Ulku will continue to play broadly across financial services.
>
> Tariq
>
> Tariq
>
> On Thu, Jan 17, 2019 at 10:29 PM Scott Riddle <sriddle@google.com> wrote:
>
>> Hi Tariq,
>> + Shauna (xGoogle lead for retail in AUNZ)
>>
>> Apologies for the out of the blue email. I'm part of the xGoogle partnerships team in Australia. Just had a quick question on the Cloud verticals strategy. I'm aware of Greg leading healthcare and Ulku on finance. Do they have a counterpart for retail ? If not, is there any plan to staff a retail vertical for GCP ?
>>
>> Thanks
>> Scott
>>
>> --
>> Scott Riddle | Australia & New Zealand Partnerships Team | sriddle@google.com | 0478 196 735

CONFIDENTIAL                                                                                           GOOG-ROWE-00051965