# Exhibit 98