# Exhibit 99

|  | <ul><li>Identified and Placed N/A (Imported to Thrive 4/23/2018)</li><li>Offer accepted 2/01/2017 (Start Date: 3/13/2017)</li><li>No outreach, notes or assessments</li></ul><br>**Technical Director, Office of the CTO, Applied AI**<ul><li>Thrive ID: 2058, gHire ID: 790196</li><li>Identified N/A (Imported to Thrive 4/23/2018)</li><li>Search closed 9/13/2017</li><li>No outreach, notes or assessments</li></ul><br>**Technical Director, Retail**<ul><li>Thrive ID: 1567, gHire ID: 734756</li><li>Identified N/A (Imported to Thrive 4/23/2018)</li><li>Search cancelled 1/22/2018</li><li>No outreach, notes or assessments</li></ul><br>**Google - Technical Director, Security**<ul><li>Thrive ID: 1564, gHire ID: 734824</li><li>Identified N/A (Imported to Thrive 4/23/2018)</li><li>Search cancelled 3/12/2018</li><li>No outreach, notes or assessments</li></ul><br>**Technical Director, Office of the CTO (APAC)**<ul><li>Thrive ID: 1566, gHire ID: 734776</li><li>Identified N/A (Imported to Thrive 4/23/2018)</li><li>Search cancelled 9/25/2018</li><li>No outreach, notes or assessments</li></ul><br>**Financial Services Vertical Lead**<ul><li>Thrive ID: 1724, gHire ID: XX</li><li>Identified 11/14/2018</li><li>Moved to Panel Interviews 11/14/2018</li><li>Moved to Rejected by svardaman@ due to "Panel - Googleyness" 1/7/2019 with the following note: *Across the board, Ulku was viewed as overly self-oriented. Recruiter expressed she was not qualified for the role in addition to ego concerns, the decision was made to run her through full panel anyway.*</li><li>No outreach or assessments</li></ul><br>**Director, Efficiency Engineering - Sunnyvale**<ul><li>Thrive ID: 3101, gHire ID: 989723</li><li>Identified 11/30/2018</li><li>Search closed 7/5/2019</li><li>No outreach, notes or assessments</li></ul> |
| --- | --- |
| Provided By | smowery@, kgcallaghan@ |

CONFIDENTIAL

GOOG-ROWE-00056273