# Exhibit 100

| | |
|---|---|
| **From:** | Stuart Vardaman <svardaman@google.com> |
| **To:** | Jason Martin <jaymon@google.com> |
| **Sent:** | Tue, 7 Aug 2018 16:02:14 -0500 |
| **Subject:** | Candidate Interview Tomrrow, 8/8 - Ulku Rowe - FSI |
| **Cc:** | Yingying Hu <yingyinghu@google.com> |

Good afternoon, Jason -
Thank you for making the time to meet with Ulku Rowe tomorrow. She is an **internal** candidate for the lead Financial Services position on Tariq Shaukat's team - the role is intended to be a peer to Greg Moore (Healthcare) and Darryl Willis (OG&E) - VP level. A summary of the position is included at the end of this message.

**Context and Competencies**:

- Context: Ulku was on Brian Stevens' team before the reorg occurred that resulted in some of the vertical OCTO folks transitioning to Tariq's organization. Tariq agreed to have her interview for the lead position. Brian Stevens is supportive of her interviewing for the lead role.
- Please assess the **Leadership** (VP level) and **GCA** competencies. If you'd like to review a list of questions, please see here.

**Ulku Rowe**: LinkedIn ( pre-Google resume )

- Impression: executive poise, confident (but not ego-driven), forthright with a quick operating cadence
- RRK: In the financial services industry since 1997, with a focus on the technology systems and processes that underpin/support lines of business, e.g. trading or risk operations. Has lead sizable teams, ~ 400, and she seems to have a relevant network in FSI.
- Concerns: No major concerns are noted.
- Motivation: In joining Tariq's team, she raised her hand for the lead position for Financial Services.

Thank you, and please let me know if you have any questions!
Stuart
_____
**Job description and responsibilities:**

The Financial Services Vertical Lead will be the executive responsible for creating and executing Google Cloud's strategy in the financial services (FS) industry.
Across the financial services industry, but with special attention to the commercial and investment banking companies, the successful candidate will drive Google's business by developing product solutions, M&A targets, and go-to-market approaches that will resonate with the major companies in the financial services space.
The Lead will rely upon existing C-level relationships to "open the door" for

CONFIDENTIAL

GOOG-ROWE-00017507