# Exhibit 4

Page 102

- KEVIN LUCAS -

A. Got you.

Q. And do you see five names here, Ben Wilson, Evren Ery -- I can't say his last name -- Eryurek, Jonathan Nelson, Nicholas Harteau, and Paul Strong? Do you see that?

A. Yes.

Q. Were those all in OCTO?

MR. GAGE: Objection. At what point in time are you talking about?

MS. GREENE: This is as of November 20th, 2017.

A. So I know Ben Wilson was; I am familiar with him. The other names look somewhat familiar so I -- I would, yes, they were probably in OCTO.

Q. Other than these individuals at Level 9, were there other technical solutions consultants at Level 9 within Cloud not listed here?

MR. GAGE: Objection.

A. I wouldn't be able to definitively say without looking at the document myself.

Q. If you go down to Page 7, beginning with Line 284, do you know whether any of those

Page 103

- KEVIN LUCAS -

principal technical solutions consultants at Level 8 are outside of OCTO?

MR. GAGE: Objection.

A. I would have to look up each individual one. A couple of names sound familiar, but I would have to look it all up.

Q. Have you seen this list before?

A. No.

Q. And so if I were to tell you that at any point over -- you know, this is different snapshots for three different years. If that each of those snapshots it showed only technical solutions consultants within OCTO, is it your testimony that there were technical solutions consultants at Levels 8 and 9 within Google Cloud outside of OCTO?

MR. GAGE: Objection.

A. Again I --

MR. GAGE: Are you talking about a specific point in time, are you talking about today?

MS. GREENE: The years that these documents reflect. These documents are again snapshots from three different periods of

Page 104

- KEVIN LUCAS -

time.

MR. GAGE: Right, but I don't know that the witness knows that so that's the basis of my objection is you're not be specific about when you're asking him.

Q. 2017, 2018, and 2019, were there technical solutions consultants in Google Cloud outside of OCTO?

A. Technical solu -- any level on the job family, yes.

Q. Level 8 or 9.

A. I can't confirm Level 8 or 9 outside of OCTO without doing some research, because that job family is used in other parts of Cloud.

So in our go-to-market organization, that is the job family that is used for customer solutions engineer for which I think, I'm almost positive, at that point in time there were -- there was at least one director. Whether it's Level 8 or 9, I'm not sure.

Q. So with respect to clust -- customer solutions engineer, is it your testimony that they also used the technical solutions consultant ladder?

Page 105

- KEVIN LUCAS -

A. Yes, that is my understanding and I think they still do.

Q. And that's an Eng role?

A. No, it is not.

Q. Are there other roles that use the technical solutions consultant ladder?

A. I am not aware of other roles within Cloud, other than the ones that I've mentioned, that use the TSC job family. There are several roles outside of Cloud that use that family.

Q. Focusing on director level roles --

A. Okay.

Q. -- what are the substantive differences between a director in a technical solutions consultant role and a product management role?

A. Oh, they're -- they're rather different roles.

A product manager -- a product management director is defining the strategy of the product in the multi-tier road map and partnering with engineering to actually build according to that road map and deliver that

Page 122

- KEVIN LUCAS -

specific number, but I would say it's very, very few.

Typically once you move -- or at Level 8 and above. The fast vast majority of people in those roles are people managers unless your role is maybe a bit nuanced or specialized or divergent in -- in some way. So, for example, I've worked with director-level chief of staff who was an individual contributor.

Q. And what significance does being an individual contributor versus being a person manager have for an individual; how is that -- how is that designation used in the decision-making process at Google?

MR. GAGE: Objection.

A. Can I ask you to clarify what decision-making process?

Q. I'm trying to understand everything that may be implicated by someone having the designation of individual contributor versus manager.

A. Oh, okay.

MR. GAGE: Objection.

Go ahead.

Page 123

- KEVIN LUCAS -

A. Apologies, I'm trying to think through like the -- the fundamental differences there.

I'm saying it's not diff -- IC versus people manager isn't necessarily an -- an individual decision; it's a structural decision or a functional decision, right. So it's -- I think we could be hard-pressed to find a Level 8 director saying I want to be an individual contributor and that making sense enough to actually doing that.

That said, there are the nuances that I mentioned before like a chief of staff or highly specialized or nuance role whatever it may be. I would say what significance it has, I can't say too much because when I think about it from a performance or promotion perspective you're still evaluated on the expectations of your -- your role and ladder regardless of people manager versus ICs.

I'm not aware of any compensation differences between people manager versus ICs. It's -- it's -- there's a slight difference in terms of training, whereby we offer people

Page 124

- KEVIN LUCAS -

managers people management training from which I'm not sure if people place much significance on that aspect of it. Yeah, I -- I don't see that it's -- there's a lot of significance in it.

Q. With respect to the distinguished technical solutions consultant role --

A. Okay.

Q. -- are you aware of a minimum number of years of experience needed for that role?

A. I -- I would have to consult the guidelines. I would speculate that you said it distinguishes L 8, if I remember correctly. I would speculate it's probably somewhere between upper teens, maybe twenty.

Q. What about with respect to the L 9 role?

A. I would say -- and a qualifier to that is relevant years of experience. For the L 9, I would probably say just kind of a handful more than -- than whatever that memo is.

Q. Do you know this to be the case or is this your assumption based on what you know about Google generally?

Page 125

- KEVIN LUCAS -

A. Well, it's --

MR. GAGE: Objection.

Go ahead.

A. Without -- without looking -- I said it is speculative without looking at the -- the specific leveling guidelines; but in observation of directors we have brought into the organization, that's what leads me to that number.

Q. When we looked at the leveling guidelines earlier we didn't see a minimum number of years, correct?

MR. GAGE: Objection.

You can look back at the document if you'd like, but -- do you know which document that was that you're referring to, Cara?

MS. GREENE: Yeah, give me one moment.

THE WITNESS: I think it was 10 -- no.

Q. Did you find it for the technical solutions consultant?

A. I haven't yet. I'm clicking through each tab.

Q. All right, I've got it. Give me one

Page 126

- KEVIN LUCAS -

moment.

A. I think I -- no, that wasn't the one.

Q. Try Tab 26.

MR. GAGE: And is that the document you were referring to in your question?

MS. GREENE: It was.

A. You're correct, and it is not mentioned in this document; but this document is behavorial descriptors across levels, so similar to the SWE ladder whereby we articulate complexity, scope, things like that across level.

Q. Are you aware of any other document that includes leveling guidelines for technical solutions consultant?

A. Not specific to technical solutions consultant. I'm trying to find the --

Q. Are you aware of anything that outlines any sort of years requirement with respecting -- with respect to the leveling of technical solutions consultant?

A. Nothing unique to TSCs. I apologize, that's why I'm looking a little confused, because I can't remember seeing anything that is job family-specific leveling guidelines.

Page 127

- KEVIN LUCAS -

Q. With respect to years of experience, are you aware of anything generally that sets forth level for -- years of experience with respect to leveling for people at the L 8 or L 9 levels?

A. That's -- that's what I was just trying to think through and -- let me think a little more.

I can't remember anything. It's so frustrating.

Q. It's okay. If you don't remember or you don't know, that's a fine answer as well. Is your answer you don't remember sitting here right now?

A. I don't remember.

Q. Okay. With respect --

MR. GAGE: Can we take break at some point, convenient break?

THE WITNESS: Thank you. Forgive me, sorry, I can't really follow.

MS. GREENE: Sure, I see you drinking the Coke there. It's fine.

THE WITNESS: I know.

MS. GREENE: We can go off the record

Page 128

- KEVIN LUCAS -

right now.

THE WITNESS: Is that -- is that a good break for you?

MS. GREENE: Sure.

THE WITNESS: Does that work?

MS. GREENE: Uh-huh.

THE VIDEOGRAPHER: Okay. We're going off the record, the time is 3:54 New York time.

(Whereupon, there was a brief recess in the proceedings.)

THE VIDEOGRAPHER: The time is 4:02 p.m. New York time, we're back on the record.

Q. Okay. I want you to take a look at what's been marked as Exhibit 11. This is the spreadsheet and so you may by going to the upper -- there might be a Box in the upper right-hand corner that allows you to choose what format you open up in.

A. Okay. Unfortunately it says "Box for office online has locked," so I can only look at it in basically a PDF view. Let me actually go back and try to right click and open differently.

It does not allow me to open it

Page 129

- KEVIN LUCAS -

differently. It's -- there's a -- when I right click, it says I can request unlock.

Q. Yeah. We had requested unlock for you to be open it in Excel.

A. I can try here and see if I can.

Q. I'm not going to ask you anything too detailed about this.

A. Okay.

Q. The first question, if you're able to zoom in at all, is whether you even recognize what this document is?

A. I don't recognize this document, but it appears as though the content is the descriptors of how we would assess a candidate across four different attributes.

MR. GAGE: And I just -- can I just note, I have a icon that says "The file is being edited with Box for office online." What does that mean?

MS. GREENE: It may mean that because you opened it and we gave access --

MR. GAGE: Okay.

MS. GREENE: -- you -- you're able to edit it, but --

Page 138

- KEVIN LUCAS -

[redacted]

Page 139

- KEVIN LUCAS -

[redacted]

Page 140

- KEVIN LUCAS -

[redacted]

Page 141

- KEVIN LUCAS -

[redacted]

A. Sure.

Q. We'll come back to comp discussions in the course of the, you know, performance

Page 142

- KEVIN LUCAS -

year --

A. Sure.

Q. -- but right now I'm looking at hiring.

Page 143

- KEVIN LUCAS -

Page 144

- KEVIN LUCAS -

Q. So I guess my -- a different question is: Given that Google's job titles and job code are unique to Google --

A. Yup.

Q. -- what external positions are they measured against?

A. Yup.

Q. And so --

A. So --

Q. Go ahead.

Page 145

- KEVIN LUCAS -

- KEVIN LUCAS -

look different?

A. Day-to-day responsibilities for software engineering don't change a whole lot from Level 8s to 9. It is similar to our conversation we previously had, whereby either the scope and visibility and impact of their role shifts in some ways.

So they are probably more aligned to a higher priority product, perhaps a more kind of innovative product if you will. They may start leading a larger organization whereby more, quote/unquote, products roll up to them.

So it's more about kind of scope and product prior -- priority than shifting day-to-day responsibilities from an L 8 to L 9 software engineer.

Q. What are the skills necessary for an L 8 software engineer?

A. Coding ability is probably the -- the fore -- the forerunner there for which they still have to go through coding interviews when code is submitted in their interview packets, et cetera, so that is probably the largest one.

There's going to be elements,

- KEVIN LUCAS -

depending on which track you're on, of leading a team or organization. You're probably gonna to see elements of strategic thinking to execution because you have to be able to work with product managers on -- on kind of building up that product road map, but you also have to -- with production managers on building the product road map and then working with frontline engineers to actually code the products themselves.

So it's a pretty interesting blend of technical depth and kind of product leadership.

Q. And --

MS. GREENE: Hope, can you read back the last question. Just the question, not the answer.

(The question requested was read back by the reporter.)

Q. And what different skills are is required of a Level 9 --

MR. GAGE: Objection.

Q. -- a Level 9 software engineer?

A. If I -- I would probably say it's just greater depth or ability of what I just mentioned. So similar buckets, just more of if

- KEVIN LUCAS -

that makes sense.

Q. And with respect to the director of product management, what are the day-to-day responsibilities for a director of product management Level 8 look like?

A. Level 8, yeah. There are going to be probably a few different elements there.

There's going to be part of their time that's spent on strategic direction of the product and the ability defining where we want to take this product on a multi-year road map and starting to form a point of view on how we deliver that -- that road map over the next, let's say, six months to a few years.

There's an element around kind of data analysis and customer feedback, so adjusting how customers are using the product or service and -- and responding to that feedback in either reactive ways to support the need we didn't meet or perhaps proactively thinking about features that we can build into the product or service that may unlock value to their business that they may not necessarily see.

L 8 product managers are -- are

- KEVIN LUCAS -

people leaders, so there's not a kind of individual or technical track in the manager track; it's all one. So they're likely lead a -- probably a small to medium-sized team of product managers on respective product or groups of related products.

And then similar to software engineering, there's a portion of their time that's spent in kind of meeting, corroborating with Eng, talking about feasibility and product road maps, and how we actually think about building these -- these over time.

Similar to software engineering, the difference between L 9 -- L 8 and L 9 is largely scrope, scrope -- scope, product complexity, or product portfolios that we will likely grow them into additional prod -- roles that have responsibility for additional products and/or ask them to build out more nascent products. So it's going to be the innovation side of it.

Q. And I apologize if you already answered this: Is -- product management, is that considered an Eng role as you consider it?

A. So Eng is most often referred to as