# Exhibit 10

Page 14

- JENNIFER BURDIS -

1   privacy training, to recruitment trainings on our
2   systems and processes, to candidate management
3   training and company trainings that would include,
4   you know, all-encompassing recruitment processes
5   including level, what to look for in candidates'
6   background, skill sets, things like that.
7        Q.    Did you receive any training related
8   to compensation or setting compensation?
9        A.    Yes.
10       Q.    Did you receive any training related
11  to anti-bias?
12       A.    Yes.
13       Q.    And did you receive any training
14  related to discrimination?
15       A.    Yes.
16       Q.    Okay.  Did you receive trainings
17  related to particular systems used at Google?
18       A.    Yes.
19       Q.    Okay.  Did you receive trainings in
20  GHire?
21       A.    Yes.
22       Q.    And how about Thrive?
23       A.    No, I did not have training in
24  Thrive.
25

Page 15

- JENNIFER BURDIS -

1        Q.    So at what point did you begin
2   supporting the Office of the CTO or OCTO?
3        A.    I believe it was at some point during
4   the beginning of 2016.
5        Q.    Okay.  So let's focus on when you
6   were supporting OCTO and specifically about the
7   technical director office of the CTO position, and
8   I'm going to call it technical directors going
9   forward.  Is that okay?
10       A.    Yes.
11            Just -- you're slightly muffled in
12  the audio.  I think it's because we're trying to
13  -- I can hear you, but I'm just having to listen
14  carefully so that might --
15            MR. GAGE:  I think it may be at your
16  end, Shira, too, because I hear you, but
17  you're a little distant.
18            MS. GELFAND:  Okay, that's fine.  Let
19  me know if this is better.  Is this better?
20            MR. GAGE:  It's better.  As you lean
21  a little forward like you're right now, I can
22  hear you clearly.
23            MS. GELFAND:  Okay, I will project.
24            MR. GAGE:  Now that works.
25

Page 16

- JENNIFER BURDIS -

1            MS. GELFAND:  Okay.
2        Q.    So what was your role as the
3   recruiter for the technical director role in OCTO?
4        A.    I was the lead recruiter on the
5   hiring project.
6        Q.    And when did you become aware that
7   OCTO was looking to hire for the technical
8   director role?
9        A.    In 2016.  I can't recall the month.
10       Q.    And was Will Grannis the hiring
11  manager for that role?
12       A.    Yes.
13       Q.    And did you -- did you meet with Mr.
14  Grannis to discuss recruitment for the technical
15  director position?
16       A.    Yes.
17       Q.    Okay.  Can you tell me everything you
18  recall discussing with Mr. Grannis the scope of
19  the technical director position?
20       A.    So I can't recall the conversation
21  verbatim, but I do recall meeting with Will and
22  discussing him structuring a job description which
23  would be for hiring a reasonably large volume of
24  technical director level candidates into Google on
25

Page 17

- JENNIFER BURDIS -

1   the individual contributor ladder at L 8 and L 9.
2        Q.    Okay, and can you tell me everything
3   that you recall Mr. Grannis saying about the
4   leveling of the role?
5            MR. GAGE:  Objection.
6        A.    I don't recall specifics.
7        Q.    Okay, and did you work with Mr.
8   Grannis to come up with the external job posting
9   for the technical director role?
10       A.    I did.
11       Q.    Okay, and what was your role in
12  drafting that job posting?
13       A.    To make sure it was compliant,
14  inclusive, and formatted correctly for sharing
15  online and -- and sharing externally with
16  non-Googlers.
17       Q.    What do you a mean by "compliant" and
18  "inclusive"?
19       A.    To make sure our minimum
20  qualifications and preferred qualifications were
21  in line with our company policy.
22       Q.    Okay.  Okay.  Is there anything else
23  that you recall discussing with Mr. Grannis in
24  terms of what the role would entail?
25

Page 26

- JENNIFER BURDIS -

2    MR. GAGE: Objection.
3    A.    I do not know.
4    Q.    And so were there minimum
5    qualifications that candidates had to meet for
6    this technical director role?
7    A.    Yes.
8    Q.    And what were those minimum
9    qualifications?
10   A.    They're listed on the job
11   description. I would have to refresh by reading
12   it, but the minimum qualifications are documented
13   on the job description.
14   Q.    Okay, and where are they documented
15   on the job description?
16   A.    On the second page of Exhibit 61, I
17   believe.
18   Q.    So would that be under "Skills and
19   Experience Requirements"?
20   A.    Correct.
21   Q.    Okay, and could Google choose to
22   waive those minimum qualifications?
23        MR. GAGE: Objection. I don't know
24   if I heard the question right. Did you say
25   could or did?

Page 27

- JENNIFER BURDIS -

2        MS. GELFAND: "Could" they.
3        MR. GAGE: Oh, could. Could, okay.
4   Objection.
5    A.    I'm not sure how to answer that.
6    Q.    Okay. So let's walk through these
7   minimum qualifications. So the first one says
8   that, "The ideal candidate will have extensive
9   experience co-creating Cloud roadmaps with
10  customers and/or vendors of the CIO, CTO, SVP of
11  engineering levels."
12       MR. GAGE: Objection.
13   Q.    Would this be a minimum qualification
14  for the technical director role?
15   A.    No.
16   Q.    Okay. Would that be a preferred
17  qualification?
18       MR. GAGE: Objection.
19   A.    I don't know how to answer that
20  question.
21   Q.    Okay, and if you could take a look at
22  that time second bullet point, is that a minimum
23  qualification for the technical director role?
24       MR. GAGE: Objection.
25   A.    I'm finding this section of questions

Page 28

- JENNIFER BURDIS -

2   a little confusing, so...
3    Q.    Okay. So you had mentioned that this
4   document contains the minimum qualifications for
5   the role in the "Skills and Experience
6   Requirements" section --
7    A.    Okay.
8    Q.    -- so I'm asking: Where in here does
9   it document the minimum qualifications?
10   A.    Well, now I --
11       MR. GAGE: Objection. Go ahead.
12   A.    Now that I'm looking at the job
13  description, I realize that the headline where the
14  bullets that's your reading out reside are
15  actually under the "Skills and Experience
16  Requirements" and there's no mention of minimum
17  qualifications in that section of the job
18  description.
19   Q.    Okay. So are the minimum
20  qualifications for this job description listed
21  elsewhere?
22   A.    They would likely be in GHire.
23   Q.    So how did you determine -- I'm
24  sorry, one moment.
25        So if you were to look up the minimum

Page 29

- JENNIFER BURDIS -

2   qualifications for the technical director role,
3   where -- where in GHire would that be located?
4    A.    It would be under the requirements in
5   GHire where there is a section to input minimum
6   qualifications.
7    Q.    Do you recall what those minimum
8   qualifications were with respect to the technical
9   director role?
10   A.    I don't.
11   Q.    Okay. So how did you determine
12  whether a candidate was a match for the technical
13  director role?
14       MR. GAGE: Objection.
15   A.    Maybe you could rephrase.
16   Q.    Sure. So when a candidate applied
17  for the technical director position, what factors
18  did you use to determine whether they would be
19  brought in for an interview?
20   A.    So there were a number of different
21  factors taken into account. Industry experience
22  would be one of them. The extent of a candidate's
23  experience and years of experience would play a
24  part in that decision. Relevant experience with
25  regard to the specific area of technology and also

Page 30

```
1              - JENNIFER BURDIS -
2    for the industry verticals we were hiring for,
3    relevant experience within that domain.
4         Q.    Anything else?
5         A.    Educational background is also
6    another factor, so we consider.
7         Q.    Okay.  So when you said that years of
8    experience played a part in your determination,
9    can you speak more about that?  What were the
10   years of experience that you considered?
11             MR. GAGE:  Objection.
12        A.    The -- the boundaries of years of
13   experience are not concrete, so that's difficult
14   to answer.
15        Q.    Okay, and so at the time that the
16   candidates came in for an interview, had you made
17   an assessment about their level?
18        A.    An initial one, yes.
19        Q.    So this was a preinterview initial
20   assessment?
21        A.    Yes.
22             MR. GAGE:  Objection.
23        Q.    Okay.  Was there any policy that laid
24   out how years of experience translated into level?
25             MR. GAGE:  Objection.
```

Page 31

```
1              - JENNIFER BURDIS -
2         A.    I believe there might be some
3    documentation around that, but I don't recall the
4    detail.
5         Q.    Okay, and could you deviate
6    from -- from that?
7              MR. GAGE:  Objection.
8         A.    Taking into account other factors
9    that we consider in the screening process, yes.
10        Q.    Okay, and so did you look at that
11   documentation that you mentioned at the time that
12   you were recruiting for the technical director
13   role related to years of experience?
14        A.    Yes.
15        Q.    And the years of experience, were
16   those bands of years or were they broken down year
17   by year?
18             MR. GAGE:  Objection.
19        A.    They were bands.
20        Q.    So do you recall with the technical
21   director position, what bands equated to which
22   level?
23        A.    I do not.
24        Q.    Okay.  So you stated that you made an
25   initial preinterview assessment of a candidate's
```

Page 32

```
1              - JENNIFER BURDIS -
2    level for the technical director role.  Did anyone
3    else make an assessment at that time?
4         A.    Yes.
5         Q.    Who?
6         A.    The sourcer, Krista Callahan.  The
7    sourcer; Krista, with a K, Callahan.
8         Q.    And what was Ms. Callahan's position?
9         A.    She was Ulku's sourcer, so she was
10   the first person that Ulku had contact with and
11   engaged with for the role.
12        Q.    And do you recall what she assessed
13   Ms. Rowe's level at?
14        A.    I recall Level 8.
15        Q.    Okay, and do you recall what that
16   assessment was based on?
17        A.    You would need to ask Krista that
18   question.
19        Q.    And would that assessment be
20   documented anywhere?
21        A.    Again, Krista may have documentation
22   that I'm unaware of.
23        Q.    Okay, and did you -- did you document
24   your assessment of Ms. Rowe's level anywhere?
25        A.    It may be on certain documents that
```

Page 33

```
1              - JENNIFER BURDIS -
2    we were considering Ulku at Level 8.  I don't
3    remember exactly which documents that information
4    would reside on.
5         Q.    Okay, and did you always document
6    your assessment, your preinterview assessment, for
7    a candidate's level?
8         A.    Yes.
9         Q.    And did you review any criteria in
10   making that assessment?
11        A.    Yes.
12        Q.    And what did you review?
13        A.    The minimum qualifications and the
14   factors that I previously listed when we consider
15   where a candidate might fit within the
16   organization level-wise.
17        Q.    Okay, and did you document this in
18   GHire?
19        A.    I don't recall --
20             MR. GAGE:  Objection.
21        A.    I don't recall if it's written in
22   GHire.
23        Q.    Do you recall whether it's written
24   anywhere else?
25             MR. GAGE:  Objection.
```

Page 42

- JENNIFER BURDIS -

1   decision-making and it wouldn't -- that wouldn't
2   sway things either way.
3
4        Q.    Okay.  So going down on the same
5   document to the first bullet point it says
6   "Consistent evaluation for all candidates," do you
7   see that?
8        A.    I do.
9        Q.    So it says that, "We assess
10  candidates against structured rubrics during the
11  interview process to ensure consistency and reduce
12  bias when evaluating candidates."  So was that
13  true at the time that you were recruiting for the
14  technical director's role?
15       A.    Just give me a second.
16             Yes.
17       Q.    Okay, and which rubrics did you use?
18       A.    I don't recall specific documents or
19  names of documents, but there will be a rubrics
20  that speaks to the Level 8 process and Level 9
21  process.
22       Q.    Okay.  So if you had assessed an
23  individual at a Level 8 prior to their interview,
24  that individual would be assessed according to the
25  Level 8 rubric?

Page 43

- JENNIFER BURDIS -

1
2        A.    With consideration --
3             MR. GAGE:  Objection.
4             Go ahead.
5        A.    With consideration of levels, given
6   that this specific job role was spanning two
7   levels, the process would include the first levels
8   throughout -- it would be inclusive of both Level
9   8s and Level 9s throughout.
10       Q.    So if you had made an initial
11  assessment that a candidate was a Level 8, could
12  or would -- would the interviewer still look at
13  the Level 9 rubric?
14       A.    Yes.
15       Q.    Okay, and were these same rubrics
16  used for all candidates in the technical director
17  position?
18       A.    Yes.
19       Q.    Okay, and so continuing where we left
20  off in the document, it says "While we do take
21  prior experience into consideration, we don't rely
22  on company names and job titles to understand a
23  candidate's capabilities."
24             Did you understand that to be true at
25  the time that you were recruiting for the

Page 44

- JENNIFER BURDIS -

1
2   technical director position?
3        A.    Yes.
4        Q.    Okay.  As far as you were aware, did
5   Google -- sorry.
6             Did Google have a policy that the
7   number of years of work experience dictated the
8   level that someone would come in at?
9        A.    I'm not aware of that policy.
10       Q.    So what was your understanding of how
11  the years of experience of a candidate were
12  considered under Google's leveling policy?
13             MR. GAGE:  Objection.
14       A.    They were only guidelines.  They were
15  guidelines.
16       Q.    So Google didn't have a policy that
17  someone with a certain number of years of
18  experience would automatically come in at a
19  certain level?
20       A.    No.
21       Q.    So for any role at Google, someone
22  with say 17 years of experience could come in as a
23  Level 9 if they were being hired for a Level 9
24  role?
25       A.    If they met --

Page 45

- JENNIFER BURDIS -

1
2             MR. GAGE:  Objection.
3        Q.    Sorry?
4        A.    If they met the criteria for the
5   role, then that is possible.
6        Q.    Okay, and could someone with 25 years
7   of experience come in at a Level 7 if they were
8   being hired for a Level 7 role?
9        A.    Yes.
10             MR. GAGE:  Objection.
11       Q.    Okay, and so did Google prescribe any
12  meaningful difference between someone with 15
13  years of experience versus someone with 17 years
14  of experience in terms of leveling?
15             MR. GAGE:  Objection.
16       A.    No.
17       Q.    Okay.  Did Google prescribe any
18  meaningful difference between someone with 19
19  years of experience versus someone with 20 years
20  of experience?
21             MR. GAGE:  Objection.
22       A.    No.
23       Q.    Okay.  How about between 19 years of
24  experience and 21 years of experience?
25             MR. GAGE:  Objection.

Page 46

- JENNIFER BURDIS -

1

2    A.    No.

3    Q.    And how about between 23 years of

4    experience versus 25 years of experience?

5         MR. GAGE:  Objection.

6    A.    No.

7    Q.    Did Google provide you with any

8    guidance on how number of years of experience

9    would be evaluated for purposes of leveling?

10        MR. GAGE:  Objection.

11   A.    Sorry, could you repeat that question

12   again?

13   Q.    Sure.  Did Google provide you with

14   any guidance about how number of years of work

15   experience would be evaluated for purposes of

16   leveling?

17        MR. GAGE:  Objection.

18   A.    I believe the documentation is purely

19   a guide and it's -- it's a guideline; it not

20   concrete.

21   Q.    And did Google provide you with any

22   guidance on how to consider years of experience

23   when individuals were being hired for the same

24   role?

25        MR. GAGE:  Objection.

Page 47

- JENNIFER BURDIS -

1

2    A.    Again, years of experience is one

3    factor.

4    Q.    Okay.  So going back to this

5    document, let me know when you have that opened.

6    A.    I do.

7    Q.    Okay.

8         MR. GAGE:  Are we still on Tab 164?

9         MS. GELFAND:  Yes.

10        MR. GAGE:  Okay.

11   Q.    The second bullet point says

12   "Independent Review" and you can read through that

13   if you need to refresh your recollection about

14   this policy, but my question for you is:  Was this

15   process in place at the time that you were

16   recruiting for the technical director role?

17   A.    I will just read it, if that's okay.

18   Q.    Sure.

19   A.    Okay.  So for Level 8 candidates,

20   Level 8-plus candidates, at the time I was hiring

21   for the office of the CTO we did not have a hiring

22   committee stage for these candidates.

23   Q.    Okay.  So -- so then can you walk me

24   through the process of hiring for the technical

25   director role without the hiring committee?

Page 48

- JENNIFER BURDIS -

1

2    A.    So in place of a hiring committee the

3    packet, the candidate packet, would be submitted

4    to the team you see here, CESO, for SVP review.

5    Concurrently to that, the packet would also be put

6    in front of Diane Greene to review.

7    Q.    Did Ms. Greene review all the packets

8    for the technical director candidates?

9         MR. GAGE:  Objection.

10   A.    I do not know if she reviewed them.

11   She had access to them.

12   Q.    Okay, and so this paragraph states

13   that, "A levelling rationale is typically crafted

14   by the recruiter and the hiring manager together."

15   Was the leveling rationale always included in the

16   packet?

17   A.    Yes.

18   Q.    And what information did you

19   understand to be included in the levelling

20   rationale?

21   A.    Typically the leveling rationale

22   would come from the hiring manager.  So in this

23   instance, it would be Will Grannis and he would

24   essentially write between one sentence and four to

25   five sentences on his opinion of where a candidate

Page 49

- JENNIFER BURDIS -

1

2    would sit level-wise.

3    Q.    Okay, and so you stated that Mr.

4    Grannis would make a preinterview assessment of a

5    candidate's level, correct?

6    A.    Correct.

7    Q.    And so was this rationale in addition

8    to that initial assessment?

9    A.    Correct.

10   Q.    Okay.  You can put that document

11   aside.

12        So did you have any role in the

13   interviewing portion of the hiring process for the

14   technical directors?

15   A.    Not outside of helping to coordinate

16   the logistics.

17   Q.    Did you put together a panel of

18   interviewers?

19   A.    Yes.

20   Q.    Did anyone else, in addition to you,

21   select the interviewers?

22   A.    Yes.

23        MR. GAGE:  Objection.

24   Q.    And who was that?

25   A.    Will Grannis.

Page 50

- JENNIFER BURDIS -

2   Q.    And what was the choice of
3   interviewers based on?
4         MR. GAGE:  Objection.
5   A.    I don't fully understand the
6   questions to answer.
7   Q.    So how did you and Mr. Grannis decide
8   who would be on the panel of interviewers for the
9   technical director's role?
10        MR. GAGE:  Objection.
11  A.    You would need to ask --
12        MR. GAGE:  She said -- yeah, I don't
13  think she said she did it.
14  A.    -- Will.
15  Q.    And do you know if the same panel of
16  interviewers were used for all candidates for that
17  role?
18  A.    The panels were not identical.  There
19  was a lot of crossover, but due to the logistics
20  side and scheduling constraints we had a pool of
21  interviewers that we selected from.
22  Q.    Okay, and do you know what the choice
23  of interviewers was based on?
24        MR. GAGE:  Objection.
25  A.    You would need to ask Will.

Page 51

- JENNIFER BURDIS -

2   Q.    Was Mr. Grannis on the panel for
3   these candidates?
4   A.    He met with every candidate.
5   Q.    Do you know if Mr. -- if Brian
6   Stevens met with every candidate?
7         MR. GAGE:  Objection.
8   A.    No.
9   Q.    Who came up with the questions that
10  would be asked on these interviews?
11  A.    Will Grannis.
12  Q.    And were assessment-based interview
13  questions used for all of the candidates?
14  A.    I don't fully understand the
15  question, "assessment-based interview questions."
16  Q.    Sure.  You know, maybe I will -- I'm
17  going to be adding a document to the Box, so you
18  can look at that.  We just need one second.
19        Okay, you should see it now in the
20  Box.  It's going to be Tab 189 and we're going to
21  mark -- this has been previously marked as Exhibit
22  79.  Let me know if you have that open.
23  A.    I do.
24  Q.    Do you recognize this document?
25  A.    No.

Page 52

- JENNIFER BURDIS -

2   Q.    Is that no?  Sorry, you cut out.
3   A.    No, I do not recognize it.
4   Q.    Have you ever seen anything like
5   this?
6         MR. GAGE:  Objection.
7   A.    No.
8   Q.    Okay.  So you're not aware if any
9   L 8-plus assessment-based interview questions were
10  used for the technical director role?
11        MR. GAGE:  Objection.
12  A.    I am not aware.
13  Q.    Are you aware -- did the questions
14  differ at all based on whether someone was being
15  considered as a Level 8 or a Level 9?
16  A.    Not to my knowledge.
17  Q.    Okay.  So speaking specifically about
18  the technical director's position, was the
19  decision to make an offer to a candidate made
20  after all of the interviewers' interviews were
21  complete?
22  A.    Correct.
23  Q.    And who made the decision to extend
24  an offer?
25  A.    We receive -- the recruiter receives

Page 53

- JENNIFER BURDIS -

2   notification of SVP approval and at that point
3   you -- the recruiter can extend an offer.
4   Q.    So aside what was in GHire for the
5   technical director position, did any interviewers
6   tell you what their decision to hire someone was
7   based on?
8   A.    Everything will be in GHire.
9   Q.    And did Will Grannis make a
10  recommendation to the hiring committee?
11        MR. GAGE:  Objection.
12  A.    There was no hiring committee.
13  Q.    And so you would assess Mr. Grannis'
14  recommendation as well as the interviewers to
15  determine whether to extend an offer?
16        MR. GAGE:  Objection.
17  A.    My extending the offer was purely
18  based on SVP approval.
19  Q.    And the SVP would review the package
20  that you prepared?
21  A.    Correct.
22        MR. GAGE:  Objection.
23  Q.    So who made the decision about what
24  level a candidate for technical director would be
25  hired at?

Page 54

- JENNIFER BURDIS -

1
2       A.      Many people through the process.
3       Q.      And who are those?
4       A.      The final decision would be the SVP
5    to review and approve, but the checkpoints of
6    deciding where a candidate would reside level-wise
7    through the process would include the recruitment
8    team, the interview panel, the hiring manager, and
9    the two SVP reviewers.
10      Q.      And who was the SVP in this -- in
11   this, for the technical director position?
12              MR. GAGE:  Objection.
13      A.      Diane Greene had access to Ulku's
14   packet or Holtz and Sridhar.  The two additional
15   SVPs were Urs, U-R-S, Holtz and Sridhar.  I can't
16   recall his last name enough to be accurate.
17   Sridhar, S-R-I-D-H-A-R.  Sridhar.
18      Q.      So who made the final decision with
19   respect to Ms. Rowe's level?
20              MR. GAGE:  Objection.
21      A.      The SVP I just listed.
22      Q.      And was that doc -- was that decision
23   documented anywhere?
24      A.      Yes, in GHire.
25      Q.      And did Mr. Grannis make a final

Page 55

- JENNIFER BURDIS -

1
2    recommendation for what level --
3              MR. GAGE:  Objection.
4       Q.      -- for what level Ms. Rowe would be
5    hired in at?
6       A.      Yes.
7       Q.      Did he tell you what he based his
8    decision on?
9       A.      He based his decision on the
10   assessment throughout the process of Ulku Rowe's
11   level.
12      Q.      And did he document that anywhere?
13      A.      His recommendation is documented in
14   the offer packet.
15      Q.      Did you play any role in deciding
16   what level a technical director would be hired at?
17      A.      No.
18              MR. GAGE:  Objection.
19      Q.      Okay, and outside of what Mr. Grannis
20   documented in the offer packet, did he communicate
21   with you what his leveling recommendation was
22   based on?
23              MR. GAGE:  Objection.
24      A.      I don't recall specific
25   conversations, but I had a weekly meeting with

Page 56

- JENNIFER BURDIS -

1
2    Will where we discussed all candidates in process
3    and that conversation may have taken place
4    verbally.
5       Q.      Okay.  I would like us to go back to
6    the Box.  I'm adding another document.  Give me
7    one second.
8               Okay.  You should see in the
9    Box, Tab 160 and this -- this document has been
10   previously marked as Exhibit 62.  Let me know when
11   you have that open.
12      A.      I have that open.
13              MR. GAGE:  You said 1-6-0, Shira?
14              MS. GELFAND:  Tab 1-6-0.
15              MR. GAGE:  Yup, okay.
16              MS. GELFAND:  Okay.
17      Q.      Do you recognize this document?
18      A.      There's not -- I may have seen it in
19   the past, but I don't recall.
20      Q.      Is this part of Google's leveling
21   policy?
22      A.      I would assume so based on the title.
23      Q.      Okay.  So the document says, "What
24   the leveling rationale by staffers includes and
25   using the template below, you'll include the

Page 57

- JENNIFER BURDIS -

1
2    following in every packet."  So Number 1 says,
3    "The reason the interview rubric level was
4    chosen."  Do you see that?
5       A.      I do.
6       Q.      Did you include this in every packet?
7       A.      I would like to know if this document
8    was released at the same time as the concerned
9    policy in August, 2019 because that was a long
10   time after Ulku's process.
11      Q.      So this policy may not have been in
12   place at that time?
13              MR. GAGE:  Objection.
14      A.      Potentially.
15      Q.      Okay.  So my question is for you
16   whether you included the preinterview rubric level
17   in every packet at that time.
18              MR. GAGE:  Objection.
19      A.      I don't fully understand the
20   question.  Sorry.
21      Q.      So my, you know, my understanding is
22   that this policy may not have been in place at the
23   time that you were recruiting for the technical
24   director role.  So my question for you is whether
25   or not this policy was in place, whether in every



Page 86

1              - JENNIFER BURDIS -

8                    MR. GAGE:  Objection.

15        Q.    And did MS. GELFAND provide any sort
16   of feedback about Mr. Harteau's candidacy?
17        A.    I do not recall.
18        Q.    And who was her -- who was Ms.
19   Greene's recruiter that sent you that
20   notification?
21        A.    Her name was Roopa, R-O-O-P-A.  I
22   would need to look up the spelling of her last
23   name.  I don't remember the spelling.  I don't
24   recall her last name, no.
25        Q.    Did you have any discussions with

Page 87

1              - JENNIFER BURDIS -
2    Diane Greene about Mr. Harteau?
3         A.    No.
4         Q.    Did MS. GELFAND provide any sort of
5    leveling recommendation for Mr. Harteau?
6                    MR. GAGE:  Objection.
7         A.    Not to my knowledge.
8         Q.    So that notification from Diane
9    Greene's recruiter, what would have been included
10   in that?
11                   MR. GAGE:  Objection, asked and
12   answered.
13        A.    Approval for additional SVP review.
14        Q.    Okay.  Did you have any conversations
15   with Diane Greene at any point about the technical
16   director or the technical director's role?
17        A.    No.
18        Q.    Okay.  Were you the recruiter for
19   Evren Eryurek?
20        A.    I was not, no.
21        Q.    Were you at all involved in his
22   hiring?
23        A.    No.
24        Q.    So you don't know the basis for the
25   decision to hire him as a Level 9?

Page 88

1              - JENNIFER BURDIS -
2         A.    I do not know.
3         Q.    And you were the recruiter for Ben
4    Wilson?
5         A.    I was.
6         Q.    And so what was the basis for the
7    decision to hire Mr. Wilson as a Level 9?
8         A.    The same assessment criteria will
9    have been used for Ben's initial screening process
10   like all candidates through the process.  Ben was
11   an industry vertical ex -- expert in the
12   technology space and a C-level executive.
13        Q.    So your recommendation was -- sorry,
14   one second.
15              Did you document those -- that
16   criteria anywhere?
17        A.    I don't remember if I documented
18   anywhere, but if I did it would be in GHire.
19        Q.    And did you have any conversations
20   with anyone about this criteria?
21                   MR. GAGE:  Objection.
22        A.    It's possible that Will and I spoke
23   during our weekly meeting about them.
24        Q.    Do you recall any specific
25   conversations with Mr. Grannis about Mr. Wilson?

Page 89

1              - JENNIFER BURDIS -
2         A.    I do not.
3         Q.    Okay.  So what was the business
4    necessity served in tying then the vertical
5    industry expertise to the determination of his
6    level?
7                    MR. GAGE:  Objection.
8         A.    If I think I understand the question
9    correctly, there were no concrete guidelines
10   around time spent in roles.
11        Q.    Do you know whether Mr. Grannis
12   analyzed the business necessity for these -- for
13   this leveling decision?
14                   MR. GAGE:  Objection.
15        A.    You would need to ask Will.
16        Q.    Okay.  So you don't know?
17        A.    No.
18        Q.    Okay.  Do you know what factors
19   Google considered in setting Mr. Wilson's base
20   compensation?
21                   MR. GAGE:  Objection.
22        A.    You would need to ask Chris Humez,
23   the compensation analyst.
24        Q.    So you don't know?
25        A.    I do not know.