# Exhibit 46

# Google

DRAFT

Position Description:  **Financial Services Industry Leader, Google Cloud** - Mountain View
Q1/Q2 2020

---

**COMPANY OVERVIEW:**

Google is not a conventional company, and we don't intend to become one.

True, we share attributes with the world's most successful organizations – a focus on innovation and smart business practices comes to mind – but even as we continue to grow, we're committed to retaining a small-company feel. At Google, we know that every employee has something important to say, and that every employee is integral to our success. We provide individually-tailored compensation packages that can be comprised of competitive salary, bonus, and equity components, along with the opportunity to earn further financial bonuses and rewards. Googlers thrive in small, focused teams and high-energy environments, believe in the ability of technology to change the world, and are as passionate about their lives as they are about their work. For more information, visit www.google.com/careers.

**THE AREA: GOOGLE CLOUD**

Google Cloud is the fastest growing product area in Google with an annual revenue run rate of $8B and continuing to accelerate. Under Thomas Kurian's leadership, Google Cloud is proving itself to be the enterprise business partner our customers and clients expect.  More and more of the world's biggest and best businesses are trusting Google to help them realize the value of cloud computing.  2020 portends to be the best year yet for Cloud, and our leadership continues to invest in talent and technology to meet and exceed customers expectations.

**THE ROLE: FINANCIAL SERVICES INDUSTRY LEADER**

The Financial Services Industry (FSI) Leader is a highly visible senior leadership role in the fastest growing product area at Google.

Drawing upon previous, demonstrable success leading sizable technology sales teams that serve the financial services industry,

CONFIDENTIAL

GOOG-ROWE-00060560

the FSI Leader will drive his/her team to meet and exceed challenging growth targets.  Displaying an obvious "customer first" orientation, the successful candidate fully understands the value of Google's solutions in the enterprise space, and the leader will bring to bear a strong operational approach to recruiting, coaching, and managing their team.

The leader will also possess a natural player-coach mindset; they will be equally comfortable and effective interfacing with C-level executives or working in the details of a large deal.

The successful candidate thirsts for ownership, responsibility, and the opportunity to leverage entrepreneurial talents, and they will run the business autonomously while leveraging the connections to the broader organization.

The Financial Services Leader will:
- Manage a team of Field Sales Executives and Sales Managers to meet quarterly and annual bookings objectives for the region by targeting financial services companies, including those in the Fortune 1000, with a constant march up-market.
- Recruit top talent and coach the team with a focus on providing actionable, forthright feedback.  The intent is to produce the next generation of leadership for Google Cloud Customer.
- Create and drive innovative programs focused on achieving growth at Google scale. Meet with customers/prospects and participate directly in the key deals and accounts within the region.
- Continue to inject operational rigor into the organization; opportunities and growth can be "manufactured" with the correct processes and supporting activities, e.g. regular team forecast reviews, knowing when to involve other groups (pre-sales, Channels, marketing, support, Google Ads Sales teams, etc.)

**Qualifications:**
- 15 years of experience in the financial services industry (or FSI related) firms.
- 10-years of executive experience.

CONFIDENTIAL

- Proven success managing a sales/business development organization to meet and exceed revenue goals.
- Experience with information technology and computer systems that support enterprise goals (including exposure to Cloud technologies and machine learning)
- Established, actionable executive/C-suite relationships and a sterling reputation within the financial services sector.

**LOCATION:**      Flexible

**COMPETENCIES:**      Success in the role will require a well-rounded executive, the following competencies are particularly important:

- <u>Delivers</u>: Makes tough calls, holds people accountable, takes responsibility for outcomes, mobilizes the organization to deliver excellence now and in the future, and perseveres to get things done despite obstacles. Always strives for high achievement.
- <u>Strategic Mindset</u>: Understands the complex relationship between the organization and its environment (e.g. competitive weaknesses and developments in technologies), identifies connections, adopt different perspectives and quickly responds to changing circumstances in a strategic way to actively shape the future.
- <u>Thrives in Ambiguity</u>: Assists team members, fosters a sense of community, and builds team cohesion. Is courageous, humble, and transparent.  Comfortable and calm when confronted with nebulous business challenges.

CONFIDENTIAL

GOOG-ROWE-00060562