# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ULKU ROWE, <br><br> Plaintiff, <br> v. <br><br> GOOGLE LLC. <br><br> Defendant. | No. 19-cv-08655 (LGS) |

**DECLARATION OF CARA GREENE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT**

I, Cara E. Greene, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. Pursuant to Federal Rule of Evidence 1006, following is a summary of compensation and performance review information for certain Technical Directors. This information is derived from the following documents: GOOG-ROWE-00078058, P0001700, GOOG-ROWE-00053780.R, GOOG-ROWE-00053790.R, GOOG-ROWE-00053774.R, GOOG-ROWE-00055387, GOOG-ROWE-00067247, GOOG-ROWE-00055387, GOOG-ROWE-00068458, GOOG-ROWE-00068460, GOOG-ROWE-00068462, GOOG-ROWE-00068464, GOOG-ROWE-00068466, GOOG-ROWE-00060591.

Compensation Information

2. **Ulku Rowe**, Level 8 Principal Technical Solutions Consultant

| | Job Code | Base Salary | Bonus Payment | Equity Grant Refresh |
|---|---|---|---|---|
| **2017** | 5560 | $290,000 | $116,000 | $60,000 |
| **2018** | 5560 | $295,000 | $125,000 | $318,000 |
| **2019** | 5560 | $310,000 | $125,000 | $318,000 |
| **2020** | 5560 | $324,000 | $122,000 | $331000 (Grant 1) <br> $100,000 (Grant 2) |
| **2021** | 5560 | $333,000 | | |

3.   **Nicholas Harteau**, Level 9 Distinguished Technical Solutions Consultant

|      | Job Code | Base Salary | Bonus Payment | Equity Grant Refresh |
|------|----------|-------------|---------------|----------------------|
| 2017 | 5578     | ▮           | ▮             |                      |
| 2018 | 5578     | ▮           | ▮             | ▮                    |
| 2019 | 5578     | ▮           | ▮             | ▮                    |
| 2020 | 8317     | ▮           |               |                      |

4.   **Evren Eryurek**, Level 9 Distinguished Technical Solutions Consultant

|      | Job Code | Base Salary | Bonus Payment | Equity Grant Refresh |
|------|----------|-------------|---------------|----------------------|
| 2017 | 5578     | ▮           | ▮             | ▮                    |
| 2018 | 5578     | ▮           | ▮             | ▮                    |
| 2019 | 5007     | ▮           | ▮             | ▮                    |
| 2020 | 5007     | ▮           | ▮             | ▮▮                   |
| 2021 | 5007     | ▮           |               |                      |

5.   **Ben Wilson**, Level 9 Distinguished Technical Solutions Consultant

|      | Job Code | Base Salary | Bonus Payment | Equity Grant Refresh |
|------|----------|-------------|---------------|----------------------|
| 2017 | 5578     | ▮           | ▮             |                      |
| 2018 | 5578     | ▮           | ▮             | ▮                    |
| 2019 | 5578     | ▮           | ▮             | ▮                    |
| 2020 | 5578     | ▮           | ▮             | ▮                    |
| 2021 | 5578     | ▮           |               |                      |

6.   **Jonathan Donaldson**, Level 9 Distinguished Technical Solutions Consultant

|      | Job Code | Base Salary | Bonus Payment | Equity Grant Refresh |
|------|----------|-------------|---------------|----------------------|
| 2017 | 5578     | ▮           | ▮             |                      |
| 2018 | 5578     | ▮           | ▮             | ▮                    |
| 2019 | 5578     | ▮           | ▮             | ▮                    |
| 2020 | 5578     | ▮           | ▮             | ▮                    |
| 2021 | 5566     | ▮           |               |                      |

7. **Paul Strong** Level 9 Distinguished Technical Solutions Consultant

|      | Job Code | Base Salary | Bonus Payment | Equity Grant Refresh |
|------|----------|-------------|---------------|----------------------|
| 2017 | 5578     | ■           | ■             | ■                    |
| 2018 | 5578     | ■           | ■             | ■                    |
| 2019 | 5578     | ■           | ■             | ■                    |
| 2020 | 5578     | ■           | ■             | ■                    |
| 2021 | 5578     | ■           |               |                      |

8. **Stuart Breslow** Level 9 Director, Solutions Consultant

|      | Job Code | Base Salary | Bonus Payment | Equity Grant Refresh |
|------|----------|-------------|---------------|----------------------|
| 2018 | 5552     | ■           | ■             | ■                    |
| 2019 | 5552     | ■           | ■             | ■                    |
| 2020 | 5552     | ■           |               |                      |

Performance Review Ratings

9. **Ulku Rowe** – Performance Ratings

|      | Q1 | Q3 |
|------|----|----|
| 2017 | Not Applicable | Exceeds Expectations |
| 2018 | Exceeds Expectations | Exceeds Expectations |
| 2019 | Exceeds Expectations | Exceeds Expectations |
| 2020 | Exceeds Expectations | Exceeds Expectations |

10. **Nicholas Harteau** - Performance Ratings

|      | Q1 | Q3 |
|------|----|----|
| 2017 | Not Applicable | Not Applicable |
| 2018 | Consistently Meets Expectations | Consistently Meets Expectations |
| 2019 | Exceeds Expectations | Exceeds Expectations |

11. **Evren Eryurek** - Performance Ratings

|      | Q1 | Q3 |
|------|----|----|
| 2017 | Consistently Meets Expectations | Exceeds Expectations |
| 2018 | Exceeds Expectations | Exceeds Expectations |
| 2019 | Consistently Meets Expectations | Consistently Meets Expectations |
| 2020 | Not Applicable | Exceeds Expectations |

12. **Ben Wilson**- Performance Ratings

|      | Q1 | Q3 |
|------|----|----|
| 2017 | Not Applicable | Consistently Meets Expectations |
| 2018 | Exceeds Expectations | Consistently Meets Expectations |
| 2019 | Consistently Meets Expectations | Consistently Meets Expectations |
| 2020 | Not Applicable | Consistently Meets Expectations |

13. **Jonathan Donaldson** – Performance Ratings

|      | Q1 | Q3 |
|------|----|----|
| 2017 | Not Applicable | Consistently Meets Expectations |
| 2018 | Exceeds Expectations | Exceeds Expectations |
| 2019 | Exceeds Expectations | Consistently Meets Expectations |
| 2020 | Not Applicable | Consistently Meets Expectations |

14. **Paul Strong**- Performance Ratings

|      | Q1 | Q3 |
|------|----|----|
| 2017 | Consistently Meets Expectations | Exceeds Expectations |
| 2018 | Exceeds Expectations | Exceeds Expectations |
| 2019 | Exceeds Expectations | Consistently Meets Expectations |
| 2020 | Not Applicable | Consistently Meets Expectations |

15. **Scott Penberthy**- Performance Ratings

|      | Q1 | Q3 |
|------|----|----|
| 2017 | Consistently Meets Expectations | Exceeds Expectations |
| 2018 | Exceeds Expectations | Exceeds Expectations |
| 2019 | Exceeds Expectations | Exceeds Expectations |
| 2020 | Not Applicable | Exceeds Expectations |

16. **Massimo Mascaro**- Performance Ratings

|      | Q1 | Q3 |
|------|----|----|
| 2018 | Consistently Meets Expectations | Strongly Exceeds Expectations |
| 2019 | Strongly Exceeds Expectations | Strongly Exceeds Expectations |
| 2020 | Not Applicable | Strongly Exceeds Expectations |

17. **Kawaljit Gandhi** - Performance Ratings

|      | Q1 | Q3 |
|------|---|---|
| 2017 | Exceeds Expectations | Consistently Meets Expectations |
| 2018 | Exceeds Expectations | Exceeds Expectations |
| 2019 | Strongly Exceeds Expectations | Strongly Exceeds Expectations |
| 2020 | Not Applicable | Strongly Exceeds Expectations |

18. Google hired 17 individuals into the Technical Director position between March 2016 and March 2018. Plaintiff was the only woman Google hired for the role.

19. According to information contained in the L8-L9 Employee Snapshots, among 541 Engineering Directors (Technical Directors, SWE Directors, AE Directors, and PM Directors at Levels 8 and 9) Google employed between 2017 and 2019, only 45 are women.

20. I am a Partner in good standing at Outten & Golden LLP. I am admitted to practice in the State of New York and before this Court. I make these statements based on personal knowledge in support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment and in support of Plaintiff's Cross-Motion for Summary Judgment.

Dated: December 6, 2021
New York, New York

/s/ Cara E. Greene
Cara E. Greene

**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060