# EXHIBIT F

# Exhibit 4

Page 102

- KEVIN LUCAS -

A. Got you.

Q. And do you see five names here, Ben Wilson, Evren Ery -- I can't say his last name -- Eryurek, Jonathan Nelson, Nicholas Harteau, and Paul Strong? Do you see that?

A. Yes.

Q. Were those all in OCTO?

MR. GAGE: Objection. At what point in time are you talking about?

MS. GREENE: This is as of November 20th, 2017.

A. So I know Ben Wilson was; I am familiar with him. The other names look somewhat familiar so I -- I would, yes, they were probably in OCTO.

Q. Other than these individuals at Level 9, were there other technical solutions consultants at Level 9 within Cloud not listed here?

MR. GAGE: Objection.

A. I wouldn't be able to definitively say without looking at the document myself.

Q. If you go down to Page 7, beginning with Line 284, do you know whether any of those

Page 103

- KEVIN LUCAS -

principal technical solutions consultants at Level 8 are outside of OCTO?

MR. GAGE: Objection.

A. I would have to look up each individual one. A couple of names sound familiar, but I would have to look it all up.

Q. Have you seen this list before?

A. No.

Q. And so if I were to tell you that at any point over -- you know, this is different snapshots for three different years. If that each of those snapshots it showed only technical solutions consultants within OCTO, is it your testimony that there were technical solutions consultants at Levels 8 and 9 within Google Cloud outside of OCTO?

MR. GAGE: Objection.

A. Again I --

MR. GAGE: Are you talking about a specific point in time, are you talking about today?

MS. GREENE: The years that these documents reflect. These documents are again snapshots from three different periods of

Page 104

- KEVIN LUCAS -

time.

MR. GAGE: Right, but I don't know that the witness knows that so that's the basis of my objection is you're not be specific about when you're asking him.

Q. 2017, 2018, and 2019, were there technical solutions consultants in Google Cloud outside of OCTO?

A. Technical solu -- any level on the job family, yes.

Q. Level 8 or 9.

A. I can't confirm Level 8 or 9 outside of OCTO without doing some research, because that job family is used in other parts of Cloud.

So in our go-to-market organization, that is the job family that is used for customer solutions engineer for which I think, I'm almost positive, at that point in time there were -- there was at least one director. Whether it's Level 8 or 9, I'm not sure.

Q. So with respect to clust -- customer solutions engineer, is it your testimony that they also used the technical solutions consultant ladder?

Page 105

- KEVIN LUCAS -

A. Yes, that is my understanding and I think they still do.

Q. And that's an Eng role?

A. No, it is not.

Q. Are there other roles that use the technical solutions consultant ladder?

A. I am not aware of other roles within Cloud, other than the ones that I've mentioned, that use the TSC job family. There are several roles outside of Cloud that use that family.

Q. Focusing on director level roles --

A. Okay.

Q. -- what are the substantive differences between a director in a technical solutions consultant role and a product management role?

A. Oh, they're -- they're rather different roles.

A product manager -- a product management director is defining the strategy of the product in the multi-tier road map and partnering with engineering to actually build according to that road map and deliver that

Page 122

- KEVIN LUCAS -

specific number, but I would say it's very, very few.

Typically once you move -- or at Level 8 and above. The fast vast majority of people in those roles are people managers unless your role is maybe a bit nuanced or specialized or divergent in -- in some way. So, for example, I've worked with director-level chief of staff who was an individual contributor.

Q. And what significance does being an individual contributor versus being a person manager have for an individual; how is that -- how is that designation used in the decision-making process at Google?

MR. GAGE: Objection.

A. Can I ask you to clarify what decision-making process?

Q. I'm trying to understand everything that may be implicated by someone having the designation of individual contributor versus manager.

A. Oh, okay.

MR. GAGE: Objection.

Go ahead.

Page 123

- KEVIN LUCAS -

A. Apologies, I'm trying to think through like the -- the fundamental differences there.

I'm saying it's not diff -- IC versus people manager isn't necessarily an -- an individual decision; it's a structural decision or a functional decision, right. So it's -- I think we could be hard-pressed to find a Level 8 director saying I want to be an individual contributor and that making sense enough to actually doing that.

That said, there are the nuances that I mentioned before like a chief of staff or highly specialized or nuance role whatever it may be. I would say what significance it has, I can't say too much because when I think about it from a performance or promotion perspective you're still evaluated on the expectations of your -- your role and ladder regardless of people manager versus ICs.

I'm not aware of any compensation differences between people manager versus ICs. It's -- it's -- there's a slight difference in terms of training, whereby we offer people

Page 124

- KEVIN LUCAS -

managers people management training from which I'm not sure if people place much significance on that aspect of it. Yeah, I -- I don't see that it's -- there's a lot of significance in it.

Q. With respect to the distinguished technical solutions consultant role --

A. Okay.

Q. -- are you aware of a minimum number of years of experience needed for that role?

A. I -- I would have to consult the guidelines. I would speculate that you said it distinguishes L 8, if I remember correctly. I would speculate it's probably somewhere between upper teens, maybe twenty.

Q. What about with respect to the L 9 role?

A. I would say -- and a qualifier to that is relevant years of experience. For the L 9, I would probably say just kind of a handful more than -- than whatever that memo is.

Q. Do you know this to be the case or is this your assumption based on what you know about Google generally?

Page 125

- KEVIN LUCAS -

A. Well, it's --

MR. GAGE: Objection.

Go ahead.

A. Without -- without looking -- I said it is speculative without looking at the -- the specific leveling guidelines; but in observation of directors we have brought into the organization, that's what leads me to that number.

Q. When we looked at the leveling guidelines earlier we didn't see a minimum number of years, correct?

MR. GAGE: Objection.

You can look back at the document if you'd like, but -- do you know which document that was that you're referring to, Cara?

MS. GREENE: Yeah, give me one moment.

THE WITNESS: I think it was 10 -- no.

Q. Did you find it for the technical solutions consultant?

A. I haven't yet. I'm clicking through each tab.

Q. All right, I've got it. Give me one

Page 126

- KEVIN LUCAS -
moment.
    A.   I think I -- no, that wasn't the one.
    Q.   Try Tab 26.
         MR. GAGE:  And is that the document
    you were referring to in your question?
         MS. GREENE:  It was.
    A.   You're correct, and it is not
mentioned in this document; but this document is
behavorial descriptors across levels, so similar
to the SWE ladder whereby we articulate
complexity, scope, things like that across level.
    Q.   Are you aware of any other document
that includes leveling guidelines for technical
solutions consultant?
    A.   Not specific to technical solutions
consultant.  I'm trying to find the --
    Q.   Are you aware of anything that
outlines any sort of years requirement with
respecting -- with respect to the leveling of
technical solutions consultant?
    A.   Nothing unique to TSCs.  I apologize,
that's why I'm looking a little confused, because
I can't remember seeing anything that is job
family-specific leveling guidelines.

Page 127

- KEVIN LUCAS -
    Q.   With respect to years of experience,
are you aware of anything generally that sets
forth level for -- years of experience with
respect to leveling for people at the L 8 or L 9
levels?
    A.   That's -- that's what I was just
trying to think through and -- let me think a
little more.
         I can't remember anything.  It's so
frustrating.
    Q.   It's okay.  If you don't remember or
you don't know, that's a fine answer as well.  Is
your answer you don't remember sitting here right
now?
    A.   I don't remember.
    Q.   Okay.  With respect --
         MR. GAGE:  Can we take break at some
    point, convenient break?
         THE WITNESS:  Thank you.  Forgive me,
    sorry, I can't really follow.
         MS. GREENE:  Sure, I see you drinking
    the Coke there.  It's fine.
         THE WITNESS:  I know.
         MS. GREENE:  We can go off the record

Page 128

- KEVIN LUCAS -
right now.
         THE WITNESS:  Is that -- is that a
    good break for you?
         MS. GREENE:  Sure.
         THE WITNESS:  Does that work?
         MS. GREENE:  Uh-huh.
         THE VIDEOGRAPHER:  Okay.  We're going
    off the record, the time is 3:54 New York
    time.
         (Whereupon, there was a brief recess
    in the proceedings.)
         THE VIDEOGRAPHER:  The time is 4:02
    p.m. New York time, we're back on the record.
    Q.   Okay.  I want you to take a look at
what's been marked as Exhibit 11.  This is the
spreadsheet and so you may by going to the
upper -- there might be a Box in the upper
right-hand corner that allows you to choose what
format you open up in.
    A.   Okay.  Unfortunately it says "Box for
office online has locked," so I can only look at
it in basically a PDF view.  Let me actually go
back and try to right click and open differently.
         It does not allow me to open it

Page 129

- KEVIN LUCAS -
differently.  It's -- there's a -- when I right
click, it says I can request unlock.
    Q.   Yeah.  We had requested unlock for
you to be open it in Excel.
    A.   I can try here and see if I can.
    Q.   I'm not going to ask you anything too
detailed about this.
    A.   Okay.
    Q.   The first question, if you're able to
zoom in at all, is whether you even recognize what
this document is?
    A.   I don't recognize this document,
but it appears as though the content is the
descriptors of how we would assess a candidate
across four different attributes.
         MR. GAGE:  And I just -- can I just
    note, I have a icon that says "The file is
    being edited with Box for office online."
    What does that mean?
         MS. GREENE:  It may mean that because
    you opened it and we gave access --
         MR. GAGE:  Okay.
         MS. GREENE:  -- you -- you're able to
    edit it, but --

Page 138

- KEVIN LUCAS -

Q. So level is one thing that's considered in setting someone's salary?

A. Yes.

Q. Are there salary guidelines that apply with respect to level?

A. Yes, with respect to each of those three things mentioned, role, level, and location. So the -- Google is a little bit different in that we don't have salary ranges for specific role, level, and locations.

[redacted]

Q. So if you knew someone's role, level, and location, how would you go about figuring out what their salary should be?

A. Meaning myself or if I was just an Googler?

Q. How does Google go about determining what someone's salary should be once someone's role, level, and location is known?

Page 139

- KEVIN LUCAS -

A. [redacted]

Q. No, please finish.

A. [redacted]

Page 140

- KEVIN LUCAS -

[redacted] So you can only access it for the short period of time by short-planning compensation.

Q. So individuals who are coming in into the same role in the same level in the same market, would they be paid the same salary?

A. It is possible, but in any sort of external offer, right, you can negotiate your salary.

And I think in practice we try not to negotiate salary that much because you can imagine if you start negotiating salary, and in

Page 141

- KEVIN LUCAS -

pretty meaningful ways, you -- [redacted]

Q. So what are the factors that are entered into, what are the data points that are entered in to calculate what the starting point for the compensation discussion should be?

And I'm specifically looking at hiring right now.

A. Sure.

Q. We'll come back to comp discussions in the course of the, you know, performance



```
                                       Page 142
 1                    - KEVIN LUCAS -
 2    year --
 3         A.    Sure.
 4         Q.    -- but right now I'm looking at
 5    hiring.
 6         A.    Sure, sure.  So for new hire comp, as
 7    I understand it, they enter the job code and the
 8    location, because the job code already has level
 9    factored into it because you have a different job
10    code for each level.  So the job code and location
11    drives that outcome.
12         Q.    And once you've entered that in, what
13    is relayed back out for new hires?
14         A.    Yep.  So it then becomes a, quote,
15    approved offer.  So that output is then pushed
16    through GHire back to the recruiter to say here's
17    your approved offer that you can extend, for which
18    recruiters have a -- a relatively narrow range for
19    which they can negotiate based on how the
20    candidate responds to it, but it's relatively
21    narrow.
22               If anything, if they need to -- to
23    consider going outside of that range it actually
24    has to go back to model again and to potentially
25    additional layers of approval, but that doesn't
```

```
                                       Page 143
 1                    - KEVIN LUCAS -
 2    not happen too often, at least in observation.
 3         Q.    And what are the components of the
 4    output in an approved offer?
 5         A.    Salary, bonus, and equity.  Although,
 6    bonus isn't a dollar that we necessarily
 7    communicate.  It's a percentage that's
 8    automatically tied to the level, so that doesn't
 9    -- so new hire offers, there are three components
10    comm -- communicated back to the recruiter for
11    which they can extend the offer to the candidate.
12    It is salary, bonus, and equity.
13               The bonus is a fixed target
14    percentage that we communicate so we don't
15    actually communicate the dollar value to the
16    bonus, and then salary is -- is slightly
17    negotiable as is equity some degree.  In some
18    cases, we will consider sign-on bonuses if that is
19    a lever that we need to pull.
20         Q.    ████████████████████████████████
21    ██████████████
22    ████████████████████████████████████████████████
23    ████████████████████████████████████████████████
24    ██████████████████████████
25    ████████████████████████████████████
```

```
                                       Page 144
 1                    - KEVIN LUCAS -
 2         Q.    So I guess my -- a different question
 3    is:  Given that Google's job titles and job code
 4    are unique to Google --
 5         A.    Yup.
 6         Q.    -- what external positions are they
 7    measured against?
 8         A.    Yup. ████████████████████
```



```
15         Q.    And so --
16         A.    So --
17         Q.    Go ahead.
18         A.    ████████████████████████████████
```

```
                                       Page 145
 1                    - KEVIN LUCAS -
 2    ████████████████████████████████████████████████
```

Page 174
- KEVIN LUCAS -
look different?
  A. Day-to-day responsibilities for software engineering don't change a whole lot from Level 8s to 9. It is similar to our conversation we previously had, whereby either the scope and visibility and impact of their role shifts in some ways.
  So they are probably more aligned to a higher priority product, perhaps a more kind of innovative product if you will. They may start leading a larger organization whereby more, quote/unquote, products roll up to them.
  So it's more about kind of scope and product prior -- priority than shifting day-to-day responsibilities from an L 8 to L 9 software engineer.
  Q. What are the skills necessary for an L 8 software engineer?
  A. Coding ability is probably the -- the fore -- the forerunner there for which they still have to go through coding interviews when code is submitted in their interview packets, et cetera, so that is probably the largest one.
  There's going to be elements,

Page 175
- KEVIN LUCAS -
depending on which track you're on, of leading a team or organization. You're probably gonna to see elements of strategic thinking to execution because you have to be able to work with product managers on -- on kind of building up that product road map, but you also have to -- with production managers on building the product road map and then working with frontline engineers to actually code the products themselves.
  So it's a pretty interesting blend of technical depth and kind of product leadership.
  Q. And --
     MS. GREENE: Hope, can you read back the last question. Just the question, not the answer.
     (The question requested was read back by the reporter.)
  Q. And what different skills are is required of a Level 9 --
     MR. GAGE: Objection.
  Q. -- a Level 9 software engineer?
  A. If I -- I would probably say it's just greater depth or ability of what I just mentioned. So similar buckets, just more of if

Page 176
- KEVIN LUCAS -
that makes sense.
  Q. And with respect to the director of product management, what are the day-to-day responsibilities for a director of product management Level 8 look like?
  A. Level 8, yeah. There are going to be probably a few different elements there.
  There's going to be part of their time that's spent on strategic direction of the product and the ability defining where we want to take this product on a multi-year road map and starting to form a point of view on how we deliver that -- that road map over the next, let's say, six months to a few years.
  There's an element around kind of data analysis and customer feedback, so adjusting how customers are using the product or service and -- and responding to that feedback in either reactive ways to support the need we didn't meet or perhaps proactively thinking about features that we can build into the product or service that may unlock value to their business that they may not necessarily see.
  L 8 product managers are -- are

Page 177
- KEVIN LUCAS -
people leaders, so there's not a kind of individual or technical track in the manager track; it's all one. So they're likely lead a -- probably a small to medium-sized team of product managers on respective product or groups of related products.
  And then similar to software engineering, there's a portion of their time that's spent in kind of meeting, corroborating with Eng, talking about feasibility and product road maps, and how we actually think about building these -- these over time.
  Similar to software engineering, the difference between L 9 -- L 8 and L 9 is largely scrope, scrope -- scope, product complexity, or product portfolios that we will likely grow them into additional prod -- roles that have responsibility for additional products and/or ask them to build out more nascent products. So it's going to be the innovation side of it.
  Q. And I apologize if you already answered this: Is -- product management, is that considered an Eng role as you consider it?
  A. So Eng is most often referred to as