# **EXHIBIT G**

# Exhibit 10

Page 14

1  JENNIFER BURDIS
2  privacy training to recruitment trainings on our
3  systems and processes to candidate management
4  training and company trainings that would include
5  you know all encompassing recruitment processes
6  including level what to look for in candidates'
7  background skill sets things like that.
8  Q. Did you receive any training related
9  to compensation or setting compensation?
10  A. Yes.
11  Q. Did you receive any training related
12  to anti bias?
13  A. Yes.
14  Q. And did you receive any training
15  related to discrimination?
16  A. Yes.
17  Q. Okay. Did you receive trainings
18  related to particular systems used at Google?
19  A. Yes.
20  Q. Okay. Did you receive trainings in
21  GHire?
22  A. Yes.
23  Q. And how about Thrive?
24  A. No I did not have training in
25  Thrive.

Page 15

1  JENNIFER BURDIS
2  Q. So at what point did you begin
3  supporting the Office of the CTO or OCTO?
4  A. I believe it was at some point during
5  the beginning of 2016.
6  Q. Okay. So let's focus on when you
7  were supporting OCTO and specifically about the
8  technical director office of the CTO position and
9  I'm going to call it technical directors going
10  forward. Is that okay?
11  A. Yes.
12  Just you're slightly muffled in
13  the audio. I think it's because we're trying to
14  I can hear you but I'm just having to listen
15  carefully so that might
16  MR. GAGE: I think it may by at your
17  end Shira too because I hear you but
18  you're a little distant.
19  MS. GELFAND: Okay that's fine. Let
20  me know if this is better. Is this better?
21  MR. GAGE: It's better. As you lean
22  a little forward like you're right now I can
23  hear you clearly.
24  MS. GELFAND: Okay I will project.
25  MR. GAGE: Now that works.

Page 16

1  JENNIFER BURDIS
2  MS. GELFAND: Okay.
3  Q. So what was your role as the
4  recruiter for the technical director role in OCTO?
5  A. I was the lead recruiter on the
6  hiring project.
7  Q. And when did you become aware that
8  OCTO was looking to hire for the technical
9  director role?
10  A. In 2016. I can't recall the month.
11  Q. And was Will Grannis the hiring
12  manager for that role?
13  A. Yes.
14  Q. And did you did you meet with Mr.
15  Grannis to discuss recruitment for the technical
16  director position?
17  A. Yes.
18  Q. Okay. Can you tell me everything you
19  recall discussing with Mr. Grannis the scope of
20  the technical director position?
21  A. So I can't recall the conversation
22  verbatim but I do recall meeting with Will and
23  discussing him structuring a job description which
24  would be for hiring a reasonably large volume of
25  technical director level candidates into Google on

Page 17

1  JENNIFER BURDIS
2  the individual contributor ladder at L 8 and L 9.
3  Q. Okay and can you tell me everything
4  that you recall Mr. Grannis saying about the
5  leveling of the role?
6  MR. GAGE: Objection.
7  A. I don't recall specifics.
8  Q. Okay and did you work with Mr.
9  Grannis to come up with the external job posting
10  for the technical director role?
11  A. I did.
12  Q. Okay and what was your role in
13  drafting that job posting?
14  A. To make sure it was compliant
15  inclusive and formatted correctly for sharing
16  online and and sharing externally with
17  non Googlers.
18  Q. What do you a mean by "compliant" and
19  "inclusive"?
20  A. To make sure our minimum
21  qualifications and preferred qualifications were
22  in line with our company policy.
23  Q. Okay. Okay. Is there anything else
24  that you recall discussing with Mr. Grannis in
25  terms of what the role would entail?

```
                                          Page 26
 1              JENNIFER BURDIS
 2        MR. GAGE:  Objection.
 3     A.    I do not know.
 4     Q.    And so were there minimum
 5  qualifications that candidates had to meet for
 6  this technical director role?
 7     A.    Yes.
 8     Q.    And what were those minimum
 9  qualifications?
10     A.    They're listed on the job
11  description.  I would have to refresh by reading
12  it  but the minimum qualifications are documented
13  on the job description.
14     Q.    Okay  and where are they documented
15  on the job description?
16     A.    On the second page of Exhibit 61  I
17  believe.
18     Q.    So would that be under "Skills and
19  Experience Requirements"?
20     A.    Correct.
21     Q.    Okay  and could Google choose to
22  waive those minimum qualifications?
23        MR. GAGE:  Objection.  I don't know
24     if I heard the question right.  Did you say
25     could or did?
```

```
                                          Page 27
 1              JENNIFER BURDIS
 2        MS. GELFAND:  "Could" they.
 3        MR. GAGE:  Oh could.  Could okay.
 4     Objection.
 5     A.    I'm not sure how to answer that.
 6     Q.    Okay.  So let's walk through these
 7  minimum qualifications.  So the first one says
 8  that  "The ideal candidate will have extensive
 9  experience co creating Cloud roadmaps with
10  customers and/or vendors of the CIO  CTO  SVP of
11  engineering levels."
12        MR. GAGE:  Objection.
13     Q.    Would this be a minimum qualification
14  for the technical director role?
15     A.    No.
16     Q.    Okay.  Would that be a preferred
17  qualification?
18        MR. GAGE:  Objection.
19     A.    I don't know how to answer that
20  question.
21     Q.    Okay  and if you could take a look at
22  that time second bullet point  is that a minimum
23  qualification for the technical director role?
24        MR. GAGE:  Objection.
25     A.    I'm finding this section of questions
```

```
                                          Page 28
 1              JENNIFER BURDIS
 2  a little confusing  so...
 3     Q.    Okay.  So you had mentioned that this
 4  document contains the minimum qualifications for
 5  the role in the "Skills and Experience
 6  Requirements" section
 7     A.    Okay.
 8     Q.     so I'm asking:  Where in here does
 9  it document the minimum qualifications?
10     A.    Well  now I
11        MR. GAGE:  Objection.  Go ahead.
12     A.    Now that I'm looking at the job
13  description  I realize that the headline where the
14  bullets that's your reading out reside are
15  actually under the "Skills and Experience
16  Requirements" and there's no mention of minimum
17  qualifications in that section of the job
18  description.
19     Q.    Okay.  So are the minimum
20  qualifications for this job description listed
21  elsewhere?
22     A.    They would likely be in GHire.
23     Q.    So how did you determine   I'm
24  sorry  one moment.
25        So if you were to look up the minimum
```

```
                                          Page 29
 1              JENNIFER BURDIS
 2  qualifications for the technical director role
 3  where   where in GHire would that be located?
 4     A.    It would be under the requirements in
 5  GHire where there is a section to input minimum
 6  qualifications.
 7     Q.    Do you recall what those minimum
 8  qualifications were with respect to the technical
 9  director role?
10     A.    I don't.
11     Q.    Okay.  So how did you determine
12  whether a candidate was a match for the technical
13  director role?
14        MR. GAGE:  Objection.
15     A.    Maybe you could rephrase.
16     Q.    Sure.  So when a candidate applied
17  for the technical director position  what factors
18  did you use to determine whether they would be
19  brought in for an interview?
20     A.    So there were a number of different
21  factors taken into account.  Industry experience
22  would be one of them.  The extent of a candidate's
23  experience and years of experience would play a
24  part in that decision.  Relevant experience with
25  regard to the specific area of technology and also
```

Page 30

1       JENNIFER BURDIS
2  for the industry verticals we were hiring for
3  relevant experience within that domain.
4       Q.   Anything else?
5       A.   Educational background is also
6  another factor, so we consider.
7       Q.   Okay. So when you said that years of
8  experience played a part in your determination,
9  can you speak more about that? What were the
10 years of experience that you considered?
11           MR. GAGE: Objection.
12      A.   The -- the boundaries of years of
13 experience are not concrete, so that's difficult
14 to answer.
15      Q.   Okay, and so at the time that the
16 candidates came in for an interview, had you made
17 an assessment about their level?
18      A.   An initial one, yes.
19      Q.   So this was a preinterview initial
20 assessment?
21      A.   Yes.
22           MR. GAGE: Objection.
23      Q.   Okay. Was there any policy that laid
24 out how years of experience translated into level?
25           MR. GAGE: Objection.

Page 31

1       JENNIFER BURDIS
2       A.   I believe there might be some
3  documentation around that, but I don't recall the
4  detail.
5       Q.   Okay, and could you deviate
6  from -- from that?
7            MR. GAGE: Objection.
8       A.   Taking into account other factors
9  that we consider in the screening process, yes.
10      Q.   Okay, and so did you look at that
11 documentation that you mentioned at the time that
12 you were recruiting for the technical director
13 role related to years of experience?
14      A.   Yes.
15      Q.   And the years of experience, were
16 those bands of years or were they broken down year
17 by year?
18           MR. GAGE: Objection.
19      A.   They were bands.
20      Q.   So do you recall with the technical
21 director position, what bands equated to which
22 level?
23      A.   I do not.
24      Q.   Okay. So you stated that you made an
25 initial preinterview assessment of a candidate's

Page 32

1       JENNIFER BURDIS
2  level for the technical director role. Did anyone
3  else make an assessment at that time?
4       A.   Yes.
5       Q.   Who?
6       A.   The sourcer, Krista Callahan. The
7  sourcer; Krista with a K, Callahan.
8       Q.   And what was Ms. Callahan's position?
9       A.   She was Ulku's sourcer, so she was
10 the first person that Ulku had contact with and
11 engaged with for the role.
12      Q.   And do you recall what she assessed
13 Ms. Rowe's level at?
14      A.   I recall Level 8.
15      Q.   Okay, and do you recall what that
16 assessment was based on?
17      A.   You would need to ask Krista that
18 question.
19      Q.   And would that assessment be
20 documented anywhere?
21      A.   Again, Krista may have documentation
22 that I'm unaware of.
23      Q.   Okay, and did you -- did you document
24 your assessment of Ms. Rowe's level anywhere?
25      A.   It may be on certain documents that

Page 33

1       JENNIFER BURDIS
2  we were considering Ulku at Level 8. I don't
3  remember exactly which documents that information
4  would reside on.
5       Q.   Okay, and did you always document
6  your assessment, your preinterview assessment, for
7  a candidate's level?
8       A.   Yes.
9       Q.   And did you review any criteria in
10 making that assessment?
11      A.   Yes.
12      Q.   And what did you review?
13      A.   The minimum qualifications and the
14 factors that I previously listed when we consider
15 where a candidate might fit within the
16 organization level wise.
17      Q.   Okay, and did you document this in
18 GHire?
19      A.   I don't recall.
20           MR. GAGE: Objection.
21      A.   I don't recall if it's written in
22 GHire.
23      Q.   Do you recall whether it's written
24 anywhere else?
25           MR. GAGE: Objection.

Page 42

1  JENNIFER BURDIS
2  decision making and it wouldn't   that wouldn't
3  sway things either way.
4      Q.    Okay.  So going down on the same
5  document to the first bullet point it says
6  "Consistent evaluation for all candidates " do you
7  see that?
8      A.    I do.
9      Q.    So it says that  "We assess
10 candidates against structured rubrics during the
11 interview process to ensure consistency and reduce
12 bias when evaluating candidates."  So was that
13 true at the time that you were recruiting for the
14 technical director's role?
15     A.    Just give me a second.
16           Yes.
17     Q.    Okay  and which rubrics did you use?
18     A.    I don't recall specific documents or
19 names of documents  but there will be a rubrics
20 that speaks to the Level 8 process and Level 9
21 process.
22     Q.    Okay.  So if you had assessed an
23 individual at a Level 8 prior to their interview
24 that individual would be assessed according to the
25 Level 8 rubric?

Page 43

1  JENNIFER BURDIS
2      A.    With consideration
3            MR. GAGE:  Objection.
4            Go ahead.
5      A.    With consideration of levels  given
6  that this specific job role was spanning two
7  levels  the process would include the first levels
8  throughout   it would be inclusive of both Level
9  8s and Level 9s throughout.
10     Q.    So if you had made an initial
11 assessment that a candidate was a Level 8  could
12 or would   would the interviewer still look at
13 the Level 9 rubric?
14     A.    Yes.
15     Q.    Okay  and were these same rubrics
16 used for all candidates in the technical director
17 position?
18     A.    Yes.
19     Q.    Okay  and so continuing where we left
20 off in the document  it says "While we do take
21 prior experience into consideration  we don't rely
22 on company names and job titles to understand a
23 candidate's capabilities."
24           Did you understand that to be true at
25 the time that you were recruiting for the

Page 44

1  JENNIFER BURDIS
2  technical director position?
3      A.    Yes.
4      Q.    Okay.  As far as you were aware  did
5  Google   sorry.
6            Did Google have a policy that the
7  number of years of work experience dictated the
8  level that someone would come in at?
9      A.    I'm not aware of that policy.
10     Q.    So what was your understanding of how
11 the years of experience of a candidate were
12 considered under Google's leveling policy?
13           MR. GAGE:  Objection.
14     A.    They were only guidelines.  They were
15 guidelines.
16     Q.    So Google didn't have a policy that
17 someone with a certain number of years of
18 experience would automatically come in at a
19 certain level?
20     A.    No.
21     Q.    So for any role at Google  someone
22 with say 17 years of experience could come in as a
23 Level 9 if they were being hired for a Level 9
24 role?
25     A.    If they met

Page 45

1  JENNIFER BURDIS
2            MR. GAGE:  Objection.
3      Q.    Sorry?
4      A.    If they met the criteria for the
5  role  then that is possible.
6      Q.    Okay  and could someone with 25 years
7  of experience come in at a Level 7 if they were
8  being hired for a Level 7 role?
9      A.    Yes.
10           MR. GAGE:  Objection.
11     Q.    Okay  and so did Google prescribe any
12 meaningful difference between someone with 15
13 years of experience versus someone with 17 years
14 of experience in terms of leveling?
15           MR. GAGE:  Objection.
16     A.    No.
17     Q.    Okay.  Did Google prescribe any
18 meaningful difference between someone with 19
19 years of experience versus someone with 20 years
20 of experience?
21           MR. GAGE:  Objection.
22     A.    No.
23     Q.    Okay.  How about between 19 years of
24 experience and 21 years of experience?
25           MR. GAGE:  Objection.

Page 46

1      JENNIFER BURDIS
2      A.   No.
3      Q.   And how about between 23 years of
4  experience versus 25 years of experience?
5           MR. GAGE:  Objection.
6      A.   No.
7      Q.   Did Google provide you with any
8  guidance on how number of years of experience
9  would be evaluated for purposes of leveling?
10          MR. GAGE:  Objection.
11     A.   Sorry could you repeat that question
12 again?
13     Q.   Sure.  Did Google provide you with
14 any guidance about how number of years of work
15 experience would be evaluated for purposes of
16 leveling?
17          MR. GAGE:  Objection.
18     A.   I believe the documentation is purely
19 a guide and it's  it's a guideline; it not
20 concrete.
21     Q.   And did Google provide you with any
22 guidance on how to consider years of experience
23 when individuals were being hired for the same
24 role?
25          MR. GAGE:  Objection.

Page 47

1      JENNIFER BURDIS
2      A.   Again years of experience is one
3  factor.
4      Q.   Okay.  So going back to this
5  document let me know when you have that opened.
6      A.   I do.
7      Q.   Okay.
8           MR. GAGE:  Are we still on Tab 164?
9           MS. GELFAND:  Yes.
10          MR. GAGE:  Okay.
11     Q.   The second bullet point says
12 "Independent Review" and you can read through that
13 if you need to refresh your recollection about
14 this policy but my question for you is:  Was this
15 process in place at the time that you were
16 recruiting for the technical director role?
17     A.   I will just read it if that's okay.
18     Q.   Sure.
19     A.   Okay.  So for Level 8 candidates
20 Level 8 plus candidates at the time I was hiring
21 for the office of the CTO we did not have a hiring
22 committee stage for these candidates.
23     Q.   Okay.  So  so then can you walk me
24 through the process of hiring for the technical
25 director role without the hiring committee?

Page 48

1      JENNIFER BURDIS
2      A.   So in place of a hiring committee the
3  packet the candidate packet would be submitted
4  to the team you see here CESO for SVP review.
5  Concurrently to that the packet would also be put
6  in front of Diane Greene to review.
7      Q.   Did Ms. Greene review all the packets
8  for the technical director candidates?
9           MR. GAGE:  Objection.
10     A.   I do not know if she reviewed them.
11 She had access to them.
12     Q.   Okay and so this paragraph states
13 that "A levelling rationale is typically crafted
14 by the recruiter and the hiring manager together."
15 Was the leveling rationale always included in the
16 packet?
17     A.   Yes.
18     Q.   And what information did you
19 understand to be included in the levelling
20 rationale?
21     A.   Typically the leveling rationale
22 would come from the hiring manager.  So in this
23 instance it would be Will Grannis and he would
24 essentially write between one sentence and four to
25 five sentences on his opinion of where a candidate

Page 49

1      JENNIFER BURDIS
2  would sit level wise.
3      Q.   Okay and so you stated that Mr.
4  Grannis would make a preinterview assessment of a
5  candidate's level correct?
6      A.   Correct.
7      Q.   And so was this rationale in addition
8  to that initial assessment?
9      A.   Correct.
10     Q.   Okay.  You can put that document
11 aside.
12          So did you have any role in the
13 interviewing portion of the hiring process for the
14 technical directors?
15     A.   Not outside of helping to coordinate
16 the logistics.
17     Q.   Did you put together a panel of
18 interviewers?
19     A.   Yes.
20     Q.   Did anyone else in addition to you
21 select the interviewers?
22     A.   Yes.
23          MR. GAGE:  Objection.
24     Q.   And who was that?
25     A.   Will Grannis.

|  | Page 50 |
|---|---|
| 1 | JENNIFER BURDIS |
| 2 | Q.    And what was the choice of |
| 3 | interviewers based on? |
| 4 |      MR. GAGE:  Objection. |
| 5 | A.    I don't fully understand the |
| 6 | questions to answer. |
| 7 | Q.    So how did you and Mr. Grannis decide |
| 8 | who would be on the panel of interviewers for the |
| 9 | technical director's role? |
| 10 |      MR. GAGE:  Objection. |
| 11 | A.    You would need to ask |
| 12 |      MR. GAGE:  She said  yeah  I don't |
| 13 | think she said she did it. |
| 14 | A.    Will. |
| 15 | Q.    And do you know if the same panel of |
| 16 | interviewers were used for all candidates for that |
| 17 | role? |
| 18 | A.    The panels were not identical.  There |
| 19 | was a lot of crossover  but due to the logistics |
| 20 | side and scheduling constraints we had a pool of |
| 21 | interviewers that we selected from. |
| 22 | Q.    Okay  and do you know what the choice |
| 23 | of interviewers was based on? |
| 24 |      MR. GAGE:  Objection. |
| 25 | A.    You would need to ask Will. |

|  | Page 51 |
|---|---|
| 1 | JENNIFER BURDIS |
| 2 | Q.    Was Mr. Grannis on the panel for |
| 3 | these candidates? |
| 4 | A.    He met with every candidate. |
| 5 | Q.    Do you know if Mr.   if Brian |
| 6 | Stevens met with every candidate? |
| 7 |      MR. GAGE:  Objection. |
| 8 | A.    No. |
| 9 | Q.    Who came up with the questions that |
| 10 | would be asked on these interviews? |
| 11 | A.    Will Grannis. |
| 12 | Q.    And were assessment based interview |
| 13 | questions used for all of the candidates? |
| 14 | A.    I don't fully understand the |
| 15 | question  "assessment based interview questions." |
| 16 | Q.    Sure.  You know  maybe I will    I'm |
| 17 | going to be adding a document to the Box  so you |
| 18 | can look at that.  We just need one second. |
| 19 |       Okay  you should see it now in the |
| 20 | Box.  It's going to be Tab 189 and we're going to |
| 21 | mark   this has been previously marked as Exhibit |
| 22 | 79.  Let me know if you have that open. |
| 23 | A.    I do. |
| 24 | Q.    Do you recognize this document? |
| 25 | A.    No. |

|  | Page 52 |
|---|---|
| 1 | JENNIFER BURDIS |
| 2 | Q.    Is that no?  Sorry  you cut out. |
| 3 | A.    No  I do not recognize it. |
| 4 | Q.    Have you ever seen anything like |
| 5 | this? |
| 6 |      MR. GAGE:  Objection. |
| 7 | A.    No. |
| 8 | Q.    Okay.  So you're not aware if any |
| 9 | L 8 plus assessment based interview questions were |
| 10 | used for the technical director role? |
| 11 |      MR. GAGE:  Objection. |
| 12 | A.    I am not aware. |
| 13 | Q.    Are you aware    did the questions |
| 14 | differ at all based on whether someone was being |
| 15 | considered as a Level 8 or a Level 9? |
| 16 | A.    Not to my knowledge. |
| 17 | Q.    Okay.  So speaking specifically about |
| 18 | the technical director's position  was the |
| 19 | decision to make an offer to a candidate made |
| 20 | after all of the interviewers' interviews were |
| 21 | complete? |
| 22 | A.    Correct. |
| 23 | Q.    And who made the decision to extend |
| 24 | an offer? |
| 25 | A.    We receive   the recruiter receives |

|  | Page 53 |
|---|---|
| 1 | JENNIFER BURDIS |
| 2 | notification of SVP approval and at that point |
| 3 | you   the recruiter can extend an offer. |
| 4 | Q.    So aside what was in GHire for the |
| 5 | technical director position  did any interviewers |
| 6 | tell you what their decision to hire someone was |
| 7 | based on? |
| 8 | A.    Everything will be in GHire. |
| 9 | Q.    And did Will Grannis make a |
| 10 | recommendation to the hiring committee? |
| 11 |      MR. GAGE:  Objection. |
| 12 | A.    There was no hiring committee. |
| 13 | Q.    And so you would assess Mr. Grannis' |
| 14 | recommendation as well as the interviewers to |
| 15 | determine whether to extend an offer? |
| 16 |      MR. GAGE:  Objection. |
| 17 | A.    My extending the offer was purely |
| 18 | based on SVP approval. |
| 19 | Q.    And the SVP would review the package |
| 20 | that you prepared? |
| 21 | A.    Correct. |
| 22 |      MR. GAGE:  Objection. |
| 23 | Q.    So who made the decision about what |
| 24 | level a candidate for technical director would be |
| 25 | hired at? |

```
                              Page 54                                           Page 56
 1           JENNIFER BURDIS                    1           JENNIFER BURDIS
 2     A.    Many people through the process.   2    Will where we discussed all candidates in process
 3     Q.    And who are those?                 3    and that conversation may have taken place
 4     A.    The final decision would be the SVP 4   verbally.
 5  to review and approve  but the checkpoints of 5       Q.    Okay.  I would like us to go back to
 6  deciding where a candidate would reside level wise 6 the Box.  I'm adding another document.  Give me
 7  through the process would include the recruitment 7 one second.
 8  team  the interview panel  the hiring manager  and 8       Okay.  You should see in the
 9  the two SVP reviewers.                      9    Box  Tab 160 and this   this document has been
10     Q.    And who was the SVP in this    in 10    previously marked as Exhibit 62.  Let me know when
11  this  for the technical director position? 11    you have that open.
12           MR. GAGE:  Objection.             12        A.    I have that open.
13     A.    Diane Greene had access to Ulku's 13              MR. GAGE:  You said 1 6 0   Shira?
14  packet or Holtz and Sridhar.  The two additional 14            MS. GELFAND:  Tab 1 6 0.
15  SVPs were Urs  U R S  Holtz and Sridhar.  I can't 15            MR. GAGE:  Yup  okay.
16  recall his last name enough to be accurate. 16             MS. GELFAND:  Okay.
17  Sridhar  S R I D H A R.  Sridhar.          17        Q.    Do you recognize this document?
18     Q.    So who made the final decision with 18       A.    There's not    I may have seen it in
19  respect to Ms. Rowe's level?               19    the past  but I don't recall.
20           MR. GAGE:  Objection.             20        Q.    Is this part of Google's leveling
21     A.    The SVP I just listed.            21    policy?
22     Q.    And was that doc    was that decision 22      A.    I would assume so based on the title.
23  documented anywhere?                       23        Q.    Okay.  So the document says  "What
24     A.    Yes  in GHire.                    24    the leveling rationale by staffers includes and
25     Q.    And did Mr. Grannis make a final  25    using the template below  you'll include the

                              Page 55                                           Page 57
 1           JENNIFER BURDIS                    1           JENNIFER BURDIS
 2  recommendation for what level              2    following in every packet."  So Number 1 says
 3           MR. GAGE:  Objection.             3    "The reason the interview rubric level was
 4     Q.    for what level Ms. Rowe would be  4    chosen."  Do you see that?
 5  hired in at?                               5        A.    I do.
 6     A.    Yes.                              6        Q.    Did you include this in every packet?
 7     Q.    Did he tell you what he based his 7        A.    I would like to know if this document
 8  decision on?                               8    was released at the same time as the concerned
 9     A.    He based his decision on the      9    policy in August  2019 because that was a long
10  assessment throughout the process of Ulku Rowe's 10 time after Ulku's process.
11  level.                                    11        Q.    So this policy may not have been in
12     Q.    And did he document that anywhere? 12   place at that time?
13     A.    His recommendation is documented in 13             MR. GAGE:  Objection.
14  the offer packet.                         14        A.    Potentially.
15     Q.    Did you play any role in deciding 15       Q.    Okay.  So my question is for you
16  what level a technical director would be hired at? 16 whether you included the preinterview rubric level
17     A.    No.                               17   in every packet at that time.
18           MR. GAGE:  Objection.             18             MR. GAGE:  Objection.
19     Q.    Okay  and outside of what Mr. Grannis 19       A.    I don't fully understand the
20  documented in the offer packet  did he communicate 20  question.  Sorry.
21  with you what his leveling recommendation was 21        Q.    So my  you know  my understanding is
22  based on?                                 22    that this policy may not have been in place at the
23           MR. GAGE:  Objection.             23   time that you were recruiting for the technical
24     A.    I don't recall specific          24    director role.  So my question for you is whether
25  conversations  but I had a weekly meeting with 25 or not this policy was in place  whether in every
```

|  | Page 86 |  | Page 88 |
|---|---|---|---|

```
                Page 86                                        Page 88
 1          JENNIFER BURDIS                  1          JENNIFER BURDIS
 2      A.   I don't recall the specifics but  2      A.   I do not know.
 3  based on the offer packet offer and the offer  3      Q.   And you were the recruiter for Ben
 4  letter offer being different there was likely  4  Wilson?
 5  some negotiation conversations that took place.  5      A.   I was.
 6      Q.   So do you know what factors Google  6      Q.   And so what was the basis for the
 7  considered in setting his base salary at     ?  7  decision to hire Mr. Wilson as a Level 9?
 8          MR. GAGE:  Objection.             8      A.   The same assessment criteria will
 9      A.   That would be a question for Chris  9  have been used for Ben's initial screening process
10  Humez.                                   10  like all candidates through the process.  Ben was
11      Q.   Okay.  Do you know whether Diane 11  an industry vertical ex   expert in the
12  Greene approved Mr. Harteau's offer?     12  technology space and a C level executive.
13      A.   I received notification from Diane's 13      Q.   So your recommendation was    sorry
14  recruiter that I could proceed with an offer.  14  one second.
15      Q.   And did MS. GELFAND provide any sort  15          Did you document those   that
16  of feedback about Mr. Harteau's candidacy?  16  criteria anywhere?
17      A.   I do not recall.                17      A.   I don't remember if I documented
18      Q.   And who was her   who was Ms.   18  anywhere but if I did it would be in GHire.
19  Greene's recruiter that sent you that    19      Q.   And did you have any conversations
20  notification?                            20  with anyone about this criteria?
21      A.   Her name was Roopa  R O O P A.  I 21          MR. GAGE:  Objection.
22  would need to look up the spelling of her last  22      A.   It's possible that Will and I spoke
23  name.  I don't remember the spelling.  I don't  23  during our weekly meeting about them.
24  recall her last name  no.                24      Q.   Do you recall any specific
25      Q.   Did you have any discussions with  25  conversations with Mr. Grannis about Mr. Wilson?

                Page 87                                        Page 89
 1          JENNIFER BURDIS                  1          JENNIFER BURDIS
 2  Diane Greene about Mr. Harteau?           2      A.   I do not.
 3      A.   No.                              3      Q.   Okay.  So what was the business
 4      Q.   Did MS. GELFAND provide any sort of  4  necessity served in tying then the vertical
 5  leveling recommendation for Mr. Harteau?  5  industry expertise to the determination of his
 6          MR. GAGE:  Objection.             6  level?
 7      A.   Not to my knowledge.             7          MR. GAGE:  Objection.
 8      Q.   So that notification from Diane  8      A.   If I think I understand the question
 9  Greene's recruiter  what would have been included  9  correctly  there were no concrete guidelines
10  in that?                                 10  around time spent in roles.
11          MR. GAGE:  Objection  asked and  11      Q.   Do you know whether Mr. Grannis
12      answered.                            12  analyzed the business necessity for these   for
13      A.   Approval for additional SVP review.  13  this leveling decision?
14      Q.   Okay.  Did you have any conversations  14          MR. GAGE:  Objection.
15  with Diane Greene at any point about the technical  15      A.   You would need to ask Will.
16  director or the technical director's role?  16      Q.   Okay.  So you don't know?
17      A.   No.                             17      A.   No.
18      Q.   Okay.  Were you the recruiter for  18      Q.   Okay.  Do you know what factors
19  Evren Eryurek?                           19  Google considered in setting Mr. Wilson's base
20      A.   I was not  no.                  20  compensation?
21      Q.   Were you at all involved in his  21          MR. GAGE:  Objection.
22  hiring?                                  22      A.   You would need to ask Chris Humez
23      A.   No.                             23  the compensation analyst.
24      Q.   So you don't know the basis for the  24      Q.   So you don't know?
25  decision to hire him as a Level 9?       25      A.   I do not know.
```