# EXHIBIT I

# Exhibit 25

**From:** Stuart Breslow <breslows@google.com>
**To:** Tariq Shaukat <tshaukat@google.com>
**Sent:** Tue, 30 Oct 2018 10:52:38 -0400
**Subject:** Re: PgM JD-Please read but no action required

Tariq,
Thanks, no need to chase down the leveling--I have that in hand. Likely will want to run the ultimate candidate by you as he/she will be someone who will from time to time interact/present to you.
Stuart



**Stuart Breslow**
breslows@google.com  o. 212 565 6431
c. 201 906 3303
Managing Director Technology and Policy

On Tue, Oct 30, 2018 at 10:22 AM Tariq Shaukat <tshaukat@google.com> wrote:

> Ok. I will check on the ap piece - I could have sworn it was 17. We need great people, so if he does well in the interviews maybe I should meet him and can make the call on leveling.
> T

On Tue, Oct 30, 2018, 06:30 Stuart Breslow <breslows@google.com> wrote:

> Tariq,
> Thanks. People Ops has worn me down on this and convinced me that they have historically brought McKinsey APs in as at L6, that the comp will be competitive+ and that there is no way the various hiring committees would approve this role as an L7 (and that even an L6 is a stretch). I've connected Julie and ▉ the McKinsey AP, for a conversation to see how that plays. In the end, I think ▉ is terrific and would be a home run for Google but there are lots of other great people out there too so I am not totally wedded to him. I expect there will be other times when I'll really have to push so I'll let this one play out.
> Best,
> Stuart



**Stuart Breslow**
breslows@google.com  o. 212 565 6431
c. 201 906 3303
Managing Director Technology and Policy

CONFIDENTIAL

GOOG-ROWE-00059824

On Mon, Oct 29, 2018 at 7:07 PM Tariq Shaukat <tshaukat@google.com> wrote:

> So it goes like this typically:
> 1) what level is the role scoped for
> 2) is the person qualified for that role

So, as long as we agree that the role is scoped for L7, and we interview him and a panel says he is qualified for the role, we should be ok. So I'd probably just put out the job description calibrated by Kevin L as an L7, and then bring him in for interviews.

Tariq

On Mon, Oct 29, 2018 at 6:53 AM Stuart Breslow <breslows@google.com> wrote:

> He hasn't interviewed; I'm trying to figure out as a Noogler if this is a runner (or a non-starter) before setting the interview process in motion. It's been a challenge to sort that relatively simple question which is concerning. I have a call with Julie later this morning and will engage you thereafter as appropriate.
> Any perspective/feedback on the ▮▮▮▮ proposal on AML?
> I am scheduling a call with Suzi on collateral--she's got it on for Wednesday, I am going to see if she connect today.
>
> 
>
> **Stuart Breslow**
> breslows@google.com  o. 212 565 6431
> c. 201 906 3303
> Managing Director Technology and Policy

On Sun, Oct 28, 2018 at 12:29 PM Tariq Shaukat <tshaukat@google.com> wrote:

> Has he interviewed yet?

On Sat, Oct 27, 2018 at 3:23 PM Stuart Breslow <breslows@google.com> wrote:

> Let me know what you think the right way to play this is. At every turn I've had People Ops telling me that I don't know how this is done at Google....I think ▮▮▮ is a terrific candidate who will really drive these projects forward and will face off well with senior Googlers including you.



**Stuart Breslow**
breslows@google.com o. 212 565 6431
c. 201 906 3303
Managing Director Technology and Policy

On Sat, Oct 27, 2018 at 1:59 PM Tariq Shaukat <tshaukat@google.com> wrote:

> I think Julie is looking at this wrong - we normally do level mapping vs. years of experience mapping when we're looking at this sort of thing - typically a principal comes in at a 8, a director at a 9, and an AP at a 7. I'm happy to weigh in if helpful here.
> Tariq

On Sat, Oct 27, 2018 at 6:42 AM Stuart Breslow <breslows@google.com> wrote:

> Tariq,
> I am forwarding a part of the mail back and forth I have been having with People Ops about the position I am trying to fill to work with me to drive the initiatives we've discussed. (BTW, Julie Samuel has been terrific and patient-the challenge for me has been systemic). I have been speaking with is a 28 year old McKinsey AP-his acceleration to AP means he only has 7 or so years of experience so he can only be a level 5 which puts him at a comp level 2/3's of his current comp. If I identify a lesser performing AP who has taken longer to get there I can presumably pay he/she more. I find it ironic that a company founded by University "kids" uses years of experience as a compensation gate.
> Nothing for you to do; there will be future hires that will need a strong push to get through the hiring process. Just thought this was a place to share a Noogler's perspective.
> Enjoy the weekend.
> Best,
> Stuart

---------- Forwarded message ---------
From: **Stuart Breslow** <breslows@google.com>
Date: Fri, Oct 26, 2018, 4:58 PM
Subject: Re: PgM JD
To: Julie Samuel <juliesamuel@google.com>

Julie,
I am replying to you only on this one. The McKinsey guy I referred to is ▮▮▮▮▮