# EXHIBIT N

# Exhibit 61

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]