# EXHIBIT P

# Exhibit 90

| | | Strong Hire from Greg. Becky: 11/30 Jason and Brian: 12/7 Scheduling in-person with Rajen and Tariq. | |
| --- | --- | --- | --- |
| ███████ | ████████ | | |
| ███████ | ████████ | Scheduling conversation with Tariq. | |
| ████████ | ██████ | Herbert Mines answering a few more questions on ██████ "Principal" title not Partner.  Did not return results on ██████ site. | |
| ████ resume | ████████ | Scheduled with Tariq on 12/5. | Worth speaking to - not right for the role, but networking, industry knowledge, etc. |
| ████ resume | ████████ | Per Herbert Mines, ████ is okay with an extended timeline.  Will be at NRF in Jan. | Slow-rolling. |

**Financial Services Lead: (** Finalized JD **)**
- **Ideal Profile:** LST is prioritizing candidates with backgrounds that show clear progression up to senior executive level in the "operations & technology" function.
- **Panel:** Tariq, Becky, Jason, Greg, Brian (Diane on reserve)
- **Status**: Focus on ████████████

| Candidate Name | Title and Company | Status | Tariq Action/Perspective |
| --- | --- | --- | --- |
| ████████ | ████████ | Cut loose. | |
| Ulku Rowe | Google | Asked panel member to send feedback to Tariq via e-mail. | Anything I can do to help? |
| ████████ | ████ | Let her know we are pausing - London is likely not workable. | |
| █████ | ████ | Interesting background for Data Science role? Strategy and Analytics practice. | Tariq to review profile for a data science position possibly. |
| ████████ | ████████ | Via Suzi Russell.  Sydney-based. Crypto focus. | Stuart sent to Jason Martin. |

ATTORNEYS' EYES ONLY