# EXHIBIT Q

# Exhibit 95

**From:** Tariq Shaukat <tshaukat@google.com>
**To:** Kevin Lucas <kevinlucas@google.com>
**Sent:** Mon, 26 Nov 2018 09:22:20 -0800
**Subject:** Re: Very confidential thoughts
**Cc:** Kimberly Scott <kmscott@google.com>, "Fiona O'Donnell" <fiona@google.com>

I'm talking to Vats later today so let me get his thoughts on pricing.
Agree, the question is how do we message to Ulku that she's not getting the role. I think there is a good chance with Thomas coming here that we pause on new verticals for a while anyway, but if we didn't, she didn't come out on top of the existing interviews even without Diane. So we should capture that feedback I think, and then work on communicating to her.

I think Kevin has a plan for what he would do to reorient the tech partner team - not the domains, but some of the other areas.

Biggest outstanding question for me is whether partner engineering is as separable from tech partners as I think it is. I need to do a little more diligence on that.


Tariq

On Mon, Nov 26, 2018 at 8:30 AM Kevin Lucas <kevinlucas@google.com> wrote:

> Good morning y'all~
> I think these thoughts are getting us closer to a more ideal structure! A few thoughts below. If Nan moves into the new role, it leaves two gaps within Tech Partners - Programs (formerly Matsubara, interimly Mark Daigle) and several Product Domains (currently a few L7/8 TBHs). Re Domains, I can't think of how to reasonably scope a Director-level role to oversee all Product Domains (ie. not sure the value they'd add).
>
> - The concerns re Ulku are known. Given the final decision, we should discuss talking points and how to land the outcome.
>
> - Regarding Pricing, the obvious same-level reporting concerns exist. It's important to know that ▮'s base and '18 bonus are higher than ▮'s. While this structure is temporary, ▮ will have visibility to this in Workday.
>
> - Once we confirm these changes, I'm happy to partner with Chris on comms (drafts started last week). There are two things that we'll need to have crisp messaging - how/why will each change deliver more impact, what are the key signals/metrics that will tell us we are successful.
>
> Welcome back y'all!
>
> Kevin
>
> On Sun, Nov 25, 2018 at 1:24 PM Tariq Shaukat <tshaukat@google.com> wrote:

ATTORNEYS' EYES ONLY

GOOG-ROWE-00056910