

1(212) 318-6267
saratomezsko@paulhastings.com

December 20, 2021                                                                                    59605.00060

**VIA ECF**

The Honorable Lorna G. Schofield
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *Ulku Rowe v. Google LLC*, Case No. 1:19-cv-08655 (LGS)(GWG)

Dear Judge Schofield:

We represent Google in the above-captioned matter. Pursuant to Rule I.B.2 of Your Honor's Individual
Rules and Procedures for Civil Cases, we write to request a brief extension of time file a reply in further
support of Google's Motion for Summary Judgment (ECF 134) and opposition to Plaintiff's Motion for
Partial Summary Judgment (ECF 152). The original deadline to file the response is Wednesday,
December 22, 2021. We are seeking a brief two-day extension on these deadlines until Friday, December
24, 2021.  We have agreed to and hereby also request a similar adjournment of Plaintiff's deadline to
submit her reply in further support of her Motion for Partial Summary Judgment (ECF 152) from January
12, 2022, to January 14, 2022. We have met and conferred with Plaintiff's counsel, and Plaintiff consents
to the requests. This is our first request to the Court for an extension of time in connection with the
parties' cross motions for summary judgment.  The two-day extension will not affect any other dates in the
case.

We thank the Court for its consideration of this matter.

Respectfully submitted,

Kenneth W. Gage
Sara B. Tomezsko
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
t: (212) 318-6000
kennethgage@paulhastings.com
saratomezsko@paulhastings.com

*Counsel for the Defendant*

cc: All parties (via ECF)