```
                                                                Page 1
 1                    - WILL GRANNIS -

 2    IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF NEW YORK
 3    -------------------------------------- X
      ULKU ROWE,
 4
                    Plaintiff,
 5
                                    Case No.
 6                                  19 Civ. 08655(LGS)(GWG)

 7            v.

 8    GOOGLE LLC

 9                  Defendant.

10    -------------------------------------- X

11    DATE:  October 29, 2020

12    TIME:  11:33 A.M.

13

14            VIDEOTAPED VIDEOCONFERENCE DEPOSITION

15    OF WILL GRANNIS, held via Zoom, pursuant to

16    Notice, before Hope Menaker, a Shorthand Reporter

17    and Notary Public of the State of New York.

18

19

20

21

22

23

24

25
```

Page 30
- WILL GRANNIS -
did not report to me I was also someone that she would come to for advice.
   Q.   And how frequently as the direct manager did you have one-to-ones with her?
   A.   The -- the normal schedule was every two weeks unless it was interrupted by some type of vacation, time off, other circumstances; but it's all of my direct reports and I, we have a one-to-one on a standing schedule.
        At -- at the beginning it was every week, then it went to every two weeks and then over time I found that many of my direct reports choose to go once a month, but generally speaking it was very frequent.
   Q.   And were there times that you interacted outside of your normally scheduled one-to-ones?
   A.   Yes.
   Q.   And what would be the types of circumstances where you would interact outside of one-to-ones?
   A.   As I recall, most of those interactions were initiated by Ulku asking me a question on a specific circumstance.

Page 31
- WILL GRANNIS -
   Q.   And in your interactions with her, have you found her to be professional?
   A.   Yes.
   Q.   Have you found her to be knowledgeable with respect to her subject area?
        MR. GAGE:  Objection.
   A.   As documented in performance reviews, there are three categories.  You know, when you say "knowledgeable," that requires a view across the three categories of the role.  There's a customer element of the role, there's an engineering element of the role, and there's an evangelism element of the role.
        Ulku has demonstrated as -- you know, as shown in her performance reviews she's demonstrated acumen and knowledge; significant knowledge in evangelism, knowledge of financial services and customers, but impact knowledge on the engineering pillar has been less than the average in OCTO.
   Q.   And tell me what that means, "impact knowledge."
   A.   What that means is the sec -- the -- if I may describe the three in a little more

Page 32
- WILL GRANNIS -
detail, so it will probably help.  OCTO, the job family as seen in the job description and in OCTO as we've described since the very beginning of the CTO office, the role consists of three main we'll call them buckets of work.  There's customer work, there's influencing the platform and products, and then there is the speaking, the evangelism part.
        In order to create impact with the customer OCTOs are expected to help materially advance the progress of the largest brands in the world; and what I mean by that is, you know, come to Cloud, come to Google Cloud and succeed with Google Cloud.
        The second pillar, the engineering pillars, are expected to take their knowledge from the corporate world and what they obtain at Google and they're expected to show impact on the product road map, and this can come in a variety of fashions.  Most often this means that they have championed a change that we need make to what we're building that it is accepted by the engineering, production, leadership.
        And the third pillar is conveying the power of our technology to the outside world

Page 33
- WILL GRANNIS -
and helping create a translation between our technology and its possibilities in the context of the day; and in this way Ulku for example spent most of her time explaining the power of technology to financial services organizations and regulators, organizations like that externally.
   Q.   So we'll come back to some of this.
        With respect to the second bucket, influencing the platform products and the engineering piece -- do I have that right, that's the second bucket?
   A.   Yes.
   Q.   Describe for me a little bit more about the engineering aspect of -- of the role, what it means to impact -- have an impact on the product road map.
   A.   Examples of impact can range from conceiving of a design of a new product and ensuring that it's built.  It can be spotting an opportunity to evolve something that we already have and make it better.
        And it -- I think it's critical to point out that the idea itself is only a little bit of the role, that the -- the full as, you

Page 182

- WILL GRANNIS -

Q. Do you recall whether there were people who you believed did not exceed expectations, was the next category meets expectations?

A. Yeah, on a scale --

MR. GAGE: Objection.

Go ahead. Sorry.

A. On a scale of 5, 5 being superb which is the top performance in the -- in the job role level, 4 being strongly exceeds, 3 being exceeds, 2 being meets, and 1 being needs improvement, OCTOs over the last four and five years have earned scores ranging from these improvements in being exited out of the company to -- OCTOs over the last four or five years have received a range of ratings spanning from needs improvement which is a 1 out of 5, to a superb which is 5 out of 5.

And in this period of time I'm confident, though I don't have the data in front of me, that OCTOs achieved range of scores on that spectrum.

Q. Did a majority fall within a certain category of the people you evaluated --

A. I'd have to.

Page 183

- WILL GRANNIS -

Q. -- or did the people you evaluated fall within a certain category?

A. I'd have to look at the --

MR. GAGE: Objection.

A. I'd have to look at the data to give you a definitive answer.

Q. Was a 5 a regular occurrence or would that be more unusual for someone to be 4 to 5?

A. Statistically the least likely ratings are the poles, as you would expect the -- the extremes, the needs improvement, and the superbs.

Q. Did Google apply any sort of Bell Curve to -- or fourth-ranking process to its evaluation rankings?

A. No, people were allowed to earn the score that they earned.

Q. With respect to Ms. Rowe's performance evaluation that you completed, were you accurate or did you strive to be accurate in terms of the feedback and assessment that you provided in those reviews?

A. Yes, it's absolutely critical for the functioning of the team; and as an example Ulku

Page 184

- WILL GRANNIS -

performed well in the one-to-one and one-to-many, but did not perform well in engineering which is why her rating was not higher.

Q. Did she do anything on that pillar?

MR. GAGE: Objection.

A. I'd have to --

MR. GAGE: In this particular year or ever?

MS. GREENE: Ever.

A. Very little. Consistently if you look over the span of her performance years, you'll notice a very consistent pattern and that is a lack of meaningful impact in engineering.

In her late -- latest performance review which we just actually had this week it was pointed out that she has started some efforts that might be promising, but we don't grade on intent, we grade on impact and Ulku has yet to demonstrate any significant impact in the engineering pillar.

Q. And what -- you mentioned in this year's review, what -- what review did you give in this last have evaluation, what scores?

A. I think exceeds expectations. An OCTO is limited in their ability to score high

Page 185

- WILL GRANNIS -

on -- on the rating if they're not fulfilling one of the pillars on the job.

Q. Give me just a moment.

Okay. After Ms. Rowe joined Google, did she raise concerns with you about her level?

A. The time when I remembered most specifically was in the transition to the vertical organization, when she was asking about the correspondence that we -- that we talked about earlier.

Q. Are you aware that in the fall of 2018, she raised with Kevin Lucas and Melissa Lawrence concerns about her levelling and that men had been leveled higher than her?

MR. GAGE: Objection.

A. I'm -- I'm not aware of the timing or the nature of the concerns, but I am aware because I had a discussion with employee relations that there was a general concern.

Q. When was that discussion with employee relations?

A. I don't remember off the top of my head.

Q. Was it after she was back in OCTO or

Page 190

- WILL GRANNIS -

know both Ulku and Tariq reached out to me about whether there was a position in OCTO available if she wanted to come back.

Q. What do you recall with respect to the conversation with Mr. Shaukat?

A. Just that if there was still a role in OCTO for Ulku if she wanted to focus more on engineering, because his org was focused on verticals and industries, and if she was interested in spending more of her time on the engineering side, technology side if there was a role available and I -- I immediately answered yes.

Q. Did he express anything with respect to why he was asking the question?

A. No, he just asked me the question.

Q. Did you ask him why it was being considered?

A. No. I just knew that if Ulku had proven herself in the customer and the evangelism side of our -- of our team, if she was interested in attacking that -- that center bucket of engineering and she was committing herself to that, that there would be a place for her in OCTO.

Page 191

- WILL GRANNIS -

Q. Do you know whether the decision to move her -- or I'm sorry.

Do you know whether the conversation you had with Mr. Shaukat came after it was communicated to her that she would not be getting the -- the financial services lead role?

A. I -- I don't know the timing of that commun -- I don't know the exact timing of the communications, but I would assume she wouldn't be looking for a role if she had a different role that she wanted.

Q. Was this in early 2019?

A. Generally that sounds correct because I think she's been in OCTO now a little over a year, year and a half and that timeline would match up because it didn't -- we didn't take too long to bring her back.

Q. And once she moved back, what was the discussion with respect to what her role would be vis-à-vis financial services?

A. That it wouldn't be in financial services and that was pretty clear. Tariq -- the conversation he and I had about it was to focus on technology, to focus on engineering, and to focus

Page 192

- WILL GRANNIS -

on an area that was important horizontally to the platform and not to financial services, because they were the -- Tariq's org was the organization focused on financial services, hence the reason for the reorg in the first place.

And I offered Ulku a choice of an area to focus on and we determined that Hybrid Cloud had enough investment potential behind it from an engineering perspective and that her work at a bank might line up well with knowledge of how to implement hybrid architectures.

Q. Do you know who took over her -- what she had been doing with respect to the financial services industry?

A. In Tariq's organization?

Q. In Tariq's organization and just generally in the organization?

A. Well, I can --

MR. GAGE: Objection.

A. I can only speak to OCTO directly. When we made the reorg and moved the vertical leaving OCTOs out of OCTO, we no longer focused on and looked at financial services or manufacturing as a primary designation for the team which is

Page 193

- WILL GRANNIS -

why we never constituted backup, a -- you know, a group focused specifically on verticals or industries, why we are aligned and organized by engineering-focus areas.

Q. Understood, and I'm just asking you if you happen to know whether anyone in Google has become and is the go-to person with respect to financial services customers?

MR. GAGE: Objection.

A. I don't -- you know, the go-to person from my perspective at the time when I labeled Ulku the go-to person, we were a much a smaller organization as well. We've grown significantly since then and we've hired a wide variety of people from the financial services industry who also possess very deep engineering expertise.

For example Royal Hansen who's VP of engineering for all of Google security came from the financial services organization, but also possesses a super deep engineering expertise in security and he is often called upon today to represent Google in high-stakes moments externally where a knowledge of engineering, large-scale engineering management, large scale engineering --