```
                                                              Page 1
 1                    - TARIQ SHAUKAT -
 2
 3    IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF NEW YORK
 4    ------------------------------------- X
      ULKU ROWE,
 5
                    Plaintiff,
 6
                                  Case No.
 7                                19 Civ. 08655(LGS)(GWG)

 8              v.

 9    GOOGLE LLC

10              Defendant.

11    ------------------------------------- X

12    DATE:  October 15, 2020

13    TIME:  9:34 a.m.

14

15            VIDEOTAPED VIDEOCONFERENCE DEPOSITION

16    OF TARIQ SHAUKAT, held via Zoom, pursuant to

17    Notice, before Hope Menaker, a Shorthand Reporter

18    and Notary Public of the State of New York.

19

20

21

22

23

24

25
```

Page 14

*Page not submitted in support of Google's motion for summary judgment*

Page 15

*Page not submitted in support of Google's motion for summary judgment*

Page 16

- TARIQ SHAUKAT -

1
2   Q.   So you learned of it sometime around
3   the time of its filing; is that correct?
4   A.   Yes.
5   Q.   And what is your understanding of
6   what this lawsuit is about?
7   A.   My general understanding is it's in
8   relation to the role of head of financial services
9   in Google Cloud.
10          I apologize, the gardener just showed
11  up.  Let me shut the door here.  You may not be
12  able to hear, my apologies.
13          My understanding is it's in relation
14  to her applications for the head of financial
15  services for Google Cloud and the fact that she
16  did not get that role.
17  Q.   Anything else that you understand
18  about the claims that she's asserted in this case?
19  A.   Not specifically to this case, no.  I
20  have not reviewed, as I mentioned, the -- the
21  Complaint.
22  Q.   What's your understanding of how you
23  relate to this lawsuit?
24  A.   I was hiring manager for that
25  position and so that's my -- my understanding as

Page 17

- TARIQ SHAUKAT -

1
2   to what -- my relationship.
3   Q.   How old are you, Mr. Shaukat?
4   A.   I'm ▇.
5   Q.   And what is your highest level of
6   education?
7   A.   I have two Master's degrees; one in
8   mechanical engineering and the other in public
9   policy.
10  Q.   And when did you graduate with your
11  second Master's?
12  A.   That would be early 1997, either
13  January or February.
14  Q.   And when -- and which Master's degree
15  was that?
16  A.   That was the public policy degree.
17  Q.   And when did you get your mechanical
18  engineering Master's?
19  A.   1995, June of 1995.
20  Q.   And so did you go immediately from
21  your Master's in mechanical engineering to pursue
22  your Master's of public policy?
23  A.   I did, yes.
24  Q.   And when did you receive your
25  undergraduate degree?

Page 42

- TARIQ SHAUKAT -

1
2  contemplated or discussed or organ -- organizing
3  by industry?
4     A.    One of the first initiatives that I
5  kicked off when I joined was a reorganization of
6  those teams so that we could have an integrated
7  go-to-market team, as we thought of it, as opposed
8  to what I inherited was a series of product silos.
9          We had a G-suite team, we had a
10 Google Cloud team, an Android For Work team, et
11 cetera and so the initial -- well, one of the
12 initial efforts that I launched was a
13 reorganization and part of that was an
14 organizational design exercise in which we did
15 contemplate forming industry-specific teams.  This
16 would have been in 2016, and we decided to have
17 that in the terminology we used as a minor, not a
18 major.  We decided that the major would be
19 regional and the industry would be the minor.
20    Q.    Okay.  Are you familiar with the term
21 "verticals" as it was used at Google?  Are you
22 familiar with the term "verticals" as that term
23 was used at Google?
24    A.    I am, yes.
25    Q.    And what do you understand that term

Page 43

- TARIQ SHAUKAT -

1
2  to mean?
3     A.    Within Google Cloud it generally
4  refers to industries.
5     Q.    And are you familiar with the term
6  "verticalization"?
7     A.    I am, yes.
8     Q.    And what does that refer to?
9     A.    Again, within Google Cloud we refer
10 to it as -- we use that term to talk about
11 organizing by vertical.
12    Q.    So at the time you joined at Google
13 Cloud, was it in any way organized by verticals?
14    A.    Honestly I don't recall specifically
15 the details, but there were some teams in some of
16 the product areas that I mentioned that did focus
17 on a particular vertical.  I don't recall if they
18 were specifically organized by vertical, but there
19 were certain individuals with a vertical focus.
20    Q.    At the time you joined Google, was
21 there a financial services vertical?
22    A.    At the time I joined there were
23 individuals who focused on financial services.  We
24 did not have a formal designation of there being a
25 vertical at that time, that -- that I know of

Page 44

Page not submitted in support of
Google's motion for summary judgment

Page 45

Page not submitted in support of
Google's motion for summary judgment

Page 70

Page not submitted in support of
Google's motion for summary judgment

Page 71

Page not submitted in support of
Google's motion for summary judgment

Page 72

1        - TARIQ SHAUKAT -
2     Q.    And what about Mr. Breslow's
3  background made him an ideal candidate for
4  that -- for that role?
5     A.    Stuart had been a longtime chief
6  compliance officer to highly-respected
7  financial institutions in the field of compliance
8  specifically, so Morgan Stanley and then Credit
9  Suisse.
10           Before that he also had been a
11 partner, subsequent to those experiences, at
12 McKinsey focusing specifically on topics such as
13 anti-money laundering, which was a very
14 high-interest area for us from a product
15 standpoint as well and so he -- and so he had both
16 the -- and he had published a paper, I recall is
17 the way we found him, on anti-money laundering
18 that was quite influential on how we were thinking
19 about the anti-money laundering space.
20    Q.    Didn't he actually come to be known
21 to Google through Ruth Porat?
22    A.    He did not, no.  At least, not to my
23 knowledge.  I -- I -- Ruth was not the person who
24 identified him to me.
25    Q.    And so you're not aware that he was

Page 73

Page not submitted in support of
Google's motion for summary judgment

Page 82

- TARIQ SHAUKAT -

1
2  internal communications team that wrote them and I
3  sent them after reviewing them.
4      Q.   Was this consistent with your
5  understanding of his background?
6      A.   Generally speaking, yes.
7      Q.   Okay, you can put that aside.
8           How did it come to be that Ms. Rowe
9  was moved into your organization?
10     A.   So there were always -- since the
11 hiring, which as I mentioned was unexpected for me
12 of these vertical specific people in OCTO, there
13 was always -- or there -- there was a level of
14 conflict and misalignment that -- that existed and
15 kept getting called to light by either customers
16 or by our teams, and in my role that would be the
17 sales and go-to-market teams; and so there was an
18 ongoing discussion that existed for quite a while.
19 I don't recall the exact length of time, but
20 almost from the -- the earliest days of these
21 industry-specific people being in OCTO about the
22 conflict, how do we resolve the conflict.
23          Will, Brian, and I tried a number of
24 different avenues to try and resolve the conflicts
25 that existed and at some point in late 2017 after

Page 83

- TARIQ SHAUKAT -

1
2  the reorganization I mentioned with me taking over
3  the industry teams, we decided -- "we" being Diane
4  Greene, myself and Brian -- to move the
5  vertical-specific OCTO people into the vertical
6  teams so that we were building.  And so that was
7  the decision that we made, again, late '17/early
8  '18 and it then took a little while for us to work
9  out the details and -- and figure out how to do
10 it, what the roles were, et cetera.
11     Q.   And so with respect to the OCTO
12 vertical folks, was the agreement that if
13 they -- they would move over into your
14 organization?
15     A.   That was the agreement that I had
16 with Brian Stevens and Diane Greene, yes.
17     Q.   And that they could either have a
18 team to lead or they could continue in a -- in a
19 tech advisor-type role --
20          MR. GAGE:  Objection.
21     Q.   -- correct.
22     A.   That is not correct.  The idea was
23 that they would move into a role that we were
24 calling the Global Client Technical Lead Role and
25 that they would build out a team there to do that.

Page 84

Page not submitted in support of Google's motion for summary judgment

Page 85

Page not submitted in support of Google's motion for summary judgment

Page 94

- TARIQ SHAUKAT -

a.m. and we're going off the record.

(Whereupon, there was a brief recess in the proceedings.)

THE VIDEOGRAPHER: The time is 11:56 a.m. and we're back on the record.

Q. So before we broke, you were telling me about a conversation that you had with Ms. Rowe regarding her move into the -- into your organizational unit and you said it would have been somewhere in the 30 to 60- minute range. Do you recall whether you were physically present together or whether there was some other mode of communication?

A. I don't recall specifically. We had -- we were based in different offices so, it would not be atypical for it to have been videoconference.

Q. Where were you based?

A. In Sunnyvale, California.

Q. Okay, and can you tell me everything that you recall being said in that conversation?

A. I recall walking her through basically what the content of the note that I subsequently sent out was describing, the

Page 95

- TARIQ SHAUKAT -

organizational structure that we had in place. So I described that we were standing up a group that we called the Global Client Lead Group and that that team would be focused on the business and business development and -- but dedicated to a specific list of clients that we called the Global Client List; and that we were also setting up a team that we called the Global Client Technical Lead Team and that that team would be peers of the GCLs, as we referred to them Global Client Lead, but focused more on the technical aspect. I explained that these would be focused on the priority list of clients that we would be developing. By "we" I mean myself, the sales leadership, and Diane would be developing.

We would assign a list to each of the GCLs and the GCTLs, the again Global Client Leads and the Global Client Technical Leads, and that -- and that those individuals would be expected to really be the sponsors and actively engaged in what I call the persistent manner in those different accounts. So there was a -- a discussion about that. Those were both new functions or new characterizations and new

Page 96

- TARIQ SHAUKAT -

designations that we had and so I walked her through that.

I walked her through what the other roles in the industry were going to be; meaning we had a product lead, we had an engineering lead, we had an industry lead, and dotted-line marketing lead, and I think that's it. And so I recall us -- me laying that out for her, explaining what the role would be, explaining that her role would be to come in and do the global client technical lead, that this would look and feel and roles and responsibilities would be broadly in line with what she had been expected to be doing inside of OCTO with the possible exception that there would be a designated or a -- a specified list of clients that she was personally responsible for managing.

That had been the practice that Will Grannis and I had with OCTO historically, but I don't know in -- in the conversations Ulku expressed surprise, surprised that she would be restricted to a certain number of accounts, that she would be asked to focus on a specific list of accounts, which led me to believe that possibly

Page 97

- TARIQ SHAUKAT -

Will did not manage it in the way that he and I had agreed that he would manage the -- the team.

Q. Do you recall anything she said to you that you've not shared so far?

A. A couple of things. One was the surprise, as I mentioned. A lot of clarification about why the specifics to specific accounts, what account would they be. I told her that they were still in -- a work in process, but they would be kind of the who's who of the financial services world, our top target accounts. So she expressed surprise about that.

She expressed some -- dislike is probably the right way to -- to say it, that she was not happy with that focus that I was asking for on specific global -- on specific accounts and the persistent nature of the relationship. She was very keen to understand the relationship between the global client lead and the global client technical lead and -- and the type of person we would be hiring into each one of those.

She was very curious as to whether she would be asked to build out a team or not or the global client lead and I did explain to her

Page 98

- TARIQ SHAUKAT -

1
2  that this is -- we are expecting her to come in
3  and build a team and lead a team of global client
4  leads, but this was what I called the Player Coach
5  Role, right, where she would both manage a team,
6  but also be expected to have a certain number of
7  accounts that she was personally responsible and
8  accountable for.
9     Q.   And so at the time you had this
10 conversation with her, you had already had the
11 conversation where HR had shared with you
12 background information of her level, correct?
13    A.   Yes, that would be true.
14    Q.   Anything else you recall her saying
15 to you in this conversation?
16    A.   Not really except, as I mentioned,
17 she expressed her displeasure.  I think she said,
18 I have go away and think about this and I may have
19 more questions.  Or at least that's my
20 recollection, that she said something to that
21 effect.
22    Q.   Was there any discussion with respect
23 to the VP of financial services role in this
24 conversation?
25    A.   Not that I recall.

Page 99

Page not submitted in support of Google's motion for summary judgment

Page 100

Page not submitted in support of Google's motion for summary judgment

Page 101

Page not submitted in support of Google's motion for summary judgment

Page 102

- TARIQ SHAUKAT -

```
 2        MR. GAGE:  Objection.
 3     A.    I know we didn't have any finalists,
 4  but apart from that I don't recall the status.
 5     Q.    Okay.  You say in your proposed
 6  response to her, "I'm happy" -- and I'm looking
 7  now at the first page on your response, the first
 8  paragraph toward the end.  You say, "I'm happy to
 9  have you lead the team if you would like to do
10  that as well.  So recognize your current role is
11  an IC role, but if you prefer not to do that we
12  can certainly adjust."  Do you see that?
13     A.    I do, yes.
14     Q.    Does "IC" refer to individual
15  contributor?
16     A.    Yes.
17     Q.    And so am I correct that you were
18  indicating that her role could either be an IC or
19  a manager role under you?
20     A.    If -- if she expressed a preference
21  that -- but my preference was that she would lead
22  the team and if she expressed a preference to
23  maintain her individual contributor status which
24  is what she had been, then I was happy to discuss
25  and adjust.
```

Page 103

- TARIQ SHAUKAT -

```
 2     Q.    And is that what happened, did she
 3  maintain the IC or did she become a manager?
 4     A.    Honestly, as you can see from her
 5  e-mail, she declined the role which led us to a
 6  fairly ambiguous state, which technically I was
 7  confused as to whether she actually resigned as I
 8  mentioned in my -- in my notes here.
 9           And so when -- but we ended up not
10  building out this team in any level of detail and
11  so she was in IC simply because she didn't hire
12  anyone on the team, but not by design at that
13  point; but that specific point I don't recall her
14  responding with yes, I would like to manage the
15  team.  Instead, as -- as you saw, she responded
16  with I decline the role which was much more
17  ambiguous.
18     Q.    Well, let's go back to the Box and,
19  again, you may need to refresh and we're going to
20  look at Tab 25.
21     A.    Yes, I have it.
22     Q.    Okay.
23        MS. GREENE:  We're going to mark
24     this as Exhibit 30.  It has a Bates stamp of
25     GO -- GOOG-ROWE-P-00000726 through 727.
```

Page 104

Page not submitted in support of Google's motion for summary judgment

Page 105

Page not submitted in support of Google's motion for summary judgment

Page 146

- TARIQ SHAUKAT -

```
 2  in a Google Doc or other some other form.  I
 3  just -- I don't know what his practice was.  I
 4  know what he showed me, which was -- and the
 5  discussion that we had.
 6      Q.   Particularly with respect to Jason?
 7      A.   No, in -- in general.
 8      Q.   Okay.  What do you recall Stuart
 9  telling you about feedback he had gotten from
10  Jason?
11      A.   I don't --
12           MR. GAGE:  Objection.
13      A.   Sorry.
14           MR. GAGE:  I said objection.
15      A.   I don't recall this -- I -- I recall
16  the general feedback between Sebastien and Jason.
17  I don't recall specially what came from Jason and
18  what came from Sebastien.  The general feedback
19  was that they had a hard time understanding and
20  getting Ulku to articulate a vision for the
21  financial services industry, to articulate the
22  business needs that she felt the industry was
23  facing that Google Cloud could help with, and
24  they -- they were unclear whether she would be
25  able to lay out or she didn't demonstrate I guess
```

Page 147

- TARIQ SHAUKAT -

```
 2  that she would be able to lay out a product
 3  mandate, for lack a better word, for the vertical.
 4           And so that was the consistent
 5  impression that I got from the interviews with
 6  Sebastien and Jason, but I don't remember
 7  specifically what each one of them said and I'm
 8  not sure I was ever told specifically what each
 9  one of them said.
10      Q.   So if you -- let's break this down.
11  Who did you have conversations with regarding how
12  Ms. Rowe's interviews went?
13           MR. GAGE:  Objection.
14      A.   So I had a standing weekly meeting
15  with the leadership staffing team led by Stuart
16  Vardaman.  In that standing weekly meeting, Stuart
17  would update me on the status of each of the
18  candidates in the pipeline.  He would do that by
19  providing at least a verbal -- in some cases
20  bullet pointed, but in some cases a verbal summary
21  of the feedback that was provided from the
22  interviewers; and in some cases -- in many cases
23  he would say, I need your help chasing feedback
24  because I haven't gotten it yet.  People get busy
25  and they don't necessarily send the e-mails that
```

Page 148

Page not submitted in support of Google's motion for summary judgment

Page 149

- TARIQ SHAUKAT -

```
 2  mentioned, she was one of many industry leads and
 3  senior hires we were trying to hire at the time
 4  or she was interviewing for one of the roles that
 5  we were -- in one of the many roles that we were
 6  interviewing for at the time.  So I don't -- it --
 7  it would not have been unlikely.  I can't tell you
 8  I didn't have a direct conversation with them, but
 9  I don't have a specific recollection of them
10  sending me a Hangout message or a verbal
11  conversation or anything like that.
12           Jason's office and my office during
13  this time were across the hall from each other, as
14  an example, so we had casual conversations about
15  business in my office or in his office quite
16  frequently.
17      Q.   Okay.  Do you recall specifically
18  having a conversation with Stuart Vardaman
19  regarding the feedback from the interviews with
20  Ms. Rowe?
21           MR. GAGE:  Objection.
22      A.   As I just mentioned, I recall
23  having -- I rec -- I recall in the standing
24  meeting having Stuart tell me the feedback that
25  had come through the initial round of interview
```

Page 150

- TARIQ SHAUKAT -

```
 2   candidates, yes, and -- and including Ulku,
 3   specific to Ulku, yes.
 4        Q.   And what do you recall him saying to
 5   you specifically with respect to Ms. Rowe?
 6             MR. GAGE:  Objection.
 7        A.   So, as I -- as I just mentioned, he
 8   said that the -- the interviews had happened.  He
 9   said that generally speaking people feel quite
10   comfortable with her technical capability, but
11   there were concerns around what I'll term
12   broadly as the -- as the business aspects of that;
13   meaning specifically her ability to articulate
14   a prop -- a vision for the industry, articulate
15   a value proposition for Google Cloud in the
16   industry that would be differentiated versus other
17   potential offerings in the industry that would be
18   translatable to a product level, which was really
19   one of the core things that we were solving for
20   was who could help us figure out what products to
21   build and how to position those in the market.
22   They did not see evidence, or they did not believe
23   I should say, coming out of the discussion that
24   Ulku demonstrated that she had the prod -- the
25   product vision or the ability to develop a product
```

Page 151

- TARIQ SHAUKAT -

```
 2   vision for the industry.
 3             So there was no negative feedback.
 4   There was only positive feedback on the technical
 5   side and there were questions and concerns on the
 6   nontechnical side, and I'll include product
 7   management as the nontechnical in -- in that
 8   description.
 9        Q.   Did Mr. Vardaman share with you from
10   where the feedback was coming, how he gathered
11   this feedback?
12             MR. GAGE:  Objection.
13        A.   I don't -- Stuart's normal expression
14   was I'm chasing everybody and here's what I got,
15   but I don't know in this case how he got the
16   feedback.  I don't know what that would have
17   translated into in this case.
18        Q.   When did he share that feedback with
19   you?
20        A.   I -- it would have been the week or
21   two depending on when we met after that round of
22   interviews with Ulku, but I don't know even
23   roughly when that was.  Yeah -- yeah, I don't know
24   when that was.
25        Q.   Did he share with you that Vat liked
```

Page 152

Page not submitted in support of
Google's motion for summary judgment

Page 153

- TARIQ SHAUKAT -

```
 2        A.   It doesn't.  I'm just trying to
 3   remember.  I have a very vague recollection of
 4   telling Brian that several of the interviews
 5   didn't go well, that there were some concerns
 6   raised, but I can't -- but it's a very faint
 7   recollection and I don't know, I -- I can't recall
 8   anymore details about that conversation, but
 9   that's the only one that's even vaguely coming to
10   mind.
11        Q.   Give me just a moment.
12             Okay, I would like you to look in the
13   Box again and we're going to be looking at Tab 38.
14   We're going to mark it as Exhibit 35 and it has
15   the Bates stamp number GOOG-ROWE-00017533 through
16   38.
17             (Whereupon, Plaintiff's Exhibit 35
18        was marked at this time.)
19        Q.   Do you recognize this document?
20        A.   It appears to be an e-mail from me to
21   Sebastien Marotte.
22        Q.   And is this the same Sebastien that
23   we have been discussing?
24        A.   It is, yes.
25        Q.   And do you see on Wednesday, August
```

Page 162

- TARIQ SHAUKAT -

1
2  was viable for the role?
3          MR. GAGE: Objection, asked and
4      answered.
5      A.    I -- again, I don't know the specific
6  timing what my view was. I know that it would be
7  after I received the feedback from Jason and
8  Sebastien, but I don't know that feedback in
9  relation to September 1st, 2018.
10     Q.    What do you recall with respect to
11 Ms. Rowe interviewing with Diane Greene?
12     A.    Once we decided that Ulku was not
13 going to be a finalist because of the interview
14 feedback that we had received, I moved into
15 retention mode because I did value Ulku and did
16 want her to join the team and to make the
17 transition that we had been trying to enact work;
18 and I thought that having a courtesy meeting with
19 Diane would be helpful in -- in assisting us in
20 retaining Ulku.
21          I suspected, and Ulku said at the
22 time, that if she didn't get the -- the FSI Lead
23 role that she would leave Google which is not an
24 outcome that I wanted to see because, as the
25 interviews noted, she was quite strong on the

Page 163

- TARIQ SHAUKAT -

1
2  technical side of things. So the -- the Diane
3  meeting was meant to be part of an -- an attempt
4  to make her comfortable and happy with the role
5  that we did think she was a very good fit for.
6      Q.    Did you tell her it was an interview
7  in connection with the VP of financial services
8  role?
9      A.    The "her" in this case would be who?
10     Q.    Ulku.
11     A.    I don't know if I actually told Ulku
12 anything, except that we would schedule a meeting
13 with Diane. I'm not sure what -- what Stuart said
14 to her about it, but -- and it's certainly the
15 case that we did not close Ulku out at this point
16 and tell her that we didn't think she was a
17 finalist candidate in part. Because Brian did
18 feel so strongly about it, I wanted her to meet
19 Diane as I mentioned from a -- from a retention
20 standpoint, but if Diane thought we had the wrong
21 read on it that we might go back and take a look.
22 So we definitely did not tell Ulku that she was
23 not getting through to the next round as part of
24 setting up the meeting with Diane.
25     Q.    Did Ulku tell you that she -- at the

Page 164

Page not submitted in support of
Google's motion for summary judgment

Page 165

Page not submitted in support of
Google's motion for summary judgment

Page 202

```
                    - TARIQ SHAUKAT -
1
2        p.m. and we're back on the record.
3        Q.   Mr. Shaukat, were -- the position
4   that Ms. Rowe was brought in to into your
5   organization, that was -- was that the global
6   client lead role?
7        A.   I'm sorry, that she was brought into
8   my organization or into the organization?
9        Q.   Into your -- into your organization.
10  What was -- what was the role that she was brought
11  into your organization?
12       A.   I think the official title we gave it
13  was technical director of the global client team
14  or the financial services vertical.
15       Q.   And was an informal term the -- the
16  global client lead?
17       A.   No, it was global client technical
18  lead.  It's a slightly -- it a more technical
19  version versus the business version.
20       Q.   Okay.  So there was a global
21  cli -- client technical lead and the global
22  what -- what was the other  --
23       A.   Sorry.  There's a global client lead
24  which was not Ulku and then there's a global
25  client technical lead which was Ulku.
```

Page 203

Page not submitted in support of Google's motion for summary judgment

Page 204

Page not submitted in support of Google's motion for summary judgment

Page 205

Page not submitted in support of Google's motion for summary judgment

Page 210

- TARIQ SHAUKAT -

2  A. Okay.
3  Q. Okay. We're going to mark this as
4  Exhibit 44, Bates stamped GOOG-ROWE-00017643.
5      (Whereupon, Plaintiff's Exhibit 44
6  was marked at this time.)
7  Q. Do you recognize this document?
8  A. I do. It appears to be a recap of my
9  conversation with Ulku that I provided to Kevin
10 Lucas and Fiona, who are my HR business partners.
11 Q. Okay, and so the first section that
12 has the tab, are those -- does that reflect what
13 you told Ulku in that conversation?
14 A. To the best of my recollection, yes.
15 Q. And so if you look at the third tab
16 down you say, "You know, I don't expect that she
17 would be a candidate there as on Her interviews,
18 people were impressed with her he technical
19 capabilities, but didn't feel that she has the
20 necessary depth breadth of experience on the
21 business side." Do you see that?
22 A. I do.
23 Q. And is that what you told Ms. Rowe
24 was the reason that she was not selected for the
25 position?

Page 211

- TARIQ SHAUKAT -

2  A. I believe -- I believe what I told
3  her was that we were not filling the position, but
4  that if we were to reopen the position that this
5  would be the reason why we would not be moving
6  forward with her candidacy at that point.
7  Q. And was that the reason why you
8  wouldn't be moving forward with her candidacy?
9  A. It was.
10     MR. GAGE: Objection.
11 A. Yes, it is.
12 Q. You see that next line, "She
13 countered that she's the best person internally
14 and externally for the role and that you should
15 just give it to her"? Do you see that?
16 A. I do.
17 Q. Do you recall her making that
18 statement?
19 A. I don't recall the exact words, but I
20 recall her being fairly direct about the sentiment
21 expressed in there, yes.
22 Q. Was this a videoconference or an
23 in-person meeting or Hangout?
24 A. The -- what is written later on leads
25 me to believe it was a videoconference when it

Page 212

Page not submitted in support of
Google's motion for summary judgment

Page 213

Page not submitted in support of
Google's motion for summary judgment

Page 238

*Page not submitted in support of Google's motion for summary judgment*

Page 239

- TARIQ SHAUKAT -

refreshes my recollection so I'm not sure I ever internalized that, but it does suggest that it was a week's notice.

Q. Okay. You can put that aside.

MR. GAGE: I'm sorry, did you say something, Cara?

MS. GREENE: I said you can put that aside.

MR. GAGE: Okay, I didn't hear.

Q. When did you decide that Stuart Breslow would take over the head of financial services role?

A. Well, to -- to be precise, I don't agree that I decided that he would take over the head of financial services role. I asked him to play an interim role while we figured out what the strategy of the financial services industry would be, given some of the leadership changes which -- which is quite different. We put as -- as a earlier e-mail indicated, we had put the strat -- the vertical strategy essentially on pause when Thomas Kurian came in pending his blessing, for lack of a better word. So -- so I very specifically asked Stuart to be interim in

Page 240

- TARIQ SHAUKAT -

charge of that while we figured out what the long-term strategy and structure was going to be.

All of that said, that would have been in I believe the November, 2018 time frame. I don't recall exactly when in November it was. It may have been late -- late October, but it was in roughly that time frame.

Q. Okay, and the interim role that you referenced, that's the head of financial services, correct?

A. Yes, but I would just emphasize it was not the job description that we were referring to earlier. It was a caretaker role for the existing team while we figured out what the future scope was going to be for the vertical and for the role.

Q. Was that before or after it was communicated to Ms. Rowe that she would not be receiving the head of financial services position that you had -- that you made that decision?

MR. GAGE: Objection.

A. Can you repeat the question, please?

Q. Sure. The decision to put Stuart Breslow in that role, did you make the decision

Page 241

- TARIQ SHAUKAT -

before or after you communicated to Ms. Rowe that she would not be getting the financial services vertical lead role?

MR. GAGE: Objection.

A. That would be before, as I believe the e-mail previously indicated. Meaning I had decided that Stuart would be the interim lead before I told Ulku that we were shutting down that search and if we reopened it that she would not be a candidate for it in -- in the future.

Q. Did you consider Ms. Rowe for the interim position?

A. I -- I did consider Ulku as a potential option for the interim role.

Q. When did you consider her as a potential option?

A. Roughly in the same time frame as I was -- as I indicated earlier, of making the decision on -- on Stuart doing that role.

Q. Was there anyone else you considered as a possibility for the interim role?

A. I don't believe so. I was looking at the existing team, not bringing anyone else onto the team at the -- at that point. So it would

Page 242

```
1                - TARIQ SHAUKAT -
2    have been the two of them who got the serious
3    con -- consideration for that.
4        Q.    And why did you not select Ms. Rowe?
5        A.    There were two reasons.  One of them
6    was -- actually, there were three reasons, I'm
7    sorry.
8              One of them was the fact that I -- I
9    mentioned we were hitting pause on the financial
10   services strategy.  The one area we were
11   continuing with at the same pace because we had
12   client engagements in the area was what I was
13   referred to earlier as the ▇▇▇▇▇▇▇▇▇▇
14   initiative that we were focused on.  That was
15   something we had a long list of customers who were
16   interested.  We believed we had a differentiated
17   value proposition, et cetera and we were close
18   to having agreement from a major financial
19   institution to move forward with that.  So the
20   focus was going to be almost exclusively on that
21   and the ▇▇▇▇▇▇▇▇ as we reduced scope in
22   this holding pattern that I was -- that I'm
23   describing.
24             Stuart is a recognized authority on
25   anti-money laundering.  He's, I -- I would
```

Page 243

```
1                - TARIQ SHAUKAT -
2    say -- one client actually referred to him as icon
3    in the space and so he is somebody who has deep
4    knowledge of how that works, how it should work,
5    and what could be done due improve it.  So there
6    was that consideration from a content standpoint.
7              There was a second consideration that
8    was from a level standpoint, that Stuart was a
9    Level 9 and Ulku was a Level 8 and Leonard the
10   other person on the team at a senior level was a
11   Level 6 or 7, I can't remember which, and it would
12   have been very unusual inside of Google to
13   have what Google refers to as an inversion.
14   Particularly on an interim basis, it would have
15   been very unusual to do that; and an inversion is
16   when you have someone at a lower level report to
17   someone at a higher level.  So there was that
18   consideration that Ulku was Level 8 and Stuart was
19   Level 9 and, as I mentioned, Leonard was Level 6 I
20   think.  So the second.
21             And the third, I -- I wouldn't -- I
22   -- I would characterize this one as -- as a lower
23   consideration, but I was concerned about the
24   messaging of -- or "messaging" is the wrong
25   word -- the expectations I would be setting if I
```

Page 244

Page not submitted in support of Google's motion for summary judgment

Page 245

Page not submitted in support of Google's motion for summary judgment

Page 254

Page not submitted in support of Google's motion for summary judgment

Page 255

Page not submitted in support of Google's motion for summary judgment

Page 256

Page not submitted in support of Google's motion for summary judgment

Page 257

```
 1            - TARIQ SHAUKAT -
 2   needed in this context.
 3        Q.    Tell me how it came to be that Ms.
 4   Rowe left your organization.
 5        A.    So the prediction that she would not
 6   be happy working on the team with Stuart leading
 7   it proved to be true and she would from time to
 8   time air her frustration either to him or to me or
 9   would continue to show up in an uncoordinated way
10   at clients where -- as I mentioned earlier, one of
11   the things that we had asked the global client
12   technical leads to do was to focus on a specific
13   set of clients.  It was very hard to get Ulku to
14   show up on a consistent basis at a very specific
15   set of clients.
16              We asked that she not do the
17   level of speaking engagements that she was doing
18   because -- this is something I asked all the team
19   because I viewed it as a waste of time with
20   limited resources to be traveling internationally
21   for days or weeks to give a lot of the speeches
22   that we were giving, et cetera.
23              She was expressing a lot of
24   dissatisfaction with that and so I finally give
25   her an option that I had not given to any of her
```

Page 258

- TARIQ SHAUKAT -

 2  peers who had moved over, which was that if she
 3  agreed to focus -- and I -- I did this in concert
 4  with Will Grannis.  If she agreed to focus on --
 5  on a horizontal, as we called it, as opposed to on
 6  a vertical that I would be okay with her moving
 7  back into OCTO; and, again, that is an option we
 8  made exclusively available to her.  We didn't make
 9  it available to Ben Wilson, who had some of the
10  same struggles, and we did not make it available
11  to Jeff Kember, but we did as a way to try and
12  resolve some of the issues that Ulku had.
13           Now I'm recalling, as I'm saying
14  this, that she did ask for clarification on what
15  her options are and I believe I laid out a couple
16  of options for her, one of which was -- I -- I'm
17  trying to recall exactly, but I want to say one of
18  them was continuing building out the team around
19  the technical -- well, the client lead role or
20  global client technical lead role, I should say.
21  The second is to do more of an individual
22  contributor type of role, which had been her role
23  in OCTO at the time.  Or the third is to take this
24  horizontal role in OCTO.  There was some set of
25  options that I tried to craft for her so that she

Page 259

- TARIQ SHAUKAT -

 2  would have some ability, again more than I offered
 3  any of her peers, to -- to craft a path that she
 4  was happy with.
 5           She expressed some -- she had
 6  expressed a point of view that -- that the options
 7  I was presenting her, I don't -- I can't -- I
 8  don't recall if it was all of the options or one
 9  of the options would in effect be a demotion,
10  which was not the case in my opinion, and as a
11  result of that she opted to go back into OPTO
12  focusing on what is called hybrid Cloud as opposed
13  to on financial services; and she and Will reached
14  that decision independently of me.  I blessed it,
15  meaning I agreed to give Will the headcount for
16  that role so he didn't have to find additional
17  budget for it, but that decision was between Ulku
18  and -- and Will.
19      Q.    Did you ever communicate to Ms. Rowe
20  that she was reporting in to Mr. Breslow?
21      A.    I assume I did.  I don't have a
22  recollection specifically of doing so, but I do
23  assume that I -- that I did.
24      Q.    But you don't have a recollection --
25      A.    But I --

Page 260

Page not submitted in support of
Google's motion for summary judgment

Page 261

- TARIQ SHAUKAT -

 2      Q.    And it was also clear that if she
 3  went back to OCTO it was in a horizontal role and
 4  not a vertical role, correct?
 5      A.    That is correct.  I was not going to
 6  undo the org changes that we had made, correct.
 7      Q.    So she would -- she couldn't be
 8  financial services focused if she went back to
 9  OCTO, correct?
10      A.    Correct.
11      Q.    Once she moved back into OCTO, did
12  you have any other communications with her?
13      A.    With her directly, I don't recall
14  any.
15           I do recall continuing complaints
16  about her showing up in a financial services
17  capacity and causing confusion with the industry
18  team, including doing interviews in which she was
19  described as the financial services CTO and areas
20  like that that was in violation of the agreement,
21  if you will, that Will and I had had.
22           I don't know that I ever spoke to her
23  directly about -- about that.  I do remember
24  speaking to Will and their PR team and our market
25  team about it, but I don't know if I ever spoke to

Page 282

- TARIQ SHAUKAT -

1
2  transition.
3         It was clear in my conversations with
4  Thomas that he had some changes he wanted to make
5  to the organization, specifically as it related to
6  industries. I had set up, as we've touched on,
7  what I refer to as a general management structure
8  where I had business technology, meaning product
9  engineering, all in one place. Thomas for other
10 parts of -- of Cloud was moving to a different
11 model that had a -- had a -- a stronger line
12 between technology and business. There were -- I
13 -- I would say my team was the last one that he
14 focused on from that standpoint, but in late 2019
15 he and I started talking about whether it made
16 sense to break my vertical teams up into a
17 technical piece, meaning product and engineering,
18 and go-to-market piece, and we decided it did.
19         And in that role, I didn't have much
20 interest in just running the business side of it.
21 [REDACTED]
22 [REDACTED]
23 [REDACTED]
24 [REDACTED]
25 [REDACTED]

Page 283

- TARIQ SHAUKAT -

1
2  [REDACTED]
3  [REDACTED]. We -- I told Thomas I was not interested in
4  doing a role that -- that was purely business
5  development, not -- was not furthering my career
6  and I wasn't interested in doing it. So I moved
7  that part to Rob Enslin who was the president of
8  sales at this time.
9         And then Thomas and I started
10 thinking about other roles that I could play in
11 Cloud. It became clear there wasn't one that met
12 -- you know, where there was a natural need and
13 would fulfill what I wanted to do from a career
14 standpoint, et cetera and so then I started
15 talking to other groups inside of Google about
16 other roles, and COVID hit and things inside of
17 Google slowed down, and things outside started to
18 heat up because there was a leak that -- that I
19 was leaving Cloud and so that resulted in a lot of
20 inbound phone calls from people.
21         And I ended up deciding in probably
22 June of 2020 to accept an external offer and
23 to -- and to leave Google, which I did in July of
24 2020.
25     Q.    Did you enter into any sort of

Page 284

Page not submitted in support of
Google's motion for summary judgment

Page 285

Page not submitted in support of
Google's motion for summary judgment