Page 1

1                        - ADAM LIEF -

2      IN THE UNITED STATES DISTRICT COURT.
       FOR THE SOUTHERN DISTRICT OF NEW YORK
3      ------------------------------------ X
       ULKU ROWE,

4
                        Plaintiff,
5
                                Case No.
6                               19 Civ. 08655(LGS)(GWG)

7                  v.

8      GOOGLE LLC

9                  Defendant.

10     ------------------------------------ X

11     DATE:  October 2, 2020

12     TIME:  11:37 A.M.

13

14              VIDEOTAPED VIDEOCONFERENCE DEPOSITION

15     OF ADAM LIEF, held via Zoom, pursuant to Notice,

16     before Hope Menaker, a Shorthand Reporter and

17     Notary Public of the State of New York.

18

19     (Confidential portion appears on pages 135-137)

20

21

22

23

24

25

Page 42

```
 1                    - ADAM LIEF -
 2     your role?
 3          A.    No.
 4          Q.    Is your position presently within
 5     Google Cloud?
 6          A.    No.
 7          Q.    At the time your role was moved
 8     from -- was it from Google Cloud to Google Tech
 9     Infrastructure, is that the move that was made?
10          A.    It -- it --
11          Q.    Sorry.  At the time your role moved
12     from cloud to core systems, did the role itself
13     change in any way?
14          A.    No.
15          Q.    The systems and applications with
16     which you're involved in your role, are those
17     internal or external?
18          A.    Internal.
19          Q.    And are those cloud based or on-prem
20     based?
21          A.    They are both.
22          Q.    Now, I think we discussed before that
23     the systems you worked with at Oracle were on-prem
24     based.  Was this your first experience working
25     with applications that were cloud based at Google?
```

Page 44

Page not submitted in support of
Google's motion for summary judgment

Page 43

Page not submitted in support of
Google's motion for summary judgment

Page 45

Page not submitted in support of
Google's motion for summary judgment

Page 70

Page not submitted in support of
Google's motion for summary judgment

Page 72

1                  - ADAM LIEF -
2      Cloud -- it did still exist in Google Cloud, yes.
3          Q.      Were you within Google Cloud in
4      November of 2019?
5          A.      No.
6          Q.      Was Mr. Ramaswami the only
7      application engineer within Google Cloud in
8      November of 2019?
9                  MR. GAGE:  Objection.
10         A.      To my knowledge, the only
11     director-level application engineer in cloud.
12         Q.      And as of November 4, 2019, where
13     were the other application engineers sitting
14     within the organizational structure?
15         A.      So they were moved to core.
16         Q.      And presently are there any
17     application engineers within Google Cloud?
18                 MR. GAGE:  Objection.
19         A.      Cara, I'm sorry, you broke up a
20     little bit.  Could you repeat that, please?
21         Q.      Sure.  Presently, as of the present,
22     are there any application engineer directors
23     within Google Cloud?
24         A.      Yes.
25         Q.      Who?

Page 71

1                  - ADAM LIEF -
2          Q.      And this is as of November 11, 2018.
3      As of November 11,2018 is there anyone who you
4      recognize as having been in the application
5      engineer director position who is not reflected on
6      this list?
7          A.      No.
8          Q.      Okay.  Anil Nagalla, man or woman?
9          A.      Man.
10         Q.      Paras Jain, man or woman?
11         A.      Man.
12         Q.      Okay, and then we can turn again to
13     Page 19.
14         A.      Okay, I'm here.
15         Q.      Entry 646 has Srivats Ramaswami, is
16     that a man or a woman?
17         A.      That's a man.
18         Q.      As of November 4, 2019 was the
19     application engineer ladder no longer within
20     Google Cloud?
21         A.      That's not correct.
22         Q.      Okay.  As of November 4th, 2019 was
23     the application engineer role still within Google
24     Cloud?
25         A.      It was still within Google

Page 73

1                  - ADAM LIEF -
2          A.      Srivats for one, the person who is on
3      646.
4          Q.      And is Srivats in New York or
5      somewhere else?
6          A.      He is in the Bay area.
7          Q.      What about Mr. Nagalla, where is he
8      physically located?
9          A.      He is in Texas.
10         Q.      And Mr. Jain, where is he physically
11     located?
12         A.      He's in the Bay area.
13         Q.      And the job code listed next to Level
14     8, 3948, do you recognize that job code?
15         A.      I -- I don't.  I don't recognize the
16     number.
17         Q.      Okay, you can put that document
18     aside.
19                 Are you familiar with the term
20     "individual contributor" as that term is used at
21     Google?
22         A.      Yes, I am.
23         Q.      And what do you understand that term
24     to mean?
25         A.      I understand that it's someone who

Page 78

Page not submitted in support of
Google's motion for summary judgment

Page 79

Page not submitted in support of
Google's motion for summary judgment

Page 80

1                    - ADAM LIEF -
2    common responsibility for application engineers at
3    the director level?
4         A.    It is -- it is a common expectation,
5    but I -- because I don't know those roles very
6    specifically, I can't comment on what exactly the
7    responsibilities were, but the expectation is
8    correct.
9         Q.    What other job responsibilities is
10   common across the application engineer director
11   role?
12        A.    So the common expectations for the
13   role would be a focus on support, deployment,
14   implementation of internal systems for Google,
15   managing large programs, and interacting with
16   stakeholders and partners.
17           MS. GREENE:   And, Ms. Menaker, if you
18        could be so kind to read back that response.
19           (The answer requested was read back
20        by the reporter.)
21        Q.    And when you say support of internal
22   systems, can you tell me what you mean by that?
23        A.    I mean maintenance tasks necessary to
24   keep those internal systems running.
25        Q.    And when you say deployment of

Page 81

1                    - ADAM LIEF -
2    intern -- of internal systems, what do you mean by
3    that?
4         A.    Deployment could include development,
5    design, testing, and actual releasing of systems
6    and enhancements.
7         Q.    And when you say -- and when you say
8    "systems," you're referring to technology systems;
9    is that correct?
10        A.    Yes, that's correct.
11        Q.    And when you refer to the
12   implementation of internal systems, what do you
13   refer to there?
14        A.    There's a lot of overlap with
15   deployment, but it may also involve third-party
16   system implementation as well.
17        Q.    When you refer to "managing large
18   programs," what do you mean by that?
19        A.    A highly-impactful initiative that
20   will introduce a lot of change into the
21   environment.
22        Q.    Can you give me some examples?
23        A.    Sure.  We have a finance
24   transformation program that is replacing much of
25   Google's core finance processes and systems.  That

Page 122

Page not submitted in support of
Google's motion for summary judgment

Page 124

Page not submitted in support of
Google's motion for summary judgment

Page 123

Page not submitted in support of
Google's motion for summary judgment

Page 125

```
 1              - ADAM LIEF -
 2          MR. GAGE:  Do you have the document
 3      handy so we could take a look at it?  Which
 4      exhibit?
 5          MS. GREENE:  Give me one moment.
 6          I believe 25, Exhibit 25 in
 7      the -- it's marked as Exhibit 6 for this
 8      deposition.
 9      A.    Yes.  Thank you for that, Cara.  It's
10  not.
11      Q.    With respect to engineering
12  management for the application engineer director
13  role, what percentage of the job would you say
14  relates to engineering management?
15      A.    To clarify, you mean as opposed to
16  the other elements I stated like stakeholders and
17  things like that?
18      Q.    Right.  So I think you -- you had
19  said that the day-to-day kind of role of the job
20  involved a combination of engineering management,
21  planning, and strategy.
22      A.    And stakeholding management -- yeah,
23  got it.  I -- personal for engineering management,
24  let me think just a moment.
25          Probably 40 percent.
```

Page 134
```
1              - ADAM LIEF -
2   purchased software product from another company.
3        Q.    And what do you mean by "domain"?
4        A.    Domain refers to a part of the
5   business operations such as HR, finance,
6   marketing, legal.
7        Q.    Anything else?
8        A.    The -- maybe the other aspect is
9   about integration.  Because we have both
10  first-party and third-party systems, integration
11  between the two becomes a very important skill set
12  for application engineer.
13            There's one other criteria also that
14  is important is that we are heavily internally
15  focused.  So our products and our development is
16  for Google's internal use, not for selling to
17  customers or external use in any way.
18       Q.    Okay.  Is that it?
19       A.    That's it.
20       Q.    You've been a Level 8 director for
21  how many years?
22       A.    About three-and-a half-years I
23  believe, since 2017.
24
25
```

Page 136

Page not submitted in support of
Google's motion for summary judgment

Page 135

Page not submitted in support of
Google's motion for summary judgment

Page 137

Page not submitted in support of
Google's motion for summary judgment