1                    - KEVIN LUCAS -

2     IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF NEW YORK
3     --------------------------------------- X
      ULKU ROWE,
4
                      Plaintiff,
5
                                    Case No.
6                                   19 Civ. 08655(LGS)(GWG)

7                     v.

8     GOOGLE LLC

9                     Defendant.

10    --------------------------------------- X

11    DATE:  October 27, 2020

12    TIME:  11:35 A.M.

13

14             VIDEOTAPED VIDEOCONFERENCE DEPOSITION

15    OF KEVIN LUCAS, held via Zoom, pursuant to Notice,

16    before Hope Menaker, a Shorthand Reporter and

17    Notary Public of the State of New York.

18

19

20

21

22

23

24

25

Page 106

Page not submitted in support of
Google's motion for summary judgment

Page 107
1         - KEVIN LUCAS -
2     motion for us than -- than anything.
3         Q.    And is it your testimony that they
4     also don't work with engineering at all?
5             MR. GAGE:  Objection.
6         A.    It is -- how do I -- yes, basically
7     they might interact occasionally with engineering
8     or product management, but they by -- by saying
9     "work with," I wouldn't characterize it as that
10    because I interpret that as almost like close
11    partnership and collaboration on something and
12    that's -- that's not so much the role.
13        Q.    What -- again, focusing on technical
14    solution consultants, the director level in
15    Cloud -- I mean in OCTO, I'm sorry --
16        A.    In OCTO.
17        Q.    -- what's the difference between the
18    responsibilities of that role and the
19    responsibilities of a director in software
20    engineering?
21        A.    It's -- it's a similar response to PM
22    in that they're -- they're more dissimilar than
23    they are alike.
24            Software engineering leaders, a
25    portion of their role is actually building.  So

Page 108
1         - KEVIN LUCAS -
2     coding the products that -- or writing the code
3     that builds our products and services.  So
4     literally writing in computer language to build
5     things.
6             Whereas the TSC directors in OCTO do
7     not check in code to Google Free, which is -- is
8     our platform by which we launch our -- our
9     products.  So, in fact, I don't think they
10    have -- I don't think TSCs in OCTO have access to
11    write code in Google Free.
12        Q.    Are directors writing code or are
13    they supervising people who are writing code?
14        A.    There's a component of -- of writing
15    a code and -- and approving a code before it's
16    pushed into production of -- of directors, yes.
17        Q.    Do you know what technical
18    requirements a technical solutions consultant is
19    required to have?
20            MR. GAGE:  Objection.  I'm sorry, I
21        didn't hear the question.  You broke up.
22        Q.    Do you know what technical
23    requirements a technical solutions consultant is
24    required to have?  What are their technical
25    qualifications --

Page 109
1         - KEVIN LUCAS -
2             MR. GAGE:  Objection.
3         Q.    -- again, focusing on directors in
4     OCTO?
5         A.    I would probably characterize it as
6     the ability to understand concepts versus actually
7     write code.  So technical solutions, the -- the
8     job family technical solutions consultant, is kind
9     of more generally focused on understanding
10    technical concepts and how that applies to
11    implementation on the customer's side of the
12    house.
13            Whereas the software engineering is
14    kind of understanding the guts and everything
15    under the hood and actually being able to build
16    all of it from scratch.
17            MS. GREENE: So --
18            MR. GAGE:  Cara, yeah, can we pause
19        for a second.  I -- I had a screen -- Kevin's
20        screen froze and I couldn't hear him.
21            So, Hope, can you just tell us what's
22        the last thing you heard and maybe just go to
23        the question and the answer so that we all
24        know the context of where we are on the
25        record at least.

Page 170

*Page not submitted in support of Google's motion for summary judgment*

Page 171

*Page not submitted in support of Google's motion for summary judgment*

Page 172

*Page not submitted in support of Google's motion for summary judgment*

Page 173

```
 1                    - KEVIN LUCAS -
 2   track, though not necessarily the individual
 3   contributors.  There is a manager track.
 4           So, broadly speaking, day-to-day
 5   responsibilities can be everything from probably
 6   the bulk of -- a reasonable amount of their time
 7   being spent on coding and/or approving codes
 8   that's have been pushed into production that
 9   ultimately make their products and services
10   available.
11           I would say there's a bulk of it
12   that -- or maybe a smaller portion that's around
13   leading the team if you're on the people manager
14   track.  There's a reasonable part of it that is
15   around contributing to what we call PRD, Product
16   Requirement Documents, that these are essentially
17   documents that define how -- like what we're
18   trying to build and how we're actually gonna kind
19   of build it; and there's probably a -- a small
20   percent of time that they are kind of doing like
21   typical business stuff, just like end meetings and
22   corroborating and things like that.
23           Those are probably the broad buckets.
24      Q.   And in what ways does the day-to-day
25   responsibilities of Level 9 software engineers
```

```
                                                      Page 174
 1                    - KEVIN LUCAS -
 2   look different?
 3        A.    Day-to-day responsibilities for
 4   software engineering don't change a whole lot from
 5   Level 8s to 9.  It is similar to our conversation
 6   we previously had, whereby either the scope and
 7   visibility and impact of their role shifts in some
 8   ways.
 9              So they are probably more aligned to
10   a higher priority product, perhaps a more kind of
11   innovative product if you will.  They may start
12   leading a larger organization whereby more,
13   quote/unquote, products roll up to them.
14              So it's more about kind of scope and
15   product prior -- priority than shifting day-to-day
16   responsibilities from an L 8 to L 9 software
17   engineer.
18        Q.    What are the skills necessary for an
19   L 8 software engineer?
20        A.    Coding ability is probably the -- the
21   fore -- the forerunner there for which they still
22   have to go through coding interviews when code is
23   submitted in their interview packets, et cetera,
24   so that is probably the largest one.
25              There's going to be elements,
```

Page 175

Page not submitted in support of
Google's motion for summary judgment

Page 176

Page not submitted in support of
Google's motion for summary judgment

Page 177

Page not submitted in support of
Google's motion for summary judgment


Page 178

- KEVIN LUCAS -

software engineering, but product management is still a technical role because it sits within the broader umbrella of Eng PM. So the primary partner to the PMs, to product managers, are the SWEs, are software engineers.

Q. And what are the skills that are necessary for the product management Level 8 role?

A. Yeah. For Level 8 PM directors, you're probably looking at someone who has built and/or scaled products to reasonable size and/or significant size. So kind of your product management pedigree is -- is kind of your whole profile.

I would say the -- the strategic thinking aspect of it is -- is critically important for product managers, because their having to look into the future and predict and/or anticipate what customers or users are going to want or need.

There is a monetization element of it, at least for -- for our business, whereby you're thinking from a commercial acumen perspective how do you actually drive revenue through these products and how you think about

Page 179

- KEVIN LUCAS -

monetizing them.

Those are probably the three broad buckets that are -- are more unique to the product manager role, in addition to the other things I mentioned before about kind of like, you know, agility and ambiguity.

Q. And what skills are less of -- what additional skills are necessary at the L 9 level?

A. I would say it's probably largely around portfolio complexity, and what I mean by that is for L 8 product managers it's not uncommon that they manage a single product and/or a small, small group of products.

But once you move them to Level 9 product leaders, you're really looking more so from a portfolio perspective whereby they're probably going to have, you know, half a dozen different products that roll up to them which then means you're having to manage the competing priorities and complexities across your portfolio a little bit more.

So there is a -- a systems akin aspect of it that is probably a step change from L 8 to 9.

Page 180

Page not submitted in support of Google's motion for summary judgment

Page 181

Page not submitted in support of Google's motion for summary judgment