1          - JENNIFER BURDIS -

2

    IN THE UNITED STATES DISTRICT COURT
3   FOR THE SOUTHERN DISTRICT OF NEW YORK
    ---------------------------------------- X
4   ULKU ROWE,

5              Plaintiff,

6                          Case No.
                           19 Civ. 08655(LGS)(GWG)
7
               v.
8
    GOOGLE LLC
9
               Defendant.
10
    ---------------------------------------- X
11
    DATE:  December 9, 2020
12  TIME:  11:37 a.m.

13

14         VIDEOTAPED VIDEOCONFERENCE DEPOSITION

15  OF JENNIFER BURDIS, held via Zoom, pursuant to

16  Notice, before Hope Menaker, a Shorthand Reporter

17  and Notary Public of the State of New York.

18

19

20

21

22

23

24

25

Page 18

- JENNIFER BURDIS -

```
 1                    - JENNIFER BURDIS -
 2          MR. GAGE:  Objection.
 3     A.   No.
 4     Q.   Did Mr. Grannis discuss with you how
 5   the technical director role would fit within OCTO?
 6     A.   Yes.
 7     Q.   And what did he say?
 8     A.   I don't remember what he said
 9   verbatim.
10          My understanding of the position
11   fitting into the organization was that we would be
12   hiring senior individual contributors into L 8,
13   L 9 roles to create an Office of the CTO which
14   would -- was brand-new at Google and had not been
15   done before, and these individuals would be
16   industry specialists in their industry vertical.
17     Q.   Okay.  So I'm going to be adding two
18   documents to the Box and I'll let you know when to
19   refresh, if you have that open.
20     A.   Sure.
21     Q.   Okay.  You should be able to see them
22   now if you refresh.
23     A.   I am refreshing.
24          MR. GAGE:  You said "them."  I have
25     one document.  Is it more than one?
```

Page 19

*Page not submitted in support of Google's motion for summary judgment*

Page 20

*Page not submitted in support of Google's motion for summary judgment*

Page 21

*Page not submitted in support of Google's motion for summary judgment*

Page 26

Page not submitted in support of
Google's motion for summary judgment

Page 27

Page not submitted in support of
Google's motion for summary judgment

Page 28

Page not submitted in support of
Google's motion for summary judgment

Page 29

- JENNIFER BURDIS -

```
 1                  - JENNIFER BURDIS -
 2    qualifications for the technical director role,
 3    where -- where in GHire would that be located?
 4         A.    It would be under the requirements in
 5    GHire where there is a section to input minimum
 6    qualifications.
 7         Q.    Do you recall what those minimum
 8    qualifications were with respect to the technical
 9    director role?
10         A.    I don't.
11         Q.    Okay.  So how did you determine
12    whether a candidate was a match for the technical
13    director role?
14               MR. GAGE:  Objection.
15         A.    Maybe you could rephrase.
16         Q.    Sure.  So when a candidate applied
17    for the technical director position, what factors
18    did you use to determine whether they would be
19    brought in for an interview?
20         A.    So there were a number of different
21    factors taken into account.  Industry experience
22    would be one of them.  The extent of a candidate's
23    experience and years of experience would play a
24    part in that decision.  Relevant experience with
25    regard to the specific area of technology and also
```

Page 30

- JENNIFER BURDIS -
for the industry verticals we were hiring for, relevant experience within that domain.
Q. Anything else?
A. Educational background is also another factor, so we consider.
Q. Okay. So when you said that years of experience played a part in your determination, can you speak more about that? What were the years of experience that you considered?
MR. GAGE: Objection.
A. The -- the boundaries of years of experience are not concrete, so that's difficult to answer.
Q. Okay, and so at the time that the candidates came in for an interview, had you made an assessment about their level?
A. An initial one, yes.
Q. So this was a preinterview initial assessment?
A. Yes.
MR. GAGE: Objection.
Q. Okay. Was there any policy that laid out how years of experience translated into level?
MR. GAGE: Objection.

Page 31

Page not submitted in support of Google's motion for summary judgment

Page 32

Page not submitted in support of Google's motion for summary judgment

Page 33

- JENNIFER BURDIS -
we were considering Ulku at Level 8. I don't remember exactly which documents that information would reside on.
Q. Okay, and did you always document your assessment, your preinterview assessment, for a candidate's level?
A. Yes.
Q. And did you review any criteria in making that assessment?
A. Yes.
Q. And what did you review?
A. The minimum qualifications and the factors that I previously listed when we consider where a candidate might fit within the organization level-wise.
Q. Okay, and did you document this in GHire?
A. I don't recall --
MR. GAGE: Objection.
A. I don't recall if it's written in GHire.
Q. Do you recall whether it's written anywhere else?
MR. GAGE: Objection.

Page 50

Page not submitted in support of
Google's motion for summary judgment

Page 51

Page not submitted in support of
Google's motion for summary judgment

Page 52

Page not submitted in support of
Google's motion for summary judgment

Page 53

```
1              - JENNIFER BURDIS -
2     notification of SVP approval and at that point
3     you -- the recruiter can extend an offer.
4          Q.    So aside what was in GHire for the
5     technical director position, did any interviewers
6     tell you what their decision to hire someone was
7     based on?
8          A.    Everything will be in GHire.
9          Q.    And did Will Grannis make a
10    recommendation to the hiring committee?
11              MR. GAGE:  Objection.
12         A.    There was no hiring committee.
13         Q.    And so you would assess Mr. Grannis'
14    recommendation as well as the interviewers to
15    determine whether to extend an offer?
16              MR. GAGE:  Objection.
17         A.    My extending the offer was purely
18    based on SVP approval.
19         Q.    And the SVP would review the package
20    that you prepared?
21         A.    Correct.
22              MR. GAGE:  Objection.
23         Q.    So who made the decision about what
24    level a candidate for technical director would be
25    hired at?
```

Page 54

- JENNIFER BURDIS -

2  A.  Many people through the process.
3  Q.  And who are those?
4  A.  The final decision would be the SVP
5  to review and approve, but the checkpoints of
6  deciding where a candidate would reside level-wise
7  through the process would include the recruitment
8  team, the interview panel, the hiring manager, and
9  the two SVP reviewers.
10 Q.  And who was the SVP in this -- in
11 this, for the technical director position?
12     MR. GAGE:  Objection.
13 A.  Diane Greene had access to Ulku's
14 packet or Holtz and Sridhar.  The two additional
15 SVPs were Urs, U-R-S, Holtz and Sridhar.  I can't
16 recall his last name enough to be accurate.
17 Sridhar, S-R-I-D-H-A-R.  Sridhar.
18 Q.  So who made the final decision with
19 respect to Ms. Rowe's level?
20     MR. GAGE:  Objection.
21 A.  The SVP I just listed.
22 Q.  And was that doc -- was that decision
23 documented anywhere?
24 A.  Yes, in GHire.
25 Q.  And did Mr. Grannis make a final

Page 55

Page not submitted in support of
Google's motion for summary judgment

Page 56

Page not submitted in support of
Google's motion for summary judgment

Page 57

Page not submitted in support of
Google's motion for summary judgment

Page 94

*Page not submitted in support of Google's motion for summary judgment*

Page 96

*Page not submitted in support of Google's motion for summary judgment*

Page 95

```
                        - JENNIFER BURDIS -
 1
 2    enough to speak to those factors.
 3         Q.    Okay.  Do you recall generally what
 4    the criteria was for most Level 8s?
 5         A.    I mean, outside of what I previously
 6    explained in relation to the factors that we
 7    consider when assessing level, number of years
 8    experience play a part and relevant work
 9    experience in a candidate's work history plays a
10    part.  For the office of the CTO specifically, the
11    industry vertical where the candidate is a
12    specialist and an expert would also play a part.
13    So the previous roles held also would play a part.
14         Q.    Okay, and then if you scroll
15    down -- well, not too far down.  It's actually the
16    next line.  Do -- did you tell ER that the same
17    leveling factors are used across the board in
18    staffing?
19         A.    I don't recall saying that
20    specifically.  There are similarities when
21    assessing levels for candidates across the board,
22    but they are guideline-based; and there may be
23    some nuances when looking at certain job families
24    or job ladders that might differ from one to the
25    other.
```

Page 97

*Page not submitted in support of Google's motion for summary judgment*