```
                                                              Page 1
 1               - STUART VARDAMAN -

 2    IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF NEW YORK
 3    --------------------------------------- X
      ULKU ROWE,
 4
                     Plaintiff,
 5
                                    Case No.
 6                                  19 Civ. 08655(LGS)(GWG)

 7                 v.

 8    GOOGLE LLC

 9                   Defendant.

10    --------------------------------------- X

11    DATE:  November 17, 2020

12    TIME:  9:37 a.m.

13

14            VIDEOTAPED VIDEOCONFERENCE DEPOSITION

15    OF STUART VARDAMAN, held via Zoom, pursuant to ^

16    Notice, before Hope Menaker, a Shorthand Reporter

17    and Notary Public of the State of New York.

18

19

20

21

22

23

24

25
```

Page 134

```
1            - STUART VARDAMAN -
2          MS. GREENE:  It -- it should be in
3     there.  It's right under -- in mine at least
4     under Exhibit 114.
5          MR. GAGE:  Yeah, I see it.
6          (Whereupon, Exhibit 115 was marked at
7     this time.)
8     Q.   Do you recognize this document?
9     A.   Yes.
10    Q.   And what do you recognize this
11 document to be?
12    A.   I recognize it to be the draft
13 version of the role in Kirsten's organization, the
14 VP role --
15    Q.   And --
16    A.   -- the VP role.
17    Q.   And is this the -- is this what you
18 provided to Ms. Rowe?
19    A.   I guess so.
20    Q.   In the prior exhibit, 114, you wrote,
21 "It sounds like she and Rob are open to 'thinking
22 differently' about this role, so it is not
23 necessarily a prerequisite that someone has
24 carried a sales revenue number."  What did you
25 mean about Kirsten and Rob thinking differently
```

Page 135

Page not submitted in support of
Google's motion for summary judgment

Page 136

Page not submitted in support of
Google's motion for summary judgment

Page 137

Page not submitted in support of
Google's motion for summary judgment

Page 138

Page not submitted in support of
Google's motion for summary judgment

Page 139

Page not submitted in support of
Google's motion for summary judgment

---

Page 140

1                - STUART VARDAMAN -
2        A.    That was the thrust of the
3   conversation and tying back to the appropriate
4   next steps on the search, an appropriate next step
5   in this case was winding down the process for Ulku
6   and keeping her in mind for future executive
7   positions within the financial services
8   organization.
9        Q.    What was the basis for your
10  determination that she was not qualified for a
11  position that was at the VP level?
12       A.    It --
13              MR. GAGE:  Objection.
14       A.    It was largely emphasized by who
15  ultimately the -- the candidates that we had in
16  play and ultimately who landed in the role which
17  is Yolanda Piazza, which as a -- as a data point
18  was listed as one of American Bankers' most
19  powerful women in -- in 2019, I believe.
20       Q.    At this moment when you communicated
21  this to Ms. Rowe, what was your basis for
22  determining that she was not qualified to be
23  considered for a VP level role?
24              MR. GAGE:  Objection.
25       A.    That would have been largely driven

Page 141

1                - STUART VARDAMAN -
2   by her comparison to the external candidates.
3        Q.    As of February, 2020 who were the
4   external candidates that were being considered?
5        A.    I don't know.  I'd have to look that
6   up.  Yolanda Piazza was likely involved by then.
7        Q.    Had interviews taken place at that
8   point in time, panel interviews?
9        A.    I don't recall.
10       Q.    Did you consider the feedback with
11  respect to Ms. Rowe in terms of determining that
12  she was not qualified to be considered for this VP
13  role?
14              MR. GAGE:  Objection.
15       A.    No, I didn't.  Again, with the --
16  with the financial services vertical lead role
17  that ultimately was canceled, right, Tariq asked
18  us to include her in process.
19       Q.    Did you consider your close-out notes
20  in Thrive with respect to Ms. Rowe in determining
21  that she was not qualified to be considered for
22  the VP sales role?
23              MR. GAGE:  Objection.
24       A.    No.  As I stated, I don't recall
25  entering that -- that close-out note and I think

Page 142

Page not submitted in support of
Google's motion for summary judgment

Page 144

Page not submitted in support of
Google's motion for summary judgment

Page 143

1                - STUART VARDAMAN -
2    network was?
3         A.    I don't recall.
4         Q.    Do you know whether Ms. Rowe was
5    considered or had an external reputation as an
6    expert in this area?
7              MR. GAGE:  Objection.
8         A.    No, I don't recall.
9         Q.    Do you know whether Ms. Rowe had a
10   reputation as an industry titan, as you referred
11   to it?
12        A.    Compared to someone like Yolanda Pi
13   -- Yolanda Piazza, I would say there's wide space.
14        Q.    Did you know what Ms. Rowe's
15   reputation was externally with respect to her job?
16             MR. GAGE:  Objection.
17        A.    No.
18        Q.    Did you do anything to ascertain what
19   her external reputation was professionally?
20        A.    No, not that I recall.
21             MR. GAGE:  Objection.
22        Q.    Did you have any basis to compare Ms.
23   Rowe to Ms. Piazza?
24        A.    Aside from the publication as an
25   example, I don't recall.

Page 145

Page not submitted in support of
Google's motion for summary judgment