```
                                                                  Page 1
 1               - EVREN ERYUREK -

 2

 3    IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF NEW YORK
      -------------------------------------- X
 4    ULKU ROWE,

 5               Plaintiff,

 6                              Case No.
                                19 Civ. 08655(LGS)(GWG)
 7
                 v.
 8
      GOOGLE LLC
 9
                 Defendant.
10
      -------------------------------------- X
11
      DATE:  December 3, 2020
12    TIME:  11:37 a.m.

13

14            VIDEOTAPED VIDEOCONFERENCE DEPOSITION

15    OF EVREN ERYUREK, held via Zoom, pursuant to

16    Notice, before Hope Menaker, a Shorthand Reporter

17    and Notary Public of the State of New York.

18

19

20

21

22

23

24

25
```

Page 34

Page not submitted in support of Google's motion for summary judgment

Page 35

Page not submitted in support of Google's motion for summary judgment

Page 36

- EVREN ERYUREK -

1
2  Stevens?
3      A.   Brian was in and out, so he would
4  travel a lot and I don't know that he had a
5  permanent office.  I think he had an office
6  further down the hallway from us.
7      Q.   And were the other technical
8  directors all located in California or were they
9  in other locations?
10     A.   They were all over the place.
11     Q.   And do you recall some of the places
12 where other technical directors were located?
13     A.   Texas, New York, Australia, Europe.
14 I'm trying to remember if we had anything in
15 Canada.  We didn't have anything in Canada.  And
16 California.
17     Q.   And so were these staff meetings in
18 person or were they held remotely through
19 technology?
20     A.   Depended on the staff meetings.
21 Sometimes in person; some largely virtual.
22     Q.   While we're talking about in person
23 and virtual it reminds me:  Going back to your
24 other prior experience, in what roles did you work
25 in Cloud-based technology?

Page 37

- EVREN ERYUREK -

1
2      A.   In GE Healthcare, I was the Cloud's
3  champion for the healthcare industry and I had
4  deployed solutions on both issues; and in my last
5  releases of what we called GE Health Cloud, it was
6  on AWS and so I used both of them.
7      Q.   So how many years of experience
8  had you had with Cloud-based technology at the
9  time --
10         MR. GAGE:  Objection.
11     Q.   -- you joined Google?
12     A.   As an evangelist, probably eight
13 years or so easily; and I had managed and deployed
14 my solutions either on my own Cloud data centers
15 or somebody else's Cloud data centers.  So
16 hands-on experience goes back to my GE
17 Transportation days, so go from 2005 to now.
18     Q.   If we use Cloud versus on-prem, are
19 those -- is that the right terms?
20     A.   Yes.
21     Q.   Okay.  At this point in time is more
22 technology Cloud based or on-prem based.
23         MR. GAGE:  Objection.
24     A.   On-prem based.
25     Q.   And do you know in the U.S., roughly

Page 118

Page not submitted in support of
Google's motion for summary judgment

Page 119
```
 1        - ROUGH DRAFT - EVREN ERYUREK
 2  initiatives?
 3            MR. GAGE:  Objection.
 4       A.   Yes.
 5       Q.   Does the PM role involve
 6  corroborating across functional and product area
 7  boundaries?
 8            MR. GAGE:  Objection.
 9       A.   Yes.
10       Q.   Does the PM role involve working with
11  broader Google engineering and research teams?
12            MR. GAGE:  Objection.
13       A.   Yes.
14       Q.   In what ways is the PM role similar
15  to the role that you were performing in OCTO?
16       A.   Customer sponsorship evangelization,
17  working with other teams and so forth, but nothing
18  to do with the -- how we build a product, how we
19  define a strategy, how we execute that strategy.
20       Q.   And so the next question is:  How is
21  the PM role different from the role you were
22  performing in OCTO?
23       A.   We are responsible for defining
24  long-term roadmaps, executing them incrementally
25  on quarterly, whatever short term, and the
```

Page 120
```
 1        - ROUGH DRAFT - EVREN ERYUREK
 2  understanding where the trends are, market trends
 3  are, and bringing it back to what our products and
 4  platforms need to be doing.
 5            And another responsibility, we have
 6  to make sure that our revenue mark targets and so
 7  forth are projected accordingly and we deliver on
 8  our expected numbers.
 9       Q.   With respect to your role in PM, do
10  you understand that you're evaluated against a
11  leveling guideline?
12       A.   Yes.
13       Q.   And those engineering leveling
14  guidelines that we looked at before, are those
15  also relevant to the PM role?
16       A.   Yes.
17            MS. GREENE:  Okay, I'm just about
18       done.  What I want to do is take a short
19       break and then we'll come back and finish up.
20            THE WITNESS:  So what -- how long do
21       we need?
22            MS. GREENE:  Let's take ten minutes.
23            MR. GAGE:  Okay, we'll come back ten
24       minutes after the hour.
25            THE WITNESS:  All right.
```

Page 121

Page not submitted in support of
Google's motion for summary judgment