

1(212) 318-6267
saratomezsko@paulhastings.com

December 20, 2021

**VIA ECF**

The Honorable Lorna G. Schofield
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application **GRANTED**. By **December 24, 2021**, Defendant shall its reply in support of its motion for summary judgment and any opposition to Plaintiff's motion for summary judgment. By **January 14, 2022**, Plaintiff shall file her reply in support of her cross-motion for summary judgment. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 180.

Dated:  December 21, 2021
        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:     *Ulku Rowe v. Google LLC*, Case No. 1:19-cv-08655 (LGS)(GWG)

Dear Judge Schofield:

We represent Google in the above-captioned matter. Pursuant to Rule I.B.2 of Your Honor's Individual Rules and Procedures for Civil Cases, we write to request a brief extension of time file a reply in further support of Google's Motion for Summary Judgment (ECF 134) and opposition to Plaintiff's Motion for Partial Summary Judgment (ECF 152). The original deadline to file the response is Wednesday, December 22, 2021. We are seeking a brief two-day extension on these deadlines until Friday, December 24, 2021. We have agreed to and hereby also request a similar adjournment of Plaintiff's deadline to submit her reply in further support of her Motion for Partial Summary Judgment (ECF 152) from January 12, 2022, to January 14, 2022. We have met and conferred with Plaintiff's counsel, and Plaintiff consents to the requests. This is our first request to the Court for an extension of time in connection with the parties' cross motions for summary judgment. The two-day extension will not affect any other dates in the case.

We thank the Court for its consideration of this matter.

Respectfully submitted,

Kenneth W. Gage
Sara B. Tomezsko
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
t: (212) 318-6000
kennethgage@paulhastings.com
saratomezsko@paulhastings.com

*Counsel for the Defendant*

cc: All parties (via ECF)