# **EXHIBIT 1**

```
                                                              Page 1
 1                    - KEVIN LUCAS -

 2      IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF NEW YORK
 3      --------------------------------------- X
        ULKU ROWE,
 4
                         Plaintiff,
 5
                                        Case No.
 6                                      19 Civ. 08655(LGS)(GWG)

 7                       v.

 8      GOOGLE LLC

 9                       Defendant.

10      --------------------------------------- X

11      DATE:  October 27, 2020

12      TIME:  11:35 A.M.

13

14              VIDEOTAPED VIDEOCONFERENCE DEPOSITION

15      OF KEVIN LUCAS, held via Zoom, pursuant to Notice,

16      before Hope Menaker, a Shorthand Reporter and

17      Notary Public of the State of New York.
```

Page 130

- KEVIN LUCAS -

 2   MR. GAGE: Okay.
 3   Q.   Do you know whether this relates to
 4   leveling or performance evaluations?
 5   A.   Leveling or performance evaluations?
 6   So neither I guess I would say, because what it
 7   appears as though this is the rubric by which we
 8   assess candidates for in the interview process.
 9        So let me scroll down here.  How this
10   would typically work is when the role is opened
11   and the -- the role is leveled as an 8, we choose
12   the rubric for that respective level and job; and
13   as you move through the interview process, your
14   interviewers submit feedback in GHire that
15   correlates to the descriptors that are in this
16   spreadsheet.  Does that make sense?
17   Q.   Yes?
18   A.   Okay.
19   Q.   And these are Google-wide rubrics,
20   correct?
21   A.   So I can't read the words, by the
22   way, in the format in which it's opened, but we
23   have rubrics for roles at Google.  The descriptors
24   will look different across level based on your
25   role.

Page 131

- KEVIN LUCAS -

 2        So for example an L 8 people partner
 3   that I am, I will be assessed against four
 4   attributes and how we describe those will be
 5   different than an L 8 attorney or an L 8 SWE
 6   director, et cetera because you -- you have to
 7   provide kind of the job relevance descriptors
 8   there.
 9        So the rubrics exist across roles and
10   levels, but the content within the rubrics will
11   vary based on your role.
12   Q.   Okay, and so these rubrics apply to
13   all 12 of those positions, but the specifics of it
14   would be adapted for each position; is that right?
15             MR. GAGE: Objection.
16   A.   Probably.  So maybe if I -- I
17   describe this.
18        If you go to Page 5 which is titled
19   "Leadership L 8," again I can't read the content
20   in each cell because it's all compressed in this
21   view of the document, but you would see like
22   for SWE-- well, for leadership here you have your
23   attributes on the left-hand side and how it's
24   described across kind of interview assessment
25   ratings; and in the tools as you hover over these

Page 132

- KEVIN LUCAS -

 2   ratings for each attribute, it pops up the
 3   descriptors.  So that's how you start to assess.
 4        The descriptors within the rubrics
 5   will vary based on your job family to become
 6   more relevant to the role in which you're being
 7   considered -- for which you're being considered.
 8   Q.   So how are these Google-wide rubrics
 9   used then?
10             MR. GAGE: Objection.
11   Q.   So, for instance, on the same page
12   that you were just on which was the "Leadership
13   L 8" --
14   A.   Yes.
15   Q.   -- the first characteristic is
16   "Adapt"?
17   A.   Yup.
18   Q.   And "Outstanding," I can read it to
19   you, is "Proactively anticipated change using
20   market insights and envision future scenarios
21   beyond the apparent limits of present
22   opportunities.  Effectively coached the team
23   through this change and achieve an organizational
24   success."
25   A.   Thank you for clarifying and -- and

Page 133

- KEVIN LUCAS -

 2   reading that.  There's an important distinction.
 3        So for the leadership assessment in
 4   the interview process, those are consistent across
 5   L 8s, all roles.  The other attributes for which
 6   you're accessing them like general cognitive
 7   ability, role-related knowledge, those vary by job
 8   family.
 9        Apologies, I just -- I didn't
10   articulate that correctly earlier.
11   Q.   Okay.
12   A.   That's an important distinction.
13   Q.   Okay.  Is Googliness something that's
14   applied across all positions or that is unique to
15   a position?
16   A.   To my knowledge, Googliness is
17   applied across all roles at Google.  Where you see
18   differentiation in the rubrics is in role-related
19   knowledge and GCA by the job family, yeah.
20   Q.   And is part of this the -- the reason
21   to have Google-wide rubrics to ensure that a Level
22   8 in one group is the equivalent of a Level 8 in
23   another group, to have some consistency across the
24   company in terms of how leveling -- what leveling
25   signifies?

Page 134
```
 1              - KEVIN LUCAS -
 2       A.   Yes, that is an -- one component of
 3  it.  These five attributes that you see on Page 5
 4  here, "Adapts, Collaborates, Delivers, Includes
 5  and Inspires;" these are the attributes that make
 6  up our leadership expectations that are consistent
 7  across all leadership roles at -- at Google.
 8              So we actually have a leadership
 9  expectations framework that largely describes the
10  what of leadership roles, so that is kind of a
11  point of consistency.
12       Q.   Okay, and with respect to this
13  document it goes up to Level 8 plus, correct, if
14  you look at the table of contents?
15       A.   Oh, sorry.
16              Yes, Level 8 plus.
17       Q.   So at Level 8 and above there's a set
18  that the same rubrics are used for above -- Level
19  8 and above, correct?
20       A.   Yes, for Googliness and leadership
21  which are two of the four attributes that we
22  assess in the interview process.
23       Q.   Well, in this document GCA also has
24  Level 8 plus, right?
25       A.   So, yes, but I think -- let me
```

Page 135
```
 1              - KEVIN LUCAS -
 2  double-check.  I don't remember seeing it in this
 3  form before, hold on.
 4              MR. GAGE:  Again, just note for the
 5         record that the witness can't -- cannot read
 6         all of the content of this document that's in
 7         front of him.
 8              MS. GREENE:  We're told it's because
 9         he has Chromebook.
10       A.   Stupid Chromebook.
11       Q.   Sorry.
12       A.   I'm literally going to trade it in
13  for a Mac, which is -- is totally fair.
14              In -- a different way to describe it,
15  the most variation comes in role-related
16  knowledge, because you can't have consistent
17  role-related knowledge across every role at
18  Google.  Leadership and Googliness are two that
19  are more universally consistent.
20              GCA is largely kind of a
21  problem-solving one, a problem-solving attribute
22  whereby you'll probably see a little variation,
23  but practically speaking the principles of problem
24  solving still apply by which you identify a
25  problem, formulate a hypothesis, gather through
```

Page 136
```
 1              - KEVIN LUCAS -
 2  data, analyze it, launch, iterate, like, that
 3  construct is pretty consistent across the board.
 4              Again it's the hierarchy where you'll
 5  find wide differentiation, because all jobs are --
 6       Q.   Right.
 7       A.   -- jobs that are different.
 8       Q.   So, for instance, with respect to GCA
 9  the problem that you're solving for may be
10  different, but -- across roles, but how you're
11  assessed in terms of whether you're able to
12  problem solve should be rather consistent across
13  roles; is that fair?
14       A.   That's a much fairer way to say it.
15       Q.   Okay.  You can put that document
16  aside.
17              I would like you to look, as soon as
18  it's up, at Tab 136.
19       A.   Okay.  I'm just zooming in, but feel
20  free to go ahead.
21       Q.   We're going to mark this as Exhibit
22  65 and this document is Bates stamped
23  GOOG-ROWE-00029598.
24              MR. GAGE:  The one I'm looking at is
25         29597.
```

Page 137
```
 1              - KEVIN LUCAS -
 2              MS. GREENE:  All right, let me make
 3         sure I --
 4              MR. GAGE:  I mean -- well, it starts
 5         at 29597.  It also has 29598, but it's a
 6         two-page document, the one that I'm looking
 7         at.
 8              MS. GREENE:  Thank you.  Mine --
 9         mine had a different screen.  It's
10         GOOG-ROWE-00029597 through 98.
11              MR. GAGE:  That's the one that's
12         here, yeah.
13              MS. GREENE:  Thanks for that.
14              (Whereupon, Exhibit 65 was marked at
15         this time.)
16       Q.   Do you recognize this document?
17       A.   Yes, the contents I'm -- I'm familiar
18  with.
19       Q.   Okay.  If you can look at the section
20  under "Salaries" --
21       A.   Yeah.
22       Q.   -- it says "Your salary reflects toy
23  role, level, and location."  Is that a true
24  statement for Google?
25       A.   Yes.  Yes, it is.
```

Page 166

- KEVIN LUCAS -

A. In -- in my opinion, that's an inappropriate use of the rationale for it. The intent behind this is to differentiate performance when all things are similar, right.

So if you have two L 8 TSC directors sitting in New York who have identical tenures and same performance ratings, we ask -- or we recommend or suggest that managers can differentiate the performance between those two same individuals since they are arguably within the same rating bucket.

So if all things are reasonably similar, this is a manager's opportunity to say Google -- if they were both rated consistently meets expectations, I'm going to exercise more discretion for Googler A because they were the higher in that meets, perhaps almost exceeds expectations and exercise perhaps no discretion for Googler B who was the lower end of meets.

So the intent is to differentiate within the rating buckets.

Q. And if there were two Googlers who were in the same geo and the managers were to say they're performing the same job at the same

Page 167

- KEVIN LUCAS -

performance levels, right, both exceeds expectations, but one is a Level 8 and one is a Level 9 and so I want to pay them the same, can they make that adjustment?

MR. GAGE: Objection.

A. So there are bounds by which managers are capped to make a decision, but I think there's -- pardon the expression, but kind of a -- a flaw in the question because if two Googlers are performing at the same level and one is a Level 8 and one is a Level 9, then I would actually argue that that Level 9 is not meeting the expectations of the role and perhaps that Level 8 is actually meeting or starting to meet the expectations of the Level 9 which means they're likely on a promotion trajectory or should be promoted in the near term.

So in -- we can't take a consistently meets expectations Level 8 and consistently meets expectations Level 9 and say they're the same performance, because they're fundamentally performing different jobs that likely have different scopes.

Q. And what I'm saying is: If the

Page 168

- KEVIN LUCAS -

manager who is managing both of these people says I know these people are actually doing the same thing at the same level, can he make adjustments or she make adjustments to compensation to account for that?

MR. GAGE: Objection.

A. Generally speaking it would be incredibly difficult for them to be able to do that because the guardrails we put in place in planning, work to prevent any sort of leapfrogging across levels.

Q. And so are you familiar, in any instances, where it's been determined that someone was incorrectly leveled at the time they came in?

A. I wouldn't necessarily say incorrectly leveled. I -- I would actually look at it as their performance and impact. So if they were delivering high performance and next-level impact, then we would promote them whether that was six months after hire or two years after hire.

So it -- in -- in my head the way in which I guide clients is it's less about the level and more about what they're actually delivering to the business; and if they're delivering at the

Page 169

- KEVIN LUCAS -

next level, then we should acknowledge that through promotion.

Q. Are you -- putting aside Ms. Rowe, are you aware of any circumstances where an individual has said I was misleveled as compared to someone in the same -- performing the same job as me?

A. I -- I can't think of kind a formal complaint about misleveling.

Q. Are you -- are you aware as to whether ER has a category of complaints that relate to leveling decisions?

A. I am not.

Q. Are you aware of anyone's leveling -- level being changed in response to a complaint about their initial leveling?

A. No, I'm not aware of any situation for which that's happened.

Q. So once someone is leveled, their only way to get that level changed upwardly is through the promotion process?

A. From my observation, that is the primary vehicle. That said, I don't have visibility into every area of Google so I cannot