# EXHIBIT 2

```
                                                              Page 1
 1                        - WILL GRANNIS -

 2      IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF NEW YORK
 3      --------------------------------------- X
        ULKU ROWE,
 4
                         Plaintiff,
 5
                                        Case No.
 6                                      19 Civ. 08655(LGS)(GWG)

 7                       v.

 8      GOOGLE LLC

 9                       Defendant.

10      --------------------------------------- X

11      DATE:  October 29, 2020

12      TIME:  11:33 A.M.

13

14              VIDEOTAPED VIDEOCONFERENCE DEPOSITION

15      OF WILL GRANNIS, held via Zoom, pursuant to

16      Notice, before Hope Menaker, a Shorthand Reporter

17      and Notary Public of the State of New York.

18

19

20

21

22

23

24

25
```

Page 158

```
 1                    - WILL GRANNIS -
 2       Q.    So -- right, he writes "The role
 3  responsibility is the same, but with a more
 4  targeted focus on the FSI global clients,"
 5  correct?
 6       A.    Yes, more customer focus.
 7       Q.    And then in next paragraph he
 8  discusses the financial services vertical lead
 9  role?
10       A.    Yes.
11       Q.    Did Google have any requirement that
12  there be a certain number of external candidates
13  when hiring for a position?
14             MR. GAGE: Objection.
15       A.    I'm not aware of any such
16  requirement.
17       Q.    Okay.  You can put that aside.
18             I would like you now to look at Tab
19  88.
20       A.    Okay.
21       Q.    We're going to mark --
22             MS. GREENE: Ken, do you have the
23  document as well?
24             MR. GAGE: I do.  Thank you.
25       Q.    We're going to mark this as Exhibit
```

Page 159

```
 1                    - WILL GRANNIS -
 2  94, Bates stamped GOOG-ROWE-00006729 through 730.
 3             (Whereupon, Exhibit 94 was marked for
 4       identification.)
 5       Q.    On June 14, 2018 at 11:25, do you see
 6  Melissa Lawrence's e-mail?
 7       A.    I do.
 8       Q.    And looking at that second paragraph.
 9  What she writes there with respect to levelling,
10  was it your understanding that even though the
11  role had been scoped as a VP level role it was
12  not possible for -- for Ms. Rowe to move from the
13  Level 8 to the VP level?
14             MR. GAGE: Objection.
15       A.    I -- I wasn't involved in selecting
16  for the role, so I can't -- you know, I can't talk
17  to what selection criteria and how they would
18  choose internal versus external and how they would
19  do that.  I do -- I do know that in my experience
20  at Google transfers between orgs very rarely come
21  with any promotion.
22       Q.    Okay.  So here she writes, "I do want
23  to flag that if you were to be selected for this
24  role you would do it at your current level.  We do
25  not up-level candidates when taking on a new
```

Page 160

```
 1                    - WILL GRANNIS -
 2  role."  Was that consistent with what your
 3  understanding was; does that reflect what your
 4  understanding was as well?
 5             MR. GAGE: Objection.
 6       A.    Again, I didn't have knowledge of the
 7  requirements of the -- the role and what levels
 8  would be considered for it.  My only knowledge was
 9  a general observation of patterns broadly, not
10  specific to this role.
11       Q.    If you can look at Ms. Rowe's
12  response to you -- Ms. Rowe's response I should
13  say, she says "I do find it troubling that all the
14  external candidates to date have been considered
15  for the VP role and I would not be.  I know the
16  two finalists to date and I firmly believe I am
17  more qualified and bring more to the table than
18  both of them.  I'm only looking for a fair
19  treatment as the external candidate."  Do you see
20  that?
21       A.    I do.
22       Q.    Had you discussed with Ms. Rowe
23  generally the types of people that were being
24  considered for the VP role?
25       A.    I didn't know who was being
```

Page 161

```
 1                    - WILL GRANNIS -
 2  considered, so no.
 3       Q.    Okay.  Can you turn to Page 89 -- or
 4  Tab 89 I should say.
 5       A.    Hold on, I have to turn my computer
 6  sideways.
 7             Okay.
 8       Q.    We're marking this as Exhibit 95,
 9  Bates stamped P000706.
10             (Whereupon, Exhibit 95 was marked at
11       this time.)
12       Q.    Do you recognize this exchange with
13  Ms. Rowe?
14       A.    Yeah, looks familiar.
15       Q.    Okay, and if you can look -- is that
16  you on the left-hand side?
17       A.    It is.
18       Q.    Okay, and if we can look at the
19  second entry from the bottom that begins with
20  "You're awesome, Ulku"?
21       A.    Yep.
22       Q.    Do you see where it says "Time to
23  crush two other obviously inferior candidates"?
24       A.    Yes.
25       Q.    Did you know with particularity who
```

## Page 162

- WILL GRANNIS -

those candidates were?

    A.    No, this was -- this was a motivational note to -- in support of an employee of mine who was going up for something, for another job.

    Q.    A job that you believe that she was qualified for, correct?

    MR. GAGE:  Objection.

    A.    A job I certainly believed that if she thought she was qualified for and she's being given an opportunity to interview for, she should go out and do it to the best of her ability which is why I start the thing with "you're awesome, go get it."

    Q.    Can you identify any employees in Google Cloud that you believed were move qualified for the position as financial services vertical lead, so internal candidates, than Ms. Rowe?

    MR. GAGE:  Objection, asked and answered.

    A.    It would be extremely difficult for me to rewind back in time and think back to when this was happening and think about all the people that could have been and should have been

## Page 163

- WILL GRANNIS -

considered. I mean, this is an organization of tens of thousands of people so I guess I have a really hard time answering that definitively.

    Q.    I'm asking something a little different which is: Sitting here right now if you were to say based on everyone that I know in Google Cloud or I'm familiar with in Google Cloud, is there someone who you think was more qualified for the financial services vertical lead than Ms. Rowe?

    MR. GAGE:  Objection. For what role?

    MS. GREENE:  The financial services vertical lead role.

    MR. GAGE:  In Tariq Shaukat's organization mis that the one you're talking about?

    Q.    I'm talking about the financial services vertical lead role that we're discussing right now.

    MR. GAGE:  Okay. Objection.

    A.    I mean, there's a reason why I don't hire for vertic -- financial services vertical lead, because it's not an area I know well enough to be a definitive, you know, expert in assessing

## Page 164

- WILL GRANNIS -

qualifications for a vertical lead like that.

    Q.    So is the answer that you're not aware of anyone who's more qualified?

    MR. GAGE:  Objection. I don't think that's what he said.

    A.    My answer is I can't assess it.

    Q.    I'm asking you using what you know about Ms. Rowe and about other people to tell me based on what you know of Ms. Rowe's qualifications, is there anyone that you know who has greater qualifications with respect to the financial services vertical lead role?

    MR. GAGE:  Objection, asked and answered.

    A.    I mean, I can't -- I can't think of someone because I can't evaluate -- I can't evaluate what those criteria would be. I never hired for that type of a role before, so I don't know how I would evaluate.

    Q.    Okay, but there's also no obvious like absolutely it's this person who blows Ulku out of the water; is that -- is that a fair summary then?

    A.    That would req --

## Page 165

- WILL GRANNIS -

    MR. GAGE:  Objection.

    A.    That would -- it would require me to know the -- the tenets of the job well enough to make the same assessment, but in reverse.

    Q.    Do you know whether she was, in fact, interviewed for the role?

    A.    You know what, I don't -- with a hundred percent certainty, I -- I don't know.

    Q.    Now, at that point in time you had been supervising -- you had supervised her for a little over a year in OCTO before she moved out of your organization or a year and a half, approximately.

    A.    Uh-huh.

    Q.    Did anyone speak with you about her candidacy for this position?

    A.    I was not on the hiring panel. I was not, you know, given a formal recommendation, but I definitely provided to Brian as noted earlier, you know, enthusiasm as I directed to Ulku directly, enthusiasm for her qualifications and knowledge around financial services, so...

    Q.    In the hiring process either for internal or external candidates, is there a means