# EXHIBIT 3

```
                                                                    Page 1
 1                       - STUART VARDAMAN -

 2      IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF NEW YORK
 3      --------------------------------------- X
        ULKU ROWE,
 4
                         Plaintiff,
 5
                                      Case No.
 6                                    19 Civ. 08655(LGS)(GWG)

 7                  v.

 8      GOOGLE LLC

 9                       Defendant.

10      --------------------------------------- X

11      DATE:  November 17, 2020

12      TIME:  9:37 a.m.

13

14              VIDEOTAPED VIDEOCONFERENCE DEPOSITION

15      OF STUART VARDAMAN, held via Zoom, pursuant to ^

16      Notice, before Hope Menaker, a Shorthand Reporter

17      and Notary Public of the State of New York.

18

19

20

21

22

23

24

25
```

```
                                    Page 42
 1              - STUART VARDAMAN -
 2   her background was?
 3        A.   Not that I recall.  I think it was
 4   known that she had an industry background.
 5        Q.   What did you know about her industry
 6   background?
 7        A.   I think that she was at JPM.  Yeah,
 8   that's pretty much it.
 9        Q.   That's pretty much all you knew about
10   her background?
11        A.   Correct.
12        Q.   Do you know what role she had at
13   JPM?
14        A.   No, not that I recall.
15        Q.   Do you know how many years she had in
16   the financial services industry?
17        A.   Not -- no, not that I recall.
18        Q.   Do you know what her technological
19   background was, her technology background?
20        A.   No.
21        Q.   Do you know what advanced degrees she
22   had?
23        A.   I don't recall --
24             MR. GAGE:  Objection.
25        A.   -- ma'am.
```

```
                                    Page 43
 1              - STUART VARDAMAN -
 2        Q.   Did you know --
 3        A.   I was asked to put her in process and
 4   I did.
 5        Q.   Okay.  I'm asking:  At any point in
 6   time, did you learn what her qualifications were?
 7        A.   No.
 8        Q.   At any point in time, did you learn
 9   what her industry background was beyond the fact
10   that she worked at JPM?
11        A.   At any point in time?
12        Q.   Yes.
13        A.   No.
14        Q.   At any point in time, did you learn
15   what her management background was managing teams?
16        A.   No.
17        Q.   At any point in time, did you learn
18   what advanced degrees she had?
19        A.   You already asked that question.
20        Q.   I'm asking now at any point in time.
21        A.   No, I didn't spend time on it.
22        Q.   At any point in time, did you do
23   anything to educate yourself about her
24   qualifications for the role?
25        A.   Ma'am, you know, we may have had -- a
```

```
                                    Page 44
 1              - STUART VARDAMAN -
 2   conversation early on where I highlighted the
 3   process and that we were putting her in process
 4   and I'm -- I'm -- over the course of that
 5   conversation, yeah, we may have spent some time on
 6   her background.
 7        Q.   Are you referring to a conversation
 8   you had with Ms. Rowe?
 9        A.   Yeah.
10        Q.   When was that conversation?
11        A.   Oh, goodness.  It would have been
12   after Tariq asked our team to put her in process
13   for the head of financial services.
14        Q.   Please tell me everything you recall
15   about that conversation.
16        A.   Given she was a Googler, I wanted to
17   share with her the process that we were running
18   and we spent some time talking about her
19   background as a means to spend a few minutes,
20   quote/unquote, getting to know each other.
21        Q.   What did you discuss about her
22   background?
23        A.   I don't recall.  It was quite some
24   time ago.
25        Q.   How long did that conversation last?
```

```
                                    Page 45
 1              - STUART VARDAMAN -
 2        A.   I -- I can't say for sure.
 3        Q.   Was it more than five minutes?
 4        A.   I'm sorry, did you say more than five
 5   minutes?
 6        Q.   Yes.
 7        A.   Yes, for -- for sure.
 8        Q.   Was it more than fifteen minutes?
 9        A.   If I think about conversations like
10   that it probably would have clocked in at about
11   forty-five minutes, but again I can't state for
12   sure.
13        Q.   At any point in time, did you review
14   Ms. Rowe's resume?
15        A.   I don't remember.
16        Q.   At any point in time, did you review
17   Ms. Rowe's LinkedIn profile?
18        A.   I'm sure I would have come across it,
19   yeah.
20        Q.   Do you recall whether you reviewed
21   it?
22        A.   Reviewing and looking at it, yeah,
23   probably.
24        Q.   I'm asking if you have an independent
25   recollection of actually viewing it or just you
```

Page 46

- STUART VARDAMAN -

are assuming you would have.

A. I'm assuming that I would have.

Q. Do you recall anything else with respect to the conversation you had with Mr. Shaukat regarding her entering the process?

A. The conversations specifically, no. Again, he asked to include her in the process and we made that happen.

Q. Did you understand her to have raised her hand to be considered for the position?

A. I don't recall --

MR. GAGE: Objection.

A. I don't recall if she had applied.

Q. Do you recall being interviewed by employee relations in connection with Ms. Rowe?

A. Whether or not I knew on the outset it had to do with Ulku I can't say for sure, but I think the content of that conversation centered there or as a topic. So, yeah, I do recall speaking with employee relations.

Q. Did you actually get interviewed on two occasions by employee relations?

A. It's possible.

Q. Do you recall telling employee

Page 47

- STUART VARDAMAN -

relation -- employee relations that she may have bubbled it up, the position, herself to Tariq?

A. I don't recall saying that exactly.

Q. Whether you said that exactly, in sum or substance do you recall saying to ER that she might have been the one to raise her hand for that position?

A. I -- I really can't say. I don't remember the exact context and all the content of that discussion.

Q. Do you recall, putting aside that discussion, whether at any point in time you learned that Ms. Rowe had raised her hand to be considered for the position?

A. I -- I'm sorry, I'm having trouble remembering the detail that you want.

Q. Do you recall whether you had conversations with Ms. Rowe about whether she was the one to throw her hat into the ring, so to speak?

MR. GAGE: Objection.

A. No. As I mentioned -- sorry, my screen keeps blanking out. As I mentioned, I connected with her. I believe it was after Tariq

Page 48

- STUART VARDAMAN -

asked us to put her in process.

Q. Were you surprised that Mr. Shaukat was considering someone at a Level 8?

A. That was my assumption on her level. My job is not to be surprised. When my hiring manager asks me to involve a Googler in the process, I do that.

Q. Did Mr. Shaukat share with you that she was wasn't senior enough for the role, but he still wanted you to put her in the process anyway?

A. Not that I recall.

MS. GREENE: We have been going about an hour, does anyone need a short break? Let's take a five-minute break and we'll come back and continue on. Our -- our videographer will take it off the record.

MR. GAGE: Okay.

THE VIDEOGRAPHER: Going off the record, the time is 10:41 a.m. New York time.

(Whereupon, a brief discussion was held off record.)

THE VIDEOGRAPHER: The time is 10:49 a.m. New York time, we're back on the record.

Q. Okay. Mr. Vardaman, I would like you

Page 49

- STUART VARDAMAN -

to look back at the Box again and you may need to refresh.

A. Okay.

Q. And we're looking for a document that was previously marked as Exhibit 51. Tell me when you have that open.

A. Forgive me. I'm not trying to be dense here. What you do you mean previously marked as 51? Can you share the whole title.

Q. It says "Exhibit 51" in the Box.

A. Okay. Well, I have two 51s in there.

MR. GAGE: And this one says X0051Bern version.

A. Okay, okay. Okay, I got it.

MR. GAGE: That just simply means it was marked as an exhibit during a prior deposition.

THE WITNESS: Ah. Okay, got it.

Q. Do you have that document open?

A. I do.

Q. Okay. The document you're looking at was previously marked as Exhibit 51, Bates stamped GOOG-ROWE-00056990 through 014. So if you look at this document, in the upper right-hand corner are

Page 66

- STUART VARDAMAN -

2   A.   I do.
3   Q.   Does that refresh your recollection
4   about whether Mr. Stevens was supportive of her
5   interviewing for the role?
6   A.   Honestly, that would have been a
7   conclusion that I reached given -- given Eryka's
8   e-mail, the previous exhibit.
9   Q.   At any point in time, did anyone tell
10  you that Mr. Stevens was not supportive of her for
11  the role?
12  A.   No.
13  Q.   Did you discuss that with Mr.
14  Shaukat?
15  A.   Discuss what?
16       MR. GAGE:  Objection.
17  Q.   Whether Mr. Stevens was supportive of
18  her for the role.
19  A.   No, that would have been a
20  conversation between VPs.
21       If, you know, I can shed a little bit
22  more light about my intent in these, messages like
23  these for candidates both in Goog -- in internal
24  and external, it's a -- it's an attempt to help
25  the candidates put their best foot forward so that

Page 67

- STUART VARDAMAN -

2   a panel member could read some of this and say
3   okay, I am -- I am interested in meeting this
4   candidate and -- and so there -- there's some
5   content in there to -- to help, in this case, Ulku
6   put her best foot forward.
7   Q.   Who made the decision about who Mr.
8   Rowe's interview panel would be?
9        MR. GAGE:  Objection.
10  A.   That would have been a conversation
11  likely during one of our meetings between Tariq
12  and Fiona O'Donnell at the time.  It would have
13  been a -- Tariq's business partner -- HR business
14  partner, excuse me, and me.
15       And, if -- if I can, the -- the
16  reason that that's a discussion is because we want
17  panel members, A, to be objective, but then, B,
18  representative of relationships that a given
19  candidate might be expected to work with closely
20  for the benefit of our -- of our customers.
21  Q.   What did you discuss with respect to
22  who would be the panel members for Ms. Rowe's
23  interview?
24  A.   I don't recall specifics.  As -- as I
25  had mentioned in an earlier exhibit, Brian

Page 68

- STUART VARDAMAN -

2   had -- had stepped back from the panel interviews
3   and -- and so we ultimately landed at the
4   panelists that were -- that are listed in -- in
5   GHire, I guess.
6   Q.   Looking again at Exhibit 106 under
7   "Impression," the bullet "Impression."
8        You write "Executive poise confident,
9   but not ego driven, forthright with a quick
10  operating cadence."  Do you see that?
11  A.   Yes, I do.
12  Q.   What was that impression based on?
13  A.   That would have been my meeting with
14  her, the -- the one that I had mentioned was
15  probably around 45 minutes.  Again, this is my
16  attempt in my job to help ensure that candidates
17  are -- are putting their best foot forward with
18  the information that -- that I tee up panel
19  members for.  I -- yeah.
20  Q.   You've only been giving accurate
21  information as part of these e-mails, correct?
22  A.   Yes, for the benefit of the
23  candidate.  I can tell you that my personal
24  impression in my conversation was -- was that I
25  was talked down to that I felt as -- as a result

Page 69

- STUART VARDAMAN -

2   of my level.
3   Q.   What made you feel like you were
4   talked down to?
5   A.   There was a perceptible, perceivable
6   annoyance I think with the -- the conversation
7   that -- that she had with me.
8   Q.   And tell me about that.
9   A.   I felt dismissed at the end of the
10  day as a result of my conversation with -- with
11  Ulku.
12  Q.   What did she say that made you feel
13  dismissed?
14  A.   I don't recall specifics.
15  Q.   What made you say -- what did she say
16  that made you perceive that she was annoyed?
17       MR. GAGE:  Objection.
18  A.   It would have been a combination of
19  her -- I -- I think of her demeanor and her -- her
20  word choice in that meeting with me, but again the
21  specifics I -- I don't recall exactly.
22  Q.   What about her demeanor?
23       MR. GAGE:  Objection.
24  A.   Again, the conclusion I felt as a
25  result of interacting with her was that I felt

Page 70

- STUART VARDAMAN -
dismissed and -- and talked down to I -- I guess
by the fact I was having and requesting a meeting
with her to -- to shed light on the process.
    I think it's important to note that
none of that came out here in this note to Jason
in advance of the interview prep, hence going back
to what I said earlier about ensuring that the
candidates are being presented the best possible
light.
    Q.  I understand how you felt leaving
that meeting.  Now I want you to explain to me
what she did or what she said that led you to feel
that way.
    MR. GAGE:  Objection.  Asked and
    answered.
    A.  Again I -- I can't recall the
specifics, ma'am.  There is an aspect of being
successful at Google, which is this notion of
Googleyness, and part of that is encapsulated
with openly and actively working across the
organization regardless of level, sometimes L 2s.
And, again, my impression/feeling after my
conversation with Ulku was that I was dismissed
and be -- because of level.

Page 71

- STUART VARDAMAN -
    Q.  What was the last thing, because of
what?
    A.  Because of my level, being an L 6 and
being involved in this process as -- as
essentially the facilitator of -- of the process
we were running.
    Q.  Did she know your level?
    A.  I don't know.
    Q.  Did you do anything to document your
impressions leaving that meeting?
    A.  I don't think so, no.
    Q.  Did you share those impressions with
anyone?
    A.  No, it's not my job.
    Q.  In that meeting, did Ms. Rowe express
any frustration that she had not been contacted
before about the position?
    A.  Not that I recall, no, ma'am.
    Q.  Do you recall her again noting
that -- or alluding to your recruiting process
when she joined and that she thought OCTO group
was a holding place until verticalization?
    A.  Verticalization, this stuff on the
last couple of docu -- or couple of exhibits ago,

Page 72

- STUART VARDAMAN -
no, ma'am.  I mean, we're -- we're getting back to
2018 here and -- and I'm -- you know, I -- I just
-- just don't -- don't recall the specifics.
    Q.  Do you recall whether she was unhappy
with the process as opposed to being unhappy with
you?
    A.  No.  I -- I don't recall the -- any
-- any difference there.  If I were in her shoes,
I would have been excited to run the process.
    Q.  Did Mr. Shaukat interview her for the
role?
    A.  It depends on what you mean by
"interview."  I don't -- I don't know if there's a
specific meeting document in GHire.
    Q.  Do you know if at any point in time
he met with her to discuss her qualifications for
the role?
    A.  No, ma'am, I don't have insight into
that meeting.
    Q.  Do you know if that meeting ever took
place?
    A.  No, ma'am, I really don't.
    Q.  Would -- you described for me as a --
as a point in the process that Mr. Shaukat would

Page 73

- STUART VARDAMAN -
meet with candidates.  Do you know whether he did
that with Ms. Rowe?
    A.  I don't.  What I was describing there
was largely for external candidates.
    Q.  Did Mr. Shaukat ever share feedback
with respect to his view of her qualifications for
the role?
    MR. GAGE:  Objection.
    A.  His view -- I'm sorry?
    Q.  Did Mr. Shaukat --
    A.  His view on who?  I'm sorry.
    Q.  I'll re-ask the question.  Did Mr.
Shaukat ever share with you his view of Ms. Rowe's
qualifications for her consideration for the --
the head of financial services role?
    A.  No, ma'am.
    Q.  Did you ever ask him for
documentation related to his view of her
qualifications for that role?
    A.  No, ma'am.  Again, he -- he asked me
to involve her in the process and because she's a
Googler, that's -- largely how the process
manifested for Ulku is exactly what we would have
done for -- for a Googler whom Tariq wanted to

Page 98

1   - STUART VARDAMAN -
2           (The question and answer requested
3       was read back by the reporter.)
4           MR. GAGE:  Yeah, I thought there was
5       more to his answer because I got bits and
6       pieces of kind of a clipped response on the
7       video as it froze.
8   Q.      So let me ask the question again --
9   A.      Okay.
10  Q.      -- and we can go through.  Who made
11      the decision that she was not viable for the role?
12          MR. GAGE:  Objection.
13  A.      What I captured there is not a
14      decision and that must have been referencing the
15      information I'd received from Darryl and Jason.
16  Q.      So this was your -- this was
17      reflecting your impression based on what you heard
18      from Darryl and Jason?
19  A.      Yeah, most likely.
20  Q.      And what you heard from them came in
21      the form of a ping; is that right?
22  A.      That is correct.
23  Q.      Okay.  We're going to go down again.
24      Give me a minute, I might be able to tell what you
25      page.

Page 99

1   - STUART VARDAMAN -
2   Okay.  We're going to Page 104 in the
3       PDF which is Bates Page 825 and you might need to
4       look to the prior page to see the date, this is
5       August 24th, 2018.  Do you see that?
6   A.      I do.
7   Q.      Okay.  Then going down to the entry
8       for Ulku Rowe it says "Chasing feedback" and does
9       that indicate as of August 24th you were still
10      chasing feedback?
11  A.      In the system, yes.
12  Q.      It says "Met with Sebastian 8/2,
13      Darryl, Jason, Vats 8/8.  Vats liked her.  Darryl
14      liked her.  Had some questions followership."  Do
15      you see that?
16  A.      I do.
17  Q.      Does this reflect what had been
18      communicated to you by Vats and Darryl?
19  A.      Yeah, must have.  Yeah, because I
20      wrote it.
21  Q.      Do you recall Darryl saying he liked
22      her?
23  A.      I don't, but I think as a -- as a
24      matter of practice I would have captured the
25      sentiment and it -- and, as you can see here, it

Page 100

1   - STUART VARDAMAN -
2       looks like he had some questions on her ability to
3       spur followership.
4   Q.      Did he share anything more with you?
5   A.      No, ma'am, not that I recall.
6   Q.      Okay.  We're going to go down again
7       to Page 117, the page Bates stamped 838 and you
8       see this is August 10th, 2018?
9   A.      Yes.
10  Q.      And --
11          MR. GAGE:  I'm sorry, 8 -- 830 what?
12          MS. GREENE:  838.  8-3-8.
13          MR. GAGE:  Oh, okay.  I thought you
14      said 113.
15          MS. GREENE:  117 is the PDF number.
16          MR. GAGE:  All right.
17  Q.      And if you turn to the next page and
18      look at the entry for Ms. Rowe, "This is awaiting
19      complete feedback.  Met with Sebastian, 8/2.
20      Darryl, Jason, Vats, 8/8.  Vats liked her.  Darryl
21      liked her.  Had some questions followership."  Do
22      you see that?
23  A.      I do.
24  Q.      So this is approximately two days
25      after those -- the interview completed, correct?

Page 101

1   - STUART VARDAMAN -
2   A.      8/8 and this is 8/10, yes.
3   Q.      So between 8/10 -- well, at any point
4       after 8/10, did you receive any other feedback
5       with respect to Ms. Rowe?
6   A.      I -- I really don't remember.  It's a
7       flurry of activities to get people to enter their
8       feedback into GHire.
9   Q.      If you had received additional --
10      well, let me ask you this.  With respect to the
11      feedback that you did receive from Mr. Willis, is
12      it reflected here in this entry?
13  A.      Yeah, I think so.
14  Q.      Is there any reason why you did not
15      include feedback that you had received from Mr.
16      Martin in this entry?
17  A.      I may not have been able to get any.
18  Q.      And so your understanding was that at
19      least two of the people that she interviewed with
20      liked her, correct?
21          MR. GAGE:  Objection.
22  A.      From their perspective, that
23      was what I had received.  If I translated it here,
24      there's considerable nuance beneath that which is
25      why I was orienting people toward the entering

```
                                                    Page 106
 1              - STUART VARDAMAN -
 2         (Whereupon, Exhibit 111 was marked at
 3      this time.)
 4      Q.    Do you recognize this as a
 5   communication from yourself dated 12 November,
 6   2018?
 7      A.    I do.
 8      Q.    And who is Dave Beuerlein?
 9      A.    Dave Beuerlein was the leader, the
10   director of the organization I mentioned earlier
11   that I was a part of, the kind of broader LST
12   group that worked across the various product
13   areas.
14      Q.    Do you see where it says "VP
15   Financial Services"?
16      A.    Yes, I do.
17      Q.    Is that referring to the head of
18   financial services role?
19      A.    I think so, yes.
20      Q.    And it says "Two finalists:  [redacted]
21   [redacted] and [redacted] external.
22   Both candidates have completed all stages in the
23   process.  [redacted] met Diane Greene on 10/11 and we
24   have been in a holding pattern since then.  The
25   next step would be to choose the candidate and
```

```
                                                    Page 107
 1              - STUART VARDAMAN -
 2   begin the packet process."  Do you see that?
 3      A.    I do.
 4      Q.    As of November 12th then, had it been
 5   determined that the two finalists for the position
 6   were [redacted] and [redacted]?
 7      A.    No, honestly that looks like an
 8   oversight on my part.
 9      Q.    That you did not know?
10      A.    Correct, and Dave -- or in my email
11   to Dave, I reference the --  the ping
12   conversation.  I'm not sure what the context of
13   that -- or I don't recall what the context of that
14   ping conversation was.
15      Q.    But here you don't make any mention
16   of Ms. Rowe as a finalist for the position,
17   correct?
18      A.    That is correct.
19      Q.    At any point in time was a
20   determination made, that you know of, that Ms.
21   Rowe was not a candidate anymore for the position?
22      A.    No.
23            MR. GAGE:  Objection.
24      A.    Again, the -- the search concluded
25   being canceled with no candidate being selected.
```

```
                                                    Page 108
 1              - STUART VARDAMAN -
 2      Q.    So is it your testimony that she was
 3   not rejected for the role?
 4            MR. GAGE:  Objection.
 5      A.    As I recall, Tariq was going to
 6   circle back with her and let her know where things
 7   landed with Thomas Kurian joining and -- and
 8   ultimately the cancelation.
 9      Q.    So, again, is it your testimony that
10   she was not suggested for the role, that the role
11   closed before there had been a determination with
12   respect to Ms. Rowe; is that your testimony?
13      A.    Correct --
14            MR. GAGE:  Objection.
15      A.    -- the role closed.
16      Q.    Did Mr. Shaukat tell you that he had
17   received a communication from Ms. Rowe saying that
18   she thought she was more qualified than the two
19   finalists?
20      A.    No.
21      Q.    Did Mr. Shaukat tell you that she had
22   told him that she thought he should just give her
23   the role?
24      A.    No, I don't recall that.
25      Q.    Did Mr. Shaukat tell you that she had
```

```
                                                    Page 109
 1              - STUART VARDAMAN -
 2   raised a concern about discrimination?
 3      A.    No, ma'am.
 4      Q.    Did he tell you that she had raised a
 5   concern about her levelling?
 6      A.    No.
 7      Q.    Did he tell you that she had raised
 8   a concern that her initial leveling was
 9   under-leveled and that was impacting her
10   consideration for the VP position?
11      A.    For the lead financial services
12   position, no, not that I recall.  Tariq typically
13   didn't share such -- such things, even if he would
14   have insight into them.
15      Q.    Did Mr. Shaukat tell you that ER was
16   looking into concerns that Ms. Rowe had raised?
17      A.    Not that I recall, no.
18      Q.    Did Mr. Shaukat tell you that he was
19   concerned that she might leave Google?
20      A.    Not that I recall, no.
21      Q.    Did you form your own opinion about
22   Ms. Rowe as a candidate for the VP of financial
23   services position?
24            MR. GAGE:  Objection.
25      A.    My opinion, given she was a Googler,
```