# **EXHIBIT 4**

**From:** "Fiona O'Donnell" <fiona@google.com>
**To:** Melissa Lawrence <hrmelissa@google.com>
**Sent:** Fri, 1 Jun 2018 09:41:49 -0700
**Subject:** Re: Update from [redacted]
**Cc:** Becky Bucich <beckybucich@google.com>

Thanks Melissa. I know Tariq had committed to interviewing Ulku again for the vertical lead role but I don't know if it has happened yet. I'll check with him on it during our next hiring sync.

On Fri, Jun 1, 2018 at 8:42 AM Melissa Lawrence <hrmelissa@google.com> wrote:

> My take is that up until this mile of her negotiation around comp, people were very enthusiastic. The fact that she is quibbling over 70k in a very generous package, declined to Will and I and then escalated to Diane was a turn off.
>
> Between us, Will has raised that Ulku Rowe who would be reporting to the Financial Services lead is far more credentialed in financial services (whole career) versus a couple of years for [redacted]. Just an fyi!
>
> Melissa
>
> On Fri, Jun 1, 2018 at 8:26 AM, Fiona O'Donnell <fiona@google.com> wrote:
>
>> Thanks for the heads-up. Agree, that comp will likely still be an issue and also concerning that folks aren't convinced she'd be a good for google hire.
>>
>> On Fri, Jun 1, 2018 at 6:12 AM Becky Bucich <beckybucich@google.com> wrote:
>>
>>> FYI only- Fiona, we had a candidate to lead OCTO for EMEA (L9 offer, from [redacted]) who declined last week (comp was the gap although we had a very strong offer and stretched to where we felt most comfortable). Bit surprised to see Diane sharing she wants to consider for Finance vertical as I would think we'd run into the same issue. But let's see where this heads. Just cc'ing Melissa as she was actively involved on recruitment of [redacted] for Will/Brian's team.
>>> -Becky
>>>
>>> ---------- Forwarded message ----------
>>> From: **Rachel Quirk** <rachelquirk@google.com>
>>> Date: Wed, May 30, 2018 at 2:55 PM
>>> Subject: Re: Update from [redacted]
>>> To: Becky Bucich <beckybucich@google.com>
>>> Cc: Dave Beuerlein <dbeuerlein@google.com>, Gaurav Munjal <gmunjal@google.com>, Kate Butler <katebutler@google.com>
>>>
>>>> Quick update: Diane responded to say "I would like to introduce her to Tariq as a potential lead for our Finance Vertical, she is incredibly impressive". I'll follow up on this with Tariq and keep you posted in case anything materializes.
>>>> Rachel

CONFIDENTIAL
GOOG-ROWE-00056473

> On 29 May 2018 at 23:15, Becky Bucich <beckybucich@google.com> wrote:
>
>> Appreciate the update Rachel- thanks for forwarding along, Dave.
>
> On Tue, May 29, 2018 at 10:50 AM, Dave Beuerlein <dbeuerlein@google.com> wrote:
>
>> + Becky
>> Thanks for sharing, I'm adding Becky in as well just to make sure we all stay in the loop.
>>
>> Dave
>>
>> Dave Beuerlein  | Director, Leadership Staffing | dbeuerlein@google.com  | 650.214.1007 |  Google Inc.
>
> On Tue, May 29, 2018 at 10:20 AM Rachel Quirk <rachelquirk@google.com> wrote:
>
>> Hi Dave, sharing below re ▮▮▮▮▮. I agree with Will completely, ▮▮▮ last response to escalate to Diane Greene and Brian Stevens is not Googley. Will let you know if/when they respond.
>> Rachel
>>
>> ---------- Forwarded message ----------
>> From: **Will Grannis** <wgrannis@google.com>
>> Date: 29 May 2018 at 17:53
>> Subject: Fwd: Update from ▮▮▮▮
>> To: Brian Stevens <stevensb@google.com>, Diane Greene <dianebgreene@google.com>, Rachel Quirk <rachelquirk@google.com>, Melissa Lawrence <hrmelissa@google.com>
>>
>> ▮▮▮, +Rachel and Melissa
>>
>> Brian and Diane,
>>
>> **tl;dr** I don't recommend you intervene on behalf of OCTO.  If there's a more senior role available outside of engineering, then that may be worth considering (we can handle the cross referral if you agree).
>>
>> **background**: we have been negotiating comp with ▮▮▮ for the past four weeks.  Our final offer, which is well outside guideline was delivered to ▮▮▮ last wk, and she declined it immediately, thanking us for the opportunity.  When I accepted her decline, she immediately escalated to the both of you.  I don't recommend we move any more on comp, and her attempt to leverage a direct appeal to the both of you after she immediately and tersely declined our offer doesn't sit well with me.
>>
>> **next steps:** Unless I hear from you both, I will assume no further action required and we will continue our search for outstanding EMEA OCTO candidates.  We have two very accomplished engineers in the pipeline behind ▮▮▮, so this isn't a complete reset of progress, and the team has been spending a lot of time in region to cover big brands like ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, etc.

Will

On Sat, May 26, 2018 at 4:30 AM ▓▓▓▓▓▓ - PRIVACY wrote:

> Hi Diane and Brian,
> I hope this message finds you well. The conversations with you in the past few weeks truly inspired me. Will Grannis and you convinced me of your vision and I can see contributing to it as a Googler for a long time. As you've indicated, there is so much I can offer, with my data analytics, leadership, and business-to-business experience globally.
>
> However, we have not quite been able to make the financials work. I believe the gap is bridgeable and have shared specific ideas with HR and Will.
>
> Regardless of where this goes, I welcome your staying in touch and remain a fan and friend,
> ▓▓▓
>
> On Fri, May 11, 2018 at 5:09 PM, ▓▓▓▓▓ REDACTED - PRIVACY wrote:
>
>> Dear Diane,
>> It was an honor to meet you. Thank you for the time and insights you shared. Happy to speak with Tariq and have already found Bogomil Balkansky.
>>
>> I hope to be of help to you and Google Cloud - here is to winning the cloud wars!
>>
>> ▓▓▓
>> --
>> ▓▓▓▓
>>
>> REDACTED - PRIVACY

--



Rachel Quirk
Leadership Recruiter
+44 7787 527979
careers.google.com

--



**Rachel Quirk**
Leadership Recruiter
+44 7787 527979
careers.google.com

--



**Melissa Lawrence**
hrmelissa@google.com
Director, People Operations
Google Cloud Platform, Cloud Programs and OCTO

Got questions?
Information for **YOU** at go/MyGoogle or peopleops-help@google.com

CONFIDENTIAL
GOOG-ROWE-00056476