# EXHIBIT 5

4/26/2018                                                      My gHire - Application ID: 419786247

## L9  Technical Director, Office of the CTO (EMEA) - London

### New hire

| | |
|---|---|
| Internal job title | Distinguished Technical Solutions Consultant - 5578 |
| Cost center | GCP OCTO - 673 |
| Location | UK-LON-BEL |

**Reporting chain**
Sundar Pichai > Diane Greene > Brian Stevens > Will Grannis >

### Candidate summary

From recruiter Rachel Quirk and lead Dave Beuerlein

This candidate is an L9 Director Technical Solutions Consultant for the Office of the CTO, reporting to Will Grannis

## Education

| SCHOOL | DEGREE | TENURE | GRADUATED | GPA |
|---|---|---|---|---|
|  | Post Doc, Strategic Communication | 4.9 years |  |  |
|  | Masters of Arts, Master of Arts | 5.9 years |  |  |
|  | Bachelor of Arts, Journalism and Mass Communications | 4.9 years |  |  |

## Work history



| COMPANY | POSITION | TENURE | WHEN |
|---|---|---|---|

💬 *Between June 2004 – October 2005, ▓ took leave for personal reasons

## Assessments

💬 ***1.) Statement of Support from VP Brian Stevens:

"I'm very supportive of hiring ▓▓▓ as a L9 TSC Leader based in London for the Office of the CTO ▓ is a very senior leader who would bring exceptional engagement to our cloud customers and also set the foundation for OCTO's presence in EMEA. She's especially interesting, as

ATTORNEYS' EYES ONLY                                                                                                                          GOOG-ROWE-00059393