# EXHIBIT 7

ATTORNEYS' EYES ONLY



August 31, 2018 (e-mail update)



**Cloud Partners and Industry Platforms: Snapshot**
**Active Executive Searches**



| Tariq Active Searches | |
|---|---|
| **Active Roles** | **High Level Status** |
| Retail | Going External: ▮▮▮▮▮▮ is active in market; Stuart providing names, background on candidates. |
| Financial Services | 2 Candidates for panel: Chasing feedback for Ulku. ▮▮▮▮▮▮ on 9/10 |
| Media & Entertainment | Scheduling Panel Interviews: ▮▮▮▮▮ and ▮▮▮ scheduling with Diane Greene. |
| Gaming | Back to Market: ▮▮▮▮▮▮ and sourcing others. |
| VP, Strategic Accounts | Two Candidates: ▮▮▮▮▮ has gone a little quiet. |
| Global Client Lead Build Outs | Various stages and status. |

**Retail Vertical Lead: ( Finalized JD )**
- **Ideal Profile:** LST is prioritizing candidates from "brick and mortar" retailers that have had to build digital capabilities.  Technology, e-commerce, and digital (CDO) backgrounds.
- **Status**: HM active in market.  Next check in 9/6
- **Panel**: Tariq, Becky, Jason, Greg, Brian.

| Candidate Name | Title and Company | Status | Tariq Action/Perspective |
|---|---|---|---|
| ▮▮▮▮▮▮ : "Kick off" was on 8/10.  Active in market. | | | |
| ▮▮▮▮ | ▮▮▮▮▮▮ | Initial screen with HM; speaking at a Google sponsored event.  Kevin Hartman on Adam Stewart's team will be there. | You want anyone to get "eyes" on ▮? |

GOOG-ROWE-00017817.RR

**Financial Services Lead: (** Finalized JD **)**
- **Ideal Profile:** LST is prioritizing candidates with backgrounds that show clear progression up to senior executive level in the "operations & technology" function.
- **Panel**: Tariq, Becky, Jason, Greg, Brian (Diane on reserve)
- **Status**: New candidates.

| Candidate Name | Title and Company | Status | Tariq Action/Perspective |
|---|---|---|---|
| ███████ | ████████████ ████ | Scheduled with Diane Greene, 9/13. Stuart connected with ██████; she had questions about the strategic importance of the role given the lag time, etc. She's all good. | |
| Uiku Rowe | Google | Sounds like she is not viable for the role. Met with Sebastien, Darryl, Jason, Vats. | What next? L8 Global Client Technical Director FSI? Did Tariq send a note to panel members? |
| ████████ | Google | Scheduling panel interviews: had a hiccup b/c of Sundar request. Sebastien M: 9/7 Brian: scheduling GVC In-person panel: 9/10. | Tariq was going to connect with ████ before we schedule before we loop in DG? |
| ████████ | ████████████ ████ | Potentially interesting, varied background: leans risk but balanced by commercial/strategy. | |
| ██████ | ████████████████ ████████████████ ████ | LST contacting again. | Is Tariq networked to him? |
| ██████████ | ████████████ ████████████ █████ | More technology heavy. | |
| ████████ | ████████████ ████ | Cost cutting, can't be having too much fun. | Tariq knows him? |
| ██████ | ██████████ | Contacted. Likely source due to compensation. ████████ archetype. | |

ATTORNEYS' EYES ONLY



## August 10, 2018



| Tariq Active Searches | |
| --- | --- |
| **Active Roles** | **High Level Status** |
| Retail | Going External: contract resolved.  Scheduling "Kick off" later today. |
| Financial Services | 2 Candidates for panel: two internals |
| Media & Entertainment | Scheduling Panel Interviews: ▇▇▇ with Greg; ▇▇▇ onsite 8/17 |

ATTORNEYS' EYES ONLY

| Gaming | Back to Market: ██████████ and sourcing others. |
|---|---|
| VP, Strategic Accounts | Two Candidates: ████████ |
| Global Client Lead Build Outs | Wild West!!  Going to be a fun ride!  Working closely with L2-L7 team. |

**Retail Vertical Lead: ( Finalized JD )**
- **Ideal Profile:** LST is prioritizing candidates from "brick and mortar" retailers that have had to build digital capabilities.  Technology, e-commerce, and digital (CDO) backgrounds.
- **Status**: Challenging search; relevant candidates in play; likely going external
- **Panel**: Tariq, Becky, Jason, Greg, Brian.

| Candidate Name | Title and Company | Status | Tariq Action/Perspective |
|---|---|---|---|
| ██████████: "Kick off" later today, 8/10. <br> They have the "off limits" list. | | | |

**Financial Services Lead: ( Finalized JD )**
- **Ideal Profile:** LST is prioritizing candidates with backgrounds that show clear progression up to senior executive level in the "operations & technology" function.
- **Panel**: Tariq, Becky, Jason, Greg, Brian (Diane on reserve)
- **Status**: New candidates.

| Candidate Name | Title and Company | Status | Tariq Action/Perspective |
|---|---|---|---|
| ██████ | ██████████ | Per Lauren, Diane wants to see the packet before scheduling with ████. | Tariq in discussions with Diane. Week of 20th. |
| ██████████ | ██████████ | ████ is interested in the "P. Torrey" role for FSI. | Will she be on the technical or non-technical side?  Likely GCL.  Tariq to have another call. |
| Ulku Rowe | Google | Awaiting complete feedback. <br> Met with Sebastien: 8/2 <br> Darryl, Jason, Vats: 8/8: Vats liked her.  Darryl like her, had some questions - followership. | |
| ██████████ | Google | Scheduling panel interviews: <br> Sebastien M: 8/30 <br> Brian: scheduling GVC <br> In-person panel: 9/10. | |

ATTORNEYS' EYES ONLY

Case 1:19-cv-08655-LGS   Document 187-7   Filed 12/24/21   Page 7 of 8

██████████████████████████████████████████████

## August 3, 2018

| Cloud Partners and Industry Platforms: Snapshot<br>Active Executive Searches |
| --- |

████████████████████████████████████████████████

| Tariq Active Searches | |
| --- | --- |
| **Active Roles** | **High Level Status** |
| Retail | <u>Going External</u>: contract resolved.  Scheduling "Kick off" ideally week of 8/6. |
| Financial Services | 3 Candidates for panel: two internals |
| Media & Entertainment | <u>Scheduling Panel Interviews</u>: ████████████ |
| Gaming | <u>Packet Submitted</u>: for ███ |
| VP, Strategic Accounts | <u>Speaking with</u> ████████████ today. |
| Global Client Lead Build Outs | <u>Wild West!!</u>  Going to be a fun ride!  Working closely with L2-L7 team. |

**Retail Vertical Lead: ( Finalized JD )**
- **Ideal Profile:** LST is prioritizing candidates from "brick and mortar" retailers that have had to build digital capabilities. Technology, e-commerce, and digital (CDO) backgrounds.
- **Status**: Challenging search; relevant candidates in play; likely going external
- **Panel**: Tariq, Becky, Jason, Greg, Brian.

| Candidate Name | Title and Company | Status | Tariq Action/Perspective |
|---|---|---|---|
| ███████████: **Working with Jess to set-up kick-off with Brenda and team next week. We should have a customer "off limits" list for them, e.g.** ████████████ **, etc.** | | | |

**Financial Services Lead: ( Finalized JD )**
- **Ideal Profile:** LST is prioritizing candidates with backgrounds that show clear progression up to senior executive level in the "operations & technology" function.
- **Panel**: Tariq, Becky, Jason, Greg, Brian (Diane on reserve)
- **Status**: New candidates.

| Candidate Name | Title and Company | Status | Tariq Action/Perspective |
|---|---|---|---|
| ███████ | ███████ | Per Lauren, Diane wants to see the packet before scheduling with ████. | Tariq in discussions with Diane. Week of 20th. |
| ███████ | █████████ ████ █████ | ████ is interested in the "P. Torrey" role for FSI. | If you're open to this, Stuart to work with HR to see if we can use interview feedback, etc. |
| Ulku Rowe | Google | Scheduling panel interviews. Brian supports her hire, but he prefers not to formally interview her. | |
| ███████ | Google | Scheduling panel interviews: Sebastien M: 8/30 Brian: scheduling GVC In-person panel: 9/10. | |
| █████████ | ████████ | Darryl is "H" concerns around inspiration. Brian is "NH" | Given Brian, do we stop ███ now? |
| ██████ | ████████ ██ | Stuart provided background to Fiona and Kevin. Fiona and Kevin to connect with Tariq. | Any follow-up here? |
| █████████ | ████████ ██ | Exchanging messages; connecting soon. | |

GOOG-ROWE-00017845.RR