# EXHIBIT 8

G|Google Leadership Staffing

## Thrive Data Provided for Employment Litigation

| | |
|---|---|
| Requested By | egclarke@ |
| Request Date | 5/07/2020 |
| Related To | Candidate Information for Ulku Rowe [Thrive[1] ID: <u>38358</u>, gHire ID: <u>58146295</u>] |
| Data Provided | Contact record was created in Thrive on 4/23/2018; and was last updated on 1/27/2020.  Contact was considered[2] for (9) searches as detailed below:<br><br>**Engineering Director, Cloud Machine Learning**<br>&bull; Thrive ID: 2447, gHire ID: 762581<br>&bull; Identified N/A (Imported to Thrive 4/24/2018)<br>&bull; Search closed 8/16/2016<br>&bull; No outreach or assessments<br>&bull; Notes (Imported to Thrive 4/24/2018):<br>    ○ *Action Item: Ken to send Greg packet to review. Interviewed. Dave Nagle was supportive of hiring for storage but Rich Sanzi was not. Ulku is managing an org of 400+ ee consisting of mostly SWE (and a few quants) at JP Morgan. She oversees all credit risk technology for JPM's institutional clients; this includes all SW applications, distributed computing and all aspects of the technical infrastructure.Note from Urs - "Looks like a strong candidate but like Rich I'm a bit worried about her (lacking) background in storage or a related area. Seems like we have a clear thumbs up per se as a manager "somewhere" but we'd need to confirm that storage is the right place. AFAICT nobody asked her storage questions...Rich, how would you like to proceed?*<br><br>**Director, Product Management, Cloud CTO Office**<br>&bull; Thrive ID: 2274, gHire ID: 725329<br>&bull; Identified N/A (Imported to Thrive 4/23/2018)<br>&bull; Search closed 1/05/2017<br>&bull; No outreach or assessments<br>&bull; Notes (Imported to Thrive 4/23/2018):<br>    ○ *Interviewed. Passed L8 Bar. TI experience, less so SAS/Cloud, strong high-level client facing experience on Wall ST. Would be viable if we are looking at financial services sector.*<br><br>**Technical Director, Office of the CTO, Google Cloud Platform**<br>&bull; Thrive ID: 2405, gHire ID: 720171 |

---

[1] Thrive is a talent relationship management tool designed to support best in class executive search being used by the Google Leadership Staffing Team.

[2] Thrive is primarily used to store data for Passive Talent or Passive Candidates.  Passive Talent, also referred to as prospects, are individuals in which Google may consider for role(s) but the individual has not been contacted to determine if they would potentially be interested in future employment with Google. Once an individual has been contacted by Google in consideration for a specific role, they are considered Passive Candidates.

GOOG-ROWE-00056272

**Google Leadership Staffing**

Thrive Data Provided for Employment Litigation

|  |  |
|---|---|
|  | <ul><li>Identified and Placed N/A (Imported to Thrive 4/23/2018)</li><li>Offer accepted 2/01/2017 (Start Date: 3/13/2017)</li><li>No outreach, notes or assessments</li></ul><br>**Technical Director, Office of the CTO, Applied AI**<ul><li>Thrive ID: 2058, gHire ID: 790196</li><li>Identified N/A (Imported to Thrive 4/23/2018)</li><li>Search closed 9/13/2017</li><li>No outreach, notes or assessments</li></ul><br>**Technical Director, Retail**<ul><li>Thrive ID: 1567, gHire ID: 734756</li><li>Identified N/A (Imported to Thrive 4/23/2018)</li><li>Search cancelled 1/22/2018</li><li>No outreach, notes or assessments</li></ul><br>**Google - Technical Director, Security**<ul><li>Thrive ID: 1564, gHire ID: 734824</li><li>Identified N/A (Imported to Thrive 4/23/2018)</li><li>Search cancelled 3/12/2018</li><li>No outreach, notes or assessments</li></ul><br>**Technical Director, Office of the CTO (APAC)**<ul><li>Thrive ID: 1566, gHire ID: 734776</li><li>Identified N/A (Imported to Thrive 4/23/2018)</li><li>Search cancelled 9/25/2018</li><li>No outreach, notes or assessments</li></ul><br>**Financial Services Vertical Lead**<ul><li>Thrive ID: 1724, gHire ID: XX</li><li>Identified 11/14/2018</li><li>Moved to Panel Interviews 11/14/2018</li><li>Moved to Rejected by svardaman@ due to "Panel - Googleyness" 1/7/2019 with the following note: *Across the board, Ulku was viewed as overly self-oriented. Recruiter expressed she was not qualified for the role in addition to ego concerns, the decision was made to run her through full panel anyway.*</li><li>No outreach or assessments</li></ul><br>**Director, Efficiency Engineering - Sunnyvale**<ul><li>Thrive ID: 3101, gHire ID: 989723</li><li>Identified 11/30/2018</li><li>Search closed 7/5/2019</li><li>No outreach, notes or assessments</li></ul> |
| Provided By | smowery@, kgcallaghan@ |

GOOG-ROWE-00056273