# EXHIBIT 9




3.0

I liked talking to Ulku and I believe I could work with her effectively. I'm nervous that she hasn't been pushed lately to have the technical depth we might need from an eng director in storage though I'm optimistic that she's not hopeless on that front.

## Interview questions asked

1. what's fun?
2. tell me about a technical problem
3. what was the biggest technical challenge?
4. what sort of operations load do you think is appropriate for developers
5. how does deployment work? does that work well?
6. what is your org doing badly?
7. how do you motivate people working on the non-flashy stuff?

Rated for: L8+ Hires, Level 8-9, for people manager

## On general cognitive ability

**Understands the Problem** — SOLID

Solid: Understands strategic implications, building plans around multiple big-picture factors.

**Prepares** — SOLID

Solid: Strategically gathers additional useful info, above and beyond what's required.

**Supports Solutions** — OUTSTANDING

Outstanding: Makes choices that track with other company initiatives and broader factors (e.g., industry trajectory). Plans for ongoing iterations as needed.

**Communicates Clearly** — OUTSTANDING

* OVERALL CONCLUSIONS (Note: If the candidate is not a fit for this opening, which other group/opening would you recommend?) Hire.

Rich Sanzi (sanzi) - Vice President

10 total interviews | 10 onsite interviews

Dec 9, 2015 2:30 PM (PST) - onsite
Feb 11, 2016 5:44 PM (PST) - feedback received




2.8

Weak hire. I believe Ulku is a very experienced senior-level leader, capable of managing a large IT-focused organization building applications. However the candidate's background is in very different technology area than the technology underlying the NY Storage team. I am concerned that there will be a significant challenge in coming in as a leader for this organization at the top. There will be a steep learning curve in technology, people, culture, interactions with other sites, and in understanding the Google way.

## Interview questions asked

As a warmup question, I asked the candidate to describe what they saw as the industry trends driving companies to the cloud. She discussed issues with JPM's organization running massive data centers that are not key technology to their corporate value add. She also said that security concerns had long been the dominant objection to moving assets into the cloud, but that the company has come to realize that their data is no longer safe just because it's on their premise. "We used to think we were safe" but have come to realize that their own internal systems are not safe and that they are beginning to believe that they will be safer in the cloud.

I asked her to describe the architecture of her credit risk system. She gave me a very high level overview of the architecture and the work flow. I was asking probing questions during her discussion to try to evaluate the depth of her understanding of the system and while she could describe the high-level information flows, I struggled getting her to dive into the details much beyond the existence of an ExaData database, a set of nodes running a monte-carlo simulation of risk and a GemFire cache used to compute intra-day results. I asked specifically about the caching layer and she couldn't give me any of the technical details of what the cache is, what is .

I next asked her about her experience leading a team working on an initiative involving multiple organizations. She described he time leading a "Data Quality" initiative for their data. Since this was a very broad and undefined initiative, she had to start by defining what "Data Quality" means, what problems they were solving. She then got a set of experts together to brainstorm where to start on the initiative, to define the problem, and to understand the data flow. But I struggled to get into specific examples of the "Data Quality" problem is in order to ground the discussion.

AM (PST) -
feedback received




2.1

Weak-to-moderate no hire. An experienced manager, but her ideas are clearly steeped in large corporate culture; possibly unlearnable. Also: although I focused on management, I generally expect to get a moderately strong signal on technical topics from my leadership questions; I didn't, which is a concern.

## Interview questions asked

Q1. Describe your current role and your success metrics.
Q2. How do you have an impact managing a team of stars?
Q3. What's your philosophy of individual growth/promotion?
Q4. How do you manage the tension between top-down mandates and bottom-up initiatives?
Q5. What's your approach to managing technical debt?

## Interview notes

* Onsite: HIRE/NO HIRE
* Phone screen move forward?: YES/NO

[Please list the questions asked, the candidate's answers and your assessment of the candidate's answers.]

Q1. Describe your current role and your success metrics.

Ulku leads Credit Risk Technology at JP Morgan, managing ~400 developers globally. The software they develop spans trade/position collection, modeling to measure risk, batch processing, and desktop applications to view and provide operational support. Clearly described, sounds like a broad and relevant portfolio.

Ulku described success as "building great software" that "solves real business problems". She described how the credit risk landscape has changed since 2008, now one of the few technology areas that's continuing to grow, driven by continuous regulation changes/expansion. Fine, but lacking any concrete notion of measurement, which I would expect.

I followed up to ask who her customer was - the Chief Risk Officer. I asked if they have a product management team - no, devs sit with users directly and figure out requirements. Anything but clear answers here would have been a concern, so fine, but I would have expected a bit of voluntary elaboration on the second question around dev process.

Did not assess.

* Testing (creative test case development, debugging, passion for quality):

Did not assess.

* Communication

Somewhat verbose.

* Experience Relevant to Google (Role-related Knowledge and Technical Skills):

Has managed large teams across sites. Limited technical signal.

* Google Culture Fit:

Caution.

* OVERALL CONCLUSIONS (Note: If the candidate is not a fit for this opening, which other group/opening would you recommend?)







2.3

WEAK NO HIRE

I think she is a capable senior manager, but I have concerns about her cultural fit and technical expertise. I could be persuaded otherwise.

## Interview questions asked

1. How do you manage at scale?
2. A senior engineer comes to you with a proposal to rebuild and existing system from scratch. How do you evaluate the proposal?
3. How do you manage conflicts and disagreements between teams?

| 141 onsite interviews

Nov 18, 2015 11:00 AM (PST) - onsite
Nov 24, 2015 8:29 AM (PST) - feedback received




2.3

I would have liked to see more depth in developing systems, as that is what Core Storage does. That said, she had a good background with replacing large applications and services, she also seemed to have good experience working within an organization with customers and other stakeholders.

If we are looking for a deep technical person setting direction here Urku is not the person. But if we are looking for someone who can coordinating with other teams, and keeping the organization in sync with the rest of Google, Ulku seemed fine from my interview with her.

## Interview questions asked

A) What motivates you to come into work? (i.e. what parts of your job do you like?)

B) Tell me about a technical problem that escalated to your level, and what you did to deal with it?

C1) Tell me about how you go about planning a migration from one system to another.
C2) Tell me about how you handled an unexpected hurdle that arose, and how you dealt with it?

D) You're director of Storage for Google, sales comes to you with a customer requirement to backup Gmail to tape. What do you do now?

## Interview notes

* Onsite: HIRE/NO HIRE
Questions:
-----
A) What motivates you to come into work? (i.e. what parts of your job do you like?)

B) Tell me about a technical problem that escalated to your level, and what you did to deal with it?

C1) Tell me about how you go about planning a migration from one system to another.
C2) Tell me about how you handled an unexpected hurdle that arose, and how you dealt with it?

D) You're director of Storage for Google, sales comes to you with a customer requirement to backup Gmail to tape. What do you do now?
========