# EXHIBIT 11

**Leveling Suggestion Tool**  Updated Oct 23, 2017, 1:50 PM

# Google | Candidate Leveling Resources

Our Leveling Philosophy | **Leveling Suggestion Tool** | Org-Specific Guidelines | Escalations | Additional Resources | FAQs

*ATTENTION: This information is outdated and will be deprecated on 12/1/17. Please refer to the Org-Specific Guidelines.*

**Leveling Suggestion Tool**

Need some help with leveling, but don't know where to start? Use this tool to get a sense of which level may work. Keep in mind that the suggestion provided by the tool is just that -- a suggestion -- and not a final leveling recommendation. :)

To use the tool, select the most accurate answer to each statement using the drop down menus and a suggestion will be provided.

**Leveling Suggestion Tool**

| Rate the candidate's current level of RRK, given the scope of the role | Based on the scope of the role and candidate's GCA evaluation, how much coaching will he/she need to be successful in the role? | Select the candidate's years of relevant professional experience | Select the candidate's highest level of completed education | Level suggestion (max. possible level based on the criteria provided) |
|---|---|---|---|---|
| Entry | Some | 0 to 2 | Bachelors (or 4 years of relev... | L2 |



**Example: "Susie Candidate"**
Susie Candidate is up for a Direct Sales role in GBO, which has been scoped at L3. She has a Bachelor of Arts in Business Administration and 2.5 years of relevant professional experience (post college). She has solid RRK overall, but limited direct sales experience. She did very well in her GCA interview, demonstrating her strong analytical skills.

Given this candidate profile, here is what we'd enter into the leveling suggestion tool:
RRK ----> **Intermediate**
Necessary coaching ---> **Some**
Years of experience ---> **2 to 4**
Completed education ---> **Bachelors (or 4 years of relevant experience in lieu of a Bachelors) or Masters**
Level suggestion: **L3**

_____
**Notes regarding this tool:**
- PhDs: Level 4 may be appropriate for candidate's with no professional experience + PhD. Please consult with the organization's HRBP and provide rationale in the packet for out of guidelines cases
- People managers are typically L4+; if your candidate is an L3 people manager, please consult with the organization's HRBP and provide rationale in the packet for out of guidelines cases
- This tool was created using average YOE data from across GBOP. It does not provide leveling suggestions for a specific org or candidate type. The tool should be used as a starting point for leveling conversations and in no way provides a final leveling decision. For more detailed information on leveling for particular roles and orgs, please see the org-specific guidelines.

**Tool definitions:**
- "Entry": Candidate has little to no relevant professional experience and limited RRK
- "Intermediate": Candidate has several years of relevant professional experience and solid RRK
- "Expert": Candidate has significant relevant professional experience and strong RRK
- "Some": Candidate's skill set matches the scope of the role, and he/she will hit the ground running
- "Significant": Candidate has gaps in his/her skillset and will need coaching/training in order ramp up, given the scope of the role (not a bad thing!)

Google · Privacy & Terms

Report Abuse | Remove Access | Powered By **Google Sites**

HLM 10/27/20
**Exhibit 64**

CONFIDENTIAL                                                                                                                                     GOOG-ROWE-00053763