# EXHIBIT 12

1/26/2017                                                Jonathan Donaldson - My gHire

CoreOS:  grow brand, enterprise focus?  biz dev?

GPUs:
  - nirvana acquisition
  - can run Cuda, Cafe
  - 2017

Jason Martin (jaymon) - Director
27 total interviews | 22 onsite interviews
Dec 16, 2016 10:45 AM (PST) - onsite
Jan 24, 2017 8:41 AM (PST) - feedback received



**Leaning hire**    I give Jonathan high marks on cloud RRK. His insights on vmware, openstack, container strategy and how intel silicon fits in were great. He was able to weave in his technical knowledge and insights to the conversation comfortably. My only small reservation was around his reference to knowing Ed Bugnion but Ed didn't have much of an opinion when I followed up (see notes).

CONFIDENTIAL        GOOG-ROWE-00063093

1/26/2017                                                                                       Jonathan Donaldson - My gHire



**Strong hire**

STRONG HIRE

This candidate is among the most complete candidates I've interviewed for this role. He has a strong relevant technical background in virtualization, orchestration, and networking. He also has the Presence we need in front of customers and seems genuinely excited about the opportunity to grow the Google Cloud business.

Interview questions asked

1) A digital native company is looking to migrate their main e-commerce application from on-prem to cloud. What 3 questions do you ask in the first meeting with them and why? (+fuqs)

2) In OCTO we want everyone to have a specialty. What's yours? Let's dig into that.(+fuqs)

3) Generally, why are customers anxious about public cloud?  What are the most important 2-3 things you could do as a leader within Google's CTO office to reduce a potential customer's anxiety before they become a heavy user of GCP? (+fuqs)

Rated for: L8+ Hires, Level 8-9, for people manager

On general cognitive ability (optional)

CONFIDENTIAL                                                                                                                      GOOG-ROWE-00063096