# EXHIBIT 13

# Scott Penberthy

**L8**  Technical Director, Office of the CTO, Google Cloud Platform

## New hire

| | |
|---|---|
| Internal job title | Principal Technical Solutions Consultant - 5560 |
| Cost center | GCP PM - 673 |
| Location | US-NYC-9TH |

**Reporting chain**
Diane Greene > Brian Stevens > Will Grannis > Scott Penberthy

## Candidate summary

From recruiter Jenny Burdis and lead Ken Cox

- This candidate is an L8 Principal Technical Solutions Consultant (TSC) for the Office of the CTO.
- Evren Eryurek was the first hire for OCTO and started at Google on 10/31/2016.
- The the TSC ladder is a new ladder that has been created with the following job codes:
5560 Principal Technical Solutions Consultant O 8 Level 8
5566 Director, Technical Solutions Consultant (temp job code 5566) O 9 Level 9
- Scott Penberthy will be the second of ~10 L8/9 hires targeted by EOY 2016.

## Education

| SCHOOL | DEGREE | TENURE | GRADUATED | GPA |
|---|---|---|---|---|
| University of Washington | Doctoral, Artificial Intelligence | 3.7 years | Jun 1993 | |
| Massachusetts Institute of Technology | Masters of Science, Computer Sceince | 1 year | Jun 1986 | |
| Massachusetts Institute of Technology | Bachelor of Science, Computer Science | 3.7 years | Jun 1985 | |

## Work history

| COMPANY | POSITION | TENURE | WHEN |
|---|---|---|---|
| PwC | Managing Director, Technology | 4.4 years | May 2012 - Now |
| North Highland Partners | Partner | 3.6 years | Oct 2008 - May 2012 |
| Photobucket | Interim CTO | 2.5 years | Jan 2007 - Jul 2009 |
| Bling Software | CEO | 1.9 years | Feb 2005 - Jan 2007 |
| IBM | Vice President. Director. Technical Assistant to the Chairman. Research Manager | 18.7 years | Jun 1986 - Feb 2005 |

## Assessments



Hiring Manager Statement of Support: Will Grannis

"Based on consistently strong feedback from a panel that included multiple engineering leaders, the head of Cloud Professional Services, the head of Cloud Platform Product, and the head of Customer Reliability Engineering, and his unique blend of customer and technical background, I strongly endorse Scott Penberthy for an L8 role in the Cloud CTO Office. In addition to his prior technical c-suite experience both in technology companies like IBM as well as customer facing firms like PWC, Scott demonstrated throughout the hiring process an intellectual curiosity, willingness to learn about Google Cloud Platform, and a customer first disposition that suggest a high probability of success in the role. In addition, Scott possesses superlative communication skills, and demonstrates a rare ability to move between strategic thinking and low level technical implementation, tailoring his interactions to the audience with which he is engaging."