# EXHIBIT 14

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | period_name | person_id | user_name | is_rating_eligible | is_promo_eligible_calculated | is_nominated_for_promotion | is_self_nominated | self_nomination_notes | manager_nomination_decision | manager_nomination_notes |
| 507 | 2018 Q1 | *REDACTED - PRIVACY* | scottpenberthy | 1 | 1 | 0 | 0 | null | null | null |
| 676 | 2017 Q1 | *REDACTED -* | scottpenberthy | 1 | 1 | 0 | 0 | null | null | null |
| 679 | 2017 Q3 | *REDACTED - PRIVACY* | scottpenberthy | 1 | 1 | 0 | 0 | null | null | null |

| | K | L | M | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | manager_nomination_type | is_promoted | promotion_recommendation | promotion_notes | promotion_job_level | promotion_job_title | promotion_job_code | rating_bucket | action_plan_text | action_plan_type |
| 507 | null | 0 | null | null | null | null | null | Exceeds Expectations | null | null |
| 676 | null | 0 | null | null | null | null | null | Consistently | null | null |
| 679 | null | 0 | null | null | null | null | null | Exceeds Expectations | null | null |

| | U | V | W | X | Y | Z | AA |
|---|---|---|---|---|---|---|---|
| 1 | calibration_notes | is_appealed | appeal_rationale | is_manager | pmr_score_calculated | report_response_count | overallScore |
| 507 | <p>Role and Project over last 6 months: OCTO TD focused on AI, built small AI pod in OCTO<br><br>Impact over last 6 months [1-4 major accomplishments]:<br>1.)  Exceeds: Recruited and hired some of the industry's top talent ▇▇▇▇▇▇ )<br>2.)  Exceeds: At last minute, went to ▇▇▇ to support ▇▇▇ engagements at the board level with ▇▇▇▇▇▇ , received extraordinary feedback from field teams, stayed engaged and is now a key member of the ▇▇▇ swarm team.  Landed an initial AI deal at ▇▇▇ (a key door opener)<br>3.)  Meets:  building strong relationship with Cloud ML PM, integrated strategy and planning with Brain, DeepMind, Cloud PM, PSO.  Currently working multiple initiatives to gather customer feedback (field notes) and mobilize a new service for customers that takes the best of PSO, ASL, OCTO and PM to create AI &#34;shock troops&#34; to counter MSFT tactics.<br>4.)  Meets:  became a highly demanded AI spokesperson for the field, and took a lot of time to start cross training all of OCTO to be AI spokespeople, as well.  <br><br>Support of hiring initiatives (interviewing, hiring committee, facilitation of interview training, champion calls, etc)</p><p>Most active interviewer in OCTO outside of me and Solomon.  <br><br>One thing to improve for next rating/level:<br>1.)  Scott has a couple projects in flight that he needs to drive to conclusion (AI shock force, Stanford Applied AI seminar, product strategy for AutoML) and continue to dedicate the time to leadership/management for his noogler team.  </p><p><br></p> | 0 | null | 1 | 88 | 3 | 88 |
| 676 | null | 0 | null | 1 | null | null | null |
| 679 | <p>Role and Project over last 6 months: AI lead for OCTO</p><p>Impact over last 6 months [1-4 major accomplishments]:</p><ol><li> Hired the first four people for the AI team [meets]</li><li> Created <a href="https://docs.google.com/presentation/d/1nPx0ATGsnxW2PJ09jmgn13IatFidSmUlf1D7c5EHHtg/edit#slide=id.g22ff69fe40_0_138">the canonical reference for all of Google on Applied AI </a> [meets]</li><li> Became the defacto stand in for Fei Fei Lei and Jeff Dean for Analysts, Media, large conferences, top tier customer engagements [exceeds]</li><li>Worked with Cloud ML team to draft top use cases and product ideas for verticals <a href="https://www.google.com/url?sa=D&amp;q=https%3A%2F%2Fdocs.google.com%2Fa%2Fgoogle.com%2Fdocument%2Fd%2F1W9PYcfXx6oixFvWgYt5pIvBy-o7fVLGQcgDHxnOZtJE%2Fedit%3Fusp%3Dsharing">finance</a><span>,<span> </span></span><a href="https://www.google.com/url?sa=D&amp;q=https%3A%2F%2Fdocs.google.com%2Fa%2Fgoogle.com%2Fdocument%2Fd%2F1QDwgbxt4vtnmlmDqe7zf7L5wpkQDzZwhQChlGPjUSA8%2Fedit%3Fusp%3Dsharing">healthcare</a><span>,<span> </span></span><a href="https://www.google.com/url?sa=D&amp;q=https%3A%2F%2Fdocs.google.com%2Fa%2Fgoogle.com%2Fdocument%2Fd%2F1qyhg88Y8cihjXhNuL1iK-F0PBKy6MCsTzBvbKNyhdws%2Fedit%3Fusp%3Dsharing">retail</a><span><span> </span></span>and<span> </span></span><a href="https://www.google.com/url?sa=D&amp;q=https%3A%2F%2Fdocs.google.com%2Fa%2Fgoogle.com%2Fdocument%2Fd%2F1mokUDx3IZwC-b2nQHEXW3JOMIDEtlqIEsKswDhnWn_0%2Fedit%3Fusp%3Dsharing">media</a> [exceeds]</li></ol><p></p><p>[Optional Promo Rationale]:</p>One thing to improve for next rating/level:<ul><li>Scott needs to transition from an IC to a people manager over the next quarter, and reset priorities accordingly.  </li></ul> | 0 | null | 1 | null | null | null |

|  | AB | AC | AD | AE | AF | AG | AH | AI | AJ | AK | AL | AM | AN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | actionableFeedback | careerConversations | collaborates | communicatesClearly | focusedOnPriorities | providesAutonomy | recommendManager | sharesInformation | showsConsideration | stretchOpportunities | technicalExpertise | toughDecisions | valuesPerspective |
| 507 | 33 | null | 100 | 100 | 67 | 100 | 100 | 67 | null | 100 | 100 | 100 | 100 |
| 676 | null | null | null | null | null | null | null | null | null | null | null | null | null |
| 679 | null | null | null | null | null | null | null | null | null | null | null | null | null |