

1(212) 318-6267
saratomezsko@paulhastings.com

December 22, 2021                                                                                                  59605.00060

**VIA ECF**

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Ulku Rowe v. Google LLC*, No. 19-cv-08655 (LGS)

Dear Judge Schofield:

We represent Google, LLC in the above-referenced matter. We received Plaintiff's Letter filed earlier today (ECF 191) and have reviewed the Court's August 9, 2021 Order (ECF 128). Counsel acknowledges that we have failed to comply with that Order and respectfully submit that the error was inadvertent. We mistakenly complied with the page limitations set forth in The Court's Individual Rules of Practice, Rule III.B.1 (25 pages for opposition and 10 pages for reply) and the Court's October 22, 2021 Order, (ECF 136), regarding page limitations on exhibits. We apologize for this oversight.

To remedy the issue, Defendant respectfully proposes that Plaintiff's page limitation be expanded to 60[1] pages of briefing total, and her deadline to reply be extended by one week, from January 14, 2021, until January 21, 2022.

Respectfully submitted,

Sara B. Tomezsko
for PAUL HASTINGS LLP


SBT:SBT

cc:   All counsel of record (via ECF)


LEGAL_US_W # 110630736.1

---

[1] Defendant's November 1, 2021 Memorandum of Law In Support of Its Motion for Summary Judgment was 25 pages of briefing, with only the signature block appearing on the 26th page. On December 24, 2021, Defendant submitted 35 pages of briefing, not 36 as Plaintiff represents in her letter.