

December 27, 2021

**<u>Via ECF</u>:**
The Honorable Lorna G. Schofield
United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York 10007

      **Re:**    <u>*Ulku Rowe v. Google LLC*, **Case No. 19-cv-08655 (LGS)**</u>

Dear Judge Schofield:

      We represent Plaintiff Ulku Rowe in the above-referenced matter. Plaintiff filed a letter on December 27, requesting that the court order Defendant to comply with the page requirements set forth in her Order and re-file its Reply/Opposition Memorandum and accompanying Motion to Seal in accordance with such rule. (ECF No. 191). In response, Defendant represented that it had inadvertently failed to comply with the Order and proposed that instead, Plaintiff's page limitation be expanded to 60 pages of briefing total and that Plaintiff's deadline should be extended by one week (ECF No. 192).

      Defendant's proposal would not adequately remedy the issue. The Court issued this Order in advance of the Parties' briefing for good reason: to limit excessive briefing and prevent unnecessary taxing of the Parties' and the Court's resources. Defendant's failure to comply with the Court's Order - inadvertent or not - should not prejudice Plaintiff and unduly burden the Court. As such, the only fair remedy is to Order Defendant to re-file its Reply/Opposition Memorandum and accompanying Motion to Seal in accordance with such rule. Plaintiff maintains her proposal that the Court adopt the following schedule:

| Defendant's deadline to re-file Reply in Further Support of its Motion for Summary Judgment and Opposition to Plaintiff's Partial Motion for Summary Judgment (ECF No. 184). | One (1) day following the Court's Order Directing Defendant to comply with the page limitations. |
|---|---|

**New York**  685 Third Avenue  25th Floor  New York, NY 10017   Tel (212) 245-1000   Fax (646) 509-2060
**San Francisco**  One California Street  12th Floor  San Francisco, CA 94111   Tel (415) 638-8800   Fax (415) 638-8810
**Washington DC**  601 Massachusetts Ave NW  Suite 200W  Washington, DC 20001   Tel (202) 847-4400   Fax (202) 847-4410

www.outtengolden.com



| | |
|---|---|
| Defendant's Deadline to re-file its Motion to Seal and Memorandum of Law. (ECF Nos. 188-189). | One (1) day following the Court's Order Directing Defendant to comply with the page limitations. |
| Plaintiff's Deadline to file its Reply in Further Support of her Partial Motion for Summary Judgment. | Three (3) weeks following Defendant's Reply. |
| Plaintiff's Opposition to Defendant's Motion to Seal. | Ten (10) days following Defendant's Motion to Seal. |

We thank the Court for its consideration of this matter.

Respectfully submitted,

_____

Cara E. Greene
Shira Z. Gelfand
Outten & Golden LLP
685 Third Avenue, 25th Floor
New York, NY 10017
*Counsel for the Plaintiff*

cc:     All Parties (via ECF)

Application **GRANTED**.  By **January 5, 2022**, Defendant shall re-file its reply in support of its motion for summary judgment and any opposition to Plaintiff's motion for summary judgment in compliance with the August 9, 2021, Order setting the briefing schedule and related page limits.  Defendant also shall file any revised motion to seal by **January 5, 2022**.  By **January 26, 2022**, Plaintiff shall file her reply in support of her cross-motion for summary judgment.

Dated:  December 28, 2021
         New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**New York**  685 Third Avenue  25th Floor   New York, NY 10017   Tel (212) 245-1000   Fax (646) 509-2060
**San Francisco**  One California Street  12th Floor   San Francisco, CA 94111   Tel (415) 638-8800   Fax (415) 638-8810
**Washington DC**  601 Massachusetts Ave NW  Suite 200W   Washington, DC 20001   Tel (202) 847-4400   Fax (202) 847-4410

www.outtengolden.com