# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **ULKU ROWE,** | |
| **Plaintiff,** | **No. 19 Civ. 08655 (LGS)(GWG)** |
| **-against-** | |
| **GOOGLE LLC,** | **NOTICE OF WITHDRAWAL OF MAYA S. JUMPER AS COUNSEL OF RECORD AND [PROPOSED] ORDER** |
| **Defendant.** | |

**PLEASE TAKE NOTICE** that, I, Maya S. Jumper, of the law firm Outten & Golden LLP, hereby withdraw as counsel of record for Plaintiff. I am withdrawing as counsel of record for Plaintiff because I am separating from Outten & Golden LLP. I am neither retaining nor charging a lien in this matter. Plaintiff continues to be represented in this matter by the other counsel of record at Outten & Golden LLP. I respectfully request that my name and email address be removed from the official docket.

Dated:  January 5, 2022
       New York, NY

Respectfully Submitted,

By:   */s/ Maya S. Jumper*
     Maya S. Jumper
     **OUTTEN & GOLDEN LLP**
     685 Third Avenue, 25th Floor
     New York, NY 10017
     Telephone: (212) 245-1000
     Facsimile: (646) 509-2060
     Email: mjumper@outtengolden.com

*Attorney for Plaintiffs and the Class*

**SO ORDERED.**
Dated: _____, 2021

_____
Hon. Lorna G. Schofield
United States District Judge