IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ULKU ROWE,<br><br>　　　　　Plaintiff,<br><br>　-against-<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | No. 19 Civ. 08655 (LGS)(GWG)<br><br>**NOTICE OF WITHDRAWAL OF MAYA S. JUMPER AS COUNSEL OF RECORD AND [PROPOSED] ORDER** |

**PLEASE TAKE NOTICE** that, I, Maya S. Jumper, of the law firm Outten & Golden LLP, hereby withdraw as counsel of record for Plaintiff. I am withdrawing as counsel of record for Plaintiff because I am separating from Outten & Golden LLP. I am neither retaining nor charging a lien in this matter. Plaintiff continues to be represented in this matter by the other counsel of record at Outten & Golden LLP. I respectfully request that my name and email address be removed from the official docket.

Dated:　January 5, 2022
　　　　　New York, NY

Respectfully Submitted,

By:　/s/ Maya S. Jumper
　　　Maya S. Jumper
　　**OUTTEN & GOLDEN LLP**
　　685 Third Avenue, 25th Floor
　　New York, NY 10017
　　Telephone: (212) 245-1000
　　Facsimile: (646) 509-2060
　　Email: mjumper@outtengolden.com

　　*Attorney for Plaintiffs and the Class*

**SO ORDERED.**
Dated: January 6, 2022, 2021

　　　　　LORNA G. SCHOFIELD
　　　　　UNITED STATES DISTRICT JUDGE