IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ULKU ROWE,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civ. Action No. 19-cv-08655(LGS)(GWG)<br><br>**DECLARATION OF CARA E. GREENE IN REPLY TO MOTION FOR SUMMARY JUDGMENT** |

Cara E. Greene, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the foregoing is true and correct:

1. Attached to my declaration as Exhibit 1 are true and correct copies of relevant transcript excerpts of the deposition of Mr. Evren Eryurek taken on December 3, 2020.

2. Attached to my declaration as Exhibit 2 is a true and correct copy of a document bates stamped GOOG-ROWE-00019295.

3. Attached to my declaration as Exhibit 3 are true and correct copies of relevant transcript excerpts of the deposition of Mr. Benjamin Wilson taken on December 2, 2020.

Dated: January 26, 2022
    New York, NY

Respectfully submitted,

By: */s/ Cara E. Greene*

Cara E. Greene
Shira Z. Gelfand
Outten & Golden LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
ceg@outtengolden.com
sgelfand@outtengolden.com
*Attorneys for Plaintiff*