# Exhibit 1

Evren Eryurek
12/03/2020                                                                 1

1                         - EVREN ERYUREK -

2

    IN THE UNITED STATES DISTRICT COURT
3   FOR THE SOUTHERN DISTRICT OF NEW YORK
    -------------------------------------- X
4   ULKU ROWE,

5                 Plaintiff,

6                                    Case No.
                                     19 Civ. 08655(LGS)(GWG)
7
                  v.
8
    GOOGLE LLC
9
                  Defendant.
10
    -------------------------------------- X
11
    DATE:  December 3, 2020
12  TIME:  11:37 a.m.

13

14          VIDEOTAPED VIDEOCONFERENCE DEPOSITION

15  OF EVREN ERYUREK, held via Zoom, pursuant to

16  Notice, before Hope Menaker, a Shorthand Reporter

17  and Notary Public of the State of New York.

18

19

20

21

22

23

24

25

Page 38

```
 1                - EVREN ERYUREK -
 2   what percentage is on-prem versus Cloud?
 3         MR. GAGE:  Objection.
 4      A.   I don't know.  There are guesses
 5   somewhere between 5 to 10 percent workloads.
 6      Q.   And are you able to place in time
 7   when the migration to on -- to Cloud based first
 8   began in the U.S.?
 9         MR. GAGE:  Objection.
10      A.   The leader in the industry was AWS so
11   they started 10-plus years ago, maybe 14 years
12   ago.  That's when it started.
13      Q.   And when did Google first get into
14   Cloud-based services?
15      A.   Google has always been on Clouds, but
16   if you're referring to Google Cloud Platform to
17   sell externally -- can you clarify what you mean
18   by that?
19      Q.   Yes, exactly.  When did Google first
20   start offering Cloud-based services externally?
21      A.   I think first was 2014.  I was very
22   early into the journey, you know, not -- not long
23   before I joined.  Maybe 2014.
24      Q.   Okay.  So going back to the
25   discussion of your role in OCTO, who did you
```

Page 39

```
 1                - EVREN ERYUREK -
 2   consider to be your peers in OCTO?
 3         MR. GAGE:  Objection.
 4      A.   Everyone was a peer.
 5      Q.   With respect to -- let me ask you
 6   this; who amongst the other people in OCTO were
 7   performing similar roles to what you were
 8   performing?
 9         MR. GAGE:  Objection.
10      A.   Just about everyone.
11      Q.   Does that include Ms. Rowe?
12      A.   Yes.
13         MR. GAGE:  Objection.
14      A.   Yes.
15      Q.   With respect to the other technical
16   directors in OCTO, would directors collaborate
17   with each other?
18      A.   Yes.
19      Q.   In what ways?
20      A.   Sometimes I needed help, they would
21   come in.  Sometimes they had deeper knowledge in
22   some specific area like networking and I would
23   call Brian and what have you.
24      Q.   Would directors ever fill in for each
25   other on -- on speaking engagements?
```

Page 40

```
 1                - EVREN ERYUREK -
 2      A.   Constantly.
 3      Q.   What about with respect to client
 4   engagements; would one director ever assist
 5   another director with a client engagement or
 6   substitute for a director for a client engagement?
 7      A.   All the time.
 8      Q.   At the time the other technical
 9   directors were hired, do you know whether any --
10   did you know the levels of the other directors?
11      A.   No.
12      Q.   Did you participate in the hiring
13   process for other technical directors?
14      A.   Only as interviewer.
15      Q.   And which of the other technical
16   directors did you participate in the interviewing
17   process for?
18      A.   I think Ashwin, Mike -- maybe
19   Michael.  I think one of them left already.  Many
20   that didn't cuts, but those were the ones that we
21   hired so I think there were like three or four of
22   them.
23      Q.   Do you recall interviewing Ben
24   Wilson?
25      A.   Yes.  I had an interview session with
```

Page 41

```
 1                - EVREN ERYUREK -
 2   him, but I knew Ben from my GE days so it was
 3   interview/explain because he had a lot of
 4   questions for me, so yes.
 5      Q.   And do you recall what you explained
 6   to Mr. Wilson with respect to the role?
 7      A.   My day-to-day role, what I do.
 8      Q.   And do you recall what you shared
 9   about your day-to-day work?
10      A.   How I engage with customers, how
11   we're building things from -- pretty much from
12   ground up, how collaborative working in Google is,
13   and how much more fun my life is compared to
14   everyday traveling in GE.
15      Q.   And did you share your day-to-day
16   responsibilities with Mr. Wilson as a way for him
17   to understand what his day-to-day responsibilities
18   might look like?
19      A.   I wouldn't know what his
20   responsibilities were going to be and I only
21   shared what I did at the time.
22      Q.   With respect to any of the people you
23   interviewed, were you asked to evaluate whether
24   they should be hired as a Level 8 or a Level 9?
25      A.   No.
```

Page 62

1        - ROUGH DRAFT - EVREN ERYUREK - CONFIDENTIAL
2   directors might be, correct?
3        A.   No.

Page 63

1        - ROUGH DRAFT - EVREN ERYUREK
2             (Hereafter NON-CONFIDENTIAL testimony
3        resumes.)
4        Q.   Okay.  You can put that document
5   aside.
6             In the office of the CTO, did you
7   ever work with Ulku Rowe?
8        A.   Yes.
9        Q.   In -- in what capacity did you have
10  the opportunity to work with her?
11       A.   In external events, joint
12  presentations, analysts events that we presented;
13  and sometimes I pulled her into an executive
14  briefing that I could use her help, sometimes she
15  pulled me into some meetings that she could help
16  me out -- I could help her out.
17       Q.   I know some of these are very obvious
18  questions, but again we have to get it for the
19  record.  What was your understanding of Ms. Rowe's
20  role at that time?
21       A.   She was a technical director in
22  office of the CTO.
23       Q.   So she was in the same role that you
24  were in?
25       A.   Yes.  We were all in the same role.

Page 64

1        - ROUGH DRAFT - EVREN ERYUREK
2        Q.   And what was your -- during the time
3   period that you worked together, what was your
4   understanding of her background?
5        A.   That she worked in a -- a bank.  She
6   was in the risk side of the bank and she was
7   technical savvy and had good connections in the
8   industry.
9        Q.   Do you know what positions she had
10  held at the bank?  And your answer?
11       A.   Not in detail.
12       Q.   Do you recall which bank it was?
13       A.   Was it JPMorgan, maybe.
14       Q.   Do you know whether she had worked at
15  banks other than JPMorgan?
16       A.   I believe she did.  I believe she
17  worked in London, too.
18       Q.   Do you know how many years of
19  financial services industry experience she had?
20       A.   No.
21       Q.   Did you know how many years of
22  technology-based experience she had?
23       A.   No, I didn't count.
24       Q.   Was that because it wasn't really
25  relevant to the role that you were performing?

Page 65

1        - ROUGH DRAFT - EVREN ERYUREK
2        A.   No.  Why, why -- I mean, she was
3   clearly qualified.  She went through the
4   interviewing process, she came in, she -- she had,
5   you know, credibility right there; and I was happy
6   when I saw her name, that another Turkish fellow
7   member joined the team, and that was it.  It was
8   only after that, you know, her name was announced
9   I got to know and -- and so I think her name and
10  that was that.  That was that.
11       Q.   Did you at some point in time learn
12  what her educational background was?
13       A.   During our personal conversations we
14  would chitchat, you know, which schools we went,
15  our families and so forth, casual.
16       Q.   What did you understand about her
17  educational background?
18       A.   That not in too many specific details
19  that, you know, she understood the domain,
20  technical domain that we were in, and that she had
21  worked in the IT world of FinTech and she
22  understood how it works and how banks are
23  structured and how they operate and so forth.
24       Q.   Did you know that she had a
25  Bachelor's and a Master's in a -- in