# Exhibit 3

```
 1                  - BENJAMIN WILSON -

 2   IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF NEW YORK
 3   ------------------------------------ X
     ULKU ROWE,
 4
                     Plaintiff,
 5
                               Case No.
 6                             19 Civ. 08655(LGS)(GWG)

 7              v.

 8   GOOGLE LLC,

 9                   Defendant.

10   ------------------------------------ X

11   DATE:  December 2, 2020

12   TIME:  10:21 a.m.

13

14            VIDEOTAPED VIDEOCONFERENCE DEPOSITION

15   OF BENJAMIN WILSON, held via Zoom, pursuant to

16   Notice, before Hope Menaker, a Shorthand Reporter

17   and Notary Public of the State of New York.

18

19

20

21

22

23

24

25
```

Page 30

```
1              - BENJAMIN WILSON -
2  GE Oil & Gas; is that correct?
3       A.    Correct.
4       Q.    And in what role did you join GE
5  Oil & Gas?
6       A.    Chief Technology Officer.
7       Q.    Were you the sole Chief Technology
8  Officer of GE Oil & Gas or were there other Chief
9  Technology Officers as well?
10      A.    I was Chief Technology Officer.  I
11 had people who used that the term -- the --
12 the -- the word Chief Technology Officer of like
13 operations and so forth who worked for me.
14      Q.    And to whom did you report?
15      A.    I reported to the CIO.
16      Q.    And how large was the team you
17 managed?
18            MR. GAGE:  Objection.
19      A.    Contractors and employees, more than
20 1,000.
21      Q.    Do you know how many employees?
22      A.    More than 500.  I -- I -- I would
23 have to go look at notes to know the exact number.
24      Q.    And at the time you were working for
25 GE, was the technology Cloud-based?
```

Page 31

```
1              - BENJAMIN WILSON -
2       A.    No.
3       Q.    In any of the roles that you had held
4  prior to Google, in any of those roles was the
5  technology Cloud-based?
6       A.    So at GE, I brought GE to the Cloud.
7  So we were not Cloud-based when we started; we
8  were when we -- we were done.
9       Q.    And --
10      A.    Same thing as PQ; they were not
11 Cloud-based, but I brought them to be -- I'll
12 repeat the entire answer again for clarity.
13            At GE, they were not Cloud-based;
14 they were data-center based.  I brought them to
15 Cloud, that was my job.  When I moved to P2 Energy
16 Solutions, they were also data-center based and I
17 moved them to Cloud.
18      Q.    Did you complete the transformation
19 from data center to Cloud while at GE?
20            MR. GAGE:  Objection.
21      A.    Define "complete."
22      Q.    Was it the -- the move from data
23 center to Cloud, was that completed, finished or
24 was it still underway when you left?
25            MR. GAGE:  Objection.
```

Page 32

```
1              - BENJAMIN WILSON -
2            THE WITNESS:  I'm sorry, Ken,
3  I'm -- I'm -- I'm unclear on how to answer
4  this question.
5            MR. GAGE:  If you don't understand
6  the question, that's all you need to say.
7       A.    I --
8       Q.    I can reframe.
9       A.    I'm not trying to be difficult.  I
10 apologize.  It's --
11      Q.    Sure.
12      A.    -- this is not a question that you
13 can answer in a yes or no.
14      Q.    Were there still aspects of GE
15 Oil & Gas that were data-center based?
16      A.    Yes.
17            MR. GAGE:  Objection.
18      Q.    Did you work with an -- a company
19 outside of GE with respect to Cloud-based hosting
20 or services?
21      A.    Yes.
22      Q.    And what company did you work with?
23      A.    Pardon me.  As it says in the resume
24 in the first line, "Amazon Web Services."
25            And -- and, I'm sorry, there were
```

Page 33

```
1              - BENJAMIN WILSON -
2  multiple companies I worked with.  You asked what
3  companies, there were multiple.  I don't know all
4  the names, but the provider Cloud was AWS.
5       Q.    Okay.  Prior to working for Google
6  Cloud, had you worked with Google Cloud in any of
7  your prior positions?
8       A.    Well, that would be impossible since
9  Google Cloud didn't really exist until -- I -- I
10 don't know what year that entity actually existed,
11 so that would be hard for me to answer.
12      Q.    So, again, just so we have a clear
13 record:  Is the answer that no, you hadn't worked
14 with Google Cloud prior to joining Google Cloud?
15            MR. GAGE:  Objection.
16      A.    Yes, that is correct.
17      Q.    Okay.  You can put that document
18 aside.
19      A.    Done.
20      Q.    With respect to your position at GE,
21 do you recall what your total annual compensation
22 was in the last full year you worked for the
23 company?
24      A.    No.
25      Q.    Do you recall whether it was more
```