

January 26, 2022

**Via ECF:**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Ulku Rowe v. Google LLC*, Case No. 19-cv-08655 (LGS)(GWG)

Dear Judge Schofield:

We represent Plaintiff Ulku Rowe in the above-referenced matter. Pursuant to the Parties' Stipulated Protective Order (ECF No. 23, the "Protective Order"), Plaintiff filed the following exhibit to her Reply In Support of her Motion for Partial Summary Judgment under seal: GOOG-ROWE-00019295. Plaintiff met and conferred with Defendant in an effort to determine whether this exhibit, marked Confidential by Defendant, could be exempted from the Protective Order and filed publicly. Defendant has maintained confidentiality as to this exhibit and, accordingly, Plaintiff has filed this exhibit under seal.

Although Plaintiff has filed this exhibit under seal in order to comply with the Protective Order, she submits that the exhibit should be filed as part of the public record and not under seal, as Google has not shown good cause why this exhibit requires the extraordinary protection of sealing. *See New York v. Actavis, PLC*, No. 14 Civ. 7473, 2014 WL 5353774, at *2-3 (S.D.N.Y. Oct. 21, 2014) (the party seeking to seal has the burden of demonstrating by specific, on the record facts the reason why sealing is appropriate); *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 121 (2d Cir. 2006) (explaining that there is a "strong presumption" against sealing of exhibits submitted for consideration in a summary judgment motion). (*See also* ECF Nos. 151, 179, 203) (Plaintiff's Memorandums of Law in Opposition to Google's Motions to Seal) (explaining why Google's request to seal similar exhibits was without merit).)

Were Google to file a motion with this Court seeking to retain these exhibits under seal, Plaintiff respectfully requests that she be given appropriate opportunity to respond.

Respectfully submitted,

Cara E. Greene

Encl.
cc:   All counsel of record (by ECF)

New York  685 Third Avenue  25th Floor  New York, NY 10017  Tel (212) 245-1000  Fax (646) 509-2060
San Francisco  One California Street  12th Floor  San Francisco, CA 94111  Tel (415) 638-8800  Fax (415) 638-8810
Washington DC  601 Massachusetts Ave NW  Suite 200W  Washington, DC 20001  Tel (202) 847-4400  Fax (202) 847-4410
www.outtengolden.com