

January 26, 2022

**<u>Via ECF:</u>**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

     **Re:** <u>*Ulku Rowe v. Google LLC*, Case No. 19-cv-08655 (LGS)(GWG)</u>

Dear Judge Schofield:

  We represent Plaintiff Ulku Rowe in the above-referenced matter. We note that Defendant Google LLC has requested oral arguments with respect to its Motion for Summary Judgment (ECF No. 137) and Opposition to Plaintiff's Partial Motion for Summary Judgment (ECF No. 197). While we believe the Court should deny Defendant's Motion and grant Plaintiff's Partial Motion for Summary Judgment (ECF No. 152) solely on the papers, in the event the Court determines oral arguments will be heard in this case pursuant to Your Honor's Individual Rule III.B.6, Shira Gelfand, an associate who has been out of law school less than five years, will be arguing on behalf of Plaintiff.

             Respectfully submitted,

             Cara E. Greene

c:  All counsel of record (by ECF)

**New York**  685 Third Avenue  25th Floor  New York, NY 10017  Tel (212) 245-1000  Fax (646) 509-2060
**San Francisco**  One California Street  12th Floor  San Francisco, CA 94111  Tel (415) 638-8800  Fax (415) 638-8810
**Washington DC**  601 Massachusetts Ave NW  Suite 200W  Washington, DC 20001  Tel (202) 847-4400  Fax (202) 847-4410

www.outtengolden.com