**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ULKU ROWE,<br><br>            Plaintiff,<br><br>   -against-<br><br>GOOGLE LLC,<br><br>            Defendant. | No. 1:19-cv-08655 (LGS)(GWG) |

**[PROPOSED] ORDER GRANTING DEFENDANT'S**
**MOTION TO RETAIN DOCUMENTS UNDER SEAL**

AND NOW, this _____ day of _____, 2022, upon consideration of Defendant Google LLC's Motion to Retain Documents Under Seal, Memorandum of Law in Support, supporting Declarations, and any opposition and reply thereto, IT IS HEREBY ORDERED that:

1. Google's request to retain under seal Greene Declaration Exhibit 2 submitted in connection with Plaintiff's Ulku Rowe's Reply in Further Support of her Partial Motion for Summary Judgment, dated January 26, 2022 (ECF 206) is GRANTED;

IT IS SO ORDERED.

_____
Honorable Lorna G. Schofield
United States District Judge