

January 26, 2022

**Via ECF:**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *Ulku Rowe v. Google LLC*, Case No. 19-cv-08655 (LGS)(GWG)

Dear Judge Schofield:

    We represent Plaintiff Ulku Rowe in the above-referenced matter. We note that Defendant Google LLC has requested oral arguments with respect to its Motion for Summary Judgment (ECF No. 137) and Opposition to Plaintiff's Partial Motion for Summary Judgment (ECF No. 197). While we believe the Court should deny Defendant's Motion and grant Plaintiff's Partial Motion for Summary Judgment (ECF No. 152) solely on the papers, in the event the Court determines oral arguments will be heard in this case pursuant to Your Honor's Individual Rule III.B.6, Shira Gelfand, an associate who has been out of law school less than five years, will be arguing on behalf of Plaintiff.

                    Respectfully submitted,

                    Cara E. Greene

c:    All counsel of record (by ECF)

By **February 7, 2022**, Defendant shall file a response apprising the Court whether Defendant can provide a lawyer out of law school for five years or less who will argue the motion pursuant to Individual Rule III.B.6. So Ordered.

Dated:  January 31, 2022
          New York, New York

                                  LORNA G. SCHOFIELD
                                UNITED STATES DISTRICT JUDGE

New York  685 Third Avenue  25th Floor  New York, NY 10017  Tel (212) 245-1000  Fax (646) 509-2060
San Francisco  One California Street  12th Floor  San Francisco, CA 94111  Tel (415) 638-8800  Fax (415) 638-8810
Washington DC  601 Massachusetts Ave NW  Suite 200W  Washington, DC 20001  Tel (202) 847-4400  Fax (202) 847-4410

www.outtengolden.com