

1(212) 318-6046
kennethgage@paulhastings.com

February 2, 2022

**VIA ECF**

Hon. Lorna G. Schofield
United States District Court Judge
U.S. Courthouse, Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *Ulku Rowe v. Google LLC*, No. 19-cv-08655 (LGS)

Dear Judge Schofield:

I am writing in response to Your Honor's Memo Endorsement concerning oral argument, dated January 31, 2022, and to request that you permit my colleague, Sara Tomezsko to argue on behalf of Google.

We do not have a lawyer well-versed in the details of this case who has five or fewer years of experience. Ms. Tomezsko is intimately familiar with the case, however.  She has approximately eight and a half years of practice since law school.  As Your Honor knows, oral argument of substantive motions like those at issue here is rare.  Therefore, we welcome the opportunity for Ms. Tomezsko to argue on behalf of Google, if you chose to hold argument.

Respectfully,

Kenneth W. Gage
of PAUL HASTINGS LLP

cc:     All counsel of record (via ECF)