UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ULKU ROWE,

                Plaintiff,

      -against-

GOOGLE LLC,

                Defendant.
------------------------------------------------------------X

19 Civ. 8655 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, Defendant moved for summary judgment on November 1, 2021, and Plaintiff cross-moved for summary judgment on December 6, 2021. An Opinion and Order issued September 26, 2022, denied both motions. It is hereby

    **ORDERED** that, no later than **September 30, 2022,** the parties shall file a joint letter stating whether they would like a referral to the assigned Magistrate Judge for further settlement discussions, to the Court's mediation program (at no cost), or to private mediator to be retained by the parties at their own expense. The parties shall in any event state their availability for trial in the first half of 2023, treating as conflicts only other trials and vacations that have already been paid for (and explaining any such conflicts), so that a trial date can be set.

Dated: September 27, 2022
       New York, New York

                                            LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE