

1(212) 318-6267
saratomezsko@paulhastings.com

Application **GRANTED.**  The parties shall file a joint letter regarding mediation and trial dates by **October 7, 2022**.  So Ordered.

Dated: September 29, 2022
New York, New York

September 28, 2022

**VIA ECF**

Hon. Lorna G. Schofield
United States District Court Judge
U.S. Courthouse, Southern District of New York
500 Pearl Street
New York, New York 10007

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:     *Ulku Rowe v. Google LLC*, No. 19-cv-08655 (LGS)

Dear Judge Schofield:

We represent Google in the above-captioned matter. Pursuant to Rule I.B.2 of Your Honor's Individual Rules and Procedures for Civil Cases, we write to request a brief extension of time to submit a joint letter regarding mediation and trial dates. The original deadline to file is September 30, 2022. We are seeking a brief one-week extension on these deadlines until October 7, 2022. We request this extension to accommodate absences due to the Jewish holidays and to allow sufficient time to confer with our client and the witnesses on their availability for trial. We have met and conferred with Plaintiff's counsel, and Plaintiff does not oppose the request. This is our first request to the Court for an extension of time in connection with the joint letter regarding mediation and trial dates. The one week extension will not affect any other dates in the case.

We thank the Court for its consideration of this matter.

Respectfully,

Sara B. Tomezsko
of PAUL HASTINGS LLP

*Counsel for the Defendant*

cc:     All counsel of record (via ECF)