

1(212) 318-6046
kennethgage@paulhastings.com

October 7, 2022

**VIA ECF**

Hon. Lorna G. Schofield
United States District Court Judge
U.S. Courthouse, Southern District of New York
500 Pearl Street
New York, NY  10007

Re:    Ulku Rowe v. Google LLC, No. 19-cv-08655 (LGS)

Dear Judge Schofield:

We are writing jointly in response to Your Honor's September 27, 2022 Order concerning settlement discussions and availability for trial in the first half of 2023.

First, the parties have agreed to conduct further settlement discussions and split the costs of a private mediator.

Second, the parties and counsel have the following scheduling conflicts during the first half of 2023:

| Conflict | Reason |
| --- | --- |
| January 1-3, 2023 | Key witness pre-paid vacation (Google) |
| January 17-27, 2023 | Trial in D. Mass (Attorney Greene) |
| January 30-February 2, 2023 | Pre-paid vacation (Attorney Greene) |
| February 8-13, 2023 | Personal (Attorney Greene's son's Army graduation) |
| February 16-21, 2023 | Key witness pre-paid vacation (Google) |
| March 1, 2023 | Key witness pre-paid vacation (Google) |
| March 13-17, 2023 | JAMS arbitration Philadelphia (Attorneys Gage and Tomezsko) |
| April 3-9, 2023 | Key witness pre-paid vacation (Google) |
| May 1-5, 2023 | JAMS arbitration Philadelphia (Attorneys Gage and Tomezsko) |



Hon. Lorna G. Schofield
October 3, 2022
Page 2

| | |
|---|---|
| May 8-14, 2023 | Key witness pre-paid vacation (Google) |
| June 8-16, 2023 | AAA arbitration New York (Attorney Tomezsko) |
| June 17-24, 2023 | Key witness pre-paid vacation (Google) |
| June 5-30, 2023 | Trial in S.D.N.Y. (Attorney Greene) |

Given the above conflicts, the parties' preferred timing for a trial in this matter would be during the period between April 10 and April 28, 2023, if Your Honor's calendar can accommodate.

Respectfully,

  /s/ Kenneth W. Gage                              /s/ Cara E. Greene
Kenneth W. Gage                                   Cara E. Greene
Sara B. Tomezsko                                Shira Z. Gelfand
of PAUL HASTINGS LLP                  of OUTTEN & GOLDEN LLP