# EXHIBIT 2

People Ops verified as official job family documentation for 2020 Perf

# Tech Manager Ladder: L5-L9

go/techmanagerladder

*Contact: engmgr-ladder-wg@*
*Last updated: Apr 15, 2020 (minor edits)*

**Ladder Overview** 1

**Common Attributes** 1
   Impact 2
   Leadership 2
   Team Development 3

**Expectations By Level** 4
   L5: Manager I 4
   L6: Manager II 5
   L7: Manager III 6
   L8: Director I 7
   L9: Director II 8

**FAQ** 9

## Ladder Overview

**Scope**:
   **Included**: Software Engineering, SWE-SRE, SRE-SysEng, Hardware Engineering/Mechanical Engineering, Developer Relations Engineering
   **Currently Excluded**: Managers on SWE IC ladder (see FAQ, below). Managers of (mostly): Security Engineering, Test Engineering, Research Eng, PM, PgM, TPM, Rel Eng, Creative Engineering, Web Solutions, Robotics, Network Eng, Google for Work Apps Eng, Google for Work Technical Solutions

**Levels Covered**:
   Mgr I (L5), Mgr II (L6), Mgr III (L7), Director I (L8), Director II (L9)

**Technical Domains Covered:**
   Tech Manager Job Lens: L5-L8 (SWE, SWE-SRE, SRE-SysEng)
   Tech Manager Job Lens: L5-L8 (Hardware Engineering)

## Common Attributes

Engineering Manager roles vary widely and are highly situational. While the specifics may vary, managers are evaluated across three broadly defined attributes: **Impact, Leadership,** and **Team Development.**

There are multiple paths to succeed as an engineering manager. For example, one manager might tackle difficult technical challenges while maintaining an already strong team, whereas another may

Note: by virtue of Canadian legislation, the local job title is "Development Manager"

- In addition to supporting and being proactive, starts to display strategic leadership towards Google's Diversity & Inclusion goals on a broad scope.
- Effectively lead multiple teams through difficult changes, including change in direction and scope.
- Strategically anticipates/prevents technical and organizational obstacles, as well as effectively reacting and addressing them after they arise.
- Technical leadership displays creative, innovative, and increasingly independent solutions to large scale problems

Team Development
- Identifies, recruits, establishes, and develops successful managers and/or senior TLs.
- Identifies and repairs organizational dysfunction.
- Starts up new, reforms existing, or ramps down entire teams as necessary to achieve business objectives.

## L8: Director I

Responsibilities directly contribute to Google's business goals and direction. These leaders are the entry into the executive level of leadership and understand the role of their teams within the company and its strategy. They understand the market and along with peers they run PA's business day-to-day, including interacting with internal and/or external customers, managing priorities of execution and development, and with understanding of the overall metrics and management strategies at the PA level (Profit & Loss, etc), and how they apply to engineering priorities.

Leaders at this level think of developing organizations, not just teams. They understand the complex interactions between the org's execution strategy, the org structure, the talent available, and external forces. They use this understanding to shape the org, and the strategy, as one unit. An L8's impact should stretch well beyond the confines of their own org, and typically influence strategy and vision across a PA, or substantial parts thereof. Directors are expected to both manage and engage "up & across" with their peers and VPs, but to also be a visible leader within their own organizations.

On the execution side, they build sustainable, high functioning teams, through a combination of direction setting, active direct management of top talent, and by coaching a cadre of leaders and managers under them. They understand organizational dynamics and how to influence the organization. Directors are accountable for high-level technical direction and decisions (e.g., approving multi-quarter, multi-team development projects) but will delegate much of the direct technical leadership to the senior leaders within their org.

### Examples
Impact
- Has direct impact on strategy and direction, at a scale that drives execution across a PA.
- Has positive indirect impact (say, by setting culture, through leading by example, and by mentoring/advising/hiring) across a substantial part of a PA.
- Effectively balances multiple conflicting priorities, by applying values and principles that are directly derived from the PA's business and product needs, and delivers what is necessary.

Leadership
- Recognized within a PA as a key leader and able to represent the broader strategy beyond their org and PA to other parts of the business.

Note: by virtue of Canadian legislation, the local job title is "Development Manager"

People Ops verified as official job family documentation for 2020 Perf

- Creates alignment between the technology/product and business strategy.
- In addition to being strategic towards Google's Diversity & Inclusion goals, begins to provide visionary contributions, i.e. integrates D&I practices into business strategy
- Has technical context that enables effective facilitation of technical conversations and technical decision making by their teams.
- Shapes processes and culture with the business objective in mind and represents the highest caliber of leadership.

Org & Team Development
- Ensures the organization is structured and well positioned to execute effectively on its goals while weighing the need for overall org health and stability. Has proven that they foster an inclusive environment that can support a diversity of perspectives.
- Initiates and/or owns PA-wide programs to address organizational & cultural issues (issues around talent development, diversity, training, etc).
- Attracts top talent, and actively manages leadership talent org-wide with other peers and executives.
- Builds norms and standards for leaders within their org that create a healthy, thriving, Googley working environment.

## L9: Director II

In addition to directly contributing to Google's business goals and direction, leaders at this level influence Google's direction and strategy, and are able to operate across some of the most complex organizational structures that a company the scale of Google presents. In partnership with peers and VPs, the L9 leaders' strategic work impacts multiple lines of business, and successfully progresses despite competing priorities and incentives of various stakeholders.

Leaders at this level directly contribute to and drive the development of varied organizations across their business focus. They understand and influence org structures, culture and talent development broadly. They are experts in creating dynamic org structures that support the business needs and debug when it no longer does. They do this in alignment with their PA's and Google's long term strategy and business goals, market forces, etc.

On the execution side, L9 Directors are accountable for the long-term strategy for broad, cross-org projects while letting leaders under them own the technical direction and prioritization for their orgs. They take responsibility for the functioning of an organization bigger than just their own and they share accountability for leading the broader org with their peers. They can effectively balance the needs of their individual org against others and against Google's priorities. They support the greater org by facilitating talent mobility and development.

Examples
Impact
- Has direct impact on strategy and direction, at a scale that drives execution across multiple orgs PAs and/or at the Google level
- Has positive indirect impact across PAs or at Google level, say, by driving cultural or process change or actively mentoring/advising/hiring top-level talent for Google vs. just within own org

Note: by virtue of Canadian legislation, the local job title is "Development Manager"

People Ops verified as official job family documentation for 2020 Perf

- Jointly makes decisions with peers on matters such as strategic priorities, long term-vision, scope, resourcing, relationship with other PAs, etc. which optimize first for the org as a whole rather than any of their individual teams
- Deeply understands the market, customers or users, and actively manages engineering priorities in support of PA-level business metrics

Leadership
- Recognized across multiple PAs as a key leader and able to represent the broader strategy beyond their PA to other parts of the business
- Reconciles technology/product direction with multiple, potentially competing business strategies in partnership with senior business leads
- Role models Google Values by delivering on Equity, Diversity, Inclusion and Integrity (EDII) goals within orgs and influences how this is done at the PA level and beyond
- Empowers their leadership teams to navigate technical conversations and decision making, while providing feedback, unblocking, strategic context, etc.
- Defines and implements processes and culture which are in line with business objectives
- Sets the bar and lives up to what leadership should look like in the org. Role models Google's Leadership Expectations

Org & Team Development
- Sponsors and initiates organizational changes and alignment across PA/peer group, even if it may mean a less favorable outcome to their team
- Attracts top talent externally to Google as a whole (including being able to represent and match talent to orgs elsewhere at Google), and actively manages senior talent across PAs/peer groups in support of the business
- Serves as a role model and actively grooms and mentors senior talent across PA/Google, through formal or informal development events, to ensure experienced leaders are ready to assume larger roles when they become available

# FAQ

1. **Does this doc cover expectations of managers on the non-manager ladders (eg, SWE ladder)?**

   **I am an IC/TLM engineer with direct reports. Does this new ladder affect me?**

   Not directly. This doc is scoped only to the engineering management ladder and the overall expectations between ladders *is* different; this doc should not be used blindly as a rubric on other ladders. However, these expectations (as well as Oxygen attributes, Effective Teams, and Leadership Rubrics) should provide helpful insight into the attributes of great managers, regardless of ladder.

2. **Why do we even have a manager ladder? Why don't we have three ladders (IC, TLM, M) or one (tech)?**

   This ladder enables Tech Googlers to focus on and be recognized for leadership and management in Tech as a professional discipline. The rewrite is intended to provide clearer guidance on what is expected in this management-first role. How this relates to managers on other ladders remains a larger open question which this rewrite does not attempt to close.

Note: by virtue of Canadian legislation, the local job title is "Development Manager"

People Ops verified as official job family documentation for 2020 Perf

Clarity for this one ladder seemed important enough to pursue as its own goal, independent of that larger discussion.

TLMs who sit between two ladders, the technical and managerial, often as an interim position, were specifically not addressed as part of this rewrite. TLMs should work with their manager and HRBP to determine the necessary balance and requirements of their role.

3. **If I move to this ladder, and want to change back to my previous role, what problems may I experience?**

Ladder changes back to a previous state are typically trivial except where a long period of time has passed. Regardless, role changes are granted based on the person being able to sustain performance on the new ladder. You can contact HR to discuss scenarios you may be concerned about.

4. **What percentage of time should I spend being technical versus managing if I'm on the manager ladder?**

There is no single right answer here; it depends on the situation. A manager who has a strong senior TL may only spend 20% of their time on technical contributions. A manager who has a team of junior ICs may spend 50% of their time on technical contributions. The exact mix depends on the situation, but it is unlikely that any eng manager will not be involved in the technical decisions of their team. All managers are expected to demonstrate technical proficiency and technical leadership.

5. **Why doesn't this ladder cover <job code X>, or why does it cover only a subset of tech leadership?**

It would be great to be comprehensive. Each ladder that gets included requires significant cross-functional time and effort, including Legal, HR, and Tech leadership. Deciding which ladders to include and exclude requires striking a balance between getting something published in a reasonable timeframe and providing good coverage. It would be reasonable to revisit including other job codes in the future, but we limited the initial scope for practical reasons. For this reason, we focused on consolidating SWE, SRE, and SRE-SE.

6. **How does this ladder relate to Oxygen?**

Oxygen attributes (go/oxygen) are Google's research-based best practices for people managers across all functions in the company (G&A, Sales, Tech). These attributes are reflected throughout this ladder within the context of technical management.

7. **There is an emphasis on documentation but sometimes difficult decisions are confidential and not easily shared. How will this be reconciled by committee?**

Experienced committee members understand the nuances of difficult situations. A way to make this clear is to reference the comms of your decision and have peer reviewers provide the context and complexity of the decisions made.

8. **Is there an explicit expectation of team size at each level?**

No. There is the concept of scope which may correlate with size of team. Especially at higher levels, leadership and therefore impact on the manager ladder comes from having influence outside the org a person directly manages. A leader with a smaller team, but outsized influence

Note: by virtue of Canadian legislation, the local job title is "Development Manager"

CONFIDENTIAL
GOOG-ROWE-00061490