# EXHIBIT 3

| | Level 5<br>AE Manager I | Level 6<br>AE Manager II | Level 7<br>AE Manager III | Level 8<br>Director, AE |
|---|---|---|---|---|
| **Knowledge & Experience** | - Comprehensive knowledge of relevant domain, plus Google-specific technologies and methodologies<br>- Deep understanding in two or more areas of expertise<br>- Developing or has developed reputation as the "go to" person for areas of expertise<br>- Demonstrate day-to-day people management skills (may be a new people manager).<br>- Deep knowledge of technologies and infrastructure within relevant | - Breadth and depth of knowledge of domain technologies and methodologies, within area of responsibility<br>- Recognized as an expert/"go-to" person for systems and technology used within business domain<br>- Solid people management skills, including management of more senior leads<br>- Demonstrate success at leading more than one team, in a given area | - Demonstrate success at managing multiple teams in one or several critical areas, backed with a widely recognized track record of delivering projects<br>- Work effectively to set technical vision for his/her area of responsibility and involve TLs in setting strategy and goals<br>- Know what's going on with relevant technologies in Google and the industry<br>- Strong people management skills (e.g. may manage managers, have | - Have a comprehensive understanding of Google's business goals<br>- Recognized as a thought leader by stakeholders in key domains<br>- Have longstanding management experience<br>- Comprehensive understanding of applications and integrations within the business domain, including applicable Google's technology and infrastructure<br>- Have deep technical skills/experience<br>- Knowledgeable about industry trends, key vendors, and business |
| **Sample Activities** | - Provide technical oversight (e.g. design, development) for team's activities<br>- Deliver performance reviews and provide constructive feedback for development and career growth<br>- Demonstrate strong organizational, communication, and leadership skills<br>- Manage development projects (e.g. guiding development initiatives, being proactive in identifying and resolving issues)<br>- Escalate / ask for input from more senior leaders when appropriate. As a Manager I gains more experience, (s)he continues to develop judgment about how and when to ask for outside input and how and when to handle things independently.<br>- Oversee vendor software integration | - Strong hands on understanding of relevant technologies and infrastructure<br>- Demonstrate combination of deep technical skills/knowledge in his/her area of focus and solid program management skills<br>- Evaluate vendor technology, contributing to build vs. buy decision. | - Exercise judgment to address critical team issues and escalates only on rare occasions<br>- Exhibit considerable org knowledge and insight to manage cross-team collaborations and integrations<br>- Exhibit a track record of strong technical management contribution | - Accomplishments at this level should be significant (looking at dimensions like revenue, user experience, infrastructure, efficiency across the company)<br>- Demonstrate complete understanding of how to deal with performance issues and project scheduling |
| **Complexity & Scope** | - Work on projects, strategies, and problems of high complexity & scope<br>- Define, guide or evaluate work performed by small-to-moderate engineering teams<br>- Implement SDLC policies, processes, procedures, methods, and testing practices within team<br>- Facilitate decision making, including technical evaluation of applications and platforms<br>- Understand and contribute to key technical areas, such as integration patterns, system design, and technology stack choices | - Work on multiple large projects and/or a single complex or mission-critical project<br>- Define, guide or evaluate work performed by mid-sized engineering teams<br>- Demonstrate solid foundation in software development concepts and technical patterns required by the domain, project, or product area<br>- Collaborate on significant and/or unique problems<br>- Demonstrate ability to work across functions, locations, and/or teams; integrate disparate projects/processes | - Work on multiple complex and/or mission-critical projects OR a single, large-scale and extremely complex project<br>- Define, guide, or evaluate work performed by a large-sized or multiple mid-sized engineering teams on complex projects; may lead teams across multiple geographic locations<br>- Demonstrate deep systems experience in one or more domains, understanding the critical risk and success factors for new projects, third party systems, and the use of Google technologies<br>- Generate ideas for new project initiatives<br>- Scope and evaluate the risks associated with changes to a product, process, or service | - Lead teams which result in significant business improvements and/or company impact<br>- Translate business needs into actionable initiatives<br>- Demonstrate imaginative problem-solving, e.g. streamlining existing versions of a given system, anticipating and dealing with issues of scale before they become a problem, etc.<br>- Have a strong big picture view of Google products. Actively involved in talking with other projects and groups, understanding the bigger picture, and finding/creating connections between groups.<br>- Actively involved in talking with other groups and companies; seek new ideas which provide business solutions for Google |
| **Sample Activities** | - May engage in TL activities (e.g. design, dev project leadership)<br>- Know how to best utilize staff and resources (e.g., allowing or encouraging autonomy and accountability with direct reports)<br>- Frequent comunication with business and Eng stakeholders<br>- Ensure the teams work is well planned and prioritized with immediate customer stakeholder, and that the team is properly resourced to tackle the work that it commits | - Demonstrate solid understanding of 3rd party products and Google technologies both within and adjacent to their own areas of responsibilities; good understanding of technical trade-offs for buy, build or re-use/extend options<br>- Manage multiple, large, complex engineering initiatives, creating and utilizing scalable/reusable components<br>- Change priorities to adapt to urgencies in a dynamic situation; ability to balance these changes with existing commitments<br>- Work with upper management (Directors, VPs), large functional teams, and/or partner teams | - Have a thorough understanding of Google products and technology projects adjacent to his/her own areas of responsibilities. Build working relationships with other engineering teams as applicable to collaborate on products, technologies or platforms.<br>- Integrate complex components within multi-system projects to drive additional business value<br>- Resolve organizational conflicts independently<br>- Effectively navigate ambiguity, adjust amount of uncertainty team is exposed to<br>- Anticipate obstacles and clearly formulate them as problems so that they can be addressed<br>- Influence beyond the scope of his/her own org having positive impact on other teams' work (e.g. fixing things that are broken, helping the organization to evolve, or hiring) | - Get involved in issues beyond the scope of their project(s) or direct area of responsibility - for example, represent the broader Eng teams to business partners, proactively see and resolve issues before they occur<br>- Help the Eng organization to evolve |
| **Leadership & Influence** | - Plan and lead team in execution of work, based on long-term business priorities and goals<br>- Manage project priorities and resources, plus relationships with partner teams and/or vendors<br>- Recognize strengths and limitations of team members; coach/mentor for growth and career development | - Plan and execute project(s), based on long-term objectives of functional area, with minimal supervision<br>- Leverage proven project, team, and/or people leadership skills to manage project priorities and resources<br>- Arbitrate in cases of technical disagreement among team members<br>- Able to align with broader strategy with minimal guidance. Own the strategic vision of his/her team.<br>- Mentor senior team members in leadership skills and career development<br>- Established credibility with business stakeholders | - Set strategy and objectives for the functional area<br>- Develop strategic alliances inside or outside PA and/or Google<br>- Drive Google citizenship activities<br>- Grow Google's talent pipeline; influence talent acquisition, management and retention<br>- Demonstrate the successful ability to identify, grow, and groom senior members within his/her team, and actively encourage others within the team to step up to bigger leadership roles | - Arbitrate and advocate for technical issues<br>- Be recognized as an authority in developing and launching new products and systems<br>- Effectively measure the efficient use of resources, lead efforts to reduce costs of a system over time<br>- Contribute to setting strategy/objectives for the function<br>- Ensure successful implementation of new team processes and/or successful transitions<br>- Grow Google's senior-level talent pipeline<br>- Proven mastery of communication, negotiation, and influence skills |
| **Sample Activities** | - Provide input into domain technology strategy.<br>- Demonstrate solid judgment about when to escalate issues<br>- Motivate direct reports and ensure their accomplishments and contributions are recognized<br>- Mentor direct reports on career development and performance improvement (e.g. writing performance reviews), regular 1:1s<br>- Manage the team's workload based on project and development priorities<br>- Create a culture of teamwork both within and across teams<br>- Able to work through conflicting development priorities<br>- Create and drive team consensus<br>- Work for the greater good of the organization rather than own interests | - Proactively think ahead for the team, improving development processes<br>- Set and balance engineering priorities while incorporating input from adjacent teams/groups (e.g. manage expectations regarding deadlines, delivery, user wants and needs, reconcile resource conflicts)<br>- Ability to use influencing skills across teams to achieve alignment on technical direction, re-use and impact<br>- Rally his/her team to change planned direction in dynamic situations | - Determine and balance strategic priorities (may influence wider Google priorities)<br>- Guide team and peers to effectively allocate resources to ensure that strategic demands are met<br>- Serve as an advisor not only on individual project matters, but also on Eng and Business Domain strategic matters<br>- Demonstrate forward thinking, using sound judgment (e.g. anticipate and mitigate potential impacts prior to launch)<br>- Foster a culture of strong teamwork (e.g. proven ability to build or turn around a group into a strong functioning team)<br>- Lead stakeholders in setting direction aligned with broader strategy | - Facilitate team alignment to improve workflow and streamline existing processes<br>- Build an identity for a team or organization and grow it.  Effectively measure the efficient use of resources, lead efforts to reduce operational costs of a system over time<br>- Act cross-functionally and solve cross-functional issues, able to represent the Eng team with business partners<br>- Actively recruit the necessary leadership talent from within and outside the company to build the organization and complete critical projects<br>- Act as technical advisor to several project teams; provide expert guidance and mentorship of others<br>- Able to interact with executives on any issue that comes up |

| | | | | |
|---|---|---|---|---|
| **Organizational Impact** | - Key contributor to own workgroup/project<br>- Impacts work group/projects/systems through:<br>    Size or significance of teams and/or projects managed<br>    Influence on project/systems direction<br>    Delivery of value-added perspectives<br>- Contribute meaningfully to cross-functional and/or cross-organizational collaborations | - Key contributor to one or more large infrastructure and/or mission-critical projects<br>- Impact projects through:<br>    - Effecient project planning and design<br>    - Creation of scalable work product<br>- Contribute meaningfully to efforts beyond core project(s)<br>- Build and/or lead cross-functional and/or cross-organizational collaborations<br>- Maintain a balanced focus across project delivery, reliability of | - Key contributor to functional area.  Impact functional area through:<br>    - Enhancing and developing technology, programs and approach<br>    - Drives innovation and provides thought leadership<br>- Demonstrate broad impact through innovation, thought leadership and best practices (e.g. take a challenging idea and turn it into something useful for the focus area and/or drive to fruition an idea that has cross-functional impact) | - Build and lead high performing teams to achieve an organizational vision/mission<br>- Lead project(s) with critical impact on Google's business and success as a company<br>- Shape the direction and future of function<br>- Work with other teams across Google to integrate and advance our application portfolio<br>- Recruit key talent from outside to Google, and attract strong talent internally to key project |
| **Sample Activities** | - Maintain team flexibility and adaptivenss to maximize contribution and benefit to the company<br>- Viewed as go-to technical leader for project/initiative by stakeholders<br>- Develop and maintain excellent team, and inter-team communication and relationships | - Demonstrate independence, creativity and initiative which establishes trust with cross-organizational and leadership team<br>- Proactively reach out to stakeholders, upper management and/or collaborative engineering teams for alignment on technical direction, prioritization, issue resolution and delivery<br>- Proactively driving meaningful improvement in team execution across project work, production operations, and bug resolution | - Recognized by company's leadership as important to Google's success (e.g. significantly influencing the company's operations)<br>- Partners cross-functionally and/or cross-PA within Google (e.g. defining new applications or automation)<br>- Business partnership skills, developing strategic roadmaps<br>- Develop team leads, actively encourage others within the team to step up to bigger engineering and functional leadership roles<br>- Contribute towards Google's hiring strategy (e.g. selling to candidates, attracting top talent and TLs) | Note: being at the Director level is *not* directly related to the number of people reporting to you - it is much more about the overall scope and impact of your contributions over time<br>- Work with other teams across Google to integrate and advance our application portfolio<br>- Demonstrate Google citizenship by contributing to efforts outside the scope of one's core project, for example, diversity and inclusion<br>- Capable of representing Google externally.  Examples: Work with vendor leadership to adapt 3rd party systems to better meet Google's |
| **Compass: Key Responsibilities** | - Lead a small team (5-7 Googlers); may have responsibilty for TVC oversight<br>- Mentors/coaches FTE direct reports on career development and performance improvement<br>- Delivers and solicits feedback, conducts performance reviews<br>- Sets and balances team priorities in conjunction with business roadmaps<br>- Provides technical contribution and drives core development processes for project success<br>- Own area of responsibility, anticipating needs and escalating issues as appropriate | - Manages multiple, large, complex initiatives, and has been doing so successfully over time<br>- Identifies and frames broad problems within the organization, and proposes, leads, and drives sustainable solutions<br>- Sets and balances cross-functional priorities<br>- Lead a moderately sized team; scope extends across multiple clients, applications or functions.<br>- Lead important initiatives, including cross-functional initiatives<br>- Contribute to overall vision/strategy for area of responsibility<br>- Builds new teams, identifying the skills needed and leads recruiting efforts (leveraging Google's recruiting team).<br>- Builds strong leadership within the team, and helps senior leaders to further develop. | - Lead a program area with with large scope and impact; program scope extends in two or more dimensions (e.g. product areas, large scale business functions, applications)<br>- Take full ownership and accountability for area of responsibility; anticipate and resolve issues, escalating issues on rare occasions<br>- Complete ownership over complex or cross-functional projects<br>- Guides team and peers to effectively allocate resources to ensure that expectations and demands are met<br>- Partners cross-functionally with organizations within Google, and/or with external industry leaders<br>- Develop managers and team leads. Mentor other BSI leaders. | - Lead significant initiatives that impact infrastructure; with impact outside of area of responsibility<br>- Integrate and launch new applications and systems<br>- Act as technical advisor to several project teams.<br>- Arbitrator and advocate for technical direction<br>- Handle project scheduling and team performance issues; solve cross-functional issues<br>- Interact with executives on issues; exercise good judgment to choose solutions that are appropriate for Google<br>- Drive significant administrative projects, e.g., promotion process; use tools, data, policy and actions to model and ensure management style is propagated in area of responsibility<br>- Recruit and develop managers and team leads, growing others into positions of responsibility<br>- Translate business needs into strategic roadmaps |
| **Compass: Qualifications** | - BS degree, or equivalent<br>- Solid technical skills<br>- Demonstrated leadership, communication, business partnership and organizational skills<br>- Demonstrates basic day-to-day people management | - BS degree, or equivalent<br>- Demonstrates deep skills and knowledge in area of focus<br>- Solid people management skills; 5+ years of people management<br>- Deep domain knowledge; solid project management skills<br>- Strong cross-functional and/or cross-organizational relationship-building skills | - BS degree, or equivalent<br>- Possesses deep understanding of Google's technical philosophy and company priorities<br>- Has deep domain knowledge, leadership skills and strong people and program management skills; 8+ years of people management<br>- Has deep domain knowledge, including applications used [X]<br>- Has ability to devlop strategic roadmaps in partnership with business leaders<br>- Has tools and judgment to address critical team issues and escalates | - BS degree, or equivalent.  MS preferred.<br>- Expert understanding of relevant products and technologies<br>- Well-developed influence and communication skills.<br>- 15+ years of management experience<br>- Expert understanding of mutiple business domains [x]<br>- Ability to build and grow identity for a team or organization<br>- Well-developed influence and communication skills. |