# EXHIBIT 4

People Ops verified as official job family documentation for 2020 Perf

# PM Career Ladder

Revised: April 2019

## Handy summary

**Table of contents**
Associate PM / L3
PM 1 / L4
PM 2 / L5
PM 3 / L6
Senior PM / L7
Group PM / L7.5
Director / L8

Community Contributions

**The PM ladder is updated annually after the main (mid-year) Perf.** Give Feedback.
Specific question? Email pm-steering@google.com

CONFIDENTIAL
GOOG-ROWE-00061510

**People Ops verified as official job family documentation for 2020 Perf**

|   |   |
|---|---|
|   | For a deprecation: how was the deprecation received? Were users offered an alternative solution? Was the reaction of users and press a net gain to Google? What learnings did we capture for future projects?<br><br>Another way to have impact is by making Google a better place to work. For example, contributing to Google's diversity and inclusion efforts helps create an environment where all Googlers can thrive, have their unique contributions and ideas heard and help drive innovation and impact. |

## Director / L8

| SCOPE |   |
|---|---|
| **Product Complexity** | PM owns an entire Product Line (or multiple product lines) and is responsible for guiding the PA-level product strategy. The problem space is considered extremely challenging by peers and leadership. It is not yet fully articulated. The delivery of a solution is highly uncertain and will require significant innovation to tackle. |
| **Organizational Complexity** | PM leads an entire product organization or in rare cases is solving a particularly complex product problem as an IC. They set short term priority and long term strategy for the organization. They regularly advise the PA lead on overall product and business strategy. As part of leading their product organization, they have regular interactions with XFN leadership and cross-PA counterparts. |
| **Technical Complexity** | Usually works with multiple engineering teams and is considered the organization peer of at least one engineering director. |
| **SKILLS** |   |
| **Product Insight, Vision, Design** | PM drives the PA-level strategy for their product line. They deeply understand Google's goals and how their team fits into this. They foster innovation and creativity in their teams. They set a clear overarching strategy that can be understood by and is useful to their entire org. |

People Ops verified as official job family documentation for 2020 Perf

| Execution | PM sets overall priorities for their area, allocating resources across the PA in annual planning and managing them through the year. They ensure that teams are executing with high quality and velocity through regular reviews and always aim to understand what they can do to unblock or accelerate a team. |
|---|---|
| Communication | PM is comfortable and persuasive with regular executive (Director, VP and SVP) discussions and presentations. PM is called on regularly to be a company-wide spokesperson for their PA both internally and externally. They regularly represent Google's interests with 3rd party executives. |
| Leadership | PM is an organizational leader affecting all functions within the PA. They are actively identifying the next set of problems to solve and product hills to climb. They are adept at setting vision and building consensus around that vision that has Google wide impact. Where appropriate, this may even include the decision to cancel or pivot the entire product. They structure their teams against a broad and motivating purpose for the long term and displays a strong track record of recruiting the right people into the right roles. They are a great manager and / or mentor for people within the organization.  Please also reference the Community Contributions section at the bottom of the page. |
| **IMPACT** | |
| | There are two aspects of impact, both of which are important:<br> A PM's **personal impact on their project**. To what extent did their contributions maximise the impact of the project?<br> **The impact of the project on Google**. How big a deal was this project to our users, our company?<br><br>Impact is the effect that wouldn't have happened if they hadn't done what they did.<br><br>**Personal Impact**<br>Securing and managing resources<br>Attracting / securing Eng talent<br>Managing across teams - Marketing, Legal, Sales, Ops etc M&A<br>Making pivotal decisions  / solving particularly difficult product problems<br>Optimize for Google as well as the team (including shutdown, merge teams)<br><br>**Impact of the Project**<br>There are different measurements of project impact, depending on the type and phase of project.  We should measure project impact in as broad a way as possible, not being myopic on a single number (users, revenue, units, etc) but looking |

**People Ops verified as official job family documentation for 2020 Perf**

| | |
|---|---|
| | at the total impact from product excellence through to adoption and engagement.  PMs (and their managers) should be able to clearly articulate success metrics and draw a clear connection between those metrics and overall Google strategy.<br><br>For a project that has launched:  Has it landed (goto/landings)? Is it considered innovative or a disruptor in its space? What was its performance after launch, according to the success metrics set out for the project? How has it been adopted and how do users engage with it? Are users happy?<br><br>For a long term project: teams should agree to meaningful intermediate milestones.  Intermediate milestones, such as a dogfood or beta launch, for a very long-term project can provide insight into the likelihood of eventual success and an assessment of eventual impact.<br><br>For a deprecation: how was the deprecation received? Were users offered an alternative solution? Was the reaction of users and press a net gain to Google? What learnings did we capture for future projects?<br><br>Another way to have impact is by making Google a better place to work. For example, contributing to Google's diversity and inclusion efforts helps create an environment where all Googlers can thrive, have their unique contributions and ideas heard and help drive innovation and impact. |

## All Levels

| | |
|---|---|
| **Community Contributions (formerly known as Citizenship)** | Fostering a healthy Google culture is essential to growing the skills, tools, and impact of PM at Google, and to attract and retain the most talented leaders and PMs.<br><br>Community Contributions, a sub-dimension of "Leadership," is the set of activities necessary to build and maintain this culture.  To that end, all PMs are expected to support efforts that nurture Google's culture and |