

Advocates for Workplace Fairness

November 9, 2022

**Via ECF:**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Application GRANTED.** The parties shall engage in expert discovery in accordance with the schedule listed.  So Ordered.

Dated: November 14, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   *Ulku Rowe v. Google LLC*, Case No. 19-cv-08655 (LGS)(GWG)

Dear Judge Schofield:

We represent the Plaintiff, Ulku Rowe in the above-referenced matter and write on behalf of all parties. Per the Court's September 27, 2022 Order (ECF No. 221), the parties engaged in private mediation on November 4, 2022 but were unable to resolve the matter.

We write to remind the Court that it postponed expert discovery until after it issued a decision on summary judgment (ECF No. 107). The parties have conferred on an expert schedule and respectfully request that the Court so order the following schedule, which will not impact the deadlines the Court set in its Trial Scheduling Order (ECF No. 225):

| Description | Proposed Deadline |
| --- | --- |
| Plaintiff's expert report | November 18, 2022 |
| Defendant's expert report | December 14, 2022 |
| Deadline for parties to file motion related to expert discovery | December 30, 2022 |
| Deadline for party to oppose motion related to expert discovery | January 6, 2023 |

We thank the Court for its consideration of this matter.

Respectfully submitted,

**New York**  685 Third Avenue  25th Floor  New York, NY 10017  Tel (212) 245-1000  Fax (646) 509-2060
**San Francisco**  One California Street  12th Floor  San Francisco, CA 94111  Tel (415) 638-8800  Fax (415) 638-8810
**Washington DC**  601 Massachusetts Ave NW  Suite 200W  Washington, DC 20001  Tel (202) 847-4400  Fax (202) 847-4410

www.outtengolden.com

/s/ Cara E. Greene
Cara E. Greene
Shira Z. Gelfand
Outten & Golden LLP
685 Third Avenue, 25th Floor
New York, NY 10017
*Counsel for the Plaintiff*

cc:     All Parties (via ECF)