```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  ULKU ROWE,                                                :
                              Plaintiff                     :
                                                            :         19 Civ. 8655 (LGS)
                     -against-                              :
                                                            :              ORDER
  GOOGLE LLC,                                               :
                              Defendant.                    :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

  WHEREAS, on November 1, 2021, Defendant moved for summary judgment. On December 6, 2021, Plaintiff cross-moved for partial summary judgment. An Opinion and Order issued September 26, 2022, denied both motions.

  WHEREAS, concurrently with the briefing on the parties' motions for summary judgment, the parties filed six motions to seal, seeking to file various portions of the summary judgment record and briefing under seal. Plaintiff opposed portions of Defendant's motions.

  WHEREAS, an Opinion and Order, also issued on September 26, 2022, addressed the motions to seal, granting them in part and denying them in part, without prejudice to renew ("Sealing Opinion"). The Sealing Opinion invited Defendant to renew its motions to seal with proposed redactions consistent with the guidelines given in the opinion.

  WHEREAS, on October 26, 2022, Defendant filed a renewed motion to seal. Plaintiff did not file an Opposition to the motion, so the Court considers the motion fully briefed.

  WHEREAS, on October 28, 2022, Defendant re-filed documents it previously sought to file under seal on the public docket. The Sealing Opinion denied the motion to seal with respect to these documents, and the renewed motion does not seek to file them in redacted form.

  WHEREAS, the redactions proposed by Defendant to the documents attached as exhibits to the Declaration of Sara B. Tomezsko in Support of Motion to Seal, Dkt. 228, are consistent

with the Sealing Opinion.  For the reasons given in the Sealing Opinion, Defendants have made the requisite showing to rebut the presumption of public access with respect to the categories of information redacted from those documents.  It is hereby

**ORDERED** that Defendant's motion to seal is **GRANTED.**  For all documents subject to the renewed motion to seal, the party that originally filed the document in redacted form shall re-file that document in the form proposed by Defendant in connection with the renewed motion, no later than **November 23, 2022.**

The Clerk of Court is respectfully directed to close the motion at Dkt. 226.

Dated: November 16, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE