AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| ULKU ROWE, | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 1:19-cv-8655 (LGS)(GWG) |
| GOOGLE LLC, | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ulku Rowe

Date: 11/21/2022

_[signature]_
*Attorney's signature*

Gregory S. Chiarello GC7744
*Printed name and bar number*

685 Third Avenue
25th Floor
New York, NY 10017
*Address*

gchiarello@outtengolden.com
*E-mail address*

(212) 245-1000
*Telephone number*

(646) 509-2060
*FAX number*