**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ULKU ROWE, | No. 1:19-cv-08655 (LGS) |
| Plaintiff, | |
| -against- | **DEFENDANT GOOGLE LLC'S** |
| | **NOTICE OF MOTION IN LIMINE** |
| GOOGLE LLC, | **REGARDING EVIDENCE OF** |
| | **LEVELING DETERMINATIONS** |
| Defendant. | |
| | **Oral Argument Requested** |

PLEASE TAKE NOTICE that, pursuant to the Court's Scheduling Order (ECF No. 225), Your Honor's Individual Rules and Procedures Rule IV.B.3, and Local Civil Rule 7.1, Defendant Google LLC ("Google") by and through its undersigned counsel, hereby moves this Court for an Order granting Google's Motion in Limine Regarding Evidence of Leveling Determinations (the "Motion") for the reasons identified in the accompanying Memorandum of Law in Support of Its Motion, which is incorporated by reference herein.

WHEREFORE, Google respectfully requests that the Court grant Google's Motion in Limine Regarding Evidence of Leveling Determinations. A proposed form Order is enclosed for the Court's convenience.

Dated: November 21, 2022

PAUL HASTINGS LLP

Kenneth W. Gage
Sara B. Tomezsko
200 Park Avenue
New York, NY 10166
(212) 318-6000
kennethgage@paulhastings.com
saratomezsko@paulhastings.com

1

2

*Attorneys for Defendant Google LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this 21st day of November 2022, I caused a true

and exact copy of the foregoing DEFENDANT GOOGLE LLC'S MOTION IN LIMINE

REGARDING EVIDENCE OF LEVELING DETERMINATIONS and all supporting documents to be

filed electronically and served by mail on anyone unable to accept electronic filing. Notice and

copies of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing

system or by mail to anyone unable to accept electronic filing as indicated on the Notice of

Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


Dated:  New York, New York
        November 21, 2022

_____
Sara B. Tomezsko