**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ULKU ROWE, | No. 1:19-cv-08655 (LGS)(GWG) |
| Plaintiff, | |
| -against- | |
| GOOGLE LLC, | |
| Defendant. | |

### [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION IN LIMINE REGARDING EVIDENCE OF LEVELING DETERMINATIONS

AND NOW, this _____ day of _____, 2022, upon consideration of Defendant Google LLC's Motion in Limine Regarding Evidence of Leveling Determinations, Memorandum of Law in Support, and any opposition thereto,

IT IS HEREBY ORDERED that:

1.       Defendant Google LLC's Motion in Limine Regarding Evidence of Leveling Determinations is GRANTED; and

IT IS SO ORDERED

_____
Honorable Lorna G. Schofield
United States District Judge

-1-