**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ULKU ROWE,<br><br>        Plaintiff,<br><br>-against-<br><br>GOOGLE LLC,<br><br>        Defendant. | No. 1:19-cv-08655 (LGS)<br><br>**DEFENDANT GOOGLE LLC'S NOTICE OF MOTION IN LIMINE TO EXCLUDE EVIDENCE OF OTHER EMPLOYEE COMPLAINTS**<br><br>**Oral Argument Requested** |

PLEASE TAKE NOTICE that, pursuant to the Court's Scheduling Order (ECF No. 225), Your Honor's Individual Rules and Procedures Rule IV.B.3, and Local Civil Rule 7.1, Defendant Google LLC ("Google") by and through its undersigned counsel, hereby moves this Court for an Order granting Google's Motion in Limine to Exclude Evidence of Other Employee Complaints (the "Motion") for the reasons identified in the accompanying Memorandum of Law in Support of Its Motion, which is incorporated by reference herein.

WHEREFORE, Google respectfully requests that the Court grant Google's Motion in Limine to Exclude Evidence of Other Employee Complaints. A proposed form Order is enclosed for the Court's convenience.

Dated: New York, New York
      November 21, 2022

PAUL HASTINGS LLP

By: _____
    Kenneth W. Gage
    Sara Tomezsko

200 Park Avenue
New York, NY 10166
Tel: (212) 318-6000

Fax: (212) 319-4090
kennethgage@paulhastings.com
saratomezsko@paulhastings.com

*Attorneys for Defendant*
GOOGLE LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this 21st day of November 2022, I caused a true and exact copy of the foregoing DEFENDANT GOOGLE LLC'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF OTHER EMPLOYEE COMPLAINTS and all supporting documents to be filed electronically and served by mail on anyone unable to accept electronic filing. Notice and copies of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: New York, New York
November 21, 2022

_____
Sara B. Tomezsko