**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ULKU ROWE,<br><br>    Plaintiff,<br><br> -against-<br><br>GOOGLE LLC,<br><br>    Defendant. | No. 1:19-cv-08655 (LGS)(GWG) |

**[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION IN LIMINE TO EXCLUDE EVIDENCE OF
<u>OTHER EMPLOYEE COMPLAINTS</u>**

  AND NOW, this _____ day of _____, 2022, upon consideration of Defendant Google LLC's Motion in Limine to Exclude Evidence of Other Employee Complaints, Memorandum of Law in Support, and any opposition thereto,

  IT IS HEREBY ORDERED that:

  1. Defendant Google LLC's Motion in Limine to Exclude Evidence of Other Employee Complaints is GRANTED; and

  IT IS SO ORDERED

                      _____
                      Honorable Lorna G. Schofield
                      United States District Judge