# Exhibit 2

Leadership requires active engagement with others, all of whom will be able to describe how the engineer's leadership has made the project possible. Peer reviews explaining how the person showed leadership are another common form of evidence of leadership, though they should not be viewed as a replacement for other forms of evidence.

Documentation of leadership should capture why important decisions were made and is not only important for justifying promotion but also helps other teams that are grappling with similar design decisions to be able to understand and evaluate the same choices. This can also increase the impact of the work beyond the team that the design doc was originally intended for.

In addition to the requirements for impact, difficulty and leadership, citizenship contributions appropriate to an engineer's level are required once they have come up to speed (generally 6 months post-hire).

# Descriptions

The text below describes expectations of an average, ramped up engineer at each level. Nooglers or recent transfers who are still learning the project or role may not immediately exhibit all traits of their level.

The criterion for being promoted to any level is demonstrating sustained performance at that level. This is how we keep the standards for our SWE levels meaningful and consistent over time.

## L3 / Software Engineer II
This level is about making direct technical contributions. An L3 consistently finishes tactical sub-tasks within the scope of a larger project. These sub-tasks are often defined and refined by others (TL, manager, etc.), and are clearly of a size that a single engineer could finish within a short, bounded time (i.e., 1 quarter or less).

Some supervision may be necessary, but L3s learn quickly and make steady progress without constant guidance. An L3 typically solves problems that would be familiar to their team, using existing tools, resources, and processes.

An L3 is expected to tackle work that has had most important assumptions stated and clarified already, though sometimes they will have to handle late-process changes and revisions. The completed work is generally considered high quality, though in the process of writing the code an L3 will often incorporate significant feedback from more senior engineers.

For an L3, citizenship contributions will mainly be at an individual level such as recruiting contributions or volunteering for ERG or other community events.

Note: by virtue of Canadian legislation, the local job title is "Software Developer." The two titles directly correspond level-by-level.

Growth Expectation: SWEs at L3 are expected to acquire the skills and competence necessary to become an effective contributor to their team's efforts with minimal supervision from more senior team members.

Succeeding at this should over time result in the deliverables and impact necessary to reach L4. For historical data on time to promotion, see How long does it take to get promoted? (Note: That data is for Tech as a whole, not just people on the SWE ladder).

## L4 / Software Engineer III

L4s make larger, mostly independent, technical contributions. An L4 manages their own priorities and makes appropriately paced progress on their own without supervision. Engineers at this level consistently execute and finish end-to-end tasks towards a larger goal with minimal assistance from more senior team members. They participate in design as well, though often with guidance. They understand how their work fits in with related projects or components, and identify problems with requirements and fix them, helping the team course-correct when necessary. They understand their technical debt and how their choices shape the health of the project over the longer-term. At this level it is also expected that engineers will be contributing to shared team responsibilities.

The full Google "toolkit" in their area might not yet be there, but the L4 engineer has mastered at least one major skill outside of core coding (e.g., reliability monitoring and alerting, documentation, integration testing, production hygiene and support duties). They *may* be proactively spotting and suggesting areas of future work for themselves and their team. Completed work is of consistently high quality, and has most or all of the hallmarks of a fleshed-out Google engineering artifact.

When team organizers think about L4s, they think of them as "solid Google individual contributors."

For an L4, citizenship contributions are likely at an individual level such as recruiting contributions or volunteering for ERG or other community events.

All Google SWEs are expected to reach this level.

Growth Expectation: SWEs at L4 should:
- Regularly show new or improved independent application of job-related skills, technologies or methodologies, until over time they… (see next bullet)
- Consistently generate the ideas required to solve even ambiguous problems, and take ownership of the solution, even when this involves many activities beyond coding (e.g., reliability, monitoring, documentation, integration testing, production support duties)

Note: by virtue of Canadian legislation, the local job title is "Software Developer." The two titles directly correspond level-by-level.

CONFIDENTIAL

GOOG-ROWE-00061502