# Exhibit 3

**People Ops verified as official job family documentation for 2020 Perf**

*\***PM managers** at all levels are expected to exhibit <u>Oxygen</u> attributes.\*

---

Associate PM / L3

| SCOPE | |
|---|---|
| **Product Complexity** | PM owns a project or small number of projects within a larger product. Often is accountable for execution and delivery of those projects against a more broadly articulated roadmap and strategy. Also deals with relatively few 'customers' for that feature (e.g. Users, or Advertisers, or Publishers). The product problem is clearly understood and there is clear consensus on the right way to solve it. |
| **Organizational Complexity** | PM works directly within their workgroup with an assigned set of engineers and UXers, executing tasks themselves. Need not manage cross functional relationships or rely heavily on sales, business development, legal, etc. |
| **Technical Complexity** | Usually works directly with 5-10 engineers and is deeply involved in the technical aspects of the product. Regularly and deeply engages with technical detail, examples of which include: logs analysis, looking at code to help design or debug, checking in small changes, prototyping, reviewing engineering design docs, discussing technical trade-offs. |
| **SKILLS** | |
| **Product Insight, Vision, Design** | PM can takes a clearly defined product solution and works well with Design / Eng to implement it to high quality. They use clear understanding of user research, logs analysis, user feedback to refine details of product spec. They apply relentless attention to detail, capturing the last 10% whether it is pixels on a screen, interactions or edge cases. They surface and escalate key design & quality decisions effectively. They can clearly articulate the design of the feature they are building and the decisions their team took to get there to stakeholders. |
| **Execution** | PM is an execution powerhouse. They can take a clear, simple plan and make it happen. They can clear simple obstacles and know when to escalate for more support. Everyone on their team knows what their role is and what is next. They can navigate the Google launch process with very limited support. They own bug triage for their team, ensuring the right people decide on each blocking bug for their launch. They run their team's Dogfood and take a leading role in dogfood feedback. |

GOOG-ROWE-00061511

**People Ops verified as official job family documentation for 2020 Perf**

| | |
|---|---|
| **Communication** | PM has strong and effective written and verbal communication skills. PM authors and maintains PRDs and supporting project documentation that are clear, concise, and provides unambiguous direction to the team. They are a detailed notetaker and distributor ensuring that the core project team is regularly updated with weekly team meetings notes. Is effective in direct communication with their engineering and UX colleagues and is able to clearly articulate their points on product features. |
| **Leadership** | PM is able to be self-directed and execute with light supervision. They build strong relationships with their engineering team and is able to motivate them to drive project execution. PM also contributes positively to the APM program and their APM class on the APM trip, APM mini-trips, class activities, and other horizontal efforts. Please also reference the Community Contributions section at the bottom of the page. |
| **IMPACT** | |
| | There are two aspects of impact, both of which are important:<br>　A PM's **personal impact on their project**. To what extent did their contributions maximise the impact of the project?<br>　**The impact of the project on Google**. How big a deal was this project to our users, our company?<br><br>Impact is the effect that wouldn't have happened if they hadn't done what they did.<br><br>**Personal Impact**<br>Defining a compelling vision and organising a team to deliver around it<br>Building processes for a team to enable fast, high quality execution<br>PRDs / Design Testing<br>Dogfood Bug burn down<br><br>**Impact of the Project**<br>There are different measurements of project impact, depending on the type and phase of project.  We should measure project impact in as broad a way as possible, not being myopic on a single number (users, revenue, units, etc) but looking at the total impact from product excellence through to adoption and engagement.  PMs (and their managers) should be able to clearly articulate success metrics and draw a clear connection between those metrics and overall Google strategy.<br><br>For a project that has launched:  Has it landed (goto/landings)? Is it considered innovative or a disruptor in its space? What was its performance after launch, according to the success metrics set out for the project? How has it been adopted and how do users engage with it? Are users happy? |

GOOG-ROWE-00061512