# Exhibit 4

Page 102
1                - KEVIN LUCAS -
2      A.    Got you.
3      Q.    And do you see five names here, Ben
4  Wilson, Evren Ery -- I can't say his last name --
5  Eryurek, Jonathan Nelson, Nicholas Harteau, and
6  Paul Strong?  Do you see that?
7      A.    Yes.
8      Q.    Were those all in OCTO?
9            MR. GAGE:  Objection.  At what point
10     in time are you talking about?
11           MS. GREENE:  This is as of November
12     20th, 2017.
13     A.    So I know Ben Wilson was; I am
14 familiar with him.  The other names look somewhat
15 familiar so I -- I would, yes, they were probably
16 in OCTO.
17     Q.    Other than these individuals at
18 Level 9, were there other technical solutions
19 consultants at Level 9 within Cloud not listed
20 here?
21           MR. GAGE:  Objection.
22     A.    I wouldn't be able to definitively
23 say without looking at the document myself.
24     Q.    If you go down to Page 7, beginning
25 with Line 284, do you know whether any of those

Page 103
1                - KEVIN LUCAS -
2  principal technical solutions consultants at Level
3  8 are outside of OCTO?
4            MR. GAGE:  Objection.
5      A.    I would have to look up each
6  individual one.  A couple of names sound familiar,
7  but I would have to look it all up.
8      Q.    Have you seen this list before?
9      A.    No.
10     Q.    And so if I were to tell you that at
11 any point over -- you know, this is different
12 snapshots for three different years.  If that each
13 of those snapshots it showed only technical
14 solutions consultants within OCTO, is it your
15 testimony that there were technical solutions
16 consultants at Levels 8 and 9 within Google Cloud
17 outside of OCTO?
18           MR. GAGE:  Objection.
19     A.    Again I --
20           MR. GAGE:  Are you talking about a
21     specific point in time, are you talking about
22     today?
23           MS. GREENE: The years that these
24     documents reflect.  These documents are again
25     snapshots from three different periods of

Page 104
1                - KEVIN LUCAS -
2  time.
3            MR. GAGE:  Right, but I don't know
4      that the witness knows that so that's the
5      basis of my objection is you're not be
6      specific about when you're asking him.
7      Q.    2017, 2018, and 2019, were there
8  technical solutions consultants in Google Cloud
9  outside of OCTO?
10     A.    Technical solu -- any level on the
11 job family, yes.
12     Q.    Level 8 or 9.
13     A.    I can't confirm Level 8 or 9 outside
14 of OCTO without doing some research, because that
15 job family is used in other parts of Cloud.
16           So in our go-to-market organization,
17 that is the job family that is used for customer
18 solutions engineer for which I think, I'm
19 almost positive, at that point in time there
20 were -- there was at least one director.  Whether
21 it's Level 8 or 9, I'm not sure.
22     Q.    So with respect to clust -- customer
23 solutions engineer, is it your testimony that they
24 also used the technical solutions consultant
25 ladder?

Page 105
1                - KEVIN LUCAS -
2      A.    Yes, that is my understanding and I
3  think they still do.
4      Q.    And that's an Eng role?
5      A.    No, it is not.
6      Q.    Are there other roles that use the
7  technical solutions consultant ladder?
8      A.    I am not aware of other roles within
9  Cloud, other than the ones that I've mentioned,
10 that use the TSC job family.  There are several
11 roles outside of Cloud that use that family.
12     Q.    Focusing on director level
13 roles --
14     A.    Okay.
15     Q.    -- what are the substantive
16 differences between a director in a technical
17 solutions consultant role and a product management
18 role?
19     A.    Oh, they're -- they're rather
20 different roles.
21           A product manager -- a product
22 management director is defining the strategy of
23 the product in the multi-tier road map and
24 partnering with engineering to actually build
25 according to that road map and deliver that

Page 122
1                - KEVIN LUCAS -
2    specific number, but I would say it's very, very
3    few.
4              Typically once you move -- or at
5    Level 8 and above.  The fast vast majority of
6    people in those roles are people managers unless
7    your role is maybe a bit nuanced or specialized or
8    divergent in -- in some way.  So, for example,
9    I've worked with director-level chief of staff who
10   was an individual contributor.
11       Q.    And what significance does being an
12   individual contributor versus being a person
13   manager have for an individual; how is that -- how
14   is that designation used in the decision-making
15   process at Google?
16             MR. GAGE:  Objection.
17       A.    Can I ask you to clarify what
18   decision-making process?
19       Q.    I'm trying to understand everything
20   that may be implicated by someone having the
21   designation of individual contributor versus
22   manager.
23       A.    Oh, okay.
24             MR. GAGE:  Objection.
25             Go ahead.

Page 123
1                - KEVIN LUCAS -
2        A.    Apologies, I'm trying to think
3    through like the -- the fundamental differences
4    there.
5              I'm saying it's not diff -- IC versus
6    people manager isn't necessarily an -- an
7    individual decision; it's a structural decision or
8    a functional decision, right.  So it's -- I think
9    we could be hard-pressed to find a Level 8
10   director saying I want to be an individual
11   contributor and that making sense enough to
12   actually doing that.
13             That said, there are the nuances that
14   I mentioned before like a chief of staff or highly
15   specialized or nuance role whatever it may be.  I
16   would say what significance it has, I can't say
17   too much because when I think about it from a
18   performance or promotion perspective you're still
19   evaluated on the expectations of your -- your role
20   and ladder regardless of people manager versus
21   ICs.
22             I'm not aware of any compensation
23   differences between people manager versus ICs.
24   It's -- it's -- there's a slight difference in
25   terms of training, whereby we offer people

Page 124
1                - KEVIN LUCAS -
2    managers people management training from
3    which   I'm not sure if people place much
4    significance on that aspect of it.  Yeah, I -- I
5    don't see that it's -- there's a lot of
6    significance in it.
7        Q.    With respect to the distinguished
8    technical solutions consultant role --
9        A.    Okay.
10       Q.    -- are you aware of a minimum number
11   of years of experience needed for that role?
12       A.    I -- I would have to consult the
13   guidelines.  I would speculate that you said it
14   distinguishes L 8, if I remember correctly.  I
15   would speculate it's probably somewhere between
16   upper teens, maybe twenty.
17       Q.    What about with respect to the L 9
18   role?
19       A.    I would say -- and a qualifier to
20   that is relevant years of experience.  For the
21   L 9, I would probably say just kind of a handful
22   more than -- than whatever that memo is.
23       Q.    Do you know this to be the case or is
24   this your assumption based on what you know about
25   Google generally?

Page 125
1                - KEVIN LUCAS -
2        A.    Well, it's --
3              MR. GAGE:  Objection.
4              Go ahead.
5        A.    Without -- without looking -- I said
6    it is speculative without looking at the -- the
7    specific leveling guidelines; but in observation
8    of directors we have brought into the
9    organization, that's what leads me to that number.
10       Q.    When we looked at the leveling
11   guidelines earlier we didn't see a minimum number
12   of years, correct?
13             MR. GAGE:  Objection.
14             You can look back at the document if
15       you'd like, but -- do you know which document
16       that was that you're referring to, Cara?
17             MS. GREENE:  Yeah, give me one
18       moment.
19             THE WITNESS:  I think it was 10 --
20       no.
21       Q.    Did you find it for the technical
22   solutions consultant?
23       A.    I haven't yet.  I'm clicking through
24   each tab.
25       Q.    All right, I've got it.  Give me one

Page 126

- KEVIN LUCAS -
moment.
A. I think I -- no, that wasn't the one.
Q. Try Tab 26.
MR. GAGE: And is that the document you were referring to in your question?
MS. GREENE: It was.
A. You're correct, and it is not mentioned in this document; but this document is behavioral descriptors across levels, so similar to the SWE ladder whereby we articulate complexity, scope, things like that across level.
Q. Are you aware of any other document that includes leveling guidelines for technical solutions consultant?
A. Not specific to technical solutions consultant. I'm trying to find the --
Q. Are you aware of anything that outlines any sort of years requirement with respecting -- with respect to the leveling of technical solutions consultant?
A. Nothing unique to TSCs. I apologize, that's why I'm looking a little confused, because I can't remember seeing anything that is job family-specific leveling guidelines.

Page 127

- KEVIN LUCAS -
Q. With respect to years of experience, are you aware of anything generally that sets forth level for -- years of experience with respect to leveling for people at the L 8 or L 9 levels?
A. That's -- that's what I was just trying to think through and -- let me think a little more.
I can't remember anything. It's so frustrating.
Q. It's okay. If you don't remember or you don't know, that's a fine answer as well. Is your answer you don't remember sitting here right now?
A. I don't remember.
Q. Okay. With respect --
MR. GAGE: Can we take break at some point, convenient break?
THE WITNESS: Thank you. Forgive me, sorry, I can't really follow.
MS. GREENE: Sure, I see you drinking the Coke there. It's fine.
THE WITNESS: I know.
MS. GREENE: We can go off the record

Page 128

- KEVIN LUCAS -
right now.
THE WITNESS: Is that -- is that a good break for you?
MS. GREENE: Sure.
THE WITNESS: Does that work?
MS. GREENE: Uh-huh.
THE VIDEOGRAPHER: Okay. We're going off the record, the time is 3:54 New York time.
(Whereupon, there was a brief recess in the proceedings.)
THE VIDEOGRAPHER: The time is 4:02 p.m. New York time, we're back on the record.
Q. Okay. I want you to take a look at what's been marked as Exhibit 11. This is the spreadsheet and so you may by going to the upper -- there might be a Box in the upper right-hand corner that allows you to choose what format you open up in.
A. Okay. Unfortunately it says "Box for office online has locked," so I can only look at it in basically a PDF view. Let me actually go back and try to right click and open differently.
It does not allow me to open it

Page 129

- KEVIN LUCAS -
differently. It's -- there's a -- when I right click, it says I can request unlock.
Q. Yeah. We had requested unlock for you to be open it in Excel.
A. I can try here and see if I can.
Q. I'm not going to ask you anything too detailed about this.
A. Okay.
Q. The first question, if you're able to zoom in at all, is whether you even recognize what this document is?
A. I don't recognize this document, but it appears as though the content is the descriptors of how we would assess a candidate across four different attributes.
MR. GAGE: And I just -- can I just note, I have a icon that says "The file is being edited with Box for office online." What does that mean?
MS. GREENE: It may mean that because you opened it and we gave access --
MR. GAGE: Okay.
MS. GREENE: -- you -- you're able to edit it, but --

Page 138

- KEVIN LUCAS -

Q. So level is one thing that's considered in setting someone's salary?

A. Yes.

Q. Are there salary guidelines that apply with respect to level?

A. Yes, with respect to each of those three things mentioned, role, level, and location. So the -- Google is a little bit different in that we don't have salary ranges for specific role, level, and locations.

We have what we call market reference points and it is a point in the market where we target pay and you measure someone against that market reference like in the form of a comp or ratio. So it's basically where they sit against the market reference point.

Q. So if you knew someone's role, level, and location, how would you go about figuring out what their salary should be?

A. Meaning myself or if I was just an Googler?

Q. How does Google go about determining what someone's salary should be once someone's role, level, and location is known?

Page 139

- KEVIN LUCAS -

A. Yup, so it is largely algorithmic-driven. We begin by bringing someone in at the 80th percentile -- or, sorry, I guess an important qualification here is the time.

So we I would say in -- gosh, when was that. May be three years ago now; it might have been four years. It's been several years, but essentially what we do is we bring someone in at the 80th percentile of the MRP which is respective of their role, level, and location for which -- go ahead.

Q. No, please finish.

A. I was going to say as -- as you move -- as we move through our performance management processing comp cycle each year, in theory you get closer and closer to the MRP. So it's a flattening curve, but it does actually go up in the marketing so it's possible for your salary to be higher than MRP. MRP is the Market Reference Point against.

Q. Where are those market reference points recorded?

A. They are not public or -- or transparent to viewers. They are held close to

Page 140

- KEVIN LUCAS -

the chest with our compensation team.

Q. Is there a particular application or program or otherwise that's used to access the MRP?

A. Yeah. So I don't know how the compensation managers -- kind of the full database of combinations of all of these things.

The one time a year in which people partners and managers have visibility into market reference points, et cetera is during compensation planning when we plan comp in a tool called GComp; and after we go through planning, the tool is actually taken offline. So you can only access it for the short period of time by short-planning compensation.

Q. So individuals who are coming in into the same role in the same level in the same market, would they be paid the same salary?

A. It is possible, but in any sort of external offer, right, you can negotiate your salary.

And I think in practice we try not to negotiate salary that much because you can imagine if you start negotiating salary, and in

Page 141

- KEVIN LUCAS -

pretty meaningful ways, you -- you could start finding a compression at the market reference point, whereby a Googler won't experience meaningful salary increases year over year. So we try to build in that progression with performance.

Q. I think you testified earlier that the salary was algorithmic?

A. So it's -- as I've seen it happen, it is a trick -- it's a spreadsheet by which you essentially enter these data points, right. Like you enter the job code for widget inside and out, all of the back-end MRPs, so it will actually populate what the offer should be without considering any -- any other information and that becomes kind of your starting point in most cases.

Q. So what are the factors that are entered into, what are the data points that are entered in to calculate what the starting point for the compensation discussion should be?

And I'm specifically looking at hiring right now.

A. Sure.

Q. We'll come back to comp discussions in the course of the, you know, performance

Page 142

- KEVIN LUCAS -

year --

A. Sure.

Q. -- but right now I'm looking at hiring.

A. Sure, sure. So for new hire comp, as I understand it, they enter the job code and the location, because the job code already has level factored into it because you have a different job code for each level. So the job code and location drives that outcome.

Q. And once you've entered that in, what is relayed back out for new hires?

A. Yep. So it then becomes a, quote, approved offer. So that output is then pushed through GHire back to the recruiter to say here's your approved offer that you can extend, for which recruiters have a -- a relatively narrow range for which they can negotiate based on how the candidate responds to it, but it's relatively narrow.

If anything, if they need to -- to consider going outside of that range it actually has to go back to model again and to potentially additional layers of approval, but that doesn't

Page 143

- KEVIN LUCAS -

not happen too often, at least in observation.

Q. And what are the components of the output in an approved offer?

A. Salary, bonus, and equity. Although, bonus isn't a dollar that we necessarily communicate. It's a percentage that's automatically tied to the level, so that doesn't -- so new hire offers, there are three components comm -- communicated back to the recruiter for which they can extend the offer to the candidate. It is salary, bonus, and equity.

The bonus is a fixed target percentage that we communicate so we don't actually communicate the dollar value to the bonus, and then salary is -- is slightly negotiable as is equity some degree. In some cases, we will consider sign-on bonuses if that is a lever that we need to pull.

Q. For purposes of the -- what is it M -- MS -- MRP?

A. MR, yes. Correct.

Q. For purposes of the MRP, are any positions grouped together?

A. Not that I'm aware of, no.

Page 144

- KEVIN LUCAS -

Q. So I guess my -- a different question is: Given that Google's job titles and job code are unique to Google --

A. Yup.

Q. -- what external positions are they measured against?

A. Yup. So we contribute to compensation surveys, like the majority of other companies do, for which we submit anonymous comp data to a third-party that essentially comes back to us to say here's what this job and level pays in this respective location, and we then decide where we target in that range that the job pays.

Q. And so --

A. So --

Q. Go ahead.

A. I just going to say so, for example, in -- in most cases we contribute data as do around 30 other companies depending on the respective job, by which you can imagine the usual suspects for Google. So for the majority of our technical roles you would see the likes of Amazon, Facebook, Apple, et cetera in -- in the mix to inform where we decide to target in the market.

Page 145

- KEVIN LUCAS -

Q. And how do you know what position externally you're targeting it against?

A. Yeah. So the simplest way to describe it, it's almost like job descriptions that you submit to qualify or to kind of describe a -- a role.

For the more common roles, you can imagine like where there's large end count like product management and -- and software engineering, that's probably where it's a little more straightforward. Whereby some of the other smaller job family roles, it's a little more you have to identify qualifiers by which you want to measure against.

So said differently, you get to decide the ratio of functions that make up a role. So for like let's say solutions consultant -- and I'm making up the categories here, but I'm just going to try to articulate a point -- there's probably a consulting function that is weighted at 25 percent, there's probably a project management function that's weighted as well. So it starts to form a more cross-comp -- or a company agnostic view of what roles are that form the output that

Page 174
- KEVIN LUCAS -
look different?
   A.   Day-to-day responsibilities for software engineering don't change a whole lot from Level 8s to 9. It is similar to our conversation we previously had, whereby either the scope and visibility and impact of their role shifts in some ways.
        So they are probably more aligned to a higher priority product, perhaps a more kind of innovative product if you will. They may start leading a larger organization whereby more, quote/unquote, products roll up to them.
        So it's more about kind of scope and product prior -- priority than shifting day-to-day responsibilities from an L 8 to L 9 software engineer.
   Q.   What are the skills necessary for an L 8 software engineer?
   A.   Coding ability is probably the -- the fore -- the forerunner there for which they still have to go through coding interviews when code is submitted in their interview packets, et cetera, so that is probably the largest one.
        There's going to be elements,

Page 175
- KEVIN LUCAS -
depending on which track you're on, of leading a team or organization. You're probably gonna to see elements of strategic thinking to execution because you have to be able to work with product managers on -- on kind of building up that product road map, but you also have to -- with production managers on building the product road map and then working with frontline engineers to actually code the products themselves.
        So it's a pretty interesting blend of technical depth and kind of product leadership.
   Q.   And --
        MS. GREENE: Hope, can you read back the last question. Just the question, not the answer.
        (The question requested was read back by the reporter.)
   Q.   And what different skills are is required of a Level 9 --
        MR. GAGE: Objection.
   Q.   -- a Level 9 software engineer?
   A.   If I -- I would probably say it's just greater depth or ability of what I just mentioned. So similar buckets, just more of if

Page 176
- KEVIN LUCAS -
that makes sense.
   Q.   And with respect to the director of product management, what are the day-to-day responsibilities for a director of product management Level 8 look like?
   A.   Level 8, yeah. There are going to be probably a few different elements there.
        There's going to be part of their time that's spent on strategic direction of the product and the ability defining where we want to take this product on a multi-year road map and starting to form a point of view on how we deliver that -- that road map over the next, let's say, six months to a few years.
        There's an element around kind of data analysis and customer feedback, so adjusting how customers are using the product or service and -- and responding to that feedback in either reactive ways to support the need we didn't meet or perhaps proactively thinking about features that we can build into the product or service that may unlock value to their business that they may not necessarily see.
        L 8 product managers are -- are

Page 177
- KEVIN LUCAS -
people leaders, so there's not a kind of individual or technical track in the manager track; it's all one. So they're likely lead a -- probably a small to medium-sized team of product managers on respective product or groups of related products.
        And then similar to software engineering, there's a portion of their time that's spent in kind of meeting, corroborating with Eng, talking about feasibility and product road maps, and how we actually think about building these -- these over time.
        Similar to software engineering, the difference between L 9 -- L 8 and L 9 is largely scrope, scrope -- scope, product complexity, or product portfolios that we will likely grow them into additional prod -- roles that have responsibility for additional products and/or ask them to build out more nascent products. So it's going to be the innovation side of it.
   Q.   And I apologize if you already answered this: Is -- product management, is that considered an Eng role as you consider it?
   A.   So Eng is most often referred to as