# Exhibit 6

- - - **Stakeholder Management (Experience):** Experience working with non-technical manager+ stakeholders/sales teams. Experience translating commercial business models/needs into technical solutions. Experience brokering trade offs with stakeholders & understand their needs. Influences Manager+ level internal and/or C-suite level external stakeholders (including customers) without authority.
    - **Client Management:** Experience working with director internal and external clients/partners, acting as the face of a company.
  - **Complexity & Scope**
    - Works on multiple large projects and/or a single complex or mission-critical project
    - Collaborates on significant and/or unique problems
    - Integrates disparate projects/processes to create widely-reusable components/services
    - Loosely managed within the broader team and autonomous within their technical domain
    - Plans and executes project(s), based on long-term objectives of functional area, with minimal supervision
    - Leverages proven project, team, and/or people leadership skills to manage project priorities and technical resources; may manage people
    - Arbitrates in cases of technical disagreement among team members
    - Mentors and trains Nooglers and lower-level Googlers
  - **Organizational Impact**
    - Key contributor to one or more large, infrastructure, and/or mission-critical projects
    - Impact projects through:
      - Project planning and design
      - Creation of sustainable work product
      - Contribute to efforts beyond core project
    - Builds and/or leads cross-functional and/or cross-organizational collaborations

### L7 / Senior Staff (or Manager III) Technical Solutions Consultant

- **Knowledge & Experience**
  - Proven organizational awareness
  - Knows what's going on within Google, between Google's technologies and its business goals, and the industry
  - Recognized as an authority within a technical domain (Examples: Application Development ML, Data Sciences, Data Engineering, Developer Operations, Security, Authentication, etc.) or directly leading a team
    **Software Engineering**: For Senior Staff: Engineering/Coding for ICs at SWE L4 or TPgM L6 Technical Judgement (new and current Googlers), demonstrated by combination of coding, code reviewing and system design. For Manager III: TPgM L6 Technical Judgement, demonstrated by combination of code reviewing and system design
  - For Staff: Engineering/Coding SWE L4. Coding can be supplemented by Code Reviewing or Sys Design. For Manager II: TPgM L6 Technical Judgement, demonstrated by combination of code reviewing and system design
  - 
  - **Stakeholder Management**: Experience working with non-technical director+ stakeholders/sales teams. Experience translating commercial business models/needs into technical solutions. Experience brokering trade offs with stakeholders & understand their needs. Influences director+ level internal and/or C-suite level external stakeholders (including customers) without authority.
  - **Client Management**: Experience working with VP level internal and external clients/partners, acting as the face of a company.
- **Complexity & Scope**
  - Executes multiple complex and/or mission-critical projects OR a single, large-scale and extremely complex project
  - Generates ideas for new project initiatives and then takes ownership of turning ideas into execution and artifacts
  - Integrates complex components within multi-system projects
  - Identifies trade-offs in approach and operations
  - Scopes and evaluates the risks associated with changes to a product, process, or service
  - Autonomous within the broader team and sets the vision within their technical domain
  - Sets strategy and objectives for a product or functional area
  - Develops strategic alliances with inside or outside Eng and/or Google
  - Drives Google citizenship activities
  - Grows Google's talent pipeline
  - Actively partners with senior Leaders (Director+) in decision making within their technical domain
- **Scope of Impact**
  - At L7, TSC work should have clear alignment and impact on business goals in a product Area or functional Area
  - Impact functional area through:
    - Enhancing and developing technology, programs and approach
    - Innovation and thought leadership
    - May create market opportunities within technical domain
  - Impact visible at the VP level

### L8 / Principal (or Director) Technical Solutions Consultant

- **Knowledge & Experience**
  - Demonstrates comprehensive understanding of how Google shapes the industry
  - Recognized as an authority in multiple technical functional areas
  - Recognized as an authority within a technical domain (Examples: Application Development, Data Sciences, Data Engineering, Developer Operations, Security, Authentication, etc.) and a key contributor across multiple technical functional areas; or directly leading a team
    - **Software Engineering:** For Principals: Engineering/Coding for ICs at SWE L4 or TPgM L7 Technical Judgement (new and current Googlers), demonstrated by combination of coding, code reviewing and system design.  For Directors: TPgM L7 Technical Judgement, demonstrated by combination of code reviewing and system design in multiple domains.
  - **Stakeholder Management:** Experience working with non-technical VP level stakeholders/sales teams. Experience translating commercial business models/needs into technical solutions. Experience brokering trade offs with stakeholders & understand their needs. Influences VP level internal and/or C-suite level external stakeholders (including customers) without authority.
  - **Client Management:** Experience working with executive level internal and external clients/partners, acting as the face of a company. Track record influencing cross functional decisions involving competing stakeholders.
- **Complexity & Scope**
  - Owns several complex projects and fully commit to their success
  - Applies advanced judgment to develop new solutions and think beyond existing resolutions, assumptions, or *current knowledge of the area/industry
  - Influences the function, business, and/or industry through advice/counsel related to Google technologies and business strategy
  - Acts as technical advisor to several project teams
  - Consults on project and/or people transitions

3