# EXHIBIT 8

11/5/2018                                                                       My gHire

## Application info

| | |
|---|---|
| **Attachments** | View attachments |
| **Job opening(s)** | Global Client Lead, Financial Services, Google Cloud - New York |
| **Primary recruiter** | Julie Samuel |

## Referral Notes

| | |
|---|---|
| **Referred by** | Divya Singh (divyasi) - Manager II, Google Cloud Program Management |
| **Referral Date** | Jul 12, 2018 3:22 PM (EDT) |

**Candidate name**

[REDACTED]

**Candidate e-mail**

REDACTED - PRIVACY

**Candidate phone**

REDACTED - PRIVACY

**Send candidate an invitation to apply**

Yes

**How familiar are you with the candidate personally?**

Somewhat familiar—they're an acquaintance, classmate, etc.

**How familiar are you with the candidate's role/profession?**

Very familiar—I've worked in a similar role

**How familiar are you with the candidate's actual day-to-day work?**

Very familiar—I've worked with them directly

**How would you rate this candidate against others you've worked with at Google?**

In the top 10%

**Why should we hire this candidate?**

I worked with [REDACTED] during my time at [REDACTED] He was at that time leading a Global multi million dollar consulting engagement at [REDACTED] focused on Anti Money Laundering/OCC Mandated initiatives. At many a times, he had to interface with the regulators and speak with senior executives and I have seen him do both with calmness and poise. He led initiatives in North America, EMEA and Asia Pacific and definitely understood the global landscape. He is now a partner at [REDACTED] and is mostly focused on financial services. His wealth of knowledge, ability to interface with senior executives, sound understanding of the biggest pain points for FSI, and ability to identify and sell service offerings makes him an ideal candidate for a leadership role in GCP focused on financial services.

## Interview Feedback

Town Halls / team meetings - start to talk and get ideas as to the key drivers.

Metrics to measure?
Need to measure by group / cohort and focus the metrics down to the areas that you are most worried about
Need to hone into certain metrics that matter most
Given an attrition rate, need to focus on specific problem areas and which ones really are the ones that we need to
Quantitative data
But also, if you are doing this on a go forward basis, you want to get a feel for whether people feel the changes are

Ulku Rowe (urowe) - Director
18 total interviews | 12 onsite interviews
Sep 21, 2018 9:00 AM (EDT) - onsite
Oct 27, 2018 9:18 PM (EDT) - feedback received



ATTORNEYS' EYES ONLY
GOOG-ROWE-00059875


 Solid background in financial services regulatory space especially within AML & fraud. He would be a

### Interview questions asked

- Let's brainstorm. How would you go about setting up a practice at Google to help Financial Services with their reg
- (follow on question) Could you expand on what you mean by details?
- (follow on question) When you're at ground zero how do you go about finding the best use cases to start with?
- Can you give me an example of a client relationship you built?
- What did things look like for that client when you were done?
- If you were evaluating an AML solutions, what are the top questions you ask?
- What are the biggest regulations that are driving tech investments today?
- Lots of hype around ML. Where have you seen real applications of ML?
- How do you pull together resources that don't necessarily report to you?

Rated for: L8+ Competency Interview Rubrics, Level 8-8, for people manager

### Interview notes

Q: Let's brainstorm. How would you go about setting up a practice at Google to help Financial Services with their re
A: It's different here. It's not about strategy & direction, it's about execution. It's a not just about business strategy a

Q: (follow on question) Could you expand on what you mean by details?
A: You can't be all things to all people. You walk into a capital markets client, it's a very different conversation. Capi

Q: (follow on question) When you're at ground zero how do you go about finding the best use cases to start with?
A: It's not just about tech, it's finding out how those tech would be applicable to a business problem. So look for big

Q: Can you give me an example of a client relationship you built?
Large global bank. 8 years ago. Legacy solutions that worked fine, but there was now a step change in regulation.

Q: What did things look like for that client when you were done?

A: Impact & change: transforming how the entire function worked. Before they had Kpis and checks here and there

Q: If you were evaluating an AML solutions, what are the top questions you ask?
A: Look at product & tech. What's different about it then others. Is it a step change? Most legacy ones are rules-bas

Balance of tech & understanding the environment. ThetaRay. They claimed they were in anomaly detection and cla

Q: What are the biggest regulations that are driving tech investments today?
A: MAR: market abuse regulation is one. There are individual regulations, but the bigger picture is over the years th

Q: Lots of hype around ML. Where have you seen real applications of ML?
A: There is still a lot of education happening. The cases I've seen where you take external information to inform wh