# EXHIBIT 9

**From:** Ulku Rowe <urowe@google.com>
**To:** Tariq Shaukat <tshaukat@google.com>
**Sent:** Fri, 6 Jul 2018 14:59:06 -0400
**Subject:** Re: Upcoming Interviews: FSI GTM
**Cc:** Julie Samuel <juliesamuel@google.com>

Hi Tariq,

I interviewed 3 candidates last week. Sharing quick feedback below to make sure we're aligned on the type of candidate we're looking for. (complete feedback in gHire)

▉▉▉▉: [Recommendation: No Hire] Managing Director, Head of Data as a Business/Service, Asset Servicing Division, ▉▉▉▉. His entire exposure to cloud is limited to a proof of concept proposal for ▉▉▉ with our Google Cloud account team. The project never gained traction and he couldn't even articulate the basic building blocks of technology involved in the proposal. His business experience is too narrowly focused on Asset Servicing.

▉▉▉▉ [Recommendation: No Hire] COO/CFO, ▉▉▉▉. $300M Equity Focused Asset Management Firm. Lacking even the rudimentary understanding of cloud or even technology in general. Hasn't even read about Google Cloud or how GCP compares to competitors. His experience in using technology to drive business change is extremely tactical. On the business side, his experience is limited to Asset Management only. Recommendation: No Hire.

▉▉▉▉ [Recommendation: Leaning Hire] Global Head, Wealth & Asset Management, Go-To-Market Lead, ▉▉▉. Strong track record in business development in the cloud space, understands challenges both on the business side and on the technology side. Articulates how to address those challenges based on personal experience. One of the initial hires at ▉▉▉ in their financial services vertical, oversaw their Wealth/Asset Management business to grow from 0 to $100M+. Like him a lot, my only concern is that his entire career he has only worked in Wealth/Asset Management. If his background was in Capital Markets or Retail Banking, I would have said slam dunk, but concerned that we are not going to have any Asset/Wealth Managers in our top 200 list.

Let me know what you think.
Thanks
Ulku


On Wed, Jun 13, 2018 at 3:06 PM Tariq Shaukat <tshaukat@google.com> wrote:

> Yes, these would be global client leads (the business development side)

On Wed, Jun 13, 2018 at 11:38 AM Ulku Rowe <urowe@google.com> wrote:

> of course. can you send me the job description as well please?
> Tariq, any quick insight you can provide on the role and how it fits in within the org? These are the business development leads for client accounts?

CONFIDENTIAL

GOOG-ROWE-P-00000780