# Exhibit 10

Page 14
1    JENNIFER BURDIS
2    privacy training, to recruitment trainings on our
3    systems and processes, to candidate management
4    training and company trainings that would include,
5    you know, all encompassing recruitment processes
6    including level, what to look for in candidates'
7    background, skill sets, things like that.
8        Q.    Did you receive any training related
9    to compensation or setting compensation?
10       A.    Yes.
11       Q.    Did you receive any training related
12   to anti bias?
13       A.    Yes.
14       Q.    And did you receive any training
15   related to discrimination?
16       A.    Yes.
17       Q.    Okay.  Did you receive trainings
18   related to particular systems used at Google?
19       A.    Yes.
20       Q.    Okay.  Did you receive trainings in
21   GHire?
22       A.    Yes.
23       Q.    And how about Thrive?
24       A.    No, I did not have training in
25   Thrive.

Page 15
1    JENNIFER BURDIS
2        Q.    So at what point did you begin
3    supporting the Office of the CTO or OCTO?
4        A.    I believe it was at some point during
5    the beginning of 2016.
6        Q.    Okay.  So let's focus on when you
7    were supporting OCTO and specifically about the
8    technical director office of the CTO position, and
9    I'm going to call it technical directors going
10   forward.  Is that okay?
11       A.    Yes.
12             Just -- you're slightly muffled in
13   the audio.  I think it's because we're trying to
14   -- I can hear you, but I'm just having to listen
15   carefully so that might --
16             MR. GAGE:  I think it may by at your
17       end Shira, too because I hear you, but
18       you're a little distant.
19             MS. GELFAND:  Okay, that's fine.  Let
20       me know if this is better.  Is this better?
21             MR. GAGE:  It's better.  As you lean
22       a little forward like you're right now, I can
23       hear you clearly.
24             MS. GELFAND:  Okay, I will project.
25             MR. GAGE:  Now that works.

Page 16
1    JENNIFER BURDIS
2             MS. GELFAND:  Okay.
3        Q.    So what was your role as the
4    recruiter for the technical director role in OCTO?
5        A.    I was the lead recruiter on the
6    hiring project.
7        Q.    And when did you become aware that
8    OCTO was looking to hire for the technical
9    director role?
10       A.    In 2016.  I can't recall the month.
11       Q.    And was Will Grannis the hiring
12   manager for that role?
13       A.    Yes.
14       Q.    And did you -- did you meet with Mr.
15   Grannis to discuss recruitment for the technical
16   director position?
17       A.    Yes.
18       Q.    Okay.  Can you tell me everything you
19   recall discussing with Mr. Grannis the scope of
20   the technical director position?
21       A.    So I can't recall the conversation
22   verbatim, but I do recall meeting with Will and
23   discussing him structuring a job description which
24   would be for hiring a reasonably large volume of
25   technical director level candidates into Google on

Page 17
1    JENNIFER BURDIS
2    the individual contributor ladder at L 8 and L 9.
3        Q.    Okay, and can you tell me everything
4    that you recall Mr. Grannis saying about the
5    leveling of the role?
6             MR. GAGE:  Objection.
7        A.    I don't recall specifics.
8        Q.    Okay, and did you work with Mr.
9    Grannis to come up with the external job posting
10   for the technical director role?
11       A.    I did.
12       Q.    Okay, and what was your role in
13   drafting that job posting?
14       A.    To make sure it was compliant,
15   inclusive, and formatted correctly for sharing
16   online and -- and sharing externally with
17   non Googlers.
18       Q.    What do you a mean by "compliant" and
19   "inclusive"?
20       A.    To make sure our minimum
21   qualifications and preferred qualifications were
22   in line with our company policy.
23       Q.    Okay.  Okay.  Is there anything else
24   that you recall discussing with Mr. Grannis in
25   terms of what the role would entail?

Page 26
1    JENNIFER BURDIS
2        MR. GAGE:  Objection.
3    A.    I do not know.
4    Q.    And so were there minimum
5  qualifications that candidates had to meet for
6  this technical director role?
7    A.    Yes.
8    Q.    And what were those minimum
9  qualifications?
10   A.    They're listed on the job
11 description.  I would have to refresh by reading
12 it  but the minimum qualifications are documented
13 on the job description.
14   Q.    Okay  and where are they documented
15 on the job description?
16   A.    On the second page of Exhibit 61  I
17 believe.
18   Q.    So would that be under "Skills and
19 Experience Requirements"?
20   A.    Correct.
21   Q.    Okay  and could Google choose to
22 waive those minimum qualifications?
23       MR. GAGE:  Objection.  I don't know
24    if I heard the question right.  Did you say
25    could or did?

Page 27
1    JENNIFER BURDIS
2        MS. GELFAND:  "Could" they.
3        MR. GAGE:  Oh could.  Could okay.
4    Objection.
5    A.    I'm not sure how to answer that.
6    Q.    Okay.  So let's walk through these
7  minimum qualifications.  So the first one says
8  that  "The ideal candidate will have extensive
9  experience co creating Cloud roadmaps with
10 customers and/or vendors of the CIO  CTO  SVP of
11 engineering levels."
12       MR. GAGE:  Objection.
13   Q.    Would this be a minimum qualification
14 for the technical director role?
15   A.    No.
16   Q.    Okay.  Would that be a preferred
17 qualification?
18       MR. GAGE:  Objection.
19   A.    I don't know how to answer that
20 question.
21   Q.    Okay  and if you could take a look at
22 that time second bullet point  is that a minimum
23 qualification for the technical director role?
24       MR. GAGE:  Objection.
25   A.    I'm finding this section of questions

Page 28
1    JENNIFER BURDIS
2  a little confusing  so...
3    Q.    Okay.  So you had mentioned that this
4  document contains the minimum qualifications for
5  the role in the "Skills and Experience
6  Requirements" section
7    A.    Okay.
8    Q.     so I'm asking:  Where in here does
9  it document the minimum qualifications?
10   A.    Well  now I
11       MR. GAGE:  Objection.  Go ahead.
12   A.    Now that I'm looking at the job
13 description  I realize that the headline where the
14 bullets that's your reading out reside are
15 actually under the "Skills and Experience
16 Requirements" and there's no mention of minimum
17 qualifications in that section of the job
18 description.
19   Q.    Okay.  So are the minimum
20 qualifications for this job description listed
21 elsewhere?
22   A.    They would likely be in GHire.
23   Q.    So how did you determine   I'm
24 sorry  one moment.
25       So if you were to look up the minimum

Page 29
1    JENNIFER BURDIS
2  qualifications for the technical director role
3  where   where in GHire would that be located?
4    A.    It would be under the requirements in
5  GHire where there is a section to input minimum
6  qualifications.
7    Q.    Do you recall what those minimum
8  qualifications were with respect to the technical
9  director role?
10   A.    I don't.
11   Q.    Okay.  So how did you determine
12 whether a candidate was a match for the technical
13 director role?
14       MR. GAGE:  Objection.
15   A.    Maybe you could rephrase.
16   Q.    Sure.  So when a candidate applied
17 for the technical director position  what factors
18 did you use to determine whether they would be
19 brought in for an interview?
20   A.    So there were a number of different
21 factors taken into account.  Industry experience
22 would be one of them.  The extent of a candidate's
23 experience and years of experience would play a
24 part in that decision.  Relevant experience with
25 regard to the specific area of technology and also

Page 30
1                JENNIFER BURDIS
2     for the industry verticals we were hiring for
3     relevant experience within that domain.
4         Q.    Anything else?
5         A.    Educational background is also
6     another factor, so we consider.
7         Q.    Okay. So when you said that years of
8     experience played a part in your determination,
9     can you speak more about that? What were the
10    years of experience that you considered?
11            MR. GAGE: Objection.
12        A.    The -- the boundaries of years of
13    experience are not concrete, so that's difficult
14    to answer.
15        Q.    Okay, and so at the time that the
16    candidates came in for an interview, had you made
17    an assessment about their level?
18        A.    An initial one, yes.
19        Q.    So this was a preinterview initial
20    assessment?
21        A.    Yes.
22            MR. GAGE: Objection.
23        Q.    Okay. Was there any policy that laid
24    out how years of experience translated into level?
25            MR. GAGE: Objection.

Page 31
1                JENNIFER BURDIS
2         A.    I believe there might be some
3     documentation around that, but I don't recall the
4     detail.
5         Q.    Okay, and could you deviate
6     from -- from that?
7             MR. GAGE: Objection.
8         A.    Taking into account other factors
9     that we consider in the screening process, yes.
10        Q.    Okay, and so did you look at that
11    documentation that you mentioned at the time that
12    you were recruiting for the technical director
13    role related to years of experience?
14        A.    Yes.
15        Q.    And the years of experience, were
16    those bands of years or were they broken down year
17    by year?
18            MR. GAGE: Objection.
19        A.    They were bands.
20        Q.    So do you recall with the technical
21    director position, what bands equated to which
22    level?
23        A.    I do not.
24        Q.    Okay. So you stated that you made an
25    initial preinterview assessment of a candidate's

Page 32
1                JENNIFER BURDIS
2     level for the technical director role. Did anyone
3     else make an assessment at that time?
4         A.    Yes.
5         Q.    Who?
6         A.    The sourcer, Krista Callahan. The
7     sourcer; Krista with a K Callahan.
8         Q.    And what was Ms. Callahan's position?
9         A.    She was Ulku's sourcer, so she was
10    the first person that Ulku had contact with and
11    engaged with for the role.
12        Q.    And do you recall what she assessed
13    Ms. Rowe's level at?
14        A.    I recall Level 8.
15        Q.    Okay, and do you recall what that
16    assessment was based on?
17        A.    You would need to ask Krista that
18    question.
19        Q.    And would that assessment be
20    documented anywhere?
21        A.    Again, Krista may have documentation
22    that I'm unaware of.
23        Q.    Okay, and did you -- did you document
24    your assessment of Ms. Rowe's level anywhere?
25        A.    It may be on certain documents that

Page 33
1                JENNIFER BURDIS
2     we were considering Ulku at Level 8. I don't
3     remember exactly which documents that information
4     would reside on.
5         Q.    Okay, and did you always document
6     your assessment, your preinterview assessment, for
7     a candidate's level?
8         A.    Yes.
9         Q.    And did you review any criteria in
10    making that assessment?
11        A.    Yes.
12        Q.    And what did you review?
13        A.    The minimum qualifications and the
14    factors that I previously listed when we consider
15    where a candidate might fit within the
16    organization level wise.
17        Q.    Okay, and did you document this in
18    GHire?
19        A.    I don't recall.
20            MR. GAGE: Objection.
21        A.    I don't recall if it's written in
22    GHire.
23        Q.    Do you recall whether it's written
24    anywhere else?
25            MR. GAGE: Objection.

Page 42

1                JENNIFER BURDIS
2   decision making and it wouldn't   that wouldn't
3   sway things either way.
4       Q.    Okay.  So going down on the same
5   document to the first bullet point it says
6   "Consistent evaluation for all candidates " do you
7   see that?
8       A.    I do.
9       Q.    So it says that  "We assess
10  candidates against structured rubrics during the
11  interview process to ensure consistency and reduce
12  bias when evaluating candidates."  So was that
13  true at the time that you were recruiting for the
14  technical director's role?
15      A.    Just give me a second.
16            Yes.
17      Q.    Okay  and which rubrics did you use?
18      A.    I don't recall specific documents or
19  names of documents  but there will be a rubrics
20  that speaks to the Level 8 process and Level 9
21  process.
22      Q.    Okay.  So if you had assessed an
23  individual at a Level 8 prior to their interview
24  that individual would be assessed according to the
25  Level 8 rubric?

Page 43

1                JENNIFER BURDIS
2       A.    With consideration
3             MR. GAGE:  Objection.
4             Go ahead.
5       A.    With consideration of levels  given
6   that this specific job role was spanning two
7   levels  the process would include the first levels
8   throughout   it would be inclusive of both Level
9   8s and Level 9s throughout.
10      Q.    So if you had made an initial
11  assessment that a candidate was a Level 8  could
12  or would   would the interviewer still look at
13  the Level 9 rubric?
14      A.    Yes.
15      Q.    Okay  and were these same rubrics
16  used for all candidates in the technical director
17  position?
18      A.    Yes.
19      Q.    Okay  and so continuing where we left
20  off in the document  it says "While we do take
21  prior experience into consideration  we don't rely
22  on company names and job titles to understand a
23  candidate's capabilities."
24            Did you understand that to be true at
25  the time that you were recruiting for the

Page 44

1                JENNIFER BURDIS
2   technical director position?
3       A.    Yes.
4       Q.    Okay.  As far as you were aware  did
5   Google    sorry.
6             Did Google have a policy that the
7   number of years of work experience dictated the
8   level that someone would come in at?
9       A.    I'm not aware of that policy.
10      Q.    So what was your understanding of how
11  the years of experience of a candidate were
12  considered under Google's leveling policy?
13            MR. GAGE:  Objection.
14      A.    They were only guidelines.  They were
15  guidelines.
16      Q.    So Google didn't have a policy that
17  someone with a certain number of years of
18  experience would automatically come in at a
19  certain level?
20      A.    No.
21      Q.    So for any role at Google  someone
22  with say 17 years of experience could come in as a
23  Level 9 if they were being hired for a Level 9
24  role?
25      A.    If they met

Page 45

1                JENNIFER BURDIS
2             MR. GAGE:  Objection.
3       Q.    Sorry?
4       A.    If they met the criteria for the
5   role  then that is possible.
6       Q.    Okay  and could someone with 25 years
7   of experience come in at a Level 7 if they were
8   being hired for a Level 7 role?
9       A.    Yes.
10            MR. GAGE:  Objection.
11      Q.    Okay  and so did Google prescribe any
12  meaningful difference between someone with 15
13  years of experience versus someone with 17 years
14  of experience in terms of leveling?
15            MR. GAGE:  Objection.
16      A.    No.
17      Q.    Okay.  Did Google prescribe any
18  meaningful difference between someone with 19
19  years of experience versus someone with 20 years
20  of experience?
21            MR. GAGE:  Objection.
22      A.    No.
23      Q.    Okay.  How about between 19 years of
24  experience and 21 years of experience?
25            MR. GAGE:  Objection.

Page 46
1                JENNIFER BURDIS
2      A.    No.
3      Q.    And how about between 23 years of
4   experience versus 25 years of experience?
5          MR. GAGE:  Objection.
6      A.    No.
7      Q.    Did Google provide you with any
8   guidance on how number of years of experience
9   would be evaluated for purposes of leveling?
10         MR. GAGE:  Objection.
11     A.    Sorry  could you repeat that question
12  again?
13     Q.    Sure.  Did Google provide you with
14  any guidance about how number of years of work
15  experience would be evaluated for purposes of
16  leveling?
17         MR. GAGE:  Objection.
18     A.    I believe the documentation is purely
19  a guide and it's    it's a guideline; it not
20  concrete.
21     Q.    And did Google provide you with any
22  guidance on how to consider years of experience
23  when individuals were being hired for the same
24  role?
25         MR. GAGE:  Objection.

Page 47
1                JENNIFER BURDIS
2      A.    Again  years of experience is one
3   factor.
4      Q.    Okay.  So going back to this
5   document  let me know when you have that opened.
6      A.    I do.
7      Q.    Okay.
8          MR. GAGE:  Are we still on Tab 164?
9          MS. GELFAND:  Yes.
10         MR. GAGE:  Okay.
11     Q.    The second bullet point says
12  "Independent Review" and you can read through that
13  if you need to refresh your recollection about
14  this policy  but my question for you is:  Was this
15  process in place at the time that you were
16  recruiting for the technical director role?
17     A.    I will just read it  if that's okay.
18     Q.    Sure.
19     A.    Okay.  So for Level 8 candidates
20  Level 8 plus candidates  at the time I was hiring
21  for the office of the CTO we did not have a hiring
22  committee stage for these candidates.
23     Q.    Okay.  So   so then can you walk me
24  through the process of hiring for the technical
25  director role without the hiring committee?

Page 48
1                JENNIFER BURDIS
2      A.    So in place of a hiring committee the
3   packet  the candidate packet  would be submitted
4   to the team you see here  CESO  for SVP review.
5   Concurrently to that  the packet would also be put
6   in front of Diane Greene to review.
7      Q.    Did Ms. Greene review all the packets
8   for the technical director candidates?
9          MR. GAGE:  Objection.
10     A.    I do not know if she reviewed them.
11  She had access to them.
12     Q.    Okay  and so this paragraph states
13  that "A levelling rationale is typically crafted
14  by the recruiter and the hiring manager together."
15  Was the leveling rationale always included in the
16  packet?
17     A.    Yes.
18     Q.    And what information did you
19  understand to be included in the levelling
20  rationale?
21     A.    Typically the leveling rationale
22  would come from the hiring manager.  So in this
23  instance  it would be Will Grannis and he would
24  essentially write between one sentence and four to
25  five sentences on his opinion of where a candidate

Page 49
1                JENNIFER BURDIS
2   would sit level wise.
3      Q.    Okay  and so you stated that Mr.
4   Grannis would make a preinterview assessment of a
5   candidate's level  correct?
6      A.    Correct.
7      Q.    And so was this rationale in addition
8   to that initial assessment?
9      A.    Correct.
10     Q.    Okay.  You can put that document
11  aside.
12         So did you have any role in the
13  interviewing portion of the hiring process for the
14  technical directors?
15     A.    Not outside of helping to coordinate
16  the logistics.
17     Q.    Did you put together a panel of
18  interviewers?
19     A.    Yes.
20     Q.    Did anyone else  in addition to you
21  select the interviewers?
22     A.    Yes.
23         MR. GAGE:  Objection.
24     Q.    And who was that?
25     A.    Will Grannis.

Page 50

JENNIFER BURDIS
2  Q.  And what was the choice of
3  interviewers based on?
4      MR. GAGE:  Objection.
5  A.  I don't fully understand the
6  questions to answer.
7  Q.  So how did you and Mr. Grannis decide
8  who would be on the panel of interviewers for the
9  technical director's role?
10     MR. GAGE:  Objection.
11 A.  You would need to ask
12     MR. GAGE:  She said   yeah  I don't
13 think she said she did it.
14 A.     Will.
15 Q.  And do you know if the same panel of
16 interviewers were used for all candidates for that
17 role?
18 A.  The panels were not identical.  There
19 was a lot of crossover  but due to the logistics
20 side and scheduling constraints we had a pool of
21 interviewers that we selected from.
22 Q.  Okay  and do you know what the choice
23 of interviewers was based on?
24     MR. GAGE:  Objection.
25 A.  You would need to ask Will.

Page 51

JENNIFER BURDIS
2  Q.  Was Mr. Grannis on the panel for
3  these candidates?
4  A.  He met with every candidate.
5  Q.  Do you know if Mr.   if Brian
6  Stevens met with every candidate?
7      MR. GAGE:  Objection.
8  A.  No.
9  Q.  Who came up with the questions that
10 would be asked on these interviews?
11 A.  Will Grannis.
12 Q.  And were assessment based interview
13 questions used for all of the candidates?
14 A.  I don't fully understand the
15 question  "assessment based interview questions."
16 Q.  Sure.  You know  maybe I will    I'm
17 going to be adding a document to the Box  so you
18 can look at that.  We just need one second.
19     Okay  you should see it now in the
20 Box.  It's going to be Tab 189 and we're going to
21 mark   this has been previously marked as Exhibit
22 79.  Let me know if you have that open.
23 A.  I do.
24 Q.  Do you recognize this document?
25 A.  No.

Page 52

JENNIFER BURDIS
2  Q.  Is that no?  Sorry  you cut out.
3  A.  No  I do not recognize it.
4  Q.  Have you ever seen anything like
5  this?
6      MR. GAGE:  Objection.
7  A.  No.
8  Q.  Okay.  So you're not aware if any
9  L 8 plus assessment based interview questions were
10 used for the technical director role?
11     MR. GAGE:  Objection.
12 A.  I am not aware.
13 Q.  Are you aware   did the questions
14 differ at all based on whether someone was being
15 considered as a Level 8 or a Level 9?
16 A.  Not to my knowledge.
17 Q.  Okay.  So speaking specifically about
18 the technical director's position  was the
19 decision to make an offer to a candidate made
20 after all of the interviewers' interviews were
21 complete?
22 A.  Correct.
23 Q.  And who made the decision to extend
24 an offer?
25 A.  We receive   the recruiter receives

Page 53

JENNIFER BURDIS
2  notification of SVP approval and at that point
3  you   the recruiter can extend an offer.
4  Q.  So aside what was in GHire for the
5  technical director position  did any interviewers
6  tell you what their decision to hire someone was
7  based on?
8  A.  Everything will be in GHire.
9  Q.  And did Will Grannis make a
10 recommendation to the hiring committee?
11     MR. GAGE:  Objection.
12 A.  There was no hiring committee.
13 Q.  And so you would assess Mr. Grannis'
14 recommendation as well as the interviewers to
15 determine whether to extend an offer?
16     MR. GAGE:  Objection.
17 A.  My extending the offer was purely
18 based on SVP approval.
19 Q.  And the SVP would review the package
20 that you prepared?
21 A.  Correct.
22     MR. GAGE:  Objection.
23 Q.  So who made the decision about what
24 level a candidate for technical director would be
25 hired at?

Page 54

1   JENNIFER BURDIS
2       A.   Many people through the process.
3       Q.   And who are those?
4       A.   The final decision would be the SVP
5   to review and approve but the checkpoints of
6   deciding where a candidate would reside level wise
7   through the process would include the recruitment
8   team the interview panel the hiring manager and
9   the two SVP reviewers.
10      Q.   And who was the SVP in this  in
11  this for the technical director position?
12           MR. GAGE: Objection.
13      A.   Diane Greene had access to Ulku's
14  packet or Holtz and Sridhar. The two additional
15  SVPs were Urs U R S Holtz and Sridhar. I can't
16  recall his last name enough to be accurate.
17  Sridhar S R I D H A R. Sridhar.
18      Q.   So who made the final decision with
19  respect to Ms. Rowe's level?
20           MR. GAGE: Objection.
21      A.   The SVP I just listed.
22      Q.   And was that doc was that decision
23  documented anywhere?
24      A.   Yes in GHire.
25      Q.   And did Mr. Grannis make a final

Page 55

1   JENNIFER BURDIS
2   recommendation for what level
3           MR. GAGE: Objection.
4       Q.   for what level Ms. Rowe would be
5   hired in at?
6       A.   Yes.
7       Q.   Did he tell you what he based his
8   decision on?
9       A.   He based his decision on the
10  assessment throughout the process of Ulku Rowe's
11  level.
12      Q.   And did he document that anywhere?
13      A.   His recommendation is documented in
14  the offer packet.
15      Q.   Did you play any role in deciding
16  what level a technical director would be hired at?
17      A.   No.
18           MR. GAGE: Objection.
19      Q.   Okay and outside of what Mr. Grannis
20  documented in the offer packet did he communicate
21  with you what his leveling recommendation was
22  based on?
23           MR. GAGE: Objection.
24      A.   I don't recall specific
25  conversations but I had a weekly meeting with

Page 56

1   JENNIFER BURDIS
2   Will where we discussed all candidates in process
3   and that conversation may have taken place
4   verbally.
5       Q.   Okay. I would like us to go back to
6   the Box. I'm adding another document. Give me
7   one second.
8            Okay. You should see in the
9   Box Tab 160 and this  this document has been
10  previously marked as Exhibit 62. Let me know when
11  you have that open.
12      A.   I have that open.
13           MR. GAGE: You said 1 6 0 Shira?
14           MS. GELFAND: Tab 1 6 0.
15           MR. GAGE: Yup okay.
16           MS. GELFAND: Okay.
17      Q.   Do you recognize this document?
18      A.   There's not  I may have seen it in
19  the past but I don't recall.
20      Q.   Is this part of Google's leveling
21  policy?
22      A.   I would assume so based on the title.
23      Q.   Okay. So the document says "What
24  the leveling rationale by staffers includes and
25  using the template below you'll include the

Page 57

1   JENNIFER BURDIS
2   following in every packet." So Number 1 says
3   "The reason the interview rubric level was
4   chosen." Do you see that?
5       A.   I do.
6       Q.   Did you include this in every packet?
7       A.   I would like to know if this document
8   was released at the same time as the concerned
9   policy in August 2019 because that was a long
10  time after Ulku's process.
11      Q.   So this policy may not have been in
12  place at that time?
13           MR. GAGE: Objection.
14      A.   Potentially.
15      Q.   Okay. So my question is for you
16  whether you included the preinterview rubric level
17  in every packet at that time.
18           MR. GAGE: Objection.
19      A.   I don't fully understand the
20  question. Sorry.
21      Q.   So my you know my understanding is
22  that this policy may not have been in place at the
23  time that you were recruiting for the technical
24  director role. So my question for you is whether
25  or not this policy was in place whether in every

Page 86
JENNIFER BURDIS
```
 2      A.    I don't recall the specifics but
 3  based on the offer packet offer and the offer
 4  letter offer being different  there was likely
 5  some negotiation conversations that took place.
 6      Q.    So do you know what factors Google
 7  considered in setting his base salary at $325 000?
 8            MR. GAGE: Objection.
 9      A.    That would be a question for Chris
10  Humez.
11      Q.    Okay.  Do you know whether Diane
12  Greene approved Mr. [Comparator 1]'s offer?
13      A.    I received notification from Diane's
14  recruiter that I could proceed with an offer.
15      Q.    And did MS. GELFAND provide any sort
16  of feedback about Mr. [Comparator 1]'s candidacy?
17      A.    I do not recall.
18      Q.    And who was her   who was Ms.
19  Greene's recruiter that sent you that
20  notification?
21      A.    Her name was Roopa  R O O P A.  I
22  would need to look up the spelling of her last
23  name.  I don't remember the spelling.  I don't
24  recall her last name  no.
25      Q.    Did you have any discussions with
```

Page 87
JENNIFER BURDIS
```
 2  Diane Greene about Mr. [Comparator 1]?
 3      A.    No.
 4      Q.    Did MS. GELFAND provide any sort of
 5  leveling recommendation for Mr. [Comparator 1]?
 6            MR. GAGE: Objection.
 7      A.    Not to my knowledge.
 8      Q.    So that notification from Diane
 9  Greene's recruiter  what would have been included
10  in that?
11            MR. GAGE: Objection  asked and
12      answered.
13      A.    Approval for additional SVP review.
14      Q.    Okay.  Did you have any conversations
15  with Diane Greene at any point about the technical
16  director or the technical director's role?
17      A.    No.
18      Q.    Okay.  Were you the recruiter for
19  Evren Eryurek?
20      A.    I was not  no.
21      Q.    Were you at all involved in his
22  hiring?
23      A.    No.
24      Q.    So you don't know the basis for the
25  decision to hire him as a Level 9?
```

Page 88
JENNIFER BURDIS
```
 2      A.    I do not know.
 3      Q.    And you were the recruiter for Ben
 4  Wilson?
 5      A.    I was.
 6      Q.    And so what was the basis for the
 7  decision to hire Mr. Wilson as a Level 9?
 8      A.    The same assessment criteria will
 9  have been used for Ben's initial screening process
10  like all candidates through the process.  Ben was
11  an industry vertical ex    expert in the
12  technology space and a C level executive.
13      Q.    So your recommendation was    sorry
14  one second.
15            Did you document those    that
16  criteria anywhere?
17      A.    I don't remember if I documented
18  anywhere  but if I did it would be in GHire.
19      Q.    And did you have any conversations
20  with anyone about this criteria?
21            MR. GAGE: Objection.
22      A.    It's possible that Will and I spoke
23  during our weekly meeting about them.
24      Q.    Do you recall any specific
25  conversations with Mr. Grannis about Mr. Wilson?
```

Page 89
JENNIFER BURDIS
```
 2      A.    I do not.
 3      Q.    Okay.  So what was the business
 4  necessity served in tying then the vertical
 5  industry expertise to the determination of his
 6  level?
 7            MR. GAGE: Objection.
 8      A.    If I think I understand the question
 9  correctly  there were no concrete guidelines
10  around time spent in roles.
11      Q.    Do you know whether Mr. Grannis
12  analyzed the business necessity for these    for
13  this leveling decision?
14            MR. GAGE: Objection.
15      A.    You would need to ask Will.
16      Q.    Okay.  So you don't know?
17      A.    No.
18      Q.    Okay.  Do you know what factors
19  Google considered in setting Mr. Wilson's base
20  compensation?
21            MR. GAGE: Objection.
22      A.    You would need to ask Chris Humez
23  the compensation analyst.
24      Q.    So you don't know?
25      A.    I do not know.
```