# Exhibit 13

| Name | Years @ Hire | Experience in | Education | Other | Hire Date | Job Title | Job Level | Job Family Code | Username | 12/4/2021 |
|---|---|---|---|---|---|---|---|---|---|---|
| Paul Strong | 28 | 32.90 | BS Physics | | 1/9/2017 | Distinguished Technical Solutions Consultant | 9 | TECHNICAL_SOLUTIONS_CONSULTANT | wgrannis | |
| Evren Eryurek | 25 | 30.10 | BS Physics; MS Nuclear Eng; Doctoral Nuclear Eng | | 10/31/2016 | Distinguished Technical Solutions Consultant | 9 | TECHNICAL_SOLUTIONS_CONSULTANT | shasbe | |
| Jonathan Donaldson | 22 | 26.81 | 6 hrs short of MS | | 2/13/2017 | Distinguished Technical Solutions Consultant | 9 | TECHNICAL_SOLUTIONS_CONSULTANT | wgrannis | |
| Nicholas Harteau | 19 | 23.56 | N/A (vp of engineering and infrastructure per google) | | 5/15/2017 | Distinguished Technical Solutions Consultant | 9 | TECHNICAL_SOLUTIONS_CONSULTANT | wgrannis | |
| Will Grannis | 18 | 24.69 | BS Operations; MS Strategic Mgmt | | 3/30/2015 | Director, Technical Solutions Consultant (5566) | 9 | TECHNICAL_SOLUTIONS_CONSULTANT | stevensb | |
| Ben Wilson | 27 | | | | 2/6/2017 | Distinguished Technical Solutions Consultant | 9 | TECHNICAL_SOLUTIONS_CONSULTANT | darrylwillis | |
| Scott Penberthy | 31 | 36.00 | BS & MS Computer Science; Doctoral AI | | 12/5/2016 | Principal Technical Solutions Consultant | 8 | TECHNICAL_SOLUTIONS_CONSULTANT | wgrannis | |
| Ron Bodkin | 27 | 31.12 | BS & MS Computer Science | | 10/23/2017 | Principal Technical Solutions Consultant | 8 | TECHNICAL_SOLUTIONS_CONSULTANT | scottpenberthy | |
| Eric Schenk | 24 | 28.00 | BS, MS & PhD Computer Science | | 12/4/2017 | Principal Technical Solutions Consultant | 8 | TECHNICAL_SOLUTIONS_CONSULTANT | wgrannis | |
| Jesse Burns | 23 | 26.60 | BS Computer Science; BS Electircal Eng | | 4/30/2018 | Principal Technical Solutions Consultant | 8 | TECHNICAL_SOLUTIONS_CONSULTANT | wgrannis | |
| Gregor Hohpe | 23 | 27.12 | BS & MS Computer Science; MS Eng Mgmt | Xoogler | 10/23/2017 | Principal Technical Solutions Consultant | 8 | TECHNICAL_SOLUTIONS_CONSULTANT | jdonalds | |
| Joel Minton | 21 | 24.27 | BS Computer Info Systems; MS Intl Business Strategy; MS Finance | | 8/27/2018 | Principal Technical Solutions Consultant | 8 | TECHNICAL_SOLUTIONS_CONSULTANT | eschenk | |
| Mauro Sauco | 20 | 24.50 | N/A | External presenter | 6/5/2017 | Principal Technical Solutions Consultant | 8 | TECHNICAL_SOLUTIONS_CONSULTANT | nrh | |
| Ulku Rowe | 19 | 23.73 | BS & MS Computer Science | | 3/13/2017 | Principal Technical Solutions Consultant | 8 | TECHNICAL_SOLUTIONS_CONSULTANT | tshaukat | |
| Dean Hildebrand | 19 | 23.35 | BS, MS & PhD Computer Science | Lots of patents | 7/31/2017 | Principal Technical Solutions Consultant | 8 | TECHNICAL_SOLUTIONS_CONSULTANT | nrh | |
| Bryan Stiekes | 18 | 22.87 | BS Computer Eng | | 1/23/2017 | Principal Technical Solutions Consultant | 8 | TECHNICAL_SOLUTIONS_CONSULTANT | nrh | |
| Massimo Mascaro | 17 | 21.06 | MS Physics, Post-Doc Physics, PhD Neuropsychology | | 11/13/2017 | Principal Technical Solutions Consultant | 8 | TECHNICAL_SOLUTIONS_CONSULTANT | scottpenberthy | |
| Michael Marano | | | | | 8/14/2017 | Principal Technical Solutions Consultant | 8 | TECHNICAL_SOLUTIONS_CONSULTANT | nrh | |