# Exhibit 14

Average 3.2

| | | | |
|---|---|---|---|
| 3.2 | Solomon Boulos<br>Senior Staff Software Engineer, 2 interviews | Phone | Sep 2, 2016 |
| 0.0 | Eric Brewer<br>Vice President, 20 interviews | Onsite | Aug 31, 2016 |
| 2.9 | Solomon Boulos<br>Senior Staff Software Engineer, 2 interviews | Onsite | Aug 31, 2016 |
| 3.4 | Dave Rensin<br>Director, 39 interviews | Onsite | Aug 31, 2016 |
| 3.4 | Brian Stevens<br>Vice President, 64 interviews | Onsite | Aug 26, 2016 |
| 3.5 | Jason Martin<br>Director, 10 interviews | Onsite | Aug 26, 2016 |
| 2.7 | Sam Schillace<br>Vice President, 79 interviews | Onsite | Aug 17, 2016 |
| 0.0 | Brian Stevens<br>Vice President, 64 interviews | Onsite | Aug 17, 2016 |
| 3.6 | Will Grannis<br>Director, 59 interviews | Onsite | Jul 11, 2016 |

## References

| TYPE | REFERENCE | HOW LONG KNOWN | HOW WELL KNOWN | RECOMMEND HIRE | PERCENTILE | DATE |
|---|---|---|---|---|---|---|
| Referral | Jessica Beegle | 3-4 years | Extremely well | Yes | Top 10% | Sep 19, 2016 |
| Internal Reference | Ram Ramanathan | 3-4 years | Extremely well | Yes | Top 5% | Sep 19, 2016 |
| Internal Reference | Jessica Beegle | 3-4 years | Extremely well | Yes | Top 5% | Aug 30, 2016 |


2 top 5% IRs and 2 positive external references including his former boss and VP, CTO of GE Healthcare, Michael Harsh as well as former CIO at GE, Gary Reiner.

## Additional notes

Context for Office of the CTO (OCTO) from HRBP, Melissa Lawrence:
In order to increase the supply of technical sponsors for top brands, drive meaningful engagement that advances the roadmap for both Google and those brands, and ensure consistency of approach to creating and maintaining those relationships, Google's Enterprise business will form a CTO Office in the Cloud Platforms organization.

The office will consist of one Director, Office of the CTO (Will Grannis) and 10 to-be-hired Technical Directors (internally Technical Solutions Consultants) to report into the Director. Will will report to the VP of Cloud Platforms, Brian Stevens. These TDs will be ICs but will work across the Google Cloud organization on behalf of their clients.
This CTO Office will:
- Represent the "Technical Face of Google" at the most critical external moments with the "Technical C-Suite" in order to drive consistent technical thought leadership and ignite/kindle customer excitement for Google's Cloud platform
- Serve as a trusted technical sponsor to F500 C[I/T/D]O's as they navigate their digital transformation journey with Google in order to transcend deal specific positioning and provide consistency over longer time horizons
- Represent Google and GCP at top industry podiums, driving greater awareness for GCP and Google's unique views (aka thought leadership) on the direction of cloud computing via keynotes and blogs
- Activate a small, intimate community of cloud computing thought leaders, potentially including representatives from top brands, partners

CONFIDENTIAL                                                                                                                                GOOG-ROWE-00061918

- Activate a small, intimate community of cloud computing thought leaders, potentially including representatives from top brands, partners, academia, and Google with the goal of advancing and accelerating the global adoption and evolution of public cloud computing

The expected external hires will be L8 or L9 and most will have been CTO or the equivalent level executive in a prior life.
Each TD shall be a recognized expert in a particular field (Machine Learning, Security, Big Data, Analytics, Virtualization, Cloud Native Applications, others TBD), ideally with experience ranging from the C-suite to the dev team that equates to deep customer and user empathy
Each TD will have deep expertise within a vertical industry such as Healthcare, Media & Entertainment, Financial Services, Manufacturing, etc.
Each TD will maintain a small and deep set of relationships with key C[I/T/D]O's and work hand in hand with them in scenarios ranging from whiteboarding to escalations to private advice to joint roadmap planning

We will need to create a L9 Distinguished Technical Solutions Consultant role. We can temporarily use job code 5566, Director, Technical Solutions Consultant until we can get that set up.
The office and its mission was signed off on by Diane Greene, Urs Holzle, Brian Stevens and Tariq Shaukat

Please referred to attached job description for more details for the profiles we are targeting for the OCTO.

Please refer to below for approval from HR VP, Becky Buich:

---------- Forwarded message ----------
From: Becky Bucich <beckybucich@google.com>
Date: Thu, Sep 22, 2016 at 7:00 PM
Subject: Re: [Time Sensitive] Offer for OCTO - Evren Eryurek
To: Melissa Lawrence <hrmelissa@google.com>
Cc: Gary James <gdjames@google.com>, Teresa Tan-Vial <ttanvial@google.com>, Sue Polo <spolo@google.com>

Hey Melissa,
What will the offer letter title be? Ideally we don't make that Director (although his title in Workday with job code will reflect that) while we work through this. Just don't want to get him anchored to Director and then we pull away.
To answer your direct question-- I'm fine with us using the Director job code for now while we work through this.

-Becky

On Thu, Sep 22, 2016 at 5:22 PM, Melissa Lawrence <hrmelissa@google.com> wrote:
Hi Becky -
We are in the process of making our first external hire for the Office of the CTO. The candidate is Evren Eryurek who is currently the CTO of GE Healthcare.
Brian leveled him as a L9 and we are using the TSC ladder. The only job code at L9 is a Director code. There is an L8 IC (Principal) but no corresponding L9 IC code. See below for detail.
For the offer, we are advocating using the director job code until we can either make an L9 IC role or explore whether this office needs a special ladder.
Can you please confirm that you are okay with us using the Director job code for an IC for now and we will either (a) create a L9 IC code or (b) create a new ladder? I will start exploration into options with the job analysis team next week as this is the first of 10 hires Will is planning on making into the Office.

Thanks!
Melissa

5560 Principal Technical Solutions Consultant O 8 Level 8
5566 Director, Technical Solutions Consultant (5566) O 9 Level 9

Summary: of action items:
- Use temporary code of 5566 for Evren Eryrek's hire, making sure that his job title is Technical Solutions Consultant in the offer letter
- Hiring team to evaluate if we (a) create a job code for L9 Distinguished Technical Solutions Consultant role or (b) create a new ladder

CONFIDENTIAL                                                                                           GOOG-ROWE-00061919

Aug 31, 2016 2:15 PM (PDT) - onsite
Aug 31, 2016 10:36 PM (PDT) - feedback received



See the Histogram article in the My gHire help center to learn more.

**0.0**  Thought about this all day and still can't decide.

I think it would be risky to hire him as he seems too disconnected from the details of cloud computing. At the same time, he clearly led a major Cloud and has met with many enterprise customers and had many successful partnerships. And he is smart and a good communicator.

The unknown is how much does he need to know the details to be successful. Given past success it must be possible and thus perhaps pairing him with someone with the details will be a successful team. It also may be that anyone we hire in this role will be somewhat a generalist and missing details in favor of broad enterprise experience and strength in relationships.

However, he might get "rejected" culturally by Googlers because of the details unless he works hard to catch up quickly.

Interview questions asked

1) Trace path from signal analysis to transportation to healthcare...
2) What are your technical areas of expertise?
3) What did you change for the transportation project?
4) How should we interact with large-scale enterprises?  and did you do this for GE?

Rated for: L8+ Hires, Level 8-9, for people manager

On general cognitive ability (optional)

▼ Identifies Solutions                                                                  OUTSTANDING

Outstanding: Attacks the problem from many angles, employing a sophisticated system of solutions (involving multiple teams, stakeholders, etc.)

▼ Supports Solutions                                                                    OUTSTANDING