# Exhibit 15

# Scott Penberthy

## L8  Technical Director, Office of the CTO, Google Cloud Platform

### New hire

| | |
|---|---|
| Internal job title | Principal Technical Solutions Consultant - 5560 |
| Cost center | GCP PM - 673 |
| Location | US-NYC-9TH |

**Reporting chain**
Diane Greene > Brian Stevens > <u>Will Grannis</u> > Scott Penberthy

### Candidate summary

From recruiter Jenny Burdis and lead Ken Cox

- This candidate is an L8 Principal Technical Solutions Consultant (TSC) for the Office of the CTO.
- Evren Eryurek was the first hire for OCTO and started at Google on 10/31/2016.
- The the TSC ladder is a new ladder that has been created with the following job codes:
5560 Principal Technical Solutions Consultant O 8 Level 8
5566 Director, Technical Solutions Consultant (temp job code 5566) O 9 Level 9
- Scott Penberthy will be the second of ~10 L8/9 hires targeted by EOY 2016.

## Education

| SCHOOL | DEGREE | TENURE | GRADUATED | GPA |
|---|---|---|---|---|
| University of Washington | Doctoral, Artificial Intelligence | 3.7 years | Jun 1993 | |
| Massachusetts Institute of Technology | Masters of Science, Computer Sceince | 1 year | Jun 1986 | |
| Massachusetts Institute of Technology | Bachelor of Science, Computer Science | 3.7 years | Jun 1985 | |

## Work history

| COMPANY | POSITION | TENURE | WHEN |
|---|---|---|---|
| PwC | Managing Director, Technology | 4.4 years | May 2012 - Now |
| North Highland Partners | Partner | 3.6 years | Oct 2008 - May 2012 |
| Photobucket | Interim CTO | 2.5 years | Jan 2007 - Jul 2009 |
| Bling Software | CEO | 1.9 years | Feb 2005 - Jan 2007 |
| IBM | Vice President. Director. Technical Assistant to the Chairman. Research Manager | 18.7 years | Jun 1986 - Feb 2005 |

## Assessments


Hiring Manager Statement of Support: Will Grannis
"Based on consistently strong feedback from a panel that included multiple engineering leaders, the head of Cloud Professional Services, the head of Cloud Platform Product, and the head of Customer Reliability Engineering, and his unique blend of customer and technical background, I strongly endorse Scott Penberthy for an L8 role in the Cloud CTO Office. In addition to his prior technical c-suite experience both in technology companies like IBM as well as customer facing firms like PWC, Scott demonstrated throughout the hiring process an intellectual curiosity, willingness to learn about Google Cloud Platform, and a customer first disposition that suggest a high probability of success in the role. In addition, Scott possesses superlative communication skills, and demonstrates a rare ability to move between strategic thinking and low level technical implementation, tailoring his interactions to the audience with which he is engaging."

But that was 12,13 years ago. If he has matured in his personal style and gotten somewhat un-big-companified since leaving IBM he could be a great addition for Google. Definitely worth bringing in to talk with us.

## Interview Feedback

**Technical Director, Office of the CTO, Google Cloud Platform**



Brian Stevens (stevensb) - Vice President

73 total interviews | 23 phone interviews

Oct 28, 2016 3:30 PM (PDT) - phone
Oct 28, 2016 4:29 PM (PDT) - feedback received

**3.4** Hire. Great on conveying business value and talking tangibles (no marketing), as well as creating a call to action. I think with time in role he'll learn more about GCP and become even more effective.

### Interview questions asked

Second interview - last one was more structured - this one I just wanted to see how he thought about the relative strengths/weaknesses of the cloud providers.

Rated for: L8+ Hires, Level 8-9, for people manager

### Interview notes

Impressed w/ how much homework he had done on GCP. He's watched all the keynotes and Q3 earnings call. He relayed accurately our key messages and strengths. He spent awhile on why trust is so important and what tangible things we need to do for regulated industries. He's clearly able to have the C-level conversation, understands the tangibles of why cloud, and knows the right next steps to get an account to act. He's able to have the developer conversation as well. Only thing that kept him from being rated higher was he didn't seem to be able to convey architectural choices a customer would need to make to integrate cloud. Perhaps others were able to pull that out of him.

PM (PDT) - feedback received



**3.1**

WEAK HIRE

Scott was poised and polished throughout the interview. He's clearly very experienced in the selling context, but this worked against him a little. His eagerness to do well left him too much in "selling mode" and I occasionally struggled to regain control of the conversation. Given his years of experience and level of accomplishment, I attribute this to genuine excitement about the opportunity to be at Google.

He clearly spent considerable time preparing for his interview because he made casual and liberal references to my personal biography that aren't on a LinkedIn page. He clear spent time Googling about his interviewers.

I think he could do well in the role. He certainly has the gravitas and personal brand to carry it off.

Interview questions asked

Imagine that a critical application, hosted on Google's Cloud, experiences severe disruption, and that the affected customer is one you convinced to trust Google with their application. What's the first thing you do when you become aware of the disruption? Why? What do you do once the incident is over?

+FUQ

Rated for: L8+ Hires, Level 8-9, for people manager

On googleyness (optional)

▼ Values Feedback — SOLID

Solid: Engaged in constructive discussion about feedback and incorporated it where necessary.

▼ Puts the User First — SOLID

Solid: Provided a customized approach that thoroughly addressed the user's needs.

CONFIDENTIAL                                                                                                                                GOOG-ROWE-00063531