# Exhibit 16

12/1/2016                                                        Application ID: 403226564

# Paul Strong

## L9  Technical Director, Office of the CTO, Google Cloud Platform

### New hire

| | |
|---|---|
| Internal job title | Distinguished Technical Solutions Consultant - 5578 |
| Cost center | GCP PM - 673 |
| Location | US-MTV-CL2 |

**Reporting chain**
Diane Greene > Brian Stevens > Will Grannis > Paul Strong

### Candidate summary

From recruiter Jenny Burdis and lead Ken Cox

- This candidate is an L9 Director Technical Solutions Consultant (TSC) for the Office of the CTO.
- Evren Eryurek was the first hire for OCTO and started 10/31/2016.
- Scott Penberthy was the the second hire for OCTO and will start 12/05/2016.
- The the TSC ladder is a new ladder that has been created with the following job codes:
5560 Principal Technical Solutions Consultant O 8 Level 8
5578 - O9 - Distinguished Technical Solutions Consultant O 9 Level 9

## Education

| SCHOOL | DEGREE | TENURE | GRADUATED | GPA |
|---|---|---|---|---|
| University of Manchester | Bachelor of Science, Physics | 2.7 years | Jun 1987 | |

## Work history

| COMPANY | POSITION | TENURE | WHEN |
|---|---|---|---|
| VMware | CTO, Global Field | 6.3 years | Aug 2010 - Now |
| Open Grid Forum | Acting Chairman of the Board of Directors, Secretary - Board of Directors | 3.9 years | Jan 2007 - Dec 2010 |
| eBay | Distinguished Research Scientist | 4.8 years | Nov 2005 - Aug 2010 |
| Sun Microsystems | Systems Engineer, Systems Architect | 8.6 years | Apr 1997 - Nov 2005 |
| Burns Open Systems | Senior Consultant | 5.1 years | Mar 1992 - Apr 1997 |
| SERCO Ltd | Software Engineer/Consultant | 2.9 years | Apr 1989 - Mar 1992 |
| Kratos Analytical | Software Engineer | 6 months | Oct 1988 - Apr 1989 |
| VG | Software Engineer | 1 year | Oct 1987 - Oct 1988 |

## Assessments

 Hiring Manager Statement of Support: Will Grannis

"I have reviewed the consistently strong interview panel feedback and highly recommend Paul Strong for hire in the role of Technical Director, Office of the CTO. Paul is the emerging CTO of VMWare, has a well developed balance of technical and business acumen, and is able to navigate conversations and relationships ranging from the CxO of a major brand to large audiences curious for thought leadership related to cloud. Based on his seniority at VMWare (top candidate for global CTO role), demonstrated strong history of Cloud thought leadership, name recognition in the market, and ability to engage effectively with the CxO of any large enterprise, I recommend Paul for hire at the L9 level.

I have reviewed the feedback and triangulated with two external customers that Paul currently works with; they are very satisfied with his "presence" and leverage him, in some cases, as direct interface with boards of directors of large multinational enterprises. He is also a keynote presenter at the largest VMWare events globally. Based on this and my own interactions with Paul directly, I strongly recommend we proceed with hire."

CONFIDENTIAL                                                                                                      GOOG-ROWE-00061880

Paul Strong



*REDACTED - PRIVACY*

Updated 28th June 2016

## Summary

Paul is a proven innovator, and a passionate visionary and industry leader.  With over 30 years of experience in architecting and implementing distributed systems solutions, Paul bridges the gap between the business and technology worlds, understanding customers' and end-users' business needs and designing innovative information technology solutions that address them, or provide new opportunities.  His compelling technology vision and strategy, and his ability to clearly articulate it, allow him to effectively lead technology organizations, and influence both product/solution teams and their customers.

## Industry Leadership

**2006 – 2010** Open Grid Forum (OGF) – Chair, and Secretary of Board of Directors

**2006 – 2010** Invited Expert

Invited expert for a number of European Commission projects focused on distributed computing (Challengers, NEXOF-RA etc.).
Invited international panelist for UK e-Science funding board

**2004 – 2005** Enterprise Grid Alliance (EGA) - Chair of the EGA Technical Steering Committee, and of Reference Model Working Group

## Experience

**2015 – Present** BASF Digital Advisory Board – The body advising the world's largest chemical company in its digital transformation

**2010 – Present** CTO, EMEA then CTO Global Field, VMware Inc., Palo Alto, CA

Responsible for a number of areas

· Connecting R&D with VMware's customers, partners and field, including technology vision and strategy outreach, keynotes, videos, blogs, analyst and press briefings and well as customer meetings.  My team runs a number of initiatives focused on driving C-level customer engagement, driving engagement across the R&D and field communities to ensure effective outbound communication and knowledge transfer and inbound input to drive greater innovation and customer relevance.
· Technology leadership – my team and I own the senior technologists program for R&D, i.e. the criteria and processes used to promote our most senior engineers, and I sponsor the equivalent for the field.  We also created and run a program for developing field individual contributors, including annual summits, regular training, job rotations and mentoring.  All designed to develop our individuals and teams, and to connect the company better with our customers and their needs.

Specific deliverables/responsibilities

· Developed scalable, VMware Field CTO program, including hiring CTOs for EMEA and Americas from scratch
· Developed, from scratch, very successful CTO Ambassador Program which connects field technologists more closely with R&D to drive more effective inbound feedback and insights, to improve products and ensure relevant innovation, and to drive effective outbound technical information flow and evangelism.  This also acts as a talent identification and development pipeline.
· Key member of leadership team driving core technology vision and messaging content for VMware
· Driver of a number of advanced development and market development efforts, including
    o High Performance Computing
    o Telco/Network Functions Virtualization

GOOG-ROWE-00061883

# Paul Strong

| Application info | |
|---|---|
| **Attachments** | Paul Strong - Curriculum Vitae.pdf (Oct 2016) \| P. Strong - Non-Disclosure Agreement 2016.pdf (Oct 2016) \| Leadership Employment Application (Updated 9_15) (15).pdf (Nov 2016) \| Paul Strong Offer Packet.pdf (Dec 2016) \| Paul Strong External Reference 1.pdf (Dec 2016) \| Paul Strong External Reference 2.pdf (Dec 2016) |
| **Job opening(s)** | Technical Director, Office of the CTO, Google Cloud Platform |
| **Primary recruiter** | Jenny Burdis |

## Interview Feedback

**Technical Director, Office of the CTO, Google Cloud Platform**

Brian Stevens
(stevensb) - Vice
President

82 total interviews |
59 onsite interviews

Nov 18, 2016 11:30
AM (PST) - onsite
Nov 22, 2016 3:52
PM (PST) -
feedback received



3.4

I'm supportive of a hire, he's considered the emerging CTO for VMware. We should start him in the CTO office but may find we need to tweak the role around him once we better understand his strengths.

### Interview questions asked

Followup conversation - no defined questions.

Rated for: L8+ Hires, Level 8-9, for people manager

### Interview notes

I believe it's my third conversation with Paul. He's clearly an expert spokesperson (second only to their CEO) for VMWare. He's considered their global-CTO-to-be. He's also the lead for hundreds of field tech/CTOs. While I think he'd be a positive addition for Google in the spokesperson role (eg DevRel), I haven't been able to determine

CONFIDENTIAL                                         GOOG-ROWE-00061887

whether he's grounded enough to lead customer engagements in a principled fashion. I'm supportive of a hire even if we may need to wrap the right role around his strengths over time.



Eric Brewer
(ebrewer) - Vice President

25 total interviews | 23 onsite interviews

Oct 11, 2016 9:45 AM (PDT) - onsite
Oct 11, 2016 4:27 PM (PDT) - feedback received

**3.5**

Very strong as CxO interaction candidate.  Technical enough to do well and a very good communicator. Also appears solid as a technical leader for complex customer interactions.

Long history with enterprise customers really adds value.

Only minus was his view of containers was a little out of date (based more on Solaris than Docker), but he was still technically competent during the discussion and he will have no trouble getting up to speed on kubernetes and GCP (and he already knows the VM side well).

## Interview questions asked

1) Role at VMWare
2) Is HPC a big market?  Are non "HPC" customers (of VMWare) doing HPC-like things?
3) Value of pre-emptable VMs and time shifting
4) Building consensus in large tech teams?  Use of presentations, documents?
5) Containers vs VMs.  Application structure vs infrastructure
6) Helm charts as a way to capture app structure; other ways to capture it?

Rated for: L8+ Hires, Level 8-9, for people manager

## On general cognitive ability (optional)

| ▼ Understands the Problem | OUTSTANDING |
|---|---|

Outstanding: Visionary understanding: incorporates long-term, industry-wide strategic factors.

| ▼ Communicates Clearly | OUTSTANDING |
|---|---|

CONFIDENTIAL

GOOG-ROWE-00061888

He next described and eBay system used to detect app structure, similar I think our infrastructure knowledge graph.  He definitely understood the value and uses and scored really well on this part.  He has tons of pragmatic enterprise experience, and it showed well here.

---

Dave Rensin (rensin) - Director
Oct 11, 2016 10:30 AM (PDT) -
onsite
Oct 11, 2016 4:40 PM (PDT) -
feedback received

**3.2**    WEAK HIRE

Paul is clearly a smart and accomplished candidate. He has an easy and comfortable demeanor that comes only with experience and difficulty. For an L8, however, I was hoping for more Presence and overall gravitas during the interview. I don't think it's fatal and would be supportive if the other interview scores come back strong, but he's not as strong as other candidates I've interviewed for this role.

## Interview questions asked

1) A digital native company is looking to migrate their main e-commerce application from on-prem to cloud.  What questions do you ask in the first meeting with them and why?

2) Generally, why are customers anxious about public cloud?  What are the most important 2-3 things you could do as a leader within Google's CTO office to reduce a potential customer's anxiety before they become a heavy user of GCP?

3) Imagine that a critical application, hosted on Google's Cloud, experiences severe disruption, and that the affected customer is one you convinced to trust Google with their application.  What's the first thing you do when you become aware of the disruption?  Why?  What do you do once the incident is over?

Rated for: L8+ Hires, Level 8-9, for people manager

## On general cognitive ability (optional)

| ▼ Understands the Problem | SOLID |
|---|---|

Solid: Understands strategic implications, building plans around multiple big-picture factors.

| ▼ Prepares | BORDERLINE |
|---|---|

Borderline: Makes strong preparation choices (gathers appropriate info or draws from relevant experience).

| ▼ | |
|---|---|

CONFIDENTIAL                                                    GOOG-ROWE-00061890

= If you have to prioritize the order in which customers get fixed. That's the hard bit. Setting different expectations for different customers. It's important to have a customer specific action plan and to follow up on that.

# have you had this experience and what did you learn?

= Always be very honest and transparent. It's harder in the short term, but much more sustainable over time.

// a solid response.

[40 min]

# questions for me?

= standard things. no surprises.



Solomon Boulos (boulos) - Senior Staff Software Engineer

9 total interviews | 7 onsite interviews

Oct 11, 2016 12:30 PM (PDT) - onsite
Oct 11, 2016 2:40 PM (PDT) - feedback received

**3.7**

Paul has effectively done this exact job before, and yet has the drive to start again from the ground up. He comes across as honest and genuine, which I see as the two key drivers for building relationships with top CxOs. When speaking, he's both abundantly clear as well as well organized, yet doesn't seem scripted or rehearsed.

I perhaps wish he had known more about GCP specifically, but we also didn't get to delve on that as much (since I was more interested in his perspective on the market overall, his relationship approach, etc.).

## Interview questions asked

1. How do you run your portion of the office of the CTO? What's the most exciting thing about your current role?
2. Why do you think AWS has such a large share of the market?  What do you see as GCPs biggest technology gaps right now from your perspective? Can GCP catch up? How?

Rated for: L8+ Hires, Level 8-9, for people manager