# Exhibit 20

# Nicholas Harteau

## L9   Technical Director, Office of the CTO, Google Cloud Platform

### New hire

| | |
|---|---|
| Internal job title | Distinguished Technical Solutions Consultant - 5578 |
| Cost center | GCP PM - 673 |
| Location | US-NYC-9TH |

**Reporting chain**
Sundar Pichai > Diane Greene > Brian Stevens > Will Grannis > Nicholas Harteau

### Candidate summary

From recruiter Jenny Burdis and lead Ken Cox

This candidate is an L9 Principal Technical Solutions Consultant (TSC) for the Office of the CTO, reporting into Will Grannis.

## Education

| SCHOOL | DEGREE | TENURE | GRADUATED | GPA |
|---|---|---|---|---|

 Nicholas did not attend University, he is self taught.

## Work history

| COMPANY | POSITION | TENURE | WHEN |
|---|---|---|---|
| Spotify | VP Engineering, Infrastructure. Director of Engineering. | 5.3 years | Dec 2011 - Now |
| Yahoo!, Inc. | Engineering Manager | 6.2 years | Sep 2005 - Nov 2011 |
| Statis Engineering | Engineer/Partner | 1.4 years | Mar 2004 - Aug 2005 |
| CoreComm | Director of Technology | 6 years | Feb 1998 - Feb 2004 |

## Assessments

Statement of support from Brian Stevens:

"Based on my assessment of the interview panel's feedback, and personal experience working with him over the past few years, I strongly support Nick Harteau for hire as an L9 TSC in the Office of the CTO. One of the strongest packets I've seen.
I've worked with Nick directly for the past 2.5 years, starting with the initial negotiation and architectural planning for Spotify moving to GCP. We've spent days together in QBRs, dealt with escalations impacting Spotify's business, and stood on stage together talking about the Google-Spotify relationship.
In all cases, I've found him to exhibit the ideals traits of a member of OCTO. Highly technical, thoughtful, and humble yet assertive.
He is one of the few engineering leaders in industry that has deep, hand's on familiarity with GCP and is seen as a leader amongst his peers.

I can't wait to see him working directly with our customers."

## Interviews

Technical Director, Office of the CTO, Google Cloud Platform

Hiring Recommendation Summary





**Hire**

Nick clearly has great credibility on GCP. His leadership circle talk in March of 2016 was one of the best talks I've seen on transformation and migration to the cloud. It seems almost a coup to get him as a candidate in the OCTO. Based on this I would rate a 'strong hire' but dropped to 'hire' based on two watch points: 1) Most or all of his job roles have not come from poaching or referral (2) he hasn't done real customer facing roles. Despite this, I think he is still worth hiring as these risks can be mitigated.

Interview questions asked

1) Walk me thru your career path and why you choose to steer it they way you did?
2) You've mostly been internally focused, how do you feel about a primarily customer facing role?
3) Why are you considering Google OCTO and how will that effect our relationship with Spotifty?

Rated for: L8+ Hires, Level 8-9, for people manager

On leadership (optional)

▾ * Customer Engagement: Prepares     SOLID

    Solid: Demonstrated an adequate level of knowledge or skills required for the role.

| | |
|---|---|
| * Customer Engagement: Communication | SOLID |

Solid: Demonstrated an adequate level of knowledge or skills required for the role.

| | |
|---|---|
| ▾ * Customer Engagement: Credibility | OUTSTANDING |

Outstanding: Exceeded expectations of knowledge or skills required for the role.

| | |
|---|---|
| ▾ * Customer Engagement: Delivers Results | SOLID |

Solid: Demonstrated an adequate level of knowledge or skills required for the role.

*denotes user-defined*

Customer Engagement Prepares: hard to tell how prepared Nick was given he knows so much about GCP and Google. I'll give him a solid as he did handle everything I asked him with ease.

Customer Engagement Communication: I giving Nick a solid based on both the interview and my experience with him at Leaders Circle. He has a very natural and credible style of communication. He is able to weave in technical topics and business topics/drivers in a compelling way. He also comes across as very humble.

Customer Engagement Credibility: Nick's background with GCP and with roles at Spotify and Yahoo give him tremendous credibility. The one area that might be harder for him is with traditional enterprise customers.

Customer Engagement Delivers Results: He has clearly delivered strong engineering results at spotify. I'm less enamored with his previous roles.

Interview notes

1) walk me thru your career?

Dropped out of high school and moved to california to work at an internship working on sendmail.
Worked at cyberganic. lots of different start-up stuff, but mostly systems and networking oriented.

When things went south for start-up scene. moved back to wisconsin to work with ExecPC (BBS). Doing stuff at scale. a few 100K customers.

Business strategy was customer acquisition spree. Did a ton of due diligence on small ISPs. Figured out who to hire and what assets to buy out. Then had to do the reverse. 1500-2000 employees by the time he left. Equal part networking and systems.

Came back to Sonoma and built race cars for a year. Motor head.

How did you get to yahoo? I applied online. "Luck has been a theme."
Worked on yahoo mail. Worked on a new version of mail search. before he got there it was distributed grep. yahoo bought a company out of norway (fast technologies). build really cool document search technology. focused on reliability and scalability.

Talked thru automation and deployment automation.

Data platform is a couple steps ahead. But still behind on some areas. How much are you willing to fight aws

CONFIDENTIAL GOOG-ROWE-00056327.R



**Strong hire**

**\*\*IMPORTANT NOTE\*\***

I am not entirely unbiased in my interview with Nick. I have considerable previous experience with him because of his role at Spotify. I came into the conversation with an already very high opinion of him. You should read my feedback through that lens. I tried to be impartial, but it's hard in this case

\*\*\* END IMPORTANT NOTE \*\*\*

IMHO, we'd be foolish not to hire Nick into this role.

Every other candidate I have interviewed has had EITHER (a) a considerable industry track record or (b) very strong technical skills. Nick has both. He clearly has the spirit of a startup founder, wrapped in the experience of a senior technical leader in an explosive company.

I would have no hesitation putting him in front of customers on day 0. He displays high Googleyness signals. This is a person I would like to work with.

Interview questions asked

1) tell me about a time you disappointed a customer? How'd you fix it? +FUQ
2) You're a senior Eng mgr. Why this role? This seems non-traditional for you
3) Why leave Spotify? Especially now with an IPO pending? +FUQ