# Exhibit 21

**SUMMARY**

**Overall, we did not find evidence that the complainant had significantly more work experience at the time she was hired than her male peers hired within a year of her hire date (3/13/2017).**

**vs. L8 Hires:** While she was the only female hired into the 5560 job code within 2 years of her hire date, there were 11 males hired into the same job code in the same period.  She falls slightly to the left of center with about 1.5 years less experience than the median for all males hired into the 5560 job code.   At the time of her hire, the complainant had slightly more experience than 45% (N = 5) of the men who were hired into the same job code within a year of her hire date, and less experience than the remaining 55% (N = 6).  When it comes to highest level of education achieved, 7 of the 11 males hired into the 5560 job code had at least one Master's Degree; 4 of those 7 had PhDs.  The complainat also has a Master's degree.

**vs. L9 Hires:** The complainant also has less experience at hire than 4 of 5 L9 hires into the same job family (job code: 5578).  Of the 5 male L9 hires into the 5578 within 2 years of the complainant's hire date, 4 of the 5 have at least 23 years of experience, or at least 20% more experience than the complainant.  1 Male was hired into an L9 role with 18.9 years of experience, about the same as - or 0.2 years less than - the complainant.

Stuart Breslows, called out by the complainant, was hired into a different job family than the complainant (5552) in July 2018, more than 15 months after the complainant was hired.  Based on his hiring packet, he had more than 36 years of experience when he was hired into the L9 role at Google.  Because he was the only employee in the analysis hired into the 5552 job code, he was excluded from the analysis below.

**Data Overview:** For this analysis, we used the PeopleView.PersonHistoryDetailwithDemographics table, and initially pulled all employees hired between 3/13/2016 and 3/13/2018 (the complainant began her role on 3/13/2017) into an L8 or L9 role within the "TECHNICAL_SOLUTIONS_CONSULTANT" job family.  We also included all employees contained in the previous analysis (see "From Other Trix" tab), and Stuart Breslows, who was called out by the complainant specifically.  The results yielded 20 employees, of which only 1 was female

**Overview of Level at Hire by Gender for "Technical Solutions Consultant" L8s and L9s**

| Gender | Level | Number of Hires | Median Years of Experience | Average Years of Experience | Max Years of Experience | Min Years of Experience |
|---|---|---|---|---|---|---|
| *MALE* | 8 | 0 | #NUM! | #DIV/0! | 0.0 | 0.0 |
| *FEMALE* |  | 0 | #NUM! | #DIV/0! | 0.0 | 0.0 |
| *MALE* | 9 | 0 | #NUM! | #DIV/0! | 0.0 | 0.0 |

| id | user_name | level | gender | experience_at_hi | job_title | job_code | data_start | data_end | hire_date | manager | education | notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REDACTED - PII | ghohpe | #N/A | | 8 MALE | 22.6 Principal Technic | 5560 | 2017-10-23 | 2017-10-26 | 2017-10-23 | REDACTED - PII | MS Eng, MS Comp Sci, MS Comp Sci (3 MS Degrees) | Strong rec from WIll Grannis to hire at L8 |
| REDACTED - PII | jesseb | Employee | 8 MALE | 22.4 Principal Technic | 5560 | 2018-04-30 | 2018-07-21 | 2018-04-30 | REDACTED - PII | High School Diploma, did not complete Bachelor's | |
| REDACTED - PII | scottpenberthy | Employee | 8 MALE | 31.1 Principal Technic | 5560 | 2016-12-05 | 2016-12-09 | 2016-12-05 | REDACTED - PII | PhD Artificial Intelligence, MS Comp Sci, BS Comp Sci | Strong endorsement from hiring manager, WIll Grannis |
| REDACTED - PII | urowe | Employee | 8 FEMALE | 19.1 Principal Technic | 5560 | 2017-03-13 | 2017-03-17 | 2017-03-13 | REDACTED - PII | MS Comp Sci, BS Comp Sci | WIll Grannis "Enthusiastically endorsed" hire at L8 |
| REDACTED - PII | stiekes | Employee | 8 MALE | 17.8 Principal Technic | 5560 | 2017-01-23 | 2017-12-04 | 2017-01-23 | REDACTED - PII | BS Electrical Computer Eng | WIll Grannis endorsed hire at L8 despite concerns from 2 interviewers in hiring manager statement in packet |
| REDACTED - PII | sauco | Employee | 8 MALE | 17.5 Principal Technic | 5560 | 2017-06-05 | 2017-06-07 | 2017-06-05 | REDACTED - PII | N/A | Endorsement from WIll Grannis at L8, received a "Leaning no Hire" |
| REDACTED - PII | hildebrand | Employee | 8 MALE | 18.4 Principal Technic | 5560 | 2017-07-31 | 2017-12-04 | 2017-07-31 | REDACTED - PII | PhD Comp Sci, BS Comp Sci | Received some mixed interview feedback; WIll Grannis endorsed hire at L8 despite mixed feedback, and provided in-depth explanation of assessme |
| REDACTED - PII | mmarano | Employee | 8 MALE | 17.1 Principal Technic | 5560 | 2017-08-14 | 2017-09-22 | 2017-08-14 | REDACTED - PII | BS Comp Sci | WIll Grannis endorsed hire at L8 |
| REDACTED - PII | ronbodkin | Employee | 8 MALE | 27 Principal Technic | 5560 | 2017-10-23 | 2017-10-26 | 2017-10-23 | REDACTED - PII | MS Comp Sci, BS Comp Sci and Math | Long Endorsement from hiring manager Scott Penberthy, though does not call out level |
| REDACTED - PII | massy | Employee | 8 MALE | 16.8 Principal Technic | 5560 | 2017-11-13 | 2017-11-28 | 2017-11-13 | REDACTED - PII | PhD Neuropsych, Post-Doc Comp Vision, MS Physics | Long Endorsement from hiring manager Scott Penberthy, though does not call out level |
| REDACTED - PII | eschenk | Employee | 8 MALE | 23.8 Principal Technic | 5560 | 2017-12-04 | 2017-12-15 | 2017-12-04 | REDACTED - PII | PhD Comp Sci, MS Comp Sci, BS Comp Sci | WIll Grannis "Strongly endorsed" hire at L8 |
| REDACTED - PII | jrminton | Employee | 8 MALE | 20.7 Principal Technic | 5560 | 2018-08-27 | 2018-09-04 | 2018-08-27 | REDACTED - PII | 2 MBAs (joint program), BS Comp Info Systems | Statement of Support from Hiring Manager Nicholas Harteau at L8 |
| REDACTED - PII | mikericcio | Employee | 8 MALE | 28.7 Director, Technic | 5565 | 2017-11-13 | 2017-11-14 | 2017-11-13 | REDACTED - PII | MS Information Networking, BS Applied Math and Comp Sci | In Hardware, not Cloud -- EXCLUDE |
| REDACTED - PII | wgrannis | | 8 MALE | 17 Google Cloud, P | 6318 | 2015-03-30 | 2015-04-10 | 2015-03-30 | REDACTED - PII | MBA, BS Operations Research | No packet in GHire? |
| REDACTED - PII | breslows | | 9 MALE | 36.7 Director, Solution | 5552 | 2018-07-16 | 2018-07-18 | 2018-07-16 | REDACTED - PII | JD, BA Public Policy | Internal reference from Ruth Porat per the packet; Not hired into the same job family |
| REDACTED - PII | evreneryurek | | 9 MALE | 24.5 Distinguished Te | 5578 | 2016-10-31 | 2017-05-06 | 2016-10-31 | REDACTED - PII | PhD Nuclear Engineering, BS Physics | CTO for 6 Years at GE |
| REDACTED - PII | pstrong | | 9 MALE | 33.1 Distinguished Te | 5578 | 2017-01-09 | 2017-01-11 | 2017-01-09 | REDACTED - PII | BS Physics | WIll Grannis strongly recommended proceeding with hire at L9; emerging CTO at VMWare |
| REDACTED - PII | benjaminwilson | | 9 MALE | 25.3 Distinguished Te | 5578 | 2017-02-06 | 2017-02-10 | 2017-02-06 | REDACTED - PII | MBA, BS Materiaals Management and Supply Chain | WIll Grannis recommended Ben be hired at L9 |
| REDACTED - PII | jdonalds | | 9 MALE | 23 Distinguished Te | 5578 | 2017-02-13 | 2017-02-28 | 2017-02-13 | REDACTED - PII | 2 courses short of MS in Communications and CIS | WIll Grannis endorsed hire at L9; 2 "Lean Hires" that he addressed in endorsement |
| REDACTED - PII | nrh | | 9 MALE | 18.9 Distinguished Te | 5578 | 2017-05-15 | 2017-05-17 | 2017-05-15 | REDACTED - PII | N/A | Endorsement from Brian Stevens at L9 |