# Exhibit 22

| Enter Job Code | Select Comp Region | Job Title | Job Family | Job Ladder | Job Level | MRP | Currency | Bonus Target | Guideline (USD) | Guideline (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 5560 | US_PREMIUM_PLUS | Principal Technical Solutions Consultant | TECHNICAL_SOLUTIONS_CONSULTANT | O | 8 | 330,000 | USD | 30% | 795,000 | 265,000 |
| 5560 | US_PREMIUM | Principal Technical Solutions Consultant | TECHNICAL_SOLUTIONS_CONSULTANT | O | 8 | 314,000 | USD | 30% | 615,000 | 215,000 |
| 5560 | US_NATIONAL | Principal Technical Solutions Consultant | TECHNICAL_SOLUTIONS_CONSULTANT | O | 8 | 297,000 | USD | 30% | 580,000 | 215,000 |
| 5560 | SINGAPORE | Principal Technical Solutions Consultant | TECHNICAL_SOLUTIONS_CONSULTANT | O | 8 | 500,000 | SGD | 30% | 595,000 | 198,750 |
| 5578 | US_PREMIUM_PLUS | Distinguished Technical Solutions Consultant | TECHNICAL_SOLUTIONS_CONSULTANT | O | 9 | 405,000 | USD | 40% | 1,620,000 | 540,000 |
| 5578 | US_PREMIUM | Distinguished Technical Solutions Consultant | TECHNICAL_SOLUTIONS_CONSULTANT | O | 9 | 385,000 | USD | 40% | 1,310,000 | 460,000 |
| 5578 | US_NATIONAL | Distinguished Technical Solutions Consultant | TECHNICAL_SOLUTIONS_CONSULTANT | O | 9 | 365,000 | USD | 40% | 1,240,000 | 460,000 |
| 5578 | SINGAPORE | Distinguished Technical Solutions Consultant | TECHNICAL_SOLUTIONS_CONSULTANT | O | 9 | 640,000 | SGD | 40% | 1,220,000 | 405,000 |