# Exhibit 23

- - Moved to Bay in 2013
  - Joined Exec recruiting team for 5 years
  - Jan 2018-June 2018 Google X
  - Moved back to Google Inc as Cloud Staffing Lead
- OCTO?
  - Yes, office of the CTO
  - Recruiting project I was working on on Leadership Staffing Team
  - Project kicked off probably 2016/2017, main bulk of hiring I did was during that time period
  - We were asked to hire for Technical Solutions Consultants L8 and L9
    - Some of the candidates that came in got down-leveled, and some folks got down-leveled to L7
  - Same leveling factors are used across the board in Staffing
    - Years of work experience
    - Look at the org we're recruiting for and compare against levels of current Googlers in the org
    - Interview performance
    - Defer to the SVP for final sign off on leveling
    - Typically most of the packets that are submitted for final SVP review have a hiring manager statement of support, and the thought process behind the leveling is typically included in that blurb
  - Leadership candidates are confidential in gHire so probably don't have access to view it
  - I feel at Google there is a ton of grey areas between the levels anyway, we take a lot of measures to make sure the leveling is correct, many layers of review. But there will always be that tiny margin that's grey
- Remember Ulku Rowe?
  - Yes, I remember.
  - [logging on gHire to check] I think she came from Goldman Sachs, was a finance hire I think
  - For the main body of the OCTO hiring project, there was something in the region of 23-26 L7s hired. The portion of L9 was extremely slim, compared to L8s.
  - Ah, that's right, she came from JP Morgan.
  - Looking at Ulku's packet, Will Granis was her original lead, not sure if she still reports to him. He provided just a few lines (short & sweet) in the SOS - he enthusiastically supported the hire. I have examples where Will wrote more robust SOSs for other candidates.
  - 1997 she completed her Masters, so at the time of hire she had 19 years of experience
  - Typically for Director level candidate, we look between 17-20 years of experience for Director. She was in that region. Rare that we have director hires with less experience, but sometimes it happens if they're exceptional.
  - Doesn't surprise me that someone with a banking background raised this. Their levels are extremely inflated compared to the Tech industry.
  - I seem to recall a convo with her about leveling, and I explained to her that she would be coming in at L8 which was the principle level, and that there are two levels of directors. But since she joined as an IC, that was a slightly different track, so she would go from L8 principle to L9 distinguished.
    - She put up a huge fight when it came to comp
    - I've been shut out of her comp actually, but she's on an extremely high compensation package. Had to work closely with the Director HR on (Melissa Lawrence), Will Granis, and Brian Stevens (VP) -- we all met to try and figure out how to get Ulku on board since her expectations were so high.

CONFIDENTIAL

GOOG-ROWE-00017999