# Exhibit 26

# Massimo Mascaro

## L8   Technical Director, Office of the CTO, Applied AI

### New hire

| | |
|---|---|
| Internal job title | Principal Technical Solutions Consultant - 5560 |
| Cost center | GCP OCTO - 673 |
| Location | US-SVL-MP1 |

**Reporting chain**
Sundar Pichai > Diane Greene > Brian Stevens > Will Grannis > Scott Penberthy > Massimo Mascaro

### Candidate summary

From recruiter Jenny Burdis and lead Ken Cox

Massimo Mascaro is an L8 Principal Technical Solutions Consultant for the OCTO ML/AI team. He will report into Scott Penberthy as a part of the wider OCTO group under Will Grannis.

Scott Penberthy has shared context around how the ML/AI team fits into OCTO in his Statement of Support.

## Education

| SCHOOL | DEGREE | TENURE | GRADUATED | GPA |
|---|---|---|---|---|
| Sapienza University of Rome | Doctoral, Neurophysology | 1.7 years | May 2005 | |
| University of Chicago | Post Doc, Computer Vision | 1.8 years | May 2001 | |
| Sapienza University of Rome | Masters of Science, Physics | 4.8 years | May 1998 | |

## Work history

| COMPANY | POSITION | TENURE | WHEN |
|---|---|---|---|
| Intuit | Sr. Data Scientist, Chief Data Scientist, Consumer Tax Group, Director, Data Engineering and Data Science | 3.6 years | Jan 2014 - Now |
| Intellisis | Senior Scientist | 1.9 years | Jan 2012 - Dec 2013 |
| Microsoft Corporation | Technical Program Manager | 6.9 years | Jan 2005 - Dec 2011 |
| Wolf Soluzioni | Owner | 4.4 years | Sep 2001 - Feb 2006 |

## Assessments

 Statement of support from Scott Penberthy:
"The Applied AI team within the Office of the CTO advises top clients and organizations on how AI in the cloud will redefine how people work and collaborate to produce goods and services. We produce original, applied research to demonstrate the efficacy of AI algorithms. We share these insights through public speaking, private keynotes, customer presentations, social media and peer-reviewed research.

Technical Directors within Applied AI are the trusted technology advisors to top customers of Google Cloud. These directors form a critical bridge between the public market and Cloud's engineering teams. These directors are chosen carefully.

Massimo (Massy) Mascaro has two decades of deep experience in machine learning / ML, creating neural networks back in the 90's when it wasn't so "easy." He's one of those rare researchers that saw the vision of a statistical approach to intelligence, persisting when most of the world was obsessed with gofai (good old fashioned, symbolic AI). His dogged persistence has paid off. Now that he sees the potential of ML, he's eager for a broader platform to tackle even larger challenges.