# Exhibit 37


**From:** Stuart Vardaman <svardaman@google.com>
**To:** Tariq Shaukat <tshaukat@google.com>
**Sent:** Sat, 1 Sep 2018 11:53:03 -0500
**Subject:** Executive Recruiting: GA+IP
**Cc:** Jess Murphy-True <jmurphytrue@google.com>, Kimberly Scott <kmscott@google.com>, "Fiona O'Donnell" <fiona@google.com>, Kevin Lucas <kevinlucas@google.com>, Ester Cho <estercho@google.com>, Joe Hantos <jhantos@google.com>

Hi, Tariq -

I hope you are looking forward to a nice holiday weekend.

Please see here for the full report.

A few callouts:

- **Diane scheduling**: I'd like to discuss how we might be able to optimize. We burned two weeks attempting to schedule ▮▮▮▮▮. Maybe we have a code word after Diane agrees to meet folks so we can move as quickly as possible. I vote for "festivus" for the code word!
- **Retail**: HM is liking this candidate, ▮▮▮▮.
- **FSI**: Ulku has been in the ether for a bit. It doesn't sound like she is viable for the VP role. Do we position her at the Global Client Technical Director, L8?
- **Gaming**: I'd like you to speak with ▮▮▮▮. Resume. "▮▮▮▮ style," startup experience with significant tenure at EA. Started MaxPlay, cloud-based gaming company - "like Unity but better tech." Lacking formal engineering education, but has been working through and with engineers, very strong network. <u>May I work to schedule that conversation?</u>
- **GCLs**:
  - ▮▮▮▮ Kevin is supportive. Leaves Umesh as only "no."
  - [Comparator 21] We are proceeding with him; I am doing references, etc.
  - ▮▮▮▮ Did you connect with her? Any action for me?
- **Proactive Profile**: ▮▮▮▮ Any interest? Potentially for telecom vertical, GCL/GCD?

I will be in California next week Tuesday afternoon until Friday afternoon. It will be good to see you in-person.

I was serious about you doing a good job introducing Bernd and the veteran endeavors. You have poise and comfort in front of crowds.

Thank you!
Stuart and the executive recruiting team
--