# Exhibit 40

- **Thank you for your patience while I looked into your concerns. I wanted to ensure that I was through in my review which took some time.**

- Confidentiality and non-retaliation still apply

- We have looked into your concerns in partnership with other teams in the organization that specializes in this type of analysis.

- In the review, we looked into the concerns that you raised regarding your level at hire (L8) and that gender played a role in the consideration of your level.  **We did not find anything to indicate that your leveling decision was unfair or that your gender or any other factor influenced your leveling decision.**

- **You provided several male peers you felt had comparable work experience to your own but were hired as an L9. However, based on our review, we did not find that you had comparable work experience to them and their leveling was consistent with backgrounds and experience expected with being hired as L9.**
-
- **Tech versus non-Tech experience was the most heavily considered factor when gauging L8 versus L9 for similar years of work experience. Is this appropriate to articulate in a closing if pressed by Googler?**

- We found that your years and type of work experience (19) was consistent with the average years of work experience for those who were hired as an L8 Director in your org. We found you had male peers with both fewer years and more years of work experience also hired as an L8 Director.

- There were female and male leaders involved in the ultimate hiring and leveling decisions.

- I would encourage you on moving forward and focusing on your future.

- You are a strong performer with a strong trajectory and I would encourage you to continue looking forward in partnership with your manager, Ulku.

CONFIDENTIAL

GOOG-ROWE-00018015