# Exhibit 48



CONFIDENTIAL

GOOG-ROWE-00022669

You'll need to summarize the reason you chose the rubric and proposed level in a leveling rationale ⧉ if you decide to submit the candidate's packet to Hiring Committee.

### 3. Design the interview panel with leveling in mind

Think about the interview panel with leveling in mind, especially in cases where you're uncertain about the level for the candidate. It's a best practice and strongly recommended to design the panel to include at least two interviewers above the role's level to assess leveled attributes (GCA, RRK, and leadership) so you can have a clear indication of level from interviewers who know the role and ladder well.

### 4. Ask interviewers for leveling recommendations

Leveling recommendations from interviewers can give you a clear indication of the level for the candidate's packet submission and help Hiring Committee members make their decision.

First, identify interviewers who know the role well (e.g., someone who manages Googlers in the role and has done Perf calibration will know the key differences between levels); you can find interviewer levels for most functions at go/findinterviewers ⧉ ).

Then, ask them to recommend a level ⧉ based on the candidate's interview performance against the expectations for the job family. Here are examples of what you can say:

| If you're targeting one level | If you're targeting across two levels |
|---|---|
| "Please evaluate the candidate at level A, and make a leveling recommendation ⧉ if you're asked to submit full feedback. You can find the job family documentation [add appropriate link] here." | "We're considering the candidate for level Y or level Z. Please record a recommendation ⧉ based on your interview if you're asked to submit full feedback. You can find the job family documentation [add appropriate link] here." |

Important note: Confirm that all interviewers are aware of the level or levels you're targeting for the candidate by adjusting the emails, interview invitations, and interview question guides that you send.

### 5. Adjust the rubric level before onsite, if needed

If the initial/phone interview suggests that the candidate should be evaluated at a different level, take that into account when you're choosing the rubric level for onsites.

The hiring/leveling process is designed for adjustments along the way, so don't hesitate to make changes to the targeted level if evidence suggests a different level is a better match. Remember, of course, that you're limited to the levels the role is designed for unless the hiring manager indicates there's flexibility.

### 6. Prepare the candidate packet - including a leveling rationale - for Hiring Committee to consider

It's your job to provide Hiring Committees and CESO with the information that they need to make holistic leveling decisions – their review is where the hiring decision, which includes leveling, is made.

**Choose the level for Hiring Committee to consider**

When you submit a candidate's packet to Hiring Committee, you'll need to recommend a level for them to consider using signals from interviews. If there's a hiring manager, guide them to use the expectations for the role to identify the level for the candidate. Then, choose the corresponding job code in the offer tab of gHire.

**Explain the** leveling rationale ⧉ **for both the interview rubric and the packet**

As part of your leveling rationale, explain why you selected the interview rubric levels that you did and why you're submitting the packet at the level you chose.

Remember that while all leveling rationales should include certain elements, each one should feel unique to the candidate and not boilerplate. Hiring Committee relies on what you write to make decisions.

You can also ask the hiring manager to explain why they agree with the leveling recommendation in a statement of support ⧉ . This may be helpful when there are conflicting signals about level in the packet, when a candidate may be qualified for a higher level but the role can't be re-scoped, or when the role requires technical skills that a hiring manager can assess more completely. You can send them to go/HRMSOS ⧉ for more info.

**Important:** Although a role's level is used to define compensation, **compensation should not determine level**. It's critical that we assess a candidate's level independent of compensation so that we're making leveling decisions based on candidate qualifications and interview feedback (and we don't include compensation information in packets so that it's not used in decision making). Note that compensation for any level is a range, so if you have concerns about compensation for your candidate reach out to the Comp team.

Was this helpful?   [ Yes ]   [ No ]

©2019 Google · Privacy Policy · Terms of Service



CONFIDENTIAL                                                                                           GOOG-ROWE-00022670