# Exhibit 50

- - "that you didn't select her for the role for specific reasons (need to be clear to help resonate)"
  - "FS team will temporarily report to Stuart, including Leonard and team. Share that you are making similar changes in other verticals (ie. M&E/Gaming if you want to be transparent)"
- 12/4/18: Email canceling Diane Greene's meeting with Ulku. Ulku asks Tariq "Where does that leave me?"
- 12/5?/18 Email titled "Ulku": Tariq told Ulku pausing full time fin serv vertical lead with thomas joining
  - Told UR As a result if/when we reopen, I don't expect that she would be a candidate there as on her interviews people were impressed with her technical capabilities but didn't feel that she has the necessary depth/breadth of experience on the business side
  - 11/26/18 tariq email to hr titled "Re: Very confidential thoughts"
    - "Agree, the question is how do we message to Ulku that she's not getting the role. I think there is a good chance with Thomas coming here that we pause on new verticals for a while anyway, but if we didn't, she didn't come out on top of the existing interviews even without Diane [interview]. So we should capture that feedback I think, and then work on communicating to her." (11/26/18)
    - "For Financial Services, Diane cancelled [interview with Ulku] as she didnt' think it was appropriate once her transition was decided. I do not plan on having Thomas interview my direct report candidates unless he wants to, so for now I'm going to keep the final decision with me. This is an interim structure while we figure out whether we will get enough headcount to really invest in finserve in 2019" (11/25/18, same thread as above)
- 12/10/18: Breslow interim Fin Serv vertical lead?
- 1/1-1/2/19: Email from ▮ to Tariq re: role on hold
  - "Unfortunately, things are a bit complicated at the moment, with Thomas' joining. Candidly and confidentially (as my team doesn't know), he hasn't decided how much to prioritize the vertical efforts we have going on, and so I am hesitant to bring anyone on board in case he decides to deinvest. I had thought that we would have clarity by now, but it looks more likely that it will be later in Q1 or early Q2; once we do, I would very happily circle back and reengage. Also happy to connect live if helpful."
- 1/22/19: Tariq hired Anil Jain (L9), global client director media and entertainment (Ulku peer)
- 2/2019: Ulku complaint alleges this is when Breslow selected for fin serv vertical lead