# Exhibit 53

Restricted

≡ gComp Help        🔍 Describe your issue                                        ⋮⋮⋮  S

gComp ⬈

## Modeling for promo salary increases

The content on go/gComp-Help ⬈ is confidential and restricted to managers and People Partners/People Consultants. Please direct your Googlers to go/Compensation ⬈.

⚠ New salaries for promoted Googlers are determined algorithmically by the Comp team's promotion algorithm (i.e., managers will not plan or use discretion). This applies to Googlers promoted in both mid-year and year-end cycles.

### Eligibility
Googlers promoted in the most recent Perf cycle are eligible to receive a promo salary increase.

### Philosophy
New salaries for promoted Googlers aim to align them to the starting pay for their new role/level:
- This positions them similarly to other new entrants to the role
- This ensures that they have ample room for future salary growth as they demonstrate performance against their new role's performance expectations

### Market reference point (MRP)
Every Google job (based on that job code + corresponding location) has a salary market reference point (MRP). The MRP is Google's internal pay rate for a given role/location that targets the top of the local market's cost of labor. Over time, strong performers can approach and/or exceed 100% of MRP.

Each year, the Comp team benchmarks Google jobs against market data (which is based on regional, tech industry data) to ensure that our salaries are highly competitive in the regions in which we operate.

### Promotion salary algorithm



Post-Promo Salary = 80% * Starting salary for all roles at Google (*70% for China/India) × Market Reference Point (MRP) for new level (Think of MRPs as pay rates for a role/level/location) + Add'l increases needed to meet a minimum increase (6% in most countries)

1. **Target compa-ratio**: is the percent of MRP that reflects the starting pay for the Googler's new role/level. Algorithmic promo salary increases will target 80% MRP for Googlers being promoted to L2-9. This brings promoted Googlers in line with the starting salary for their new role.
   a. * For China and India, it is 70% due to differences in labor markets
2. **MRP**: the MRP for the Googler's post-promo job is used in the calculation (i.e., the job code they are promoted into)
3. **Promo salary**: the resulting promo salary is the product of the target compa-ratio and the post-promo job's MRP, though it is subject to a minimum percentage increase (varies by country; see promo matrix below)
   a. **Minimum salary increase**: a small subset of Googlers are already high relative to their peers and the new post-promo MRP, such that bringing them to the target compa-ratio of their new MRP will result in a very small increase (e.g., 2%). In these cases, the algorithm ensures **a minimum salary percentage increase to recognize the promotion milestone** (see matrix below for details).

2019 promo matrix (minimum % increase by country)                          ⌃

Click here to go to trix directly ⬈.

### Help
- 📄 Modeling for promo salary increases
- 📄 Modeling for merit salary increases
- 📄 Modeling for company bonus
- 📄 Modeling for equity refresh
- 📄 Stub payments, deductions, and overtime premiums
- 📄 Modeling for Googlers in special situations

🟦 **Google** Sheets

You need permission