# Exhibit 54

    

MyGoogle Feedback        Contact us

## Understand your salary

Our compensation philosophy is to ensure Google remains competitive in each local market, while rewarding high performers and aligning salaries of Googlers who contribute similarly over time.

### How is your salary determined?

Your salary is determined by:

- **Guideline salary:** Each job at Google has a guideline salary. This varies by role, level, and location, and is based on the cost of labor (not cost of living). Every year, we use salary surveys to benchmark what other companies pay for your role in your location, and target the top of the market to determine guideline salaries. Strong performers move up from their guideline salary over time. You can learn more about our annual benchmarking process here.

- **Your compensation plan:** Googlers on the company bonus plan vs. those on the sales bonus plan have different "pay mixes" or the proportion of fixed pay (salary) to variable pay (bonus).

- **Your performance:** Your individual performance is a key input in determining increases to your base salary over time.

### When your base salary may change

Several factors influence how your base salary changes over time, including changes in your role and your performance.

**Promo salary increases**

Promo salary increases reward newly promoted Googlers and ensure that their new salaries are aligned with one another and with the guideline salaries of new hires in the same role, level, and location. They're fully algorithmic, meaning managers don't plan for these adjustments—they happen automatically.

Promo salary increases are effective May 1 for those promoted at mid-year, and November 1 for those promoted at year-end.

Visit go/perf-help for information on promotion eligibility, process, and timing.

**Merit salary increases**

Merit salary increases reward performance and ensure that Google remains a leading payer in each local market. Merit salary increases are determined—through an algorithmically modeled amount, plus manager discretion—during the annual compensation planning cycle in Q4 of each year. They're effective January 1 of the following year.

Merit increases are determined by two key inputs: your performance and your current salary's positioning against the next year's guideline salary, as determined through our annual benchmarking efforts.

Googlers who are performing the strongest will typically see the largest merit increases. However, Googlers who are already paid highly compared to their role's guideline salary—meaning they're already very well-compensated relative to their peers—may receive a lower (or no) merit increase.

**Transfers**

If you transfer to another role and/or location within Google, we will review and may adjust your base salary. Your base salary may increase, decrease, or remain the same. Your total pay, compensation mix (the amount of base salary, bonus, and equity that make up your total pay), and level of responsibility may change.

Prior to your transfer, your recruiter will discuss with you how your transfer will affect your compensation.

Visit the transfer section on MyGoogle for more information.

### Salary FAQs

Here are some common questions about base salary at Google.

**How do I know if my base salary changes?**

> Your base salary can change if you received a promo salary increase following a promotion, a merit salary increase for strong performance, or as a result of a transfer. Anytime you receive a promotion or merit salary increase, your manager should meet with you to give you news of your new salary verbally, and then through a compensation letter in Prosper. If you salary changes upon a transfer, your recruiter or internal mobility specialist should inform you during the transfer process.

**Will I receive a base salary increase every year?**

> We give base salary increases for promoted Googlers following a promotion in mid-year or year-end Perf cycles. All other Googlers are eligible to receive a salary increase during our annual planning cycle (Q4 of each year), but we do not guarantee base salary increases for anyone.

**When will my salary increase show up in my paycheck?**

> Promo salaries are effective May 1 and November 1 (for those promoted in mid-year and year-end Perf