# Exhibit 56

**From:**      "Fiona O'Donnell" <fiona@google.com>
**To:**        Melissa Lawrence <hrmelissa@google.com>
**Sent:**      Fri, 1 Jun 2018 09:41:49 -0700
**Subject:**   Re: Update from ▮▮▮▮▮▮
**Cc:**         Becky Bucich <beckybucich@google.com>

Thanks Melissa. I know Tariq had committed to interviewing Ulku again for the vertical lead role but I don't know if it has happened yet. I'll check with him on it during our next hiring sync.

On Fri, Jun 1, 2018 at 8:42 AM Melissa Lawrence <hrmelissa@google.com> wrote:

My take is that up until this mile of her negotiation around comp, people were very enthusiastic. The fact that she is quibbling over 70k in a very generous package, declined to Will and I and then escalated to Diane was a turn off.

Between us, Will has raised that Ulku Rowe who would be reporting to the Financial Services lead is far more credentialed in financial services (whole career) versus a couple of years for ▮▮▮▮ Just an fyi!

Melissa

On Fri, Jun 1, 2018 at 8:26 AM, Fiona O'Donnell <fiona@google.com> wrote:

Thanks for the heads-up. Agree, that comp will likely still be an issue and also concerning that folks aren't convinced she'd be a good for google hire.

On Fri, Jun 1, 2018 at 6:12 AM Becky Bucich <beckybucich@google.com> wrote:

FYI only- Fiona, we had a candidate to lead OCTO for EMEA (L9 offer, from ▮▮▮▮▮▮ ) who declined last week (comp was the gap although we had a very strong offer and stretched to where we felt most comfortable). Bit surprised to see Diane sharing she wants to consider for Finance vertical as I would think we'd run into the same issue. But let's see where this heads. Just cc'ing Melissa as she was actively involved on recruitment of ▮▮▮▮ for Will/Brian's team.
-Becky

---------- Forwarded message ----------
From: **Rachel Quirk** <rachelquirk@google.com>
Date: Wed, May 30, 2018 at 2:55 PM
Subject: Re: Update from ▮▮▮▮▮
To: Becky Bucich <beckybucich@google.com>
Cc: Dave Beuerlein <dbeuerlein@google.com>, Gaurav Munjal <gmunjal@google.com>, Kate Butler <katebutler@google.com>

Quick update: Diane responded to say "I would like to introduce her to Tariq as a potential lead for our Finance Vertical, she is incredibly impressive". I'll follow up on this with Tariq and keep you posted in case anything materializes.
Rachel

CONFIDENTIAL                                                      GOOG-ROWE-00056473