# Exhibit 57

**From:**   Will Grannis <wgrannis@google.com>
**To:**   Melissa Lawrence <hrmelissa@google.com>
**Sent:**   Fri, 18 May 2018 06:15:15 +0900
**Subject:**   Re: Circling back

I agree... I also know that every woman who came to Google/octo (Jen, Ulku) has told me they feel like they didn't fight hard enough for themselves. So I'm torn. Allowing Katia to express what she feels is fair, pushing back when it exceeds reasonable expectations, and offering to defer the offer until her large tranche of equity vests, to me, seems like a reasonable series of events that is likely to result in her not feeling like she didn't get a chance to fully explore what's fair, if she accepts.

This is also the number one area where women ask for my advice/mentoring (respectfully fighting for what they think is fair comp).

Will

On Fri, May 18, 2018, 12:15 AM Melissa Lawrence <hrmelissa@google.com> wrote:

> I don't want to be Debbie Downer but it concerns me when there is this much of a disconnect and focus on comp.  You know this - in the end, they need to come for the opportunity not the comp.

Melissa
---------- Forwarded message ----------
From: **Melissa Lawrence** <hrmelissa@google.com>
Date: Thu, May 17, 2018 at 8:12 AM
Subject: Re: Circling back
To: Rachel Quirk <rachelquirk@google.com>
Cc: Will Grannis <wgrannis@google.com>


Hi Rachel and Will -

I am concerned about anchoring Katia on expecting more than 40% of bonus. You are right that she could see more based on performance but keep in mind that 2018 will be prorated based on # of days worked and will be muted by her expected ramping time so January 2020 is the first time she will get a bonus payout that is above expectations.  I know we want to close her but I am do want to be sure that we are setting the right expectations.  We saw a lot of discontent in OCTO last comp cycle as a result of disconnect between recruiter "sale" and Google reality.  This was largely on the equity piece and the changes to the refresh program but I did want to flag.

Melissa

On Thu, May 17, 2018 at 5:04 AM, Rachel Quirk <rachelquirk@google.com> wrote:

> Based on guaranteed income no. I think 2 main issues are:

ATTORNEYS' EYES ONLY