# Exhibit 59

odd as Nic does not engage back - no acknowledgement of effort, no answer to questions posed.  Clearly he is not you :) - just something I am watching. Good partnering is a two way street. Also he is not happy with the ABP candidates they are seeing for NYC - feels like they are too junior for the role given the executive engagement they will need to have. I told him to work with Christa and Eryka on this.

Eryka - I had a meeting with her last week. Seemed really good.  Christa is a hard act to follow. She said that Cloud has a bad reputation in the ABP community which I heard from another source this week as well.  Glad that she was not daunted by rep and chose to come to OCTO.

Cassie - She met with me last week. She thinks that Developer Advocate would be a ladder that could be a fit for her as well given the external engagement.  I set her up with Greg Wilson for him to give her advice. She said something like I have looked at the L6 DA requirements and I am a shoe in for promo. I of course pointed out that she is currently an L4 and she brushed that off.  She said to me something along the lines as I am the best AI person in all of Google.  Work in progress. Scott is going to have his hands full managing her.

Mentors - Adrian (Wolf Weber), Dean (Mike Waychison) and Kris (Chet) are all matched. Michael Marano I am waiting for some input from Nic.

Okay that is the week in review - just wanted to get everything written down before I go into a food and relaxation coma.

Here's to a great 2018. See you on the 8th!

Melissa


--



**Melissa Lawrence**
hrmelissa@google.com
HRBP, Google Cloud Platform
SVL - MP1 - 6th floor

Got questions?
Information for **YOU** at go/MyGoogle or peopleops-help@google.com

**Note: I am OOO starting 12/22 and will return to the office Monday 1/8.**



--

ATTORNEYS' EYES ONLY