# Exhibit 60

███████

SEE IC
CME Mgrs
Spot bonus on strategy doc

████████

Landings (█████████)
IoT ambiguity

Gandhi
Incubator - starter
Communication skills need to work
People mgmt - turnaoround
SDWR -  follow thru (he is pushing)
Feedback on communication

Scott
SEE IC
CME Mgr (borderline NI)
Eng Interns
Pick path

Jonathan
Needs more leadership

Paul
Needs to drive to. Outcomes. - likes to pontificate
Swarms that do the work behind him
Narrative for Google Cloud
Trust. Me

MY 18

**Things to change for next time**
- Discuss calibrating all L8s together - ask from Nic

**AIs**
- ~~Will to talk to Paul about████s rating and then change to CME~~
- Need to find a mentor for████for when she returns from leave
- Nic - maybe too many reports?
- Eric S  - people manager?
- ~~Will to update notes on███████on leadership growth~~

ATTORNEYS' EYES ONLY

- ~~Will to update notes on~~ ▮▮▮ ~~to substantiate Superb - more than just the last few weeks - impact to project is huge from the beginning~~

**Promos next round**
- ▮▮▮
- Jeff Kember
- ▮▮▮

**Low CME's that should be watched**
- ▮▮▮ went from CME to Superb - exceptional circumstances
- ▮▮▮ doing bare minimum in OCTO - needs to go Marketing

**Rating Changes**
- ▮▮▮ - EE to CME
- ▮▮▮ - SEE to Superb

**HRBP Only Notes**
- ▮▮▮ CME
  - Disconnect - he thinks he is ready for promo next cycle
  - Not exhibiting the independence expected
- ▮▮▮ EE to CME
  - Doing a lot outside of team but not very active on internal events
  - Offsite is an example
- ▮▮▮
  - Stay EE
  - Needs to guide team versus be directive
  - Think more broadly - bias to execute vs be thoughtful
- ▮▮▮
  - SEE as PM L6
  - Get back to PM
- Jeff
  - SEE on 1:1 but needs more stateful relationship with Prod/Eng
- ▮▮▮
  - Superb - back up more than the last month in the notes
- ▮▮▮
  - Change to Superb
- ▮▮▮
  - Change notes to acknowledge progress on leadership work
- Bryan S
  - Dropped EE to CME this cycle
  - Talk to him about focus on fewer things and statefulness
- ▮▮▮
  - Doing the basics
  - Marketing is strength

ATTORNEYS' EYES ONLY

- Nic
    - Everything is last minute - is he engaged?
    - Not predictable - don't know what you are going to get
    - Maybe too many reports?
- Ben
    - Prioritizes individual recognition?
- Paul
    - Engaged on 1:Many
    - Not so much on 1:1
    - Could bring Marketing and Eng closer together
    - He is the "fixer"
- Ulku
    - Needs to exhibit more technical thought leadership
    - Create her own demand - waiting to be asked

ATTORNEYS' EYES ONLY                                            GOOG-ROWE-00017708.R