# Exhibit 61

| period_name | person_id | user_name | is_rating_eligible | is_promo_eligible_calculated | is_nominated_for_promotion | is_self_nominated | self_nomination_notes | manager_nomination_decision | manager_nomination_notes | manager_nomination_type | is_promoted | promotion_recommendation | promotion_notes | promotion_job_level | promotion_job_title | promotion_job_code | rating_bucket | action_plan_text | action_plan_type | calibration_notes | is_appealed | appeal_rationale | is_manager | pmr_score_calculated | report_response_count | overallScore | actionableFeedback | careerConversations | collaborates | communicatesClearly | focusedOnPriorities | providesAutonomy | recommendManager | sharesInformation | showsConsideration | stretchOpportunities | technicalExpertise | toughDecisions | valuesPerspective |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 Q1 | ***REDACTED - PRIVACY*** | urowe | 1 | 1 | 0 | 0 | null | null | null | null | 0 | null | null | null | null | null | Exceeds Expectations | null | null | <p>Role and Project over last 6 months: OCTO TD, moved from specialist role in FinSrv to more generalist<br><br>Impact over last 6 months [1-4 major accomplishments]:<br>1.) Exceeds: Her 1:many contributions significant, even by OCTO standards; she gives our outreach to markets wrt FinSrv deep credibility and interest<br>2.) Exceeds: She partners extremely well with the FinSrv pod in NYC, leading to citations for progress at [redacted]<br>3.) Meets: Good engagement generally across FinSrv and Regulatory organizations<br>4.) Meets: Some progress with key partners: [redacted]<br><br>Support of hiring initiatives (interviewing, hiring committee, facilitation of interview training, champion calls, etc)<br>One of my go-to screens for leadership</p><p><br>One thing to improve for next rating/level:<br>1.) PM/Eng impact.  To date, very little engagement and/or awareness with product teams outside Leonard Law </p><p>2.) How do you create more demand for yourself?  What's the leadership moment?  Don't wait to be asked.  <br><br></p> | 0 | null | 0 | null | null | null | null | null | null | null | null | null | null | null | null | null | null | null | null |
| 2018 Q3 | ***REDACTED - PRIVACY*** | Comparator 17 | 1 | 1 | 0 | 0 | null | null | null | null | 0 | null | null | null | null | null | Exceeds Expectations | null | null | Role and Project over last 6 months: OCTO TD, People Manager for Applied AI OCTOs<br><br>Impact over last 6 months [1-4 major accomplishments]:<br>1.) Championed and landed a <b>notebook-first</b> approach for applied AI within enterprises, now a 2019 OKR for Cloud AI PM team<div>2.) Championed <b>experiments</b> as the framework for OCTO AI work with customers<br>3.) Invited AI <b>keynotes</b> to Lendit Fintech (1500),[redacted] CEOs (300), JDA (2000), CogX (7000), Next Community (200), Next Leaders Circle (200) plus numerous briefings<br><br>Rating - why not higher or lower?:  Team dev vs. IC holding back clear SEE, flagged for further calibration input.  Also, no clear "OCTO premier brand" landing/sustained contributions.<br><br>Support of hiring initiatives (interviewing, hiring committee, facilitation of interview training, champion calls, etc):<br></div><div>9 interviews<br><br>One thing to improve for next rating/level:<br>1.)  More focus on team development, avoid silo-ing AI team members.  Big things are done well, small things need tightening up.  Missing 1:1s, flaky attendance, not taking leadership with Fei Fei staff, he's TL'ing and he's coaching well.  Premier customers missing.  60% customer impact is the role.</div><div><br>[For People Managers]<br>PMR score: 96, increase of 8 points from H12018, 6 of 7 eligible DRs reporting<br>Strength(s):  Inspiring vision, technical acumen, idea machine<br>Development Area(s):  nothing extreme from PMR, feedback and career coaching for direct reports has been a prior theme<br><br><br></div> | 0 | null | 1 | 96 | 6 | 96 | 83 | 83 | 83 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| 2017 Q3 | ***REDACTED - PRIVACY*** | urowe | 1 | 1 | 0 | 0 | null | null | null | null | 0 | null | null | null | null | null | Exceeds Expectations | null | null | <p>Role and Project over last 6 months: OCTO TD for FinSrv</p><p>Impact over last 6 months [1-4 major accomplishments]:</p><ol><li> Quickly established thought leadership on Cloud and Financial services, earning critical impact ratings from Sales, Product and Marketing [meets]</li><li> 1:1 engagement, with heavy influence and trusted advisor status at <span>[redacted] [meets]</span></li><li>1:many thought leadership, including large sessions at <span>[redacted], and keynotes at leader's circle in numerous locations. [meets]</span></li><li>Took on a leadership role for regulatory work with european financial services regulators [exceeds]</li></ol><p></p><p>[Optional Promo Rationale]:</p>One thing to improve for next rating/level:<ul><li>More engagement with Product and Engineering, utilizing Leonard as a key partner in that effort.</li></ul> | 0 | null | 0 | null | null | null | null | null | null | null | null | null | null | null | null | null | null | null | null |
| 2018 Q1 | ***REDACTED - PRIVACY*** | Comparator 17 | 1 | 1 | 0 | 0 | null | null | null | null | 0 | null | null | null | null | null | Exceeds Expectations | null | null | <p>Role and Project over last 6 months: OCTO TD focused on AI, built small AI pod in OCTO<br><br>Impact over last 6 months [1-4 major accomplishments]:<br>1.)  Exceeds: Recruited and hired some of the industry's top talent ([redacted] R&D lead, Intuit head of AI and Data Science, Teradata head of Data Science and AI)<br>2.)  Exceeds: At last minute, went to JAPAC to support DG P0 engagements at the board level with [redacted] and [redacted], received extraordinary feedback from field teams, stayed engaged and is now a key member of the [redacted] swarm team.  Landed an initial AI deal at [redacted] (a key door opener)<br>3.)  Meets:  building strong relationship with Cloud ML PM, integrated strategy and planning with Brain, DeepMind, Cloud PM, PSO.  Currently working multiple initiatives to gather customer feedback (field notes) and [redacted].<br>4.)  Meets:  became a highly demanded AI spokesperson for the field, and took a lot of time to start cross training all of OCTO to be AI spokespeople, as well.  <br><br>Support of hiring initiatives (interviewing, hiring committee, facilitation of interview training, champion calls, etc)</p><p>Most active interviewer in OCTO outside of me and Solomon.  <br><br>One thing to improve for next rating/level:<br>1.)  [redacted] has a couple projects in flight that he needs to drive to conclusion ([redacted]) and continue to dedicate the time to leadership/management for his noogler team.  </p><p><br></p> | 0 | null | 1 | 88 | 3 | 88 | 33 | null | 100 | 100 | 67 | 100 | 100 | 67 | null | 100 | 100 | 100 | 100 |
| 2019 Q3 | ***REDACTED - PRIVACY*** | urowe | 1 | 1 | 0 | 0 | null | null | null | null | 0 | null | null | null | null | null | Exceeds Expectations | null | null | <div>[NEED VERTICAL FEEDBACK]</div><div><br></div>Role description (50 words): Spent half of the period in vertical team, half in octo.  Spends most time representing Google externally and with financial services clients<br><br>Key accomplishments with data, metrics - the “what” (200 words, get input from the Googler if needed, be specific, reference KRs when applicable):<br>Obj: Team (how did the OCTO make OCTO and Cloud better?)<div>-Hiring: key interviewer, and coach for candidates<br><div><div>Obj: Co-innovation (how did the OCTO make a material difference with strategic brands either as swarmer or primary?)</div><div>-BNY Mellon CEC<br>Obj: Market shaping (how did the OCTO engage with the market to share ideas and opinions?) </div><div>-blog on libra</div><div>-podiums: retail vision 2019 (peer bonus)<br>Obj: Product Strategy (how did the OCTO contribute to our Google product strategy?)</div><div>-<br><br>Critical behaviors that helped the Googler deliver effectively - the “how”: </div><div>-inspires followership</div><div><br>Why not higher: no discernible product, large co-innovation brand, team impact</div><div>Why not lower: very important contributions to external thought leadership  <br><br><br><br></div></div></div> | 0 | null | 0 | null | null | null | null | null | null | null | null | null | null | null | null | null | null | null | null |