# Exhibit 62

Nicholas Harteau (nrh)  |  L9 / Distinguished Technical Solutions Consultant                    2017 Q3

NA

## Rating notes

Was on leave for 3.5 months, so not enough data to support a rating (returned mid August)

CONFIDENTIAL                                                                                    GOOG-ROWE-00053811.R