# Exhibit 65

|  |  |
|---|---|
| **From:** | Tariq Shaukat <tshaukat@google.com> |
| **To:** | Melissa Lawrence <hrmelissa@google.com> |
| **Sent:** | Wed, 13 Jun 2018 14:38:00 -0700 |
| **Subject:** | Re: our discussion yesterday |
| **Cc:** | "Fiona O'Donnell" <fiona@google.com>, Brian Stevens <stevensb@google.com>, Will Grannis <wgrannis@google.com> |

on leadig the team, I'm intending for each of the folks who move over to build vertical teams that look and act like they do, so we can scale the model. Recognizing their current role is an IC role, I want to be sensitive to the fact that I am only 'offering' them the oopportunity, but if they want to remain an IC I will accomodate.
Tariq

On Wed, Jun 13, 2018 at 1:31 PM Melissa Lawrence <hrmelissa@google.com> wrote:

> No worries Tariq! The organization has decided that her role is moving managers but is not changing in terms of responsibilities.  We should focus on the first two paragraphs and then in closing ask her to give you and the new group a fair shot just as you have described to her.
>
> To be clear, the role is not being eliminated. She would be resigning if she chooses not to continue in current role.
>
> Also I am not clear on what your intent on "lead the team", I would suggest being more consultative here.
>
> Modified draft below.
>
> Melissa
>
> + + + +
>
> Thanks for the note Ulku.
> Just to make sure we're using the same language here, the current proposal is to have you continue doing the role you're doing but moving over to my vertical team, where we would be applying the program name Global Clients Technical Director, Financial Services vs. Technical Director, OCTO (given it is no longer under Brian). The role/responsibility is the same but with the more targeted focus on the FSI global clients. An opportunity that I see is for you to take on people management responsibility, though recognize your current role is an IC role; so if you'd prefer to not do that, we can certainly adjust.
>
> Beyond that, I am committing once we get through this transition (announcement should be next week) to have you get a fair shot at the Vertical Lead role, with the same process and consideration as external candidates. As mentioned, I personally believe in having 2-3 finalists for these roles before putting people through the final decision process, and we're still settling on the externals... once that is done, we will kick off the process for you as well (as you of course don't need to go through the initial assessment phases).
>
> I am very much looking forward to working with you and hope that you will give the new vertical team a real chance before making any decisions about your future.
>
>
> On Wed, Jun 13, 2018 at 12:53 PM, Tariq Shaukat <tshaukat@google.com> wrote:

CONFIDENTIAL

GOOG-ROWE-00017429