# Exhibit 67

**From:** Divya Singh <divyasi@google.com>
**To:** Ulku Rowe <urowe@google.com>
**Sent:** Wed, 27 Jun 2018 18:02:25 -0400
**Subject:** Re: [Google Cloud Customer Team] Global Client Program

Congrats on your expanded Global role!

On Wed, Jun 27, 2018 at 5:57 PM Tariq Shaukat <tshaukat@google.com> wrote:

> Team,
> The Cloud market continues to grow at an explosive rate. Customers are more eager than ever to take advantage of the security, reliability, performance, and innovation of the Cloud, and Google Cloud is seen as a critical leader in this market by customers, partners, and analysts.
>
> We are constantly evaluating how to accelerate our success in the market. Since we announced the new customer, partner, and vertical team structure in late Q3 last year, Diane, PH, and I have been jointly thinking through how we engage with customers to drive revenue growth.
> It is clear that we need to have two models to be successful:
>
> - The ability to engage at scale and high velocity, across the SMB, Corporate, and Enterprise segments, increasingly with channel partners
> - The ability to engage in deep transformational partnerships with high potential companies looking to make substantial changes in the way they operate
>
> Our Customer team continues to drive impressive results across both of these models, and it is also clear that there is more to do. We know that we need a higher level of vertical expertise, greater pursuit and execution resourcing, an ability to bring "One Google" solutions, and a more partnership-focused model to really cement our position as the transformation partner of choice. We've shown we can do this, with transformation partnerships with companies like [redacted] We need to scale this ability.
> So, as we announced when we formed the Global Alliances and Industry Platforms team, we are creating a new program today focused on these Global Clients, roughly the top 200 high potential companies across our priority verticals. These companies are complex - there is tremendous opportunity to drive business value for them through deep engagement. This involves partnership needs including:
>
> 1. Sponsorship with LOB or CEO decision makers, w/ heavy CIO/CTO involvement
> 2. In-depth vertical knowledge, as well as industry-specific technical and business process expertise
> 3. Customized deal and legal structures, partnership oriented
> 4. Significant on the ground technical and relationship resources
> 5. Strong partner engagement, both tech partners and systems integrators
>
> The goal of this program is to provide structure, added resourcing, and vertical expertise to these complex relationships. Every Global Client will be assigned a Global Client Lead and a Global Client Technical Lead, both with vertical expertise. This team will complement the sales team, and will be responsible for the agenda, key transformation relationships, and end-to-end success at each Global Client. The Customer Team Pods will still retain accountability for commercial traction and the bi-annual quota.
> Very little will change for customers not in this program. We still need to engage actively, with substance, and close deals at high velocity. Our pods working with Enterprise, Corporate, and SMB customers will leverage existing resources in the standard pod model (across the Sales, CE, PSO teams) as well as the channel to drive and accelerate our success.
> We will be rolling out more details of this program in the coming weeks, including direct communications with teams whose customers are being included in the program. Additionally, to support this program,

CONFIDENTIAL

GOOG-ROWE-00017439