# Exhibit 68

5

- gTMarket side of things. Greg was supposed to dual report into Jeff and Dianne. Jeff and his team are part of the interview process. He reported into Diane until a year after that when he reported into me.
- They were focused on product not general management
- I was involved in the ongoing general management process- no one ever talked to me about the financial services model - no idea at the time she was hired of creating that vertical. Don't remember him saying to me she had an agreement with brian. Brian never remembered that convo either
- Did you talk to Brian about situation with Ulku
    - Year after she joined
    - This was around the time of her positioning around this.
    - Part of octo- they started becoming more verticalized
    - We moved any person in octo and moved them to my team - three members in addition to Ulku moved over to my team. Mid 2018 is when this happened.
- When Ulku began reporting to you
    - June 2018
    - This was a broader org change
- June 2018- what was status of verticalizing cloud at that point
    - So this is now sept 2017 when we brough PH Bharun up to run sales
    - At that time we were putting up plans to verticalize - needed to figure out how to run healthcare etc.
    - We then brought in Breslow to run compliance - this was the second half 2017. One source of confusion that kept happening was what is the role of OCTO vs new vertical teams the biggest source of friction was Healthcare/Media - Jeff and Everyn the respective leaders - not in sync with what was happening on the vertical teams.
    - Late 2017 me Diane and Brian were talking about what we should do - not on the front burner. We landed on moving the octo team over to be aligned with the verticals that would clear up the confusion
    - Brian had relocated to the east coast and was starting about taking time off. Diane and I had convos as well about octo reporting to me while brian was out.
    - There was a lot to figure out
    - By april may we did this change 4 moved over as part of the octo change - ben was an L9, Uluk 8 , Jeff was L6. Everyn was an L8/L9 at the time. Mix of folks at different levels. We put them all in the same function
    - Each of the 4 that moved over went into the exact same role regardless of level. Everyn left into a PM role.
    - The rest of the team stayed where they were -
    - Jeff left the company 9 months ago to go somewhere else
    - Ulku was so unhappy that I made a deal with Will so that she could move to OCTO so that she didn't cause any confusion around verticals
- Ulku claims that you shared with her, that when she came over as a global client technical lead
    - Yes
    - That is the name
    - What we had set up was the idea of a global client lead - their technical peer -
- How would you respond to her characterizing it as a demotion
    - I don't think there was anyway of justifying that
    - We brought in the others in the role - Anil Jame in Media an L9. 20+ years of experience. Dominicke Wee was an L9 as well - highly credentialed in that role as global client lead role

Comment [1]: Anil Jain

12

- - Anything else?
      - No not really - a lot of dynamics that were going on related to the role that got turned upside down when TK joined. Two discrete phases to keep in mind. The pre october 2018 stuff (before Diane knew she was being replaced) - and then there was, after. From that moment on it was a state of flux - tons of reorgs for eg. the most recent reorgs in sept/feb for eg. highly unstable time - trying to get a read from tk about
      - One other thing - it was a fairly explicit role to add diversity to the team. Did send them back a number of times to bring back diverse candidates. This has been a problem for my team and in the cloud. For financial services it is where we have the most success - two finalists that were both women was great. I recognise this is any issue as well.
- confidentiality / retaliation

END AT 3:30PM EST


**Follow up with Stuart Vardaman**
**29 January 2020**
**1:30pm EST**
**Ashley, Jordan**

- Confidentiality
- Retailliation
- Recall timeline of events related to Ulku:
  - Well going through the emails with Peter, mentioned the panel members, and then it is interesting because recall Tariq saying do a  full panel and we need everything in the system
  - Ended up spending 3-4 weeks chasing folks for feedback. This came in form of ping, history not turned on, ulku is not ready, is junior, would have expected more. This was a ping from jason martin, sebastian moreoux, darryl willis said she is too junior. That is, at that time it was a done deal - not sure that chased anyone else to get feedback
- What happened next - what was communicated to Ulku?
  - No idea
  - Stuart shares google doc for status updates with meetings with Tariq
  - Stuart
  - Last meeting was Dec 21 2018 - Diane green interview had not happened. It seemed at that point it was off my plate - the financial services lead in the green - Ulku's status was Tariq is handling. Ultimately he said I will handle it, it is a sensitive issue, I will handle it. Ulku pops up week before that as well. So should see status changes as well - without a doubt he said this sometime in December.
  - Eg Dec 12 2018 - I have Ulku - any panel members there. She was on my radar - keeping her on the cooler not a good thing
- Stuart Breslow isn't in doc?
  - He would have joined earlier in 2018
- When did you start financial services search
  - Tariq was saying lets just get this started - it was a fuzzy nebulous thing
  - Confusion in org about how tariq different from paul henry farrens world
- Walk through GHire
  - Decision made to interview her despite unlikely chance that she would get the role - this was coming to a head in q4 2018.

- - Phone on dec 13th: interview? Scroll down - interview feedback august 2nd 2018 - sebastian's feedback
  - What were august dates: the meetings may have occured then - when scheduled - but don't think they wouldve back dated the interviews necessarily - financial services lead role was open forever. Early 2018 when it was opened. By the time she raised her hand we got these interviews pretty quickly. Last step was to meet with Dianne - november /december 2018 but that just dragged on. The message to Ulku was figuring out the final candidates to emerge
- What meant by " matter resolved in some other way" as noted in ghire
  - Breslow's role was expanded - in addition to the compliance role
  - Stuart wasn't a VP but was leading the vertical - that was valid enough to cancel - it was a live search
  - April 24, 2019 - for future engagements with financial services topics please reach out to Stuart
- Did you have any visibility to that change in real time or first time learned of it
  - The only thing heard of this, email from stuart shows it - this is March. Tariqs email was April. Ping with stuart in Feb that he alluded to his role expanding.
  - Stuart - his role was expanded to cover the financial services vertical
- When you entered note in ghire - it was after?
  - Yes
  - We have our own exec recruiting system in thrive
  - The only reason used ghire was to schedule a candidate
  - This is me admitting that I am a decent recruiter - not keeping the most accurate dates in ghire- it is basically cancelled/filled the other way and I put that in a lot letter
  - Don't recall getting contacted to shut down this specific search - just realized it had essentially been cancelled
- So you were involved in stuart recruitment
  - Yes
  - He was interviewed April and March
  - He was hired months before ulku
  - Also his background - his background was so nuanced - not an expert in that - but we ended up hiring spencer stuart the external company to do that search. What set stuart aside was his financial industry background
  - He was chief compliance officer - mckinsey partner
  - Ulku was risk technology group - not as broad as Stuart. Between two internals there was white space between stuarts seniority and ulkus in the industry
  - Coupled with ulku's cantankerous style further undermined her changes
  - Were stuart and ulku considered in same batch for this role: no
    - Stuart was not interviewing at all for the financial services lead at all. That perspective you just shared about the white space in seniority is what?
      - it is putting self in shoes of tariq
      - Tariq wasn't going to hire someone internally at all
      - Tariq turned attention to plugging gap internally and getting a band-aid.
      - Stuart's role was expanding his role - he said this in ping - and then alluded to ulku moving back to octo - stuart was the figure head for financial services
  - Did tariq communicate any of this thought process with you?
    - No
    - You can see the hesitation in the tool

CONFIDENTIAL                                                                                           GOOG-ROWE-00057002

15
- - So that search was wide in scope
    - Yes
    - Timeframe: june 8 2018 - hot topic says stuart breslow can mark as offer accept - he already agreed - sometimes don't put offer accept. At l9+ vp level people get sensitive about it
  - Was the offer between anyone else -
    - We instructed spencer to keep candidates warm and that breslow was the one we wanted to have join
  - Where can I see who he interviewed with
  - Internal reference to ruth porat
    - Should be in there
  - Recall what reaching out about related to Ruth Porat
    - Thought it was a good thing to have that officially in his packet which is why followed up
  - Did you and tariq discuss ruth working with stuart
    - Tariq likes to do that stuff himself - gives reason to talk with Ruth
    - They will use that to build a relationship with leader -
  - Do you know if Tariq reached out to Ruth on that one
    - Don't know
  - Looking at ruths feedback - anything stand out
    - Stuart gave me ruths name - said I know her well - she wrote that she knows him somewhat well
    - That was different from what stuart shared with me
- Does anything stand out to you about financial services lead process that was out of the ordinary or a flag so to speak
  - It wasn't out of the ordinary
  - I think he treats his people well - some of his hesitancy - eye for DEI. i recall by the time Ulku met with me she was bristly with me
- How many roles filled for Tariq - easily a dozen in his org - he was primary HM for majority of time here
  - Did you all have discussions about having a diverse slate :
    - Yes always part of the convo
    - That is how we work in exec recruiting
    - The message to HM is that you have to be prepared to flex on a component or two of what looking for in an executive
    - Learning curve- they need to be comfortable with
- Closing that

**Meeting with Stuart Vardaman**
**January 22, 2020, 1pm Pacific, via GVC**
**Ashley (lead), Jordan (notes)**

- Intro to ER
- Confidentiality and retailliation
- Soundbite on role at Google:
  - 2.5 years = dedicated to cloud for leadership staffing team - dave beuerlein  - we focus on l8+ googlers, the non technical side - tk, robert enslin,
- Any staffing matters related to leadership come up for you- stand out to you?
  - Not since that one was addressed - that one was racial bias issue
- Want to discuss vertical lead role -

CONFIDENTIAL