# Exhibit 69

People Ops verified as official documentation for 2020 Perf

## Engineering-Wide Leveling Guide (go/eng-level-guide)

Note that this leveling guide is intended to serve as general guidelines for what's expected at each level, but is not a representation of expectations for any specific ladder. Where questions arise; employees, managers and committees should reference the specific ladder for details and/or contact perf-help@google.com or their respective HRBP.

For the SWE ladder L3-L7, see goto/new-swe-ladder. To find other ladders, see Magnet.

| Leveling Criteria | Knowledge & Experience | Complexity & Scope | Leadership & Influence | Organizational Impact |
|---|---|---|---|---|
| Def-inition | • Depth and breadth of domain knowledge; knowledge of Google-specific technologies and ways of working; and experience to do the job | • Identifies:<br>  ○ The scale of the work/projects for which the job is accountable<br>  ○ The type of problems addressed in the job<br>  ○ The manner in which problems are addressed in the job | • Identifies:<br>  ○ Degree of guidance received<br>  ○ Degree of guidance provided to others<br>  ○ Degree of influence the job has on others and the organization | • Identifies:<br>  ○ The organizational reach/area of impact of the job<br>  ○ The nature of impact/contribution to on Google |

| Level | Knowledge & Experience | Complexity & Scope | Leadership & Influence | Organizational Impact |
|---|---|---|---|---|
| Level 1 | • Basic knowledge of Google-specific technologies and procedures | • Completes routine tasks<br>• Works to pre-defined set of guidelines and escalates as soon as appropriate | • Receives detailed instructions on all work<br>• Works under close supervision<br>• Solves problems according to established procedures | • Contribute primarily to completing own tasks<br>• Limited impact on the work group via personal accuracy, timeliness, quality, and volume of work |
| Level 2 | • Developing or have developed proficiency and effectiveness within relevant domain, plus Google-specific technologies and methodologies | • Work on tasks of varying complexity & scope<br>• Problem set is sometimes well-defined to varying degrees<br>• Seeks out and finds existing solutions and tools to solve | • Plan and execute own work assignments, under varying degrees of supervision<br>• Mentor Nooglers | • Contribute primarily to own work group/ project section<br>• Direct impact on the work group via personal accuracy, timeliness, quality, and volume of work |

People Ops verified as official documentation for 2020 Perf

| | | problems of varying complexity | | |
|---|---|---|---|---|
| Level 3 | • Fully proficient and productive within the relevant domain, plus Google-specific technologies and methodologies<br>• Has developed specific area of expertise within the domain | • Work on tasks of moderate to high complexity & scope<br>• Evaluate data, identify and contribute to/or decide on solutions through:<br>  ○ Utilize knowledge acquired from experience and precedence<br>  ○ Varying amount of input and/or contribution from more senior-level and/or long-term Googlers<br>• Anticipate and communicate problems to team members | • Plan and execute own work assignments, with minimal supervision<br>• Routinely exercise independent judgment and discretion to achieve defined objectives, yet recognize when problem solving may benefit from additional input<br>• Serves as a resource to others<br>• Mentor and train Nooglers and lower-level Googlers | • Contribute to own work group/project section, as well as others that are closely related<br>• Direct impact on the work group/project section, through the quality, accuracy, timeliness, and volume of work provided by self and others |
| Level 4 | • Highly proficient and developing or has developed a comprehensive knowledge of relevant domain, plus Google-specific technologies and methodologies<br>• Full understanding of area of expertise | • Work on projects, strategies, and problems of moderate to high complexity and scope<br>• Anticipate and propose and decide upon solutions through evaluation and analysis of data and business needs<br>• Identify and recommend creative ways to leverage and/or enhance existing practices | • Plan and execute own work assignments and provide guidance to more junior team members<br>• Work independently, but with awareness of project priorities<br>• May manage project priorities, define tasks, and coordinate activities, deliverables, and schedules, exercising considerable independent judgment and discretion<br>• Share knowledge with others<br>• Mentor and train Nooglers and lower-level Googlers | • Contribute to own work group/project section, as well as others that are closely related<br>• Significant impact on the work group/project section through:<br>  ○ Quality, accuracy, timeliness and volume of work provided by self and others<br>  ○ Advice, reviews, and recommendations provided to others<br>• Contribute to cross-project and/or cross-team collaborations |
| Level 5 | • Expert knowledge of relevant domain, plus Google-specific technologies and methodologies<br>• Deep understanding in two or more areas of expertise | • Work on projects, strategies, and problems of high complexity & scope<br>• Design policies, processes, procedures, methods, tests, and/or components, from the ground up | • Plan and execute own work, based on long-term project objectives<br>• Manage project priorities and technical resources, plus relationships with multiple | • Key contributor to own work group/project section, as well as others that are closely related<br>• Impact work group/project sections through:<br>  ○ Size or significance of teams |

P001584

September 30, 2020
Page 2 of 2

People Ops verified as official documentation for 2020 Perf

| | | | | |
|---|---|---|---|---|
| | • Developing or has developed reputation as the "go to" person for areas of expertise | • Identify work/process redundancies and contribute to efforts to reduce or eliminate those redundancies | partner-teams, directors, and/or vendors<br>• Recognize strengths and limitations of more junior team members<br>• Mentor and train Nooglers and lower-level Googlers | and/or projects managed<br>○ Influence on project direction<br>○ Delivery of value-added perspectives<br>• Contribute to cross-functional and/or cross-organizational collaborations |
| Level 6 | • Proven depth and breadth of knowledge of relevant domain, plus Google-specific technologies and methodologies<br>• Recognized as the expert/ "go-to" person for areas of expertise | • Work on multiple large projects and/or a single complex or mission-critical project<br>• Collaborate on significant and/or unique problems<br>• Integrate disparate projects/processes to create widely-reusable components/services | • Plan and execute project(s), based on long-term objectives of functional area, with minimal supervision<br>• Leverage proven project, team, and/or people leadership skills to manage project priorities and technical resources; may manage people<br>• Arbitrate in cases of technical disagreement among team members<br>• Mentor and train Nooglers and lower-level Googlers | • Key contributor to one or more large, infrastructure, and/or mission-critical projects<br>• Impact projects through:<br>○ Project planning and design<br>○ Creation of sustainable work product<br>• Contribute to efforts beyond core project<br>• Build and/or lead cross-functional and/or cross-organizational collaborations |
| Level 7 | • Proven organizational awareness; know what's going on within Google, between Google's technologies and its business goals, and the industry<br>• Recognized as an authority in the domain | • Execute multiple complex and/or mission-critical projects OR a single, large-scale and extremely complex project<br>• Generate ideas for new project initiatives<br>• Integrate complex components within multi-system projects<br>• Identify trade-offs in approach and operations<br>• Scope and evaluate the risks associated with changes to a product, process, or service | • Set strategy and objectives for the functional area<br>• Develop strategic alliances with inside or outside Eng and/or Google<br>• Drive Google citizenship activities<br>• Grow Google's talent pipeline | • Key contributor to functional area<br>• Impact functional area through:<br>○ Enhancing and developing technology, programs and approach<br>○ Innovation and thought leadership<br>• May Create market opportunities |
| Level 8 | • Demonstrate comprehensive understanding of how Google shapes the industry<br>• Recognized as an authority in multiple functional areas | • Work on one or more of the company's most complex projects and/or problems<br>• Translate business needs into actionable initiatives<br>• Anticipate and solve problems across functional groups | • Contribute to setting strategy/objectives for the function<br>• Arbitrate and advocate for technical issues<br>• Grow Google's senior-level talent pipeline<br>• Proven mastery of communication, negotiation, and influence skills<br>• May provide input to Executives | • Impact Google's long-term direction and success by contributing to setting strategy/objectives for a key functional area<br>• Shape the direction and future of function<br>• Ensure products and services are aligned with Google's current and future needs/ expectations |
| Level 9 | • Recognized as a world-class expert/guru, both inside and outside of Google<br>• Recognized as a resource for innovation and groundbreaking developments | • Own several complex projects and fully commit to their success<br>• Apply advanced judgment to develop new solutions and think beyond existing resolutions, assumptions, or current knowledge of the area/industry | • Influence the function, business, and/or industry through advice/counsel related to Google technologies and business strategy<br>• Act as technical advisor to several project teams<br>• Consult on project and/or people transitions<br>• Grow Google's senior-level talent pipeline<br>• Provide input to Executives | • Impact Google's long-term direction and success by setting strategy/objectives for the function and/or organization<br>• Shape the direction and future of the organization and industry by defining, developing, and implementing groundbreaking technologies |

People Ops verified as official documentation for 2020 Perf

Note: The levels listed above may or may not correspond directly to numbering conventions in job titles; for example, a SWE-SRE III is a level 4 job.

Questions? Please contact perf-help@google.com.

P001585