# Exhibit 74

**From:**     Brian Stevens <stevensb@google.com>
**To:**       Ulku Rowe <urowe@google.com>
**Sent:**     Thu, 7 Jun 2018 08:18:09 -0700
**Subject:**  Re: catch up

I was around all morning but then disappeared so not sure what happened w/ his schedule. I know he really wants to talk with you.

On Thu, Jun 7, 2018 at 5:21 AM Ulku Rowe <urowe@google.com> wrote:

> so I took your advice, and sent the email and put time on his calendar. i got no response to the email, and a decline for the meeting invite.  this is not ok.
> ---------- Forwarded message ---------

From: Ulku Rowe <urowe@google.com>
Date: Wed, Jun 6, 2018 at 4:27 PM
Subject: catch up
To: Tariq Shaukat <tshaukat@google.com>


Hi Tariq,
Talked to Will today. Would love to talk. I'll send you a meeting invite for tomorrow, feel free to change for a time that works for you. I'll work around your schedule, the only time I am unavailable is until 10:00 PST, 1:00 EST (I will be at my son's graduation). Late night is also ok.
Thanks
Ulku

GOOG-ROWE-P-00000714