# Exhibit 79

**From:** Diane Greene <dianebgreene@google.com>
**To:** Tariq Shaukat <tshaukat@google.com>
**Sent:** Fri, 22 Jun 2018 08:09:08 -0700
**Subject:** Re: Financial services

OK, they sound good but what did you do to get a pipeline of qualified candidates?
This is a pretty plum role and i think we can actually do better than the candidates that you have, you don't?

On Fri, Jun 22, 2018 at 8:07 AM Tariq Shaukat <tshaukat@google.com> wrote:

> I've interviewed maybe a dozen or so people for the role, and we have screened a larger number. She's not really a payments expert in the way that Google Pay thinks of it - she is much more a corporate banking expert with a ton of experience in transaction banking (ie corproate payments and transactions) which i think will be a major area for us.
> The other finalist is [redacted], though she is a slightly more junior hire. She is COO of the tech and ops group at [redacted]
>
> Ulku from octo is also very interested - I don't think she is likely right but I told her I would formally interview her for the role.
>
> [redacted] is very good and we are talking again when she is back from her trip next week to try to pin down the role, but I think she is right for an analytics oriented role not to run finserv - her experience is too narrowly focused on the analytical and insights side, and I think we need someone who has been on the business and transactional side.
>
> Tariq
>
> On Jun 22, 2018 10:09, "Diane Greene" <dianebgreene@google.com> wrote:
>
>> I wonder what alarms you would set off given her recognition as a payments expert.
>> Have you thought at all about the Bulgarian woman in the UK that OCTO was trying to hire?
>> What have you done to develop a pipeline for this role?
>> Sounds interesting on [Comparator24] I think it is a good idea.
>>
>> On Fri, Jun 22, 2018 at 6:57 AM Tariq Shaukat <tshaukat@google.com> wrote:
>>
>>> I'm going to ask for [redacted] to come in to meet with you for the VP financial services role. I've known her for over a decade now, since she was running the treasury business and CMO at [redacted] Since then she has been at Western Union, PayPal, and now [redacted] running the treasury business in the us. Very well known in the industry, most recently listed as one of the 20 'most powerful women in banking' but American banker. She is expensive, probably will take $3-3.5mm all in to get her, but I think that is going to be the case for someone like this from the industry.

CONFIDENTIAL

GOOG-ROWE-00056487