# Exhibit 81

\----------
From: **Melissa Lawrence** <hrmelissa@google.com>
Date: Wed, Jun 13, 2018 at 7:12 AM
To: Will Grannis <wgrannis@google.com>
Cc: Brian Stevens <stevensb@google.com>

- Ulku and Tariq
On my phone so going to be blunt...

This language is very confusing to me. She can't decline the role - we are making the org change irregardless. And this email makes me think that she thinks that she can be considered for the VP role and upleveled if she gets it when if they decide that she is going to be the head of FinServ, she will do that as a L8.

Melissa

\----------
From: **Brian Stevens** <stevensb@google.com>
Date: Wed, Jun 13, 2018 at 8:21 AM
To: Melissa Lawrence <hrmelissa@google.com>
Cc: Will Grannis <wgrannis@google.com>

I assumed Tariq offered her one of the new client lead roles *instead* of continuing her role as is, with a new manager. For all 4 they are xfering existing roles to a new mgr. Some may look for new roles in Tariq's group (eg the PM for media, or overall lead role for finance), but it needs to be clear that this is a new mgr assignment. From IM, Tariq sees it that way.

b

\--



Melissa Lawrence
hrmelissa@google.com
Director, People Operations
Google Cloud Platform, Cloud Programs and OCTO

Got questions?
Information for **YOU** at go/MyGoogle or peopleops-help@google.com

CONFIDENTIAL

GOOG-ROWE-00017423