# Exhibit 83

**From:** Tariq Shaukat <tshaukat@google.com>
**To:** Stuart Breslow <breslows@google.com>
**Sent:** Mon, 25 Mar 2019 16:27:56 -0700
**Subject:** Re: decision on options

Yup

On Mon, Mar 25, 2019, 15:33 Stuart Breslow <breslows@google.com> wrote:

> Thanks for letting me know; disappointing; she never even spoke to me about how we might make it work. Oh well.
> Likely see you for lunch on Wednesday in SVL.
>
>  **Stuart Breslow**
> breslows@google.com o. 212 565 6431
> c. 201 906 3303
> Managing Director Technology and Policy

On Mon, Mar 25, 2019 at 2:36 PM Tariq Shaukat <tshaukat@google.com> wrote:

> Ulku,
> +Will Grannis
>
> Thank you for your email. That direction makes sense, and I've copied Will here so we're all aligned; we'll initiate the transfer shortly. (Copying +Kevin Lucas who can help with that).
>
> As discussed, and to ensure we're all on the same page as we move forward, the OCTO role will be a horizontal role - i.e., the expectation is that you'll focus on a horizontal technical area that has broad applicability across industries. Where there is a natural industry alignment - e.g., for technical sponsor assignments - we'll continue to have you focus on financial services customers; but the strategy and direction for the vertical remains in the Industry team, and anything in finserv needs to be done with awareness, coordination, and support of that team to ensure that it is aligned with broader strategy and priorities. Stuart B will be your main day-to-day POC for that.
>
> Once you and Will have determined what your focus area will be in OCTO, please let me know and I will send a short note to the relevant sales, industry and OCTO teams to message this to ensure the transition is seamless.
>
> Look forward to working with you in the new role.
>
> Best,
> Tariq

CONFIDENTIAL                                                                 GOOG-ROWE-00056975

On Fri, Mar 22, 2019 at 2:26 PM Ulku Rowe <urowe@google.com> wrote:

Hi Tariq, given the options you presented to me last week, none of which are attractive given my experience and the role I was hired to perform, I'm opting to move back to OCTO.
Thanks
Ulku

CONFIDENTIAL
GOOG-ROWE-00056976