# Exhibit 86

Melissa

---------- Forwarded message ----------
From: **Ulku Rowe** <urowe@google.com>
Date: Tue, Aug 28, 2018 at 4:29 PM
Subject:
To: Melissa Lawrence <hrmelissa@google.com>, Kevin Lucas <kevinlucas@google.com>

Hi Melissa,

+Kevin for FYI

As you know, I am now in the process of interviewing for the "Head of Financial Services, Google Cloud" role. I raised the issue last year that I was hired at level 8. My background and experience suggested that I should actually come in as a VP, but when I raised it in the hiring process, I was told that everyone hired for the role was being hired as a Level 8. I later learned that my male peers were all hired at level 9. I feel like that legacy is now following me as I'm being considered for this new role. In prior conversations, this role has been referred to as VP of Financial Services, and I know external candidates (some of whom are far less qualified than me) are being considered as VP candidates. In conversations with Tariq and others, I got the feeling that they're keen to bring in a VP and my current level is a clear disadvantage.

As you have made it clear in your email in June, even if I get the role, I would come in at my present level, which would put me two levels away from VP, putting me in even further disadvantage. Is there some way we can address this?

Thanks
Ulku


--


**Melissa Lawrence**
hrmelissa@google.com
Director, People Operations
Google Cloud Platform, Cloud Programs and OCTO

Got questions?
Information for **YOU** at go/MyGoogle or peopleops-help@google.com

CONFIDENTIAL                                                                 GOOG-ROWE-00017556