# Exhibit 90

| | | | |
|---|---|---|---|
| [REDACTED] | EVP, CTO Walmart US and e-Commerce [REDACTED] | Strong Hire from Greg.<br>Becky: 11/30<br>Jason and Brian: 12/7<br>Scheduling in-person with Rajen and Tariq. | |
| [REDACTED] | EVP, Strategy and Chief Customer Officer [REDACTED] | Scheduling conversation with Tariq. | |
| [REDACTED] | Principal, Retail and Consumer Strategy [REDACTED] | [REDACTED] answering a few more questions on [REDACTED] "Principal" title not Partner. Did not return results on [REDACTED]s site. | |
| [REDACTED] | CEO, Founder CoreSight Research<br>resume | Scheduled with Tariq on 12/5. | Worth speaking to - not right for the role, but networking, industry knowledge, etc. |
| [REDACTED] | President, North America [REDACTED]<br>resume | Per [REDACTED], [REDACTED] is okay with an extended timeline. Will be at NRF in Jan. | Slow-rolling. |

**Financial Services Lead: ( Finalized JD )**

- **Ideal Profile:** LST is prioritizing candidates with backgrounds that show clear progression up to senior executive level in the "operations & technology" function.
- **Panel**: Tariq, Becky, Jason, Greg, Brian (Diane on reserve)
- **Status**: Focus on [REDACTED]

| Candidate Name | Title and Company | Status | Tariq Action/Perspective |
|---|---|---|---|
| [REDACTED] | President, Bay Area [REDACTED] | Cut loose. | |
| Ulku Rowe | Google | Asked panel member to send feedback to Tariq via e-mail. | Anything I can do to help? |
| [REDACTED] | Google | Let her know we are pausing - [REDACTED] is likely not workable. | |
| [REDACTED] | Partner [REDACTED] | Interesting background for Data Science role?<br>Strategy and Analytics practice. | Tariq to review profile for a data science position possibly. |
| [REDACTED] | [REDACTED] Cryptocurrency Global Leader & Cofounder [REDACTED]s Digital Asset Services [REDACTED] | Via Suzi Russell. [REDACTED] based. Crypto focus. | Stuart sent to Jason Martin. |