# EXHIBIT 1
# Redactions Approved per Court Order (ECF No. 232)

Page 1

1

2  IN THE UNITED STATES DISTRICT COURT

3  FOR THE SOUTHERN DISTRICT OF NEW YORK

4  Civil No.: 19 Civ. 08655 (LGS)(GWG)

5  -----------------------------------x

   ULKU ROWE,

6

            Plaintiff,

7

8

       - against -

9

10

   GOOGLE LLC,

11

            Defendant.

12  -----------------------------------x

                 October 14, 2020

13               9:39 a.m.

14

15      Videotaped Deposition of ULKU ROWE,

16  taken by Defendant, pursuant to Notice,

17  held via Google Hangouts videoconference,

18  before Todd DeSimone, a Registered

19  Professional Reporter and Notary Public of

20  the States of New York and New Jersey.

21

22

23

24

25

```
                                    Page 23
 1                    U. ROWE
 2   knowledge, already provided your lawyers
 3   with all documents and information that you
 4   have in your possession that relates to
 5   this case?
 6        A.     Yes.
 7               MR. GAGE:  Sara, could you mark
 8   tab 6 as Exhibit 3.
 9               (Defendant's Exhibit 3 marked
10   for identification.)
11               MS. TOMEZSKO:  It should be
12   available now on the drive.
13        Q.     Let me know when you have a PDF
14   that is labeled tab 6, Ms. Rowe, and the
15   Bates number on this, for the record, is
16   P001586-1587.
17        A.     Yeah, I have it.
18        Q.     What is this?
19        A.     I believe these are some notes
20   that I took during the conversation with
21   Melissa, Melissa Lawrence.
22        Q.     And these notes were recently
23   provided to us in discovery.  When did you
24   give these to your lawyer?
25        A.     My lawyers had them for a while
```

```
                                             Page 25
 1                    U. ROWE
 2   happened.
 3        Q.     And when was the conversation?
 4        A.     So sometime in November of
 5   2017.
 6        Q.     At the top of the document it
 7   says 20 November 2017.  Do you see that?
 8        A.     I do.
 9        Q.     Did you write that date to
10   represent the date you wrote the notes?
11        A.     I don't remember that.  I don't
12   remember if it was the date of the
13   conversation or the date of the notes.
14        Q.     And the first line says
15   "Summary of the items we discussed today."
16               Who is the "we"?
17        A.     Melissa and I.
18        Q.     And how did this conversation
19   take place, was this face to face, was this
20   over the phone?
21        A.     I believe this was
22   videoconference, video conversation.
23        Q.     Who initiated it?
24        A.     I did.
25        Q.     And to the best of your
```

```
                                        Page 26
 1                    U. ROWE
 2   knowledge, does this reflect notes that you
 3   took close in time to that conversation
 4   taking place?
 5        A.      Correct.
 6        Q.      Did you record everything that
 7   was said in the conversation?
 8        A.      It is not a transcription of
 9   the conversation, it's the highlights of
10   like what stuck with me, the summary of the
11   conversation.
12        Q.      So this reflects what stuck
13   with you from the conversation?
14        A.      Correct.
15        Q.      But not necessarily everything
16   that was said?
17        A.      It was meant to represent a
18   summary of the conversation, yes.
19        Q.      But not necessarily everything
20   that was said?
21        A.      It doesn't capture every single
22   sentence as it was said, but it was also
23   not meant to leave out, you know, major
24   topics.
25        Q.      And Melissa -- what is
```

Page 89

U. ROWE

1

2      A.      I don't know the exact time
3  that he had the cloud experience.  No, I
4  don't know that.
5      Q.      So does that mean you do not
6  know whether he had more cloud experience
7  at the point he joined Google than you had
8  when you joined Google?
9      A.      I don't know that.
10      Q.      What was his prior cloud
11  experience before he joined Google?
12      A.      So I believe he worked at GE
13  and worked on their AWS migration.
14      Q.      What was your cloud experience
15  before you joined Google?
16      A.      I was at J.P. Morgan working on
17  their AWS migration.
18      Q.      What were you doing working on
19  the AWS migration at J.P. Morgan?  What was
20  your job on that project?
21      A.      I ran risk systems, I ran
22  credit risk systems, and we were migrating
23  high credit risk systems to the cloud.
24      Q.      And what was your role in that
25  process of migration?

```
                                         Page 90
 1                    U. ROWE
 2        A.      I ran the team that was working
 3   on the migration.
 4        Q.      You identified Royal Hansen as
 5   someone you believe is similarly situated
 6   to you.  Who is Royal Hansen?
 7        A.      Royal is an eng VP.
 8        Q.      What does Royal Hansen do at
 9   Google?
10        A.      He works in the security area.
11        Q.      What does he do?
12        A.      He runs an engineering team in
13   security.
14        Q.      And what does it mean to run an
15   engineering team in security?
16        A.      I don't know what -- I don't
17   know the exact specifics, but, you know,
18   his focus is on security, security
19   products.
20        Q.      And what about security
21   products, designing them, building them?
22        A.      I believe those would be
23   included, yes.
24        Q.      What else does he do?
25        A.      I don't know -- I don't know
```

```
 1                    U. ROWE
 2   you know, just we're in the same company
 3   and I have, you know, I hear his name, and
 4   to my knowledge he is still a VP.
 5         Q.      By the way, while you were at
 6   J.P. Morgan, did you -- did J.P. Morgan
 7   complete the AWS migration before you left?
 8         A.      No.
 9         Q.      When did it start?
10         A.      I'm a little hazy on dates,
11   but, you know, I think somewhere around a
12   year before I left is when we started.
13         Q.      And prior to working on the AWS
14   migration at J.P. Morgan, had you had any
15   other cloud experience in any of your jobs?
16         A.      So before then I didn't
17   actively work on a cloud migration.  You
18   know, financial services is an area that
19   has been late to the cloud.  It has been a
20   very conservative industry.  I had
21   personally read and studied the cloud.
22         Q.      Just for your own personal
23   professional interest, correct?
24         A.      Correct, while I was at J.P.
25   Morgan.
```

```
                                              Page 99
 1                    U. ROWE
 2   you know, someone that provides thought
 3   leadership, so, you know, a leadership role
 4   outside of OCTO.
 5        Q.      But when he left OCTO, he also
 6   took on responsibility for managing a team
 7   of people, correct?
 8        A.      Correct.  That's my
 9   understanding.
10        Q.      When he was in OCTO, was he
11   managing other people?
12        A.      I don't remember if -- I don't
13   remember if he did.
14        Q.      Have you at any point in time
15   since you have been at Google managed other
16   people?
17        A.      I have not.
18        Q.      Is that sometimes referred
19   to --
20        A.      Well, other than my executive
21   assistant.
22        Q.      Is that sometimes referred to
23   as an individual contributor?
24        A.      Yes.
25        Q.      So you have been an individual
```

Page 109

U. ROWE

1

2      A.      We have similar

3   responsibilities.

4      Q.      Sufficient for you to consider

5   Mr. Penberthy to be similarly situated to

6   you, correct?

7      A.      So I have since learned that,

8   you know, Scott is at level 8, but I think,

9   what I believe, is my experience and my

10  qualifications are in line with the level 9

11  men in OCTO.

12     Q.      But he is similarly situated to

13  you, correct, Mr. Penberthy?

14     A.      Incorrect.

15     Q.      You gave an answer under the

16  penalty of perjury in your interrogatory

17  response that Scott Penberthy is similarly

18  situated to you, right?

19     A.      Well, at that time, you know, I

20  thought he was a level 9, and through

21  discovery I learned that he was a level 8.

22     Q.      So that changes your answer,

23  right?

24     A.      So, look, I don't know every

25  single qualification and everything that

Page 130

```
 1                    U. ROWE
 2    skills, qualifications and job duties,
 3    right?
 4              MS. GREENE:  Objection.
 5        A.      Ask me the question again.
 6        Q.      Let's take -- let's take it
 7    differently.  Tell me everything that you
 8    know about Eric Schenk's job duties and
 9    responsibilities.
10        A.      I don't know everything that
11    Eric does.
12        Q.      I'm asking you to tell me
13    everything that you know.
14        A.      But I do know that he works on
15    security.  I do know that he does, you
16    know, product and engineering leadership.
17    I do know that he does -- he does client
18    engagements.  And I do know that he does
19    some thought leadership.
20        Q.      And you do know that he manages
21    people, right?
22        A.      I do, yes.
23        Q.      What do you know about Eric
24    Schenk's background, experience,
25    qualifications and education?
```

Page 131

U. ROWE

1
2    A.    Again, I don't know everything
3    about Eric's background and qualifications,
4    but I do believe that in terms of, you
5    know, his experience and skills, they are
6    comparable to mine.
7    Q.    So based upon what you know,
8    sitting here right now, do you believe Eric
9    Schenk is similarly situated to you?
10   A.    Yes.
11   Q.    Now, if you were to find out
12   that he is a level 8, would your answer
13   change?
14   A.    I don't know.  I don't know.
15   Q.    But you found out that Scott
16   Penberthy is a level 8 and your answer did
17   change, so why wouldn't it change for Eric
18   Schenk?
19        MS. GREENE:  Objection.
20   A.    Look, I don't know.
21   Q.    Okay, you don't know.
22        Let's talk about Paul Strong.
23   Tell us everything you know about Paul
24   Strong's background, experience, and
25   education.

```
 1                     U. ROWE
 2   Stuart was included and I wasn't.
 3         Q.     How many off-sites took place
 4   while you worked for Tariq that you were
 5   not invited to?
 6         A.     I don't know.
 7         Q.     Do you know how many off-sites
 8   Tariq had during the time you worked for
 9   him?
10         A.     I don't know.
11         Q.     Do you know if -- do you know
12   if Tariq had any off-sites during the time
13   you worked for him that you were not
14   invited to?
15         A.     I don't know.
16         Q.     You indicated that you believed
17   you were left out of team meetings.  What
18   team meetings were you left out of?
19         A.     So Tariq would have regular
20   team meetings that he would use his team
21   e-mail to send invitations to, so I was
22   left out of those, and other meetings where
23   he met with his team members but I wasn't
24   there.
25         Q.     How many times did that happen,
```

                        U. ROWE

1    believed you should have been invited to?

2        A.    I don't know what the meeting

3    was about, but it was about financial

4    services.

5        Q.    Was that at a point at which

6    you were still in Tariq's organization when

7    Leonard Law shared that with you?

8        A.    I believe so, yes.

9        Q.    Did you believe you should have

10   been in every meeting that Tariq held with

11   anyone who worked on his team?

12       A.    No.

13       Q.    Did you believe that you should

14   have been invited to every meeting with

15   Tariq that had anything to do with

16   financial services?

17       A.    No.  But I do believe that I

18   should have been in every staff meeting

19   that he had.

20       Q.    When you first came to believe

21   you were not on the e-mail list for his

22   staff meetings, what did you do?  Did you

23   tell anyone?

24       A.    Yes.

Page 175

```
                          U. ROWE
 1
 2        Q.      Who did you tell?
 3        A.      So, first, I asked my admin to
 4   check with Tariq's admin to make sure it
 5   was okay, then I asked -- I believe I asked
 6   Tariq's admin directly, and, finally, I
 7   asked Tariq.
 8        Q.      And what did you learn?
 9        A.      The responses changed over
10   time, but it was, you know, first, I
11   think -- I think some of the answers were
12   they were working on the e-mail lists, so,
13   you know, it was in flight.  Other times it
14   was an oversight.  Other times it was, you
15   know, they forgot.  You know, so the
16   answers changed.
17        Q.      Do you have any reason to
18   believe that any of the responses you got
19   were false?
20        A.      Look, I don't have any reason
21   to believe the responses were false, but I
22   knew that my male peers were in these
23   meetings and I wasn't, so I was being
24   treated differently.
25        Q.      What male peers?
```

Page 186

1                    U. ROWE

2    meetings with any of the institutions you

3    just listed, ███████ ████ , ███████ ████ ,

4    ███████ , ████████ , ████████ , and ████

5    ████ during the time that you worked with

6    Tariq?

7         A.    Look, I don't remember the

8    individual meetings.  Again, like I have a

9    lot of customer meetings, so I can't -- I

10   don't know how many or what time with what

11   customers.  It is hard for me to remember

12   right now.

13        Q.    So you don't know one way or

14   the other whether you met with any of those

15   banks during the time you worked for Tariq?

16        A.    I just don't remember, yeah.  I

17   do remember, you know, having client

18   meetings during my time working for Tariq,

19   I just couldn't tell you with what customer

20   over what period.

21        Q.    How many months did you work

22   for Tariq, approximately?

23        A.    I think roughly it was about

24   ten months.

25        Q.    During that ten-month period,

                          U. ROWE

1

2    how many customer meetings did you

3    participate in with the customers we have

4    just been talking about?

5          A.      I don't remember the exact.

6    Yeah, I don't remember.

7          Q.      Was it something you did once a

8    month with each of them?  Withdrawn.

9                  Did you have regular meetings

10   with each of these customers?

11         A.      No.  A lot of these are not

12   like, you know, most of these customers you

13   don't meet, you know, every day on an

14   ongoing basis.  Usually it changes with the

15   demand that is coming from the customer

16   team and where that relationship is.  So I

17   know that like on a given week or on a

18   given month I have multiple customer

19   meetings usually a week, but like I can't

20   remember what customer I met with what week

21   or what month during this time.

22         Q.      During the time that you worked

23   for Tariq, did you develop any sort of a

24   regular cadence with any of the priority

25   clients?

Page 188

```
 1                    U. ROWE
 2       A.      I just can't remember what type
 3  of clients I was working with during
 4  Tariq's time, so it is hard for me to
 5  answer.
 6       Q.      But my question, I wasn't
 7  asking you which ones, I was asking you
 8  whether during the time you worked with
 9  Tariq you developed any sort of a regular
10  schedule or regular cadence of having
11  meetings with priority clients?
12       A.      So, again, you know, a lot of
13  the meetings are not on a cadence.  They
14  depend on the account team wanting to have
15  that meeting at a customer.  They are not
16  like weekly recurring meetings all the
17  time.  But during my time working for
18  Tariq, I did have many customer meetings
19  with the priority accounts.  I just, again,
20  can't remember which customer when.
21       Q.      So when you say the accounts
22  team, are those the folks in sales?
23       A.      Yes.
24       Q.      So the sales folks would come
25  to you and they would essentially dictate
```

```
 1                    U. ROWE
 2   when these customer meetings took place; is
 3   that fair?
 4        A.     Well, they wouldn't dictate,
 5   no.
 6        Q.     Then did you go to the accounts
 7   team and tell them to schedule meetings
 8   with customers?
 9        A.     No.
10        Q.     Well, tell me how it worked.
11        A.     Usually they would come with a
12   request to say, you know, we're trying to
13   do something with this customer, like we
14   are trying to talk to this team, that team,
15   this team, and would collectively figure
16   out what the right time would be, who the
17   right individuals would be, and what the
18   meeting would look like.
19        Q.     And was it the account team
20   that took the initiative to get these
21   going?
22        A.     Usually the requests come from
23   the account teams.
24        Q.     Did you yourself target any
25   particular clients, particular, you know,
```

```
                                    U. ROWE
 1
 2   storage engineering.
 3        Q.      Did you get that job?
 4        A.      So that job didn't pan out,
 5   because the hiring manager left Google.
 6        Q.      What was the second opportunity
 7   at Google that you pursued?
 8        A.      So after that Google would call
 9   me every few months with different
10   opportunities, but I don't think, you know,
11   any of them were right, so Office of the
12   CTO was the first one, after the role in
13   storage engineering, that I actually came
14   in and interviewed for.
15        Q.      And is that job, the one in
16   OCTO, the one you ultimately got, is that
17   the one you are referring to?
18        A.      Yes.
19                MR. GAGE:  Sara, can we share
20   tab 15, and, Mr. Court Reporter, what
21   exhibit are we up to?
22                THE COURT REPORTER:  This
23   should be 5.
24                (Defendant's Exhibit 5 marked
25   for identification.)
```

Page 193

U. ROWE

1

2      Q.      Mr. Rowe, let me know when you

3   have that.

4      A.      Yes, I have that.

5      Q.      Is this the description of the

6   job that you ultimately were hired for?

7      A.      Yes.

8      Q.      And when you were hired for

9   this position, the position of technical

10  director, Office of the CTO, Google Cloud,

11  what was your understanding of what your

12  job duties would be?

13     A.      There would be three main

14  components to it, one around product and

15  eng, second around client engagements at

16  the CXO level, and third, thought

17  leadership in the industry, so outward

18  facing and also internal facing.

19     Q.      Let's take those apart one at a

20  time.

21             The first one, you said product

22  and engineering.  Now, those are two nouns,

23  as I understand them.  Can you translate

24  that into what that means for job duties?

25     A.      So it means that providing

```
 1                   U. ROWE
 2   guidance and advice into the product teams
 3   in terms of, you know, how to build Google
 4   Cloud's products so that they served the
 5   industry needs.
 6        Q.     And then the second thing you
 7   mentioned was client engagement at the CXO
 8   level.  Can you expand on that?
 9        A.     So that means working with
10   Google's, you know, most important clients
11   to understand their business needs, you
12   know, what they want the future of their
13   businesses to look like, and then to work
14   with them to plot out a strategy on how
15   Google Cloud's technology could help them
16   achieve that, you know, again, providing
17   them guidance, advisory, working with a
18   collaborative group of Googlers, not just
19   about Google Cloud's technology, but Google
20   technology broader, to solve the big
21   customer problems and to help them use
22   Google Cloud.
23        Q.     And then the last component you
24   said was thought leadership.  Can you
25   explain what you understood that to mean?
```

Page 195

U. ROWE

1

2     A.    So thought leadership is

3  basically having credibility in the

4  marketplace, you know, both again

5  externally and industry, to provide a

6  direction and strategic thinking into how

7  the industry is changing, how technology is

8  enabling that change, you know, be the

9  voice of Google, be the technical voice of

10 Google, the industry voice of Google, to

11 actually shape how the future of the

12 industry is going to work, you know, go

13 through like an industry perspective on the

14 way the technology supports that.

15     Q.    And when you were hired into

16 this job, what was your understanding of

17 who you would report to?

18     A.    Will Grannis.

19     Q.    And what was your understanding

20 at the time you were hired into this job of

21 Will Grannis' job duties and

22 responsibilities?

23     A.    So obviously Will was leading

24 the team, and other than that, you know,

25 his responsibilities were similar to what I

Page 204

1                          U. ROWE
2           A.       Well, Google has asked me on
3      their behalf to speak on Google and Google
4      Cloud on many, many occasions, describing
5      me as a Google Cloud expert.
6           Q.       Are you aware of any documents
7      that existed at the time you were hired by
8      Google that described you as an expert in
9      cloud computing?
10          A.       I am not aware of that.
11          Q.       During the hiring process that
12     we are talking about that led to you being
13     hired as a technical director in the Office
14     of the CTO, didn't you at one point
15     indicate that you were not an expert in
16     cloud computing?
17          A.       I don't remember that.  Again,
18     context is important here.  Like being an
19     expert in cloud computing in financial
20     services versus being an expert in cloud
21     computing in a cloud native company can
22     mean different things, so context is
23     important.
24          Q.       Well, let's go back to that for
25     a minute.  You described a minute ago what

1                    U. ROWE

2    you understood Google was looking for.

3    What was the basis for that understanding,

4    was it the job description?

5         A.    It was the job description and

6    my conversations with Will and other

7    interviewers.

8         Q.    Will and who else, what other

9    people?

10        A.    Will, HR person, Jenny, the

11   people that have interviewed me, I think

12   Brian was one of them, Salman was I think

13   another interviewer.  I can't remember all

14   the names of the interviewers.

15        Q.    Does the document that we have

16   marked here as Exhibit 5, Position

17   Description for Technical Director, Office

18   of the CTO, does it fairly describe the

19   responsibilities of the job that you were

20   hired for and then performed in the Office

21   of the CTO?

22        A.    So this is tab 15, right?

23        Q.    Yes, tab 15, yes, I'm sorry.

24        A.    Yes, it's fair.

25        Q.    Do you know who Krista

Page 206

U. ROWE

1

2    Callaghan is?

3        A.     I think Krista was an HR

4    person.

5        Q.     And she was somebody that you

6    communicated with during the recruiting and

7    hiring process, correct?

8        A.     I believe so.

9            MR. GAGE:  Sara, can we put up

10   tab 16, and this will be Exhibit 7, and

11   this is Bates stamped P000550 through 552.

12           (Defendant's Exhibit 7 marked

13   for identification.)

14       A.     Okay.

15       Q.     Do you have it?

16       A.     Yes.

17           MS. GREENE:  I'm sorry, can you

18   just repeat what tab we are looking at?

19           MR. GAGE:  Tab 16.

20           MS. GREENE:  Thank you.

21       Q.     Ms. Rowe, this is an e-mail

22   exchange between you and Krista Callaghan

23   at Google, right?

24       A.     Yes.

25       Q.     Do the dates indicate that this

Page 209

                              U. ROWE

1

2       Q.      So is that a yes?

3       A.      So the question was?  Ask your

4   question again.

5       Q.      So does this refresh your

6   recollection that you told Krista Callaghan

7   that you were not a cloud expert?

8       A.      Yes.  Yeah, it refreshes my

9   memory.

10      Q.      Right, okay.  So you did,

11  during this process of being recruited to

12  Google, say to Google you were not a cloud

13  expert, right?

14              MS. GREENE:  Objection.

15      A.      In this e-mail, yes, I said

16  that in this e-mail.

17      Q.      Well, actually she said this in

18  this e-mail, right?  She was describing the

19  conversation she had with you, right?

20      A.      Correct.

21      Q.      And you just indicated that you

22  were coming from an industry that had been

23  late to adopting the cloud, and that's one

24  of the reasons you were not a cloud expert,

25  correct?

```
 1                    U. ROWE
 2      A.       Correct.
 3      Q.       And at the point at which you
 4  were hired by Google, did you have any
 5  experience at all building cloud products?
 6      A.       So I had experience using cloud
 7  products, but J.P. Morgan does not sell
 8  cloud, so I did not have experience
 9  building cloud products.
10      Q.       And was your cloud experience,
11  at the time you were hired by Google,
12  limited to your work on the cloud migration
13  project at J.P. Morgan that you described
14  earlier today?
15      A.       Incorrect.
16      Q.       I think you said incorrect, but
17  we had a frozen screen here.  So am I
18  right, you said incorrect?
19      A.       I said incorrect because, you
20  know, my experience wasn't just limited to
21  that.  Obviously, you know, we are reading,
22  you know, and catching up with the industry
23  as things were happening, but, broadly
24  speaking, yes.
25      Q.       Now, during the recruiting
```

Page 238

```
 1                    U. ROWE
 2              MS. GREENE:  Objection.
 3       Q.     And you can't think of anything
 4   else right now other than the fact that
 5   some men were hired as level 9's, and what
 6   you believe to be their relative level of
 7   experience and qualifications, you can't
 8   think of anything else that leads you to
 9   believe that your hiring -- your leveling
10   at hire was because of your sex?
11              MS. GREENE:  Objection.
12       A.     That's not what I said.  You
13   know, I said it was because of my own
14   qualifications, what I know to be true
15   about myself.  I know the qualifications of
16   the men.  And I know, you know, the roles
17   that they are playing.  And I know, you
18   know, the expectations of a level 9 at
19   Google.  So all of those are part of the
20   reasons that led me to believe.
21       Q.     You are talking about the
22   people who you believe are your
23   comparators, correct?
24       A.     Yes.
25       Q.     So other than the fact that you
```

```
                              U. ROWE
 1
 2   have identified these men as your
 3   comparators, other than the fact that you
 4   believe that you are sufficiently similar
 5   to them in terms of your qualifications,
 6   your experience and your job, other than
 7   that, is there anything else that leads you
 8   to believe that your leveling at hire was
 9   because of your sex?
10        A.    I can't think of anything else
11   right now.
12        Q.    At the time you were offered
13   the job, did you raise any questions or
14   issues regarding your level?
15        A.    I did.
16        Q.    With whom?
17        A.    So before the hiring, you know,
18   before I signed the offer, I did raise
19   concerns that, you know, that I was a
20   managing director, you know, I was the
21   highest level of promotion in the financial
22   services industry, and I wasn't sure if
23   level 8 was the right level.  The first
24   time I raised that was with Jenny Burdis.
25        Q.    With who, I'm sorry?
```

Page 264

```
 1                    U. ROWE
 2             MS. GREENE:  Objection.
 3        A.     Well, I knew what kind of
 4   individuals were, and based on that I made
 5   the statement that I was better qualified.
 6        Q.     Now, you have since, in the
 7   course of discovery, come to know who some
 8   of the other candidates were, correct?
 9        A.     I saw some of the names, yes.
10        Q.     Were you better qualified than
11   all of them?
12        A.     Look, I don't know, and I can't
13   speak to all of their qualifications, but I
14   know who the role ultimately went to, and
15   I -- and I kind of know my qualifications
16   with respect to that individual, so I can
17   speak to that.
18        Q.     Do you know who ███████  ████████
19   is?
20        A.     I have heard the name.
21        Q.     Do you know anything about her
22   qualifications?
23        A.     I don't know much.  I know that
24   at some point she worked in Google ████ and
25   she is a VP -- I don't know if she is still
```

Page 265

                              U. ROWE

1

2   a VP, I don't know if she is still at

3   Google.

4        Q.     Based upon what you know about

5   her, do you think you are better qualified,

6   equally qualified, or lesser qualified than

7   she would be for the head of financial

8   services role?

9        A.     I can't comment on that.

10       Q.     Why not?

11       A.     I don't know.

12       Q.     But you don't hesitate to

13  comment about your relative qualifications

14  compared to somebody's whose identity you

15  don't even know?

16              MS. GREENE:  Objection.

17       Q.     Right?

18       A.     I know the qualifications that

19  they were missing.

20       Q.     What qualifications was ███████

21  ███████████  missing?

22       A.     I don't know ██████  ████████

23  enough to talk about.

24       Q.     What qualifications were these

25  other unnamed candidates missing?

Page 267

                              U. ROWE
 1
 2    experience.
 3          Q.       What about ██████  ████, do
 4    you know anything about her?
 5          A.       I don't.
 6          Q.       So is it fair to say you don't
 7    have an opinion as to whether you are
 8    better, equal, or lesser qualified for the
 9    head of financial services role than her?
10          A.       Look, I can't comment on
11    individuals.
12          Q.       Because you would be
13    speculating, right?
14                   MS. GREENE:  Objection.
15          A.       Because my claims and concerns
16    are about how I have been treated, not how
17    other candidates have been treated in this
18    process.
19          Q.       Let's move on to another topic.
20                   You on multiple occasions have
21    said that Stuart Breslow got the head of
22    financial services job that you were being
23    considered for, right?
24          A.       Yes.
25          Q.       Do you know whether Stuart

```
                              U. ROWE
 1
 2        A.      After Stuart got the job, is
 3   that what you are asking, did I discuss
 4   with Tariq?
 5        Q.      Yes.
 6        A.      No.
 7        Q.      Did you ever have any
 8   discussions with Mr. Shaukat about what
 9   your role would be in his organization
10   going forward?
11        A.      So in, I think it was in
12   February, I was told that my role was being
13   changed.  I was given, you know, three
14   options.
15        Q.      What were those three options?
16        A.      I was given an option to work
17   on a focused small project, working for
18   Stuart Breslow.  I was given the option to
19   go back to OCTO without a financial
20   services focus.  And third option wasn't
21   really even real, it was that I could stay
22   and he could park me under Stuart until I
23   found a different role.  And I considered
24   all of these three as demotions.
25        Q.      You had all of these, I'm
```

Page 280

U. ROWE

1
2  sorry?
3       A.     I considered all of those
4  options as demotions.
5       Q.     As demotions, okay.  Why did
6  you consider them demotions?
7       A.     Well, one of them wasn't even a
8  role, it was go find another job, like I
9  would have no job, the other one was a much
10  more junior role, you know, working as a,
11  you know, in a much smaller focus project,
12  I think the ███ project at the time, much
13  more junior role, or I would go back to
14  OCTO, but Google would remove all of my
15  financial services focus.
16       Q.     And you chose to go back to
17  OCTO, correct?
18       A.     Correct.
19       Q.     Now, when you first moved over
20  into Tariq Shaukat's organization from
21  OCTO, Ben and Evren also moved from OCTO
22  into Tariq's organization, correct?
23       A.     So they were also told that
24  they were moving.  I believe Evren never
25  actually moved.

Page 284

U. ROWE

1

2      Q.      You indicated that -- you
3  testified earlier today that you believe
4  you were denied equity refreshes because of
5  your sex.  Tell me everything that leads
6  you to believe that the equity refreshes
7  you got, the amount of them, or when you
8  didn't get equity refreshes, what leads you
9  to believe that that was because of your
10 sex.
11     A.      Well, I was down-leveled on
12 hire, and that translated into lower
13 compensation as well as lower equity
14 refreshes compared to my male peers.
15     Q.      Is there anything else that
16 leads you to believe that your equity
17 awards were based on your sex?
18     A.      Well, yeah, I can't think of
19 anything else, it's basically the way that
20 I was leveled, and that carried on, you
21 know, that continued to haunt me, so to
22 speak, through my time at Google.
23     Q.      Now, you used a term a minute
24 ago that I don't think either of us have
25 used in today's deposition until now, and

```
 1                    U. ROWE
 2               MS. GREENE:  Objection.
 3      A.    I don't -- I don't know for a
 4  fact.
 5      Q.    You don't know at all, do you?
 6               MS. GREENE:  Objection.
 7      A.    Well, I do know -- I do know
 8  the level 9 men and my qualifications with
 9  respect to them.
10      Q.    And the level 9 men are the
11  only ones that you looked at, right?
12               MS. GREENE:  Objection.
13      Q.    Right?
14      A.    Look, I didn't look at people
15  individually.  Like this is broader than
16  just me comparing myself to four or five
17  individuals, this is me knowing my
18  qualifications and the kind of experience
19  that Google looks for in a L9 eng director
20  and knowing that, you know, I have those
21  similar qualifications.
22      Q.    Have you ever hired a level 9
23  at Google?
24      A.    I have not.
25      Q.    Have you ever hired anyone at
```

```
                                    Page 289
 1                  U. ROWE
 2   Google?
 3        A.     I have not.
 4        Q.     Have you ever been through the
 5   leveling process at Google, as a
 6   participant in the process of leveling
 7   someone?
 8        A.     I have not.
 9        Q.     Have you ever participated in a
10   hiring committee?
11        A.     I have not.
12        Q.     Have you ever participated in
13   any way in the decision-making process that
14   leads to the leveling of someone at hire at
15   Google?
16        A.     I have done a lot of
17   interviews, but no, I have not specifically
18   been involved in leveling discussions, no.
19        Q.     And in any of those interviews,
20   were you asked to offer an opinion as to
21   the level that someone was supposed to --
22   that someone might get?
23        A.     I have not.
24        Q.     You indicated earlier in your
25   testimony that there was another
```

Page 290

                    U. ROWE

1
2   opportunity, VP, financial services and
3   sales, that you applied for in 2020.  Do
4   you recall that testimony?
5        A.    I raised my hand for it.
6        Q.    What do you mean when you say
7   you raised your hand for it?
8        A.    I expressed interest in it.
9        Q.    And how did you express
10  interest in it?
11       A.    I heard from Kristen, and I'm
12  completely blanking on her last name,
13  Kristen runs sales for U.S., and I had -- I
14  had a one-on-one with her, and she
15  mentioned that she was thinking of hiring a
16  VP of sales for financial services, and I
17  told her that I would be interested.
18       Q.    And what, if anything, happened
19  next in connection with your interest in
20  that job?
21       A.    So she asked me to reach out to
22  HR, so I reached out to HR.
23       Q.    Who did you reach out to in HR?
24       A.    I think it was Stuart Weidman,
25  I'm not 100 percent sure.

1                    U. ROWE

2    the three options that were presented to

3    me.

4         Q.    You had three options, and you

5    chose, no one else chose for you, correct?

6         A.    Of the options that were given

7    to me, yes, going back to OCTO was what I

8    chose.

9         Q.    And Google had decided that

10   when you were in OCTO, you were going to be

11   focused on hybrid cloud, correct?

12        A.    Yes.

13        Q.    Do you have any reason to

14   believe that that decision to have you

15   focus on hybrid cloud was made because you

16   had raised complaints of discrimination?

17             MS. GREENE:  Objection.

18        A.    So I don't know what went into

19   that discussion, but what I have

20   experienced was Google removed all my

21   financial services related

22   responsibilities, Google isolated me

23   internally and externally, and I know that

24   I was also denied further opportunities.

25        Q.    I'm talking right now about

Page 299

```
 1                    U. ROWE
 2    what you have described as the isolation.
 3    And you previously testified about what you
 4    described was the isolation while you were
 5    on Tariq's team.  I'm now focused on you
 6    being back in OCTO and being told that you
 7    were to focus on cloud -- hybrid cloud.
 8         A.    Yes.
 9         Q.    Do you have any reason to
10    believe that the decision to have you focus
11    on hybrid cloud was because you had raised
12    complaints of discrimination?
13              MS. GREENE:  Objection.
14         A.    I don't know what actually went
15    into that decision.  I know the net effect
16    was Google removed all my financial
17    services responsibilities.
18         Q.    Do you have any reason to
19    believe that that decision was because you
20    raised complaints of discrimination?
21              MS. GREENE:  Objection.
22         A.    Look, I don't know for a fact,
23    but I do know what happened to me.
24         Q.    Right.  You were told to focus
25    on hybrid cloud, right?
```

```
                                    Page 313
 1                  U. ROWE
 2   specific than that.  Did Will Grannis ever
 3   say or do anything that leads you to
 4   believe that he would intentionally treat
 5   you differently because of your gender?
 6        A.     So to my recollection, he
 7   hasn't said anything.  I think when it
 8   comes to doing, you know, he was my hiring
 9   manager and I was down-leveled and paid
10   lower than my peers in hiring, so by that
11   action, yes, he was a part of it.
12        Q.     So other than the fact that he
13   was your hiring manager and he was involved
14   in the decision about your leveling, other
15   than that fact, is there anything else that
16   Will Grannis has ever done or said that
17   leads you to believe that he would treat
18   you differently because of your sex?
19        A.     I can't think of any other.
20        Q.     Is that also true for Brian
21   Stevens?
22        A.     Yes.
23        Q.     At some point after you joined
24   Google you started looking for another job,
25   correct?
```

Page 324

                          U. ROWE

1    are both eng jobs, so they are both under
2    the same eng leveling guide.  They both
3    attend the eng leadership meetings.  They
4    attend, you know, quarterly tech leadership
5    summits.  So for many purposes they are
6    treated similarly, they are considered eng
7    leadership roles.
8         Q.     Have you ever seen the
9    engineering leveling guide?
10        A.     Yes.
11        Q.     When was the first time you saw
12   that?
13        A.     I don't remember the date.
14        Q.     Was it in connection with
15   discovery in this case?
16        A.     No.  I don't know if I saw it
17   as part of discovery, but I saw it at
18   Google, you know, as part of my being an
19   employee at Google.
20        Q.     Do you know what a director,
21   product management, does at Google?
22        A.     So, sorry, there is something
23   going on with my lighting.  I apologize for
24   that.

Page 325

                        U. ROWE
1
2              So director, product
3    management, are similar, they are
4    considered eng roles.  They have, you know,
5    similar -- they require similar
6    qualifications, you know, similar
7    responsibilities to what I just said for
8    the other two.
9        Q.     So as far as you're concerned
10   they are the same as director, software
11   engineering, and director, application
12   engineering?
13       A.     No, I did not say they are
14   exactly the same.
15       Q.     How are they different?
16       A.     I don't know how, you know, the
17   day-to-day responsibilities of those roles
18   are, but I do know that they are pretty
19   comparable.
20       Q.     Are you qualified to be a
21   director, software engineering?
22       A.     I believe so.
23       Q.     Are you qualified to be a
24   director of application engineering?
25       A.     I believe so.

Page 327

U. ROWE

```
1                        U. ROWE
2    comparable.
3          Q.      How are they different?
4          A.      I don't know what he does on a
5    day-to-day basis, so I don't know, you
6    know, what he does that might be different,
7    but what I do know is that, you know, he
8    does provide, you know, product and
9    engineering guidance.  He does provide
10   thought leadership.  He works across the
11   organization.  And he does have -- he does
12   have, you know, client facing, and
13   understanding his clients and building
14   product type responsibilities.
15         Q.      Does he write code as part of
16   his job?
17         A.      I don't know.
18         Q.      Do you?
19         A.      I don't, not production code.
20         Q.      Have you ever, since you have
21   been at Google?
22         A.      So I have written code, but I
23   have not contributed code to Google's
24   products, if that's what you are asking.
25         Q.      Do you know anyone else who is
```

Page 335

1

2                    U L K U    R O W E,

3            having been first duly sworn by the Notary Public,

4            was examined and testified as follows:

5    EXAMINATION CONDUCTED BY MR. GAGE:

6            Q.     Good morning, Miss Rowe.

7            A.     Good morning.

8            Q.     Tell us what did you do to prepare

9    for today's continued deposition?

10           A.     I talked to my lawyer and I

11   reviewed some documents.

12           Q.     What documents did you review?

13           A.     I reviewed parts of my testimony,

14   my deposition and Stuart Vardaman's and looked

15   a some e-mails.

16           Q.     Stuart Vardaman's deposition, is

17   that what you're referring?  To

18           A.     Yes.

19           Q.     What e-mails did you look at?

20           A.     The e-mails he and I exchanged.

21           Q.     The e-mails you and he exchanged

22   regarding what?

23           A.     The VP of financial services sales

24   role.

25           Q.     How do you know Kirsten Kliphouse?

```
 1                    ULKU ROWE
 2          A.    She is the head of North American
 3    sales at Google.
 4          Q.    When did you first come to know
 5    Miss Kliphouse?
 6          A.    I don't remember the exact date,
 7    but shortly after she joined Google.
 8          Q.    When was that?
 9          A.    I think it was like beginning of
10    the year.
11          Q.    Beginning of what year?
12          A.    2020.
13          Q.    How did you first meet Miss
14    Kliphouse?
15          A.    She and I had a one-on-one meet
16    and greet.
17          Q.    How did that one-on-one meet and
18    greet come about?
19          A.    I reached out to her.  She was new
20    at Google and I said I would like to meet and
21    say Hi and introduce myself.
22          Q.    Why did you reach out to her?
23          A.    It's customary, she is head of
24    sales, I do a lot of work with sales, so it was
25    a kind of say Hi meeting.
```

1                    ULKU ROWE

2          Q.      What did she tell you about the

3     role she was planning to hire for?

4          A.      She said that she was looking for

5     a VP of sales for financial services and she

6     also said that she is looking for people that

7     are not from -- she was looking for people that

8     don't have the traditional sales background.

9     Those were not necessarily a good fit for the

10    first time role either so she was looking more

11    broadly.

12         Q.      Did she use those words and

13    what I mean by that is not looking for someone

14    in the traditional sales background?

15         A.      I don't remember her exact words,

16    but she was definitely saying they are

17    broadening to include nonsales background

18    people, but I don't remember if those were her

19    exact words.

20         Q.      What if anything else do you

21    remember about what Miss Kliphouse told you

22    concerning this position and what she was

23    looking for?

24         A.      I told her I was interested in the

25    role and she asked me to reach out to HR about

Page 343

1                        ULKU ROWE

2        the role.

3              Q.     Did she tell you who specifically

4        to reach out to by name?

5              A.     She said Stuart Vardaman but she

6        may have mentioned another person.  I don't

7        remember the number.

8              Q.     Did you say she said Stuart

9        Vardaman?

10             A.     That is my recollection.

11             Q.     Did Miss Kliphouse tell you

12       whether this job had been posted yet,

13       advertised?

14             A.     I don't remember that.  I don't

15       think so.

16             Q.     Did Miss Kliphouse say anything to

17       you about whether she had looked at or considered

18       candidates as of that point?

19             A.     I don't remember that.  For your

20       earlier question I think I said she didn't tell

21       me it was posted, I don't know if it was posted

22       internally in Google.  She indicated that it

23       was an active job search.

24             Q.     As of the point at which you had

25       coffee with her she told you that it was at

```
                                          Page 347
 1                    ULKU ROWE
 2          A.     No.
 3          Q.     It does not?
 4          A.     No.
 5          Q.     Does it fairly describe your role
 6     in the sales process at Google?
 7          A.     No.
 8          Q.     Does the phrase business
 9     development describe in any way the work that
10     you do at Google?
11          A.      It is part of what I do.  I do get
12     involved in the business development process
13     with the sales teams, but it's not my title.
14          Q.     Okay.  I didn't ask you if it was
15     your title.
16          A.     Right.  But my primary role is not
17     business development, if that is what you're
18     asking.
19          Q.     What your primary role?
20          A.      I'm an engineering director with
21     the office of the CTO at Google.
22          Q.     Is it fair to say that your
23     primary role is not sales?
24          A.     Well, I get involved quite a bit
25     with sales, but yes, that is not my primary
```

Page 348

ULKU ROWE

1

2       role.

3              Q.      You also get involved in business

4       development, is that true?

5              A.      True.

6              Q.      But it is your testimony that your

7       primary role is an engineering role; is that

8       right?

9              A.      Correct.

10             Q.      When Miss Kliphouse indicated to

11      you in this conversation over coffee that she

12      was considering people who did not have

13      traditional sales backgrounds, how did you

14      react, if at all?

15             A.      I don't remember.

16             Q.      Did hearing that lead you to think

17      that you might be qualified for the job that

18      she was trying to fill?

19             A.      Yes.

20             Q.      If she had instead told you that

21      it was a traditional sales background she was

22      looking for, would you have expressed interest?

23             A.      I think I would have asked her

24      more questions.

25             Q.      What more questions would you have

Page 358

1                       ULKU ROWE
2     that you would not be considered further for
3     the role.
4                    He sent you the job posting;
5     correct?
6              A.     He did.
7              Q.     And do you have that available to
8     you now?  I think it should be shared with you
9     I think it is previously marked as Plaintiff's
10    Exhibit 115.
11             A.     In the shared drive, yes.
12             Q.     So you have it in front of you?
13             A.     Yes.
14             Q.     You received this after your
15    conversation with Miss Kliphouse, correct?
16             A.     Correct.
17             Q.     Can you read to me the two lines
18    at the bottom of the first page starting with
19    the word "drawing"?
20             A.     "Drawing upon previous
21    demonstrable success leading sizeable
22    technology sales teams that served he financial
23    services industry."
24             Q.     Did you have previous demonstrable
25    success leading sizable technology sales teams

```
 1                          ULKU ROWE
 2      that served the financial services industry?
 3              A.     I had sales experience.  I didn't
 4      directly lead sales teams, but based on how
 5      Kirsten was describing the role, I thought it
 6      was appropriate for me to raise my hand.
 7              Q.     I didn't ask you whether it was
 8      appropriate for you to raise your hand.  I just
 9      asked you in fact if you had "previous
10      demonstrable success leading sizable technology
11      sales teams that served the financial services
12      industry."  Did you?
13              A.     No.
14                     MS. GREENE:   Objection, asked and
15              answered.
16              A.     No, but I had relative experience
17      that would be useful.
18              Q.     Did you have what you just read?
19              A.     No.
20              Q.     Were you discouraged when you read
21      that?
22              A.     No.
23              Q.     Did you -- I want to flip over to
24      the second page of this document in the middle
25      below the words "The financial services leader
```

Page 360

1                    ULKU ROWE

2    will".  Do you see that?

3         A.    I do.

4         Q.    Had you ever previously or had you

5    ever "managed a team of field sales executives

6    and sales managers to meet quarterly and annual

7    bookings objectives."?

8         A.    I have not.

9         Q.    Have you ever "Recruited top

10   talent and coached a team with a focus on

11   providing actionable forthright feedback."?

12        A.    Absolutely.

13        Q.    Can you give me some examples when

14   you have done that?

15        A.    I have managed many teams in my

16   background at JP Morgan, Bank Of America, at

17   UBS, I coached teams, I managed large teams, I

18   recruited top talent, I coached the teams.

19        Q.    Any sales teams?

20        A.    I have not managed sales teams.

21        Q.    So have you ever coached sales

22   teams?

23        A.    I have not, but that's not what it

24   says here.

25        Q.    Where it says coach the team,

Page 363

1                    ULKU ROWE

2          A.      Correct.

3          Q.      And that is not a qualification

4     that you have, correct?

5          A.      Well, that's not correct.  I have

6     not directly managed sales business development

7     teams, but I do have the qualifications to be

8     able to manage such a team.

9          Q.      But the qualification described

10    here is "Proven success managing a sales

11    business development organization to meet and

12    exceed revenue goals."  Do you have that

13    qualification?

14         A.      No.

15         Q.      When you read that as one of the

16    listed qualifications for this position, did

17    that concern you at all?

18         A.      No, as I said before, I have a lot

19    of qualifications both working in the sales

20    area with the sales team, both building teams,

21    both experience in the financial services

22    industry.  Experience in the technology

23    industry, understanding how Google works.  I

24    have plenty of qualifications for the role.

25         Q.      Can you describe all of your

```
                                            Page 373
 1                      ULKU ROWE
 2           use a phrase I want to know what she means
 3           by it.  It's a different question, Cara
 4           A.    I'm just saying I don't know a
 5      hundred percent.  She may.
 6           Q.    But you're speculating about that,
 7      correct?
 8           A.    Correct.
 9           Q.    Do you know who was hired for that
10      position?
11           A.    I think at the end it went to
12      Yolanda Piazza.
13           Q.    Do you know anything about her
14      qualifications for the job?
15           A.    I don't know too much about her.
16      I know she came from Citibank and she had been
17      there for a long time and I don't know much
18      beyond that.
19           Q.    Do you have an opinion as to
20      whether you're better qualified, equally
21      qualified or lesser qualify than Miss Piazza
22      for the role?
23           A.    I don't know all of her
24      qualifications, I can't speak to that.  I can
25      speak to the fact that I was qualified for the
```

Page 374

1                        ULKU ROWE
2    role.
3            Q.      Have you ever met Miss Piazza?
4            A.      We have been in meetings together,
5    yes.
6            Q.      Do you have an opinion as to her
7    qualifications for this sales role based upon
8    your interactions with her?
9            A.      Look, I can't speak to her
10   qualifications.  I don't know enough about her.
11           Q.      When she joined Google did you set
12   up a meet and greet with her?
13           A.      I didn't, but she and I have been
14   in quite a few meetings together.
15           Q.      Is there a reason why you didn't
16   set up a meet and greet with her when she
17   joined?
18           A.      Look, I think -- I don't think
19   there is a specific reason.
20           Q.      Was it your practice to set up
21   meet and greets with new leaders who had joined
22   Google from outside the company?
23           A.      Sometimes, especially like if I
24   don't have reason to work with them on a
25   day-to-day basis.  Others I work together all

Page 388

1                         ULKU ROWE
2        verbal conversation not an e-mail exchange?
3              A.     Yes.
4              Q.     I want to make sure that we are
5        both on the same page.
6                     How long was that conversation?
7              A.     I don't remember exactly how long
8        it was, but less than half an hour probably.
9              Q.     What's your best estimate as to
10       how much less than a half an hour it was?
11             A.     I don't remember.  Maybe 20
12       minutes, I don't know.
13             Q.     Was it more than five minutes?
14             A.     I think so, yes.
15             Q.     Do you think it was more than 15
16       minutes?
17             A.     Maybe 15, 20 minutes, I don't
18       remember the exact length.
19             Q.     Who called whom, if you recall?
20             A.     I think it was a video conference
21       so we both dialed into the conference.
22             Q.     Who spoke first?
23             A.     I don't remember.
24             Q.     What did he tell you?
25             A.     So, this was a meeting to update

```
 1              ULKU ROWE
 2      me on the VP of sales role.  So he told me that
 3      I would not be considered for the role.
 4              Q.    What did you say in response?
 5              A.    I asked some questions.
 6              Q.    What questions did you ask?
 7              A.    I asked him why.
 8              Q.    What did he say?
 9              A.    He said that they were looking for
10      someone that has a more commercial background.
11              Q.    What else did you ask?
12              A.    I asked him like what made them
13      think that I wasn't qualified for the role.
14              Q.    What did he say?
15              A.    He said that it was based on a
16      two-hour meeting that I had with Kirsten.
17      Two-hour interview actually he said.
18              Q.    What else did you ask?
19              A.    I think I added some more prodding
20      questions.  I don't remember all the questions.
21      I said to him that I wasn't aware that the
22      meeting that I had with Kirsten was an
23      interview.  I said to him that it was like a
24      meet and greet and that it was actually in this
25      meeting that I found out about this role.  I
```

1                    ULKU ROWE

2      do you have any reason to believe that the

3      e-mail that you sent to your lawyers contains

4      any additional details about the conversation

5      with Mr. Vardaman that you've not already

6      shared?

7           A.    I don't believe so.

8           Q.    I think you testified that

9      Mr. Vardaman told you that they were looking

10     for someone with a more commercial background

11     for the position that Miss Kliphouse was

12     filling.

13               What did you understand that

14     phrase to mean, a more commercial background?

15          A.    That they were looking for someone

16     with a direct sales experience.

17          Q.    Was that statement that

18     Mr. Vardaman made to you consistent with the

19     description of the job that he sent to you?

20          A.    Yes, but it wasn't how Kirsten

21     described the role.

22          Q.    Well, how did Kirsten describe the

23     role in a manner inconsistent with that?

24          A.    Because she said they are looking

25     beyond the pure sales experience, the