# EXHIBIT 11
# Redactions Approved per Court Order (ECF No. 232)

# Comparator2

L9   Technical Director, Office of the CTO, Google Cloud Platform

## New hire

| | |
|---|---|
| Internal job title | Director, Technical Solutions Consultant (5566) - 5566 |
| Cost center | Cloud PM - 673 |
| Location | US-MTV-CL2 |

**Reporting chain**
Diane Greene > Brian Stevens > Will Grannis > Comparator2

## Candidate summary

From recruiter Teresa Tan-Vial and lead Dave Beuerlein

Hiring manager, Will Grannis is very excited to be making a potential hire of Comparator2. Comp2 has been a CTO at GE for many years and comes with deep knowledge of both Healthcare and Industrial verticals. Comp2 hire will lend a level of credibility to our Cloud efforts as we think about providing infrastructure and application solutions on the cloud for clients in these verticals. Comp2 will be the first big senior hire for the Office of the CTO within Cloud.

## Education

| SCHOOL | DEGREE | TENURE | GRADUATED | GPA |
|---|---|---|---|---|
| University of Tennessee, Knoxville | Doctoral, Nuclear Engineering | 2.8 years | Jun 1994 | |
| University of Tennessee, Knoxville | Masters of Science, Nuclear Engineering | 3.8 years | Jun 1991 | |
| Hacettepe University | Bachelor of Science, Physics | 3.8 years | Jun 1986 | |

## Work history

| COMPANY | POSITION | TENURE | WHEN |
|---|---|---|---|
| General Electric | Software Chief Technology Officer (GE Healthcare) | 3.1 years | Aug 2013 - Now |
| General Electric | Chief Technology Officer (GE Healthcare IT & Performance Solutions) | 3 years | Aug 2010 - Aug 2013 |
| General Electric | General Manager (GE Transportation) | 4.7 years | Dec 2005 - Aug 2010 |
| Emerson Process Management | Director of Technology (PlantWeb) | 4.9 years | Jan 2001 - Dec 2005 |
| Emerson Process Management | Technology Manager | 1 year | Jan 2000 - Jan 2001 |
| Emerson Process Management | Sr. Principal Engineer | 3 years | Jan 1997 - Jan 2000 |
| Emerson Process Management | Principal Engineer | 1 year | Jan 1996 - Jan 1997 |
| Emerson Process Management | Senior Engineer | 2 years | Jan 1994 - Jan 1996 |
| Kurt & Kurt Company | Technical Sales Engineer | 11 months | Jan 1987 - Dec 1987 |
| EKA Electric and Control Company | Project Engineer | 11 months | Jan 1986 - Dec 1986 |

## Assessments

## Interviews

Exploratory Leadership - Tech (TTV)

Statement of support from hiring manager, Will Grannis:

The mission of the Cloud CTO Office is to rapidly build trust with the technical c-suite of the world's top companies in order to inspire and accelerate their adoption of Google Cloud products and services. This mission requires that the CTO Office is staffed with senior engineering leaders that our potential customers immediately recognize as subject matter experts based on deep experience solving similar problems. Two industries that represent significant opportunity for Google Cloud are Healthcare and Transportation. Comparator2 is currently the GE Healthcare Cloud CTO, and before that, led the Transportation SW team at GE. Having led large scale SW development and cloud deployment teams of greater than 2000 engineers for one of the world's leaders in Healthcare and Transportation, Comp2 has a depth of experience, leadership track record, and bonafides that make him instantly credible with senior engineering leaders in those same industries. His consistently strong feedback across an interview panel comprised of Eng, Product, Professional Services and CRE/Support demonstrates Comp2 can inspire confidence across a variety of customer stakeholders while exhibiting extremely Googley qualities. Comp2 immediately uplifts Google Cloud's credibility in the Healthcare and Transportation sector, has decades of relevant experience, and as an L9 hire, will help lead the office's growth into the preeminent engineering engagement team in Google. As the first external hire for the CTO office, Comp2 will also attract other top quality candidates and lend credibility to an office that is generating significant interest from customers, media and analysts.

## Compensation

| TYPE | COMPANY | ANNUAL SALARY | % BONUS | EQUITY | SIGN ON |
|---|---|---|---|---|---|
| PROPOSED | Google | 315,000 USD | 40 | 4,100 GSU | None |
| RECENT | GE | 496,000 USD | 70 | 23,000 Options<br>18,000 Options<br>23,000 Options<br>20,000 Options<br>10,000 RSU | None |

CONFIDENTIAL                                                                                                 GOOG-ROWE-00061920

# Comparator2

**REDACTED - PRIVACY**

**OBJECTIVE**

Seeking a senior executive leadership position to deliver innovative and market changing digital solutions. To apply proven digital technology, engineering and business expertise, multicultural skills, and demonstrated leadership in building creative, empowered and global teams; and to lead an organization or business unit to establish operational excellence, and corporate goals by delivering high quality, cost effective product development plans that exceed customer expectations.

**HIGHLIGHTS OF WORK EXPERIENCE & ACCOMPLISHMENTS**

Strategic leader with demonstrated technology, execution and growth track record for complex, global, high performance businesses:

- Responsible for annual budgets over $200M, teams of near 2000 FTEs globally located, in businesses with revenues of $20B of for GE Healthcare
- Member of GE's operating council on software based solutions & services headed by Chairman of GE
- Senior Executive member of GE's Digital leadership team championing several initiatives across GE Healthcare including Predix for Healthcare platform & applications, Industrial Internet, IoT, Cloud & Mobility first design, Edge Device Strategies, Software User Experience, Big Data Analytics, Deep Learning, Microservices based solutions, and the adoption of Agile methodologies in the software development process
- Recipient of 2016 Chairman Award for the GE's Digital Initiative with GE Health Cloud
- Driven organizational change including off-shore, near-shore, outsourcing, distributing functions, centralizing functions, in-sourcing from 3rd parties, mergers, and reductions or closures.
- Delivered quality solutions across a wide spectrum of industries utilizing various methodologies such as Waterfall, Agile and High Reliability on broad range of technology platforms.
- One of five P&L leaders of GE Transportation with sales over $5B
- One of thirteen cross-divisional members of the strategic leadership team of Emerson Process Management with sales over $4B
- One of seven members of the global technology leadership team of Rosemount, largest Division of Emerson Process Management with sales exceeding $1B
- Leader of a cross-divisional and cross-functional leadership team with technology and marketing members for the next generation products of Emerson Process Management
- Author of over 50+ technical articles referenced in numerous publications; served as editor to technical and trade journals, edited two technical books. Sought after global Keynote speaker
- Achieved 62 issued US patents and have 42 pending US patent applications
- Advisory Board Member of CTO Forum (www.ctoforum.org)

**Skills and competencies encompass:**

- Leading & motivating
- Personnel management
- Training & coaching
- Fast Learning & prompt adapting
- Interpersonal communications
- Action oriented
- Bridging differences and facilitating
- Strategic planning and execution
- Business & technical problem solving
- Verbal & written communication
- Building trust and rapport
- Drive for results
- Managing vision and purpose
- Building effective, diverse teams

## SUMMARY OF KEY LEADERSHIP CAPABILITIES

### People: Building High Performance Teams
- Solid experience leading multi-company and geo-distributed teams.
- Strong ability to create and share a mission or vision, motivate teams, and deliver at or beyond expectations.
- Repeatedly built high-quality teams often while leading them through extensive organizational change.
- Accomplished motivator and mentor via my core integrity along with my sincere care for both people and results.

### Process: Improving Delivery
- Proficient creator of corporate strategies with senior management teams and turning strategic plans into executable goals.
- Extensive experience in re-engineering and implementing System and Product Development Life Cycles.
- World Class expert in Quality Assurance & Control, and Agile processes.
- Innovator of change within technology to meet the business and customer needs.
- Considerable experience of offshore and outsource practices in agile and traditional delivery models.

### Technology: Delivering Solutions
- Proven leadership for very large and complex systems implementations and builds.
- Focus on achieving meaningful business results through appropriate technology solution.
- Deliver operating environments for mission critical applications.
- Foster future proof, technology agnostic, and highly available systems to maximize business flexibility.

## SUMMARY OF QUALIFICATIONS

Highly motivated and technically competent visionary professional, with proven leadership skills, strong focus on execution and customer deliverables and ability to operate in a highly Global and matrix organization. Known for his ability to "motivate others", "think outside the box", for his "infectious energy level with extremely loyal teams", "drive accountability for himself and his team", and his "inclusive leadership" style. Over 25 years of corporate environment experience in the leadership of individuals and teams in multiple businesses, and cross-functional assignments. Accomplished business leader focused on creating differentiated worldwide market opportunities and leading strategic initiatives through the innovative use of technology. Expertise in a range of software technologies including Industrial Internet, IoT, Cloud, Mobility, Edge Devices, Software User Experience, Big Data Analytics, Deep Learning, SOA, Microservices, process instrumentation & control, predictive diagnostics technologies, advanced signal processing and digital communications. Excellent communicator to a broad customer, industry and internal audiences.

## CAREER HISTORY

### GENERAL ELECTRIC
**Software Chief Technology Officer**
**GE Healthcare (August 2013 - Present)**
Senior Executive leader for all of GEHC's near $20 billion segment of GE Software Technologies. GE Healthcare is a global leader in delivering healthcare clinical, business, and operational solutions with its medical equipment, information technologies, life sciences and service technologies covering settings from physician offices to integrated delivery networks.

As a member of GE Digital leadership team GE Healthcare Software CTO, Evren is championing "GE Health Cloud", the first industry-specific cloud built on top of Predix, GE's Industrial Internet Platform, as well as IoT, Deep Learning & Analytics applications for Healthcare industry.

Received GE's Chairman Award on 2016 for Digital Growth initiative for his efforts on launching GE Health Cloud.

CONFIDENTIAL                                                                                      GOOG-ROWE-00061925

Senior Executive member of GE's Digital leadership team championing several initiatives across GE Healthcare including Predix for Healthcare platform & applications, Industrial Internet, IoT, Cloud & Mobility first design, Edge Device Strategies, Software User Experience, Big Data Analytics, Deep Learning, Microservices based solutions, and the adoption of Agile methodologies in the software development process

As the Software CTO of GE Healthcare, responsible for leading all Software technology activities that drive customer success and delivering improved patient outcomes. His responsibilities include:

- Over $200M R&D budget and near 2000 globally distributed FTEs for GE Healthcare
- Building harmonized SW architecture & platform for the entire GEHC portfolio,
- Delivering, harnessing & maintaining the common services of the GEHC platform
- Driving global GEHC SW strategy & engineering capabilities & providing thought leadership
- Developing & delivering Cloud, Mobile and Analytics technologies for clinical, operational and financial outcomes
- Leading SW development as a function, its governance, process, tools & execution

**Chief Technology Officer,**
**GE Healthcare IT & Performance Solutions (August 2010 - August 2013)**
Healthcare IT and Performance Solutions, a $1.4 billion segment of GE Healthcare. Global leader in delivering information technology solutions that support high-quality and cost-effective care through business, clinical, and imaging solutions covering settings from the physician office to the integrated delivery network.

Responsible for leading all technology activities and Engineering teams globally to deliver clinical solutions that drive customer success and deliver improved healthcare solutions for patients. Oversaw all research and development, global technical governance and alignment of technology vision and business strategy of the portfolio that delivers Imaging Solutions, Electronic Medical Record (EMR) software, revenue cycle and departmental solutions, such as Radiology, Cardiology, Perinatal and Perioperative.

Provided technical stewardship and served as the strategic software applications development leader for all software products and services in the business unit.  Partnered closely with key executives across GEHC technology, commercial teams and other functions to shape and define the software vision & strategy for and the development of SOA-based software enabled solutions. In addition, was accountable for quality, performance, controllership and oversight for all software processes and technologies as well as established Agile methodologies to drive design efficiency and speed to market for all the product lines.

Responsibilities included:
- Provide leadership and guidance in the software design review process, as well as chair formal software design reviews
- Lead strategic planning to achieve business goals by identifying and prioritizing development initiatives and setting timetables for the evaluation, development, and deployment of all SOA services
- Assure successful execution of GEHC's SW application mission through strong collaboration with GEHC Platform and SW COE organizations
- Foster meaningful relationships with development partners and serve on the technology councils for joint-ventures as needed
- Assess technology roadmap and programmatically examine / balance the need for operational excellence, application development, new product development and migrating off older technologies
- Accountable for the overall technical excellence and quality of software including meeting all ISO, 510(k) and QMS
- Lead the software development organization through technical evolution
- Lead the engineering and development organization with a strong sense of urgency and discipline to further advance the successful release of future products and services
- Drive a healthy agile enabled culture where our people, processes and tools to better enable us to deliver value to our customers
- Build and mentor a world-class software engineering team focusing on instilling high performing team dynamics, collaboration, innovation and operational excellence

CONFIDENTIAL                                                                                         GOOG-ROWE-00061926

**General Manager**
**GE Transportation (December 2005 – August 2010 )**
Assumed P&L leader role as a direct report to the CEO of GE Transportation to turn around a business unit with struggling and uncoordinated product lines, unsatisfied customers, and poor execution record. In less than three years turned it into a global, profitable, business unit with solid product lines, proven engineering execution record with highly satisfied customers. Delivered industry disrupting technology while turning around the business unit with GE's Movement Planner

- Restructured design & engineering teams, product groups and established global engineering & test groups; with team members in NA, Europe, India and China
- Established a global test team and a validation & verification platform to achieve high quality product release, efficient use of assets and 24x7 productivity from global team members
- Developed and implemented a highly diverse global organization to ensure growth with empowered regional leaders & functional leaders covering engineering, product management, marketing, sales, quality and compliance
- Implemented Lean product development that achieved over 80% reduction in waste time and improved productivity
- Implemented a business-wide quality initiative and achieved first ever multi country ISO9000 & TickIT certification
- Established an operating rhythm with key customers to understand their issues with the products and business needs
- Built over $400MM global pipeline which positioned the business unit to grow over 50% in 2009
- Implemented lean production and development process; yielding 60% production improvement & 80% waste reduction
- Completed *"Leadership Innovation & Growth"* and *Business Management* programs at GE's Crottonville Executive leadership training facility

**EMERSON PROCESS MANAGEMENT**
**PLANTWEB**
**Director of Technology (2001- December 2005)**
As a Director of a corporate technology group responsible for developing vision and strategic growth programs, communicating progress to senior executive team and product groups, and coordinating cross-divisional product execution and implementation.

- One of thirteen members of the strategic leadership team of Emerson Process Management with sales over $4B
- One of seven members of the global technology leadership team
- Member of the marquee account steering teams for BP, ExxonMobil and Shell with annual sales over $300M
- Led cross-divisional architecture team for the next generation process automation system
- Led one of four strategic programs, Abnormal Situation Prevention, for the next generation control system
- Assisted and coordinated marketing team in establishing long term vision, sales training, press releases and product marketing communication
- Supported evaluation of third party companies prior to alliance agreements and acquisitions
- Presented development programs to key customers in various industries and established joint development opportunities, and supported global large project pursuit efforts

**Technology Manager (2000-2001)**
Responsible for establishing vision and strategies for Emerson's PlantWeb technologies for process automation and communicating them to the senior executive team and various business divisions. Assumed an influential role in establishing the strategic vision for integrated diagnostics and asset management program for PlantWeb architecture since then proven to deliver over 30% CAPEX savings and 2-5% OPEX benefits to its customers.

- Initiated and led a cross-divisional and cross-functional leadership team with technology and marketing members
- Established the vision, strategies and communication materials
- Led the development of a patented smart alarm management system that integrates the smart instrumentation over digital communication busses and DCS alarm system and delivers priority based messages to the right personnel

Instrumental in establishing vision and leading the development program of the first .NET based web-enabled asset management and optimization system called Asset Portal, which became the flagship product for one of its newly formed divisions with current sales over $300M.

- Architected an integration platform for control systems, digital instrumentation, process and rotating equipment
- Managed the development program with four teams located in Europe and North America.

CONFIDENTIAL                                                                    GOOG-ROWE-00061927

### Sr. Principal Engineer (1997 - 2000)
Involved in cross-divisional activities and assumed responsibilities for development and implementation of new technologies and products.
- Led and supervised software and technology development teams with over $1M budget.
- Became a member of the global technology team.
- Developed and architected patented technologies for preventing industry wide problems for refineries that save $1M a day at each incident. These technologies brought over $100M growth to the respected product lines.
- Instrumental in establishing group-wide software development quality process and implementing software process improvement methodology that are compliant with Software Engineering Institute (SEI) Capability Maturity Model.
- Involved in customer activities and presented the PlantWeb vision and its offerings to major customers such as Shell, ExxonMobil, BP, ChevronTexaco, Monsanto, Solutia, DOW, 3M, International Paper, General Mills and others.

### Principal Engineer (1996 - 1997)
Led and supervised hardware & software teams, with increased responsibilities focused on innovative use of technology and new product developments for the PlantWeb architecture including measurement solutions, valves and control systems.
- Led the field trials for new development programs and established customer focus teams to identify customer and product needs, and manage projects for product development.
- Expanded the external research program to include several European universities.

### Senior Engineer (1994 - 1996)
Developed advanced diagnostics capabilities for the digital process measurement devices, control applications for control systems and asset management tools.
- Architected digital process automation technology program that became the backbone of the integrated diagnostics and asset management system for Emerson's PlantWeb architecture.

## THE UNIVERSITY OF TENNESSEE
### Nuclear Engineering Department
### Post-doc Research Associate (1994), Graduate Research Assistant (1988-1994)
- Worked on a projects sponsored by Oak Ridge National Laboratory, DOE, NSF, EPRI and TVA
- "Visiting Research Associate" at the Netherlands Energy Research Foundation (ECN) in summer of 1991

## KURT & KURT COMPANY (Turkish Branch of Hitachi)
### Technical Sales Engineer (1987)
Sales and technical support for Hitachi's ultrasound and tomography based medical products.

## EKA ELECTRIC AND CONTROL COMPANY (Turkish Branch of Westinghouse)
### Project Engineer (1986)
Involved in engineering project activities ranging from proposal preparation to project execution. Implementation of new WDPF at a Turkish steel plant was among these projects.

## **EDUCATION and TRAINING**

2002 - **Fundamentals of Marketing, Curtis L. Carlson School of Management, Minneapolis, MN**
2000 - **Leading Product Development, Harvard Business School, Boston, MA**
1998 - **Minnesota Management Institute, Curtis L. Carlson School of Management, Minneapolis, MN**
1994 - **Ph.D. Nuclear Engineering- University of Tennessee, Knoxville, TN**
1991 - **M.S. Nuclear Engineering- University of Tennessee, Knoxville, TN**
1986 - **B.Sc. Physics- Hacettepe University, Ankara, Turkey**

CONFIDENTIAL    GOOG-ROWE-00061928

**PROFESSIONAL, HONORARY and COMMUNICTY AFFILIATIONS**

Senior Member of ISA – The Instrumentation, Systems and Automation Society
Member of IEEE – The Institute of Electrical and Electronics Engineers
Member of Tau Beta Pi and Sigma Xi engineering societies
President – Turkish American Association of Minnesota
President and founder, Turkish Student Association, University of Tennessee
President, Culture and Art Society, Hacettepe University
Elected Member, Fulton Neighborhood Council, Minneapolis, MN

CONFIDENTIAL

GOOG-ROWE-00061929