# EXHIBIT 20
# Redactions Approved per Court Order (ECF No. 232)

| | |
|---|---|
| **From:** | Will Grannis <wgrannis@google.com> |
| **To:** | Melissa Lawrence <hrmelissa@google.com> |
| **Sent:** | Sat, 18 Nov 2017 04:40:20 +0000 |
| **Subject:** | Re: [urgent] Early heads up: refresh policy change causing octo anxiety |
| **Cc:** | Brian Stevens <stevensb@google.com> |

I think this is great. Of course I'm going to say that since the rules have changed, the new rules should apply to [C20] and [ ] equitably :) If we are stuck on that, then I'd pull [C3] to 130 and make Ulku's 90. I'd actually like to allocate the last 12 to [ ]; I would have given her a bit more if I had discretion.

Thx Melissa!

On Fri, Nov 17, 2017 at 8:12 PM Melissa Lawrence <hrmelissa@google.com> wrote:

> Talked to Becky:
>
> In her review with Diane they recommended that we give a grant to all Nooglers in Cloud hired post [ ] with an EE or greater rating. She was on board with this so we will be doing that; Comp is helping us enter from back-end. Both Ulku and [C3] will receive grants ($62k for Ulku and $170k for [ ]).
>
> This would put them above [C20] and [ ] (40k each). I don't think that there is any room to go back and ask them to up [C20] and [ ] so are you comfortable with the amounts for Ulku and [C3]? An answer tonite would be appreciated.
>
> Melissa
>
> On Fri, Nov 17, 2017 at 7:46 PM, Will Grannis <wgrannis@google.com> wrote:
>
>> Thx Melissa.
>>
>> On Fri, Nov 17, 2017, 6:17 PM Melissa Lawrence <hrmelissa@google.com> wrote:
>>
>>> Hi both -
>>>
>>> I am staying close to this. Urs did do something for Nooglers in his org. I am asking Becky if Diane plans to address for consistency Nooglers in the non Urs Cloud orgs. Will keep you posted.
>>>
>>> Melissa
>>>
>>> On Thu, Nov 16, 2017 at 7:17 AM, Brian Stevens <stevensb@google.com> wrote:
>>>
>>>> Melissa - I think it's also important to be consistent w/ what Urs and Diane do - so please do stay close to Sue on the topic. The challenge will be if we just make an exception for top performers, my expectation is that won't be 100% of the people who have issues and they are highly likely to discuss with each other. That could also create a challenge to explain with them. In the meantime I appreciate your ownership of this, Will.



HLM   10/29/20
**EXHIBIT 84**

ATTORNEYS' EYES ONLY                                                                                          GOOG-ROWE-00017375.R