# EXHIBIT 21
# Redactions Approved by Court Order (ECF 220)

Case 1:19-cv-08655-LGS   Document 248-61 (2017)Filed 11/22/21   Page 21 of 32

**Ulku Rowe (urowe)**     8/Principal Technical Solutions Consultant                    Feedback for 2017 Q3

**Rating**

Exceeds Expectations

**Achievement/Project**



**Financial Services vertical development**

Thought Leader/Senior Technical Advisor
**Impact:** Critical

**Summary of key contributions:**
In partnership with product, engineering, sales and marketing teams, create a virtual Financial Services team within Google whose mission is to establish GCP as the leading cloud service provider for the Financial Services industry.

In the 5 months that I have been at Google I've established myself as the senior industry expert in financial services both internally and externally.

Some of the personal and team successes in this space:
**Financial Services community**
- Weekly senior steering group focusing on strategy and execution.
- Weekly status meeting open to all interested parties.
- One day off-site in October for 2018 planning.

**Marketing/Thought Leadership**
- Financial Services track in GCP Summit in NYC. 4 sessions. All sessions standing room only.
- Putting together a marketing strategy for financial services in partnership with vertical marketing team and Leonard.
- Working on a revamp of the GCP financial services website
- Keynotes at ███████████████████████████ and ████████
  ████████████
- Keynotes and financial services sessions at Google Cloud Summits
- Working with HBS professors on a case study on cloud and ML to be thought in 2018 academic year.
- Recorded live interview for the GCP thought-leadership site for CIOs.
- Many EBC presentations for Financial Services firms

**Engineering influence**
- Working with a few other OCTOs and ██████████ on a possible GCP product for ████████████████
- Working with Leonard and a few other OCTOs on determining what Google position should be in the ████████ space.
- Advising BigTable team on the ████████████████ of the financial services industry.

**Regulatory engagement**
- ████████████████████████████████████████████
  ████████████████████████████████████████████
- Hosted European banking regulators in our offices in Brussels in July.
- Planning a U.S. regulatory day in D.C. in the fall.
- Submitted Google's response to ████████████████████████ consultation for their draft guidance on cloud computing.
- In the process of responding to ████ consultation on FinTech.

**Aggregate Impact**
**LARGE**: PEER
**CRITICAL**: PEER, MANAGER, SELF, PEER, PEER

Reviewer/Role                    Feedback

P000198

Case 1:19-cv-08655-LGS   Document 268-34 (2017) Filed 11/23/21   Page 2 of 3

**What's one thing you do really well that you plan to continue doing?**

| Reviewer/Role | Feedback |
| --- | --- |
| **Ulku Rowe**<br>(SELF)<br>8 / Principal Technical Solutions Consultant | Partnering with product, engineering, sales and marketing teams, to create a virtual Financial Services team within Google whose mission is to establish GCP as the leading cloud service provider for the Financial Services industry. See "Financial Services vertical development" project for more details on achievements with respect to this. |
| **Will Grannis**<br>(MANAGER)<br>Director, Technical Solutions Consultant | Ulku is excellent at driving authentic thought leadership into 1:1 and 1:many type engagements.  She's established herself as the voice of Google's FSI efforts and has uplifted Google's credibility in this vertical considerably. |
| **Anurag Wadehra**<br>(PEER)<br>Director, Product Marketing Management | Ulku is an excellent champion for Google Cloud in FSI community, and she should continue to build and deliver on FSI thought leadership. At the Cloud Summit in NY, FSI tracks were rated the highest with strong customer and partner participation. She led some of these sessions and engaged extremely well on how Cloud delivers impact on top industry use cases. |
| **Ed Morris**<br>(PEER)<br>Google Cloud, Sr. Account Manager | Ulku is always willing to help our team. Her knowledge of the banking industry has proven invaluable. She has been our executive sponsor and Mastercard and strong sounding board for our strategy at ▮▮▮▮▮▮ and▮▮▮ |
| **Leonard Law**<br>(PEER)<br>Product Manager | Ulku has been an incredibly welcome and refreshing addition to the Cloud Financial Services team.  She brings positive energy, deep subject matter expertise, and authenticity that lends itself to our ability to engage credibly with the broader market.  Her support has been invaluable -- I trust her as a partner, sounding board, mentor, and advisor.  I am excited about the future of where our Financial Services practice will go, and Ulku is a big part of my enthusiasm. |
| **Sam Greenfield**<br>(PEER)<br>Staff Software Engineer | Ulku has done a great job of providing a strong voice of the customer. She has brought years of practical financial technology experience to Google. I appreciate her insights on our products and practices, and it's great to see her engage customers with their terminology and shared experiences. I hope that she can continue to do this and will continue to lead others as they work with financial firms. |

**What's one thing you plan to do to have more impact?**

| Reviewer/Role | Feedback |
| --- | --- |
| **Ulku Rowe**<br>(SELF)<br>8 / Principal Technical Solutions Consultant | More focus on engineering. Partnering with engineering teams to help drive product direction. Identify particular needs of clients/industry and collaborate directly with engineering to address gaps and/or create new products. |
| **Will Grannis**<br>(MANAGER)<br>Director, Technical Solutions Consultant | As Ulku continues to ramp up, it's important that she continues to balance her engagement and time across the 1:1, 1:many and Product/Eng influence.  Ulku should be designing, developing, and (eventually) delivering a strategic plan for FSI that includes how other fxns (Product, Eng, Sales, Marketing, PSO, Partners, SAs, ...) contribute to our overall success.  Keep thinking big! |
| **Anurag Wadehra**<br>(PEER)<br>Director, Product Marketing Management | Due to reasons not related to her, Ulku was constrained until now in creating thought leadership content for FSI Cloud. Now that we have a dedicated marketing lead and budget for FSI, Ulku should focus on closer partnership with marketing team and convert her unique view points to market facing assets both for her keynotes as well as for rest of Cloud marketing. |

P000201