# EXHIBIT 25
# Redactions Approved per Court Order (ECF No. 232)

**From:** Ulku Rowe <urowe@google.com>
**To:** Rich Sanzi <sanzi@google.com>
**Sent:** Wed, 27 Jun 2018 20:04:35 -0400
**Subject:** Re: Global Client Program

not delighted so far.
thanks for checking in.

On Wed, Jun 27, 2018 at 5:58 PM Rich Sanzi <sanzi@google.com> wrote:

>   Is this good for you ?  (ie., Happy about this?)
>
> Rich
>
> ---------- Forwarded message ---------
> From: Tariq Shaukat <tshaukat@google.com>
> Date: Wed, Jun 27, 2018, 14:34
> Subject: Global Client Program
> To: Tariq Shaukat <tshaukat@google.com>, Paul Ferrand <phferrand@google.com>
>
>
> Team,
> The Cloud market continues to grow at an explosive rate. Customers are more eager than ever to take advantage of the security, reliability, performance, and innovation of the Cloud, and Google Cloud is seen as a critical leader in this market by customers, partners, and analysts.
>
> We are constantly evaluating how to accelerate our success in the market. Since we announced the new customer, partner, and vertical team structure in late Q3 last year, Diane, PH, and I have been jointly thinking through how we engage with customers to drive revenue growth.
> It is clear that we need to have two models to be successful:
>
>   • The ability to engage at scale and high velocity, across the SMB, Corporate, and Enterprise segments, increasingly with channel partners
>   • The ability to engage in deep transformational partnerships with high potential companies looking to make substantial changes in the way they operate
>
> Our Customer team continues to drive impressive results across both of these models, and it is also clear that there is more to do. We know that we need a higher level of vertical expertise, greater pursuit and execution resourcing, an ability to bring "One Google" solutions, and a more partnership-focused model to really cement our position as the transformation partner of choice. We've shown we can do this, with transformation partnerships with companies like ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. We need to scale this ability.
> So, as we announced when we formed the Global Alliances and Industry Platforms team, we are creating a new program today focused on these Global Clients, roughly the top 200 high potential companies across our priority verticals. These companies are complex - there is tremendous opportunity to drive business value for them through deep engagement. This involves partnership needs including:
>
>   1. Sponsorship with LOB or CEO decision makers, w/ heavy CIO/CTO involvement
>   2. In-depth vertical knowledge, as well as industry-specific technical and business process expertise
>   3. Customized deal and legal structures, partnership oriented
>   4. Significant on the ground technical and relationship resources

CONFIDENTIAL
GOOG-ROWE-P-00000773

5. Strong partner engagement, both tech partners and systems integrators

The goal of this program is to provide structure, added resourcing, and vertical expertise to these complex relationships. Every Global Client will be assigned a Global Client Lead and a Global Client Technical Lead, both with vertical expertise. This team will complement the sales team, and will be responsible for the agenda, key transformation relationships, and end-to-end success at each Global Client. The Customer Team Pods will still retain accountability for commercial traction and the bi-annual quota.
Very little will change for customers not in this program. We still need to engage actively, with substance, and close deals at high velocity. Our pods working with Enterprise, Corporate, and SMB customers will leverage existing resources in the standard pod model (across the Sales, CE, PSO teams) as well as the channel to drive and accelerate our success.
We will be rolling out more details of this program in the coming weeks, including direct communications with teams whose customers are being included in the program. Additionally, to support this program, we're making the following organizational changes:

- We will be hiring a new senior leader for the Global Client Program, reporting to me, who will be charged with building out the program, in partnership with the Vertical leads
- Vats Srivatsan and his BizOps team (including GeoExpansion, Pricing, Deal Structuring, ASL) will report to me. This team provides tremendous capabilities for the Global Client partnerships and transformations we want to drive, and will continue to support sales and PM/eng teams as they do today.
- Vertically focused members of the Office of the CTO - Ulku Rowe (Financial Services), Jeff Kember (Media and Entertainment), Ben Wilson (Energy), and Evren Eryurek (Healthcare) will move to the respective vertical teams to serve as Technical Leads focusing on our Global Clients.

We will be staffing these Global Client Lead and Technical Lead roles over the next several months. Even as we build the team, we will be standing up an operating cadence and account engagement process to ensure we stay coordinated and help these companies on their transformation journeys. <u>Please do not pause</u> or wait for these roles to be staffed; keep going full speed. We will have an open dialog with the relevant pods to let them know when the relevant Global Client roles are staffed.
Please join me in welcoming Vats and his team, as well as Ben, Evren, Jeff, and Ulku. PH and I look forward to working with you all to continue to drive high growth and transformation. I look forward to working directly with everyone to build this new, highly differentiating capability, and to expanding our ability to develop deep partnerships with our Global Clients to drive value.
Best,
Tariq
--
You received this message because you are subscribed to the Google Groups "Cloud OCTO" group.
To unsubscribe from this group and stop receiving emails from it, send an email to cloud-octo+unsubscribe@google.com.
To post to this group, send email to cloud-octo@google.com.
To view this discussion on the web visit https://groups.google.com/a/google.com/d/msgid/cloud-octo/CAJ6d2waDUE13MwbnBNTtt24m4t8WDygvrfC93c1cDmg6o%3DHHaw%40mail.gmail.com.


--
You received this message because you are subscribed to the Google Groups "Cloud OCTO" group.
To unsubscribe from this group and stop receiving emails from it, send an email to