# EXHIBIT 34
# Redactions Approved by Court Order (ECF 220)

**From:** Tariq Shaukat <tshaukat@google.com>
**To:** Sebastien Marotte <smarotte@google.com>
**Sent:** Wed, 8 Aug 2018 17:16:36 -0700
**Subject:** Re: Interview notification: phone (via Hangout) interview with Ulku Rowe

thanks

On Wed, Aug 8, 2018 at 1:06 PM Sebastien Marotte <smarotte@google.com> wrote:

> Hi Tariq
> I found her very solid on the technical part but not that strong on the business side when asking which pbs can large FSI organisations solve with AI, ML and Cloud.
> However it was only 30mn.
> I can elaborate further with more detailed notes.
> Sebastien
>
> ---------- Forwarded message ---------
> From: <meganmurray@google.com>
> Date: Wed, Aug 1, 2018, 3:58 PM
> Subject: Interview notification: phone (via Hangout) interview with Ulku Rowe
> To: <smarotte@google.com>
> Cc: <meganmurray@google.com>, <svardaman@google.com>
>
>
> Hi Sebastien,
>
> Your upcoming phone (via hangout) interview with **Ulku Rowe** for the role of **Financial Services Vertical Lead** is 23 hours away.
>
> Interview Schedule:

| Interviewer | Time | Location | Interview type | Instructions |
|---|---|---|---|---|
| Sebastien Marotte (smarotte) | August 2, 2018 02:00 PM BST (GMT+01:00) | Your Office,ur-meeting | phone (via Hangout) | `Please GVC with internal candidate, Ulku Rowe.`<br><br>`GVCid: ur-meeting` |

Review the candidate's resume.

Enter feedback in My gHire.

Please call candidate at +███████████

CONFIDENTIAL
GOOG-ROWE-00017533