# EXHIBIT 5
# Redactions Approved per Court Order (ECF No. 232)

4/26/2018                                                                  My gHire - Application ID: 419786247

## L9  Technical Director, Office of the CTO (EMEA) - London

### New hire

| | |
|---|---|
| Internal job title | Distinguished Technical Solutions Consultant - 5578 |
| Cost center | GCP OCTO - 673 |
| Location | UK-LON-BEL |

**Reporting chain**
Sundar Pichai > Diane Greene > Brian Stevens > Will Grannis >

### Candidate summary

From recruiter Rachel Quirk and lead Dave Beuerlein

This candidate is an L9 Director Technical Solutions Consultant for the Office of the CTO, reporting to Will Grannis

## Education

| SCHOOL | DEGREE | TENURE | GRADUATED | GPA |
|---|---|---|---|---|
| University of Missouri | Post Doc, Strategic Communication | 4.9 years | Dec 1997 | |
| Indiana University Bloomington | Masters of Arts, Master of Arts | 5.9 years | Dec 1996 | |
| Sofia University | Bachelor of Arts, Journalism and Mass Communications | 4.9 years | Jul 1991 | |

## Work history

| COMPANY | POSITION | TENURE | WHEN |
|---|---|---|---|
| Vodafone | Chief Global Data and Analytics Officer | 2.7 years | Aug 2015 - Now |
| Prudential Financial | Head of Data Analytics and Global Strategic Research | 3.6 years | Jan 2012 - Aug 2015 |
| Fidelity Investments | Vice President, Fidelity Investments and Devonshire Investors (Fidelity's Private Equity arm) | 5.5 years | Jul 2006 - Jan 2012 |
| Aite Group | Research Director, Launched Consumer Insights | 9 months | Oct 2005 - Jul 2006 |
| HNW | Vice President, Head of Research, Executive Team member | 10 months | Aug 2003 - Jun 2004 |
| Forrester Research | Senior Analyst, Technographics, Financial Services | 4.6 years | Jan 1999 - Aug 2003 |
| Texas State University | Head of Graduate Program, Advertising Sequence Coordinator, Tenure Track Professor | 1.4 years | Aug 1997 - Jan 1999 |

💬 *Between June 2004 – October 2005, ▓▓▓ ook leave for personal reasons

## Assessments

💬 ***1.) Statement of Support from VP Brian Stevens:

"I'm very supportive of hiring ▓▓▓▓▓▓ as a L9 TSC Leader based in London for the Office of the CTO. ▓▓▓ 's a very senior leader who would bring exceptional engagement to our cloud customers and also set the foundation for OCTO's presence in EMEA. She's especially interesting, as

ATTORNEYS' EYES ONLY                                                                                              GOOG-ROWE-00059393