# EXHIBIT 6
# Redactions Approved per Court Order (ECF No. 232)

**From:** Brian Stevens <stevensb@google.com>
**To:** Diane Greene <dianebgreene@google.com>
**Sent:** Wed, 20 Dec 2017 11:00:51 -0500
**Subject:** Re: Checking in

Will do on ▮▮▮ I didn't get the intro, but perhaps you intro'd Sanzi? If so I'll coordinate through him.
No worries on OCTO, wasn't expecting a quick response.



Jumping on a contract call now with ▮▮, see you later at the ▮▮▮▮▮▮ call.

b

On Wed, Dec 20, 2017 at 10:00 AM, Diane Greene <dianebgreene@google.com> wrote:

> Thanks, please keep me posted on ▮▮▮▮
> On OCTO, I don't have time to carefully read this and respond but will over the holiday.
>
> What are your plans? I'm hoping things are more stabilized and that we can start checking in regularly at the start of the year?
>
> Diane
>
>
> On Tue, Dec 19, 2017 at 3:16 PM Brian Stevens <stevensb@google.com> wrote:
>
>> Sanzi and I are talking later today on ▮▮▮▮▮▮▮ (as well as an issue ▮▮ raised yesterday on the LOL. They are willing to move off demanding unlimited if they can better understand how we manage data backups).
>> I never answered your other question of:
>>
>> *Separately, I met with Will and discussed the fact that OCTO is for technology customer work at a level well above the SE Architects. He has done an amazing job of building the team, he is probably the best hiring manager in cloud. But outside of that, there is a lot of confusion about OCTO, it seems part Product management, part vertical, part product marketing. He agreed and we both agreed that we probably need to move that out so we have clear places for things. He was going to go away and think about it. I can never tell with Will but it seemed like an open and good meeting.*
>>
>> I agree with you in that OCTO has been doing more than 1:1 with customers. Some of that is a natural extension of the profile of the people in OCTO, but at the end of the day the mission needs to be on customers. It is a nice resource to have in Google Cloud to draw on, especially when the majority in eng haven't had much exposure to enterprise. So people proactively tap them for a variety of discussions, from should we be doing something more w/ bitcoin/distributed ledge, to servicenow's role in cloud adoption. But talking about each of the areas you mention:

Verticals: 3 people in OCTO (Ulku, Evren, Ben) have extensive vertical focus. Evren and Ben are much more technical than Ulku, as both were former CTOs.
Evren is expert in manufacturing and health, Ben with Energy, and Ulku w/ FSI. It's really an added benefit as they better understand applying technology/GCP to business problems and have a lot more street cred because of that. They work closely with the verticals teams but that said they could also dotted line or fully support Tariq if we feel that makes things cleaner. I had already offered to Tariq he consider Ben for the Energy lead role.

Product Mktg: I'm not seeing anyone doing much of that, in terms of taking on the function and producing programs and materials. They are heavily called on for supporting the speaking events which has been super helpful. They are quick to say yes for supporting the keynotes, EBCs, etc. If we lessen that then we'd have to get engineering and PM to cover much more of that. I considered this a win since they really act as a proxy for eng/PM in these cases. What's your thought on that?

Product Mgmt: This part has had some efforts but IMO mostly not very successful. In one part, many of them *really* know markets and customers and yet are technical enough to be a great resource for engineering and PM. Brad has pulled them in, Urs mentioned at exec circle he thinks they can help bridge the some of the silos in eng (eg hybrid isn't just k8s), etc. and drive overarching strategy. However, even though they could do this, how they would need to go about it is incredibly difficult as in some cases PMs embrace, and in others they see it as over-stepping. What I do know is we want them to align well with engineering else they loose touch and cred with customers, and might as well be senior SAs. For that we should hire a different profile - more like Solomon than Ben.

I'm not entirely sure where the confusion comes from as I never get the escalations and instead only see the accolades from sales account managers on how critical they are. I *don't* think the account managers represent that well up their mgmt chain, so you see people like Klayko being less supportive.

What's not working:

- There are also some in the group that are misplaced. Gsuite-specific people isn't working as one example.
- One (internal xfer) is more focused on blogs which should be just a midnight project
- Better alignment on the accounts that matter and metrics
- Some in OCTO that expect us to be IBM can become jaded (and would have never survived 3 yrs ago when we were really lean) when we are in fact still the world's largest startup

For 2018 in addition to the above, I want to see more measurable customer goals. Not enough of them are having weekly success on the front lines. Eg all should be aligned w/ PH and Tariq top accounts, have weekly touchpoints and aligned goals, and then backfill that with other work w/ engineering or support big stages. That together with supporting GEO expansion would be the priority.

Not sure I fully answered your question, though :). Is there a realignment organizationally where you think we should make some changes as well as charter? OCTO is an amazing asset / collection of people, but being only 18mos in and w/ Google Cloud evolving, it's also a good time to address any issues.

b


On Thu, Dec 14, 2017 at 11:24 AM, Brian Stevens <stevensb@google.com> wrote:

> I'm pretty sure we don't support multicast either - so instead you often have to have a list of nodes and you iterate over them via unicast. Very likely due to them implementing something like PAXOS for group membership/quorum. We may be in same boat as Azure/AWS but please connect me so we can discuss. I started a thread w/ Amin (our network ATL) on this as well.

CONFIDENTIAL
GOOG-ROWE-00058835

b

On Thu, Dec 14, 2017 at 8:31 AM, Diane Greene <dianebgreene@google.com> wrote:



On Thu, Dec 14, 2017 at 4:44 AM, Brian Stevens <stevensb@google.com> wrote:



Thanks for the 1:1 with Will, I'll send thoughts to below this afternoon as I have a a good email window on the train to NYC. I'm going to try and dial into the ▮ call today if they are able to set up phone access. There are a few big issues remaining on the MDPA so I'm sure they will come up today.

On Wed, Dec 13, 2017 at 7:04 PM, Diane Greene <dianebgreene@google.com> wrote:

> Thanks.
> I just had a question that you can probably answer in email, we don't have to meet, you've got plenty going on.
>
> I visited ▮ today and they have a generic Oracle rack implementation that stores 120 PB summing all the instances. They would love to get off Oracle but they need rack and multicast. Can we do that for them with our datastores?

CONFIDENTIAL                                                                                    GOOG-ROWE-00058836