# EXHIBIT 7
# Redactions Approved per Court Order (ECF No. 232)

| Lori Sherer | Partner<br>Bain | She is on vacation; connecting toward the end of the month. | |
| --- | --- | --- | --- |
| Julian Jordan | CEO and Co-Founder<br>Neptune Mobile | Courtesy conversation with Stuart. Telecom experience. Likely not for VP level, but L8. | Tariq has mentioned telecom. Is that an area of interest? |
| Dev Ghoshal (resume) | SVP Alliances, Customer Success<br>CipherCloud | Met with Bertrand Yousani a while back; no role big enough at the time. Interested in Google Cloud. Might have e-mailed Tariq. | Nan or Carolee G. |
| Meg Columbia-Walsh | Co Founder<br>Wylei | Sent to Greg Moore; doesn't have a role large enough for her most likely. | Tariq to share with Damian.<br>Ad team: seresh (?) team |
| Lei Chen | VP, Head of Global Commercial Analytics<br>American Express | Bubbled up via the broader executive referral process. | Tariq to speak with Jason Martin? Should we focus on her for Venkat's role? |
| Joseph Bradley | VP, IoT<br>Cisco | Sent to Injong Rhee | |
| Prashanth Chandrasekar | VP and GM, Public Clouds<br>Rackspace (bio) | Sent to PH. | We have a sizable opportunity with Rackspace - holding. |

## August 31, 2018 (e-mail update)

| Cloud Partners and Industry Platforms: Snapshot<br>Active Executive Searches | | | |
| --- | --- | --- | --- |
| **Tarun** | **Greg** | **Kevin** | **Darryl** |
| **Auto**: Verbal accept from ▉▉▉▉. | N/A | **SAP Lead**: Still on the hunt, reviewing candidates with Kevin. | **Global Client Director**: ▉▉▉▉ moving to panel - ▉▉▉ first up. |

| Nan | Damian Lawlor | | |
|---|---|---|---|
| N/A | N/A | | |

| Tariq Active Searches ||
|---|---|
| **Active Roles** | **High Level Status** |
| Retail | Going External: ▇▇▇▇▇ is active in market; Stuart providing names, background on candidates. |
| Financial Services | 2 Candidates for panel: Chasing feedback for Ulku. ▇▇▇▇▇ on 9/10 |
| Media & Entertainment | Scheduling Panel Interviews: ▇▇▇▇ and ▇▇▇ scheduling with Diane Greene. |
| Gaming | Back to Market: ▇▇▇▇▇ and sourcing others. |
| VP, Strategic Accounts | Two Candidates: ▇▇▇▇ has gone a little quiet. |
| Global Client Lead Build Outs | Various stages and status. |

**Retail Vertical Lead: ( Finalized JD )**
- **Ideal Profile:** LST is prioritizing candidates from "brick and mortar" retailers that have had to build digital capabilities.  Technology, e-commerce, and digital (CDO) backgrounds.
- **Status**: HM active in market.  Next check in 9/6
- **Panel**: Tariq, Becky, Jason, Greg, Brian.

| Candidate Name | Title and Company | Status | Tariq Action/Perspective |
|---|---|---|---|
| ▇▇▇▇▇▇▇: "Kick off" was on 8/10.  Active in market. ||||
| ▇▇▇▇ | EVP, Chief Strategy and Client Officer ▇▇▇▇ | Initial screen with HM; speaking at a Google sponsored event.  Kevin Hartman on Adam Stewart's team will be there. | You want anyone to get "eyes" on ▇▇? |

ATTORNEYS' EYES ONLY

GOOG-ROWE-00017817.RR

| **Financial Services Lead: ( <u>Finalized JD</u> )** |
|---|
| ● **Ideal Profile:** LST is prioritizing candidates with backgrounds that show clear progression up to senior executive level in the "operations & technology" function. |
| ● **Panel**: Tariq, Becky, Jason, Greg, Brian (Diane on reserve) |
| ● **Status**: New candidates. |

| Candidate Name | Title and Company | Status | Tariq Action/Perspective |
|---|---|---|---|
| ■■■ | President, Bay Area ■■■ | Scheduled with Diane Greene, 9/13. Stuart connected with ■■■ she had questions about the strategic importance of the role given the lag time, etc. She's all good. | |
| Ulku Rowe | Google | Sounds like she is not viable for the role. Met with Sebastien, Darryl, Jason, Vats. | What next?  L8 Global Client Technical Director FSI? Did Tariq send a note to panel members? |
| ■■■ | Google | Scheduling panel interviews: had a hiccup b/c of Sundar request. Sebastien M: 9/7 Brian: scheduling GVC In-person panel: 9/10. | Tariq was going to connect with ■■■ before we schedule before we loop in DG? |
| ■■■ | MD, Chief Innovation Officer ■■■ | Potentially interesting, varied background: leans risk but balanced by commercial/strategy. | |
| ■■■ | Chief Operating Officer for Global Banking & Markets Operations and regional Technology & Operations ■■■ | LST contacting again. | Is Tariq networked to him? |
| ■■■ | Managing Director - Chief Technology Officer - Consumer & Wealth Management ■■■ | More technology heavy. | |
| ■■■ | Head of Global Retail Bank and Mortgage ■■■ | Cost cutting, can't be having too much fun. | Tariq knows him? |
| ■■■ | CEO, Latin America ■■■ | Contacted. Likely source due to compensation. ■■■ archetype. | |

ATTORNEYS' EYES ONLY

GOOG-ROWE-00017818.RR

| Meg Columbia-Walsh | Co Founder<br>Wylei | Sent to Greg Moore; doesn't have a role large enough for her most likely. | Tariq to share with Damian.<br>Ad team: seresh (?) team |
|---|---|---|---|
| Lei Chen | VP, Head of Global Commercial Analytics<br>American Express | Bubbled up via the broader executive referral process. | Tariq to speak with Jason Martin? Should we focus on her for Venkat's role? |
| Joseph Bradley | VP, IoT<br>Cisco | Sent to Injong Rhee | |
| Prashanth Chandrasekar | VP and GM, Public Clouds<br>Rackspace (bio) | Sent to PH. | Stuart to send Olivia and Carolee. |

## August 10, 2018

| Cloud Partners and Industry Platforms: Snapshot<br>Active Executive Searches ||||
|---|---|---|---|
| **Tarun** | **Greg** | **Kevin** | **Darryl** |
| **Auto**: Pivot: 1 GC Industry Director:<br>█████<br>GCL: █████<br>GCTL: █████ | N/A | **SAP Lead**: Sourcing new candidates with deeper experience in SAP. | **GTM**: Panel interviews. 2 candidates.<br>█████ - onsite 8/10<br>█████ - onsite 8/13 |
| **Nan** | **Damian Lawlor** | | |
| N/A | N/A | | |

| Tariq Active Searches ||
|---|---|
| **Active Roles** | **High Level Status** |
| Retail | Going External: contract resolved.  Scheduling "Kick off" later today. |
| Financial Services | 2 Candidates for panel: two internals |
| Media & Entertainment | Scheduling Panel Interviews: █████ with Greg; █████ onsite 8/17 |

ATTORNEYS' EYES ONLY                                                                                                         GOOG-ROWE-00017838.RR

| Gaming | Back to Market: ▮▮▮▮▮▮ and sourcing others. |
|---|---|
| VP, Strategic Accounts | Two Candidates: ▮▮▮▮▮▮ |
| Global Client Lead Build Outs | Wild West!! Going to be a fun ride! Working closely with L2-L7 team. |

**Retail Vertical Lead: ( Finalized JD )**
- **Ideal Profile:** LST is prioritizing candidates from "brick and mortar" retailers that have had to build digital capabilities. Technology, e-commerce, and digital (CDO) backgrounds.
- **Status**: Challenging search; relevant candidates in play; likely going external
- **Panel**: Tariq, Becky, Jason, Greg, Brian.

| Candidate Name | Title and Company | Status | Tariq Action/Perspective |
|---|---|---|---|
| | | ▮▮▮▮▮▮: "Kick off" later today, 8/10. They have the "off limits" list. | |

**Financial Services Lead: ( Finalized JD )**
- **Ideal Profile:** LST is prioritizing candidates with backgrounds that show clear progression up to senior executive level in the "operations & technology" function.
- **Panel**: Tariq, Becky, Jason, Greg, Brian (Diane on reserve)
- **Status**: New candidates.

| Candidate Name | Title and Company | Status | Tariq Action/Perspective |
|---|---|---|---|
| ▮▮▮▮▮▮ | President, Bay Area ▮▮▮ | Per Lauren, Diane wants to see the packet before scheduling with ▮▮▮. | Tariq in discussions with Diane. Week of 20th. |
| ▮▮▮▮▮▮ | SVP/COO, Technology and Operations ▮▮▮ | ▮▮▮ is interested in the "P. Torrey" role for FSI. | Will she be on the technical or non-technical side? Likely GCL. Tariq to have another call. |
| Ulku Rowe | Google | Awaiting complete feedback. Met with Sebastien: 8/2 Darryl, Jason, Vats: 8/8: Vats liked her. Darryl like her, had some questions - followership. | |
| ▮▮▮▮▮▮ | Google | Scheduling panel interviews: Sebastien M: 8/30 Brian: scheduling GVC In-person panel: 9/10. | |

| Prashanth Chandrasekar | VP and GM, Public Clouds Rackspace (bio) | Sent to PH. | Stuart to send Olivia and Carolee. |
|---|---|---|---|

# August 3, 2018

| Cloud Partners and Industry Platforms: Snapshot Active Executive Searches ||||
|---|---|---|---|
| **Tarun** | **Greg** | **Kevin** | **Darryl** |
| **Auto**: Pivot: 2 GTM positions and one L8 Technical solutions role: ▉▉▉▉ (Tech role) & ▉▉▉▉ (GCD EMEA) ▉▉▉▉ (DGCL AMER) | N/A | **SAP Lead**: Sourcing new candidates with deeper experience in SAP. | **GTM**: Panel interviews. 2 candidates. ▉▉▉▉ - ▉▉▉▉ |
| **Nan** | **Damian Lawlor** | | |
| N/A | N/A | | |

| Tariq Active Searches ||
|---|---|
| **Active Roles** | **High Level Status** |
| Retail | Going External: contract resolved.  Scheduling "Kick off" ideally week of 8/6. |
| Financial Services | 3 Candidates for panel: two internals |
| Media & Entertainment | Scheduling Panel Interviews: ▉▉▉▉ |
| Gaming | Packet Submitted: for ▉▉ |
| VP, Strategic Accounts | Speaking with ▉▉▉▉ today. |
| Global Client Lead Build Outs | Wild West!!  Going to be a fun ride!  Working closely with L2-L7 team. |

ATTORNEYS' EYES ONLY

GOOG-ROWE-00017844.RR

**Retail Vertical Lead: ( Finalized JD )**
- **Ideal Profile:** LST is prioritizing candidates from "brick and mortar" retailers that have had to build digital capabilities. Technology, e-commerce, and digital (CDO) backgrounds.
- **Status**: Challenging search; relevant candidates in play; likely going external
- **Panel**: Tariq, Becky, Jason, Greg, Brian.

| Candidate Name | Title and Company | Status | Tariq Action/Perspective |
|---|---|---|---|
| | | ▇▇▇▇▇: Working with Jess to set-up kick-off with Brenda and team next week. We should have a customer "off limits" list for them, e.g. ▇▇▇▇▇, etc. | |

**Financial Services Lead: ( Finalized JD )**
- **Ideal Profile:** LST is prioritizing candidates with backgrounds that show clear progression up to senior executive level in the "operations & technology" function.
- **Panel**: Tariq, Becky, Jason, Greg, Brian (Diane on reserve)
- **Status**: New candidates.

| Candidate Name | Title and Company | Status | Tariq Action/Perspective |
|---|---|---|---|
| ▇▇▇▇▇ | President, Bay Area ▇▇▇ | Per Lauren, Diane wants to see the packet before scheduling with ▇▇▇. | Tariq in discussions with Diane. Week of 20th. |
| ▇▇▇▇▇ | SVP/COO, Technology and Operations ▇▇▇ | ▇▇▇ is interested in the "P. Torrey" role for FSI. | If you're open to this, Stuart to work with HR to see if we can use interview feedback, etc. |
| Ulku Rowe | Google | Scheduling panel interviews. Brian supports her hire, but he prefers not to formally interview her. | |
| ▇▇▇▇▇ | Google | Scheduling panel interviews: Sebastien M: 8/30 Brian: scheduling GVC In-person panel: 9/10. | |
| ▇▇▇▇▇ | VP, Digital Labs ▇▇▇ | Darryl is "H" concerns around inspiration. Brian is "NH" | Given Brian, do we stop ▇▇ now? |
| ▇▇▇▇▇ | Chief Data & Analytics Officer ▇▇▇ | Stuart provided background to Fiona and Kevin. Fiona and Kevin to connect with Tariq. | Any follow-up here? |
| ▇▇▇▇▇ | Head of Global Treasury Services ▇▇▇ | Exchanging messages; connecting soon. | |

ATTORNEYS' EYES ONLY                                    GOOG-ROWE-00017845.RR