**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ULKU ROWE,<br><br>            Plaintiff,<br><br>-against-<br><br>GOOGLE LLC,<br><br>            Defendant. | No. 1:19-cv-08655 (LGS) |

**[PROPOSED] ORDER GRANTING DEFENDANT'S**
**MOTION TO RETAIN DOCUMENTS UNDER SEAL**

AND NOW, this _____ day of _____, 2022, upon consideration of Defendant Google LLC's Motion to Retain Documents Under Seal, Memorandum of Law in Support, supporting Declarations, and any opposition and reply thereto, IT IS HEREBY ORDERED that:

1. Google's request to retain under seal excerpts from a third party witness's confidential severance agreement submitted by both parties in connection with Google's request for leave to take *de bene esse* depositions. (ECF 262, 265), is GRANTED.

IT IS SO ORDERED.

                                                                       Honorable Lorna G. Schofield
                                                                       United States District Judge