# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/09
```

STEVEN CANCRO,

               Plaintiff,

-v-

CREDIT AGRICOLE INDOSUEZ SEVERANCE
PAY PROGRAM, *et al.*,

               Defendants.

No. 05 Civ. 2023 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of the parties' March 30, 2009 letter advising the Court of which portions of the sealed March 24, 2009 Memorandum and Order the parties contend are covered by the Protective Order in this matter, and suggesting redactions.

IT IS HEREBY ORDERED that, no later than April 14, 2009, the parties shall submit to the Court a copy of the March 24, 2009 Memorandum and Order, redacted in accordance with the parties' proposed redactions.

SO ORDERED

Dated:     April 7, 2009
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE