UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                              :
ULKU ROWE,                             :
                      Plaintiff,   :        19 Civ. 8655 (LGS)
                             :
          -against-            :           ORDER
                             :
GOOGLE LLC,                   :
                    Defendant.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an Order issued October 14, 2022, set this action for jury trial on the Court's January 2023 trial-ready calendar, to begin on January 9, 2023.  It stated that the final pretrial conference would be scheduled closer to the trial date.  It is hereby

      **ORDERED** that the jury trial scheduled for January 9, 2023, is **ADJOURNED** to **April 17, 2023**, at **9:45 A.M.**  It is further

      **ORDERED** that final pretrial conference will be held on **April 3, 2023,** at **11:15 A.M.** The conference will be telephonic and will take place on the following line: 888-363-4749, access code: 558-3333.

      Other trial-related deadlines, including those for the final pretrial order and for motions relating to ongoing expert discovery, are unaffected by this Order.  The parties are informed that it is the Court's practice to rule on the admissibility of exhibits prior to trial.  Following submission of the final pretrial order, the Court will set a deadline for the parties to submit their proposed trial exhibits.

Dated: December 7, 2022
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**