AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| ULKU ROWE | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-cv-8655 |
| GOOGLE LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Google LLC

Date: 12/08/2022

*Attorney's signature*

Kaveh Dabashi (Bar No. 5621693)
*Printed name and bar number*

Paul Hastings LLP
200 Park Avenue
New York, NY 10166

*Address*

kavehdabashi@paulhastings.com
*E-mail address*

(212) 318-6000
*Telephone number*

(212) 230-7658
*FAX number*