

Advocates for Workplace Fairness

December 13, 2022

**Via ECF:**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application **GRANTED.** Any motions related to expert discovery shall be filed by **January 20, 2023,** and any memoranda of law in opposition shall be filed by **January 27, 2023**. So Ordered.

Dated: December 13, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:     *Ulku Rowe v. Google LLC*, Case No. 19-cv-08655

Dear Judge Schofield:

We represent the Plaintiff, Ulku Rowe in the above-referenced matter and write on behalf of all parties. Pursuant to Rule I.B.2 of Your Honor's Individual Rules, we write to request a brief three-week extension of time to complete expert discovery. Per the current schedule (ECF No. 231), Plaintiff submitted her expert report on November 18, 2022 and Defendant has represented that it will not be submitting a rebuttal expert report. Due to conflicts related to the scheduling of Plaintiff's expert deposition and in light of the new April 17, 2023 trial date, the parties respectfully request a slight modification of the expert discovery schedule:

| Description | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for parties to file motion related to expert discovery | December 30, 2022 | January 20, 2022 |
| Deadline for party to oppose motion related to expert discovery | January 6, 2023 | January 27, 2022 |

This is the parties' first request for an extension of the expert discovery schedule and all parties consent. We thank the Court for its consideration of this matter.

Respectfully submitted,

/s/ *Cara E. Greene*
Cara E. Greene
Outten & Golden LLP
685 Third Avenue, 25th Floor
New York, NY 10017
*Counsel for the Plaintiff*

cc:     All Parties (via ECF)

New York  685 3rd Ave 25th Floor, New York, NY 10017  T (212) 245-1000  F (646) 509-2060
San Francisco  1 California Street, 12th Floor, San Francisco, CA 94111  T (415) 322-1391  F (415) 638-8810
Washington, DC  1225 New York Ave NW, Suite 1200B, Washington DC 20005  T (202) 914-5097  F (202) 847-4410
outtengolden.com   mail@outtengolden.com