UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ULKU ROWE,

                              Plaintiff,                         **ORDER**

            -against-                                 **19-CV-8655 (JHR) (JW)**

GOOGLE, LLC,

                              Defendant.
-------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This matter has been referred for settlement. Should the parties wish to schedule a settlement conference, the Parties are directed to contact Courtroom Deputy Christopher Davis via email by **February 17, 2023** at [WillisNYSDChambers@nysd.uscourts.gov](mailto:WillisNYSDChambers@nysd.uscourts.gov) to provide three mutually agreeable dates in the last week of February/first week of March, or the last two weeks of March. Any conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York.

      Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Willis's Standing Order for all Cases Referred for Settlement.

      SO ORDERED.

DATED:    New York, New York
                 February 13, 2023

                                                      *Jennifer E. Willis*
                                                      JENNIFER E. WILLIS
                                                      United States Magistrate Judge