

1(212) 318-6046
kennethgage@paulhastings.com

March 24, 2023

**VIA ECF**

Hon. Jennifer H. Rearden
United States District Court Judge
U.S. Courthouse, Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Ulku Rowe v. Google LLC, No. 19-cv-08655

Dear Judge Rearden:

We are writing jointly in response to Your Honor's request at the February 10, 2023 status conference for trial availability through September 2023. The parties and a majority of witnesses are available for a ten-day trial on the following dates, if Your Honor's calendar can accommodate. We respectfully request that once the Court sets a trial date, the parties be given leave to amend sections G and H of the Joint Pretrial Order (ECF 285) to account for any expected witness unavailability on those dates.

- August 14, 2023 – August 25, 2023
- August 21, 2023 – September 1, 2023
- September 4, 2023 – September 15, 2023
- September 18, 2023 – September 29, 2023

Respectfully,

 /s/ Kenneth W. Gage                              /s/ Cara E. Greene
Kenneth W. Gage                                  Cara E. Greene
Sara B. Tomezsko                                 Gregory Chiarello
Kaveh Dabashi                                    Shira Z. Gelfand
of PAUL HASTINGS LLP                             of OUTTEN & GOLDEN LLP