```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/28/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ULKU ROWE,

                Plaintiff,

-v.-

GOOGLE LLC,

                Defendant.

19 Civ. 8655 (JHR)

SCHEDULING ORDER

JENNIFER H. REARDEN, District Judge:

    IT IS HEREBY ORDERED that:

1. Trial will commence on August 14, 2023 at 10:00 a.m.

2. Amendments to the Joint Pretrial Order, ECF No. 285, shall be due July 14, 2023. Appendix A shall be updated to reflect the Court's previous rulings on motions *in limine*, ECF No. 292.

3. On July 31, 2023 at 12:30 p.m., the parties shall appear by video, via Microsoft Teams, for a final pretrial conference. The parties will receive log-in credentials via email. The public listen-only line may be accessed by dialing 646-453-4442 and entering Conference ID: 360 854 682#.

    SO ORDERED.

Dated: June 28, 2023
         New York, New York

                                                  JENNIFER H. REARDEN
                                                  United States District Judge