

Advocates for Workplace Fairness

July 5, 2023

<u>**Via ECF:**</u>
The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Ulku Rowe v. Google LLC,* Case No. 19-cv-08655

Dear Judge Rearden:

We represent the Plaintiff, Ulku Rowe, in the above-referenced matter. Pursuant to Your Honor's June 28 Order and Individual Rule 7.C., the current deadline to submit demonstrative exhibits is July 14, 2023.  We write on behalf of both Parties to respectfully request a brief one-week extension of the deadline to submit their demonstratives to the Court, to July 21, 2023. In light of the Parties' anticipated revisions to the Joint Pre-Trial Order, the Parties would benefit from an additional week to prepare their demonstrative exhibits. This is the Parties' first request for an extension with Judge Rearden and this extension will not affect any other deadlines in this matter.

Respectfully submitted,

/s/ Cara E. Greene
Cara E. Greene
Outten & Golden LLP
685 Third Avenue, 25th Floor
New York, NY 10017
*Counsel for the Plaintiff*

cc:   All Parties (via ECF)