UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ULKU ROWE,<br><br>      Plaintiff,<br><br>   -v.-<br><br>GOOGLE LLC,<br><br>      Defendant. | 19 Civ. 08655 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On **July 24, 2023** at **12:15 p.m.**, the parties shall appear for a teleconference. Counsel should join the conference by dialing 646-453-4442 and entering Conference ID: 728 360 344#. Members of the public may call the same number but are to keep their phones muted during the proceeding.

  SO ORDERED.

Dated: July 21, 2023
    New York, New York

                   *Jennifer H. Rearden*
                   JENNIFER H. REARDEN
                   United States District Judge