```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/25/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ULKU ROWE,

                Plaintiff,

-v.-

GOOGLE LLC,

                Defendant.

19 Civ. 08655 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

       As stated on the record during the July 24, 2023 conference, the jury trial scheduled to begin on August 14, 2023 is ADJOURNED to October 4, 2023 at 10:00 a.m.  In addition, the final pretrial conference scheduled for July 31, 2023 is ADJOURNED to September 21, 2023 at 11:00 a.m.

       SO ORDERED.

Dated: July 25, 2023
       New York, New York

                                                          *Jennifer H. Rearden*
                                                          JENNIFER H. REARDEN
                                                           United States District Judge