# Exhibit 1

**From:** Tomezsko, Sara B.
**To:** Gelfand, Shira Z.
**Cc:** Greene, Cara; Chiarello, Gregory; Gage, Kenneth W.; Dabashi, Kaveh
**Subject:** RE: Rowe/Google- Supplemental Production
**Date:** Tuesday, May 2, 2023 4:21:46 PM
**Attachments:** image001.png
image002.png

Shira – Circling back on this, Google can produce perf documentation and comp information for the cycle that just ended by the end of next week, May 12. If that anticipated production date changes, I will let you know. I also owe you some alternative dates and times for a meet and confer. Let me know if you're available during one of the following windows:

- Monday, May 8 from 2-4 pm
- Tuesday, May 9 before 11 am or after 4 pm
- Wednesday, May 10 before 11 am or between 2 and 3 pm
- Thursday, May 11 before 12 pm, between 3 and 4 pm, or after 4:30 pm



**Sara Tomezsko | Partner, Employment Law Department**
Paul Hastings LLP | 200 Park Avenue, New York, NY 10166 | Direct: +1.212.318.6267 | Main: +1.212.318.6000 | Fax: +1.212.230.7767 | saratomezsko@paulhastings.com | www.paulhastings.com | Pronouns: she/her

**From:** Tomezsko, Sara B.
**Sent:** Friday, April 28, 2023 1:27 PM
**To:** 'Gelfand, Shira Z.' <sgelfand@outtengolden.com>
**Cc:** Greene, Cara <ceg@outtengolden.com>; Chiarello, Gregory <gchiarello@outtengolden.com>; Gage, Kenneth W. <kennethgage@paulhastings.com>; Dabashi, Kaveh <kavehdabashi@paulhastings.com>
**Subject:** RE: Rowe/Google- Supplemental Production

Hi Shira – We have already put in a request for this information, but I do not think we will be able to produce it by May 5. We may need an additional week or two, but I should be in a better position to confirm timing on Monday evening. Thanks.



**Sara Tomezsko | Partner, Employment Law Department**
Paul Hastings LLP | 200 Park Avenue, New York, NY 10166 | Direct: +1.212.318.6267 | Main: +1.212.318.6000 | Fax: +1.212.230.7767 | saratomezsko@paulhastings.com | www.paulhastings.com | Pronouns: she/her

**From:** Gelfand, Shira Z. <sgelfand@outtengolden.com>
**Sent:** Friday, April 28, 2023 1:24 PM
**To:** Tomezsko, Sara B. <saratomezsko@paulhastings.com>
**Cc:** Greene, Cara <ceg@outtengolden.com>; Chiarello, Gregory <gchiarello@outtengolden.com>; Gage, Kenneth W. <kennethgage@paulhastings.com>; Dabashi, Kaveh <kavehdabashi@paulhastings.com>
**Subject:** [EXT] Rowe/Google- Supplemental Production

**--- External Email ---**

Hi Sara,

We understand that Google has announced the 2022 end-of-year bonus, equity refresh grants, and 2023 salaries to its employees. As such, we request that Google supplement discovery with this compensation information. We ask that you produce this by May 5, so that our expert may timely prepare an updated report. Please confirm that Google will be able to produce this information by that date.

Thanks,
Shira



**Shira Gelfand | Associate**
685 Third Ave, 25th Floor| New York, NY 10017
(w) 347-390-2110
sgelfand@outtengolden.com

*This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender immediately and delete the message and any attachments.*