

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ULKU ROWE,

               Plaintiff,

    -v.-

GOOGLE LLC,

               Defendant.

19 Civ. 08655 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    WHEREAS, on September 18, 2023, the parties filed a Second Amended Joint Pretrial Order, and on September 21, 2023, the Court held a final pretrial conference;

    WHEREAS, of the twenty-nine total witnesses identified in the Second Amended Joint Pretrial Order, ten have been proposed by both parties;

    WHEREAS, the Second Amended Joint Pretrial Order reflects a plan to elicit duplicative and cumulative testimony from several witnesses, including with respect to the hiring and leveling of Technical Directors in the Office of the CTO ("OCTO"); consideration of Ms. Rowe for the head of the Financial Services Industry Vertical role; Ms. Rowe's transfer out of OCTO; Ms. Rowe's complaints; and Google's Human Resources processes, *see* ECF No. 310 at 3-13;

    WHEREAS, despite the foregoing, the parties opined during the final pretrial conference that ten hours per side would not be sufficient;

    WHEREAS, the parties also intimated that the daily trial schedule proposed by the Court, pursuant to which the proceedings would conclude at 2:30 p.m. each day, would require them to modify their anticipated presentation of witnesses;

    It is hereby ORDERED that:

1. Each party will be allotted twelve hours, which will include opening statements, direct examination, and cross-examination, i.e., any time counsel are on their feet,

   except for summations.  Time limits for summations will be determined at a later date.

2. On October 4, 2023, as discussed at the final pretrial conference, the proceedings will run from 9:00 a.m. until 5:00 p.m.

3. For all days thereafter, the schedule is modified as follows.  Counsel shall be ready by 9:00 a.m. each day.  On October 5 and 10, the proceedings will conclude at 4:30 p.m.  On October 6 and 11, the proceedings will conclude at 4:00 p.m.  On October 9, the Court will be closed for a federal holiday.

4. On each day of trial, breaks will take place from approximately 11:00 a.m. to 11:15 a.m.; 12:45 p.m. to 1:15 p.m.; and 2:45 p.m. to 3:00 p.m.

SO ORDERED.

Dated: September 25, 2023
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge