

1(212) 318-6046
kennethgage@paulhastings.com

October 2, 2023

**VIA ECF**
Hon. Jennifer H. Rearden
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Ulku Rowe v. Google LLC*, Case No. 1:19-cv-08655-LGS

Dear Judge Rearden:

We represent Defendant Google LLC ("Google") in this matter. Pursuant to Your Honor's Order, dated October 2, 2023 (ECF No. 321), we write jointly with Plaintiff to advise the Court that the parties have elected to proceed with the trial in this matter beginning October 10, 2023, continuing through October 13, 2023, and resuming on October 18, 2023.

The parties will confirm witness availability and will endeavor to resolve any conflicts amongst themselves.

Respectfully submitted,

Kenneth W. Gage
PAUL HASTINGS LLP

Paul Hastings LLP  |  200 Park Avenue  |  New York, NY 10166
t: +1.212.318.6000  |  www.paulhastings.com