# PAUL HASTINGS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/2/2023

1(212) 318-6046
kennethgage@paulhastings.com

October 2, 2023

**VIA ECF**
Hon. Jennifer H. Rearden
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Ulku Rowe v. Google LLC, Case No. 1:19-cv-08655-LGS

Dear Judge Rearden:

We represent Defendant Google LLC ("Google") in this matter. Pursuant to Your Honor's Order, dated October 2, 2023 (ECF No. 321), we write jointly with Plaintiff to advise the Court that the parties have elected to proceed with the trial in this matter beginning October 10, 2023, continuing through October 13, 2023, and resuming on October 18, 2023.

The parties will confirm witness availability and will endeavor to resolve any conflicts amongst themselves.

Respectfully submitted,

Kenneth W. Gage
PAUL HASTINGS LLP

---

The jury trial scheduled to begin on October 4, 2023 is adjourned to October 10, 2023 at 9:00 a.m.  Trial will continue through the end of the week and then resume on Wednesday, October 18, 2023.

Plaintiff's letter-motion to compel is denied as moot.  The Clerk of Court is directed to terminate ECF No. 317.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Date: Oct. 2, 2023