# Exhibit A

IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------x

ULKU ROWE,

                Plaintiff,

          -against-

GOOGLE LLC,

                Defendant.

Case No:  19-cv-08655 (JHR)

-------------------------------------x

                 October 2, 2023

                 9:12 a.m.


      Videotaped Deposition of NonParty

Witness PATRICIA FLORISSI, pursuant to Notice,

before CINDY A. AFANADOR, Certified Shorthand

Reporter, Registered Professional Reporter,

Certified Realtime Reporter, Registered Merit

Reporter, NYSRCR, NYSACR and Notary Public of

the State of New York.


**THIS TRANSCRIPT CONTAINS CONFIDENTIAL

PORTIONS DESIGNATED BY COUNSEL**



1              Patricia Florissi

2   joined OCTO in the office of the CTO.

3        Q.     Did she say what her level was

4   when she joined?

5        A.     Not at first, but I think that

6   later -- later -- sometime later I think she

7   was promoted twice since I joined.

8        Q.     And so that means she would have

9   started as a level 7?

10       A.     That would probably have been it.

11       Q.     Did she ever express a view about

12  how she felt about starting as a level 7?

13       A.     Not necessarily, nothing that

14  I -- that I would share -- that I would

15  remember to share.

16       Q.     Did it surprise you to learn that

17  she had joined as a level 7?

18       A.     I don't have an opinion on that.

19       Q.     Would it surprise you to learn

20  that Paul Strong joined as a level 9?

21       A.     I do not -- first, this is the

22  first time that I'm hearing that he was hired

23  as a level 9.  I don't have an opinion.  I was

24  not part of the interview process.  I am

25  not -- no, I cannot comment on anything that



1                    Patricia Florissi

2    happened before I joined.

3        Q.     And from what you've seen, how

4    does Ms. Bennett's work compare to

5    Mr. Strong's?

6                MR. GAGE:  Objection.

7        A.     I'm not familiar with Paul

8    Strong's work.

9        Q.     Does he seem to have as an

10   expansive role as Ms. Bennett?

11               MR. GAGE:  Objection.

12       A.     I don't want to comment on

13   anything -- I cannot comment.  I don't have

14   the groundwork to comment on whether or not

15   the work that he is doing is comparable to

16   Jenn's.

17       Q.     Then Mr. Strong's work is not

18   impactful in the work that you are doing; is

19   that right?

20               MR. GAGE:  Objection.

21       A.     The work -- I'm not sure how the

22   work I'm doing would be impacted by Paul's

23   work.

24       Q.     Are you surprised to learn that

25   Mr. Donaldson was hired as a level 9?

