# Exhibit B

Page 1

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
ULKU ROWE,

        Plaintiff,

    -against-

GOOGLE LLC,

        Defendant.

Case No:  19-cv-08655 (JHR)

----------------------------------------x

        October 2, 2023
        9:12 a.m.

    Videotaped Deposition of NonParty Witness PATRICIA FLORISSI, pursuant to Notice, before CINDY A. AFANADOR, Certified Shorthand Reporter, Registered Professional Reporter, Certified Realtime Reporter, Registered Merit Reporter, NYSRCR, NYSACR and Notary Public of the State of New York.

**THIS TRANSCRIPT CONTAINS CONFIDENTIAL PORTIONS DESIGNATED BY COUNSEL**



Page 132

```
 1                  Patricia Florissi
 2     after.
 3             THE VIDEOGRAPHER:  We are going
 4       off the record, the time is 12:16 p.m.
 5             (Recess taken.)
 6             THE VIDEOGRAPHER:  We are back on
 7       the record, the time is 12:30 p.m.
 8   BY MS. GREENE:
 9       Q.    Ms. Florissi, do you have any
10   visibility into what Mr. Shank is doing on a
11   daily basis?
12       A.    No.
13       Q.    Do you have any visibility into
14   what Mr. Shank's job requirements are?
15       A.    No.
16       Q.    Do you know Mr. --
17       A.    I -- sorry, I want to clarify
18   that.  I work closely with him in several
19   projects and he is also a manager, but I don't
20   have visibility into what he does on a daily
21   basis, no.
22       Q.    Do you know what Mr. Shank's
23   qualifications are?
24       A.    I know he worked at AWS -- no,
25   Amazon actually, I don't know, he was leading
```



Page 133

```
 1                   Patricia Florissi
 2    gaming, so I don't know if it was AWS or
 3    Amazon, I don't know.
 4           Q.     Do you have insight into what
 5    Mr. Penberthy is doing on a day-to-day basis?
 6           A.     No.
 7           Q.     Do you know what his
 8    qualifications are?
 9           A.     I do not.
10           Q.     Do you have insight into what
11    Mr. Gundi is doing on a day-to-day basis?
12           A.     I do not know what he's doing on
13    a day-to-day basis, but I also have other
14    meetings with him that give me some exposure
15    to some of the work that he's doing.
16           Q.     And the work that he's doing, is
17    it similar in any way to the work that you are
18    doing?
19           A.     No.  Well, let me qualify that.
20    He operates, he has contacts with -- as equity
21    of ZNI (phonetic) companies and he is working
22    very closely on this strategy, so it's much
23    broader than what I do.
24           Q.     Do you know what his
25    qualifications are?
```

