# Exhibit C

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
ULKU ROWE,

        Plaintiff,

    -against-

GOOGLE LLC,

        Defendant.

Case No:  19-cv-08655 (JHR)
----------------------------------------x

        October 2, 2023
        9:12 a.m.

    Videotaped Deposition of NonParty Witness PATRICIA FLORISSI, pursuant to Notice, before CINDY A. AFANADOR, Certified Shorthand Reporter, Registered Professional Reporter, Certified Realtime Reporter, Registered Merit Reporter, NYSRCR, NYSACR and Notary Public of the State of New York.

**THIS TRANSCRIPT CONTAINS CONFIDENTIAL PORTIONS DESIGNATED BY COUNSEL**



Page 137

```
 1                     Patricia Florissi
 2    Cloud prior to coming to Google?
 3           A.     No, I did not have.
 4           Q.     Do you know who Nick Harto is?
 5           A.     I don't remember from the top of
 6    my head.
 7           Q.     So does that mean you are not
 8    able to speak to how his work compares or
 9    compared to Ms. Rowe's?
10                  MR. GAGE:  Objection.
11           A.     Say the name again.
12           Q.     Sure, Nick Harto.
13           A.     I don't remember knowing him or
14    knowing of him.
15           Q.     Okay.
16                  And so do you know anything about
17    the work Mr. Harto performed while he was at
18    Google?
19                  MR. GAGE:  Objection.  Asked and
20        answered.
21           A.     I do not know.
22           Q.     Do you know anything about
23    Mr. Harto's qualifications?
24                  MR. GAGE:  Objection.
25           A.     I do not know him.
```



Page 138

Patricia Florissi

1
2  Q. Do you know who Ben Wilson is?
3  A. No, I do not know who Ben Wilson
4  is.
5  Q. And so is it fair to say that you
6  also can't talk about how his work compared to
7  Ms. Rowe's?
8  A. Yes, it is fair.
9  Q. And you also can't testify as to
10 Mr. Wilson's qualifications, correct?
11 A. Correct.
12 Q. Do you know who Evren Eryurek is?
13 A. I know who he is and I have
14 talked to him a couple of times, but I believe
15 that when I joined he is -- he was no longer a
16 member of the office of the CTO and I talked
17 to him in two or three occasions on storage, I
18 believe, yeah, on storage topics, topics
19 related to storage or what he was doing.
20 Q. Are you able to compare the work
21 that Mr. Eryurek was doing in OCTO to the work
22 that Ms. Rowe was doing in OCTO at that time?
23 A. I am not able to compare, I don't
24 have visibility. I didn't have visibility.
25 Q. Do you know what Mr. Eryurek's

