# Exhibit E

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

ULKU ROWE,

        Plaintiff,

    -against-

GOOGLE LLC,

        Defendant.

Case No:  19-cv-08655 (JHR)

----------------------------------------x

          October 2, 2023
          9:12 a.m.

    Videotaped Deposition of NonParty Witness PATRICIA FLORISSI, pursuant to Notice, before CINDY A. AFANADOR, Certified Shorthand Reporter, Registered Professional Reporter, Certified Realtime Reporter, Registered Merit Reporter, NYSRCR, NYSACR and Notary Public of the State of New York.

**THIS TRANSCRIPT CONTAINS CONFIDENTIAL PORTIONS DESIGNATED BY COUNSEL**



Page 104

1                Patricia Florissi
2    level 9.  As a level 8 I don't participate.  I
3    don't have a voice on being promoted to
4    level 9, but I participate on the discussions
5    of others that are going from let's say --
6    from other levels that are below level 8.
7         Q.    Is it written anywhere that you
8    know of that to be promoted to level 9 you
9    have to be executing next level work?
10        A.    I think there are a lot of places
11   that say that.  In fact, when you have the two
12   internally, they ask you is he or she
13   performing at the level above and there are
14   four -- four dots that you can specify and the
15   highest is multiple times, something along
16   those lines, but it is one of the criteria
17   that they take into consideration that you are
18   performing at level 9 or, again, performing at
19   next level.
20        Q.    Where have you seen that written?
21        A.    So first of all, we just went to
22   a promotion meeting last week for someone that
23   is, again, not going from -- going from other
24   levels, that I am -- one of them I was the
25   peer-review and it -- they shared on the

