# Exhibit F

Page 1

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
ULKU ROWE,

             Plaintiff,

      -against-

GOOGLE LLC,

             Defendant.

Case No:   19-cv-08655 (JHR)
----------------------------------------x

                   October 2, 2023
                   9:12 a.m.


      Videotaped Deposition of NonParty
Witness PATRICIA FLORISSI, pursuant to Notice,
before CINDY A. AFANADOR, Certified Shorthand
Reporter, Registered Professional Reporter,
Certified Realtime Reporter, Registered Merit
Reporter, NYSRCR, NYSACR and Notary Public of
the State of New York.


**THIS TRANSCRIPT CONTAINS CONFIDENTIAL
PORTIONS DESIGNATED BY COUNSEL**



```
                                                      Page 99
 1                   Patricia Florissi
 2   to Google?
 3        A.    I looked at the job posting.
 4        Q.    And that describes the job?
 5        A.    I'm not sure I understand.  It
 6   describes what is expected of you as a
 7   technical director and then you read the OKRs
 8   and I think that's how I guide my work, my
 9   role.
10        Q.    The job posting that you saw, did
11   it specify whether it was a level 8 or level 9
12   role?
13        A.    I don't remember, it said
14   technical director.  Director level -- maybe
15   they didn't use the word "technical," I don't
16   remember.  It has been a while now.
17        Q.    Sitting here do you know the
18   levels of all the other technical directors in
19   OCTO?
20             MR. GAGE:  Objection.  Asked and
21        answered.
22             Go ahead, you can answer.
23        A.    All the other technical directors
24   I don't -- I don't know.
25        Q.    At the director level, are you
```



Page 100

```
 1                  Patricia Florissi
 2   aware of any distinctions that exist between
 3   how a director 8 and a director 9 perform
 4   their job?
 5        A.    I can only tell you what I have
 6   seen level 9 deliver against level 8.
 7        Q.    Well, who do you know that's a
 8   level 9?
 9        A.    Jenn Bennett.
10        Q.    Is she the only one you know?
11        A.    No.  Since I have been in the
12   office of the CTO, I have seen, to the best of
13   my knowledge, four promotions to level 9.  The
14   first one was Masimo, he got promoted right
15   after I think I joined.  I didn't understand
16   if it was -- or I didn't understand what level
17   he was being promoted from or to and later I
18   learned.
19        Q.    And what did you learn?
20        A.    That he had been promoted to
21   level 9.  And then Jenn, Eric Shank.  Who
22   else?  I believe Antonio Gali.  Antonio Gali
23   also.
24        Q.    When was Mr. Shank promoted?
25        A.    That's a good question.  I think
```

