# Exhibit G

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
ULKU ROWE,

        Plaintiff,

    -against-

GOOGLE LLC,

        Defendant.

Case No:   19-cv-08655 (JHR)
----------------------------------------x

        October 2, 2023
        9:12 a.m.


    Videotaped Deposition of NonParty Witness PATRICIA FLORISSI, pursuant to Notice, before CINDY A. AFANADOR, Certified Shorthand Reporter, Registered Professional Reporter, Certified Realtime Reporter, Registered Merit Reporter, NYSRCR, NYSACR and Notary Public of the State of New York.

**THIS TRANSCRIPT CONTAINS CONFIDENTIAL PORTIONS DESIGNATED BY COUNSEL**



|     |                                                                       |
|-----|-----------------------------------------------------------------------|
| 1   | Patricia Florissi                                                     |
| 2   | screen the manager makes a case that the                              |
| 3   | person is reporting at the highest level and,                         |
| 4   | yeah, and I believe that there may be                                 |
| 5   | documents within Google that talk about your                          |
| 6   | performing at this level or next level most of                        |
| 7   | the time.                                                             |
| 8   | Q.    Do you know what the expectations                               |
| 9   | are for level 9 in -- for technical directors                         |
| 10  | in OCTO?                                                              |
| 11  | A.    So the term "expectation" within                                |
| 12  | the -- within the GARD system is taken into                           |
| 13  | the context of the review.  So when you looked                        |
| 14  | at the check-ins, the check-ins are compared                          |
| 15  | with the expectations that someone has put.                           |
| 16  | So let me not -- I want to make sure that I'm                         |
| 17  | not using the word "expectations" in the                              |
| 18  | context of what is written in someone's                               |
| 19  | documents, because I don't have visibility to                         |
| 20  | that, but let me tell you what I have seen is                         |
| 21  | that expectations are that the person delivers                        |
| 22  | transformative impact, one, or multiple times                         |
| 23  | during their tenure at Google.                                        |
| 24  | Q.    Do you believe that you've                                      |
| 25  | delivered transformative impact since being at                        |



Page 103

1                  Patricia Florissi
2         A.      No -- he signs as a senior
3    director and I'm assuming that that means he
4    is a level 9.
5         Q.      Did his work change at the time
6    he got promoted?
7         A.      I'm not sure I understand the
8    question.
9         Q.      Sure.
10        A.      When you mean --
11        Q.      Did his job change at the time
12   from a level 8 to a 9; did something about his
13   job change when he got promoted?
14        A.      I believe the promotion, again,
15   to the best of my knowledge, the promotion
16   happens when you are executing next level's
17   work, so the reason why he was promoted to
18   level 9 is because he was doing level 9 work
19   as a level 8.
20        Q.      And what's your basis for your
21   belief?
22        A.      We go through the GARD promotion.
23   So the promotion cycle, again, we do
24   peer-reviews and I do not do -- participate on
25   peer-reviews that a promotion from level 8 to

