# Exhibit H

Page 1

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x
ULKU ROWE,

        Plaintiff,

    -against-

GOOGLE LLC,

        Defendant.

Case No:  19-cv-08655 (JHR)
-----------------------------------------x

        October 2, 2023
        9:12 a.m.


    Videotaped Deposition of NonParty Witness PATRICIA FLORISSI, pursuant to Notice, before CINDY A. AFANADOR, Certified Shorthand Reporter, Registered Professional Reporter, Certified Realtime Reporter, Registered Merit Reporter, NYSRCR, NYSACR and Notary Public of the State of New York.

**THIS TRANSCRIPT CONTAINS CONFIDENTIAL PORTIONS DESIGNATED BY COUNSEL**



```
                                                    Page 131
                       Patricia Florissi
```
 1
 2   seen in the people that have been promoted
 3   from level 8 to level 9 while I have been
 4   here.
 5        Q.    Was it ever explained to you why
 6   you were hired as a level 8 and not a level 9?
 7        A.    Yes.
 8        Q.    And what was explained to you?
 9        A.    Jonathan told me at the time that
10   level 9 required me to have led larger teams
11   or some -- something along those lines and I
12   accepted it and I accepted the offer.
13        Q.    Had you led larger teams before
14   coming to Google?
15        A.    I had led not -- well, the
16   largest teams I have led between maybe at the
17   time 30, 35, but I don't remember now, but I
18   don't think I have managed any teams with more
19   than 50 people, not that I can remember.
20   Maybe -- I worked for a startup for eight
21   years, maybe in a startup sometimes you get --
22   you are an interim responsible for one team or
23   another, so...
24             MS. GREENE:   Okay.  Let's take a
25        quick break.  Let's come back at 25

