# Exhibit I

Page 1

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
ULKU ROWE,

        Plaintiff,

   -against-

GOOGLE LLC,

        Defendant.

Case No:  19-cv-08655 (JHR)
----------------------------------------x

        October 2, 2023
        9:12 a.m.


    Videotaped Deposition of NonParty Witness PATRICIA FLORISSI, pursuant to Notice, before CINDY A. AFANADOR, Certified Shorthand Reporter, Registered Professional Reporter, Certified Realtime Reporter, Registered Merit Reporter, NYSRCR, NYSACR and Notary Public of the State of New York.

**THIS TRANSCRIPT CONTAINS CONFIDENTIAL PORTIONS DESIGNATED BY COUNSEL**



Page 23

1                Patricia Florissi
2         we need to call the judge on this, we're
3         prepared to do so.
4         Q.      Do you expect to give testimony
5   about any documents at trial?
6         A.      I'm not sure.  I don't think so.
7         Q.      Do you expect to testify about
8   Ms. Rowe's performance during the time that
9   she was working with you?
10        A.      I expect to do so.
11        Q.      And what do you expect to say
12  about Ms. Rowe's performance?
13        A.      I expected more of her
14  performance.
15        Q.      And what did you expect more of?
16        A.      I expected to see more artifacts,
17  more as what we call with Google documents
18  that had been authored by Ulku, that described
19  the projects that she was personally involved
20  in.
21        Q.      Was there anything else that you
22  expected more of Ms. Rowe that you will
23  testify at trial?
24        A.      There are other things that I
25  expect more.



Page 24

```
 1                    Patricia Florissi
 2         Q.      Okay.
 3                 And what are those?
 4         A.      I would expect more
 5   predictability in terms of when she could or
 6   could not attend group meetings or individual
 7   one-on-ones.
 8         Q.      Anything else that you expected
 9   more of that you will testify to at trial?
10         A.      That I would be notified further
11   ahead in advance of vacation time or time off.
12         Q.      Anything else that you expect to
13   testify at trial about expecting more of her
14   performance?
15         A.      More interactions with the Google
16   engineering teams, product managers.
17         Q.      You said engineering and product
18   managers?
19         A.      Yes.
20         Q.      Anything else that you expect to
21   testify to with respect to your expectations
22   of her performance?
23         A.      In specific projects that Google
24   has Ulku has worked on especially the trusted
25   AI that blended into safety AI, I would like
```



Page 25

```
 1                 Patricia Florissi
 2   to have seen more leadership in leading the
 3   cause.
 4         Q.    Anything else?
 5         A.    Ulku said that she spent the
 6   first half of the year or three months
 7   studying and learning about generative AI, I
 8   would like to have seen documents that
 9   described her position, point of view, that
10   she would share with the team what she had
11   learned, that she would give pointers to
12   documents, interesting documents that she had
13   read.
14         Q.    Anything else with respect to her
15   performance that you expect to testify about
16   at trial?
17         A.    I don't know if I am
18   comprehensive, if there are -- it's a broad
19   question.  There may be other details.
20         Q.    Any other details that you
21   remember sitting here right now?
22         A.    Let me think.  Follow through.
23   Follow through.  I made suggestions for Ulku
24   to talk to people.  I'll give you a specific
25   example:  We had a meeting and we discussed in
```

