# Exhibit A

Page 1

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

ULKU ROWE,

        Plaintiff,

    -against-

GOOGLE LLC,

        Defendant.

Case No:  19-cv-08655 (JHR)

----------------------------------------x

          October 2, 2023

          9:12 a.m.


    Videotaped Deposition of NonParty Witness PATRICIA FLORISSI, pursuant to Notice, before CINDY A. AFANADOR, Certified Shorthand Reporter, Registered Professional Reporter, Certified Realtime Reporter, Registered Merit Reporter, NYSRCR, NYSACR and Notary Public of the State of New York.

**THIS TRANSCRIPT CONTAINS CONFIDENTIAL PORTIONS DESIGNATED BY COUNSEL**



Page 64

```
 1                  Patricia Florissi
 2              MR. GAGE:  We don't have any
 3       tabs, just for the record.
 4              MS. GREENE:  We're going to give
 5       you a copy of the document.
 6              MR. GAGE:  So we're going to go
 7       with an exhibit number instead of a tab
 8       number?
 9              MS. GREENE:  Well, we're going to
10       mark it as an exhibit as I think I just
11       mentioned.  Let's hold off on yours, and
12       if you could mark this as Florissi
13       Exhibit 1.
14              (Florissi Exhibit 1, Evaluation,
15       marked for identification.)
16       Q.    Ms. Florissi, do you recognize
17    this document?
18       A.    Yes, I do.
19       Q.    And what is this?
20       A.    This is my evaluation of Ulku's
21    performance.  This is the basis for giving a
22    rating.
23       Q.    And can you date this document,
24    approximately?
25       A.    Maybe January.
```



Page 65

```
 1                 Patricia Florissi
 2       Q.     Of this year?
 3       A.     Of 2023.  I'll have to go back
 4   and look at the dates, but Google has specific
 5   timelines for giving rating, so I may be
 6   wrong, maybe February.
 7       Q.     Now for delivery where it says
 8   they fully delivered on their expectations,
 9   did you write that?
10       A.     No, it's -- the system gives you
11   the option to say fully delivered or partially
12   delivered or something along those lines.
13       Q.     And so you selected they fully
14   delivered on their expectations; is that
15   correct?
16       A.     Correct.
17       Q.     And those four bullet points
18   underneath, are those bullets that you wrote?
19       A.     Yes, they are bullets that I
20   wrote.
21       Q.     So this is all information that
22   you are aware of with respect to the work that
23   Ms. Rowe was doing, correct?
24       A.     Correct.
25       Q.     Under team work attributes, did
```



Page 66

```
 1                  Patricia Florissi
 2   you select they worked effectively with
 3   others?
 4         A.    Yes.
 5         Q.    And did you add those two bullet
 6   points there?
 7         A.    Yes, I did.
 8         Q.    And you provided Ms. Rowe with a
 9   rating of significant impact; is that correct?
10         A.    Yes, I did.
11         Q.    And so a significant impact is
12   not one of the performance outliers that you
13   described before, 1 out of 5, correct?
14         A.    It is not.
15         Q.    What was your rating for this
16   time period?
17         A.    Same, significant impact.
18         Q.    And is there anything in this
19   document that reflects any negative criticisms
20   of Ms. Rowe?
21         A.    In the -- in this document we
22   don't particularly talk about areas of
23   improvement or negative, we talk about what
24   led us to get to a significant impact.
25         Q.    So at what point did you decide
```

