# Exhibit 1

1                - JENNIFER BURDIS -

2     just let me know.

3         A.    If you could read it out again, that

4     would be helpful.

5         Q.    Sure.  "As of October 2019, all

6     interviews scheduled will be assigned a proposed

7     level."  Do you see that?

8         A.    I do, yes.

9         Q.    So at the time that you were

10    recruiting the technical directors, you were not

11    required to assign an initial level before the

12    interviews; is that correct?

13            MR. GAGE:  Objection.

14        A.    I don't recall if there was

15    guidelines prior to this document coming out.

16        Q.    Okay.  Do you recall the policy

17    changing at any point?

18        A.    I do not.

19        Q.    Okay.  You can put that aside.

20              I'm going to be the adding another

21    document into the Box.  This is going to be Tab

22    164 and we're going to mark this as Exhibit 137.

23    Do you have that up?

24        A.    I'm just refreshing.

25              Yes, I have it up.

Def. Obj. 37:20-38:7
FRE 401 (relevance)
FRE 403 (prejudice)
FRE 602 (lacks foundation)

[12/9/2020 11:37 AM] Deposition of Burdis, Jennifer Vol. 1 - 12....

38

1          - JENNIFER BURDIS -

2          Q.    Okay.  Have you seen this document

3    before?

4                Oh, sorry, one second.  Before you

5    answer that, we're going to be marking this as

6    Exhibit 137.  This document has the Bates stamp

7    GOOG-ROWE-00052153.

8                (Whereupon, Exhibit 137 was marked at

9        this time.)

18  10          Q.    Have you seen this document before?

11          A.    No.

12          Q.    Okay.  Do you understand that this

13   document relates to leveling at Google?

14                MR. GAGE:  Objection.

15          A.    I would assume based on the title.

16          Q.    Okay.  So looking at the first

17   paragraph it says, "A level refers to the scope

18   and complexities within a role and is defined by

19   the knowledge, skills, and abilities that a

20   Googler needs to perform well."

21                Was this your understanding of a

22   level at the time that you were hiring for the

23   technical director role?

24          A.    Would you mind repeating those few

25   lines?

```
                                                               39
 1                    - JENNIFER BURDIS -
 2           Q.      Sure.  Are you not able to see it
 3    even if you zoom in?
 4           A.      No, it's a blur.  I mean, I
 5    could -- if I really looked hard I could probably
 6    muddle through but, I mean, I wouldn't want to get
 7    any words wrong if that would be possible.
 8           Q.      Have you zoomed into like the largest
 9    zoom?
10           A.      I have.  Let's see.
11                   Oh, here we go, I'm using the actual
12    zoom function rather than my computer thing.
13           Q.      Yes, yes.  That would --
14           A.      That is better.  So, sorry, which
15    paragraph were you reading?
16           Q.      In the first paragraph, the second
17    line, "A level refers to the scope and complexity
18    within a role and is defined by the knowledge,
19    skills, and abilities that a Googler needs to
20    perform well."
21                   So my question is:  At the time that
22    you were recruiting for the technical director
23    role, was your understanding that the level
24    referred to the scope and complexity of the role?
25           A.      Yes.
```

Def. Obj.
39:16-40:8
FRE 401
(relevance)
FRE 403
(prejudice)
FRE 602
(lacks foundation)

40

```
                          - JENNIFER BURDIS -
 1
 2         Q.    And at the time that you were
 3   recruiting for the technical director position,
 4   was your understanding that the level was defined
 5   by "the knowledge, skills, and abilities that a
 6   Googler needs to perform well"?
 7         A.    There are a number of factors
 8   considered, yes.
 9         Q.    Factors aside from the ones mentioned
10   here?
11         A.    Mentioned previously when I explained
12   what we consider when we look at level.
13         Q.    Okay.  So -- but can you repeat what
14   else in addition to what's written here would
15   be --
16               MR. GAGE:  Objection.  I'm sorry.
17         Q.    -- defining the level?
18               MR. GAGE:  Objection, asked and
19         answered.
20               THE WITNESS:  Sorry.  I missed what
21         you said, Ken.  Did you ask me not to answer?
22               MR. GAGE:  Generally, no.  I just
23         said "objection."  You can go ahead and
24         answer if you understand the question.
25               THE WITNESS: Okay.
```

[12/9/2020 11:37 AM] Deposition of Burdis, Jennifer Vol. 1 - 12....

Case 1:19-cv-08655-JHR   Document 331-1   Filed 10/12/23   Page 6 of 11

42

- JENNIFER BURDIS -

decision-making and it wouldn't -- that wouldn't sway things either way.

Q. Okay. So going down on the same document to the first bullet point it says "Consistent evaluation for all candidates," do you see that?

A. I do.

Q. So it says that, "We assess candidates against structured rubrics during the interview process to ensure consistency and reduce bias when evaluating candidates." So was that true at the time that you were recruiting for the technical director's role?

A. Just give me a second.

Yes.

Q. Okay, and which rubrics did you use?

A. I don't recall specific documents or names of documents, but there will be a rubrics that speaks to the Level 8 process and Level 9 process.

Q. Okay. So if you had assessed an individual at a Level 8 prior to their interview, that individual would be assessed according to the Level 8 rubric?

Def. Obj. 42:4-44:3
FRE 401 (relevance)
FRE 403 (prejudice)
FRE 602 (lacks foundation)

```
                - JENNIFER BURDIS -
 1
 2         Q.    So prior to your interview on October
 3    2nd, 2018, had ER contacted you?
 4         A.    Purely to schedule time with me to
 5    talk in person.
 6         Q.    Okay, and prior to this interview
 7    with ER, did you have any conversations with
 8    anyone else regarding Ms. Rowe's leveling
 9    concerns?
10         A.    No.
11         Q.    Okay.  So if you scroll to Page 2,
12    the first kind of big bullet point says "OCTO"
13    with a question mark and so:  Do you recall
14    telling ER that the main bulk of the hiring you
15    did was for the Technical Solutions Consultant L 8
16    and L 9 positions?
17         A.    Yes.
18              THE REPORTER:  Did you say something,
19         Mr. Gage?
20              MR. GAGE:  I didn't articulate a
21         word.  It was more a sound because I couldn't
22         find what she was referring to, but go ahead.
23              MS. GELFAND:  Okay, I'm on the second
24         page of in the beginning --
25              MR. GAGE:  I was looking for the word
```

Def. Obj. 93:11-17 FRE 801 and 802 (hearsay)

94

1              - JENNIFER BURDIS -

2        "bulk."  I didn't see it.

3              MS. GELFAND:  Okay.

4              MR. GAGE:  Oh, there it is.  I'm

5        sorry, go ahead.

6              MS. GELFAND:  No problem.

38  7        Q.    Do you recall telling ER that some of

8    the candidates that had come in got down-leveled

9    to a Level 7?

10        A.    I don't recall the exact conversation

11   verbatim, but what is written here certainly rings

12   true to likely how the conversation went, yes.

13        Q.    Okay.  So who were the individuals

14   that had been down-leveled to a Level 7?

15        A.    I only remember one individual that

16   was hired into OCTO at Level 7 and her name is Jen

17   Bennett.

18        Q.    And do you recall why she got

19   down-leveled?

20        A.    She didn't meet the criteria of the

21   Level 8.

22        Q.    And what was the criteria for the

23   Level 8 that she didn't meet?

24        A.    I would need to refresh my memory of

25   Jen's profile.  I don't remember it specific

Def. Obj.
94:7-12
FRE 801 and 802
(hearsay)

```
 1                       - JENNIFER BURDIS -
 2       enough to speak to those factors.
 3              Q.     Okay.  Do you recall generally what
 4       the criteria was for most Level 8s?
 5              A.     I mean, outside of what I previously
 6       explained in relation to the factors that we
 7       consider when assessing level, number of years
 8       experience play a part and relevant work
 9       experience in a candidate's work history plays a
10       part.  For the office of the CTO specifically, the
11       industry vertical where the candidate is a
12       specialist and an expert would also play a part.
13       So the previous roles held also would play a part.
14              Q.     Okay, and then if you scroll
15       down -- well, not too far down.  It's actually the
16       next line.  Do -- did you tell ER that the same
17       leveling factors are used across the board in
18       staffing?
19              A.     I don't recall saying that
20       specifically.  There are similarities when
21       assessing levels for candidates across the board,
22       but they are guideline-based; and there may be
23       some nuances when looking at certain job families
24       or job ladders that might differ from one to the
25       other.
```

Def. Obj.
95:14-25
FRE 801 and 802
(hearsay)

96

```
 1                  - JENNIFER BURDIS -
 2          Q.      So were the same factors considered
 3    for Levels 8 and 9?
 4          A.      Yes.
 5          Q.      Okay, and was there anything
 6    that -- any document that outlined what made
 7    someone a Level 8 technical director versus a
 8    Level 9 technical director?
 9                  MR. GAGE:  Objection.
10          A.      I don't recall anything specific
11    being documented at that time.
12          Q.      So was leveling then based on the
13    subjective assessment of the hiring manager?
14                  MR. GAGE:  Objection.
15          A.      I didn't hear if you said objective
16    or subjective.
17          Q.      I said "subjective."
18          A.      You would need to ask Will, as the
19    hiring manager.
20          Q.      So you don't know?
21          A.      I don't know.
22          Q.      Okay.  Do you recall telling ER that
23    you felt at Google there was a ton of gray areas
24    between the levels?
25          A.      I'm sorry, you're cutting out.  I can
```

[Def. Obj. 96:22-97:9 FRE 801 and 802 (hearsay)]

97

1                  - JENNIFER BURDIS -

2      only hear every other word.

3           Q.     Do you recall telling ER that you

4      felt at Google there was a ton of gray areas

5      between the levels?

6           A.     I don't recall using those exact

7      words.  I think I would likely refer to what I've

8      mentioned before about the assessment criteria

9      being guideline-based.

10          Q.     Okay.  Do you recall telling ER that

11     Ms. Rowe put up a huge fight when it came to comp?

12          A.     That sounds like something I would

13     have said to them -- said to them, yes.

14          Q.     And were you -- when you said that

15     Ms. Rowe put up a huge fight when it came to comp,

16     are you referring to the e-mails we had looked at

17     earlier?

18               MR. GAGE:  Objection.

19          A.     I can't recall what I was referring

20     to specifically, but my assumption is it would

21     have been based on e-mail communication and

22     telephone conversations and in-person

23     conversations with Ulku.

24          Q.     Do you believe these notes are

25     inaccurate in any way?

[12/9/2020 11:37 AM] Deposition of Burdis, Jennifer Vol. 1 - 12....