# EXHIBIT A

```
                                                                    1
 1                      - JENNIFER BURDIS -

 2
         IN THE UNITED STATES DISTRICT COURT
 3       FOR THE SOUTHERN DISTRICT OF NEW YORK
         --------------------------------- X
 4       ULKU ROWE,

 5                      Plaintiff,

 6                              Case No.
                                19 Civ. 08655(LGS)(GWG)
 7
                        v.
 8
         GOOGLE LLC
 9
                        Defendant.
10
         --------------------------------- X
11
         DATE:  December 9, 2020
12       TIME:  11:37 a.m.

13

14            VIDEOTAPED VIDEOCONFERENCE DEPOSITION

15       OF JENNIFER BURDIS, held via Zoom, pursuant to

16       Notice, before Hope Menaker, a Shorthand Reporter

17       and Notary Public of the State of New York.

18

19       ☐ Plaintiff's Designations
         ☐ Defendant's Designations
20       ☐ Plaintiff's Counter Designations
         ☐ Defendant's Counter Designations
21

22

23

24

25
```

```
 1                    - JENNIFER BURDIS -
 2    just let me know.
 3        A.    If you could read it out again, that
 4    would be helpful.
 5        Q.    Sure.  "As of October 2019, all
 6    interviews scheduled will be assigned a proposed
 7    level."  Do you see that?
 8        A.    I do, yes.
 9        Q.    So at the time that you were
10    recruiting the technical directors, you were not
11    required to assign an initial level before the
12    interviews; is that correct?
13              MR. GAGE:  Objection.
14        A.    I don't recall if there was
15    guidelines prior to this document coming out.
16        Q.    Okay.  Do you recall the policy
17    changing at any point?
18        A.    I do not.
19        Q.    Okay.  You can put that aside.
20              I'm going to be the adding another
21    document into the Box.  This is going to be Tab
22    164 and we're going to mark this as Exhibit 137.
23    Do you have that up?
24        A.    I'm just refreshing.
25              Yes, I have it up.
```

[Def. Obj. 37:20-38:7 FRE 401 (relevance) FRE 403 (prejudice) FRE 602 (lacks foundation)]

38

1           - JENNIFER BURDIS -

2           Q.    Okay.  Have you seen this document
3     before?
4                 Oh, sorry, one second.  Before you
5     answer that, we're going to be marking this as
6     Exhibit 137.  This document has the Bates stamp
7     GOOG-ROWE-00052153.
8                 (Whereupon, Exhibit 137 was marked at
9     this time.)
10          Q.    Have you seen this document before?
11          A.    No.
12          Q.    Okay.  Do you understand that this
13    document relates to leveling at Google?
14                MR. GAGE:  Objection.
15          A.    I would assume based on the title.
16          Q.    Okay.  So looking at the first
17    paragraph it says, "A level refers to the scope
18    and complexities within a role and is defined by
19    the knowledge, skills, and abilities that a
20    Googler needs to perform well."
21                Was this your understanding of a
22    level at the time that you were hiring for the
23    technical director role?
24          A.    Would you mind repeating those few
25    lines?

```
 1                  - JENNIFER BURDIS -
 2        Q.    Sure.  Are you not able to see it
 3   even if you zoom in?
 4        A.    No, it's a blur.  I mean, I
 5   could -- if I really looked hard I could probably
 6   muddle through but, I mean, I wouldn't want to get
 7   any words wrong if that would be possible.
 8        Q.    Have you zoomed into like the largest
 9   zoom?
10        A.    I have.  Let's see.
11              Oh, here we go, I'm using the actual
12   zoom function rather than my computer thing.
13        Q.    Yes, yes.  That would --
14        A.    That is better.  So, sorry, which
15   paragraph were you reading?
16        Q.    In the first paragraph, the second
17   line, "A level refers to the scope and complexity
18   within a role and is defined by the knowledge,
19   skills, and abilities that a Googler needs to
20   perform well."
21              So my question is:  At the time that
22   you were recruiting for the technical director
23   role, was your understanding that the level
24   referred to the scope and complexity of the role?
25        A.    Yes.
```

Def. Obj.
39:16-40:8
FRE 401
(relevance)
FRE 403
(prejudice)
FRE 602
(lacks foundation)

- JENNIFER BURDIS -

1
2   Q.   And at the time that you were
3   recruiting for the technical director position,
4   was your understanding that the level was defined
5   by "the knowledge, skills, and abilities that a
6   Googler needs to perform well"?
7   A.   There are a number of factors
8   considered, yes.
9   Q.   Factors aside from the ones mentioned
10  here?
11  A.   Mentioned previously when I explained
12  what we consider when we look at level.
13  Q.   Okay.  So -- but can you repeat what
14  else in addition to what's written here would
15  be --
16       MR. GAGE:  Objection.  I'm sorry.
17  Q.   -- defining the level?
18       MR. GAGE:  Objection, asked and
19  answered.
20       THE WITNESS:  Sorry.  I missed what
21  you said, Ken.  Did you ask me not to answer?
22       MR. GAGE:  Generally, no.  I just
23  said "objection."  You can go ahead and
24  answer if you understand the question.
25       THE WITNESS: Okay.

```
                   - JENNIFER BURDIS -
 1
 2    decision-making and it wouldn't -- that wouldn't
 3    sway things either way.
 4        Q.    Okay.  So going down on the same
 5    document to the first bullet point it says
 6    "Consistent evaluation for all candidates," do you
 7    see that?
 8        A.    I do.
 9        Q.    So it says that, "We assess
10    candidates against structured rubrics during the
11    interview process to ensure consistency and reduce
12    bias when evaluating candidates."  So was that
13    true at the time that you were recruiting for the
14    technical director's role?
15        A.    Just give me a second.
16              Yes.
17        Q.    Okay, and which rubrics did you use?
18        A.    I don't recall specific documents or
19    names of documents, but there will be a rubrics
20    that speaks to the Level 8 process and Level 9
21    process.
22        Q.    Okay.  So if you had assessed an
23    individual at a Level 8 prior to their interview,
24    that individual would be assessed according to the
25    Level 8 rubric?
```

Def. Obj.
42:4-44:3
FRE 401 (relevance)
FRE 403 (prejudice)
FRE 602 (lacks foundation)

- JENNIFER BURDIS -

1
2       A.    With consideration --
3             MR. GAGE:  Objection.
4             Go ahead.
5       A.    With consideration of levels, given
6    that this specific job role was spanning two
7    levels, the process would include the first levels
8    throughout -- it would be inclusive of both Level
9    8s and Level 9s throughout.
10      Q.    So if you had made an initial
11   assessment that a candidate was a Level 8, could
12   or would -- would the interviewer still look at
13   the Level 9 rubric?
14      A.    Yes.
15      Q.    Okay, and were these same rubrics
16   used for all candidates in the technical director
17   position?
18      A.    Yes.
19      Q.    Okay, and so continuing where we left
20   off in the document, it says "While we do take
21   prior experience into consideration, we don't rely
22   on company names and job titles to understand a
23   candidate's capabilities."
24            Did you understand that to be true at
25   the time that you were recruiting for the

1                  - JENNIFER BURDIS -
2      technical director position?
3          A.    Yes.
4          Q.    Okay.  As far as you were aware, did
5      Google -- sorry.
6                Did Google have a policy that the
7      number of years of work experience dictated the
8      level that someone would come in at?
9          A.    I'm not aware of that policy.
10         Q.    So what was your understanding of how
11     the years of experience of a candidate were
12     considered under Google's leveling policy?
13               MR. GAGE:  Objection.
14         A.    They were only guidelines.  They were
15     guidelines.
16         Q.    So Google didn't have a policy that
17     someone with a certain number of years of
18     experience would automatically come in at a
19     certain level?
20         A.    No.
21         Q.    So for any role at Google, someone
22     with say 17 years of experience could come in as a
23     Level 9 if they were being hired for a Level 9
24     role?
25         A.    If they met --

56

1          - JENNIFER BURDIS -
2     Will where we discussed all candidates in process
3     and that conversation may have taken place
4     verbally.
5          Q.    Okay.  I would like us to go back to
6     the Box.  I'm adding another document.  Give me
7     one second.
8               Okay.  You should see in the
9     Box, Tab 160 and this -- this document has been
10    previously marked as Exhibit 62.  Let me know when
11    you have that open.
12         A.    I have that open.
13              MR. GAGE:  You said 1-6-0, Shira?
14              MS. GELFAND:  Tab 1-6-0.
15              MR. GAGE:  Yup, okay.
16              MS. GELFAND:  Okay.
17         Q.    Do you recognize this document?
18         A.    There's not -- I may have seen it in
19    the past, but I don't recall.
20         Q.    Is this part of Google's leveling
21    policy?
22         A.    I would assume so based on the title.
23         Q.    Okay.  So the document says, "What
24    the leveling rationale by staffers includes and
25    using the template below, you'll include the

[12/9/2020 11:37 AM] Deposition of Burdis, Jennifer Vol. 1 - 12....

1            - JENNIFER BURDIS -
2      following in every packet."  So Number 1 says,
3      "The reason the interview rubric level was
4      chosen."  Do you see that?
5           A.    I do.
6           Q.    Did you include this in every packet?
7           A.    I would like to know if this document
8      was released at the same time as the concerned
9      policy in August, 2019 because that was a long
10     time after Ulku's process.
11          Q.    So this policy may not have been in
12     place at that time?
13                MR. GAGE:  Objection.
14          A.    Potentially.
15          Q.    Okay.  So my question is for you
16     whether you included the preinterview rubric level
17     in every packet at that time.
18                MR. GAGE:  Objection.
19          A.    I don't fully understand the
20     question.  Sorry.
21          Q.    So my, you know, my understanding is
22     that this policy may not have been in place at the
23     time that you were recruiting for the technical
24     director role.  So my question for you is whether
25     or not this policy was in place, whether in every

```
 1                  - JENNIFER BURDIS -
 2          Q.    So prior to your interview on October
 3    2nd, 2018, had ER contacted you?
 4          A.    Purely to schedule time with me to
 5    talk in person.
 6          Q.    Okay, and prior to this interview
 7    with ER, did you have any conversations with
 8    anyone else regarding Ms. Rowe's leveling
 9    concerns?
10          A.    No.
11          Q.    Okay.  So if you scroll to Page 2,
12    the first kind of big bullet point says "OCTO"
13    with a question mark and so:  Do you recall
14    telling ER that the main bulk of the hiring you
15    did was for the Technical Solutions Consultant L 8
16    and L 9 positions?
17          A.    Yes.
18               THE REPORTER:  Did you say something,
19        Mr. Gage?
20               MR. GAGE:  I didn't articulate a
21        word.  It was more a sound because I couldn't
22        find what she was referring to, but go ahead.
23               MS. GELFAND:  Okay, I'm on the second
24        page of in the beginning --
25               MR. GAGE:  I was looking for the word
```

Def. Obj.
93:11-17
FRE 801 and 802
(hearsay)

1          - JENNIFER BURDIS -

2     "bulk."  I didn't see it.

3          MS. GELFAND:  Okay.

4          MR. GAGE:  Oh, there it is.  I'm

5     sorry, go ahead.

6          MS. GELFAND:  No problem.

7          Q.   Do you recall telling ER that some of

8     the candidates that had come in got down-leveled

9     to a Level 7?

10         A.   I don't recall the exact conversation

11    verbatim, but what is written here certainly rings

12    true to likely how the conversation went, yes.

13         Q.   Okay.  So who were the individuals

14    that had been down-leveled to a Level 7?

15         A.   I only remember one individual that

16    was hired into OCTO at Level 7 and her name is Jen

17    Bennett.

18         Q.   And do you recall why she got

19    down-leveled?

20         A.   She didn't meet the criteria of the

21    Level 8.

22         Q.   And what was the criteria for the

23    Level 8 that she didn't meet?

24         A.   I would need to refresh my memory of

25    Jen's profile.  I don't remember it specific

[Def. Obj. 94:7-12 FRE 801 and 802 (hearsay)]

95

1              - JENNIFER BURDIS -
2     enough to speak to those factors.
3         Q.   Okay.  Do you recall generally what
4     the criteria was for most Level 8s?
5         A.   I mean, outside of what I previously
6     explained in relation to the factors that we
7     consider when assessing level, number of years
8     experience play a part and relevant work
9     experience in a candidate's work history plays a
10    part.  For the office of the CTO specifically, the
11    industry vertical where the candidate is a
12    specialist and an expert would also play a part.
13    So the previous roles held also would play a part.
14        Q.   Okay, and then if you scroll
15    down -- well, not too far down.  It's actually the
16    next line.  Do -- did you tell ER that the same
17    leveling factors are used across the board in
18    staffing?
19        A.   I don't recall saying that
20    specifically.  There are similarities when
21    assessing levels for candidates across the board,
22    but they are guideline-based; and there may be
23    some nuances when looking at certain job families
24    or job ladders that might differ from one to the
25    other.

Def. Obj.
95:14-25
FRE 801 and 802
(hearsay)

```
1              - JENNIFER BURDIS -
2         Q.   So were the same factors considered
3    for Levels 8 and 9?
4         A.   Yes.
5         Q.   Okay, and was there anything
6    that -- any document that outlined what made
7    someone a Level 8 technical director versus a
8    Level 9 technical director?
9              MR. GAGE:  Objection.
10        A.   I don't recall anything specific
11   being documented at that time.
12        Q.   So was leveling then based on the
13   subjective assessment of the hiring manager?
14             MR. GAGE:  Objection.
15        A.   I didn't hear if you said objective
16   or subjective.
17        Q.   I said "subjective."
18        A.   You would need to ask Will, as the
19   hiring manager.
20        Q.   So you don't know?
21        A.   I don't know.
22        Q.   Okay.  Do you recall telling ER that
23   you felt at Google there was a ton of gray areas
24   between the levels?
25        A.   I'm sorry, you're cutting out.  I can
```

[Def. Obj. 96:22-97:9 FRE 801 and 802 (hearsay)]

```
                        - JENNIFER BURDIS -
  1
  2      only hear every other word.
  3           Q.     Do you recall telling ER that you
  4      felt at Google there was a ton of gray areas
  5      between the levels?
  6           A.     I don't recall using those exact
  7      words.  I think I would likely refer to what I've
  8      mentioned before about the assessment criteria
  9      being guideline-based.
 10           Q.     Okay.  Do you recall telling ER that
 11      Ms. Rowe put up a huge fight when it came to comp?
 12           A.     That sounds like something I would
 13      have said to them -- said to them, yes.
 14           Q.     And were you -- when you said that
 15      Ms. Rowe put up a huge fight when it came to comp,
 16      are you referring to the e-mails we had looked at
 17      earlier?
 18                  MR. GAGE:  Objection.
 19           A.     I can't recall what I was referring
 20      to specifically, but my assumption is it would
 21      have been based on e-mail communication and
 22      telephone conversations and in-person
 23      conversations with Ulku.
 24           Q.     Do you believe these notes are
 25      inaccurate in any way?
```