# EXHIBIT B

Page 1

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
ULKU ROWE,

        Plaintiff,

    -against-

GOOGLE LLC,

        Defendant.

Case No:  19-cv-08655 (JHR)
----------------------------------------x

        October 2, 2023
        9:12 a.m.


    Videotaped Deposition of NonParty Witness PATRICIA FLORISSI, pursuant to Notice, before CINDY A. AFANADOR, Certified Shorthand Reporter, Registered Professional Reporter, Certified Realtime Reporter, Registered Merit Reporter, NYSRCR, NYSACR and Notary Public of the State of New York.

**THIS TRANSCRIPT CONTAINS CONFIDENTIAL PORTIONS DESIGNATED BY COUNSEL**



```
 1                Patricia Florissi
 2     aware of any distinctions that exist between
 3     how a director 8 and a director 9 perform
 4     their job?
 5           A.     I can only tell you what I have
 6     seen level 9 deliver against level 8.
 7           Q.     Well, who do you know that's a
 8     level 9?
 9           A.     Jenn Bennett.
10           Q.     Is she the only one you know?
11           A.     No.  Since I have been in the
12     office of the CTO, I have seen, to the best of
13     my knowledge, four promotions to level 9.  The
14     first one was Masimo, he got promoted right
15     after I think I joined.  I didn't understand
16     if it was -- or I didn't understand what level
17     he was being promoted from or to and later I
18     learned.
19           Q.     And what did you learn?
20           A.     That he had been promoted to
21     level 9.  And then Jenn, Eric Shank.  Who
22     else?  I believe Antonio Gali.  Antonio Gali
23     also.
24           Q.     When was Mr. Shank promoted?
25           A.     That's a good question.  I think
```

