# Exhibit 1

                          - STUART VARDAMAN -

 1
 2    considering?
 3         A.    I -- I mean, I know we have a vice
 4    president of industry solutions.
 5         Q.    Who is that?
 6         A.    It's a woman by the name Laurie
 7    Mitchell Keller.
 8         Q.    And is she connected with any
 9    particular industry?
10         A.    No.  At her level she is working
11    across them like she did, as I understand,
12    previously at SAT at the president level.
13         Q.    Did you -- do you recall in your
14    conversation with Ms. Rowe mentioning Kerry Harp?
15         A.    No.
16         Q.    Do you recall any other conversations
17    with Ms. Rowe about anything that was not
18    discussed today?
19         A.    No, I really don't.
20         Q.    Do you recall any other conversations
21    about Ms. Rowe with anyone that we've not
22    discussed today?
23         A.    No, not that I recall.
24         Q.    Is there any documentation you made
25    with respect to Ms. Rowe asking to be considered

```
1              - STUART VARDAMAN -

2      for the role in Kirsten's organization?

3           A.    I -- I don't know.

4           Q.    Did you make any notes in GHire with

5      respect to that?

6           A.    I -- I don't know.  That would have

7      hinged -- I -- I don't know.

8           Q.    Did you make any notes in Thrive with

9      respect to that?

10          A.    Not that I recall.

11          Q.    Do you create updates for Kirsten

12     similar to the -- to the updates you made for Mr.

13     Shaukat?

14          A.    Each executive has a different way

15     they like to go about things.  As I recall in

16     supporting Kirsten it was much more ad hoc, kind

17     of a key indicator at the pace at which we're

18     having market activity as a recruiting team and

19     then like at the drop of a hat being expected to

20     jump on a -- on a call with a senior executive

21     like Kirsten to provide a little bit of a -- of a

22     status update, but it's much more ad hoc I would

23     say.

24          Q.    Do you recall anything in writing

25     regarding Ms. Rowe that you communicated to
```

                      - STUART VARDAMAN -

1

2     Kirsten?

3          A.    I don't recall.

4          Q.    Other than the head of financial

5     services role with Mr. Shaukat's organization and

6     the head of financial services role in Kirsten's

7     organization, are you aware of any other Level 9

8     or Level 10 roles that is -- that are in process

9     with respect to financial services or relating to

10    financial services?

11         A.    No, I'm not.  No.

12              MS. GREENE:  All right, give me just

13         one second.

14              Okay.  I have no further questions.

15              Mr. Gage, do you have any questions?

16              MR. GAGE:  I have no questions and

17         the witness will read and sign.

18              MS. GREENE:  Okay.  That's it for us

19         today, Mr. Vardaman.  Let the court reporter

20         take us -- the videographer take us off the

21         record and then we'll be able to leave.

22              THE WITNESS:  Okay.

23              THE VIDEOGRAPHER:  This completes the

24         video deposition of the Stuart Vardaman

25         conducted virtually on November 17, 2020 at