# Exhibit 3

```
 1                    - STUART VARDAMAN -

 2     IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF NEW YORK
 3     --------------------------------------- X
       ULKU ROWE,
 4
                     Plaintiff,
 5
                                    Case No.
 6                                  19 Civ. 08655(LGS)(GWG)

 7                  v.

 8     GOOGLE LLC

 9                   Defendant.

10     --------------------------------------- X

11     DATE:  November 17, 2020

12     TIME:  9:37 a.m.

13

14              VIDEOTAPED VIDEOCONFERENCE DEPOSITION

15     OF STUART VARDAMAN, held via Zoom, pursuant to ^

16     Notice, before Hope Menaker, a Shorthand Reporter

17     and Notary Public of the State of New York.

18

19

20

21

22

23

24

25
```

```
1                   - STUART VARDAMAN -
2    for the role in Kirsten's organization?
3         A.    I -- I don't know.
4         Q.    Did you make any notes in GHire with
5    respect to that?
6         A.    I -- I don't know.  That would have
7    hinged -- I -- I don't know.
8         Q.    Did you make any notes in Thrive with
9    respect to that?
10        A.    Not that I recall.
11        Q.    Do you create updates for Kirsten
12   similar to the -- to the updates you made for Mr.
13   Shaukat?
14        A.    Each executive has a different way
15   they like to go about things.  As I recall in
16   supporting Kirsten it was much more ad hoc, kind
17   of a key indicator at the pace at which we're
18   having market activity as a recruiting team and
19   then like at the drop of a hat being expected to
20   jump on a -- on a call with a senior executive
21   like Kirsten to provide a little bit of a -- of a
22   status update, but it's much more ad hoc I would
23   say.
24        Q.    Do you recall anything in writing
25   regarding Ms. Rowe that you communicated to
```

```
 1                     - STUART VARDAMAN -
 2     Kirsten?
 3            A.    I don't recall.
 4            Q.    Other than the head of financial
 5     services role with Mr. Shaukat's organization and
 6     the head of financial services role in Kirsten's
 7     organization, are you aware of any other Level 9
 8     or Level 10 roles that is -- that are in process
 9     with respect to financial services or relating to
10     financial services?
11            A.    No, I'm not.  No.
12                  MS. GREENE:  All right, give me just
13         one second.
14                  Okay.  I have no further questions.
15                  Mr. Gage, do you have any questions?
16                  MR. GAGE:  I have no questions and
17         the witness will read and sign.
18                  MS. GREENE:  Okay.  That's it for us
19         today, Mr. Vardaman.  Let the court reporter
20         take us -- the videographer take us off the
21         record and then we'll be able to leave.
22                  THE WITNESS:  Okay.
23                  THE VIDEOGRAPHER:  This completes the
24         video deposition of the Stuart Vardaman
25         conducted virtually on November 17, 2020 at
```