UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| ULKU ROWE, |   |
|---|---|
| Plaintiff, | 19 Civ. 08655 (JHR) |
| -v.- | **JUDGMENT** |
| GOOGLE LLC, |   |
| Defendant. |   |

JENNIFER H. REARDEN, District Judge:

WHEREAS, on October 20, 2023, after a seven-day trial, a jury having found that Defendant Google LLC is not liable for paying Plaintiff Ulku Rowe less than Nicholas Harteau or Stuart Breslow in violation of Section 194 of the New York Labor Law ("NYLL"), but is liable for gender discrimination under the New York City Human Rights Law ("NYCHRL"), and for retaliation under the NYLL and the NYCHRL; and the jury having awarded Plaintiff $150,000 in compensatory damages and $1 million in punitive damages, with no award for back pay; it is hereby

**ORDERED, ADJUDGED AND DECREED** that, pursuant to the jury verdict of October 20, 2023, Plaintiff Ulku Rowe have judgment as against Defendant Google LLC in the sum of $1,150,000.

SO ORDERED.

Dated: October 27, 2023
       New York, New York

*Jennifer H. Rearden*
JENNIFER H. REARDEN
United States District Judge