UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ULKU ROWE,

                Plaintiff,

-v.-

GOOGLE LLC,

                Defendant.

19 Civ. 08655 (JHR)

ORDER

---

JENNIFER H. REARDEN, District Judge:

Attached to this Order are the following Court exhibits:

- Court Exhibit A: The *voir dire* questionnaire.

- Court Exhibit B: The Stipulation of Uncontested Fact entered into by the parties.

- Court Exhibit C: The draft jury charge discussed at the charge conference.

- Court Exhibit D: The jury charge read in open court.

- Court Exhibit E: The jury charge distributed to the jury during deliberations, incorporating an additional change following an application by counsel.

- Court Exhibit F: The exhibit list.

- Court Exhibit G: The witness list.

- Court Exhibit H: The verdict form.

SO ORDERED.

Dated: October 30, 2023
       New York, New York

                                          *Jennifer H. Rearden*
                                          JENNIFER H. REARDEN
                                          United States District Judge