UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ULKU ROWE,

          Plaintiff,

v.

GOOGLE LLC,

          Defendant.

Case No. 1:19-cv-08655-JHR

**STIPULATION OF UNCONTESTED FACT**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Ulku Rowe and Defendant Google LLC ("the Parties"), as follows:

As of September 19, 2019, Google Cloud's senior leadership was aware of Plaintiff's filed complaint and the allegations contained therein.

Dated: October 10, 2023

| | |
|---|---|
| */s/ Cara E. Greene* | */s/ Kenneth W. Gage* |
| Cara E. Greene | Kenneth W. Gage |
| Gregory S. Chiarello | Sara B. Tomezsko |
| Shira Z. Gelfand | Kaveh Dabashi |
| OUTTEN & GOLDEN LLP | PAUL HASTINGS LLP |
| 685 Third Avenue, 25th Floor | 200 Park Avenue |
| New York, NY 10017 | New York, NY 10166 |
| (212) 245-1000 | (212) 318-6000 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Ulku Rowe* | *Google LLC* |