ULKU ROWE,

                Plaintiff,

      v.                         **Case No. 1:21-cv-08655 (JHR)**

GOOGLE LLC,

                Defendant.

## EXHIBIT LIST

**\* indicates Exhibit admitted with Limiting Instruction**

| Exhibit No. | Description |
|---|---|
| P3 | Position Description: Technical Director, Office of the CTO (Google Cloud Platform), Dated Aug 2016<br><br>GOOG-ROWE-00055477 - GOOG-ROWE-00055479 |
| P4 | Callaghan Email to Rowe Dated Aug 18, 2016<br><br>P000434 - P000438 |
| P5 | Humez Email to Burdis Dated Dec 8, 2016<br><br>GOOG-ROWE-00017341.R - GOOG-ROWE-00017352.R |
| P6 | Ulku Rowe Facebook Post, Dated Mar 13, 2017<br><br>P000736 |
| P7 | Lawrence Email to Bucich Dated Aug 11, 2017<br><br>GOOG-ROWE-00058796 - GOOG-ROWE-00058799 |
| P8 | Lawrence Email to Sauco, Harteau, Rowe, Baritt, Donaldson, Wilson, Stiekes, Bennett, Strong, Penberthy, Eryurek Dated Aug 28, 2017<br><br>GOOG-ROWE-00017356 - GOOG-ROWE-00017358 |
| P9 | Grannis Email to Lawrence Dated Nov 18, 2017<br><br>GOOG-ROWE-00017375.R - GOOG-ROWE-00017378.R |

| Exhibit No. | Description |
|---|---|
| P10 | Lawrence Email to Polo Dated Nov 18, 2017<br><br>GOOG-ROWE-00017379.R - GOOG-ROWE-00017381.R |
| P11 | Notes re Meeting with Melissa Lawrence, Dated Nov 20, 2017<br><br>P001586 |
| P12 | Grannis Email to Lawrence Dated Dec 22, 2017<br><br>GOOG-ROWE-00017401.RR - GOOG-ROWE-00017405.RR |
| P13 | Grannis Email to Lawrence Dated Jan 10, 2018<br><br>GOOG-ROWE-00017406 - GOOG-ROWE-00017407 |
| P14 | Stevens Email to Shaukat Dated Feb 13, 2018<br><br>GOOG-ROWE-00058866 - GOOG-ROWE-00058867 |
| P16 | Shaukat Email to Stevens Dated May 9, 2018<br><br>GOOG-ROWE-00017410 - GOOG-ROWE-00017411 |
| P19 | Stevens Email to Rowe Dated Jun 7, 2018<br><br>GOOG-ROWE-P-00000714 |
| P20 | Grannis Email to Stevens and Lawrence Dated Jun 8, 2018<br><br>GOOG-ROWE-00017417.R |
| P21 | Grannis Email to Stevens Dated Jun 13, 2018<br><br>GOOG-ROWE-00017425 - GOOG-ROWE-00017426 |
| P22 | Shaukat Email to Stevens and Lawrence Dated Jun 13, 2018<br><br>GOOG-ROWE-00017431 - GOOG-ROWE-00017432 |
| P23 | Grannis Email to Shaukat Dated Jun 13, 2018<br><br>GOOG-ROWE-00017427 - GOOG-ROWE-00017428 |
| P24 | Shaukat Email to Lawrence Dated Jun 13, 2018<br><br>GOOG-ROWE-00017429 - GOOG-ROWE-00017430 |
| P25 | Rowe Email to Shaukat Dated Jun 14, 2018<br><br>GOOG-ROWE-P-00000726 - GOOG-ROWE-P-00000727 |
| P26 | Rowe Email to Grannis and Stevens Dated Jun 14, 2018<br><br>GOOG-ROWE-P-00000729 - GOOG-ROWE-P-00000730 |

| Exhibit No. | Description |
|---|---|
| P27 | Rowe Email Invite to Rowe Dated Jun 14, 2018<br><br>P000705 - P000706 |
| P28 | Stevens Email to Cloud OCTO Dated Jun 18, 2018<br><br>GOOG-ROWE-P-00000742 - GOOG-ROWE-P-00000743 |
| P29 | Shaukat Email to Shaukat and Ferrand Dated Jun 27, 2018<br><br>GOOG-ROWE-P-00000762 - GOOG-ROWE-P-00000763 |
| P30 | Shaukat Email to Rowe and Murphy-True Dated Jul 3, 2018<br><br>GOOG-ROWE-00017443 |
| P31 | Vardaman Email to Rowe Dated Jul 12, 2018<br>Attachment: Position Description: Head of Financial Services, Google Cloud<br><br>GOOG-ROWE-P-00000821<br>GOOG-ROWE-P-00004550 - GOOG-ROWE-P-00004552 |
| P32 | Rowe Email to Vardaman Dated Jul 13, 2018<br><br>GOOG-ROWE-00017446 - GOOG-ROWE-00017447 |
| P34 | Murray Email to Vardaman Dated Jul 29, 2018<br><br>GOOG-ROWE-00017465 - GOOG-ROWE-00017469 |
| P35 | Orr Email to Vardaman Dated Aug 7, 2018<br><br>GOOG-ROWE-00017515 - GOOG-ROWE-00017517 |
| P36 | Srivatsan Email to Vardaman Dated Aug 7, 2018<br><br>GOOG-ROWE-00017518 - GOOG-ROWE-00017519 |
| P37 | Vardaman Email to Martin Dated Aug 7, 2018<br><br>GOOG-ROWE-00017507 - GOOG-ROWE-00017508 |
| P38 | Shaukat Email to Lucas, O'Donnell, and Scott Dated Aug 8, 2018<br><br>GOOG-ROWE-00017532 |
| P40 | Rowe Email to Shaukat Dated Aug 20, 2018<br><br>GOOG-ROWE-00017554 |
| P41 | Vardaman Email to Beuerlein Dated Aug 28, 2018<br><br>GOOG-ROWE-00054145 |

| Exhibit No. | Description |
|---|---|
| P42 | Rowe Email to Lawrence and Lucas Dated Aug 28, 2018<br><br>GOOG-ROWE-P-00001229 |
| P43 | Lucas Email to Lawrence Dated Aug 29, 2018<br><br>GOOG-ROWE-00017555 - GOOG-ROWE-00017557 |
| P44 | Beaupain Email to Lucas Dated Aug 30, 2018<br><br>GOOG-ROWE-00017563 - GOOG-ROWE-00017564 |
| P45 | Vardaman Email to Shaukat Dated Sep 1, 2018<br><br>GOOG-ROWE-00017565.R - GOOG-ROWE-00017566.R |
| P46 | Sebastian Marotte Interview Feedback Reminders<br><br>GOOG-ROWE-00058307<br>GOOG-ROWE-00058308<br>GOOG-ROWE-00058309<br>GOOG-ROWE-00058310<br>GOOG-ROWE-00058311<br>GOOG-ROWE-00058312<br>GOOG-ROWE-00058313<br>GOOG-ROWE-00058317<br>GOOG-ROWE-00058321<br>GOOG-ROWE-00058325<br>GOOG-ROWE-00058326<br>GOOG-ROWE-00058330<br>GOOG-ROWE-00058334<br>GOOG-ROWE-00058338<br>GOOG-ROWE-00058342<br>GOOG-ROWE-00058346<br>GOOG-ROWE-00058350<br>GOOG-ROWE-00058354<br>GOOG-ROWE-00058358<br>GOOG-ROWE-00058362 |
| P47 | Jason Martin Interview Feedback Reminders<br><br>GOOG-ROWE-00058315<br>GOOG-ROWE-00058319<br>GOOG-ROWE-00058323<br>GOOG-ROWE-00058327<br>GOOG-ROWE-00058331<br>GOOG-ROWE-00058336 |

| Exhibit No. | Description |
|---|---|
| | GOOG-ROWE-00058340 |
| | GOOG-ROWE-00058345 |
| | GOOG-ROWE-00058349 |
| | GOOG-ROWE-00058353 |
| | GOOG-ROWE-00058356 |
| | GOOG-ROWE-00058361 |
| | GOOG-ROWE-00058363 |
| | GOOG-ROWE-00058367 |
| | GOOG-ROWE-00058371 |
| | GOOG-ROWE-00058373 |
| | GOOG-ROWE-00058375 |
| | GOOG-ROWE-00058378 |
| P48 | Darryl Willis Interview Feedback Reminders |
| | |
| | GOOG-ROWE-00058314 |
| | GOOG-ROWE-00058318 |
| | GOOG-ROWE-00058322 |
| | GOOG-ROWE-00058328 |
| | GOOG-ROWE-00058332 |
| | GOOG-ROWE-00058335 |
| | GOOG-ROWE-00058339 |
| | GOOG-ROWE-00058344 |
| | GOOG-ROWE-00058347 |
| | GOOG-ROWE-00058352 |
| | GOOG-ROWE-00058357 |
| | GOOG-ROWE-00058360 |
| | GOOG-ROWE-00058364 |
| | GOOG-ROWE-00058368 |
| | GOOG-ROWE-00058370 |
| | GOOG-ROWE-00058374 |
| | GOOG-ROWE-00058377 |
| | GOOG-ROWE-00058379 |

| Exhibit No. | Description |
|---|---|
| P49 | Vats Srivatsan Interview Feedback Reminders<br><br>GOOG-ROWE-00058316<br>GOOG-ROWE-00058320<br>GOOG-ROWE-00058324<br>GOOG-ROWE-00058329<br>GOOG-ROWE-00058333<br>GOOG-ROWE-00058337<br>GOOG-ROWE-00058341<br>GOOG-ROWE-00058343<br>GOOG-ROWE-00058348<br>GOOG-ROWE-00058351<br>GOOG-ROWE-00058355<br>GOOG-ROWE-00058359<br>GOOG-ROWE-00058365<br>GOOG-ROWE-00058366<br>GOOG-ROWE-00058369<br>GOOG-ROWE-00058372<br>GOOG-ROWE-00058376<br>GOOG-ROWE-00058380 |
| P50 | Vardaman Email to Rowe Dated Sep 11, 2018<br><br>GOOG-ROWE-00056552 - GOOG-ROWE-00056555 |
| P51 | Shaukat Email to Scott Dated Sep 21, 2018<br><br>GOOG-ROWE-00017568 |
| P53 | Vardaman Email to Meadows Dated Oct 30, 2018<br><br>GOOG-ROWE-00017583 - GOOG-ROWE-00017584 |
| P54 | Rowe Email to Shaukat and Green Dated Nov 7, 2018<br><br>GOOG-ROWE-P-00001737 |
| P55 | Lucas Email to Lawrence and Beaupain Dated Nov 8, 2018<br><br>GOOG-ROWE-00017589 - GOOG-ROWE-00017591 |
| P57 | Ulku Rowe ER Notes<br><br>GOOG-ROWE-00017998 - GOOG-ROWE-00018001 |
| P59 | Vardaman Email to Beuerlein Dated Nov 12, 2018<br><br>GOOG-ROWE-00017598 |

| Exhibit No. | Description |
|---|---|
| P60 | Beaupain Email to Rowe Dated Nov 13, 2018<br><br>GOOG-ROWE-00017599 - GOOG-ROWE-00017602 |
| P61 | Vardaman Email to Murray Dated Nov 26, 2018<br><br>GOOG-ROWE-00017624 - GOOG-ROWE-00017632 |
| P62 | Shaukat Email to Lucas Dated Nov 26, 2018<br><br>GOOG-ROWE-00017634.R - GOOG-ROWE-00017637.R |
| P63 | Shaukat Email to Lucas Dated Nov 27, 2018<br><br>GOOG-ROWE-00017638 |
| P64 | Vardaman Email to Martin, Srivatsan, Willis, and Marotte Dated Nov 27, 2018<br><br>GOOG-ROWE-00017639 |
| P65 | Lucas Email to Shaukat Dated Nov 30, 2018<br><br>GOOG-ROWE-00056880 - GOOG-ROWE-00056889 |
| P66 | Rowe Email to Shaukat Dated Dec 4, 2018<br><br>GOOG-ROWE-00017642 |
| P67 | Shaukat Email to Lucas and O'Donnell Dated Dec 5, 2018<br><br>GOOG-ROWE-00017643 |
| P68 | Bansal Email to Vardaman Dated Dec 6, 2018<br><br>GOOG-ROWE-00017644 - GOOG-ROWE-00017647 |
| P69 | Tariq Shaukat President, Cloud Partners and Industry Platforms Executive Recruiting Weekly Meeting, Dated Dec 21, 2018<br><br>GOOG-ROWE-00017722.RR - GOOG-ROWE-00017866.RR |
| P71 | Riddle Email to Shaukat Dated Jan 21, 2019<br><br>GOOG-ROWE-00057023 - GOOG-ROWE-00057024 |
| P72 | Breslow Email to Shaukat Dated Mar 1, 2019<br><br>GOOG-ROWE-00059967 - GOOG-ROWE-00059969 |
| P73 | Ensuring We Pay Fairly and Equitably, Dated Mar 4, 2019<br><br>GOOG-ROWE-00061580 - GOOG-ROWE-00061581 |
| P76* | Email from Franco to Rowe Dated Mar 18, 2019<br>Attachment: Federal Reserve Bank of New York Letter |

| Exhibit No. | Description |
|---|---|
| | P000659 - P000662<br>P000752 - P000753 |
| P77 | Lucas Email to Shaukat Dated Mar 25, 2019<br><br>GOOG-ROWE-00056890 - GOOG-ROWE-00056891 |
| P78 | Breslow Email to Shaukat Dated Mar 30, 2019<br><br>GOOG-ROWE-00056906 - GOOG-ROWE-00056909 |
| P79 | Lucas Email to Porter Dated Mar 31, 2019<br><br>GOOG-ROWE-00017677 - GOOG-ROWE-00017679 |
| P80 | Breslow Email to Shaukat Dated Apr 1, 2019<br><br>GOOG-ROWE-00057053 - GOOG-ROWE-00057055 |
| P81 | Grannis Email to Shaukat Dated Apr 24, 2019<br><br>GOOG-ROWE-00017690 |
| P82 | Shaukat Email to Ladd Dated Sep 6, 2019<br><br>GOOG-ROWE-00056682 - GOOG-ROWE-00056690 |
| P85 | Tessier Email to Rowe Dated Nov 1, 2019<br><br>GOOG-ROWE-00056734 - GOOG-ROWE-00056736 |
| P87 | OCTO Calibration Notes Dated Sep 29<br><br>GOOG-ROWE-00017710.R - GOOG-ROWE-00017712.R |
| P88 | OCTO Level Overview<br><br>GOOG-ROWE-00018014 |
| P89 | Talking Points<br><br>GOOG-ROWE-00018015 |
| P93 | L8+ Assessment Based Interview Questions<br><br>GOOG-ROWE-00019205 - GOOG-ROWE-00019208 |
| P97 | Peer Reviews: Write One Thing…<br><br>GOOG-ROWE-00019740 - GOOG-ROWE-00019741 |
| P98 | Unbiasing Champ Guidance<br><br>GOOG-ROWE-00019782 - GOOG-ROWE-00019786 |

| Exhibit No. | Description |
| --- | --- |
| P99 | Policy on Harassment, Discrimination, Retaliation, Standards of Conduct, and Workplace Concerns (US & LATAM)<br><br>GOOG-ROWE-00030107 - GOOG-ROWE-00030112 |
| P100 | Tessier Email to Vardaman Dated Jan 21, 2020<br><br>GOOG-ROWE-00056764 - GOOG-ROWE-00056766 |
| P101 | Vardaman Email to Rowe Dated Feb 4, 2020<br><br>GOOG-ROWE-00060559 - GOOG-ROWE-00060562 |
| P102B* | Our Leveling Approach<br><br>GOOG-ROWE-00052153 |
| P103 | Candidate Leveling Resources<br><br>GOOG-ROWE-00053767 |
| P104A | Speaking Engagements<br><br>P000871 - P000873 |
| P104B* | The Buck Starts Here: How AI Shapes the Future of Money<br>5 Ways Financial Services Organizations Will Move Faster in the Cloud 2019<br>Getting the Most Out of Your Modernization Journey<br>Five Habits of Highly Effective Capital Markets Firms Who Run in the Cloud<br><br>P000787 - P000791<br>P000800 - P000802<br>P000864<br>P000876 - P000879 |
| P105 | Notes, Dated Feb 21, 2020<br><br>GOOG-ROWE-00058542 - GOOG-ROWE-00058555 |
| P106 | Vardaman Email to Rowe Dated Feb 25, 2020<br><br>GOOG-ROWE-00060571 - GOOG-ROWE-00060573 |
| P107 | Pay Equity at Google<br><br>GOOG-ROWE-00055391 - GOOG-ROWE-00055393 |
| P108 | Meeting With Will Grannis Dated Apr 21, 2020<br><br>GOOG-ROWE-00056990 - GOOG-ROWE-00057014 |
| P109 | Ulku Rowe Bio |

| Exhibit No. | Description |
|---|---|
| | GOOG-ROWE-P-00004556 |
| P111 | Thrive Data Provided for Employment Litigation Dated May 7, 2020<br><br>GOOG-ROWE-00056272 - GOOG-ROWE-00056273 |
| P113-A | gComps Spreadsheet<br><br>GOOG-ROWE-00060591 [EXCEL SPREADSHEET] |
| P114 | Employee Relations Investigations – Allegations Guide<br><br>GOOG-ROWE-00058782 |
| P115 | Stuart Breslow gHire Packet<br><br>GOOG-ROWE-00083275 - GOOG-ROWE-00083300 |
| P116 | Jonathan Donaldson gHire Packet<br><br>GOOG-ROWE-00063078 - GOOG-ROWE-00063111 |
| P118 | Nicholas Harteau gHire Packet<br><br>GOOG-ROWE-00056318.R - GOOG-ROWE-00056346.R |
| P119 | Ulku Rowe gHire Packet<br><br>GOOG-ROWE-00019097.R - GOOG-ROWE-00019146.R |
| P120 | Paul Strong gHire Packet<br><br>GOOG-ROWE-00061880 - GOOG-ROWE-00061904 |
| P121 | Ben Wilson gHire Packet<br><br>GOOG-ROWE-00062214 - GOOG-ROWE-00062241 |
| P122 | Stuart Breslow Performance Evaluations<br><br>GOOG-ROWE-00053826.R - GOOG-ROWE-00053832.R<br>GOOG-ROWE-00053841.R - GOOG-ROWE-00053847.R<br>GOOG-ROWE-00053875.R - GOOG-ROWE-00053878.R<br>GOOG-ROWE-00053837.R - GOOG-ROWE-00053840.R |

| Exhibit No. | Description |
|---|---|
| P123 | Jonathan Donaldson Performance Evaluations<br><br>GOOG-ROWE-00056275<br>GOOG-ROWE-00056312 - GOOG-ROWE-00056315<br>GOOG-ROWE-00056287 - GOOG-ROWE-00056294<br>GOOG-ROWE-00056276 - GOOG-ROWE-00056282<br>GOOG-ROWE-00056303 - GOOG-ROWE-00056311<br>GOOG-ROWE-00056283 - GOOG-ROWE-00056286<br>GOOG-ROWE-00056295 - GOOG-ROWE-00056302<br>GOOG-ROWE-00079130 - GOOG-ROWE-00079133<br>GOOG-ROWE-00082596 - GOOG-ROWE-00082603<br>GOOG-ROWE-00082943 - GOOG-ROWE-00082949<br>GOOG-ROWE-00082628 - GOOG-ROWE-00082636<br>GOOG-ROWE-00082764 - GOOG-ROWE-00082771<br>GOOG-ROWE-00079321 - GOOG-ROWE-00079323<br>GOOG-ROWE-00079317 - GOOG-ROWE-00079320<br>GOOG-ROWE-00079382 - GOOG-ROWE-00079386<br>GOOG-ROWE-00079175 - GOOG-ROWE-00079176<br>GOOG-ROWE-00079406 - GOOG-ROWE-00079407 |
| P124 | Evren Eryurek Performance Evaluations<br><br>GOOG-ROWE-00053889.R - GOOG-ROWE-00053890.R<br>GOOG-ROWE-00053833.R - GOOG-ROWE-00053835.R<br>GOOG-ROWE-00053891.R - GOOG-ROWE-00053894.R<br>GOOG-ROWE-00053864.R - GOOG-ROWE-00053868.R<br>GOOG-ROWE-00053852.R - GOOG-ROWE-00053861.R<br>GOOG-ROWE-00053901.R - GOOG-ROWE-00053909.R<br>GOOG-ROWE-00053885.R - GOOG-ROWE-00053888.R<br>GOOG-ROWE-00053879.R - GOOG-ROWE-00053881.R<br>GOOG-ROWE-00067197 - GOOG-ROWE-00067207<br>GOOG-ROWE-00067208 - GOOG-ROWE-00067213<br>GOOG-ROWE-00067233 - GOOG-ROWE-00067237<br>GOOG-ROWE-00082556 - GOOG-ROWE-00082564<br>GOOG-ROWE-00082585 - GOOG-ROWE-00082595<br>GOOG-ROWE-00082565 - GOOG-ROWE-00082573<br>GOOG-ROWE-00082574 - GOOG-ROWE-00082584<br>GOOG-ROWE-00079027 - GOOG-ROWE-00079031<br>GOOG-ROWE-00079104 - GOOG-ROWE-00079107<br>GOOG-ROWE-00079095 - GOOG-ROWE-00079098<br>GOOG-ROWE-00079099 - GOOG-ROWE-00079103<br>GOOG-ROWE-00078984 - GOOG-ROWE-00078993<br>GOOG-ROWE-00079145 - GOOG-ROWE-00079153<br>GOOG-ROWE-00083158 |

| Exhibit No. | Description |
|---|---|
| | GOOG-ROWE-00083159 - GOOG-ROWE-00083160 |
| P125 | Nicholas Harteau Performance Evaluations<br><br>GOOG-ROWE-00053811.R<br>GOOG-ROWE-00053803.R - GOOG-ROWE-00053810.R<br>GOOG-ROWE-00053812.R - GOOG-ROWE-00053819.R<br>GOOG-ROWE-00053798.R - GOOG-ROWE-00053802.R<br>GOOG-ROWE-00053820.R - GOOG-ROWE-00053824.R<br>GOOG-ROWE-00067168 - GOOG-ROWE-00067177<br>GOOG-ROWE-00067178 - GOOG-ROWE-00067186<br>GOOG-ROWE-00067187 - GOOG-ROWE-00067191<br>GOOG-ROWE-00067192 - GOOG-ROWE-00067196<br>GOOG-ROWE-00082923 - GOOG-ROWE-00082928<br>GOOG-ROWE-00082929 - GOOG-ROWE-00082933<br>GOOG-ROWE-00082647 - GOOG-ROWE-00082648<br>GOOG-ROWE-00082688 |
| P126 | Ulku Rowe Performance Evaluations<br><br>GOOG-ROWE-00017907 - GOOG-ROWE-00017913<br>GOOG-ROWE-00017929 - GOOG-ROWE-00017933<br>GOOG-ROWE-00017914 - GOOG-ROWE-00017918<br>GOOG-ROWE-00017885 - GOOG-ROWE-00017890<br>GOOG-ROWE-00017936 - GOOG-ROWE-00017941<br>GOOG-ROWE-00017897 - GOOG-ROWE-00017906<br>GOOG-ROWE-00017949 - GOOG-ROWE-00017957<br>GOOG-ROWE-00017919<br>GOOG-ROWE-00017935<br>GOOG-ROWE-00056246 - GOOG-ROWE-00056251<br>GOOG-ROWE-00082816 - GOOG-ROWE-00082820<br>GOOG-ROWE-00082918 - GOOG-ROWE-00082922<br>GOOG-ROWE-00082726 - GOOG-ROWE-00082731<br>GOOG-ROWE-00082821 - GOOG-ROWE-00082827<br>GOOG-ROWE-00079122 - GOOG-ROWE-00079124<br>GOOG-ROWE-00079125 - GOOG-ROWE-00079126<br>GOOG-ROWE-00079022<br>GOOG-ROWE-00079128 - GOOG-ROWE-00079129<br>GOOG-ROWE-00079156 - GOOG-ROWE-00079161<br>GOOG-ROWE-00079165 - GOOG-ROWE-00079168<br>GOOG-ROWE-00083196 |

| Exhibit No. | Description |
|---|---|
| P127 | Paul Strong Performance Evaluations<br><br>GOOG-ROWE-00067274<br>GOOG-ROWE-00067253 - GOOG-ROWE-00067256<br>GOOG-ROWE-00067257 - GOOG-ROWE-00067264<br>GOOG-ROWE-00067272<br>GOOG-ROWE-00067265 - GOOG-ROWE-00067271<br>GOOG-ROWE-00067273<br>GOOG-ROWE-00067275 - GOOG-ROWE-00067281<br>GOOG-ROWE-00082702 - GOOG-ROWE-00082708<br>GOOG-ROWE-00082950 - GOOG-ROWE-00082955<br>GOOG-ROWE-00082637 - GOOG-ROWE-00082646<br>GOOG-ROWE-00082805 - GOOG-ROWE-00082815<br>GOOG-ROWE-00079134<br>GOOG-ROWE-00079242<br>GOOG-ROWE-00079405<br>GOOG-ROWE-00079062 - GOOG-ROWE-00079063<br>GOOG-ROWE-00079170 - GOOG-ROWE-00079174<br>GOOG-ROWE-00079056 - GOOG-ROWE-00079061<br>GOOG-ROWE-00083184 - GOOG-ROWE-00083184<br>GOOG-ROWE-00083185 - GOOG-ROWE-00083185 |
| P128 | Ben Wilson Performance Evaluations<br><br>GOOG-ROWE-00053862.R<br>GOOG-ROWE-00053863.R<br>GOOG-ROWE-00053848.R - GOOG-ROWE-00053851.R<br>GOOG-ROWE-00053882.R - GOOG-ROWE-00053884.R<br>GOOG-ROWE-00053869.R - GOOG-ROWE-00053874.R<br>GOOG-ROWE-00053895.R - GOOG-ROWE-00053900.R<br>GOOG-ROWE-00053825.R<br>GOOG-ROWE-00053836.R<br>GOOG-ROWE-00067225 - GOOG-ROWE-00067232<br>GOOG-ROWE-00067238 - GOOG-ROWE-00067246<br>GOOG-ROWE-00067214 - GOOG-ROWE-00067218<br>GOOG-ROWE-00067219 - GOOG-ROWE-00067224<br>GOOG-ROWE-00082732 - GOOG-ROWE-00082739<br>GOOG-ROWE-00082900 - GOOG-ROWE-00082908<br>GOOG-ROWE-00082614 - GOOG-ROWE-00082627<br>GOOG-ROWE-00082649 - GOOG-ROWE-00082661<br>GOOG-ROWE-00079127<br>GOOG-ROWE-00079169 |
| P129 | Stuart Breslow Compensation Letters |

| Exhibit No. | Description |
|---|---|
| | GOOG-ROWE-00053774.R - GOOG-ROWE-00053775.R |
| P130 | Jonathan Donaldson Performance Evaluations<br><br>GOOG-ROWE-00055386<br>GOOG-ROWE-00055389 - GOOG-ROWE-00055390<br>GOOG-ROWE-00078246 - GOOG-ROWE-00078247<br>GOOG-ROWE-00068458 - GOOG-ROWE-00068459<br>GOOG-ROWE-00078273 - GOOG-ROWE-00078274 |
| P131 | Evren Eryurek Compensation Letters<br><br>GOOG-ROWE-00053776.R - GOOG-ROWE-00053777.R |
| P132 | Nicholas Harteau Compensation Letters<br><br>GOOG-ROWE-00053782.R<br>GOOG-ROWE-00053783.R - GOOG-ROWE-00053784.R<br>GOOG-ROWE-00053785.R - GOOG-ROWE-00053786.R |
| P133 | Yolande Piazza Compensation Letters<br><br>GOOG-ROWE-00078071 - GOOG-ROWE-00078072<br>GOOG-ROWE-00078069 - GOOG-ROWE-00078070<br>GOOG-ROWE-00083094 - GOOG-ROWE-00083095<br>GOOG-ROWE-00083096<br>GOOG-ROWE-00083097 - GOOG-ROWE-00083098 |
| P134 | Ulku Rowe Compensation Letters<br><br>GOOG-ROWE-00017984 - GOOG-ROWE-00017985<br>GOOG-ROWE-00017958 - GOOG-ROWE-00017959<br>GOOG-ROWE-00078216 - GOOG-ROWE-00078217<br>GOOG-ROWE-00078244 - GOOG-ROWE-00078245<br>GOOG-ROWE-00078294 - GOOG-ROWE-00078295<br>GOOG-ROWE-00083067 - GOOG-ROWE-00083068<br>GOOG-ROWE-00083069<br>GOOG-ROWE-00083070 - GOOG-ROWE-00083071 |
| P135 | Paul Strong Compensation Letters<br><br>GOOG-ROWE-00067249 - GOOG-ROWE-00067250<br>GOOG-ROWE-00067251 - GOOG-ROWE-00067252<br>GOOG-ROWE-00067247 - GOOG-ROWE-00067248<br>GOOG-ROWE-00068466 - GOOG-ROWE-00068467<br>GOOG-ROWE-00078292 - GOOG-ROWE-00078293<br>GOOG-ROWE-00083046 - GOOG-ROWE-00083047 |

| Exhibit No. | Description |
|---|---|
| | GOOG-ROWE-00083048<br>GOOG-ROWE-00083049 - GOOG-ROWE-00083050 |
| P136 | Ben Wilson Compensation Letters<br><br>GOOG-ROWE-00053787.R<br>GOOG-ROWE-00053788.R - GOOG-ROWE-00053789.R<br>GOOG-ROWE-00053790.R - GOOG-ROWE-00053791.R<br>GOOG-ROWE-00068464 - GOOG-ROWE-00068465 |
| P137 | Stuart Breslow Offer Letter, Dated Apr 25, 2018<br><br>GOOG-ROWE-00060576 - GOOG-ROWE-00060578 |
| P138 | Jonathan Donaldson Offer Letter, Dated Jan 31, 2017<br><br>GOOG-ROWE-00054163 - GOOG-ROWE-00054165 |
| P139 | Evren Eryurek Offer Letter, Dated Sep 26, 2016<br><br>GOOG-ROWE-00054168 - GOOG-ROWE-00054170 |
| P140 | Nicholas Harteau Offer Letter, Dated Apr 11, 2017<br><br>GOOG-ROWE-00054161 - GOOG-ROWE-00054162 |
| P141 | Yolande Piazza Offer, Dated Aug 3, 2022<br><br>GOOG-ROWE-00078198 - GOOG-ROWE-00078202 |
| P142 | Ulku Rowe Offer Letter, Dated Dec 9, 2016<br><br>GOOG-ROWE-00017920 - GOOG-ROWE-00017922 |
| P143 | Paul Strong Offer Letter, Dated Dec 13, 2016<br><br>GOOG-ROWE-00064798 - GOOG-ROWE-00064800 |
| P144 | Ben Wilson Offer Letter, Dated Jan 4, 2017<br><br>GOOG-ROWE-00054166 - GOOG-ROWE-00054167 |
| P145 | Google LLC's Answer and Affirmative Defenses to Second Amended Complaint [ECF 111] |
| P146 | Defendant Google LLC's Objections and Responses to Plaintiff's First Set of Requests for Admission |
| P149 | Shaukat Email to Marotte Dated Aug 8, 2018<br><br>GOOG-ROWE-00017533 - GOOG-ROWE-00017538 |
| P150 | Greene Email to Shaukat Dated Jun 22, 2018<br><br>GOOG-ROWE-00056487 - GOOG-ROWE-00056488 |

| Exhibit No. | Description |
|---|---|
| P151 | Ulku Rowe Dossier<br><br>GOOG-ROWE-00054218 – GOOG-ROWE-00054264 |
| D1 | GOOG-ROWE-00017375.R–17378.R<br><br>Email chain dated November 15–17, 2017 |
| D2 | P001586<br><br>Rowe summary notes from discussion with Lawrence |
| D3 | GOOG-ROWE-00017406–17407<br><br>Email chain dated January 10, 2018 |
| D4 | GOOG-ROWE-00017410-17411<br><br>Email chain dated May 8–9, 2018 |
| D5 | GOOG-ROWE-00017425–17426<br><br>Email chain dated June 13, 2018 |
| D6 | GOOG-ROWE-P-00000821 GOOG-ROWE-P-00004550–04552<br><br>Position Specifications for Head of Financial Services, Google Cloud |
| D7 | GOOG-ROWE-00017554<br><br>Email dated August 20, 2018 |
| D8 | GOOG-ROWE-P-00001229<br><br>Email dated August 28, 2018 |
| D9 | GOOG-ROWE-00017555–17557<br><br>Email chain dated August 28–29, 2018 |
| D10 | GOOG-ROWE-00017565.R–17566.R<br><br>Email dated September 1, 2018 |
| D11 | GOOG-ROWE-00017568<br><br>Email dated September 21, 2018 |
| D12 | GOOG-ROWE-00017589–17591<br><br>Email chain dated November 7–8, 2018 |
| D13 | GOOG-ROWE-00017598<br><br>Email dated November 12, 2018 |

| Exhibit No. | Description |
|---|---|
| D14 | P000102<br><br>Email dated November 13, 2018 |
| D15 | GOOG-ROWE-00017642<br><br>Email chain dated December 4, 2018 |
| D16 | GOOG-ROWE-00017643<br><br>Email dated December 5, 2018 |
| D17 | GOOG-ROWE-00018015<br><br>Investigation Notes for discussion with Ulku |
| D18 | GOOG-ROWE-00030107–30112<br><br>Policy on Harassment, Discrimination, Retaliation, Standards of Conduct, and Workplace Concerns (US & LATAM) |
| D19 | GOOG-ROWE-00053767<br><br>Candidate Leveling Resources - Our Leveling Philosophy |
| D20 | GOOG-ROWE-00060571–60573<br><br>Email chain dated February 4–25, 2020 |
| D21 | GOOG-ROWE-00055391–55393<br><br>Pay Equity at Google Policy |
| D23 | GOOG-ROWE-00060579.R–60590.R<br><br>Breslow application interview feedback |
| D24* | GOOG-ROWE-00063078–63111<br><br>Donaldson Hiring Packet |
| D25* | GOOG-ROWE-00056318.R–56346.R<br><br>Harteau Hiring Packet |
| D26* | GOOG-ROWE-00019097.R–19146.R<br><br>Rowe Hiring Packet |
| D27* | GOOG-ROWE-00061880–61904<br><br>Strong Hiring Packet |
| D28* | GOOG-ROWE-00062214–62241<br><br>Wilson Hiring Packet |
| D29 | GOOG-ROWE-00053826.R–53832.R GOOG-ROWE-00053837.R–53840.R |

| Exhibit No. | Description |
|---|---|
| | Breslow Performance Reviews |
| D30 | GOOG-ROWE-00056312–56315 GOOG-ROWE-00056287–56294 GOOG-ROWE-00056276–56282 GOOG-ROWE-00056303–56311 GOOG-ROWE-00056283–56286 GOOG-ROWE-00082943–82949 GOOG-ROWE-00082764–82771 GOOG-ROWE-00079130–79133 GOOG-ROWE-00079382–79386<br><br>Donaldson Performance Reviews |
| D31 | GOOG-ROWE-00053833.R–53835.R GOOG-ROWE-00053891.R–53894.R GOOG-ROWE-00053852.R–53861.R GOOG-ROWE-00053885.R–53888.R GOOG-ROWE-00067197–67207 GOOG-ROWE-00067208–67213 GOOG-ROWE-00079099–79103 GOOG-ROWE-00078984–78993 GOOG-ROWE-00079145–79153<br><br>Eryurek Performance Reviews |
| D32 | GOOG-ROWE-00053803.R–53810.R GOOG-ROWE-00053820.R–53824.R<br><br>Harteau Performance Reviews |
| D33 | GOOG-ROWE-00017907–17913 GOOG-ROWE-00017967–17971 GOOG-ROWE-00017936–17941 GOOG-ROWE-00017949–17957 GOOG-ROWE-00017919 GOOG-ROWE-00082816–82820 GOOG-ROWE-00082918–82922 GOOG-ROWE-00082726–82731 GOOG-ROWE-00082821–82827 GOOG-ROWE-00079122–79124 GOOG-ROWE-00079128–79129 GOOG-ROWE-00079156–79161<br><br>Rowe Performance Reviews |
| D34 | GOOG-ROWE-00067253–67256 GOOG-ROWE-00067257–67264 GOOG-ROWE-00067272 GOOG-ROWE-00067265–67271 GOOG-ROWE-00067273 GOOG-ROWE-00082950–82955 GOOG-ROWE-00082637–82646 GOOG-ROWE-00079242 GOOG-ROWE-00079062–79063 GOOG-ROWE-00079056–79061<br><br>Strong Performance Reviews |
| D35 | GOOG-ROWE-00053848–53851 GOOG-ROWE-00053869–53874 GOOG-ROWE-00053825.R GOOG-ROWE-00067225–67232 GOOG-ROWE-00067214–67218 GOOG-ROWE-00082732–82739 GOOG- |

| Exhibit No. | Description |
|---|---|
| | ROWE-00082900–82908<br><br>Wilson Performance Reviews |
| D38 | P001584–1585<br><br>Eng-Wide Leveling Guide (2020 Perf) |
| D39 | No Bates Number<br><br>Solutions Consultant Job Ladder |
| D40* | GOOG-ROWE-P-00000827–828<br><br>Email dated July 17, 2018 |
| D41 | GOOG-ROWE-00056975<br><br>Email chain dated March 22–25, 2019 |
| D42* | GOOG-ROWE-00061917–61966<br><br>Eryurek Hiring Packet |
| D44* | GOOG-ROWE-00063516–63589<br><br>Penberthy Hiring Packet |
| D46 | GOOG-ROWE-00019062<br><br>Excel spreadsheet of gHire activity |
| D47 | P000550–552<br><br>Email chain dated August 18–25, 2016 |
| D48 | GOOG-ROWE-00058500<br><br>Excel spreadsheet of October 2019 Rowe Analysis |
| D53 | GOOG-ROWE-00054267<br><br>Breslow Job History |
| D54 | GOOG-ROWE-00018551–18552<br><br>Breslow Resume |
| D56 | P000729–733<br><br>Email chain dated June 13–14, 2018 |
| D57 | P000735<br><br>Rowe Notes from Conversation with Shaukat |
| D58 | GOOG-ROWE-P-00000773–775<br><br>Email chain dated June 27, 2018 |

| Exhibit No. | Description |
|---|---|
| D59 | GOOG-ROWE-00059673–59677<br><br>Email chain dated July 3 – August 6, 2018 |
| D60 | GOOG-ROWE-00057051–57052<br><br>Email dated September 21, 2018 |
| D61 | GOOG-ROWE-00057020<br><br>Email dated October 19, 2018 |
| D63 | GOOG-ROWE-00017717–17720<br><br>Technical Solutions Consultant Ladder |
| D67 | GOOG-ROWE-00018011–18013<br><br>Email chain dated August 29 – November 13, 2018 |
| D70* | GOOG-ROWE-00055394.R–55418.R<br><br>Layfield – My gHire |
| D71* | GOOG-ROWE-00062337–62344<br><br>Clark – My gHire |
| D74 | GOOG-ROWE-00082370–82372<br><br>Status Report: Vice President, Financial Services Sales, Google Cloud – NYC dated February 21, 2020 |
| D75 | GOOG-ROWE-00082367–82369<br><br>Job Description - Financial Services Industry Leader, Google Cloud |
| D76 | GOOG-ROWE-00082359–82366<br><br>Status Report: Vice President, Financial Services Sales, Google Cloud – NYC, dated February 14, 2020 |
| D77 | GOOG-ROWE-00082356–82358<br><br>Status Report: Vice President, Financial Services Sales, Google Cloud – NYC, dated January 28, 2020 |
| D78 | GOOG-ROWE-00082351–82355<br><br>Status Report: Vice President, Financial Services Sales, Google Cloud – NYC, dated February 7, 2020 |
| D79* | GOOG-ROWE-00078164-78169<br><br>Piazza Hiring Packet |
| D81 | GOOG-ROWE-00060560–60562 |

| Exhibit No. | Description |
|---|---|
| | Job Description - Financial Services Industry Leader, Google Cloud |
| D82 | GOOG-ROWE-00069067–69071<br><br>Bodkin Workday (2022) |
| D83 | GOOG-ROWE-00068834–68838<br><br>Burns Workday (2022) |
| D84 | GOOG-ROWE-00068890–68894<br><br>East Workday (2022) |
| D85 | GOOG-ROWE-00068703–68708<br><br>Hildebrand Workday (2022) |
| D86 | GOOG-ROWE-00064541–64544<br><br>Kropf Workday (2022) |
| D87 | GOOG-ROWE-00068515–68518<br><br>McCormack Workday (2022) |
| D88 | GOOG-ROWE-00068946–68951<br><br>Marano Workday (2022) |
| D89 | GOOG-ROWE-00068895–68900<br><br>Moscaro Workday (2022) |
| D90 | GOOG-ROWE-00068797–68801<br><br>Minton Workday (2022) |
| D91 | GOOG-ROWE-00069008–69015<br><br>Penberthy Workday (2022) |
| D92 | GOOG-ROWE-00068680–68683<br><br>Schenk Workday (2022) |
| D93 | GOOG-ROWE-00068776–68779<br><br>Sternberg Workday (2022) |
| D94 | GOOG-ROWE-00068606–68610<br><br>Stiekes Workday (2022) |
| D95 | GOOG-ROWE-00019996–19997<br><br>Tech/Non-Tech Promotion Policy |

| Exhibit No. | Description |
|---|---|
| D96 | GOOG-ROWE-00078369–78374<br><br>Wilson Workday (2022) |
| D97 | GOOG-ROWE-00078434–78440<br><br>Eryurek Workday (2022) |
| D98 | GOOG-ROWE-00078508–78514<br><br>Rowe Workday (2022) |
| D99 | GOOG-ROWE-00078530–78535<br><br>Donaldson Workday (2022) |
| D100 | GOOG-ROWE-00078460–78464<br><br>Harteau Workday (2022) |
| D101 | GOOG-ROWE-00078411–78417<br><br>Strong Workday (2022) |
| D102 | GOOG-ROWE-00068214–68254<br>GOOG-ROWE-00067314–67348<br>GOOG-ROWE-00068255–68297<br>GOOG-ROWE-00067464–67495<br>GOOG-ROWE-00067600–67632<br>GOOG-ROWE-00067538–67585<br>GOOG-ROWE-00067931–67955<br>GOOG-ROWE-00068171–68213<br>GOOG-ROWE-00067282–67313<br>GOOG-ROWE-00067349–67365<br>GOOG-ROWE-00067392–67432<br>GOOG-ROWE-00067633–67652<br>GOOG-ROWE-00067729–67743<br>GOOG-ROWE-00067685–67728<br>GOOG-ROWE-00068298–68332<br>GOOG-ROWE-00068333–68366<br><br>Equity Account Summaries (2021) |