IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ULKU ROWE,

        Plaintiff,

v.

GOOGLE LLC,

        Defendant.

Case No. 1:21-cv-08655 (JHR)

## **WITNESS LIST**

| Date | Witness |
|---|---|
| 10/10/2023 | Ulku Rowe, Plaintiff |
| 10/11/2023 | Ulku Rowe, Plaintiff (continued) <br> Tariq Shaukat |
| 10/12/2023 | Tariq Shaukat (continued) <br> Kevin Lucas <br> Stuart Vardaman |
| 10/13/2023 | Stuart Vardaman (continued) <br> Stuart Breslow <br> William Grannis |
| 10/18/2023 | William Grannis (continued) <br> Nicholas Harteau <br> April Beaupain <br> Ashley Tessier <br> Ben Wilson, via deposition (live reading) <br> Evren Eryurek, via deposition (live reading) <br> Nora Ostrofe, via video conference <br> Jennifer Burdis, via video deposition <br> Chris Humez |
| 10/19/2023 | Chris Humez (continued) <br> Krista Callaghan <br> Brian Stevens <br> Melissa Lawrence <br> Kirsten Kliphouse <br> Patricia Florissi |