UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ULKU ROWE,

       Plaintiff,

-v.-

GOOGLE LLC,

       Defendant.

19 Civ. 08655 (JHR)

<u>VERDICT FORM</u>

JENNIFER H. REARDEN, District Judge:

According to the principles of law as charged by the Court and the facts as you find them, please answer the following questions:

**I.**  **<u>Liability</u>**

 **A.**  **<u>New York Labor Law § 194</u>**

 1.  Has Plaintiff, Ulku Rowe, proved by a preponderance of the evidence that Defendant Google paid Ms. Rowe less than Nicholas Harteau or Stuart Breslow in violation of New York Labor Law § 194?

  Nicholas Harteau: YES_____    NO_____

  Stuart Breslow:  YES_____    NO_____

*If your answer is "No" to both persons in Question 1, proceed to Question 3 without answering Questions 2. If your answer is "Yes" to either person in Question 1, proceed to Question 2 only as to the person(s) for whom you answered "Yes."*

 2.  Has Defendant, Google, proved by a preponderance of the evidence that the differential in pay between Ms. Rowe and Mr. Harteau or Mr. Breslow was the result of a bona fide factor other than sex, which was job-related and justified by business necessity?

  Nicholas Harteau: YES_____    NO_____

  Stuart Breslow:  YES_____    NO_____

### B. New York City Human Rights Law (Gender Discrimination)

3. Has Plaintiff, Ulku Rowe, established by a preponderance of the evidence that Defendant, Google, has on at least one occasion treated her less well, at least in part, because of her gender?

YES_____    NO_____

### C. New York City Human Rights Law (Retaliation)

4. Has Plaintiff, Ulku Rowe, established by a preponderance of evidence that Defendant, Google, has on at least one occasion retaliated against her in violation of the New York City Human Rights Law?

YES_____    NO_____

### D. New York Labor Law (Retaliation)

5. Has Plaintiff, Ulku Rowe, established by a preponderance of evidence that defendant, Google, has on at least one occasion retaliated against her in violation of the New York Equal Pay Law?

YES_____    NO_____

*If you answered "No" to Questions 3, 4, and 5 **and** either answered "No" to both persons in Question 1 or "Yes" to both persons in Question 2, please do not answer any further questions and have the foreperson sign and date the verdict sheet. Otherwise, please answer the questions in Section II.*

## II. Damages

6. Has Plaintiff, Ulku Rowe, proven by a preponderance of the evidence that she suffered any injury or any actual damages as a result of Google's unlawful conduct?

YES_____    NO_____

*If you have answered "Yes" to Question 6, please proceed to Question 7. If you have answered "No" to Question 6, you must award Plaintiff Ulku Rowe $1: Stop here, have the foreperson sign and date this Verdict Sheet, and advise the Court by note that you have reached a verdict.*

### A. Back Pay

7. What amount of back pay, if any, do you find that Plaintiff, Ulku Rowe, has proved by a preponderance of the evidence?

$_____

### B. Statutory Damages Under New York Labor Law

8. Of the amount awarded in Question 7, how much, if any, is attributable to damages incurred in connection with answering Yes to Section I.A?

$_____

9. Has Defendant, Google, proved by a preponderance of the evidence that it had a good faith and reasonable basis to believe that its underpayment, as found in Question 8, was in compliance with the law?

YES_____ NO_____

*If your answer is "No" to Question 9, please proceed to Question 10. If your answer is "Yes" to Question 9, please proceed to Question 11 without answering Question 10.*

10. Has Plaintiff, Ulku Rowe, proved by a preponderance of the evidence that Google's underpayment, as found in Question 8, was willful?

YES_____ NO_____

### C. Compensatory Damages Under New York City Human Rights Law

11. If you answered "Yes" to Question 3 or Question 4, state the amount of non-economic damages that you award to the Plaintiff, if any, for emotional distress, pain and suffering, or mental anguish:

$_____

### D. Punitive Damages Under New York City Human Rights Law

12. If you answered "Yes" to Question 3 or Question 4, do you find that Defendant, Google, should be subjected to punitive damages under the New York City Human Rights Law?

YES_____ NO_____

13. If you answered "Yes" to Question 12, state the amount of punitive damages, if any, that you award to Plaintiff:

$_____

*Please have the foreperson sign and date this Verdict Sheet and advise the Court by note that you have reached a verdict.*

Dated: _____, 2023
     New York, New York

                                                      _____
                                                                            FOREPERSON