UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ULKU ROWE, | |
| Plaintiff, | 19 Civ. 08655 (JHR) |
| -v.- | ORDER |
| GOOGLE LLC, | |
| Defendant. | |

JENNIFER H. REARDEN, District Judge:

    Attached to this Order are the notes sent by the jurors during their deliberations.

    SO ORDERED.

Dated: October 30, 2023
       New York, New York

                                              JENNIFER H. REARDEN
                                              United States District Judge