Court Ex. #1

Foreperson:
Ogbonnaya Chilaka
Juror #8

