Court Ex. #2.

Jury Request

~~Entire~~ trial transcript (if possible)

Deposition transcripts

Exhibit notebook

2:47 pm
10/20/2023