1

Court Ex. #3

① Judge's Instructions
② Stuart Vardaman's deposition transcript (portion admitted into evidence)
③ Stuart Breslow's deposition transcript

2:58pm
10/20/2013