Court Ex. #4.

P109.
① Who authored/drafted Plaintiff's profile?
② Does the profile amount to an admission by Defendant that Ms. Rowe was a CTO at JP Morgan Chase?

4:14 am
10/20/2023