Court Ex. #5

Jury will ~~take~~ deliberate till ~~5:00pm~~ 7pm

4:48pm
10/20/2023