Court Ex. #6.

Jury seems to have reached a deadlock. It doesn't seem like there will be a concensus with more time on any of the verdict questions.

6:02 pm
10/20/2023