Court Ex. #7

We have reached a unanimous verdict.

10/20/23
7:158 pm