

1(212) 318-6046
kennethgage@paulhastings.com

November 20, 2023

**VIA ECF**

Hon. Jennifer H. Rearden
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Ulku Rowe v. Google LLC*, Case No. 1:19-cv-08655-LGS

Dear Judge Rearden:

We represent Defendant Google LLC ("Google") in this matter. Pursuant to Rule 5(B) of Your Honor's Individual Rules and Practices in Civil Cases, we respectfully request up to an additional **5 pages** on Google's anticipated motion for judgment as a matter of law pursuant to Fed. R. Civ. P. 50(b), which is due November 22, 2023.

We thank the Court for its consideration.

Respectfully submitted,

Kenneth W. Gage
PAUL HASTINGS LLP