IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ULKU ROWE, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:19-cv-08655 (JHR) |

**NOTICE OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Plaintiff's Motion for Attorneys' Fees and Costs and the Declaration of Cara E. Greene in Support of Plaintiff's Motion for Attorneys' Fees and Costs, Plaintiff respectfully requests that the Court enter an order granting Plaintiff's Motion for Attorneys' Fees and Costs.

Dated: November 22, 2023                By:  /s/ *Cara E. Greene*

Cara E. Greene
Gregory S. Chiarello
Shira Z. Gelfand
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2071
ceg@outtengolden.com
gchiarello@outtengolden.com
sgelfand@outtengolden.com
*Attorneys for Plaintiff Ulku Rowe*