# Exhibit 2

*Rowe v. Google LLC*
Case No. 19-cv-08655 (JHR)
Outten Golden LLP
Cost Summary

| Category | Sum of Amount |
|---|---|
| Computerized Research | $11,560.61 |
| Courier | $376.14 |
| Court Fees | $403.00 |
| Court Reporter | $41,284.24 |
| David Perrott & Associates LLC - Jury Consultant | $6,000.00 |
| Document Management | $4,519.25 |
| FedEx | $982.04 |
| J.S. Held LLC - Economics Expert | $72,481.67 |
| Joshua Brandenberg & Alberto Pero - Voice Actors | $1,200.00 |
| Meals | $5,133.18 |
| Mediation | $5,500.00 |
| Postage | $21.62 |
| Printing Vendor | $15,383.98 |
| Printing/Copying | $186.20 |
| Subpoena Fees | $136.50 |
| Supplies | $341.87 |
| Travel | $12,244.56 |
| Trial Software | $330.00 |
| **Grand Total:** | **$178,084.86** |