# Exhibit 3

*Rowe v. Google LLC*
Case No. 19-cv-08655 (JHR)
Outten Golden LLP
Costs

| Date | Description | Cost |
|---|---|---|
| 01/14/2019 | Postage | $6.67 |
| 08/17/2019 | Postage | $7.45 |
| 08/18/2019 | Postage | $7.50 |
| 09/17/2019 | Print Jobs | $0.30 |
| 09/17/2019 | Print Jobs | $0.30 |
| 09/17/2019 | Print Jobs | $0.15 |
| 09/17/2019 | Print Jobs | $0.15 |
| 09/17/2019 | Print Jobs | $0.30 |
| 09/17/2019 | Print Jobs | $0.60 |
| 09/17/2019 | Print Jobs | $4.20 |
| 09/17/2019 | Print Jobs | $0.30 |
| 09/17/2019 | Print Jobs | $2.10 |
| 09/17/2019 | Print Jobs | $0.30 |
| 09/17/2019 | Print Jobs | $0.30 |
| 09/17/2019 | Print Jobs | $0.60 |
| 09/17/2019 | Print Jobs | $2.10 |
| 09/17/2019 | Print Jobs | $0.60 |
| 09/17/2019 | Print Jobs | $0.15 |
| 09/17/2019 | Print Jobs | $0.15 |
| 09/17/2019 | Print Jobs | $0.15 |
| 09/17/2019 | Print Jobs | $0.30 |
| 09/17/2019 | Print Jobs | $0.15 |
| 09/18/2019 | Print Jobs | $0.15 |
| 09/18/2019 | Print Jobs | $0.15 |
| 09/18/2019 | Print Jobs | $0.15 |
| 09/18/2019 | Print Jobs | $0.15 |
| 09/18/2019 | Print Jobs | $2.10 |
| 09/18/2019 | Print Jobs | $0.15 |
| 09/18/2019 | Filing Fees- NYSDC Filing Fee | $400.00 |
| 09/24/2019 | Print Jobs | $0.45 |
| 09/24/2019 | Print Jobs | $2.10 |
| 09/24/2019 | Print Jobs | $0.30 |
| 09/24/2019 | Print Jobs | $0.30 |
| 09/24/2019 | Print Jobs | $0.30 |
| 09/24/2019 | Print Jobs | $3.00 |
| 09/24/2019 | Print Jobs | $0.90 |
| 09/24/2019 | Print Jobs | $4.80 |
| 09/24/2019 | Print Jobs | $0.15 |
| 09/24/2019 | FedEx- Overnight Delivery/Messenger Services- FedEx inv#6-777-98287 | $34.56 |
| 10/04/2019 | Photocopies | $0.30 |
| 10/04/2019 | Photocopies | $0.15 |
| 10/04/2019 | Scans | $0.10 |
| 10/04/2019 | Scans | $0.10 |

*Rowe v. Google LLC*
Case No. 19-cv-08655 (JHR)
Outten Golden LLP
Costs

| Date | Description | Cost |
|---|---|---|
| 10/07/2019 | Pacer Research- Online Research- Pacer Research | $0.30 |
| 12/06/2019 | Print Jobs | $4.20 |
| 12/09/2019 | Print Jobs | $0.15 |
| 12/10/2019 | Print Jobs | $3.75 |
| 12/10/2019 | Print Jobs | $2.10 |
| 12/10/2019 | Print Jobs | $3.75 |
| 12/12/2019 | Print Jobs | $2.10 |
| 12/12/2019 | Print Jobs | $2.25 |
| 12/12/2019 | Print Jobs | $2.25 |
| 12/12/2019 | Print Jobs | $4.20 |
| 12/12/2019 | Print Jobs | $0.45 |
| 12/12/2019 | Print Jobs | $0.15 |
| 12/12/2019 | Print Jobs | $0.30 |
| 12/12/2019 | Print Jobs | $0.30 |
| 12/12/2019 | Print Jobs | $0.15 |
| 12/12/2019 | Print Jobs | $0.15 |
| 12/12/2019 | Print Jobs | $0.30 |
| 12/12/2019 | Print Jobs | $0.60 |
| 12/12/2019 | Print Jobs | $0.75 |
| 12/12/2019 | Print Jobs | $0.75 |
| 12/12/2019 | Print Jobs | $0.30 |
| 12/12/2019 | Print Jobs | $3.00 |
| 12/12/2019 | Print Jobs | $0.15 |
| 12/12/2019 | Print Jobs | $0.15 |
| 12/12/2019 | Print Jobs | $0.30 |
| 12/12/2019 | Print Jobs | $0.30 |
| 12/17/2019 | Print Jobs | $3.15 |
| 12/17/2019 | Print Jobs | $3.90 |
| 12/18/2019 | Print Jobs | $0.45 |
| 12/18/2019 | Print Jobs | $0.45 |
| 12/18/2019 | Print Jobs | $3.75 |
| 12/18/2019 | Print Jobs | $0.45 |
| 12/23/2019 | Print Jobs | $1.80 |
| 01/07/2020 | Pacer Research- Online Research- Pacer Research | $39.80 |
| 01/13/2020 | Print Jobs | $0.60 |
| 01/13/2020 | Print Jobs | $0.60 |
| 01/13/2020 | Print Jobs | $1.80 |
| 01/13/2020 | Print Jobs | $3.75 |
| 01/13/2020 | Print Jobs | $0.60 |
| 01/16/2020 | Nuix North America Inc.- Ringtail SaaS- Ringtail Costs - January 2020 | $27.00 |
| 01/22/2020 | Print Jobs | $2.85 |
| 01/22/2020 | Print Jobs | $1.05 |
| 01/27/2020 | Print Jobs | $1.80 |

*Rowe v. Google LLC*
Case No. 19-cv-08655 (JHR)
Outten Golden LLP
Costs

| Date | Description | Cost |
|---|---|---|
| 01/29/2020 | Print Jobs | $0.30 |
| 01/29/2020 | Print Jobs | $1.80 |
| 01/29/2020 | Print Jobs | $1.50 |
| 01/30/2020 | Print Jobs | $2.10 |
| 01/30/2020 | Print Jobs | $0.60 |
| 01/31/2020 | Grubhub Holdings Inc.- Meals- Seamless - invoice from 1/1/20 - 1/31/20 | $37.24 |
| 02/03/2020 | Print Jobs | $1.50 |
| 02/04/2020 | Print Jobs | $2.10 |
| 02/04/2020 | Print Jobs | $0.60 |
| 02/04/2020 | Print Jobs | $2.10 |
| 02/04/2020 | Print Jobs | $2.25 |
| 02/04/2020 | Print Jobs | $2.40 |
| 02/05/2020 | Print Jobs | $1.50 |
| 02/05/2020 | Print Jobs | $2.40 |
| 02/10/2020 | Print Jobs | $5.55 |
| 02/10/2020 | Print Jobs | $0.15 |
| 02/11/2020 | Print Jobs | $6.00 |
| 02/11/2020 | Print Jobs | $6.00 |
| 02/11/2020 | Print Jobs | $1.50 |
| 02/12/2020 | Print Jobs | $6.90 |
| 03/01/2020 | Thomson Reuters - West Law- Westlaw Research- West Law - February 2020 | $192.71 |
| 03/05/2020 | Print Jobs | $0.15 |
| 03/05/2020 | Print Jobs | $0.45 |
| 03/05/2020 | Print Jobs | $0.90 |
| 03/05/2020 | Print Jobs | $0.45 |
| 03/05/2020 | Print Jobs | $1.80 |
| 03/05/2020 | Print Jobs | $1.80 |
| 03/05/2020 | Print Jobs | $0.15 |
| 03/05/2020 | Print Jobs | $0.15 |
| 03/09/2020 | Print Jobs | $2.70 |
| 03/09/2020 | Print Jobs | $1.80 |
| 03/09/2020 | Print Jobs | $0.90 |
| 03/09/2020 | Print Jobs | $2.70 |
| 03/09/2020 | Print Jobs | $0.45 |
| 03/09/2020 | Print Jobs | $0.90 |
| 03/17/2020 | Nuix North America Inc.- Ringtail SaaS- Ringtail Costs - February 2020 | $30.50 |
| 03/31/2020 | Grubhub Holdings Inc.- Meals- Seamless - invoice from 3/1/20 to 3/31/20 | $35.35 |
| 04/01/2020 | Thomson Reuters - West Law- Westlaw Research- Westlaw - March 2020 | $289.77 |
| 04/24/2020 | Nuix North America Inc.- Ringtail SaaS- Ringtail Costs - March 2020 | $35.00 |

*Rowe v. Google LLC*
Case No. 19-cv-08655 (JHR)
Outten Golden LLP
Costs

| Date | Description | Cost |
|---|---|---|
| 04/28/2020 | American Express- Travel- AMEX Ending 4.28.20 (ER) - Travel | $78.09 |
| 05/11/2020 | Pacer Research- Online Research- Pacer Research | $2.20 |
| 05/29/2020 | Nuix North America Inc.- Ringtail SaaS- Ringtail Costs - April 2020 | $43.10 |
| 06/01/2020 | Thomson Reuters - West Law- Westlaw Research- Westlaw  - May 2020 | $449.56 |
| 06/19/2020 | Nuix North America Inc.- Ringtail SaaS- Ringtail Costs - May 2020 | $55.70 |
| 06/22/2020 | Thomson Reuters - West Law- Westlaw Research- Westlaw - May 2020 | $567.88 |
| 07/01/2020 | Transcript fees- Transcript of Hearing | $96.12 |
| 07/16/2020 | Nuix North America Inc.- Ringtail SaaS- Ringtail costs - June 2020 | $49.04 |
| 08/10/2020 | Pacer Research- Online Research- Pacer Research | $2.50 |
| 08/11/2020 | Nuix North America Inc.- Ringtail SaaS- Ringtail costs - July 2020 | $60.30 |
| 08/14/2020 | Site Logistix- Miscellaneous- Vendor fee for binder creation | $667.21 |
| 08/27/2020 | FedEx- Overnight Delivery/Messenger Services- | $112.45 |
| 08/27/2020 | FedEx- Overnight Delivery/Messenger Services- | $112.45 |
| 09/15/2020 | Nuix North America Inc.- Ringtail SaaS- Ringtail costs - August 2020 | $61.10 |
| 09/24/2020 | FedEx- Overnight Delivery/Messenger Services- FedEx Invoice #7-158-66752 | $92.45 |
| 09/30/2020 | FedEx- Overnight Delivery/Messenger Services- FedEx Invoice #7-158-66752 | $77.36 |
| 09/30/2020 | Site Logistix- Miscellaneous- Vendor fee for binder creation | $558.46 |
| 09/30/2020 | Site Logistix- Miscellaneous- Vendor fee for binder creation | $145.87 |
| 10/01/2020 | FedEx- Overnight Delivery/Messenger Services- FedEx Invoice #7-158-66752 | $75.45 |
| 10/07/2020 | Pacer Research- Online Research- Pacer Research | $1.50 |
| 10/07/2020 | U.S. Legal Support- Transcript fees- Transcript of Adam Lief | $967.65 |
| 10/09/2020 | Nuix North America Inc.- Ringtail SaaS- Ringtail Costs - September 2020 | $55.00 |
| 10/15/2020 | Print Jobs | $0.15 |
| 10/15/2020 | Print Jobs | $0.15 |
| 10/15/2020 | Print Jobs | $0.15 |
| 10/15/2020 | Print Jobs | $0.15 |
| 10/15/2020 | Print Jobs | $2.10 |
| 10/15/2020 | Shira Gelfand- Meals- Meals Tariq Shaukat Deposition | $13.04 |
| 10/16/2020 | Print Jobs | $0.15 |
| 10/16/2020 | Print Jobs | $0.15 |
| 10/16/2020 | Site Logistix- Miscellaneous- Vendor fee for binder creation | $94.81 |
| 10/16/2020 | Site Logistix- Miscellaneous- Vendor fee for binder creation | $225.74 |
| 10/23/2020 | Site Logistix- Miscellaneous- Vendor fee for binder creation | $882.71 |
| 10/26/2020 | U.S. Legal Support- Transcript fees- Transcript of Adam Lief | $860.00 |
| 10/26/2020 | U.S. Legal Support- Transcript fees- Stuart Breslow TECH/CANCEL | $200.00 |
| 10/26/2020 | U.S. Legal Support- Transcript fees- Adam Lief - TECH | $200.00 |
| 10/28/2020 | U.S. Legal Support- Transcript fees- Stuart Breslow - VIDEO | $990.00 |

*Rowe v. Google LLC*
Case No. 19-cv-08655 (JHR)
Outten Golden LLP
Costs

| Date | Description | Cost |
|---|---|---|
| 10/28/2020 | U.S. Legal Support- Transcript fees- Transcript of Stuart Breslow | $1,434.05 |
| 10/28/2020 | U.S. Legal Support- Transcript fees- Transcript of Tariq Shaukat | $1,884.55 |
| 10/28/2020 | U.S. Legal Support- Transcript fees- Tariq Shaukat - VIDEO | $1,315.00 |
| 10/28/2020 | U.S. Legal Support- Transcript fees- Transcript of Kevin Lucas | $1,608.95 |
| 10/28/2020 | U.S. Legal Support- Transcript fees- Transcript of Will Grannis | $1,375.75 |
| 10/28/2020 | U.S. Legal Support- Transcript fees- Bernita Jamison - VIDEO | $795.00 |
| 10/29/2020 | Veritext- Transcript fees- Transcript of Ulku Rowe | $2,298.05 |
| 11/11/2020 | Nuix North America Inc.- Ringtail SaaS- Ringtail Costs - October 2020 | $70.06 |
| 11/11/2020 | U.S. Legal Support- Transcript fees- Transcript of: Bernita Jamison | $1,068.35 |
| 11/11/2020 | U.S. Legal Support- Transcript fees- Cancellation fee for Jennifer Burdis | $175.00 |
| 11/12/2020 | U.S. Legal Support- Transcript fees- Transcript of Will Grannis | $1,055.00 |
| 11/12/2020 | U.S. Legal Support- Transcript fees- Transcript of Kevin Lucas | $1,250.00 |
| 11/12/2020 | U.S. Legal Support- Transcript fees- Cancellation fee for Diane Greene | $195.00 |
| 11/12/2020 | U.S. Legal Support- Transcript fees- Cancellation fee for Diane Greene | $295.00 |
| 11/13/2020 | Shira Gelfand- Meals- Meals - Brian Stevens Deposition | $23.94 |
| 11/13/2020 | Site Logistix- Miscellaneous- Vendor fee for binder creation | $272.78 |
| 11/13/2020 | Site Logistix- Miscellaneous- Vendor fee for binder creation | $618.71 |
| 11/16/2020 | U.S. Legal Support- Transcript fees- Remote Videoconference | $638.45 |
| 11/23/2020 | Site Logistix- Miscellaneous- Vendor fee for production of binder | $369.16 |
| 11/23/2020 | U.S. Legal Support- Transcript fees- Transcript of Brian Stevens | $651.45 |
| 11/25/2020 | Site Logistix- Miscellaneous- Print Job | $420.80 |
| 11/26/2020 | FedEx- Overnight Delivery/Messenger Services- FedEx Inv# 7-194-87196 | $87.68 |
| 11/26/2020 | FedEx- Overnight Delivery/Messenger Services- FedEx Inv# 7-194-87196 | $58.60 |
| 11/26/2020 | FedEx- Overnight Delivery/Messenger Services- FedEx Inv# 7-195-16663 | $44.77 |
| 11/26/2020 | FedEx- Overnight Delivery/Messenger Services- FedEx Inv# 7-195-16663 | $39.33 |
| 11/26/2020 | FedEx- Overnight Delivery/Messenger Services- FedEx Inv# 7-195-16663 | $76.16 |
| 11/26/2020 | FedEx- Overnight Delivery/Messenger Services- FedEx Inv# 7-195-16663 | $43.48 |
| 11/26/2020 | FedEx- Overnight Delivery/Messenger Services- FedEx Inv# 7-195-16663 | $40.61 |
| 12/01/2020 | Thomson Reuters - West Law- Westlaw Research- West Law - November 2020 | $206.13 |
| 12/02/2020 | U.S. Legal Support- Transcript fees- Transcript of Stuart Vardaman | $1,073.65 |
| 12/09/2020 | Print Jobs | $4.35 |
| 12/09/2020 | Print Jobs | $0.15 |

*Rowe v. Google LLC*
Case No. 19-cv-08655 (JHR)
Outten Golden LLP
Costs

| Date | Description | Cost |
|---|---|---|
| 12/09/2020 | Print Jobs | $4.65 |
| 12/09/2020 | Print Jobs | $4.65 |
| 12/09/2020 | Print Jobs | $0.30 |
| 12/10/2020 | Nuix North America Inc.- Ringtail SaaS- Ringtail Costs - November 2020 | $82.90 |
| 12/10/2020 | U.S. Legal Support- Transcript fees- Transcript of Brian Stevens | $535.00 |
| 12/10/2020 | U.S. Legal Support- Transcript fees- City and State of New York - Video | $860.00 |
| 12/15/2020 | U.S. Legal Support- Transcript fees- Transcript of Evren Eryurek | $887.75 |
| 12/16/2020 | U.S. Legal Support- Transcript fees- Transcript of Jennifer Burdis | $776.85 |
| 12/16/2020 | U.S. Legal Support- Transcript fees- Transcript of Benjamin Wilson | $1,163.25 |
| 12/23/2020 | U.S. Legal Support- Transcript fees- Transcript of Jennifer Burdis | $795.00 |
| 12/31/2020 | U.S. Legal Support- Transcript fees- Transcript of Benjamin Wilson | $990.00 |
| 12/31/2020 | U.S. Legal Support- Transcript fees- Transcript of Evren Eryurek | $730.00 |
| 01/01/2021 | Thomson Reuters - West Law- Westlaw Research- Westlaw - December 2020 | $2,384.47 |
| 01/06/2021 | Pacer Research- Online Research- Pacer Research | $4.10 |
| 01/08/2021 | American Express- Travel- UBER | $146.56 |
| 01/11/2021 | Nuix North America Inc.- Ringtail SaaS- Ringtail Costs - December 2020 | $81.10 |
| 01/21/2021 | Carole Ludwig- Transcript fees- Transcript of Hearing | $234.96 |
| 02/01/2021 | Thomson Reuters - West Law- Westlaw Research- Westlaw - January 2021 | $1,231.99 |
| 02/09/2021 | Nuix North America Inc.- Ringtail SaaS- Ringtail Costs - January 2021 | $90.40 |
| 02/24/2021 | Carole Ludwig- Transcript fees- Transcript of hearing | $208.26 |
| 03/08/2021 | American Express- Travel- UBER | $113.73 |
| 03/09/2021 | Nuix North America Inc.- Ringtail SaaS- Ringtail Costs - February 2021 | $90.90 |
| 03/23/2021 | Print Jobs | $1.05 |
| 03/23/2021 | Print Jobs | $1.05 |
| 03/25/2021 | Veritext- Transcript fees- Deposition Transcript of Ulke Rowe | $674.00 |
| 04/07/2021 | Pacer Research- Online Research- Pacer Research | $1.90 |
| 04/13/2021 | Nuix North America Inc.- Ringtail SaaS- Ringtail Costs - March 2021 | $117.00 |
| 05/01/2021 | Thomson Reuters - West Law- Westlaw Research- West Law - April 2021 | $837.27 |
| 05/05/2021 | FedEx- Overnight Delivery/Messenger Services- FedEx Invoice #7-385-02108 | $56.43 |
| 05/07/2021 | Site Logistix- Miscellaneous- Vendor fee for binder creation | $166.91 |
| 05/12/2021 | Nuix North America Inc.- Ringtail SaaS- Ringtail costs - April 2021 | $116.30 |
| 05/26/2021 | Print Jobs | $1.95 |
| 05/26/2021 | Print Jobs | $3.45 |
| 06/01/2021 | Thomson Reuters - West Law- Westlaw Research- West Law - May 2021 | $76.47 |

*Rowe v. Google LLC*
Case No. 19-cv-08655 (JHR)
Outten Golden LLP
Costs

| Date | Description | Cost |
|---|---|---|
| 06/16/2021 | Nuix North America Inc.- Ringtail SaaS- Ringtail costs - May 2021 | $115.40 |
| 07/19/2021 | Nuix North America Inc.- Ringtail SaaS- Ringtail costs - June 2021 | $115.60 |
| 08/11/2021 | American Express- Pacer Research- PACER | $1.80 |
| 08/24/2021 | Nuix North America Inc.- Ringtail SaaS- Ringtail costs - July 2021 | $115.60 |
| 09/01/2021 | Thomson Reuters - West Law- Westlaw Research- Westlaw - August 2021 | $133.94 |
| 09/10/2021 | Nuix North America Inc.- Ringtail SaaS- Ringtail costs - August 2021 | $115.50 |
| 09/28/2021 | Transcript fees- Transcript | $13.65 |
| 10/01/2021 | Thomson Reuters - West Law- Westlaw Research- Westlaw - September 2021 | $79.38 |
| 10/14/2021 | Nuix North America Inc.- Ringtail SaaS- Ringtail costs - September 2021 | $115.50 |
| 11/01/2021 | Thomson Reuters - West Law- Westlaw Research- Westlaw - October 2021 | $573.61 |
| 11/09/2021 | American Express- Pacer Research- PACER | $7.40 |
| 11/16/2021 | Print Jobs | $7.65 |
| 11/16/2021 | Print Jobs | $0.45 |
| 11/22/2021 | Print Jobs | $2.10 |
| 11/24/2021 | Nuix North America Inc.- Ringtail SaaS- Ringtail costs - November 2021 | $116.00 |
| 12/01/2021 | Thomson Reuters - West Law- Westlaw Research- Westlaw - November 2021 | $564.13 |
| 12/02/2021 | Shira Gelfand- Meals- Meals - Late night motion | $27.93 |
| 12/08/2021 | American Express- Travel- UBER TRIP | $59.70 |
| 12/15/2021 | Nuix North America Inc.- Ringtail SaaS- Ringtail costs - December 2021 | $117.90 |
| 12/31/2021 | Breakaway Courier Systems- Overnight Delivery/Messenger Services- Courier Service | $57.90 |
| 12/31/2021 | Breakaway Courier Systems- Overnight Delivery/Messenger Services- Courier Service | $44.10 |
| 01/01/2022 | Thomson Reuters - West Law- Westlaw Research- Westlaw - December 2021 | $2,548.28 |
| 01/08/2022 | American Express- Travel- UBER TRIP | $112.82 |
| 01/14/2022 | Nuix North America Inc.- Ringtail SaaS- Ringtail costs - January 2022 | $116.00 |
| 02/01/2022 | Thomson Reuters - West Law- Westlaw Research- Westlaw - January 2022 | $746.94 |
| 02/09/2022 | American Express- Pacer Research- PACER | $12.90 |
| 02/18/2022 | Nuix North America Inc.- Ringtail SaaS- Ringtail costs - February 2022 | $116.20 |
| 03/01/2022 | Thomson Reuters - West Law- Westlaw Research- Westlaw - February 2022 | $2.61 |
| 03/22/2022 | Nuix North America Inc.- Ringtail SaaS- Ringtail costs - March 2022 | $116.00 |
| 04/01/2022 | Thomson Reuters - West Law- Westlaw Research- Westlaw - March 2022 | $3.90 |

*Rowe v. Google LLC*
Case No. 19-cv-08655 (JHR)
Outten Golden LLP
Costs

| Date | Description | Cost |
|---|---|---|
| 04/26/2022 | Nuix North America Inc.- Ringtail SaaS- Ringtail Costs - April 2022 | $116.00 |
| 05/09/2022 | American Express- Pacer Research- PACER | $4.70 |
| 05/16/2022 | Nuix North America Inc.- Ringtail SaaS- Ringtail Costs - May 2022 | $98.52 |
| 06/15/2022 | Nuix North America Inc.- Ringtail SaaS- Ringtail Costs - May 2022 | $116.00 |
| 07/30/2022 | Nuix North America Inc.- Ringtail SaaS- Ringtail Costs - June 2022 | $116.30 |
| 08/30/2022 | Nuix North America Inc.- Ringtail SaaS- Ringtail Costs - July 2022 | $98.94 |
| 09/30/2022 | Nuix North America Inc.- Ringtail SaaS- Ringtail Costs - August 2022 | $116.40 |
| 10/21/2022 | JAMS, Inc.- Mediation Fees- Mediation | $5,500.00 |
| 10/25/2022 | J.S. Held LLC- Outside Consultant- Consultation retainer fee | $5,000.00 |
| 10/27/2022 | TransPerfect Document Mgmt, Inc.- Miscellaneous- Binder creation and delivery | $3,244.54 |
| 10/28/2022 | Site Logistix- Miscellaneous- Vendor fee for binder creation | $200.85 |
| 10/31/2022 | Nuix North America Inc.- Ringtail SaaS- Ringtail Costs - September 2022 | $116.40 |
| 10/31/2022 | TransPerfect Document Mgmt, Inc.- Miscellaneous- Binder Creation Fee | $69.27 |
| 11/29/2022 | Nuix North America Inc.- Ringtail SaaS- Ringtail Costs - October 2022 | $100.38 |
| 11/30/2022 | TransPerfect Document Mgmt, Inc.- Miscellaneous- Binder Creation Fee | $1,323.47 |
| 11/30/2022 | Grubhub Holdings Inc.- Meals- Seamless - Invoice from 11/1/22 - 11/30/22 | $130.65 |
| 11/30/2022 | Grubhub Holdings Inc.- Meals- Seamless - Invoice from 11/1/22 - 11/30/22 | $43.20 |
| 11/30/2022 | TransPerfect Document Mgmt, Inc.- Miscellaneous- Binder Creation Fee | $117.46 |
| 12/09/2022 | Cab Fare- UBER TRIP | $271.58 |
| 12/12/2022 | Staples- Miscellaneous- Office supplies | $341.87 |
| 12/13/2022 | Veritext- Transcript fees- Video deposition of Ulku Rowe | $305.00 |
| 12/13/2022 | Veritext- Transcript fees- Video deposition of Ulku Rowe | $855.00 |
| 12/15/2022 | J.S. Held LLC- Outside Consultant- Expert Fees | $31,220.67 |
| 12/20/2022 | Nuix North America Inc.- Ringtail SaaS- Ringtail Costs - November 2022 | $106.16 |
| 01/04/2023 | Grubhub Holdings Inc.- Meals- Seamless - Invoice from 12/1/22 - 12/31/22 | $155.23 |
| 01/04/2023 | Grubhub Holdings Inc.- Meals- Seamless - Invoice from 12/1/22 - 12/31/22 | $23.30 |
| 01/09/2023 | Cab Fare- UBER TRIP | $1,033.52 |
| 01/16/2023 | Veritext- Transcript fees- Transcript of Nora Ostrofe | $2,654.46 |
| 01/24/2023 | Nuix North America Inc.- Ringtail SaaS- Ringtail Costs - December 2022 | $123.40 |
| 02/09/2023 | Pacer Research- WWW.PACER.GOV | $492.80 |
| 02/16/2023 | J.S. Held LLC- Outside Consultant- Consultation | $19,048.50 |

*Rowe v. Google LLC*
Case No. 19-cv-08655 (JHR)
Outten Golden LLP
Costs

| Date | Description | Cost |
|---|---|---|
| 02/27/2023 | Nuix North America Inc.- Ringtail SaaS- Ringtail Costs - January 2023 | $124.50 |
| 03/20/2023 | Nuix North America Inc.- Ringtail SaaS- Ringtail Costs - February 2023 | $123.90 |
| 03/22/2023 | FedEx- Overnight Delivery/Messenger Services- FedEx Inv#8-113-35350 | $30.26 |
| 04/26/2023 | Nuix North America Inc.- Ringtail SaaS- Ringtail Costs - March 2023 | $123.90 |
| 05/01/2023 | Matthew Bender & Co., Inc.- Miscellaneous- LexisNexis CaseMap Professional | $66.00 |
| 05/09/2023 | Filing Fees- WWW.PACER.GOV | $3.00 |
| 05/17/2023 | Nuix North America Inc.- Ringtail SaaS- Ringtail Costs - April 2023 | $124.10 |
| 05/31/2023 | TransPerfect Document Mgmt, Inc.- Miscellaneous- Printing Exhibits | $3,502.44 |
| 05/31/2023 | LexisNexis Risk Data MGT LLC- Miscellaneous- Tax OL - Online Subscription (5/1/23-5/31/23) | $4.33 |
| 06/01/2023 | Matthew Bender & Co., Inc.- Miscellaneous- LexisNexis CaseMap Professional | $132.00 |
| 06/01/2023 | LexisNexis Risk Data MGT LLC- Miscellaneous- Tax OL - Online Subscription (6/1/23-6/30/23) | $13.94 |
| 06/22/2023 | Nuix North America Inc.- Ringtail SaaS- Ringtail Costs - May 2023 | $124.70 |
| 06/26/2023 | Nicholas Harteau- Miscellaneous- Trial Witness Fee + Mileage Fee | $45.50 |
| 07/05/2023 | Pacer Research- Online Research- Pacer Research | $40.70 |
| 07/10/2023 | Veritext- Transcript fees- Transcript of Nora Ostrofe | $1,370.15 |
| 07/18/2023 | Abigail L. Robinson- Cab Fare- Cab home working late on trial | $61.19 |
| 07/24/2023 | Nuix North America Inc.- Ringtail SaaS- Ringtail Costs - June 2023 | $125.30 |
| 07/31/2023 | Grubhub Holdings Inc.- Meals- Seamless - Invoice from 7/1/23 - 7/31/23 | $207.21 |
| 07/31/2023 | Breakaway Courier Systems- Overnight Delivery/Messenger Services- Courier Service | $164.75 |
| 07/31/2023 | Transcript fees- Transcript of Hearing | $24.71 |
| 08/09/2023 | Pacer Research- Pacer | $40.70 |
| 08/16/2023 | Cab Fare- Uber | $147.90 |
| 08/16/2023 | Cab Fare- Uber | $944.40 |
| 08/16/2023 | Cara E. Greene- Cab Fare- Cab | $32.25 |
| 08/18/2023 | Site Logistix- Miscellaneous- Vendor fee for binder creation | $408.76 |
| 08/28/2023 | Nuix North America Inc.- Ringtail SaaS- Ringtail Costs - July 2023 | $125.40 |
| 08/28/2023 | Nuix North America Inc.- Ringtail SaaS- Ringtail Costs - July 2023 | $11.10 |
| 08/29/2023 | J.S. Held LLC- Professional Fees- Professional Services Rendered | $16,218.00 |
| 08/31/2023 | Breakaway Courier Systems- Overnight Delivery/Messenger Services- Courier service | $109.39 |
| 08/31/2023 | Grubhub Holdings Inc.- Meals- Seamless - Invoice from 8/1/23 - 8/31/23 | $78.39 |
| 09/12/2023 | Travel- UTF - S. Huhta | $42.00 |
| 09/13/2023 | Travel- UTF - S. Huhta | $42.00 |

*Rowe v. Google LLC*
Case No. 19-cv-08655 (JHR)
Outten Golden LLP
Costs

| Date | Description | Cost |
|---|---|---|
| 09/13/2023 | Airfare/Train- S. Huhta - AMTRAK | $464.00 |
| 09/15/2023 | Meals- NAYA EXPRESS | $415.86 |
| 09/16/2023 | Cab Fare- uber | $545.46 |
| 09/16/2023 | Cab Fare- uber | $45.57 |
| 09/18/2023 | Cara E. Greene- Meals- Meals | $32.88 |
| 09/21/2023 | Cara E. Greene- Meals- Meals - CEG, GSC, NAZ | $97.33 |
| 09/22/2023 | Cara E. Greene- Meals- Meals - CEG, GSC | $40.14 |
| 09/22/2023 | Cara E. Greene- Meals- Meals - CEG, GSC | $40.14 |
| 09/25/2023 | Nuix North America Inc.- Ringtail SaaS- Ringtail Costs - August 2023 | $124.90 |
| 09/25/2023 | Nuix North America Inc.- Ringtail SaaS- Ringtail Costs - August 2023 | $20.30 |
| 09/25/2023 | Cara E. Greene- Cab Fare- Cab | $31.44 |
| 09/25/2023 | Cara E. Greene- Meals- Meals - CEG, GSC, para | $67.18 |
| 09/27/2023 | Gregory Chiarello- Meals- Meal while working late. | $76.77 |
| 09/28/2023 | David Perrott & Associates LLC- Professional Fees- 50% Retainer Fee for Professional Fees | $6,000.00 |
| 09/30/2023 | Grubhub Holdings Inc.- Meals- Seamless - Invoice from 9/1/23 - 9/30/23 | $561.79 |
| 09/30/2023 | Veritext- Transcript fees- Video Transcript of Ulku Rowe | $596.00 |
| 09/30/2023 | TransPerfect Document Mgmt, Inc.- Miscellaneous- Binder creation | $652.85 |
| 10/01/2023 | Matthew Bender & Co., Inc.- Miscellaneous- LexisNexis CaseMap Professional | $132.00 |
| 10/01/2023 | Cara E. Greene- Cab Fare- Cab | $34.80 |
| 10/03/2023 | Magna Legal Services- Transcript fees- Transcript of Patricia Flossi | $2,325.43 |
| 10/03/2023 | Magna Legal Services- Transcript fees- Transcript of Patricia Flossi (video) | $962.50 |
| 10/04/2023 | Cara E. Greene- Meals- Snacks for Rowe Trial | $111.00 |
| 10/05/2023 | Cara E. Greene- Cab Fare- Cab | $33.96 |
| 10/06/2023 | Shira Gelfand- Meals- DD for Rowe Opening Moot | $27.98 |
| 10/06/2023 | Abigail L. Robinson- Cab Fare- Cab - working late on Rowe. | $49.12 |
| 10/07/2023 | Cara E. Greene- Meals- Meals - CEG and GSC | $23.40 |
| 10/09/2023 | Gregory Chiarello- Meals- Meal while working late. | $37.02 |
| 10/09/2023 | Abigail L. Robinson- Meals- Meals - working OT on Rowe | $26.82 |
| 10/10/2023 | Gregory Chiarello- Cab Fare- Lyft ride home after working late. | $65.91 |
| 10/10/2023 | Tammy Marzigliano- Meals- Rowe trial | $149.50 |
| 10/10/2023 | Cara E. Greene- Cab Fare- Cab | $32.28 |
| 10/12/2023 | Veritext- Transcript fees- Transcript of Ulku Rowe | $2,573.50 |
| 10/12/2023 | Gregory Chiarello- Cab Fare- Lyft ride from work to home (total). | $222.93 |
| 10/12/2023 | Cara E. Greene- Cab Fare- Cab - office to home | $45.03 |
| 10/12/2023 | Cara E. Greene- Cab Fare- Cab | $40.94 |
| 10/13/2023 | Angela Williams- Cab Fare- Cab - 685 Third Avenue to Court (500 Pearl Street) | $38.22 |
| 10/13/2023 | Angela Williams- Cab Fare- Cab - from Court to office | $39.13 |
| 10/14/2023 | Gregory Chiarello- Cab Fare- Lyft ride to home after working late. | $101.11 |
| 10/15/2023 | Cara E. Greene- Meals- Meals -CEG, GSC and paras | $82.30 |

*Rowe v. Google LLC*
Case No. 19-cv-08655 (JHR)
Outten Golden LLP
Costs

| Date | Description | Cost |
|---|---|---|
| 10/16/2023 | Gregory Chiarello- Meals- Meal while working. | $74.59 |
| 10/16/2023 | Shira Gelfand- Meals- Lunch | $23.25 |
| 10/16/2023 | Cara E. Greene- Cab Fare- Cab -Office to home | $39.98 |
| 10/16/2023 | Gregory Chiarello- Meals- Meals Dinner - working late with team in preparation of trial. | $72.42 |
| 10/16/2023 | Cab Fare- Uber (9/1/23-9/30/23) | $1,500.95 |
| 10/17/2023 | Cara E. Greene- Cab Fare- Cab - From 685 3rd Avenue - Home | $37.97 |
| 10/17/2023 | Cara E. Greene- Cab Fare- Cab - Office to home | $41.76 |
| 10/18/2023 | Veritext- Transcript fees- Transcript of Nora C. Ostrofe | $1,321.75 |
| 10/18/2023 | Gregory Chiarello- Meals- Dinner - working late with team in preparation of trial. | $114.14 |
| 10/18/2023 | Gregory Chiarello- Cab Fare- Lyft ride home after working late. | $72.39 |
| 10/19/2023 | Shira Gelfand- Meals- Meals | $37.38 |
| 10/19/2023 | Cara E. Greene- Cab Fare- Cab - Home - Court | $62.68 |
| 10/19/2023 | Gregory Chiarello- Meals- Dinner - working late with team in preparation of trial. | $98.35 |
| 10/20/2023 | TransPerfect Document Mgmt, Inc.- Miscellaneous- Binder creation | $1,441.18 |
| 10/20/2023 | Cara E. Greene- Meals- Meals - CEG lunch | $27.82 |
| 10/20/2023 | Gregory Chiarello- Cab Fare- Lyft ride home after working late. | $69.58 |
| 10/20/2023 | Hector Jacome- Meals- Meals | $49.25 |
| 10/20/2023 | Nuix North America Inc.- Ringtail SaaS- Ringtail Costs - September 2023 | $137.08 |
| 10/20/2023 | Nuix North America Inc.- Ringtail SaaS- Ringtail Costs - September 2023 | $20.47 |
| 10/21/2023 | Cara E. Greene- Meals- Meals | $239.24 |
| 10/23/2023 | Vincent Yang- Meals- Meals for Trial | $60.00 |
| 10/23/2023 | Nicholas Harteau- Miscellaneous- Subpoena fees for Nicholas Harteau. | $91.00 |
| 10/25/2023 | Cara E. Greene- Cab Fare- Cab | $35.75 |
| 10/27/2023 | Alberto Pero, III- Professional Fees- Professional Fees | $600.00 |
| 10/27/2023 | Joshua Brandenburg- Professional Fees- Professional Fees | $600.00 |
| 10/31/2023 | Grubhub Holdings Inc.- Meals- Seamless - Invoice from 10/1/23 - 10/31/23 | $1,771.15 |
| 11/03/2023 | J.S. Held LLC- Professional Fees- Professional Services Rendered | $994.50 |
| 11/16/2023 | Cab Fare- Uber (10/1/23-10/31/23) | $5,507.86 |
| | **Total:** | **$178,084.86** |