# Exhibit 4

*Attorneys*

1. Susan Huhta is the Partner in charge of O&G's Washington, D.C. office and heads the office's Individual Practice Group, and is co-Chair of the firm's Discrimination and Retaliation Practice Group. Before joining O&G in July 2017, Ms. Huhta practiced at a boutique employment law firm in D.C. for six years, and prior to that, for over 10 years, she ran the Employment and Public Accommodations Projects at one of D.C.'s premier civil rights organizations, the Washington Lawyers' Committee for Civil Rights & Urban Affairs. She began her law career in Washington, D.C. as a litigation associate at Arnold & Porter LLP, and she clerked for the Honorable Barbara B. Crabb, United States District Court Judge for the Western District of Wisconsin. Ms. Huhta received her Bachelor of Arts degree from Cornell University and graduated *cum laude* from the University of Wisconsin School of Law.

2. Daniel S. Stromberg is a Partner and E-Discovery Counsel at O&G. He is head of O&G's eDiscovery Practice Area, where he advises clients and case teams on discovery strategies. Mr. Stromberg teaches electronic discovery at the University of Virginia. Prior to joining O&G in July 2015, Mr. Stromberg worked as Director of Discovery Technology at a boutique discovery firm, and as a Senior E-Discovery Consultant with a leading eDiscovery technology provider. He received his B.A., *cum laude*, from the University of Rochester in 2004 and his J.D. from The George Washington University Law School in 2007.

3. Tara K. Quaglione is a Staff Attorney at O&G. She has practiced law since 2008 and has over 13 years of experience in General Practice and related legal activities.

4. Moira Heiges-Goepfert is Counsel at O&G in its San Francisco office and a member of the firm's Class Action Practice Group. She represents employees in class action discrimination (race, gender, immigration and criminal history), wage and hour, and Fair Credit Reporting Act cases, as well as other civil rights cases aimed at eliminating systemic

1

injustice.  Prior to joining the firm in 2017, Moira clerked for the Honorable Jon O. Newman, U.S. Court of Appeals for the Second Circuit, and the Honorable Valerie Caproni, U.S. District Court for the Southern District of New York.  She also worked as a litigation associate at Cleary Gottlieb Steen & Hamilton in New York and taught English literature and writing at a public university in Beijing, China.  Moira earned her B.A. with honors from Yale University in 2004, and her J.D., magna cum laude and Order of the Coif, from the University of Minnesota Law School in 2010, where she served as Managing Editor for the Minnesota Law Review.

5.      Lauren B. McGlothlin was an Associate at O&G from 2018 to 2019 and a member of the firm's Individual Practice Group. Prior to joining the firm, Ms. McGlothlin was an attorney at New York State United Teachers (NYSUT), a 600,000-member New York State Teacher's Union, and an associate attorney at Spivak Lipton LLP, where she represented labor unions and employees in individual and collective actions. Ms. McGlothlin received her B.A. from the University of Michigan in 2011 and her J.D. from Boston College Law School in 2014. During law school, Ms. McGlothlin was a Peggy Browning Fellow at the Service Employees International Union (SEIU) in Washington, D.C. and an intern at the National Labor Relations Board (NLRB) and Pyle Rome Ehrenberg PC, a union-side Labor and Employment Law Firm in Boston.

6.      Lindsay M. Goldbrum is an Associate at O&G and a member of the Individual Practice Group. Prior to joining the firm, Ms. Goldbrum worked as a Senior Associate at an employment litigation firm, where she represented individuals in asserting claims of discrimination on the basis of sex, gender, disability, race, sexual orientation, religious and/or national origin, retaliation, whistleblower retaliation, breach of contract, sexual harassment, sexual assault, and wage and hour claims, among others. Ms. Goldbrum also served as an

2

Assistant District Attorney at the Kings County District Attorney's Office. Ms. Goldbrum received her B.A. from the University of Maryland in 2014 where she was a College Park Scholar, and her J.D. from Benjamin N. Cardozo School of Law in 2017 where she was a full merit scholarship recipient, and was awarded the Cardozo Service and Achievement Award.

7. Jennifer Davidson is an Associate at Outten & Golden LLP and works on both individual and class action matters at the firm. Prior to joining the firm in 2021, Ms. Davidson clerked for the Honorable Gregg J. Costa of the Fifth Circuit Court of Appeals and the Honorable Wendy Beetlestone of the Eastern District of Pennsylvania. Ms. Davidson also was a law fellow for Cohen Milstein Sellers & Toll PPLC. Ms. Davidson received her A.B. from Dartmouth College in 2015, and her J.D., Order of the Coif, from the University of Virginia School of Law in 2018, where she was the Articles Development Editor for the Virginia Law Review. During law school, Ms. Davidson participated in the Supreme Court Litigation Clinic and the Housing and Litigation Clinic, and was a summer associate at Altshuler Berzon LLP

8. Eliana J. Theodorou is an Associate at O&G and is a member of the firm's Individual and Class Action Practice areas. She co-chairs the Firm's Public Interest Committee. Prior to joining O&G, Ms. Theodorou clerked for the Honorable Gabriel W. Gorenstein of the Southern District of New York. Ms. Theodorou received her B.A. with high honors from Wesleyan University in 2012, and her J.D., *magna cum laude* and Order of the Coif, from New York University School of Law in 2018, where she served as an Executive Editor of New York University Law Review.

9. Amanda T. Chan is an Associate at O&G in New York and a member of the firm's Individual Practice Group. Prior to joining the firm in 2022, Ms. Chan represented consumers, workers, and nursing home residents in individual and class action litigation at

Finkelstein, Blankinship, Frei-Pearson & Garber LLP. Ms. Chan earned her B.Phil. from the University of Pittsburgh in 2016 and her J.D. from Harvard Law School in 2020. During law school, Ms. Chan was a summer associate at Winston & Strawn, served as a student attorney at the Wilmerhale Legal Services Center of Harvard Law School, and interned at the Death Penalty Project in London, UK.

*Litigation Operations*

10. Robert Rivera is the Litigation Operations Manager at O&G. Prior to joining O&G in 2022, he held positions at Vedder Price, P.C., and Gordon Rees Scully Mansukhani, LLP. Mr. Rivera received his B.A. from the University of Miami and M.B.A. from Florida International University.

11. Tracee Manettas is the Litigations Operations Administrator at O&G. She joined O&G in March 2016. Prior to joining the firm Ms. Manettas worked at Ropes & Gray LLP and Shearman & Sterling. She studied at New York University.

12. Jennifer LaMarch is Managing Clerk at O&G. Prior to joining O&G in March 2020, Ms. LaMarch had 20+ years of experience in the legal field. She received her B.A. in Political Science from the State University of Albany in 1994.

13. Naomi Campusano is an eDiscovery Specialist at O&G. Prior to joining O&G in August 2019, she worked as a paralegal for Gorayeb & Associates, a personal injury litigation firm. Ms. Campusano graduated from Stony Brook University with a B.A. in Political Science and Sociology.

14. Michaela Dougherty is a Senior Paralegal at O&G. Prior to joining O&G in May 2017, Michaela worked as a campaign field organizer for Alison Boak's 2016 Campaign for New York State Senate, in District 40. Ms. Dougherty, valedictorian of her graduating class,

earned a B.A. in Political Science and Arabic/Jewish Studies from Colin Powell School for Civic and Global Leadership at The City College of New York.

15. Sara Olson is a Senior Paralegal at O&G. Ms. Olson earned a Paralegal Certificate from Pace University in 2016 and a B.A. in Politics, Philosophy, and Economics from The King's College in 2014. Previously, Ms. Olson worked as a researcher for Expert Network Group, LLC and as an academic scholar for a United Nations former Socio-Economic Affairs Advisor.

16. Abigail L. Robinson is a Senior Paralegal – Trial Specialist, at O&G. Prior to joining O&G in April 2023, Ms. Robinson worked as a litigation paralegal for over nine years at civil right firms Beldock Levine & Hoffman and Rankin & Taylor. She received her B.A. in Sociology from the University of South Florida.

17. Christopher Alter was an e-Discovery Specialist and Paralegal at O&G from September 2016 to August 2020. Prior joining O&G, he graduated from Cornell University, Industrial Labor Relations School, with a B.S. in Industrial and Labor Relations and a minor in Inequality Studies. Mr. Alter is currently a 2023 J.D. candidate at Columbia Law School.

18. Anna Bostwick was a paralegal at O&G from September 2019 to June 2021. Prior to joining O&G, she worked as a communications intern at Becky's Fund, where she taught and created curriculum on domestic violence prevention. Anna graduated Phi Beta Kappa from the University of Virginia, earning a B.A. in Cognitive Science with a concentration in Neuroscience and a minor in Women, Gender, and Sexuality Studies. She is currently a 2024 J.D. candidate at Stanford Law School.

19. Brian Kouassi was a Paralegal at O&G. Prior to joining O&G in August 2019, he was a litigation paralegal at Curtis, Mallet-Prevost, Colt & Mosle LLP and a litigation intern at

the Bronx County District Attorney Office. Mr. Kouassi received his B.A. in Political Science and Government and minor in Faith, Peace, and Justice from Boston College in 2017.

20. Sylvie Rohrbaugh was a Paralegal at O&G from August 2022 to January 2023. Prior to joining O&G, she graduated from Cornell University in 2022 with a B.A. in Literature.

21. Makaria Yami is a Paralegal at O&G. Prior to joining O&G in August of 2022, she worked as a Labor Organizer for United Auto Workers and graduated from Columbia University with a B.A. in Political Science and Africana Studies.

22. Vincent Yang is a Paralegal at O&G. Prior to joining O&G in August 2019, he graduated from SUNY Binghamton University with a B.S. in Biology and from NYU Tandon School of Engineering with an M.S. in Biotechnology. He previously worked in academic science research.

23. Napoleon Zapata is a Paralegal at O&G. Prior to joining O&G in August of 2022, he worked as a paralegal at Vedder Price P.C. and graduated from Cornell University's ILR School in 2017 with a M.S. in Industrial and Labor Relations.

24. Hector Jacome is the Office Services Supervisor at O&G. Prior to joining O&G in 2003, Mr. Jacome graduated from Hunter College with a B.A. in Liberal Arts and a minor in Black and Puerto Rican History. He also attended PerScholas for IT Network Support Degree Specialization.