# Exhibit 5



**OUTTEN & GOLDEN** LLP

Advocates for Workplace Fairness

October 11, 2022

Re: ██████████████████████████████

Dear ████████

      This letter will confirm our agreement pursuant to which you have engaged this firm ("O&G") as counsel in connection with this matter. ████████

      O&G will charge our standard hourly rates in effect from time to time.[1] My present hourly rate is $850. In addition, we will charge customary amounts for such items as photocopying, postage, messenger services, long distance telephone calls, facsimile transmissions, pre-authorized computerized legal research, investigators, overtime secretarial services and transportation.

      As we proceed to arbitration, we are requesting an additional retainer of $84,000 against such legal fees and disbursements ████████████. $59,000 of this amount will be used for charges incurred on a monthly basis (the "front-end retainer"), while $25,000 will be reserved for payment of the final bill once all legal services have concluded (the "back-end retainer"). If it appears that the front-end retainer will be exhausted, we will ask for an additional retainer.

---

[1] Currently, these are $500 to $1,250 per partner's hour, $550 to $900 per counsel's hour, $315 to $575 per associate's hour, $250 per law clerk's hour, $250 to $290 per paralegal's hour, and $200 per legal assistant's hour.

New York   685 3rd Ave 25th Floor, New York, NY 10017   T (212) 245-1000   F (646) 509-2060
San Francisco   1 California Street, 12th Floor, San Francisco, CA 94111   T (415) 322-1391   F (415) 638-8810
Washington, DC   1225 New York Ave NW, Suite 1200B, Washington DC 20005   T (202) 914-5097   F (202) 847-4410
outtengolden.com   mail@outtengolden.com

The signed document can be validated at https://app.vinesign.com/Verify

To preserve the attorney-client privilege and to avoid having any third parties gaining access to our confidential communications, please do not email anyone else about your matter/dispute. Please do not record telephone conversations without consent of the party whom you are recording. In addition, do not post anything related to your employment on the internet, such as postings on blogs, social networking sites, chat rooms or Twitter.

In the course of our representation, you may need to communicate information you consider to be urgent or critical. While email is easy to transmit, it is also subject to technical issues that could prevent us from receiving and or reading that email, (i.e., there is a transmission error, our system is temporarily down, the user is not online, or there is an attachment or address that prevents delivery to the intended recipient via electronic mail). If you do not receive a response from us within 24 hours, please notify our office via telephone and speak with reception or leave a voicemail to ensure delivery of the communication.

Until the conclusion of this matter, you must preserve and maintain all documents and electronic records or files in your possession or control that relate to your employment or Retiree Health Insurance and/or the reimbursement program from Jackson Lewis in any way. These electronic records include,but are not limited to documents in paper format as well as electronic information stored in work or personal home computers, laptops, PDAs, thumb drives, cell phones, external hard drives, CDs, DVDs, voicemail, video, social networking websites, online email accounts, blogs or other storage media.

You agree not to discuss this case, or to reach any settlement of this case with any adverse party, without first consulting with us. Also, O&G may withdraw as your counsel in this matter at any time if permitted by the ethics rules. If we withdraw due to your failure to cooperate in the case, or for any other good cause, or if you terminate our services without good cause, we will be entitled to the reasonable value of our services provided, that is, payment at our regular hourly rates on a pro rata basis.

O&G supports workplace fairness and employee rights. We contribute a portion of our annual revenues to those and similar causes. See http://www.outtengolden.com/sites/default/files/misc/contributions.pdf A primary beneficiary of those contributions is Workplace Fairness, a not-for-profit organization dedicated to promoting workplace fairness and helping employees understand, enforce, and expand their rights. See www.workplacefairness.org. We hope that your experience with us will encourage you to consider becoming a supporter of Workplace Fairness or other organizations that we support.

This retainer agreement does not, of course, pertain to any other matters on which you may ask us to work during the course of this matter. Any such other representation will be at our regular hourly rates.

If this letter accurately sets forth our understanding, please electronically sign a copy of this letter at the place indicated below and return it to me. This retainer will be void after seven (7) days. Thereafter, a new retainer agreement will need to be issued.

Sincerely,

Cara E. Greene

APPROVED AND AGREED TO:

10/18/2022
Date



OUTTEN & GOLDEN LLP

Advocates for Workplace Fairness

July 26, 2022

▮▮▮▮▮

Re: ▮▮▮▮▮

Dear ▮▮▮

This letter will confirm our agreement pursuant to which you have engaged this firm as counsel. ▮▮▮▮▮

Our firm will charge our standard hourly rates in effect from time to time.* My present hourly rate is $850. In addition, we will charge customary amounts for such items as photocopying, postage, messenger services, long distance telephone calls, facsimile transmissions, computerized legal research, investigators, overtime secretarial services and transportation.

We are requesting an initial retainer of $2,500 against such legal fees and disbursements. If it appears that the initial retainer may be exhausted, we may ask for an additional retainer. Any unused part of any monies you have paid to the firm will be refunded to you at the conclusion of the matter. Any retainer you pay is not an estimate of the legal fees or disbursements that may be incurred during the course of this matter.

Many employers monitor their employees' emails, internet usage, voicemails and other electronic storage media. To preserve the attorney-client privilege and to avoid having any third parties gaining access to our confidential communications, please do not email us from work and do not email anyone else about your matter/dispute from work – this includes logging into your private email account from work, from a work laptop computer or from any company owned equipment (e.g., Blackberry, PDA, cell-phone, etc.). Do not record telephone conversations without consent of the party whom you are recording. In addition, do not post anything related to your employment on the internet, such as postings on blogs, social networking sites, chat rooms or Twitter.

In the course of our representation, you may need to communicate information you consider to be urgent or critical. While email is easy to transmit, it is also subject to technical issues that could prevent us from receiving and or reading that email, (i.e., there is a transmission error, our system is temporarily down, the user is not online, or there is an attachment or address that prevents delivery to the intended

• Currently, these are $500 to $1,250 per partner's hour, $550 to $900 per counsel's hour, $315 to $575 per associate's hour, $250 per law clerk's hour, $250 to $290 per paralegal's hour, and $200 per legal assistant's hour.

New York   685 Third Avenue 25th Floor   New York, NY 10017   Tel (212) 245-1000   Fax (646) 509-2060
San Francisco   One California Street  12th Floor   San Francisco, CA 94111   Tel (415) 638-8800   Fax (415) 638-8810
Washington DC   601 Massachusetts Ave NW Suite 200W   Washington, DC 20001   Tel (202) 847-4400   Fax (202) 847-4410
www.outtengolden.com

The signed document can be validated at https://app.vinesign.com/Verify

recipient via electronic mail). If you do not receive a response from us within 24 hours, please notify our office via telephone and speak with reception or leave a voicemail to ensure delivery of the communication. Unless there is some follow-up of the communications, we cannot be held responsible for receipt.

All communication between you and our firm should be kept confidential and not shared with others. Forwarding or copying email messages, and/or texting our communications to a third party (friend, colleague, relative) may result in loss of attorney-client privilege protections or protections based on attorney work product. This may result in being forced to share with your employer or former employer information we would otherwise be allowed to keep confidential and free from disclosure.

Do not take any documents or electronically stored information belonging to your employer. Do not e-mail work-related documents or forward work-related emails to a private e-mail account, and do not download such materials to a USB Flash Drive or burn these materials to a compact disc or other storage device. Such actions are likely to unfavorably impact your matter and may also put you at risk of having a claim filed against you.

Until the conclusion of this matter, you must preserve and maintain all documents and electronic records or files in your possession or control that relate to your employment in any way. These electronic records include, but are not limited to documents in paper format as well as electronic information stored in work or personal home computers, laptops, PDAs, thumb drives, cell phones, external hard drives, CDs, DVDs, voicemail, video, social networking websites, online email accounts, blogs or other storage media.

Generally, we will send you a bill each month showing the legal fees and disbursements incurred during the previous month, though we may defer billing of relatively small amounts or in the event of other extenuating circumstances. We expect any balance due that is shown on a bill to be paid within 30 days of the date of the bill. If any billed balance remains unpaid for 60 days, interest will be charged on the unpaid balance at the annual rate of 9% from the 61st day after the date of the bill.

You agree not to discuss this case, or to reach any settlement of this case with any adverse party, without first consulting with us. Also, this firm may withdraw as your counsel in this matter at any time if permitted by the ethics rules. If we withdraw due to your failure to cooperate in the case, or for any other good cause, or if you terminate our services without good cause, we will be entitled to the reasonable value of our services, that is, payment at our regular hourly rates.

If you believe any bill is incorrect or unreasonable, you should notify us in writing within 15 days of the date of the bill, and we will promptly review the bill with you. We agree to cooperate in seeking to resolve any dispute up to $50,000 between us through mediation and/or arbitration at the New York County Lawyers' Association. For any dispute exceeding $50,000, we agree to cooperate in mediating such dispute at JAMS in New York, NY should you elect mediation.

Our firm supports workplace fairness and employee rights. We contribute a portion of our annual revenues to those and similar causes. See http://www.outtengolden.com/sites/default/files/misc/contributions.pdf A primary beneficiary of those contributions is Workplace Fairness, a not-for-profit organization dedicated to promoting workplace fairness and helping employees understand, enforce, and expand their rights. See www.workplacefairness.org. We hope that your experience with us will encourage you to consider becoming a supporter of Workplace Fairness or other organizations that we support.

        If this letter accurately sets forth our understanding, please sign the enclosed copy of this letter at the place indicated below and return it to me, with your payment for the retainer fee. This retainer will be void after seven (7) days. Thereafter, a new retainer agreement will need to be issued.

Sincerely,

Cara E. Greene

APPROVED AND AGREED TO:

07/27/2022
Date



OUTTEN & GOLDEN LLP

Advocates for Workplace Fairness

January 25, 2023

█████████████████████████

Re: ████████████████████████████

Dea██████

This letter will confirm our agreement pursuant to which you have engaged this firm as counsel in connection with this matter. ██████████████████████████████████████
████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████

Our firm will charge our standard hourly rates in effect from time to time.* My present hourly rate is $950. In addition, we will charge customary amounts for such items as photocopying, postage, messenger services, long distance telephone calls, facsimile transmissions, computerized legal research, investigators, overtime secretarial services and transportation.

We are requesting an initial retainer of $5,000 against such legal fees and disbursements. If it appears that the initial retainer may be exhausted, we may ask for an additional retainer. Any unused part of any monies you have paid to the firm will be refunded to you at the conclusion of the matter. Any retainer you pay is not an estimate of the legal fees or disbursements that may be incurred during the course of this matter.

In the course of our representation, you may need to communicate information you consider to be urgent or critical. While email is easy to transmit, it is also subject to technical issues that could prevent us from receiving and or reading that email, (i.e., there is a transmission error, our system is temporarily down, the user is not online, or there is an attachment or address that prevents delivery to the intended recipient via electronic mail). If you do not receive a response from us within 24 hours, please notify our office via telephone and speak with reception or leave a voicemail to ensure delivery of the communication. Unless there is some follow-up of the communications, we cannot be held responsible for receipt.

---

* Currently, these are $500 to $1,250 per partner's hour, $550 to $900 per counsel's hour, $315 to $575 per associate's hour, $250 per law clerk's hour, $250 to $290 per paralegal's hour, and $200 per legal assistant's hour.

New York  685 3rd Ave 25th Floor, New York, NY 10017  T (212) 245-1000  F (646) 509-2060
San Francisco  1 California Street, 12th Floor, San Francisco, CA 94111  T (415) 322-1391  F (415) 638-8810
Washington, DC  1225 New York Ave NW, Suite 1200B, Washington, DC 20001  T (202) 914-5097  F (202) 847-4410
outtengolden.com   mail@outtengolden.com

All communication between you and our firm should be kept confidential and not shared with others. Forwarding or copying email messages, and/or texting our communications to a third party (friend, colleague, relative) may result in loss of attorney-client privilege protections or protections based on attorney work product. This may result in being forced to share with your employer or former employer information we would otherwise be allowed to keep confidential and free from disclosure.

Do not take any documents or electronically stored information belonging to your employer. Do not e-mail work-related documents or forward work-related emails to a private e-mail account, and do not download such materials to a USB Flash Drive or burn these materials to a compact disc or other storage device. Such actions are likely to unfavorably impact your matter and may also put you at risk of having a claim filed against you.

Until the conclusion of this matter, you must preserve and maintain all documents and electronic records or files in your possession or control that relate to your employment in any way. These electronic records include, but are not limited to documents in paper format as well as electronic information stored in work or personal home computers, laptops, PDAs, thumb drives, cell phones, external hard drives, CDs, DVDs, voicemail, video, social networking websites, online email accounts, blogs or other storage media.

Generally, we will send you a bill each month showing the legal fees and disbursements incurred during the previous month, though we may defer billing of relatively small amounts or in the event of other extenuating circumstances. We expect any balance due that is shown on a bill to be paid within 30 days of the date of the bill. If any billed balance remains unpaid for 60 days, interest will be charged on the unpaid balance at the annual rate of 9% from the 61st day after the date of the bill.

In the event of a recovery, we will try, to the extent permitted by law, to have your former employer pay our fees and expenses directly and completely. To the extent we receive any such direct payment, we will relieve you of your obligations under this agreement and rebate to you any amount previously received from you.

You agree not to discuss this case, or to reach any settlement of this case with any adverse party, without first consulting with us. Also, this firm may withdraw as your counsel in this matter at any time if permitted by the ethics rules. If we withdraw due to your failure to cooperate in the case, or for any other good cause, or if you terminate our services without good cause, we will be entitled to the reasonable value of our services, that is, payment at our regular hourly rates. You agree to very seriously consider accepting our advice regarding any settlement of this case.

If you believe any bill is incorrect or unreasonable, you should notify us in writing within 15 days of the date of the bill, and we will promptly review the bill with you. We agree to cooperate in seeking to resolve any dispute up to $50,000 between us through mediation and/or arbitration at the New York County Lawyers' Association. For any dispute exceeding $50,000, we agree to cooperate in mediating such dispute at JAMS in New York, NY should you elect mediation.

Our firm supports workplace fairness and employee rights. We contribute a portion of our annual revenues to those and similar causes. See http://www.outtengolden.com/sites/default/files/misc/contributions.pdf A primary beneficiary of those contributions is Workplace Fairness, a not-for-profit organization dedicated to promoting workplace fairness and helping employees understand, enforce, and expand their rights. See

www.workplacefairness.org. We hope that your experience with us will encourage you to consider becoming a supporter of Workplace Fairness or other organizations that we support.

If this letter accurately sets forth our understanding, please sign the enclosed copy of this letter at the place indicated below and return it to me, with your payment for the retainer fee. This retainer will be void after seven (7) days. Thereafter, a new retainer agreement will need to be issued.

Sincerely,

Cara E. Greene

APPROVED AND AGREED TO:

01/25/2023

Date



Advocates for Workplace Fairness

May 24, 2023

Re: ████████████████████████████████

Dear ████

This letter will confirm our agreement pursuant to which you have engaged this firm as counsel. ████████████████████████████████████████

Our firm will charge our standard hourly rates in effect from time to time.* My present hourly rate is $950. In addition, we will charge customary amounts for such items as photocopying, postage, messenger services, long distance telephone calls, facsimile transmissions, computerized legal research, investigators, overtime secretarial services and transportation.

We are requesting an initial retainer of $5,000 against such legal fees and disbursements. If it appears that the initial retainer may be exhausted, we may ask for an additional retainer. Any unused part of any monies you have paid to the firm will be refunded to you at the conclusion of the matter. Any retainer you pay is not an estimate of the legal fees or disbursements that may be incurred during the course of this matter.

If we achieve an exceptional result on your behalf, we may ask you to pay us a bonus. You agree to seriously consider our request in good faith, though you are under no obligation to pay us such a bonus.

Many employers monitor their employees' emails, internet usage, voicemails and other electronic storage media. To preserve the attorney-client privilege and to avoid having any third parties gaining access to our confidential communications, please do not email us from work and do not email

---

.       Currently, these are $500 to $1,250 per partner's hour, $550 to $900 per counsel's hour, $315 to $575 per associate's hour, $250 per law clerk's hour, $250 to $290 per paralegal's hour, and $200 per legal assistant's hour.

New York  685 3rd Ave 25th Floor, New York, NY 10017  T (212) 245-1000  F (646) 509-2060
San Francisco  1 California Street, 12th Floor, San Francisco, CA 94111  T (415) 322-1991  F (415) 638-8810
Washington, DC   1225 New York Ave NW, Suite 1200B, Washington, DC 20001  T (202) 914-5097  F (202) 847-4410
outtengolden.com   mail@outtengolden.com

The signed document can be validated at https://app.vinesign.com/Verify

anyone else about your matter/dispute from work – this includes logging into your private email account from work, from a work laptop computer or from any company owned equipment (e.g., Blackberry, PDA, cell-phone, etc.). Do not record telephone conversations without consent of the party whom you are recording. In addition, do not post anything related to your employment on the internet, such as postings on blogs, social networking sites, chat rooms or Twitter.

In the course of our representation, you may need to communicate information you consider to be urgent or critical. While email is easy to transmit, it is also subject to technical issues that could prevent us from receiving and or reading that email, (i.e., there is a transmission error, our system is temporarily down, the user is not online, or there is an attachment or address that prevents delivery to the intended recipient via electronic mail). If you do not receive a response from us within 24 hours, please notify our office via telephone and speak with reception or leave a voicemail to ensure delivery of the communication. Unless there is some follow-up of the communications, we cannot be held responsible for receipt.

All communication between you and our firm should be kept confidential and not shared with others. Forwarding or copying email messages, and/or texting our communications to a third party (friend, colleague, relative) may result in loss of attorney-client privilege protections or protections based on attorney work product. This may result in being forced to share with your employer or former employer information we would otherwise be allowed to keep confidential and free from disclosure.

Do not take any documents or electronically stored information belonging to your employer. Do not e-mail work-related documents or forward work-related emails to a private e-mail account, and do not download such materials to a USB Flash Drive or burn these materials to a compact disc or other storage device. Such actions are likely to unfavorably impact your matter and may also put you at risk of having a claim filed against you.

Until the conclusion of this matter, you must preserve and maintain all documents and electronic records or files in your possession or control that relate to your employment in any way. These electronic records include, but are not limited to documents in paper format as well as electronic information stored in work or personal home computers, laptops, PDAs, thumb drives, cell phones, external hard drives, CDs, DVDs, voicemail, video, social networking websites, online email accounts, blogs or other storage media.

Generally, we will send you a bill each month showing the legal fees and disbursements incurred during the previous month, though we may defer billing of relatively small amounts or in the event of other extenuating circumstances. We expect any balance due that is shown on a bill to be paid within 30 days of the date of the bill. If any billed balance remains unpaid for 60 days, interest will be charged on the unpaid balance at the annual rate of 9% from the 61st day after the date of the bill.

In the event of a recovery, we will try, to the extent permitted by law, to have your former employer pay our fees and expenses directly and completely. To the extent we receive any such direct payment, we will relieve you of your obligations under this agreement and rebate to you any amount previously received from you.

This firm may withdraw as your counsel in this matter at any time, and you have the right to terminate our services at any time. If we withdraw due to your failure to cooperate in the case or for any other good cause, or if you terminate our services without good cause, we will be entitled to the reasonable


value of our services, that is, payment at our regular hourly rates.

If you believe any bill is incorrect or unreasonable, you should notify us in writing within 15 days of the date of the bill, and we will promptly review the bill with you. We agree to cooperate in seeking to resolve any dispute up to $50,000 between us through mediation and/or arbitration at the New York County Lawyers' Association. For any dispute exceeding $50,000, we agree to cooperate in mediating such dispute at JAMS in New York, NY should you elect mediation.

Our firm supports workplace fairness and employee rights. We contribute a portion of our annual revenues to those and similar causes. See http://www.outtengolden.com/sites/default/files/misc/contributions.pdf A primary beneficiary of those contributions is Workplace Fairness, a not-for-profit organization dedicated to promoting workplace fairness and helping employees understand, enforce, and expand their rights. See www.workplacefairness.org. We hope that your experience with us will encourage you to consider becoming a supporter of Workplace Fairness or other organizations that we support.

If this letter accurately sets forth our understanding, please sign the enclosed copy of this letter at the place indicated below and return it to me, with your payment for the retainer fee. This retainer will be void after seven (7) days. Thereafter, a new retainer agreement will need to be issued.

Sincerely,

Cara E. Greene

APPROVED AND AGREED TO:

05/25/2023
Date



OUTTEN & GOLDEN LLP

Advocates for Workplace Fairness

July 11, 2023

Re: ███████████████████████████

Dear ██████

This letter will confirm our agreement pursuant to which you have engaged this firm as counsel. ████████████████████████████████████████████

Our firm will charge our standard hourly rates in effect from time to time.* My present hourly rate is $950. In addition, we will charge customary amounts for such items as photocopying, postage, messenger services, long distance telephone calls, facsimile transmissions, computerized legal research, investigators, overtime secretarial services and transportation.

We are requesting an initial retainer of $3,500 against such legal fees and disbursements. If it appears that the initial retainer may be exhausted, we may ask for an additional retainer. Any unused part of any monies you have paid to the firm will be refunded to you at the conclusion of the matter. Any retainer you pay is not an estimate of the legal fees or disbursements that may be incurred during the course of this matter.

Many employers monitor their employees' emails, internet usage, voicemails and other electronic storage media. To preserve the attorney-client privilege and to avoid having any third parties gaining access to our confidential communications, please do not email us from work and do not email anyone else about your matter/dispute from work – this includes logging into your private email account from work, from a work laptop computer or from any company owned equipment (e.g., Blackberry, PDA, cell-phone, etc.). Do not record telephone conversations without consent of the party whom you are recording. In addition, do not post anything related to your employment on the internet, such as postings on blogs, social networking sites, chat rooms or Twitter.

* Currently, these are $500 to $1,250 per partner's hour, $550 to $900 per counsel's hour, $315 to $575 per associate's hour, $250 per law clerk's hour, $250 to $290 per paralegal's hour, and $200 per legal assistant's hour.

New York   685 3rd Ave 25th Floor, New York, NY 10017   T (212) 245-1000   F (646) 509-2060
San Francisco   1 California Street, 12th Floor, San Francisco, CA 94111   T (415) 322-1391   F (415) 638-8810
Washington, DC   1225 New York Ave NW, Suite 1200B, Washington, DC 20001   T (202) 914-5097   F (202) 847-4410
outtengolden.com   mail@outtengolden.com

The signed document can be validated at https://app.vinesign.com/Verify

In the course of our representation, you may need to communicate information you consider to be urgent or critical. While email is easy to transmit, it is also subject to technical issues that could prevent us from receiving and or reading that email, (i.e., there is a transmission error, our system is temporarily down, the user is not online, or there is an attachment or address that prevents delivery to the intended recipient via electronic mail). If you do not receive a response from us within 24 hours, please notify our office via telephone and speak with reception or leave a voicemail to ensure delivery of the communication. Unless there is some follow-up of the communications, we cannot be held responsible for receipt.

All communication between you and our firm should be kept confidential and not shared with others. Forwarding or copying email messages, and/or texting our communications to a third party (friend, colleague, relative) may result in loss of attorney-client privilege protections or protections based on attorney work product. This may result in being forced to share with your employer or former employer information we would otherwise be allowed to keep confidential and free from disclosure.

Do not take any documents or electronically stored information belonging to your employer. Do not e-mail work-related documents or forward work-related emails to a private e-mail account, and do not download such materials to a USB Flash Drive or burn these materials to a compact disc or other storage device. Such actions are likely to unfavorably impact your matter and may also put you at risk of having a claim filed against you.

Until the conclusion of this matter, you must preserve and maintain all documents and electronic records or files in your possession or control that relate to your employment in any way. These electronic records include, but are not limited to documents in paper format as well as electronic information stored in work or personal home computers, laptops, PDAs, thumb drives, cell phones, external hard drives, CDs, DVDs, voicemail, video, social networking websites, online email accounts, blogs or other storage media.

Generally, we will send you a bill each month showing the legal fees and disbursements incurred during the previous month, though we may defer billing of relatively small amounts or in the event of other extenuating circumstances. We expect any balance due that is shown on a bill to be paid within 30 days of the date of the bill. If any billed balance remains unpaid for 60 days, interest will be charged on the unpaid balance at the annual rate of 9% from the 61st day after the date of the bill.

This firm may withdraw as your counsel in this matter at any time, and you have the right to terminate our services at any time. If we withdraw due to your failure to cooperate in the case or for any other good cause, or if you terminate our services without good cause, we will be entitled to the reasonable value of our services, that is, payment at our regular hourly rates.

If you believe any bill is incorrect or unreasonable, you should notify us in writing within 15 days of the date of the bill, and we will promptly review the bill with you. We agree to cooperate in seeking to resolve any dispute up to $50,000 between us through mediation and/or arbitration at the New York County Lawyers' Association. For any dispute exceeding $50,000, we agree to cooperate in mediating such dispute at JAMS in New York, NY should you elect mediation.

Our firm supports workplace fairness and employee rights. We contribute a portion of our annual revenues to those and similar causes. A primary beneficiary of those contributions is

Workplace Fairness, a not-for-profit organization dedicated to promoting workplace fairness and helping employees understand, enforce, and expand their rights. See www.workplacefairness.org. We hope that your experience with us will encourage you to consider becoming a supporter of Workplace Fairness or other organizations that we support.

If this letter accurately sets forth our understanding, please sign the enclosed copy of this letter at the place indicated below and return it to me, with your payment for the retainer fee. This retainer will be void after seven (7) days. Thereafter, a new retainer agreement will need to be issued.

Sincerely,

Cara E. Greene

APPROVED AND AGREED TO:

07/11/2023
Date

# OUTTEN & GOLDEN LLP

Advocates for Workplace Fairness

November 6, 2023

Re:

Dear ▮▮▮

This letter will confirm our agreement pursuant to which you have engaged this firm as counsel. ▮▮▮

Our firm will charge our standard hourly rates in effect from time to time.* My present hourly rate is $950. In addition, we will charge customary amounts for such items as photocopying, postage, messenger services, long distance telephone calls, facsimile transmissions, computerized legal research, investigators, overtime secretarial services and transportation.

We are requesting an initial retainer of $5,000 against such legal fees and disbursements. If it appears that the initial retainer may be exhausted, we may ask for an additional retainer. Any unused part of any monies you have paid to the firm will be refunded to you at the conclusion of the matter. Any retainer you pay is not an estimate of the legal fees or disbursements that may be incurred during the course of this matter. If we achieve an exceptional result on your behalf, we may ask you to pay us a bonus. You agree to seriously consider our request in good faith, though you are under no obligation to pay us such a bonus.

Many employers monitor their employees' emails, internet usage, voicemails and other electronic storage media. To preserve the attorney-client privilege and to avoid having any third parties gaining access to our confidential communications, please do not email us from work and do not email anyone else about your matter/dispute from work – this includes logging into your private email account from work, from a work laptop computer or from any company owned equipment (e.g., Blackberry, PDA, cell-phone, etc.). Do not record telephone conversations without consent of the party whom you are recording. In addition, do not post anything related to your employment on the internet, such as postings on blogs, social networking sites, chat rooms or Twitter.

In the course of our representation, you may need to communicate information you consider

* Currently, these are $500 to $1,250 per partner's hour, $550 to $900 per counsel's hour, $315 to $575 per associate's hour, $250 per law clerk's hour, $250 to $290 per paralegal's hour, and $200 per legal assistant's hour.

New York   685 3rd Ave 25th Floor, New York, NY 10017   T (212) 245-1000   F (646) 509-2060
San Francisco   1 California Street, 12th Floor, San Francisco, CA 94111   T (415) 322-1391   F (415) 638-8810
Washington, DC   1225 New York Ave NW, Suite 1200B, Washington, DC 20001   T (202) 914-5097   F (202) 847-4410
outtengolden.com   mail@outtengolden.com

The signed document can be validated at https://app.vinesign.com/Verify

to be urgent or critical. While email is easy to transmit, it is also subject to technical issues that could prevent us from receiving and or reading that email, (i.e., there is a transmission error, our system is temporarily down, the user is not online, or there is an attachment or address that prevents delivery to the intended recipient via electronic mail). If you do not receive a response from us within 24 hours, please notify our office via telephone and speak with reception or leave a voicemail to ensure delivery of the communication. Unless there is some follow-up of the communications, we cannot be held responsible for receipt.

All communication between you and our firm should be kept confidential and not shared with others. Forwarding or copying email messages, and/or texting our communications to a third party (friend, colleague, relative) may result in loss of attorney-client privilege protections or protections based on attorney work product. This may result in being forced to share with your employer or former employer information we would otherwise be allowed to keep confidential and free from disclosure.

Do not take any documents or electronically stored information belonging to your employer. Do not e-mail work-related documents or forward work-related emails to a private e-mail account, and do not download such materials to a USB Flash Drive or burn these materials to a compact disc or other storage device. Such actions are likely to unfavorably impact your matter and may also put you at risk of having a claim filed against you.

Until the conclusion of this matter, you must preserve and maintain all documents and electronic records or files in your possession or control that relate to your employment in any way. These electronic records include, but are not limited to documents in paper format as well as electronic information stored in work or personal home computers, laptops, PDAs, thumb drives, cell phones, external hard drives, CDs, DVDs, voicemail, video, social networking websites, online email accounts, blogs or other storage media.

Generally, we will send you a bill each month showing the legal fees and disbursements incurred during the previous month, though we may defer billing of relatively small amounts or in the event of other extenuating circumstances. We expect any balance due that is shown on a bill to be paid within 30 days of the date of the bill. If any billed balance remains unpaid for 60 days, interest will be charged on the unpaid balance at the annual rate of 9% from the 61st day after the date of the bill.

You agree not to discuss this case, or to reach any settlement of this case with any adverse party, without first consulting with us. Also, this firm may withdraw as your counsel in this matter at any time if permitted by the ethics rules. If we withdraw due to your failure to cooperate in the case, or for any other good cause, or if you terminate our services without good cause, we will be entitled to the reasonable value of our services, that is, at our election, payment at our regular hourly rates.

If you believe any bill is incorrect or unreasonable, you should notify us in writing within 15 days of the date of the bill, and we will promptly review the bill with you. We agree to cooperate in seeking to resolve any dispute up to $50,000 between us through mediation and/or arbitration at the New York County Lawyers' Association. For any dispute exceeding $50,000, we agree to cooperate in mediating such dispute at JAMS in New York, NY should you elect mediation.

Our firm supports workplace fairness and employee rights. We contribute a portion of our annual revenues to those and similar causes. See http://www.outtengolden.com/sites/default/files/misc/contributions.pdf A primary beneficiary of those contributions is Workplace Fairness, a not-for-profit organization dedicated to promoting workplace fairness and helping employees understand, enforce, and expand their rights. See

www.workplacefairness.org. We hope that your experience with us will encourage you to consider becoming a supporter of Workplace Fairness or other organizations that we support.

If this letter accurately sets forth our understanding, please sign the enclosed copy of this letter at the place indicated below and return it to me, with your payment for the retainer fee. This retainer will be void after seven (7) days. Thereafter, a new retainer agreement will need to be issued.

Sincerely,

Cara E. Greene

APPROVED AND AGREED TO:

11/07/2023
Date



**OUTTEN & GOLDEN** LLP

Advocates for Workplace Fairness

May 18, 2023



Re

Dear

This letter will confirm our agreement pursuant to which you have engaged this firm as counsel in connection with this matter.

Our firm will charge our standard hourly rates in effect from time to time.* My present hourly rate is $950. In addition, we will charge customary amounts for such items as photocopying, postage, messenger services, long distance telephone calls, facsimile transmissions, computerized legal research, investigators, overtime secretarial services, and transportation.

We are requesting an initial retainer deposit of $5,000 that will be applied against such legal fees and disbursements. If it appears that the initial retainer may be exhausted, we may ask for an additional retainer. Any unused part of any monies you have paid to the firm will be refunded to you at the conclusion of the matter. Any retainer you pay is not an estimate of the legal fees or disbursements that may be incurred during the course of this matter

Many employers monitor their employees' emails, internet usage, voicemails and other electronic storage media. To preserve the attorney-client privilege and to avoid having any third parties gaining access to our confidential communications, please do not email us from work and do not email anyone else about your matter/dispute from work – this includes logging into your private email account from work, from a work laptop computer or from any company owned equipment (e.g., Blackberry, PDA, cell-phone, etc.). Do not record telephone conversations without consent of the party whom you are recording. In addition, do not post anything related to your employment on the internet, such as postings on blogs, social networking sites,

\* Currently, these are $650 to $1,500 per partner's hour, $625 to $950 per counsel's hour, $350 to $575 per associate's hour, $325 per law clerk's hour, $325 to $350 per paralegal's hour, and $225 per legal assistant's hour

New York   685 3rd Ave 25th Floor, New York, NY 10017   T (212) 245-1000   F (646) 509-2060
San Francisco   1 California Street, 12th Floor, San Francisco, CA 94111   T (415) 322-1391   F (415) 638-8810
Washington, DC   1225 New York Ave NW, Suite 1200B, Washington, DC 20001   T (202) 914-5097   F (202) 847-4410
outtengolden.com   mail@outtengolden.com

The signed document can be validated at https://app.vinesign.com/Verify

chat rooms or Twitter.

In the course of our representation, you may need to communicate information you consider to be urgent or critical. While email is easy to transmit, it is also subject to technical issues that could prevent us from receiving and or reading that email, (i.e., there is a transmission error, our system is temporarily down, the user is not online, or there is an attachment or address that prevents delivery to the intended recipient via electronic mail). If you do not receive a response from us within 24 hours, please notify our office via telephone and speak with reception or leave a voicemail to ensure delivery of the communication. Unless there is some follow-up of the communications, we cannot be held responsible for receipt.

All communication between you and our firm should be kept confidential and not shared with others. Forwarding or copying email messages, and/or texting our communications to a third party (friend, colleague, relative) may result in loss of attorney-client privilege protections or protections based on attorney work product. This may result in being forced to share with your employer or former employer information we would otherwise be allowed to keep confidential and free from disclosure.

Do not take any documents or electronically stored information belonging to your employer. Do not e-mail work-related documents or forward work-related emails to a private e-mail account, and do not download such materials to a USB Flash Drive or burn these materials to a compact disc or other storage device. Such actions are likely to unfavorably impact your matter and may also put you at risk of having a claim filed against you.

Until the conclusion of this matter, you must preserve and maintain all documents and electronic records or files in your possession or control that relate to your employment in any way. These electronic records include, but are not limited to, documents in paper format as well as electronic information stored in work or personal home computers, laptops, PDAs, thumb drives, cell phones, external hard drives, CDs, DVDs, voicemail, video, social networking websites, online email accounts, blogs or other storage media.

Generally, we will send you a bill each month showing the legal fees and disbursements incurred during the previous month, though we may defer billing of relatively small amounts or in the event of other extenuating circumstances. We expect any balance due that is shown on a bill to be paid within 30 days of the date of the bill. If any billed balance remains unpaid for 60 days, interest will be charged on the unpaid balance at the annual rate of 9% from the 61st day after the date of the bill.

This firm may withdraw as your counsel in this matter at any time, and you have the right to terminate our services at any time. If we withdraw due to your failure to cooperate in the case or for any other good cause, or if you terminate our services without good cause, we will be entitled to the reasonable value of our services, that is, payment of our fees at our regular hourly rates.

If you believe any bill is incorrect or unreasonable, you should notify us in writing within 15 days of the date of the bill, and we will promptly review the bill with you. We agree to cooperate in seeking to resolve any dispute up to $50,000 between us through mediation and/or



arbitration at the New York County Lawyers' Association. For any dispute exceeding $50,000, we agree to cooperate in mediating such dispute at JAMS in New York, NY should you elect mediation.

Our firm supports workplace fairness and employee rights. Our firm supports workplace fairness and employee rights. We contribute a portion of our annual revenues to those and similar causes. See http://www.outtengolden.com/sites/default/files/misc/contributions.pdf  A primary beneficiary of those contributions is Workplace Fairness, a not-for-profit organization dedicated to promoting workplace fairness and helping employees understand, enforce, and expand their rights. See www.workplacefairness.org.  We hope that your experience with us will encourage you to consider becoming a supporter of Workplace Fairness or other organizations that we support.

If this letter accurately sets forth our understanding, please sign the enclosed copy of this letter at the place indicated below and return it to me, with your payment for the retainer fee. This retainer will be void after seven (7) days. Thereafter, a new retainer agreement will need to be issued.

Sincerely,

Cara E. Greene

APPROVED AND AGREED TO:

05/23/2023

Date