# Exhibit 6



**Advocates for Workplace Fairness**

August 14, 2023

Dear

This letter will confirm our agreement pursuant to which you have engaged this firm as counsel in connection with this matter.

Our firm will charge our standard hourly rates in effect from time to time.* My present hourly rate is $800. In addition, we will charge customary amounts for such items as photocopying, postage, messenger services, long distance telephone calls, facsimile transmissions, computerized legal research, investigators, overtime secretarial services, and transportation.

We are requesting an initial retainer of $5,000 against such legal fees and disbursements, which will first be applied to any fees already incurred. If it appears that the initial retainer may be exhausted, we may ask for an additional retainer. Any unused part of any monies you have paid to the firm will be refunded to you at the conclusion of the matter. Any retainer you pay is not an estimate of the legal fees or disbursements that may be incurred during the course of this matter.

Many employers monitor their employees' emails, internet usage, voicemails and other electronic storage media. To preserve the attorney-client privilege and to avoid having any third parties gaining access to our confidential communications, please do not email us from work and do not email anyone else about your matter/dispute from work – this includes logging into your private email account from work, from a work laptop computer or from any company owned equipment (e.g., Blackberry, PDA,

---

* Currently, these are $500 to $1,250 per partner's hour, $550 to $900 per counsel's hour, $315 to $575 per associate's hour, $250 per law clerk's hour, $250 to $290 per paralegal's hour, and $200 per legal assistant's hour.

New York  685 3rd Ave 25th Floor, New York, NY 10017  T (212) 245-1000  F (646) 509-2060
San Francisco  1 California Street, 12th Floor, San Francisco, CA 94111  T (415) 322-1391  F (415) 638-8810
Washington, DC  1225 New York Ave NW, Suite 1200B, Washington, DC 20001  T (202) 914-5097  F (202) 847-4410
outtengolden.com   mail@outtengolden.com

The signed document can be validated at https://app.vinesign.com/Verify

cell-phone, etc.). Do not record telephone conversations without consent of the party whom you are recording. In addition, do not post anything related to your employment on the internet, such as postings on blogs, social networking sites, chat rooms or Twitter.

In the course of our representation, you may need to communicate information you consider to be urgent or critical. While email is easy to transmit, it is also subject to technical issues that could prevent us from receiving and or reading that email, (i.e., there is a transmission error, our system is temporarily down, the user is not online, or there is an attachment or address that prevents delivery to the intended recipient via electronic mail). If you do not receive a response from us within 24 hours, please notify our office via telephone and speak with reception or leave a voicemail to ensure delivery of the communication. Unless there is some follow-up of the communications, we cannot be held responsible for receipt.

All communication between you and our firm should be kept confidential and not shared with others. Forwarding or copying email messages, and/or texting our communications to a third party (friend, colleague, relative) may result in loss of attorney-client privilege protections or protections based on attorney work product. This may result in being forced to share with your employer or former employer information we would otherwise be allowed to keep confidential and free from disclosure.

Do not take any documents or electronically stored information belonging to your employer. Do not e-mail work-related documents or forward work-related emails to a private e-mail account, and do not download such materials to a USB Flash Drive or burn these materials to a compact disc or other storage device. Such actions are likely to unfavorably impact your matter and may also put you at risk of having a claim filed against you.

Until the conclusion of this matter, you must preserve and maintain all documents and electronic records or files in your possession or control that relate to your employment in any way. These electronic records include, but are not limited to documents in paper format as well as electronic information stored in work or personal home computers, laptops, PDAs, thumb drives, cell phones, external hard drives, CDs, DVDs, voicemail, video, social networking websites, online email accounts, blogs or other storage media.

Generally, we will send you a bill each month showing the legal fees and disbursements incurred during the previous month, though we may defer billing of relatively small amounts or in the event of other extenuating circumstances. We expect any balance due that is shown on a bill to be paid within 30 days of the date of the bill. If any billed balance remains unpaid for 60 days, interest will be charged on the unpaid balance at the annual rate of 9% from the 61st day after the date of the bill.

You have the right to terminate the relationship and we may withdraw as your counsel in this matter at any time if permitted by the ethics rules. If you fail to cooperate or withhold information in the case, we reserve the right to terminate our representation of you. Upon the termination of our relationship, we will present you with a final bill for all services rendered up to the date that we ceased acting as your counsel. We will be entitled to the reasonable value of our services, that is, payment at our regular hourly rates.

If you believe any bill is incorrect or unreasonable, you should notify us in writing within 15 days of the date of the bill, and we will promptly review the bill with you. We agree to cooperate in seeking to resolve any dispute up to $50,000 between us through mediation and/or arbitration at the New York County Lawyers' Association. For any dispute exceeding $50,000, we agree to cooperate in mediating such dispute at JAMS in New York, NY should you elect mediation.

Our firm supports workplace fairness and employee rights. We contribute a portion of our annual revenues to those and similar causes. See http://www.outtengolden.com/sites/default/files/misc/contributions.pdf A primary beneficiary of those contributions is Workplace Fairness, a not-for-profit organization dedicated to promoting workplace fairness and helping employees understand, enforce, and expand their rights. See www.workplacefairness.org. We hope that your experience with us will encourage you to consider becoming a supporter of Workplace Fairness or other organizations that we support.

If this letter accurately sets forth our understanding, please sign the enclosed copy of this letter at the place indicated below and return it to me, with your payment for the retainer fee. This retainer will be void after seven (7) days. Thereafter, a new retainer agreement will need to be issued.

Sincerely,

Gregory S. Chiarello

APPROVED AND AGREED TO:

08/14/2023
Date



Advocates for Workplace Fairness

June 8, 2023



Dear ▮▮▮▮

This letter will confirm our agreement pursuant to which you have engaged this firm as counsel in connection with this matter. ▮▮▮▮

Our firm will charge our standard hourly rates in effect from time to time.* My present hourly rate is $800. In addition, we will charge customary amounts for such items as photocopying, postage, messenger services, long distance telephone calls, facsimile transmissions, computerized legal research, investigators, overtime secretarial services, and transportation.

We are requesting an initial retainer of $3,000 against such legal fees and disbursements. If it appears that the initial retainer may be exhausted, we may ask for an additional retainer. Any unused part of any monies you have paid to the firm will be refunded to you at the conclusion of the matter. Any retainer you pay is not an estimate of the legal fees or disbursements that may be incurred during the course of this matter.

Many employers monitor their employees' emails, internet usage, voicemails and other electronic storage media. To preserve the attorney-client privilege and to avoid having any third parties gaining access to our confidential communications, please do not email us from work and do not email anyone else about your matter/dispute from work – this includes logging into your private email account from work, from a work laptop computer or from any company owned equipment (e.g., Blackberry, PDA, cell-phone, etc.). Do not record telephone conversations without consent of the party whom you are

---

* Currently, these are $500 to $1,250 per partner's hour, $550 to $900 per counsel's hour, $315 to $575 per associate's hour, $250 per law clerk's hour, $250 to $290 per paralegal's hour, and $200 per legal assistant's hour.

New York   685 3rd Ave 25th Floor, New York, NY 10017   T (212) 245-1000   F (646) 509-2060
San Francisco  1 California Street, 12th Floor, San Francisco, CA 94111   T (415) 322-1391   F (415) 638-8810
Washington, DC   1225 New York Ave NW, Suite 1200B, Washington, DC 20001   T (202) 914-5097   F (202) 847-4410
outtengolden.com   mail@outtengolden.com

The signed document can be validated at https://app.vinesign.com/Verify

recording. In addition, do not post anything related to your employment on the internet, such as postings on blogs, social networking sites, chat rooms or Twitter.

In the course of our representation, you may need to communicate information you consider to be urgent or critical. While email is easy to transmit, it is also subject to technical issues that could prevent us from receiving and or reading that email, (i.e., there is a transmission error, our system is temporarily down, the user is not online, or there is an attachment or address that prevents delivery to the intended recipient via electronic mail). If you do not receive a response from us within 24 hours, please notify our office via telephone and speak with reception or leave a voicemail to ensure delivery of the communication. Unless there is some follow-up of the communications, we cannot be held responsible for receipt.

All communication between you and our firm should be kept confidential and not shared with others. Forwarding or copying email messages, and/or texting our communications to a third party (friend, colleague, relative) may result in loss of attorney-client privilege protections or protections based on attorney work product. This may result in being forced to share with your employer or former employer information we would otherwise be allowed to keep confidential and free from disclosure.

Do not take any documents or electronically stored information belonging to your employer. Do not e-mail work-related documents or forward work-related emails to a private e-mail account, and do not download such materials to a USB Flash Drive or burn these materials to a compact disc or other storage device. Such actions are likely to unfavorably impact your matter and may also put you at risk of having a claim filed against you.

Until the conclusion of this matter, you must preserve and maintain all documents and electronic records or files in your possession or control that relate to your employment in any way. These electronic records include, but are not limited to documents in paper format as well as electronic information stored in work or personal home computers, laptops, PDAs, thumb drives, cell phones, external hard drives, CDs, DVDs, voicemail, video, social networking websites, online email accounts, blogs or other storage media.

Generally, we will send you a bill each month showing the legal fees and disbursements incurred during the previous month, though we may defer billing of relatively small amounts or in the event of other extenuating circumstances. We expect any balance due that is shown on a bill to be paid within 30 days of the date of the bill. If any billed balance remains unpaid for 60 days, interest will be charged on the unpaid balance at the annual rate of 9% from the 61st day after the date of the bill.

You have the right to terminate the relationship and we may withdraw as your counsel in this matter at any time if permitted by the ethics rules. If you fail to cooperate or withhold information in the case, we reserve the right to terminate our representation of you. Upon the termination of our relationship, we will present you with a final bill for all services rendered up to the date that we ceased acting as your counsel. We will be entitled to the reasonable value of our services, that is, payment at our regular hourly rates.

If you believe any bill is incorrect or unreasonable, you should notify us in writing within 15 days of the date of the bill, and we will promptly review the bill with you. We agree to cooperate in seeking to resolve any dispute up to $50,000 between us through mediation and/or arbitration at the New York County Lawyers' Association. For any dispute exceeding $50,000, we agree to cooperate in mediating such dispute at JAMS in New York, NY should you elect mediation.

      Our firm supports workplace fairness and employee rights. We contribute a portion of our annual revenues to those and similar causes. See http://www.outtengolden.com/sites/default/files/misc/contributions.pdf A primary beneficiary of those contributions is Workplace Fairness, a not-for-profit organization dedicated to promoting workplace fairness and helping employees understand, enforce, and expand their rights. See www.workplacefairness.org. We hope that your experience with us will encourage you to consider becoming a supporter of Workplace Fairness or other organizations that we support.

      If this letter accurately sets forth our understanding, please sign the enclosed copy of this letter at the place indicated below and return it to me, with your payment for the retainer fee. This retainer will be void after seven (7) days. Thereafter, a new retainer agreement will need to be issued.

Sincerely,

Gregory S. Chiarello

APPROVED AND AGREED TO:

06/09/2023
Date



Advocates for Workplace Fairness

April 26, 2023

Re:

Dear

This letter will confirm our agreement pursuant to which you have engaged this firm as counsel in connection with this matter.

Our firm will charge our standard hourly rates in effect from time to time.* My present hourly rate is $800. In addition, we will charge customary amounts for such items as photocopying, postage, messenger services, long distance telephone calls, facsimile transmissions, computerized legal research, investigators, overtime secretarial services, and transportation.

We are requesting an initial retainer of $3,000 against such legal fees and disbursements. If it appears that the initial retainer may be exhausted, we may ask for an additional retainer. Any unused part of any monies you have paid to the firm will be refunded to you at the conclusion of the matter. Any retainer you pay is not an estimate of the legal fees or disbursements that may be incurred during the course of this matter.

Many employers monitor their employees' emails, internet usage, voicemails and other electronic storage media. To preserve the attorney-client privilege and to avoid having any third parties gaining access to our confidential communications, please do not email us from work and do not email anyone else about your matter/dispute from work – this includes logging into your private email account

---

Currently, these are $500 to $1,250 per partner's hour, $550 to $900 per counsel's hour, $315 to $575 per associate's hour, $250 per law clerk's hour, $250 to $290 per paralegal's hour, and $200 per legal assistant's hour.

New York   685 3rd Ave 25th Floor, New York, NY 10017   T (212) 245-1000   F (646) 509-2060
San Francisco   1 California Street, 12th Floor, San Francisco, CA 94111   T (415) 322-1391   F (415) 638-8810
Washington, DC   1225 New York Ave NW, Suite 1200B, Washington, DC 20001   T (202) 914-5097   F (202) 847-4410
outtengolden.com   mail@outtengolden.com

The signed document can be validated at https://app.vinesign.com/Verify

from work, from a work laptop computer or from any company owned equipment (e.g., Blackberry, PDA, cell-phone, etc.). Do not record telephone conversations without consent of the party whom you are recording. In addition, do not post anything related to your employment on the internet, such as postings on blogs, social networking sites, chat rooms or Twitter.

In the course of our representation, you may need to communicate information you consider to be urgent or critical. While email is easy to transmit, it is also subject to technical issues that could prevent us from receiving and or reading that email, (i.e., there is a transmission error, our system is temporarily down, the user is not online, or there is an attachment or address that prevents delivery to the intended recipient via electronic mail). If you do not receive a response from us within 24 hours, please notify our office via telephone and speak with reception or leave a voicemail to ensure delivery of the communication. Unless there is some follow-up of the communications, we cannot be held responsible for receipt.

All communication between you and our firm should be kept confidential and not shared with others. Forwarding or copying email messages, and/or texting our communications to a third party (friend, colleague, relative) may result in loss of attorney-client privilege protections or protections based on attorney work product. This may result in being forced to share with your employer or former employer information we would otherwise be allowed to keep confidential and free from disclosure.

Do not take any documents or electronically stored information belonging to your employer. Do not e-mail work-related documents or forward work-related emails to a private e-mail account, and do not download such materials to a USB Flash Drive or burn these materials to a compact disc or other storage device. Such actions are likely to unfavorably impact your matter and may also put you at risk of having a claim filed against you.

Until the conclusion of this matter, you must preserve and maintain all documents and electronic records or files in your possession or control that relate to your employment in any way. These electronic records include, but are not limited to documents in paper format as well as electronic information stored in work or personal home computers, laptops, PDAs, thumb drives, cell phones, external hard drives, CDs, DVDs, voicemail, video, social networking websites, online email accounts, blogs or other storage media.

Generally, we will send you a bill each month showing the legal fees and disbursements incurred during the previous month, though we may defer billing of relatively small amounts or in the event of other extenuating circumstances. We expect any balance due that is shown on a bill to be paid within 30 days of the date of the bill. If any billed balance remains unpaid for 60 days, interest will be charged on the unpaid balance at the annual rate of 9% from the 61st day after the date of the bill.

You have the right to terminate the relationship and we may withdraw as your counsel in this matter at any time if permitted by the ethics rules. If you fail to cooperate or withhold information in the case, we reserve the right to terminate our representation of you. Upon the termination of our relationship, we will present you with a final bill for all services rendered up to the date that we ceased acting as your counsel. We will be entitled to the reasonable value of our services, that is, payment at our regular hourly rates.

If you believe any bill is incorrect or unreasonable, you should notify us in writing within 15 days of the date of the bill, and we will promptly review the bill with you. We agree to cooperate in seeking to resolve any dispute up to $50,000 between us through mediation and/or arbitration at the New York County Lawyers' Association. For any dispute exceeding $50,000, we agree to cooperate in mediating such

dispute at JAMS in New York, NY should you elect mediation.

Our firm supports workplace fairness and employee rights. We contribute a portion of our annual revenues to those and similar causes. See http://www.outtengolden.com/sites/default/files/misc/contributions.pdf A primary beneficiary of those contributions is Workplace Fairness, a not-for-profit organization dedicated to promoting workplace fairness and helping employees understand, enforce, and expand their rights. See www.workplacefairness.org. We hope that your experience with us will encourage you to consider becoming a supporter of Workplace Fairness or other organizations that we support.

If this letter accurately sets forth our understanding, please sign the enclosed copy of this letter at the place indicated below and return it to me, with your payment for the retainer fee. This retainer will be void after seven (7) days. Thereafter, a new retainer agreement will need to be issued.

Sincerely,

Gregory S. Chiarello

APPROVED AND AGREED TO:

_____04/26/2023_____
Date



Advocates for Workplace Fairness

April 7, 2023

Re:

Dea

This letter will confirm our agreement pursuant to which you have engaged this firm as counsel in connection with this matter.

Our firm will charge our standard hourly rates in effect from time to time.* My present hourly rate is $800. In addition, we will charge customary amounts for such items as photocopying, postage, messenger services, long distance telephone calls, facsimile transmissions, computerized legal research, investigators, overtime secretarial services, and transportation.

We are requesting an initial retainer of $5,000 against such legal fees and disbursements. If it appears that the initial retainer may be exhausted, we may ask for an additional retainer. Any unused part of any monies you have paid to the firm will be refunded to you at the conclusion of the matter. Any retainer you pay is not an estimate of the legal fees or disbursements that may be incurred during the course of this matter.

Many employers monitor their employees' emails, internet usage, voicemails and other electronic storage media. To preserve the attorney-client privilege and to avoid having any third parties gaining access to our confidential communications, please do not email us from work and do not email anyone else about your matter/dispute from work – this includes logging into your private email account

* Currently, these are $500 to $1,250 per partner's hour, $550 to $900 per counsel's hour, $315 to $575 per associate's hour, $250 per law clerk's hour, $250 to $290 per paralegal's hour, and $200 per legal assistant's hour.

New York  685 3rd Ave 25th Floor, New York, NY 10017  T (212) 245-1000  F (646) 509-2060
San Francisco  1 California Street, 12th Floor, San Francisco, CA 94111  T (415) 322-1391  F (415) 638-8810
Washington, DC  1225 New York Ave NW, Suite 1200B, Washington, DC 20001  T (202) 914-5097  F (202) 847-4410
outtengolden.com   mail@outtengolden.com

The signed document can be validated at https://app.vinesign.com/Verify

from work, from a work laptop computer or from any company owned equipment (e.g., Blackberry, PDA, cell-phone, etc.). Do not record telephone conversations without consent of the party whom you are recording. In addition, do not post anything related to your employment on the internet, such as postings on blogs, social networking sites, chat rooms or Twitter.

In the course of our representation, you may need to communicate information you consider to be urgent or critical. While email is easy to transmit, it is also subject to technical issues that could prevent us from receiving and or reading that email, (i.e., there is a transmission error, our system is temporarily down, the user is not online, or there is an attachment or address that prevents delivery to the intended recipient via electronic mail). If you do not receive a response from us within 24 hours, please notify our office via telephone and speak with reception or leave a voicemail to ensure delivery of the communication. Unless there is some follow-up of the communications, we cannot be held responsible for receipt.

All communication between you and our firm should be kept confidential and not shared with others. Forwarding or copying email messages, and/or texting our communications to a third party (friend, colleague, relative) may result in loss of attorney-client privilege protections or protections based on attorney work product. This may result in being forced to share with your employer or former employer information we would otherwise be allowed to keep confidential and free from disclosure.

Do not take any documents or electronically stored information belonging to your employer. Do not e-mail work-related documents or forward work-related emails to a private e-mail account, and do not download such materials to a USB Flash Drive or burn these materials to a compact disc or other storage device. Such actions are likely to unfavorably impact your matter and may also put you at risk of having a claim filed against you.

Until the conclusion of this matter, you must preserve and maintain all documents and electronic records or files in your possession or control that relate to your employment in any way. These electronic records include, but are not limited to documents in paper format as well as electronic information stored in work or personal home computers, laptops, PDAs, thumb drives, cell phones, external hard drives, CDs, DVDs, voicemail, video, social networking websites, online email accounts, blogs or other storage media.

Generally, we will send you a bill each month showing the legal fees and disbursements incurred during the previous month, though we may defer billing of relatively small amounts or in the event of other extenuating circumstances. We expect any balance due that is shown on a bill to be paid within 30 days of the date of the bill. If any billed balance remains unpaid for 60 days, interest will be charged on the unpaid balance at the annual rate of 9% from the 61st day after the date of the bill.

You have the right to terminate the relationship and we may withdraw as your counsel in this matter at any time if permitted by the ethics rules. If you fail to cooperate or withhold information in the case, we reserve the right to terminate our representation of you. Upon the termination of our relationship, we will present you with a final bill for all services rendered up to the date that we ceased acting as your counsel. We will be entitled to the reasonable value of our services, that is, payment at our regular hourly rates.

If you believe any bill is incorrect or unreasonable, you should notify us in writing within 15 days of the date of the bill, and we will promptly review the bill with you. We agree to cooperate in seeking

to resolve any dispute up to $50,000 between us through mediation and/or arbitration at the New York County Lawyers' Association. For any dispute exceeding $50,000, we agree to cooperate in mediating such dispute at JAMS in New York, NY should you elect mediation.

Our firm supports workplace fairness and employee rights. We contribute a portion of our annual revenues to those and similar causes. See http://www.outtengolden.com/sites/default/files/misc/contributions.pdf A primary beneficiary of those contributions is Workplace Fairness, a not-for-profit organization dedicated to promoting workplace fairness and helping employees understand, enforce, and expand their rights. See www.workplacefairness.org. We hope that your experience with us will encourage you to consider becoming a supporter of Workplace Fairness or other organizations that we support.

If this letter accurately sets forth our understanding, please sign the enclosed copy of this letter at the place indicated below and return it to me, with your payment for the retainer fee. This retainer will be void after seven (7) days. Thereafter, a new retainer agreement will need to be issued.

Sincerely,

Gregory S. Chiarello

APPROVED AND AGREED TO:

04/12/2023
Date



**Advocates for Workplace Fairness**

March 29, 2023

Re:

Dear

This letter will confirm our agreement pursuant to which you have engaged this firm as counsel in connection with this matter

Our firm will charge our standard hourly rates in effect from time to time.* My present hourly rate is $800. In addition, we will charge customary amounts for such items as photocopying, postage, messenger services, long distance telephone calls, facsimile transmissions, computerized legal research, investigators, overtime secretarial services, and transportation.

We are requesting an initial retainer of $6,500 against such legal fees and disbursements. If it appears that the initial retainer may be exhausted, we may ask for an additional retainer. Any unused part of any monies you have paid to the firm will be refunded to you at the conclusion of the matter. Any retainer you pay is not an estimate of the legal fees or disbursements that may be incurred during the course of this matter.

Many employers monitor their employees' emails, internet usage, voicemails and other electronic storage media. To preserve the attorney-client privilege and to avoid having any third parties gaining access to our confidential communications, please do not email us from work and do not email anyone else about your matter/dispute from work – this includes logging into your private email account from work, from a work laptop computer or from any company owned equipment (e.g., Blackberry, PDA, cell-phone, etc.). Do not record telephone conversations without consent of the party whom you are recording. In addition, do not post anything related to your employment on the internet, such as postings on blogs, social networking sites, chat rooms or Twitter.

In the course of our representation, you may need to communicate information you consider

---

* Currently, these are $500 to $1,250 per partner's hour, $550 to $900 per counsel's hour, $315 to $575 per associate's hour, $250 per law clerk's hour, $250 to $290 per paralegal's hour, and $200 per legal assistant's hour.

New York  685 3rd Ave 25th Floor, New York, NY 10017  T (212) 245-1000  F (646) 509-2060
San Francisco  1 California Street, 12th Floor, San Francisco, CA 94111  T (415) 322-1391  F (415) 638-8810
Washington, DC  1225 New York Ave NW, Suite 1200B, Washington, DC 20001  T (202) 914-5097  F (202) 847-4410
outtengolden.com  mail@outtengolden.com

The signed document can be validated at https://app.vinesign.com/Verify

to be urgent or critical. While email is easy to transmit, it is also subject to technical issues that could prevent us from receiving and or reading that email, (i.e., there is a transmission error, our system is temporarily down, the user is not online, or there is an attachment or address that prevents delivery to the intended recipient via electronic mail). If you do not receive a response from us within 24 hours, please notify our office via telephone and speak with reception or leave a voicemail to ensure delivery of the communication. Unless there is some follow-up of the communications, we cannot be held responsible for receipt.

All communication between you and our firm should be kept confidential and not shared with others. Forwarding or copying email messages, and/or texting our communications to a third party (friend, colleague, relative) may result in loss of attorney-client privilege protections or protections based on attorney work product. This may result in being forced to share with your employer or former employer information we would otherwise be allowed to keep confidential and free from disclosure.

Do not take any documents or electronically stored information belonging to your employer. Do not e-mail work-related documents or forward work-related emails to a private e-mail account, and do not download such materials to a USB Flash Drive or burn these materials to a compact disc or other storage device. Such actions are likely to unfavorably impact your matter and may also put you at risk of having a claim filed against you.

Until the conclusion of this matter, you must preserve and maintain all documents and electronic records or files in your possession or control that relate to your employment in any way. These electronic records include, but are not limited to documents in paper format as well as electronic information stored in work or personal home computers, laptops, PDAs, thumb drives, cell phones, external hard drives, CDs, DVDs, voicemail, video, social networking websites, online email accounts, blogs or other storage media.

Generally, we will send you a bill each month showing the legal fees and disbursements incurred during the previous month, though we may defer billing of relatively small amounts or in the event of other extenuating circumstances. We expect any balance due that is shown on a bill to be paid within 30 days of the date of the bill. If any billed balance remains unpaid for 60 days, interest will be charged on the unpaid balance at the annual rate of 9% from the 61st day after the date of the bill.

You have the right to terminate the relationship and we may withdraw as your counsel in this matter at any time if permitted by the ethics rules. If you fail to cooperate or withhold information in the case, we reserve the right to terminate our representation of you. Upon the termination of our relationship, we will present you with a final bill for all services rendered up to the date that we ceased acting as your counsel. We will be entitled to the reasonable value of our services, that is, payment at our regular hourly rates.

If you believe any bill is incorrect or unreasonable, you should notify us in writing within 15 days of the date of the bill, and we will promptly review the bill with you. We agree to cooperate in seeking to resolve any dispute up to $50,000 between us through mediation and/or arbitration at the New York County Lawyers' Association. For any dispute exceeding $50,000, we agree to cooperate in mediating such dispute at JAMS in New York, NY should you elect mediation.

Our firm supports workplace fairness and employee rights. We contribute a portion of our annual revenues to those and similar causes. See http://www.outtengolden.com/sites/default/files/misc/contributions.pdf A primary beneficiary of those contributions is Workplace Fairness, a not-for-profit organization dedicated to promoting workplace

fairness and helping employees understand, enforce, and expand their rights. See www.workplacefairness.org. We hope that your experience with us will encourage you to consider becoming a supporter of Workplace Fairness or other organizations that we support.

      If this letter accurately sets forth our understanding, please sign the enclosed copy of this letter at the place indicated below and return it to me, with your payment for the retainer fee. This retainer will be void after seven (7) days. Thereafter, a new retainer agreement will need to be issued.

Sincerely,

Gregory S. Chiarello

APPROVED AND AGREED TO:

03/29/2023
Date



Advocates for Workplace Fairness

November 10, 2022

███████████

Re: ███████████

Dear ███

This letter will confirm our agreement pursuant to which you have engaged this firm as counsel in connection with this matter. ███████████

Our firm will charge our standard hourly rates in effect from time to time.* My present hourly rate is $700. In addition, we will charge customary amounts for such items as photocopying, postage, messenger services, long distance telephone calls, facsimile transmissions, computerized legal research, investigators, overtime secretarial services, and transportation.

We are requesting an initial retainer of $4,000 against such legal fees and disbursements. If it appears that the initial retainer may be exhausted, we may ask for an additional retainer. Any unused part of any monies you have paid to the firm will be refunded to you at the conclusion of the matter. Any retainer you pay is not an estimate of the legal fees or disbursements that may be incurred during the course of this matter.

If we achieve an exceptional result on your behalf, we may ask you to pay us a bonus. You agree to seriously consider our request in good faith, though you are under no obligation to pay us such a bonus.

Many employers monitor their employees' emails, internet usage, voicemails and other

* Currently, these are $500 to $1,250 per partner's hour, $550 to $900 per counsel's hour, $315 to $575 per associate's hour, $250 per law clerk's hour, $250 to $290 per paralegal's hour, and $200 per legal assistant's hour.

New York  685 3rd Ave 25th Floor, New York, NY 10017   T (212) 245-1000   F (646) 509-2060
San Francisco  1 California Street, 12th Floor, San Francisco, CA 94111   T (415) 322-1391   F (415) 638-8810
Washington, DC  1225 New York Ave NW, Suite 1200B, Washington, DC 20001   T (202) 914-5097   F (202) 847-4410
outtengolden.com   mail@outtengolden.com

The signed document can be validated at https://app.vinesign.com/Verify

electronic storage media. To preserve the attorney-client privilege and to avoid having any third parties gaining access to our confidential communications, please do not email us from work and do not email anyone else about your matter/dispute from work -- this includes logging into your private email account from work, from a work laptop computer or from any company owned equipment (e.g., Blackberry, PDA, cell-phone, etc.). Do not record telephone conversations without consent of the party whom you are recording. In addition, do not post anything related to your employment on the internet, such as postings on blogs, social networking sites, chat rooms or Twitter.

In the course of our representation, you may need to communicate information you consider to be urgent or critical. While email is easy to transmit, it is also subject to technical issues that could prevent us from receiving and or reading that email, (i.e., there is a transmission error, our system is temporarily down, the user is not online, or there is an attachment or address that prevents delivery to the intended recipient via electronic mail). If you do not receive a response from us within 24 hours, please notify our office via telephone and speak with reception or leave a voicemail to ensure delivery of the communication. Unless there is some follow-up of the communications, we cannot be held responsible for receipt.

All communication between you and our firm should be kept confidential and not shared with others. Forwarding or copying email messages, and/or texting our communications to a third party (friend, colleague, relative) may result in loss of attorney-client privilege protections or protections based on attorney work product. This may result in being forced to share with your employer or former employer information we would otherwise be allowed to keep confidential and free from disclosure.

Do not take any documents or electronically stored information belonging to your employer. Do not e-mail work-related documents or forward work-related emails to a private e-mail account, and do not download such materials to a USB Flash Drive or burn these materials to a compact disc or other storage device. Such actions are likely to unfavorably impact your matter and may also put you at risk of having a claim filed against you.

Until the conclusion of this matter, you must preserve and maintain all documents and electronic records or files in your possession or control that relate to your employment in any way. These electronic records include but are not limited to documents in paper format as well as electronic information stored in work or personal home computers, laptops, PDAs, thumb drives, cell phones, external hard drives, CDs, DVDs, voicemail, video, social networking websites, online email accounts, blogs or other storage media.

Generally, we will send you a bill each month showing the legal fees and disbursements incurred during the previous month, though we may defer billing of relatively small amounts or in the event of other extenuating circumstances. We expect any balance due that is shown on a bill to be paid within 30 days of the date of the bill. If any billed balance remains unpaid for 60 days, interest will be charged on the unpaid balance at the annual rate of 9% from the 61st day after the date of the bill.

You have the right to terminate the relationship and we may withdraw as your counsel in this matter at any time if permitted by the ethics rules. If you fail to cooperate or withhold information in the case, we reserve the right to terminate our representation of you. Upon the termination of our relationship, we will present you with a final bill for all services rendered up to the date that we ceased acting as your counsel. We will be entitled to the reasonable value of our services, that is, payment at our regular hourly rates.

If you believe any bill is incorrect or unreasonable, you should notify us in writing within 15



days of the date of the bill, and we will promptly review the bill with you. We agree to cooperate in seeking to resolve any dispute up to $50,000 between us through mediation and/or arbitration at the New York County Lawyers' Association. For any dispute exceeding $50,000, we agree to cooperate in mediating such dispute at JAMS in New York, NY should you elect mediation.

Our firm supports workplace fairness and employee rights. We contribute a portion of our annual revenues to those and similar causes. See http://www.outtengolden.com/sites/default/files/misc/contributions.pdf A primary beneficiary of those contributions is Workplace Fairness, a not-for-profit organization dedicated to promoting workplace fairness and helping employees understand, enforce, and expand their rights. See www.workplacefairness.org. We hope that your experience with us will encourage you to consider becoming a supporter of Workplace Fairness or other organizations that we support.

If this letter accurately sets forth our understanding, please sign the enclosed copy of this letter at the place indicated below and return it to me, with your payment for the retainer fee. This retainer will be void after seven (7) days. Thereafter, a new retainer agreement will need to be issued.

Sincerely,

Gregory S. Chiarello

APPROVED AND AGREED TO:

11/11/2022
Date