# Exhibit 9

NITASHA TIKU    BUSINESS    FEB 21, 2019 6:59 PM

# Google Ends Forced Arbitration After Employee Protest

**Google will no longer bar employees from suing the company for discrimination or wrongful termination, or from joining together in class-action suits.**



More than 20,000 workers walked out of Google offices in November to protest the company's response to cases of sexual harassment. DAN KITWOOD/GETTY IMAGES



**GOOGLE** said Thursday that it will no longer bar employees from suing the company over discrimination or wrongful termination, or from joining together in class-action suits.

The change will end Google's policy of forcing employees to litigate such disputes in arbitration, where hearings are typically closed and the arbitrators are paid for by the company. Critics say arbitration allows sexual harassers to prey on multiple victims because of the secrecy.

ADVERTISEMENT



In November, Google waived mandatory arbitration for sexual harassment and assault claims. Thursday's move is a significant expansion of that policy. Among other things, it will allow current Google employees to move past claims from arbitration to court. Still, recent policy improvements at Google and other tech companies arrived too late for some female employees.

Employment lawyers say sexual harassment and discrimination claims are often filed together. What's more, forcing employees to file harassment claims as individuals made it less likely for workers to pursue their case in court. Historically,

class–action lawsuits have been <u>a vehicle for change</u>, such as curbing sexual harassment on Wall Street.

Google's policy changes follow <u>sustained employee protest</u>. The November change around harassment claims came one week after 20,000 Google employees <u>walked out</u> of their offices to protest Google's mishandling of sexual harassment cases. Thursday's change comes days before a group of Google employees plan to accompany lawmakers as they <u>introduce bills</u> in the House and Senate to end forced arbitration for all workers.

The bulk of the changes won't apply to Google's army of temporary employees, contractors, and vendors. In July, <u>Bloomberg reported</u> that more than half of Google's workforce are temps, contractors, and vendors.



**End Forced Arbitration**
@endforcedarb · **Follow**

Google promises end to mandatory arbitration for all full-time employees by March 21, 2019 ... but we're not stopping there.  On Thu, Feb 28th - we will stand with Senators and Representatives to introduce bills to #EndForcedArbitration for ALL workers.

endforcedarbitration.medium.com
Google promises end to mandatory arbitration for all full-time employe...
Today Google announced that it will no longer force its full-time employees or Temps, Vendors and Contractors (TVCs) to resolve ...

4:33 PM · Feb 21, 2019

❤️ 68       💬 Reply       ⬆️ Share

Read 4 replies

Legislators, moved in part by the Google protests, raised concerns about mandatory arbitration when Sundar Pichai testified before Congress in December. On Thursday, US representative Pramila Jayapal (D–Washington) wrote on Twitter, "Today, justice won."



**Rep. Pramila Jayapal** ✔
@RepJayapal · **Follow**

In December, I asked Google CEO @SundarPichai to ensure access to justice by ending Google's forced arbitration policies.

Today, justice won. Google announced an end to forced arbitration for ALL forms of discrimination.

Watch on X

5:17 PM · Feb 21, 2019

❤ 814      💬 Reply      ⬆ Share

**Read 22 replies**

The #MeToo movement brought mandatory arbitration under public scrutiny, as one of a group of legal agreements, such as non-disparagement clauses, that hurt

victims of sexual harassment while protecting predators. The Google employee walkout followed a _New York Times_ report that Android founder Andy Rubin received a $90 million exit package even after Google investigators found credible claims of sexual harassment against him.

## Sign Up For Our Daily Newsletter And Get The Best Of WIRED.

| Email Address | SIGN UP |
|---|---|

By signing up, you agree to our user agreement (including the class action waiver and arbitration provisions), our privacy policy and cookie statement, and to receive marketing and account-related emails from WIRED. You can unsubscribe at any time.

## More Great WIRED Stories

- Hacker Lexicon: What is credential stuffing?
- A 7-year journey across the US, one highway at a time
- What happens when techno-utopians run a country
- Women will dominate—and dismantle—music in 2019
- Forget people, Elroy's self-flying drone hauls heavy cargo
- 👀 Looking for the latest gadgets? Check out our latest buying guides and best deals all year round
- 📬 Hungry for even more deep dives on your next favorite topic? Sign up for the Backchannel newsletter



Nitasha Tiku is a senior writer for WIRED in San Francisco, covering people and power in Silicon Valley and the tech industry's impact on politics and culture. Before coming to WIRED she worked as a senior writer for BuzzFeed News. Tiku received her bachelor's degree from Columbia University and a... Read more

SENIOR WRITER  

TOPICS   GOOGLE     SEXUAL HARASSMENT     DISCRIMINATION     ARBITRATION

## Sponsored Links by Taboola

### These May Be the Coziest Slippers In Existence

**Bombas**

### Here Are 23 Of The Coolest Gifts For 2023

**Best Tech Trend**

### A study shows: People With This Much Saved Report Being Happier

**SmartAsset**

Learn More

### Meet Bombas: The Only Socks You'll Want to Work Out in

**Bombas**

Shop Now

### Here's How To Fly Business Class For The Price of Economy

**GoSearches**

### A Truly Unique Handmade Sea Glass Artwork, Sea Glass Rainbow Birds.

**Keillini**

Shop Now

