# EXHIBIT A



**Nora C. Ostrofe, MBA, CVA, CEA, Economist**
**J.S. Held**
**101 Montgomery Street, Suite 2100**
**San Francisco, California  94104**
**Phone: 510.740.0376 / 510.388.4415  Fax: 510.740.0190**

## FINANCIAL, STATISTICAL & REHABILITATION ECONOMIST

J.S. HELD. Oakland California, 2019 – Present. Vice President.

HAGEN, STREIFF, NEWTON & OSHIRO. Oakland, California, 2006 – 2019.  Senior Manager.

PACIFIC  ECONOMIC CONSULTANTS, INC., Lafayette, California, 1999-2006. Senior Economist.
Valuation of businesses and economic losses in business, personal injury, wrongful death, labor and marital litigation. Preparation of statistical analyses, vocational, labor and job market consultation and studies.

ERNEST ORLANDO LAWRENCE BERKELEY LABORATORY, Berkeley, California 1993-1997.
Provided budget consultation and analysis to managers and scientists. Monitored $20 million in budgets for scientific and operations programs. Prepared grant applications and funding proposals, maintained funding tracking and reporting spreadsheets. Created monthly budget reports and master report for all Divisional accounts.

## TEACHING  EXPERIENCE

BISHOP O'DOWD HIGH SCHOOL, Oakland, California, 1990-1993. Economics and Foreign Policy Instructor.

## EDUCATION

UNIVERSITY OF CALIFORNIA, BERKELEY. Certificate in Accounting for Financial and Business  Analysts, 2001. Awarded with distinction.

ST. MARY'S COLLEGE. Masters in Business Administration, 1997.

UNIVERSITY OF CALIFORNIA, BERKELEY. Teaching Credentials in Social Science and English,  1987.

UNIVERSITY OF CALIFORNIA, LOS ANGELES. Bachelor of Arts, Economics, 1985.

## PRESENTATIONS

"The Vocational Economic Rationale:  An Appraisal," presented to the American Academy of Economic and Financial Experts (AAEFE), Las Vegas, March 2014.

"Factors to Consider when Estimating Economic Damages from Wrongful Termination," presented to the National Association of Forensic Economics (NAFE) at the Southern Economic Association  (SEA), Atlanta, November 2010.

## PRESENTATIONS  (cont.)

"Economic Damages in Commercial Litigation Involving Entrepreneurs:  Self-Employed, Small Businesses, and Start-Ups," presented to the Academy of Entrepreneurial Finance (AEF), Pasadena, April 2006.

"Small Business Owners:  Special Considerations in Valuing Economic Loss in Personal Injury and Wrongful Death Cases," presented to the American Rehabilitation Economics Association (AREA), Reno, May 2006.

## PUBLICATIONS

"Does the Vocational Economic Rationale Have Merit:  An Appraisal," *The Journal of Legal Economics*, 20 (1): pp. 61-83.

"Factors to Consider when Estimating Economic Damages from Wrongful Termination," *The Earnings Analyst*, Volume 12, 2012.

"Demystifying Discount Rates", *Verdict*, Second Quarter 2009.

"Valuing the Economic Damages for Your Case", *Defense Comment*, Volume 23, No. 2, Summer 2008.

Monthly reviews of business and economics books for *Publisher's Weekly*, 2002 – Present.

Biweekly reviews of business and economics books for *Kirkus Reviews,* 2004 – 2006.

Co-editor for *The Earnings Analyst*, 2016 – Present.

Peer reviewer for the *Journal of Forensic Economics*, 2006 - Present.

Peer reviewer | Assistant Editor for *The Earnings Analyst*, 2012 | 2018 - Present.

## CERTIFICATIONS AND ASSOCIATIONS

Certified Valuation Analyst (CVA) in Business Valuation - National Association of Certified Valuation Analysts (NACVA).

Certified Earnings Analyst (CEA) – American Rehabilitation Economics Association (AREA).

Member - American Rehabilitation Economics Association (AREA); Collegium of Pecuniary  Damages Experts (CPDE); National Association of Forensic Economics (NAFE).

Member – Nominating Committee for Vice President at Large and Vice President Southern Region – National Association of Forensic Economics – 2012.

## BOARD MEMBERSHIPS

Vice-President - Internal | President – American Rehabilitation Economics Association – 2010/24.

Board Member – Educational Quality Assurance Board - National Association of Certified Valuation Analysts (NACVA) – 2010/11.