# EXHIBIT B



**Ulku Rowe v. Google, LLC**

**Front Pay:  Vice President of Sales vs. Rowe**

**Date of Loss | Date of Verdict:  October 20, 2023**

**Economic Loss Report**
**of**
**Nora Ostrofe, MBA CEA CVA**

**November 21, 2023**



Ulku Rowe v. Google, LLC
Date of Loss | Date of Hire:  March 13, 2017

**Index**

| No. | Title |
|---|---|
| **Schedules** | |
| **1.0** | **Summary of Front Pay** |
| **2.0** | **Ulku Rowe | Projected Wages and Benefits | Vice President of Sales** |
| **2.1** | **Ulku Rowe | Projected Equity Grants | Vice President of Sales** |
| **3.0** | **Ulku Rowe | Projected Google Wages and Benefits** |
| **3.1** | **Ulku Rowe | Projected Equity Grants** |
| **Exhibits** | |
| **1.0** | **Actuarial Data** |
| **2.0** | **Yolande Piazza | Vice President of Sales | Google Compensation History** |
| **2.1** | **Vice President of Sales | Annual Equity Grants** |
| **3.0** | **Ulku Rowe | Google Compensation History** |
| **3.1** | **Ulku Rowe | Annual Equity Grants** |



Ulku Rowe v. Google, LLC
Date of Loss | Date of Hire:  March 13, 2017
**Summary of Front Pay**

| From | To | Period | Years from Date of Verdict | Description | Vice President of Sales \| Salary and Bonus Sch 2.0 | Vice President of Sales \| Equity Grants Sch 2.1 | Vice President of Sales \| Total Compensation | Vice President of Sales \| Cumulative Total Compensation | Rowe \| Salary and Bonus Sch 3.0 | Rowe \| Equity Grants Sch 3.1 | Rowe \| Total Compensation | Rowe \| Cumulative Total Compensation | Difference | Cumulative Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/20/2023 | 10/19/2024 | 1.00 | 1.00 | Date of Verdict | $ 980,199 | $ - | $ 980,199 | $ 980,199 | $ 469,307 | $ 65,060 | $ 534,367 | $ 534,367 | 445,832 | $ 445,832 |
| 10/20/2024 | 10/19/2025 | 1.00 | 2.00 | | 960,993 | 1,053,320 | 2,014,313 | 2,994,512 | 460,112 | 154,900 | 615,012 | 1,149,379 | 1,399,301 | 1,845,133 |
| 10/20/2025 | 10/19/2026 | 1.00 | 3.00 | | 942,183 | 1,504,840 | 2,447,023 | 5,441,535 | 451,106 | 236,054 | 687,160 | 1,836,539 | 1,759,863 | 3,604,996 |
| 10/20/2026 | 10/19/2027 | 1.00 | 4.00 | | 923,670 | 1,433,100 | 2,356,770 | 7,798,305 | 442,242 | 309,100 | 751,342 | 2,587,881 | 1,605,428 | 5,210,424 |
| 10/20/2027 | 10/19/2028 | 1.00 | 5.00 | | 905,553 | 1,364,930 | 2,270,483 | 10,068,788 | 433,568 | 321,160 | 754,728 | 3,342,609 | 1,515,755 | 6,726,179 |
| 10/20/2028 | 10/19/2029 | 1.00 | 6.00 | | 887,832 | 1,299,820 | 2,187,652 | 12,256,440 | 425,083 | 305,840 | 730,923 | 4,073,532 | 1,456,729 | 8,182,908 |
| 10/20/2029 | 10/19/2030 | 1.00 | 7.00 | | 870,408 | 1,237,940 | 2,108,348 | 14,364,788 | 416,741 | 291,280 | 708,021 | 4,781,553 | 1,400,327 | 9,583,235 |
| 10/20/2030 | 10/19/2031 | 1.00 | 8.00 | | 853,380 | 1,179,120 | 2,032,500 | 16,397,288 | 408,588 | 277,440 | 686,028 | 5,467,581 | 1,346,472 | 10,929,707 |
| 10/20/2031 | 10/19/2032 | 1.00 | 9.00 | | 836,649 | 1,122,850 | 1,959,499 | 18,356,787 | 400,577 | 264,200 | 664,777 | 6,132,358 | 1,294,722 | 12,224,429 |
| 10/20/2032 | 10/19/2033 | 1.00 | 10.00 | | 820,215 | 1,069,470 | 1,889,685 | 20,246,472 | 392,709 | 251,640 | 644,349 | 6,776,707 | 1,245,336 | 13,469,765 |
| 10/20/2033 | 10/19/2034 | 1.00 | 11.00 | | 804,177 | 1,018,470 | 1,822,647 | 22,069,119 | 385,030 | 239,640 | 624,670 | 7,401,377 | 1,197,977 | 14,667,742 |
| 10/20/2034 | 10/19/2035 | 1.00 | 12.00 | | 788,337 | 970,020 | 1,758,357 | 23,827,476 | 377,446 | 228,240 | 605,686 | 8,007,063 | 1,152,671 | 15,820,413 |
| 10/20/2035 | 5/17/2036 | 0.58 | 12.58 | End of Work Life Expectancy \| Age 63.5 | 450,173 | 541,314 | 991,487 | 24,818,963 | 215,537 | 127,368 | 342,905 | 8,349,968 | 648,582 | 16,468,995 |
| 5/18/2036 | 10/19/2036 | 0.42 | 13.00 | | 322,786 | 382,561 | 705,347 | 25,524,310 | 154,546 | 90,014 | 244,560 | 8,594,528 | 460,787 | 16,929,782 |
| 10/20/2036 | 10/19/2037 | 1.00 | 14.00 | | 757,746 | 879,750 | 1,637,496 | 27,161,806 | 362,800 | 207,000 | 569,800 | 9,164,328 | 1,067,696 | 17,997,478 |
| 10/20/2037 | 10/19/2038 | 1.00 | 15.00 | | 742,896 | 837,930 | 1,580,826 | 28,742,632 | 355,690 | 197,160 | 552,850 | 9,717,178 | 1,027,976 | 19,025,454 |
| 10/20/2038 | 10/19/2039 | 1.00 | 16.00 | | 728,343 | 797,980 | 1,526,323 | 30,268,955 | 348,722 | 187,760 | 536,482 | 10,253,660 | 989,841 | 20,015,295 |
| 10/20/2039 | 11/18/2039 | 0.08 | 16.08 | Social Security Retirement Age \| Age 67 | 57,650 | 62,179 | 119,829 | 30,388,784 | 27,602 | 14,630 | 42,232 | 10,295,892 | 77,597 | 20,092,892 |
| Future Loss | | 16.08 | 16.08 | | $ 13,633,190 | $ 16,755,594 | $ 30,388,784 | | $ 6,527,406 | $ 3,768,486 | $ 10,295,892 | | $ 20,092,892 | |
| Grand Total: | | 16.08 | 16.08 | | 13,633,190 | 16,755,594 | 30,388,784 | | 6,527,406 | 3,768,486 | 10,295,892 | | 20,092,892 | |



Ulku Rowe v. Google, LLC
Date of Loss | Date of Hire: March 13, 2017

**Ulku Rowe | Projected Wages and Benefits | Vice President of Sales**

| Period | | | | Annual Salary (A) | Annual Bonus (B) | Total Annual Compensation | Period Amounts | Present Value Factor | Present Cash Value | Cumulative Present Cash |
|---|---|---|---|---|---|---|---|---|---|---|
| Start | End | Years | Comment | | | | | | | |
| 10/20/23 | 10/19/24 | 1.00 | Date of Verdict | $ 550,000 | $ 440,000 | $ 990,000 | $ 990,000 | 0.9901 | $ 980,199 | $ 980,199 |
| 10/20/24 | 10/19/25 | 1.00 | | 550,000 | 440,000 | 990,000 | 990,000 | 0.9707 | 960,993 | 1,941,192 |
| 10/20/25 | 10/19/26 | 1.00 | | 550,000 | 440,000 | 990,000 | 990,000 | 0.9517 | 942,183 | 2,883,375 |
| 10/20/26 | 10/19/27 | 1.00 | | 550,000 | 440,000 | 990,000 | 990,000 | 0.9330 | 923,670 | 3,807,045 |
| 10/20/27 | 10/19/28 | 1.00 | | 550,000 | 440,000 | 990,000 | 990,000 | 0.9147 | 905,553 | 4,712,598 |
| 10/20/28 | 10/19/29 | 1.00 | | 550,000 | 440,000 | 990,000 | 990,000 | 0.8968 | 887,832 | 5,600,430 |
| 10/20/29 | 10/19/30 | 1.00 | | 550,000 | 440,000 | 990,000 | 990,000 | 0.8792 | 870,408 | 6,470,838 |
| 10/20/30 | 10/19/31 | 1.00 | | 550,000 | 440,000 | 990,000 | 990,000 | 0.8620 | 853,380 | 7,324,218 |
| 10/20/31 | 10/19/32 | 1.00 | | 550,000 | 440,000 | 990,000 | 990,000 | 0.8451 | 836,649 | 8,160,867 |
| 10/20/32 | 10/19/33 | 1.00 | | 550,000 | 440,000 | 990,000 | 990,000 | 0.8285 | 820,215 | 8,981,082 |
| 10/20/33 | 10/19/34 | 1.00 | | 550,000 | 440,000 | 990,000 | 990,000 | 0.8123 | 804,177 | 9,785,259 |
| 10/20/34 | 10/19/35 | 1.00 | | 550,000 | 440,000 | 990,000 | 990,000 | 0.7963 | 788,337 | 10,573,596 |
| 10/20/35 | 05/17/36 | 0.58 | Age 63.49 | Worklife Expectancy | 550,000 | 440,000 | 990,000 | 574,200 | 0.7840 | 450,173 | 11,023,769 |
| 05/18/36 | 10/19/36 | 0.42 | | 550,000 | 440,000 | 990,000 | 415,800 | 0.7763 | 322,786 | 11,346,555 |
| 10/20/36 | 10/19/37 | 1.00 | | 550,000 | 440,000 | 990,000 | 990,000 | 0.7654 | 757,746 | 12,104,301 |
| 10/20/37 | 10/19/38 | 1.00 | | 550,000 | 440,000 | 990,000 | 990,000 | 0.7504 | 742,896 | 12,847,197 |
| 10/20/38 | 10/19/39 | 1.00 | | 550,000 | 440,000 | 990,000 | 990,000 | 0.7357 | 728,343 | 13,575,540 |
| 10/20/39 | 11/18/39 | 0.08 | Age 67 | Full Social Security Retirement Age | 550,000 | 440,000 | 990,000 | 79,200 | 0.7279 | 57,650 | 13,633,190 |
| **Future Loss** | | **16.08** | | | | | | To Sch. 1.0 | **$ 13,633,190** | **$ 13,633,190** |
| **Grand Total:** | | **16.08** | | | | | | To Sch. 1.0 | **$ 13,633,190** | **$ 13,633,190** |

Notes:
(A) Ms. Rowe's but for salary based upon Ms. Piazza's 2023 salary. See Exhibit 2.0.
(B) Annual bonus based upon Ms. Piazza's target bonus at 80% of salary. See Exhibit 2.0.
(C) Net discount rate of          2.0%



Ulku Rowe v. Google, LLC
Date of Loss | Date of Hire:  March 13, 2017

**Ulku Rowe | Projected Equity Grants | Vice President of Sales**

| Period | | | | Annual Equity | Total Annual | | Present Value | Present Cash | Cumulative |
| Start | End | Years | Comment | Grants (A) | Compensation | Period Amounts | Factor (C) | Value | Present Cash |
|---|---|---|---|---|---|---|---|---|---|
| 10/20/23 | 10/19/24 | 1.00 | Date of Verdict | $          - | $          - | $          - | 0.9759 | $          - | $          - |
| 10/20/24 | 10/19/25 | 1.00 | | 1,133,333 | 1,133,333 | 1,133,333 | 0.9294 | 1,053,320 | 1,053,320 |
| 10/20/25 | 10/19/26 | 1.00 | | 1,700,000 | 1,700,000 | 1,700,000 | 0.8852 | 1,504,840 | 2,558,160 |
| 10/20/26 | 10/19/27 | 1.00 | | 1,700,000 | 1,700,000 | 1,700,000 | 0.8430 | 1,433,100 | 3,991,260 |
| 10/20/27 | 10/19/28 | 1.00 | | 1,700,000 | 1,700,000 | 1,700,000 | 0.8029 | 1,364,930 | 5,356,190 |
| 10/20/28 | 10/19/29 | 1.00 | | 1,700,000 | 1,700,000 | 1,700,000 | 0.7646 | 1,299,820 | 6,656,010 |
| 10/20/29 | 10/19/30 | 1.00 | | 1,700,000 | 1,700,000 | 1,700,000 | 0.7282 | 1,237,940 | 7,893,950 |
| 10/20/30 | 10/19/31 | 1.00 | | 1,700,000 | 1,700,000 | 1,700,000 | 0.6936 | 1,179,120 | 9,073,070 |
| 10/20/31 | 10/19/32 | 1.00 | | 1,700,000 | 1,700,000 | 1,700,000 | 0.6605 | 1,122,850 | 10,195,920 |
| 10/20/32 | 10/19/33 | 1.00 | | 1,700,000 | 1,700,000 | 1,700,000 | 0.6291 | 1,069,470 | 11,265,390 |
| 10/20/33 | 10/19/34 | 1.00 | | 1,700,000 | 1,700,000 | 1,700,000 | 0.5991 | 1,018,470 | 12,283,860 |
| 10/20/34 | 10/19/35 | 1.00 | | 1,700,000 | 1,700,000 | 1,700,000 | 0.5706 | 970,020 | 13,253,880 |
| 10/20/35 | 05/17/36 | 0.58 | Age 63.49 | Worklife Expectancy | 1,700,000 | 1,700,000 | 986,000 | 0.5490 | 541,314 | 13,795,194 |
| 05/18/36 | 10/19/36 | 0.42 | | 1,700,000 | 1,700,000 | 714,000 | 0.5358 | 382,561 | 14,177,755 |
| 10/20/36 | 10/19/37 | 1.00 | | 1,700,000 | 1,700,000 | 1,700,000 | 0.5175 | 879,750 | 15,057,505 |
| 10/20/37 | 10/19/38 | 1.00 | | 1,700,000 | 1,700,000 | 1,700,000 | 0.4929 | 837,930 | 15,895,435 |
| 10/20/38 | 10/19/39 | 1.00 | | 1,700,000 | 1,700,000 | 1,700,000 | 0.4694 | 797,980 | 16,693,415 |
| 10/20/39 | 11/18/39 | 0.08 | Age 67 | Full Social Security Retirement Age | 1,700,000 | 1,700,000 | 136,000 | 0.4572 | 62,179 | 16,755,594 |
| **Future Loss** | | **16.08** | | | | | To Sch. 1.0 | $ 16,755,594 | $ 16,755,594 |
| **Grand Total:** | | **16.08** | | | | | To Sch. 1.0 | $ 16,755,594 | $ 16,755,594 |

Notes:
(A) See Exhibit 2.1.
(B) Discount rate of          5.0%



Ulku Rowe v. Google, LLC
Date of Loss | Date of Hire: March 13, 2017
**Ulku Rowe | Projected Google Wages and Benefits**

| Period | | | | | | | | | | |
|--------|---|---|---|---|---|---|---|---|---|---|
| Start | End | Years | Comment | Annual Salary (A) | Annual Bonus (B) | Total Annual Compensation | Period Amounts | Present Value Factor (C) | Present Cash Value | Cumulative Present Cash Value |
| 10/20/23 | 10/19/24 | 1.00 | Date of Verdict | $ 345,000 | $ 129,000 | $ 474,000 | $ 474,000 | 0.9901 | $ 469,307 | $ 469,307 |
| 10/20/24 | 10/19/25 | 1.00 | | 345,000 | 129,000 | 474,000 | 474,000 | 0.9707 | 460,112 | 929,419 |
| 10/20/25 | 10/19/26 | 1.00 | | 345,000 | 129,000 | 474,000 | 474,000 | 0.9517 | 451,106 | 1,380,525 |
| 10/20/26 | 10/19/27 | 1.00 | | 345,000 | 129,000 | 474,000 | 474,000 | 0.9330 | 442,242 | 1,822,767 |
| 10/20/27 | 10/19/28 | 1.00 | | 345,000 | 129,000 | 474,000 | 474,000 | 0.9147 | 433,568 | 2,256,335 |
| 10/20/28 | 10/19/29 | 1.00 | | 345,000 | 129,000 | 474,000 | 474,000 | 0.8968 | 425,083 | 2,681,418 |
| 10/20/29 | 10/19/30 | 1.00 | | 345,000 | 129,000 | 474,000 | 474,000 | 0.8792 | 416,741 | 3,098,159 |
| 10/20/30 | 10/19/31 | 1.00 | | 345,000 | 129,000 | 474,000 | 474,000 | 0.8620 | 408,588 | 3,506,747 |
| 10/20/31 | 10/19/32 | 1.00 | | 345,000 | 129,000 | 474,000 | 474,000 | 0.8451 | 400,577 | 3,907,324 |
| 10/20/32 | 10/19/33 | 1.00 | | 345,000 | 129,000 | 474,000 | 474,000 | 0.8285 | 392,709 | 4,300,033 |
| 10/20/33 | 10/19/34 | 1.00 | | 345,000 | 129,000 | 474,000 | 474,000 | 0.8123 | 385,030 | 4,685,063 |
| 10/20/34 | 10/19/35 | 1.00 | | 345,000 | 129,000 | 474,000 | 474,000 | 0.7963 | 377,446 | 5,062,509 |
| 10/20/35 | 05/17/36 | 0.58 | Age 63.49 | Worklife Expectancy | 345,000 | 129,000 | 474,000 | 274,920 | 0.7840 | 215,537 | 5,278,046 |
| 05/18/36 | 10/19/36 | 0.42 | | 345,000 | 129,000 | 474,000 | 199,080 | 0.7763 | 154,546 | 5,432,592 |
| 10/20/36 | 10/19/37 | 1.00 | | 345,000 | 129,000 | 474,000 | 474,000 | 0.7654 | 362,800 | 5,795,392 |
| 10/20/37 | 10/19/38 | 1.00 | | 345,000 | 129,000 | 474,000 | 474,000 | 0.7504 | 355,690 | 6,151,082 |
| 10/20/38 | 10/19/39 | 1.00 | | 345,000 | 129,000 | 474,000 | 474,000 | 0.7357 | 348,722 | 6,499,804 |
| 10/20/39 | 11/18/39 | 0.08 | Age 67 | Full Social Security Retirement Age | 345,000 | 129,000 | 474,000 | 37,920 | 0.7279 | 27,602 | 6,527,406 |
| **Future Loss** | | **16.08** | | | | | | To Sch. 1.0 | $ 6,527,406 | $ 6,527,406 |
| **Grand Total:** | | **16.08** | | | | | | To Sch. 1.0 | $ 6,527,406 | $ 6,527,406 |

Notes:
(A) Ms. Rowe's annual wages based upon her 2023 salary per Exhibit 3.0.
(B) Ms. Rowe's annual bonuses based upon her 2023 bonus per Exhibit 3.0.
(C) Net discount rate of          2.0%



Ulku Rowe v. Google, LLC
Date of Loss | Date of Hire:  March 13, 2017
**Ulku Rowe | Projected Equity Grants**

| Period | | | | Annual Equity | Total Annual | | Present Value | Present Cash | Cumulative |
| Start | End | Years | Comment | Grants (A) | Compensation | Period Amounts | Factor (C) | Value | Present Cash |
|---|---|---|---|---|---|---|---|---|---|
| **10/20/23** | 10/19/24 | 1.00 | Date of Verdict | $ 66,667 | $ 66,667 | $ 66,667 | 0.9759 | $ 65,060 | $ 65,060 |
| 10/20/24 | 10/19/25 | 1.00 | | 166,667 | 166,667 | 166,667 | 0.9294 | 154,900 | 219,960 |
| 10/20/25 | 10/19/26 | 1.00 | | 266,667 | 266,667 | 266,667 | 0.8852 | 236,054 | 456,014 |
| 10/20/26 | 10/19/27 | 1.00 | | 366,667 | 366,667 | 366,667 | 0.8430 | 309,100 | 765,114 |
| 10/20/27 | 10/19/28 | 1.00 | | 400,000 | 400,000 | 400,000 | 0.8029 | 321,160 | 1,086,274 |
| 10/20/28 | 10/19/29 | 1.00 | | 400,000 | 400,000 | 400,000 | 0.7646 | 305,840 | 1,392,114 |
| 10/20/29 | 10/19/30 | 1.00 | | 400,000 | 400,000 | 400,000 | 0.7282 | 291,280 | 1,683,394 |
| 10/20/30 | 10/19/31 | 1.00 | | 400,000 | 400,000 | 400,000 | 0.6936 | 277,440 | 1,960,834 |
| 10/20/31 | 10/19/32 | 1.00 | | 400,000 | 400,000 | 400,000 | 0.6605 | 264,200 | 2,225,034 |
| 10/20/32 | 10/19/33 | 1.00 | | 400,000 | 400,000 | 400,000 | 0.6291 | 251,640 | 2,476,674 |
| 10/20/33 | 10/19/34 | 1.00 | | 400,000 | 400,000 | 400,000 | 0.5991 | 239,640 | 2,716,314 |
| 10/20/34 | 10/19/35 | 1.00 | | 400,000 | 400,000 | 400,000 | 0.5706 | 228,240 | 2,944,554 |
| 10/20/35 | **05/17/36** | 0.58 | Age 63.49 | Worklife Expectancy | 400,000 | 400,000 | 232,000 | 0.5490 | 127,368 | 3,071,922 |
| 05/18/36 | 10/19/36 | 0.42 | | 400,000 | 400,000 | 168,000 | 0.5358 | 90,014 | 3,161,936 |
| 10/20/36 | 10/19/37 | 1.00 | | 400,000 | 400,000 | 400,000 | 0.5175 | 207,000 | 3,368,936 |
| 10/20/37 | 10/19/38 | 1.00 | | 400,000 | 400,000 | 400,000 | 0.4929 | 197,160 | 3,566,096 |
| 10/20/38 | 10/19/39 | 1.00 | | 400,000 | 400,000 | 400,000 | 0.4694 | 187,760 | 3,753,856 |
| 10/20/39 | **11/18/39** | 0.08 | Age 67 | Full Social Security Retirement Age | 400,000 | 400,000 | 32,000 | 0.4572 | 14,630 | 3,768,486 |
| **Future Loss** | | **16.08** | | | | | To Sch. 1.0 | $ 3,768,486 | $ 3,768,486 |
| **Grand Total:** | | **16.08** | | | | | To Sch. 1.0 | $ 3,768,486 | $ 3,768,486 |

Notes:
(A) See Exhibit 3.1.
(B) Discount rate of          5.0%



**Actuarial Data**

| Description | | Source |
|---|---|---|
| | | |
| Plaintiff's Name | Ulku Rowe | Ulke Rowe \| Google Worker History \| GOOG-ROWE-00018293 |
| Highest Educational Level Achieved | MS in Computer Science \| University of Illinois at Urbana Champagne | GOOG-ROWE-00019097.R Job Candidate Data \| Ulke Rowe CV \| GOOG-ROWE-00019101.R \| PDF p. 5 |
| Google Job Title at Date of Hire | Principal Technical Solutions Consultant \| New York | Ulke Rowe \| Google Worker History \| GOOG-ROWE-00018293 |
| Google Business Title at Date of Hire | Technical Director \| Office of the CTO \| Google Cloud Platform | Ulke Rowe \| Google Worker History \| GOOG-ROWE-00018293 |
| Date of Birth | 11/18/1972 | Per Counsel |
| Date of Hire \| Google LLC | 3/13/2017 | Ulke Rowe \| Google Worker History \| GOOG-ROWE-00018293 |
| Date of Loss | 3/13/2017 | Ulke Rowe \| Google Worker History \| GOOG-ROWE-00018293 |
| Date of Promotion \| Stuart Breslow \| Vice President, Financial Services, Vertical \| 12/10/18 | 12/10/2018 | Google Job History \| Stuart Breslow \| GOOG-ROWE-00054267 |
| Date of Hire \| Yolande Piazza \| Vice President, Financial Services Sales, Google Cloud Platform | 6/22/2020 | Exhibit 5.1 H |
| Valuation Date \| Date of Verdict | 10/20/2023 | |
| Valuation Date plus Worklife Expectancy | 5/17/2036 | The Markov Process Model of Labor Force Activity 2012 - 2017: Extended Tables of Central Tendency, Shape, Percentile Points, and  Bootstrap Standard Errors. Gary R. Skoog, James E. Ciecka, and Kurt V. Krueger. Journal of Forensic Economics 28 (1), pp. 15 - 108. |
| Date of Expected Retirement \| Full Social Security Retirement Age \| Age 67 | 11/18/2039 | https://www.ssa.gov/planners/retire/retirechart.html |
| Age at Date of Loss | 44.32 | |
| Age at Valuation Date | 50.92 | |
| Age at Valuation Date plus Work Life Expectancy | 63.49 | The Markov Process Model, op. cit. |
| Age at Social Security Full Retirement Age | 67.00 | https://www.ssa.gov/planners/retire/retirechart.html |
| Time Elapsed between Date of Loss and Valuation Date | 6.61 | |
| Worklife Expectancy at Date of Loss, as of Valuation Date | 12.57 | The Markov Process Model, op. cit. |
| Worklife Expectancy at Date of Loss in Years | 19.18 | ibid |
| Years from Date of Valuation to Full Social Security Retirement \| Age  67 | 16.08 | https://www.ssa.gov/planners/retire/retirechart.html |



**Yolande Piazza | Vice President of Sales | Google Compensation History**

| Date | Action | Title | Salary | % Change | Bonus $ | Bonus % | Sales Bonus \| Spiff Award | Hire Bonus | 401(k) | Equity Grant Date | Equity \| No. Shares \| Note D | Share Price \| Note D | Equity \| $ \| Note D | Equity Type | Total Compensation | Vesting | Bates: GOOG-ROWE-000: | Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/22/2020 | Hire | Vice President, Financial Services Sales, Google Cloud Platform | 450,000 | | | 80% | | 300,000 | | 7/1/2020 | 1,188 | 1,438.04 | 1,708,392 | RSUs (GSUs) | 3,312,587 | | N/A | Note A |
| 6/22/2020 | Hire | | | | | | | | | 7/1/2020 | 594 | 1,438.04 | 854,196 | RSUs (GSUs) | | | N/A | |
| | 2021 Total Compensation Award | | | | | | | | | | | | | | 2,325,878 | | | Notes A, B |
| 1/1/2021 | Base Salary | | 450,000 | | | | | | | | | | | | | | N/A | |
| 1/1/2021 | 2020 Bonus | | | | 210,000 | 47% | | | | | | | | | | | N/A | |
| 1/6/2021 | Equity Refresh Grant | | | | | | | | | 1/6/2021 | 960 | 1,735.29 | 1,665,878 | RSUs (GSUs) | | | N/A | |
| December 2021 | 2022 Total Compensation Award | | | | | | | | | | | | | | 2,482,793 | Your total compensation award is the sum of your salary, bonus, and equity granted in a given year. This excludes your intended amount for 2023. Your Total Compensation Award is 2,575,000 USD. To see your compensation by calendar year (i.e., equity that's vesting in 2022), view your compensation summary. | 00083094 - 5 | Note A, F |
| 1/1/2022 | Salary Increase | | 550,000 | 22% | | | | | | | | | | | | Your annual base salary will increase from 450,000 USD to 550,000 USD (an increase of 100,000 USD or 22%), with a bonus target of 80%, as of January 1, 2022. You will see this increase starting with your January 27, 2022 paycheck. | | |
| 1/1/2022 | 2021 Bonus | | | | 325,000 | 72% | | | | | | | | | | On January 14, 2022, you will receive a bonus of 325,000 USD, based on your performance and bonus-eligible salary over the past year. | | |
| 5/18/2022 | Sales Bonus \| Q1 (Gross) \| Spiff Award | | | | | | 71,786 | | | | | | | | | | | |
| 1/5/2022 | Equity Refresh Grant | | | | | | | | | 1/5/2022 | 584 | 2,753.07 | 1,607,793 | RSUs (GSUs) | | In recognition of your contributions, you will receive an equity grant 1,700,000 USD with an intended grant date of January 5, 2022, which will vest in 12 monthly installments from January 2023 through December 2023, The resulting number of GSUs will be based on the average closing stock price of GOOG in the month before the grant date. To increase the predictability of your future earnings, we set an intended amount of -1,700,000 USD. We intend to make this award in January 2023 and it will vest in 12 monthly installments from January 2024 through December 2024, Your actual award amount will stay the same, increase, or decrease based on changes in your current performance and role scope. The resulting number of GSUs will be based on the average closing price of GOOG in the month before the grant date. | | Notes C, D, F |
| January 2023 | 2023 Annual Bonus Advance | | | | 352,000 | | | | | | | | | | | You will receive an advance company bonus of 352,000 USD. This is based on 80% of your bonus-eligible salary. | 83096 | Note G |
| March 2023 | 2023 Total Compensation Award | | | | | | | | | | | | | | 3,025,333 | Your total compensation award is the sum of your salary, bonus, and equity granted in a given year. This excludes your intended amount for 2024. Your Total Compensation Award is 3,025,333 USD. To see your compensation by calendar year (i.e., equity that's vesting in 2023 view your compensation summary). | 83097 - 8 | Note H |
| | Base Salary | | 550,000 | - | | | | | | | | | | | | Your 2023 annual base salary is 550,000 USD. We review VP salaries periodically. VP salaries do not change as part of the annual merit cycle. | | |



**Yolande Piazza | Vice President of Sales | Google Compensation History**

| Date | Action | Title | Salary | % Change | Bonus $ | Bonus % | Sales Bonus \| Spiff Award | Hire Bonus | 401(k) | Equity Grant Date | Equity \| No. Shares \| Note D | Share Price \| Note D | Equity \| $ \| Note D | Equity Type | Total Compensation | Vesting | Bates: GOOG-ROWE-000: | Reference |
|------|--------|-------|--------|----------|---------|---------|--------|-----------|--------|-----------|-----------|-----------|-----------|-----------|-------------|---------|-------|--------|
| 3/10/2023 | Annual Bonus | | | | 492,000 | 89.45% | | | | | | | | | | Your bonus payment is 492,000 USD, based on your performance and bonus-eligible salary over the earning period.  2022 Target:  80% 2022 Actual: 89.5%  Paid out in 2 installments: As illustrated below, 352,000 USO was paid in advance in January 2023. On March 10, 2023, you will receive the remaining balance amount of 140,000 USD. | | |
| 3/8/2023 | VP Equity | | | | | | | | | | | | 1,983,333 | | | In recognition of your contributions, you will receive an equity grant of 1,983,333 USD with an intended grant date of March 8, 2023, which will vest in 14 monthly installments from January 2024 through February 2025. The equity grant includes supplemental equity worth 1/6th  of your annualized equity amount. The resulting number of GSUs will be based on the average closing stock price of GOOG in the calendar month before the grant date. To increase the predictability of your future earnings, we set an intended amount of 1,700,000 USD. We intend to make this award in March 2024 and it will vest in 12 monthly installments from March 2025 through February 2026. Your actual award amount will stay the same, increase, or decrease based on changes in your current performance and role scope. The resulting number of GSUs wiii be based on the average closing price of GOOG in the calendar month before the grant date. | | |

| | | |
|---|---|---|
| Note A: | 10/26/22 Google Job History Summary for Yolande Piazza \| Yolande_Piazza_(CONFIDENTIAL).pdf | |
| Note B: | December 2020 \| Total Compensation Award \| Yolande Piazza \| GOOG-ROWE-00078071 - 2 | |
| Note C: | December 2021 \| Total Compensation Award \| Yolande Piazza \| GOOG-ROWE-00078069-70 | |
| Note D: | Share value for 1/5/22 Equity Refresh Grant based upon average of closing prices for December 2021. | |
| | In recognition of your contributions, you will receive an equity grant of 1,700,000 USD with an intended grant date of January 5, 2022, which will vest in 12 monthly installments from January 2023 through December 20:?3. The resulting number of GSUs wiii be based on tt1e average closing stock price of GOOG in the month before the grant date. | |
| Note E: | 1/1/20 - 10/21/22 Morgan Stanley Account Summary \| GOOG-ROWE-00078078 | |
| Note F: | 2022 Total Compensation Award \| GOOG-ROWE-00083094 - 5 | |
| Note G: | 2023 Annual Bonus Advance \| GOOG-ROWE-00083096 | |
| Note H: | 2023 Total Compensation Award \| GOOG-ROWE-00083097 - 8 | |



Exhibit 2.1

Ulku Rowe v. Google, LLC
Date of Loss | Date of Hire:  March 13, 2017
**Vice President of Sales | Annual Equity Grants**

| Vest Date | Grant Date | | | | | | | | | | | | | | | | Total | Cumulative Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | | |
| 2024 \| 5 | 1,133,333 | | | | | | | | | | | | | | | | $1,133,333 | $ 1,133,333 |
| 2025 \| 6 | 566,667 | 1,133,333 | | | | | | | | | | | | | | | 1,700,000 | 2,833,333 |
| 2026 \| 7 | | 566,667 | 1,133,333 | | | | | | | | | | | | | | 1,700,000 | 4,533,333 |
| 2027 \| 8 | | | 566,667 | 1,133,333 | | | | | | | | | | | | | 1,700,000 | 6,233,333 |
| 2028 \| 9 | | | | 566,667 | 1,133,333 | | | | | | | | | | | | 1,700,000 | 7,933,333 |
| 2029 \| 0 | | | | | 566,667 | 1,133,333 | | | | | | | | | | | 1,700,000 | 9,633,333 |
| 2030 \| 1 | | | | | | 566,667 | 1,133,333 | | | | | | | | | | 1,700,000 | 11,333,333 |
| 2031 \| 2 | | | | | | | 566,667 | 1,133,333 | | | | | | | | | 1,700,000 | 13,033,333 |
| 2032 \| 3 | | | | | | | | 566,667 | 1,133,333 | | | | | | | | 1,700,000 | 14,733,333 |
| 2033 \| 4 | | | | | | | | | 566,667 | 1,133,333 | | | | | | | 1,700,000 | 16,433,333 |
| 2034 \| 5 | | | | | | | | | | 566,667 | 1,133,333 | | | | | | 1,700,000 | 18,133,333 |
| 2035 \| 6 | | | | | | | | | | | 566,667 | 1,133,333 | | | | | 1,700,000 | 19,833,333 |
| 2036 \| 7 | | | | | | | | | | | | 566,667 | 1,133,333 | | | | 1,700,000 | 21,533,333 |
| 2037 \| 8 | | | | | | | | | | | | | 566,667 | 1,133,333 | | | 1,700,000 | 23,233,333 |
| 2038 \| 9 | | | | | | | | | | | | | | 566,667 | 1,133,333 | | 1,700,000 | 24,933,333 |
| 2039 \| 0 | | | | | | | | | | | | | | | 136,000 | | 136,000 | 25,069,333 |
| Total | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,269,333 | - | 25,069,333 | **To Sch 2.1** |

Note A:   Annual grant of $1,700,000 based upon Ms. Piazza's "intended" 2024 equity grant per her annual compensation statement:  2023 Total Compensation Award | GOOG-ROWE-00083097 - 8:

To increase the predictability of your future earnings, we set an intended amount of 1,700,000 USD. We intend to make this award in March 2024 and it will vest in 12 monthly installments from March 2025 through February 2026.
See Exhibit 2.0.

| Year 1 \| 2: | $ 1,133,333 |
|---|---|
| Year 2 \| 3: | 566,667 |
| Total | $ 1,700,000 |



| Date | Action | Title | Salary | % Change | Bonus $ | Bonus % | Hire Bonus | 401(k) | Equity \| No. Shares | *Imputed Share Price* | Equity \| $ | Value of Shares When Issued | Equity Type | Total Compensation | Comment | Bates: GOOG-ROWE-000: | Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/13/2017 | Hire | Technical Director, Office of the CTO, Google Cloud Platform | 290,000 | | | 30% | 250,000 | 10% EE contribution | 2,200 | *833.33* | 1,833,333 | | RSUs (GSUs) | 2,923,333 | Your GSUs will first vest 25% on the 25th day of the month following your one year anniversary of hire. Thereafter your GSUs will vest 1/48th monthly on the 25th of the month until fully vested. | 17920 | Note A |
| 3/13/2017 | Hire | | | | | | | | 660 | *833.33* | 550,000 | | RSUs (GSUs) | | 1/9th of GSUs shall vest on the 25th day of the month 1 month after the Vesting Start Date and an additional 1/9th will vest monthly on the 25th day of the month thereafter until the units are fully vested, subject to continued employment on such vesting dates | 17920 | Note A, Ex 5.0 |
| 1/3/2018 | 2018 Total Compensation Award | | | | | | | | | | | | | 471,000 | | 17985 | Note B |
| 1/3/2018 | Equity Refresh Grant | | | | | | | | 57 | 1,082.47 | 60,000 | 61,701 | RSUs (GSUs) | | The resulting number of GSUs will be calculated based on the closing stock price from the day before the grant date, and the vesting frequency will depend on the number of GSUs, as specified in go/equity. As illustrated below, roughly a fourth of the intended value of this grant will vest each year until fully vested. | 17984 | |
| 1/1/2018 | Salary Increase | | 295,000 | 1.72% | | | | | | | | | | | | 17984 | |
| 1/19/2018 | 2017 Bonus (% Based on 2017 Earnings) | | | | 116,000 | 49.40% | | | | | | | | | | 17984 | |
| 1/2/2019 | 2019 Total Compensation Award | | | | | | | | | | | | | 753,000 | | 17959 | Note C |
| 1/2/2019 | Equity Refresh Grant | | | | | | | | 308 | 1,045.85 | 318,000 | 322,121 | RSUs (GSUs) | | The resulting number of GSUs will be calculated based on the closing stock price from the day before the grant date, and the vesting frequency will depend on the number of GSUs, as specified in go/equity. As illustrated below, roughly a fourth of the intended value of this grant will vest each year until fully vested. | 17958 | |
| 1/1/2019 | Salary Increase | | 310,000 | 5.08% | | | | | | | | | | | | 17958 | |
| 1/18/2019 | 2018 Bonus | | | | 125,000 | 42% | | | | | | | | | | 17958 | |
| 1/1/2020 | 2020 Total Compensation Award | | | | | | | | | | | | | 767,000 | | 53771 | Note D |
| 1/8/2020 | Equity Refresh Grant | | | | | | | | 229 | 1,404.32 | 318,000 | 321,589 | RSUs (GSUs) | | The resulting number of GSUs will be calculated based on the closing stock price from the day before the grant date, and the vesting frequency will depend on the number of GSUs, as specified in go/equity. As illustrated below, roughly a fourth of the intended value of this grant will vest each year until fully vested. | 53770 | |
| 1/1/2020 | Salary Increase | | 324,000 | 4.52% | | | | | | | | | | | | 53770 | |
| 1/17/2020 | 2019 Bonus | | | | 125,000 | 40.3% | | | | | | | | | | 53770 | |
| 1/1/2021 | 2021 Total Compensation Award | | | | | | | | | | | | | 886,000 | | P001701 | Note E |
| 1/6/2021 | Equity Refresh Grant (2 Grants: $331,000 and $100,000) | | | | | | | | 244 | 1,772.28 | 431,000 | 432,436 | RSUs (GSUs) | | The resulting number of GSUs will be calculated based on the closing stock price from the day before the grant date, and the vesting frequency will depend on the number of GSUs, as specified in go/equity. As illustrated below, roughly a fourth of the intended value of this grant will vest each year until fully vested. | P001699; P001700 | |
| 1/1/2021 | Salary Increase | | 333,000 | 2.78% | | | | | | | | | | | | P001700 | |



| Date | Action | Title | Salary | % Change | Bonus $ | Bonus % | Hire Bonus | 401(k) | Equity \| No. Shares | Imputed Share Price | Equity \| $ | Value of Shares When Issued | Equity Type | Total Compensation | Comment | Bates: GOOG-ROWE-000: | Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/15/2021 | 2020 Bonus | | | | 122,000 | 37.7% | | | | | | | | | | P001700 | |
| 1/1/2022 | 2022 Total Compensation Award | | | | | | | | | | | | | 870,000 | | 00083067 - 8 | Notes F, G |
| 1/5/2022 | Equity Refresh Grant | | | | | | | | | | 400,000 | | RSUs (GSUs) | | The resulting number of GSUs will be calculated based on the closing stock price from the day before the grant date, and the vesting frequency will depend on the number of GSUs, as specified in go/equity. As illustrated below, roughly a fourth of the intended value of this grant will vest each year until fully vested. | | |
| 1/1/2022 | Salary Increase | | 345,000 | 3.60% | | | | | | | | | | | | | |
| 1/14/2022 | 2021 Bonus | | | | 125,000 | 37.5% | | | | | | | | | | | |
| 1/1/2022 | 2022 Advance Company Bonus Payment | | | | 83,000 | | | | | | | | | | You will receive an advance company bonus payment of 83,000 USD, This is based on 80%  of your on-target 2022 bonus eligible salary. | 83069 | Note H |
| 3/1/2023 | 2023 Base Salary | | 345,000 | 0.00% | | | | | | | | | | | Your annual base salary is 345,000 USD with a bonus target of 30%, as of March 1, 2023. | 00083070-1 | |
| | | | | | 129,000 | 37.4% | | | | | | | | | Your bonus payment is 129,000 USD, based on your performance and bonus--eligible salary over the earning period. Paid out in 2 installments: As illustrated below, 83,000 USD was paid In advance in ,January 2023. On March 10, 2023, you will receive the remaining balance amount of 46,000 USD.  2022 Target:  30%  2022 Actual: 37.4% | | |
| 3/8/2023 | Equity Refresh Grant | | | | | | | | | | 466,667 | | RSUs (GSUs) | | For this year only, the intended value is 1/6th larger than the equity refresh planned during the cycle. The resulting number of GSUs will be based on the average closing price of GOOG in the calendar month before the grant date, and the vesting frequency will depend on the number of GSUs, as specified in go/equity. As illustrated below, the transition year grant will vest over four years; from March 2023 through February 1, 2027 until fully | | |
| | 2023 Total Compensation Award | | | | | | | | | | | | | 940,667 | | | |



Exhibit 3.1

Ulku Rowe v. Google, LLC
Date of Loss | Date of Hire:  March 13, 2017
**Ulku Rowe | Annual Equity Grants**

| Vest Date | Grant Date 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | Total | Cumulative Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 \| 4 | $ 66,667 | | | | | | | | | | | | | | | | $ 66,667 | $ 66,667 |
| 2024 \| 5 | 100,000 | 66,667 | | | | | | | | | | | | | | | 166,667 | 233,334 |
| 2025 \| 6 | 100,000 | 100,000 | 66,667 | | | | | | | | | | | | | | 266,667 | 500,000 |
| 2026 \| 7 | 100,000 | 100,000 | 100,000 | 66,667 | | | | | | | | | | | | | 366,667 | 866,667 |
| 2027 \| 8 | 33,333 | 100,000 | 100,000 | 100,000 | 66,667 | | | | | | | | | | | | 400,000 | 1,266,668 |
| 2028 \| 9 | | 33,333 | 100,000 | 100,000 | 100,000 | 66,667 | | | | | | | | | | | 400,000 | 1,666,668 |
| 2029 \| 0 | | | 33,333 | 100,000 | 100,000 | 100,000 | 66,667 | | | | | | | | | | 400,000 | 2,066,668 |
| 2030 \| 1 | | | | 33,333 | 100,000 | 100,000 | 100,000 | 66,667 | | | | | | | | | 400,000 | 2,466,668 |
| 2031 \| 2 | | | | | 33,333 | 100,000 | 100,000 | 100,000 | 66,667 | | | | | | | | 400,000 | 2,866,669 |
| 2032 \| 3 | | | | | | 33,333 | 100,000 | 100,000 | 100,000 | 66,667 | | | | | | | 400,000 | 3,266,669 |
| 2033 \| 4 | | | | | | | 33,333 | 100,000 | 100,000 | 100,000 | 66,667 | | | | | | 400,000 | 3,666,669 |
| 2034 \| 5 | | | | | | | | 33,333 | 100,000 | 100,000 | 100,000 | 66,667 | | | | | 400,000 | 4,066,670 |
| 2035 \| 6 | | | | | | | | | 33,333 | 100,000 | 100,000 | 100,000 | 66,667 | | | | 400,000 | 4,466,670 |
| 2036 \| 7 | | | | | | | | | | 33,333 | 100,000 | 100,000 | 100,000 | 66,667 | | | 400,000 | 4,866,670 |
| 2037 \| 8 | | | | | | | | | | | 33,333 | 100,000 | 100,000 | 100,000 | 66,667 | | 400,000 | 5,266,670 |
| 2038 \| 9 | | | | | | | | | | | | 33,333 | 100,000 | 100,000 | 100,000 | 66,667 | 400,000 | 5,666,671 |
| 2039 \| 0 | | | | | | | | | | | | | 8,000 | 8,000 | 8,000 | 8,000 | 32,000 | 5,698,671 |
| Total | 400,000 | 400,000 | 400,000 | 400,000 | 400,000 | 400,000 | 400,000 | 400,000 | 400,000 | 400,000 | 400,000 | 400,000 | 374,667 | 274,667 | 174,667 | 74,667 | 5,698,671 | To Sch 3.1 |

Note A:   Annual grant of $400,000 based upon Ms. Rowe's projected 2024 equity grant per her annual compensation statement: 2023 Total Compensation Award | GOOG-ROWE-00083070-1:

For this year only, the intended value is 1/6th larger than the equity refresh planned during the cycle. The resulting number of GSUs will be based on the average closing price of GOOG in the calendar month before the grant date, and the vesting frequency will depend on the number of GSUs, as specified in go/equity. As illustrated below, the transition year grant will vest over four years; from March 2023 through February 1, 2027 until fully vested.

| | |
|---|---|
| 2023 Grant Value: | 466,667 |
| 2024 Grant Value: | 400,000 |
| Year 1 \| 2: | $ 66,667 |
| Year 2 \| 3: | 100,000 |
| Year 3 \| 4: | 100,000 |
| Year 4 \| 5: | 100,000 |
| Year 5 \| 5: | 33,333 |
| Total | $ 400,000 |

