UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ULKU ROWE,<br><br>            Plaintiff,<br>    -against-<br><br>GOOGLE LLC,<br><br>            Defendant. | No. 1:19-cv-08655 (JHR)<br><br>**DEFENDANT GOOGLE LLC'S NOTICE OF MOTION FOR RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW**<br><br>Oral Argument Requested |

Pursuant to Federal Rule of Civil Procedure 50(b), Defendant Google LLC ("Google") by and through its undersigned counsel, hereby moves this Court for an Order granting Google's Renewed Motion for Judgment as a Matter of Law (the "Motion") for the reasons identified in the accompanying Memorandum of Law in Support of Its Motion and Exhibits, which are incorporated by reference therein.

WHEREFORE, Google respectfully requests that the Court grant Google's Motion and enter an Order under Federal Rule of Civil Procedure 50(b) on all claims in the Second Amended Complaint.

Dated: New York, New York
       November 22, 2023

PAUL HASTINGS LLP

_/s/ Kenneth W. Gage_
Kenneth W. Gage
Sara B. Tomezsko
Kaveh Dabashi
200 Park Avenue
New York, NY 10166
(212) 318-6000

*Counsel for Defendant Google LLC*

1