**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UKLU ROWE,<br><br>　　　　　　Plaintiff,<br><br>　-against-<br><br>GOOGLE LLC,<br><br>　　　　　　Defendant. | No. 1:19-cv-08655 (JHR) |

**[PROPOSED] ORDER GRANTING DEFENDANT'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW**

AND NOW, this _____ day of _____, 2023, upon consideration of Defendant Google LLC's Renewed Motion for Judgment as a Matter of Law, Memorandum in Support and accompanying exhibits, and any opposition and reply thereto, IT IS HEREBY ORDERED that:

　　1.　Defendant Google LLC's Renewed Motion for Judgment as a Matter of Law is GRANTED; and

　　2.　Plaintiff's Second Amended Complaint is DISMISSED in its entirety with prejudice.

IT IS SO ORDERED

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Jennifer H. Rearden
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge