UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UKLU ROWE,<br><br>             Plaintiff,<br>-against-<br><br>GOOGLE LLC,<br>             Defendant. | No. 1:19-cv-08655 (JHR)<br><br>**DEFENDANT GOOGLE LLC'S NOTICE OF MOTION FOR REMITTITUR OF PUNITIVE DAMAGES**<br><br>Oral Argument Requested |

Pursuant to Federal Rule of Civil Procedure 59(e), Defendant Google LLC ("Google") by and through its undersigned counsel, hereby moves this Court for an Order granting Google's Motion for Remittitur of Punitive Damages (the "Motion") for the reasons identified in the accompanying Memorandum of Law in Support of Its Motion and Exhibits, which are incorporated by reference therein.

WHEREFORE, Google respectfully requests that the Court grant Google's Motion and enter an Order vacating the punitive damages award or remit the award to, at most, a 2:1 ratio to compensatory damages.

Dated: New York, New York
       November 22, 2023

PAUL HASTINGS LLP

*[signature]*

Kenneth W. Gage
Sara B. Tomezsko
Kaveh Dabashi
200 Park Avenue
New York, NY 10166
(212) 318-6000

*Counsel for Defendant Google LLC*

1