UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ULKU ROWE,<br><br>                        Plaintiff,<br>   -against-<br><br>GOOGLE LLC,<br><br>                        Defendant. | No. 1:19-cv-08655 (JHR) |

## [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR REMITTITUR OF PUNITIVE DAMAGES

AND NOW, this _____ day of _____, 2023, upon consideration of Defendant Google LLC's Motion for Remittitur of Punitive Damages, Memorandum in Support and accompanying exhibits, and any opposition and reply thereto, IT IS HEREBY ORDERED that:

    1.    Defendant Google LLC's Motion for Remittitur of Punitive Damages is GRANTED; and

    2.    Plaintiff's punitive damages award is VACATED.

IT IS SO ORDERED

                                                                         Honorable Jennifer H. Rearden
                                                                         United States District Judge