# **EXHIBIT 3**

| Relevant Time | Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|---|
| 0.7 | 05/25/2023 | Vincent Yang | VXY | 2.1 | $325.00 | $682.50 | Prepare witness spreadsheet; prepare subpoenas for witnesses N. Harteau and S. Breslow and perform address search. |
| 0.1 | 06/15/2023 | Shira Gelfand | SZG | 3.5 | $425.00 | $1,487.50 | Trial tech meeting (1.3); meeting with CEG (.2); attention to Kevin Lucas exhibits and depo designations (1.1); meeting with RR re paralegal staffing (.2); correspondence with counsel (.1); correspondence with Harteau attorney re service of process (.1); attention to exhibit lists and excel formatting (.3); correspondence with expert (.2). |
| 0.5 | 06/26/2023 | Vincent Yang | VXY | 0.5 | $325.00 | $162.50 | Request witness N. Harteau witness fee check from accounting; confirm approval from attorney re same |
| 1.5 | 06/26/2023 | Vincent Yang | VXY | 1.5 | $325.00 | $487.50 | Draft waiver of service of subpoena and finalize subpoena re witness N. Harteau |
| 0.4 | 06/27/2023 | Vincent Yang | VXY | 0.4 | $325.00 | $130.00 | Prepare FedEx shipment to N. Harteau attorney re subpoena. |
| 0.1 | 06/29/2023 | Gregory S. Chiarello | GSC | 3.8 | $800.00 | $3,040.00 | Draft Rowe direct examination outline and cross-examination prep, review exhibits and deposition re same (3.5); review Harteau subpoena (.1); correspondence with lit ops (.2). |
| 0.2 | 06/30/2023 | Shira Gelfand | SZG | 3.2 | $425.00 | $1,360.00 | Continue drafting chart of qualifications for demonstrative and review of documents re same (1.3); review of plaintiff's exhibit list and objections re MIL documents (1.6); correspondence with chambers re tech walk through (.1); attention to subpoena for Nic Harteau (.2). |
| 0.2 | 06/30/2023 | Vincent Yang | VXY | 0.2 | $325.00 | $65.00 | Make edits to N. Harteau subpoena. |
| 0.2 | 06/30/2023 | Vincent Yang | VXY | 0.2 | $325.00 | $65.00 | Serve subpoena to N. Harteau attorney via email. |
| 3 | 08/24/2023 | Shira Gelfand | SZG | 3.2 | $425.00 | $1,360.00 | Begin drafting Harteau witness outline (3); correspondence with client re STD leave (.2) |
| 1.5 | 08/25/2023 | Shira Gelfand | SZG | 5.3 | $425.00 | $2,252.50 | Continue drafting Harteau outline and send to team (1.5); begin preparing for joint pre-trial conference by reviewing exhibits and objections, research re hearsay exceptions (3.8). |
| 0.3 | 09/18/2023 | Cara E. Greene | CEG | 4.8 | $950.00 | $4,560.00 | Team planning meeting (1.7); prep re Penberthy and Stiekes examination (1.3); work on opening statement (.7); correspondence re expert and Harteau testimony scheduling and preparation (.3); review Grannis deposition and ER notes (.4); conference with SZG re JPTC prep and court courtesy copies (.4). |
| 0.1 | 09/21/2023 | Vincent Yang | VXY | 0.1 | $325.00 | $32.50 | Update N. Harteau subpoena. |
| 2.2 | 09/23/2023 | Shira Gelfand | SZG | 2.2 | $425.00 | $935.00 | Prep questions for Harteau meeting and edit direct examination outline |
| 0.1 | 09/25/2023 | Abigail L. Robinson | ALR | 0.1 | $325.00 | $32.50 | Work on edits to the Harteau subpoena. |
| 0.5 | 09/25/2023 | Abigail L. Robinson | ALR | 0.5 | $325.00 | $162.50 | Finalize and email Harteau subpoena to Counsel. |
| 0.4 | 09/25/2023 | Gregory S. Chiarello | GSC | 13.7 | $800.00 | $10,960.00 | Prep meeting with client, CEG (3.5); team meetings (1.1); revise Rowe direct outline (3.6); review N. Harteau outline and questions (.4); conferences with SZG (.7); team meeting re Ct Order limiting trial time (4.4). |
| 4.2 | 09/25/2023 | Shira Gelfand | SZG | 9.8 | $425.00 | $4,165.00 | Prepare agenda and attend team meetings (2.2); meeting with AR re L8 comparison project (.2); draft letter to court re trial logisitics and stipulations (1.2); attention to Harteau meeting prep and correspondence with GSC re same (4.2); review court order and team meeting re new trial order (.6); call with N. Ostrofe re trial testimony (.2); review court order re Florissi and correspondence with team re same (1.4). |
| 2.1 | 09/26/2023 | Gregory S. Chiarello | GSC | 9.5 | $800.00 | $7,600.00 | Meeting with N. Harteau, SZG (2.1); preparation for same (.3); revise opening statement (2.7); team meeting (3.2); revise Rowe direct outline (1.2). |
| 2.7 | 09/26/2023 | Shira Gelfand | SZG | 7.9 | $425.00 | $3,357.50 | Prep for and attend meeting with N. Harteau (2.7); team meeting with CEG and GSC (2.5); Prepare documents and communications for Florissi deposition (2.2); attention to deposition notice and review electronic device request (.3); review LMG research (.2). |
| 2.7 | 09/28/2023 | Shira Gelfand | SZG | 8.6 | $425.00 | $3,665.00 | Correspondence re letter to court (.3); edit and supplement letter to court (2.2); meet with GSC re same (.7); full team meeting (.8); attention to designations (.9); edit Harteau outline (2.7); prepare list of issues to be researched (.8); correspondence with jury consultant (.2). |

| Relevant Time | Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|---|
| 0.3 | 09/29/2023 | Gregory S. Chiarello | GSC | 9.4 | $800.00 | $7,520.00 | Draft Tessier outline (.4); draft Beaupain outline (.7); draft Breslow outline (4.2); review Harteau outline (.3); conference with SZG re Harteau outline (.7); review Rowe direct exhibits (1.2); conferences with CEG (.6); opening statement (1.3). |
| 3.3 | 09/29/2023 | Shira Gelfand | SZG | 7.3 | $425.00 | $3,102.50 | Attention to reviewing deposition designations and adding objections for Burdis, Eryurek, Wilson, Vardaman transcripts (1.8); correspondence with counsel re JPTO and depo transcripts (.2); review Google's letter to the court re Grannis and Shaukat and correspond re same (.4); correspondence with jury consultant and review initial analysis (.5); call with GSC re Harteau outline and edit re same (3.3); call with CEG re objections (.2); call with AXR re plan for filing and outstanding tasks (.2); attention to deposition logistics for Florissi deposition (.2); review edits to appendix a (list of plf exhibits) (.1);. |
| 0.9 | 10/01/2023 | Gregory S. Chiarello | GSC | 10.2 | $800.00 | $8,160.00 | Team meeting with David Perrott (1.0); edit Harteau outline (.9); conferences with CEG re opening, witnesses (1.1); edit opening statement (4.4); opening run through with CEG and feedback session (2.2); telephone call with CEG, K. Gage re visual aids (.1); draft letter to Court re Grannis/Shaukat availability (.5). |
| 1.1 | 10/03/2023 | Gregory S. Chiarello | GSC | 7.9 | $800.00 | $6,320.00 | Conference with SZG re letter to Court (.1); edit opening statement (2.5); meeting with CEG re expected Harteau testimony (1.0); meeting with CEG to discuss witness priority for exhibits (2.4); video conference with SZG, N. Harteau (1.1); meeting with CEG re trial preparation (.8). |
| 1.8 | 01/03/2023 | Shira Gelfand | SZG | 8.5 | $425.00 | $3,612.50 | Call with Paul Hastings re deposition videos and correspondence with team (.5); team meeting (.3); Review Florissi transcript and prepare letter to court to exclude testimony (5.3);  prepare for and attend meeting with Harteau and attorney (1.8); edit examination outline and review meeting notes (.6);. |
| 0.8 | 01/06/2023 | Shira Gelfand | SZG | 9.4 | $425.00 | $3,995.00 | Continue drafting Harteau outline and review GSC notes from meeting (.8); Rowe mock opening and debrief (1.1); meetings with CEG and GSC (1.2); attention to finalizing and filing JPTO and Florissi letter (3.7); attention to Burdis video and exhibits (.2); team meeting and follow up correspondence re courtesy copies to court and other open items (1.6); begin drafting letter to court re Vardaman appearance (.8). |
| 0.2 | 10/06/2023 | Vincent Yang | VXY | 0.2 | $325.00 | $65.00 | Prepare witness N. Harteau amended subpoena. |
| 1.4* | 10/08/2023 | Shira Gelfand | SZG | 5.5 | $425.00 | $2,337.50 | Correspondence with team; review of client documents; continue drafting Harteau outline; draft evidentiary issues by day;. |
| 1.3 | 10/16/2023 | Gregory S. Chiarello | GSC | 11.6 | $800.00 | $9,280.00 | Beaupain examination outline (1.8); revise Harteau examination outline (1.3); team meetings (2.1); meet & confer call with Google re remaining document objections (.8); preparation for same (.7); conferences with CEG (1.2); Lawrence cross examination outline (1.5); draft, edit letters to court (1.5); draft Tessier examination outline (.7). |
| 0.6 | 10/17/2023 | Gregory S. Chiarello | GSC | 12.3 | $800.00 | $9,840.00 | Conference with CEG re week two of trial (1.5); finalize Harteau, Beaupain, Tessier outlines with CEG (1.9); review and edit Grannis, Ostrofe examination outlines (2.7); various work related to closing argument (6.2). |
| Total | 34 | | | | | | |