# EXHIBIT 6

| Relevant Time | Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|---|
| 5.3 | 04/18/2020 | Shira Gelfand | SZG | 5.9 | $425.00 | $2,507.50 | Correspondence with MSJ (.6); begin drafting letter to court, conduct research re same (5.3) |
| 2.7 | 04/19/2020 | Shira Gelfand | SZG | 4.1 | $425.00 | $1,742.50 | Continue drafting letter to judge, conduct research re same (2.7); review MSJ outline and agenda for meet and confer, add additional information (1.4). |
| 0.8 | 04/20/2020 | Maya S. Jumper | MSJ | 0.8 | $475.00 | $380.00 | Review correspondence from NXF and review samples regarding comparator discovery |
| 2.3 | 04/20/2020 | Shira Gelfand | SZG | 7.6 | $425.00 | $3,230.00 | Case management meeting w CEG and MSJ (.6); research and preparation for meet and confer (2.7); meet and confer (1.1); call with MSJ and CEG (.4); call with MSJ (.2); edit and supplement letter to court (2.3) email to client (.1); email w opposing counsel re modified schedule (.2). |
| 1.1 | 04/21/2020 | Brian D. Kouassi | BDK | 1.1 | $325.00 | $357.50 | Compile and draft exhibits for Letter Motion to the SDNY |
| 0.5 | 04/21/2020 | Brian D. Kouassi | BDK | 0.5 | $325.00 | $162.50 | Edit exhibits for upcoming letter to the court |
| 0.1 | 04/21/2020 | Brian D. Kouassi | BDK | 0.1 | $325.00 | $32.50 | Correspondence with SZG re exhibits and fix issues. |
| 2.4 | 04/21/2020 | Cara E. Greene | CEG | 2.7 | $950.00 | $2,565.00 | Edit and revise pre-motion letter to court (1.9); telephone call with client re pre-motion letter (.5); review schedule and correspondence re same (.3). |
| 2.3 | 04/21/2020 | Maya S. Jumper | MSJ | 2.3 | $475.00 | $1,092.50 | Conduct legal research and revise letter motion regarding discovery |
| 1.7 | 04/21/2020 | Maya S. Jumper | MSJ | 1.7 | $475.00 | $807.50 | Revise and edit letter and circulate to CEG for final review |
| 2.1 | 04/21/2020 | Shira Gelfand | SZG | 5.6 | $425.00 | $2,380.00 | Email with client (.2); edit and supplement letter (.7); meeting with client (.4); correspondence with BXK (.3); review exhibits, make edits (.8); cite check and review letter (1.3); correspondence with CEG and MSJ (.6); correspondence with o/c (.3) finalize filing and send to paralegal (.8); review filing (.3). |
| 3.5 | 05/13/2020 | Shira Gelfand | SZG | 3.9 | $425.00 | $1,657.50 | Correspondence with BXK re new production (.2); Review letters and filing and prep for discovery conference (1.7); Cite check, finalize editing response letter, send to BXK for ECF (1.8); Correspondence with MSJ and CEG re outstanding tasks (.2). |
| 2.7 | 05/14/2020 | Cara E. Greene | CEG | 3.1 | $950.00 | $2,945.00 | Prepare for court discovery conference (2.0); telephone call with SZG, MSJ re same (.2); court conference (.7); telephone call with SZG, MSJ post-conference (.2). |
| 1.8 | 05/14/2020 | Maya S. Jumper | MSJ | 1.8 | $475.00 | $855.00 | Attend discovery conference. |
| 1.2 | 05/14/2020 | Maya S. Jumper | MSJ | 1.2 | $475.00 | $570.00 | Prepare for discovery conference. |
| 0.3 | 05/14/2020 | Maya S. Jumper | MSJ | 0.3 | $475.00 | $142.50 | Revise annotated discovery letter. |
| 2.6 | 05/15/2020 | Shira Gelfand | SZG | 4.5 | $425.00 | $1,912.50 | Correspondence with opposing counsel re production (.3) Prep for discovery conference w. Judge Schofield (1.8); attend discovery conference (.8); case management meeting with CEG and MSJ (.2); Call with MSJ (.2); Draft email to client (.6); review order from judge (.2); Correspondence with opposing counsel re ESI (.2); Correspondence with paralegals re ordering transcript from hearing (.2). |
| 0.6 | 05/22/2020 | Shira Gelfand | SZG | 6.9 | $425.00 | $2,932.50 | Review correspondence with opposing counsel (.4); Draft response to Paul Hastings, review documents re L10 roles (.6); Call with MSJ and CEG (.2); Prep for meet and confer (1.4); meet and confer (1.1); Call with MSJ (.6); Call with MSJ and CEG re m/c (.2); edit and supplement search terms, draft letter to Google re search terms (2.3). |
| 0.3 | 05/28/2020 | Maya S. Jumper | MSJ | 0.3 | $475.00 | $142.50 | Review correspondence from opposing counsel regarding comparator list |
| 0.1 | 05/28/2020 | Maya S. Jumper | MSJ | 0.1 | $475.00 | $47.50 | Draft correspondence to opposing counsel regarding comparator list |
| 0.1 | 05/28/2020 | Maya S. Jumper | MSJ | 0.1 | $475.00 | $47.50 | Draft correspondence to CEG regarding outreach to client regarding comparators |
| 0.6 | 05/28/2020 | Shira Gelfand | SZG | 8.3 | $425.00 | $3,527.50 | Prepare agenda for team meeting (.4); Case management meeting (.3); Draft comparator section of joint letter (1.3); Draft redaction log section of letter, conduct research re same (1.1); Correspondence with DXS re redaction caselaw (.2); Draft and edit case mgmt plan, update to clean version (.9) Correspondence with opposing counsel (.4); Review Google docs re L8-9 employees (.6); Correspondence with counsel, CEG, and MSJ re case management plan, edit and supplement joint letter, prepare for ECF filing (3.1). |
| 0.3 | 06/05/2020 | Maya S. Jumper | MSJ | 0.3 | $475.00 | $142.50 | Review Google's comparator L8-L9 snapshot. |
| 0.7 | 06/05/2020 | Shira Gelfand | SZG | 1.8 | $425.00 | $765.00 | Call with MSJ (.2); Call with opposing counsel (.5); Review correspondence from MSJ re call (.4); Correspondence with opposing counsel re L8-9 positions and review (.7). |

| Relevant Time | Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|---|
| 0.8 | 06/12/2020 | Shira Gelfand | SZG | 1.6 | $425.00 | $680.00 | Correspondence with opposing counsel (.4); Review L10 comparator document and compare to documents in Nuix (.8); Correspondence with MSJ (.2); Correspondence with client (.2). |
| 3.3 | 06/15/2020 | Shira Gelfand | SZG | 6.2 | $425.00 | $2,635.00 | Prepare agenda for team meeting (.3); Correspondence with MSJ (.2); Draft letter to opposing counsel, review court order and documents re same (1.3); case management meeting (.5); Prepare documents for 30(b)(6) topics 1-2 (3.3); correspondence with client (.2); Correspondence with opposing counsel (.4). |
| 1.2 | 06/16/2020 | Shira Gelfand | SZG | 5.3 | $425.00 | $2,252.50 | Prepare for client call (.2); Client call (.2); Call with MSJ (.1); Edit and supplement 30(b)(6) deposition notice (.8); Prepare draft letter to opposing counsel (.7); Review documents for gHire info (1.2); Correspondence with client (.3); attention to MSJ edits, edit response to o/c (.6); Review docs for 30(b)(6) deposition (1.2). |
| 0.3 | 06/17/2020 | Maya S. Jumper | MSJ | 0.3 | $475.00 | $142.50 | Review and revise draft correspondence to opposing counsel regarding comparators |
| 0.6 | 06/18/2020 | Maya S. Jumper | MSJ | 0.6 | $475.00 | $285.00 | Review and draft correspondence to client regarding comparator titles and additional discovery |
| 0.4 | 06/23/2020 | Shira Gelfand | SZG | 4.1 | $425.00 | $1,742.50 | Call with client (.5); Edit and supplement letter to counsel, send to CEG (.4); Finalize 30(b)(6) chart and documents, send to CEG and MSJ (2.3); Review court order, draft email to client re same (.5); Correspondence with opposing counsel re job titles, review client emails re same(.4). |
| 0.4 | 06/24/2020 | Maya S. Jumper | MSJ | 0.4 | $475.00 | $190.00 | Draft correspondence to opposing counsel regarding production of job descriptions |
| 1.61* | 07/22/2020 | Shira Gelfand | SZG | 2.6 | $425.00 | $1,105.00 | Prepare depo outline for Kevin Lucas, review of documents re same (2.3); Call with MSJ re 30(b)(6) prep (.3) |
| 0.49* | 08/04/2020 | Shira Gelfand | SZG | 4.4 | $425.00 | $1,870.00 | Prep for client meeting (.3); Client meeting (.6); Continue drafting Kevin Lucas outline (.7); correspondence with opposing counsel re deposition logistics (.3); correspondence with MSJ and DXS re Google document spreadsheet (.3); begin document review (2.2). |
| 0.3 | 08/07/2020 | Maya S. Jumper | MSJ | 0.3 | $475.00 | $142.50 | Conference with SZG regarding letter motion. |
| 0.8 | 08/07/2020 | Maya S. Jumper | MSJ | 0.8 | $475.00 | $380.00 | Review draft letter motion. |
| 3.3 | 08/07/2020 | Shira Gelfand | SZG | 4.1 | $425.00 | $1,742.50 | Call with CEG (.1); Correspondence with opposing counsel (.2); Correspondence with US Legal re deposition swearing in (.2); Continue drafting letter to court, conduct legal research re same (3.3); edit deposition notices (.3). |
| 2.1 | 08/08/2020 | Maya S. Jumper | MSJ | 2.1 | $475.00 | $997.50 | Conduct legal research and revise letter to court regarding ESI/comparator evidence |
| 4.3 | 08/08/2020 | Shira Gelfand | SZG | 4.3 | $425.00 | $1,827.50 | Review of documents for 30(b)(6) equal pay prep and correspondence with CEG and MSJ re same |
| 5 | 08/10/2020 | Brian D. Kouassi | BDK | 5.0 | $325.00 | $1,625.00 | Collect data on positions, titles, and names of Google Level 8 and Level 9 employees for upcoming Depositions |
| 0.8 | 08/10/2020 | Maya S. Jumper | MSJ | 0.8 | $475.00 | $380.00 | Conduct legal research to supplement letter to court. |
| 2.3 | 08/10/2020 | Shira Gelfand | SZG | 6.9 | $425.00 | $2,932.50 | Attention to review of binders and adding relevant policy documents (1.2); Prepare meeting agenda (.4); Team meeting (.5); Edit and supplement chart of L8-9 employees with gender breakdown (1.3); Correspondence with BXK (.4); call with MSJ (.2); Edit and supplement motion letter, correspondence with DXS re same (2.3); correspondence with opposing counsel (.2); Correspondence with client and discussion of documents (.4). |
| 4.8 | 08/11/2020 | Brian D. Kouassi | BDK | 4.8 | $325.00 | $1,560.00 | Collect data on positions, titles, and names of Google Level 8 and Level 9 employees for upcoming Depositions |
| 0.1 | 08/11/2020 | Brian D. Kouassi | BDK | 0.1 | $325.00 | $32.50 | Correspondence with SZG re Level 8 and Level 9 employees. |
| 0.8 | 08/11/2020 | Shira Gelfand | SZG | 6.5 | $425.00 | $2,762.50 | Prepare for client call (.4); Call with client (.5); call with CEG and MSJ (.3); Call with BXK and correspondence re L8-L9 positions and binder (.8); Call with CEG (.1); Call with MSJ (.2); Correspondence with counsel (.2); Review of hit report and search terms (.6); attention to binders and review of documents in office, (3.2); Correspondence with ringtail admins re pulling excel files into Y drive (.2). |

| Relevant Time | Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|---|
| 0.1 | 08/12/2020 | Brian D. Kouassi | BDK | 0.1 | $325.00 | $32.50 | Correspondence with SZG re edits to sheet re L8 and L9 employees. |
| 0.1 | 08/12/2020 | Brian D. Kouassi | BDK | 0.1 | $325.00 | $32.50 | Correspondence with SZG re full list of 2017 L8 and L9 employees |
| 3.3 | 08/12/2020 | Brian D. Kouassi | BDK | 3.3 | $325.00 | $1,072.50 | Collect data on positions, titles, and names of Google Level 8 and Level 9 employees for upcoming Depositions |
| 3.7 | 08/12/2020 | Shira Gelfand | SZG | 6.1 | $425.00 | $2,592.50 | Edit and supplement letter to court, prepare exhibits (3.7); Correspondence with opposing counsel (.2); Call with MSJ (.3); Begin drafting interrogatories (1.9);. |
| 3.8 | 08/13/2020 | Brian D. Kouassi | BDK | 3.8 | $325.00 | $1,235.00 | Collect data on positions, titles, and names of Google Level 8 and Level 9 employees for upcoming Depositions |
| 0.1 | 08/13/2020 | Brian D. Kouassi | BDK | 0.1 | $325.00 | $32.50 | Correspondence with SZG re data on positions, titles, and names of Google Level 8 and Level 9 employees for upcoming Depositions. |
| 0.1 | 08/13/2020 | Brian D. Kouassi | BDK | 0.1 | $325.00 | $32.50 | Correspondence with SZG re data on positions, titles, and names of Google Level 8 and Level 9 employees for upcoming Depositions. |
| 1.4 | 08/13/2020 | Brian D. Kouassi | BDK | 1.4 | $325.00 | $455.00 | Revise and insert SZG's edits on data of positions, titles, and names of Google Level 8 and Level 9 employees for upcoming Depositions. |
| 1.6 | 08/13/2020 | Shira Gelfand | SZG | 5.1 | $425.00 | $2,167.50 | Correspondence with opposing counsel (.2); Prepare agenda for team call (.4); case management meeting (.7); call with MSJ (.3); draft conflict waiver (.6); edit and supplement letter motion and exhibits (1.2) Edit and supplement ROGs (1.3); correspondence with BXK and review of gender breakdown of L8-9 (.4). |
| 1.6 | 08/14/2020 | Brian D. Kouassi | BDK | 1.6 | $325.00 | $520.00 | Revise and insert edits to data on positions, titles, and names of Google Level 8 and Level 9 employees for upcoming Depositions. |
| 0.1 | 08/14/2020 | Brian D. Kouassi | BDK | 0.1 | $325.00 | $32.50 | Correspondence with SZG re revise data of L8 and L9 employees. |
| 0.7 | 08/14/2020 | Shira Gelfand | SZG | 2.0 | $425.00 | $850.00 | Continue drafting interrogatories, send to CEG and MSJ (1.3); Review BXK updated gender breakdown (.6); correspondence with MSJ re letter motion (.1). |
| 0.5 | 08/18/2020 | Cara E. Greene | CEG | 0.5 | $950.00 | $475.00 | Review and edit letter to the court and correspondence re same |
| 1.5* | 08/19/2020 | Maya S. Jumper | MSJ | 2.2 | $475.00 | $1,045.00 | Draft 30b6 deposition outline. |
| 1.4 | 09/21/2020 | Shira Gelfand | SZG | 6.1 | $425.00 | $2,592.50 | Prepare agenda for team meeting (.6); Continue document review of new production (2.8); case management meeting (.6); Call with MSJ (.2); Correspondence with BXK re assignments (.3); Prepare Adam Lief documents (1.4); Correspondence with opposing counsel (.2). |
| 1.6 | 09/22/2020 | Brian D. Kouassi | BDK | 1.6 | $325.00 | $520.00 | Export job descriptions for upcoming deposition questioning |
| 4.5 | 09/22/2020 | Shira Gelfand | SZG | 6.2 | $425.00 | $2,635.00 | Prep for client call (.4); Call with client (.6); Prep and finalize Kevin Lucas and Adam Lief document review binders correspondence with BXK re same (3.3); Correspondence with MSJ and DXS re document issues (.3); correspondence with opposing counsel (.2); Correspondence with SiteLogistix (.2) Correspondence with CEG re documents and deposition (.1); Attention to job description data, prepare for Adam Lief deposition (1.2). |
| 1 | 09/23/2020 | Brian D. Kouassi | BDK | 1.0 | $325.00 | $325.00 | Export job descriptions for upcoming deposition questioning |
| 0.1 | 09/23/2020 | Brian D. Kouassi | BDK | 0.1 | $325.00 | $32.50 | Correspondence with SZG re depositions job descriptions |
| 2.6 | 09/23/2020 | Shira Gelfand | SZG | 3.9 | $425.00 | $1,657.50 | Correspondence with MSJ (.2); correspondence with BXK re assignment and binders (.3); Review and analysis of job description documents, correspondence with CEG and MSJ re same, prep for Adam Lief depo (2.6); Finalize Stuart Breslow and Tariq Shaukat objectives, send to MSJ (.8). |
| 1.5 | 09/28/2020 | Brian D. Kouassi | BDK | 1.5 | $325.00 | $487.50 | Pull and create exhibits of job descriptions from Adam Lief's |
| 0.3 | 09/28/2020 | Maya S. Jumper | MSJ | 0.3 | $475.00 | $142.50 | Review correspondence from client regarding depo prep and Oct 2 30b6 depo objectives |
| 0.6 | 09/28/2020 | Shira Gelfand | SZG | 0.9 | $425.00 | $382.50 | Correspondence with client re Adam Lief deposition information (.6); Paralegal correspondence re production to clien (.3). |

| Relevant Time | Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|---|
| 0.8 | 09/29/2020 | Shira Gelfand | SZG | 3.3 | $425.00 | $1,402.50 | Review of job description data files for deposition exhibit (.8); Correspondence with team (.4) correspondence with counsel (.3); Review filing from Judge Gorenstein (.2); Review BXK binder docs for CEG review (1.2); review proposed scheduling and filing (.4). |
| 2.9 | 09/30/2020 | Brian D. Kouassi | BDK | 2.9 | $325.00 | $942.50 | Pull and individualize the job title concerning Adam Lief |
| 2.3 | 09/30/2020 | Cara E. Greene | CEG | 5.3 | $950.00 | $5,035.00 | Review documents in advance of 30(b)(6) deposition and designate exhibits (2.3); deposition preparation meeting with client, SZG, MSJ (3.0). |
| 5.8 | 09/30/2020 | Shira Gelfand | SZG | 10.0 | $425.00 | $4,462.50 | Prepare Adam Lief documents and review, organize for deposition (2.4); Prepare Stuart Breslow documents for deposition (2.7); Attention to Breslow objectives for deposition (.7); Call with client and call with MSJ and CEG, review depo prep materials (2.7); Correspondence with opposing counsel (.4); Call with MSJ (.3); US Legal remote depo demo (.5); deposition coordination with US Legal (.4); Attention to Diane Greene subpoena (.4). |
| 5.4 | 10/01/2929 | Shira Gelfand | SZG | 8.1 | $425.00 | $3,442.50 | Coordination of exhibits and preparation for Adam Lief deposition (3.3); Reviewing documents, finalizing Stuart Breslow deposition documents, correspondence with BXK and vendor re binders (2.1); Correspondence with opposing counsel and draft response re AEO designation (.8); Correspondence with vendor and client re videography, review confidentiality agreement re sharing with client (.7); Review court filing re discovery schedule and calendar dates (.7); review edits to conflict waiver (.5). |
| 10.8 | 10/02/2020 | Cara E. Greene | CEG | 10.8 | $950.00 | $10,260.00 | Prepare outline for A. Lief deposition (3.9); take A. Lief deposition (6.9) |
| 7.7 | 10/02/2020 | Shira Gelfand | SZG | 10.3 | $425.00 | $4,377.50 | Preparation of exhibits and outline for deposition (1.7); Attention to bates stamp and production of client document (.8) Correspondence with client re Magnet system and ladder (.5); review client documents from Magnet system (.4); Deposition of Adam Lief (6.0); Prepare list of outstanding tasks for team (.7); Correspondence re subpoena of Diane Greene (.2). |
| 3.8* | 10/05/2020 | Shira Gelfand | SZG | 6.8 | $425.00 | $2,890.00 | Review agenda for team call (.3); Correspondence with MSJ and CEG (.2); correspondence with client (.1); Call with MSJ (.5); draft email to counsel, review of RFP's and responses to Interrogatories (.8); Review of Rough transcript from Adam Lief deposition, begin drafting Kevin Lucas deposition outline (2.3); Review documents in advance of Stuart Breslow deposition (2.2); Correspondence re Diane Green subpoena (.2); Attention to marked deposition exhibits and correspondence with US Legal re same (.3). |
| 0.3 | 10/12/2020 | Shira Gelfand | SZG | 7.1 | $425.00 | $3,017.50 | Review of documents, begin preparing documents for Will Grannis deposition (2.8); Begin drafting comprehensive outline, prepare for Shaukat deposition (3.7); attention to deposition transcripts for Lief and Breslow (.3); Correspondence with US Legal re upcoming depo logsitics (.3). |
| 0.8 | 10/13/2020 | Brian D. Kouassi | BDK | 0.8 | $325.00 | $260.00 | Download transcripts from deposition of Adam Lief |
| 1.47* | 10/13/2020 | Shira Gelfand | SZG | 6.7 | $425.00 | $2,847.50 | Prepare agenda for meeting with MSJ (.3); Call with MSJ (.3); Draft correspondence to opposing counsel (.8); Prep for client call (.3); Call with client (2.0); Edit correspondence to counsel (.4); correspondence re depo logistics (.6); Begin drafting Kevin Lucas Outline (2.1). |
| 2.38* | 10/14/2020 | Shira Gelfand | SZG | 10.5 | $425.00 | $4,462.50 | Correspondence with counsel, initial review of new production of documents (1.7); Correspondence re depo logistics (.4) Continue drafting Kevin Lucas outline, review of documents re same (3.4); Review of documents for Will Grannis deposition binder and outline (2.7); Prep for Tariq Shaukat deposition (2.3). |
| 3.6 | 10/15/2020 | Brian D. Kouassi | BDK | 3.6 | $325.00 | $1,170.00 | Pull job descriptions for potential exhibits |

| Relevant Time | Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|---|
| 3.78* | 10/16/2020 | Shira Gelfand | SZG | 9.3 | $425.00 | $3,952.50 | Call with MSJ (.5); Prepare list of tasks (.3); Review production for outstanding documents from counsel (.8); Review of documents for Kevin Lucas and Will Grannis deposition binders, correspondence with BXK re binders (4.7); Correspondence with BXK re job descriptions (.2); Continue drafting Kevin Lucas outline, send to MSJ (.7); Correspondence with US Legal re upcoming depositions (.4); correspondence with court reporter re exhibits from Shaukat deposition, QC transcript (1.1); Correspondence with counsel (.4); Correspondence re Diane Greene service of process (.2). |
| 1.4* | 10/22/2020 | Brian D. Kouassi | BDK | 2.0 | $325.00 | $650.00 | Extract job descriptions for upcoming deposition for Kevin Lucas |
| 4.13* | 10/26/2020 | Cara E. Greene | CEG | 5.9 | $950.00 | $5,605.00 | Prepare outline for K. Lucas deposition and review related documents |
| 1.19* | 10/26/2020 | Shira Gelfand | SZG | 6.2 | $425.00 | $2,635.00 | Prep for team meeting, prepare agenda (.8); team meeting (.7); Call with MSJ (.3); review of documents referenced in opposing counsel correspondence, cross check with Kevin Lucas depo binder (.4); Review of new production, add to KL depo binder (1.2); correspondence with US legal re deposition logistics (.2); correspondence with BXK re index, review index and marked exhibits (.5); correspondence with opposing counsel (.2); Prep for tomorrow's deposition, review of documents and correspondence and outline (1.3); correspondence re plaintiff production and review of documents in production (1.1). |
| 5.81* | 10/27/2020 | Cara E. Greene | CEG | 8.3 | $950.00 | $7,885.00 | Finishing preparing for K. Lucas deposition and take same. |
| 4.27* | 10/27/2020 | Maya S. Jumper | MSJ | 6.1 | $475.00 | $2,897.50 | Attend deposition of Kevin Lucas. |
| 0.42* | 10/27/2020 | Maya S. Jumper | MSJ | 0.6 | $475.00 | $285.00 | Prepare for deposition of Kevin Lucas. |
| 7.91* | 10/27/2020 | Shira Gelfand | SZG | 11.4 | $425.00 | $4,845.00 | Prepare for depostion (3.4); Deposition of Kevin Lucas (7.9); correspondence with client (.1) |
| 3.6 | 11/13/2020 | Shira Gelfand | SZG | 8.9 | $425.00 | $3,782.50 | Depo prep (1.6); Depo of Brian Stevens (2.8); debrief with CEG and MSJ (.8); Call with counsel (.2); call with MSJ (.4); Begin research, review file, and drafting letter to opposing counsel re comparator information (3.6); correspondence with client (.3). |
| 2.2 | 11/14/2020 | Shira Gelfand | SZG | 2.2 | $425.00 | $935.00 | Continue drafting letter re comparators, conduct research and review deposition transcript |
| 4.6 | 11/15/2020 | Shira Gelfand | SZG | 6.7 | $425.00 | $2,847.50 | Continue review of depo transcripts, research, and drafting letter re additional comparators (4.6); review of documents and pull for Diane Greene depo binder (2.1). |
| 4.7 | 11/16/2020 | Shira Gelfand | SZG | 8.5 | $425.00 | $3,612.50 | Continue drafting letter re additional comparator information, conduct research and review of documents (3.6); Prepare agenda for team meeting (.4); Case management meeting (.3); call with MSJ (.4); attention to Diane Greene binders (.3); correspondence with counsel and review confidential designations in lief transcript (.8); Begin review of documents and drafting EP claim chart (1.1); Correspondence with US Legal re depo logistics (.2); Review documents and prep for Vardaman depo (1.4). |
| 0.1 | 11/17/2020 | Maya S. Jumper | MSJ | 0.1 | $475.00 | $47.50 | Review correspondence from SZG regarding comparator analysis document |
| 2.2 | 11/18/2020 | Shira Gelfand | SZG | 5.8 | $425.00 | $2,465.00 | Review UR depo transcript for errata until page 246 (3.1); Correspondence with MSJ re document and depositions (.3); Continue research, review of documents and depo transcripts, continue drafting letter to Google re additional comparator information (2.2) Correspondence with MSJ re letter and additional items (.2). |
| 7.1 | 11/19/2020 | Shira Gelfand | SZG | 9.4 | $425.00 | $3,995.00 | Review Diane Greene binder before FTP to vendor (.2); Continue research on EP claims and job titles, review job descriptions for comparator letter (2.8); Prepare agenda for team meeting (.5); Case management meeting (.6); Prepare agenda for client call (.2); Attention to conflict waiver (.2); Client meeting (.7); Begin Kevin Lucas depo digest (1.6); Correspondence with counsel and team re DG deposition (.6); correspondence with paralegals re binders and assignments (.4); Review documents for Brian Wilson and Evren Eryurek deposition, pull for binder (2.6); Attention to equal pay memo, review Stevens deposition and additional documents (1.2). |
| 3.4 | 11/23/2020 | Maya S. Jumper | MSJ | 3.4 | $475.00 | $1,615.00 | Draft deficiency and comparator letter. |

| Relevant Time | Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|---|
| 1.6 | 11/30/2020 | Brian D. Kouassi | BDK | 1.6 | $325.00 | $520.00 | Extract job titles similar to Principal Technical Solutions Consultant |
| 0.4 | 12/01/2020 | Shira Gelfand | SZG | 9.3 | $425.00 | $3,952.50 | Call with client (.7); Continue drafting Burdis deposition outline (1.8); Continue drafting RFAs (2.3); Edit and supplement opposition to Google's MPO, conduct research re same, prepare for filing (3.2); correspondence with counsel (.3); Prep documents for Ben Wilson deposition (.6); Correspondence with BXK and review of job title analysis (.4). |
| 0.1 | 12/02/2020 | Brian D. Kouassi | BDK | 0.1 | $325.00 | $32.50 | Correspondence with SZG re deposition job descriptions |
| 1.4 | 12/02/2020 | Brian D. Kouassi | BDK | 1.4 | $325.00 | $455.00 | Draft and compile job descriptions break down for SZG's review |
| 3.6 | 12/04/2020 | Shira Gelfand | SZG | 4.8 | $425.00 | $2,040.00 | Prepare for call with CEG re Burdis prep (.4); Call with CEG (.3); Continue drafting letter motion, review deposition transcripts, and conduct research (3.6); Correspondence with MSJ re digests (.2); review correspondence with counsel (.2). |
| 4.3 | 12/05/2020 | Shira Gelfand | SZG | 4.3 | $425.00 | $1,827.50 | Continue research and writing, drafting motion to compel |
| 3.3 | 12/06/2020 | Shira Gelfand | SZG | 5.6 | $425.00 | $2,380.00 | Review Defendant's motion to seal, letter in furtherance of support re motion to quash Greene deposition, declarations re same (2.1); continue drafting letter re motion to compel, conduct research re same, review deposition transcripts and exhibits, continue drafting RFAs (3.3); correspondence with MSJ and CEG re motion to amend (.2). |
| 1.6 | 12/07/2020 | Shira Gelfand | SZG | 10.7 | $425.00 | $4,547.50 | Draft RFAs, send to team for review (2.3); Call with MSJ (.2); correspondence with MXD and BXK re paralegal assignments (.4); Continue drafting Burdis outline and review of documents (4.3); Correspondence with counsel (.3); edit pre-motion letter to court, send to CEG and MSJ (1.6); Review motion to file supplemental pleadings and attached letter, correspondence with CEG and MSJ re same (1.3); correspondence with client (.3). |
| 0.3 | 12/10/2020 | Shira Gelfand | SZG | 6.0 | $425.00 | $2,550.00 | Review of Burdis transcript and review documents, edit and supplement requests for admission (3.2); call with MSJ (.2); correspondence with BK and MD re MTC letter (.3); Begin document review of Google's new production (2.1); review court Order re motion to supplement pleadings briefing schedule, correspondence with MSJ re same (.2). |
| 1.3 | 12/11/2020 | Shira Gelfand | SZG | 5.8 | $425.00 | $2,465.00 | Continue review of new production (1.7); Draft and finalize RFAs, correspondence with MSJ and CEG (2.8); correspondence with BK and edit comparator letter (1.3). |
| 1.7 | 12/15/2020 | Cara E. Greene | CEG | 2.1 | $950.00 | $1,995.00 | Update call with client (.4); review and edit letter to the court re comparator data (1.7) |
| 1 | 12/15/2020 | Michaela Dougherty | MDX | 1.0 | $350.00 | $350.00 | Prepare exhibit list re exhibit lists re pre-motion letters re motion to compel production and motion to supplement pleadings. |
| 0.2 | 12/15/2020 | Sara Olson | SXO | 0.2 | $350.00 | $70.00 | Correspondence with SXG re pre-motion letter to court |
| 3.2 | 12/15/2020 | Shira Gelfand | SZG | 4.1 | $425.00 | $1,742.50 | Edit and supplement pre-motion letter re comparator evidence, prepare for filing, review transcripts, conduct research re same (3.2); correspondence with MSJ and CEG (.3); correspondence with SO re filing, exhibit and transcript cites (.4); correspondence with counsel re exhibits and transcript cites (.2). |
| 2.6 | 12/16/2020 | Brian D. Kouassi | BDK | 2.6 | $325.00 | $845.00 | Edit exhibits to Pre-Motion Letter re MTC Production |
| 1.6 | 12/16/2020 | Brian D. Kouassi | BDK | 1.6 | $325.00 | $520.00 | Finalize Pre-Motion Letter re MTC Production for finalizing |
| 3.1 | 12/16/2020 | Shira Gelfand | SZG | 4.4 | $425.00 | $1,870.00 | Correspondence with counsel (.3); Edit and supplement pre-motion letter re comparators, correspondence with BXK re exhibits, review same (3.1); review ECF filings (.2); edit and supplement joint motion for extension (.6); correspondence with MSJ (.2). |
| 2.6 | 12/17/2020 | Brian D. Kouassi | BDK | 2.6 | $325.00 | $845.00 | Finalize Pre-Motion Letter re MTC Production. |
| 5.8 | 12/17/2020 | Shira Gelfand | SZG | 6.4 | $425.00 | $2,720.00 | Edit and supplement joint request for extension, pre-motion letter re motion to compel, and joint stipulation, review exhibits, correspondence with counsel re same, correspondence with MSJ, BK, MD, and JLM re filing, finalize filing (5.8); prepare agenda for case management meeting (.3); case management meeting with CEG, MSJ (.6). |

| Relevant Time | Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|---|
| 2.3 | 01/04/2021 | Shira Gelfand | SZG | 4.8 | $425.00 | $2,040.00 | Review Defendant's response to comparator motion, prepare counter arguments in advance of conference (2.3); Review Defendant's reply re motion to supplement pleadings (1.1); Correspondence with BXK re production and binders (.5); Prepare agenda for team meeting (.3); case mgmt meeting with CEG and MSJ (.4); correspondence with client (.2);. |
| 0.1 | 01/05/2021 | Brian D. Kouassi | BDK | 0.1 | $325.00 | $32.50 | Correspondence with SZG re pulling court cases cited in comparator motion and letter |
| 0.1 | 01/05/2021 | Brian D. Kouassi | BDK | 0.1 | $325.00 | $32.50 | Correspondence with CXT re pulling court cases cited in comparator motion and letter |
| 1.1 | 01/05/2021 | Brian D. Kouassi | BDK | 1.1 | $325.00 | $357.50 | Pull court cases cited in comparator motion and letter |
| 5.4 | 01/08/2021 | Shira Gelfand | SZG | 6.3 | $425.00 | $2,677.50 | Correspondence with counsel (.4); review court order (.2); Begin drafting reply, research re same, review deposition transcripts and documents (5.4); correspondence with BXK re outstanding tasks and production (.3). |
| 2.1 | 01/10/2021 | Shira Gelfand | SZG | 2.1 | $425.00 | $892.50 | Continue research and drafting reply motion. |
| 0.1 | 01/11/2021 | Cara E. Greene | CEG | 0.1 | $950.00 | $95.00 | Telephone call with SZG re comparator reply |
| 4.8 | 01/11/2021 | Shira Gelfand | SZG | 8.5 | $425.00 | $3,612.50 | Prepare agenda for team meeting (.6); continue document review from 12/31 production (2.7); Continue research, drafting reply memo, review documents re same (4.8); call with CEG (.2); Correspondence with BXK re outstanding tasks (.2). |
| 0.2 | 01/12/2021 | Cara E. Greene | CEG | 0.2 | $950.00 | $190.00 | Correspondence with SZG re comparator data and updates. |
| 1.6 | 01/12/2021 | Maya S. Jumper | MSJ | 1.6 | $475.00 | $760.00 | Draft client decl ISO comparator letter. |
| 0.1 | 01/12/2021 | Maya S. Jumper | MSJ | 0.1 | $475.00 | $47.50 | Review correspondence from CEG regarding declaration topics |
| 0.5 | 01/12/2021 | Maya S. Jumper | MSJ | 0.5 | $475.00 | $237.50 | Conference regarding client regarding declaration |
| 6.3 | 01/12/2021 | Shira Gelfand | SZG | 7.9 | $425.00 | $3,357.50 | Call with client, correspondence with client (1.4); Continue research, review of deposition testimony and documents, drafting Reply motion (6.3); call with CEG (.2). |
| 1.5 | 01/13/2021 | Maya S. Jumper | MSJ | 1.5 | $475.00 | $712.50 | Review and revise reply to comparator letter. |
| 0.3 | 01/13/2021 | Maya S. Jumper | MSJ | 0.3 | $475.00 | $142.50 | Review revisions to draft declaration. |
| 7 | 01/13/2021 | Shira Gelfand | SZG | 7.7 | $425.00 | $3,272.50 | Correspondence with client, review notes and prepare declaration (1.7); Correspondence with counsel (.2); correspondence with paralegals (.2); correspondence with MSJ (.3); Continue research, drafting reply motion (5.3). |
| 0.6 | 01/14/2021 | Brian D. Kouassi | BDK | 0.6 | $325.00 | $195.00 | Pull documents for Plaintiff's upcoming filing of Plaintiff's reply to Defendant's reply to Plaintiff's Motion to Compel |
| 2.5 | 01/14/2021 | Brian D. Kouassi | BDK | 2.5 | $325.00 | $812.50 | Pull transcript cites for Plaintiff's reply to Defendant's response to Plaintiff's Motion to Compel |
| 1.6 | 01/14/2021 | Cara E. Greene | CEG | 1.6 | $950.00 | $1,520.00 | Review and edit comparator reply and client declaration |
| 0.7 | 01/14/2021 | Shira Gelfand | SZG | 3.1 | $425.00 | $1,317.50 | Review MSJ edits to reply motion (.7); Prepare meeting agenda (.3); meeting with MSJ and CEG (.3); Document review (1.6); correspondence with Bxk re filing (.2). |
| 1.9 | 01/15/2021 | Cara E. Greene | CEG | 1.9 | $950.00 | $1,805.00 | Review and edit declaration, filing, correspondence re same |
| 1.1 | 01/15/2021 | Maya S. Jumper | MSJ | 1.1 | $475.00 | $522.50 | Review file and revise client declaration. |
| 1.1 | 01/15/2021 | Maya S. Jumper | MSJ | 1.1 | $475.00 | $522.50 | Review CEG edits to declaration; review file and revise. |
| 0.6 | 01/15/2021 | Maya S. Jumper | MSJ | 0.6 | $475.00 | $285.00 | Review client edits to declaration and revise. |
| 1.7 | 01/15/2021 | Maya S. Jumper | MSJ | 1.7 | $475.00 | $807.50 | Review, finalize and monitor execution of declaration |
| 0.1 | 01/15/2021 | Maya S. Jumper | MSJ | 0.1 | $475.00 | $47.50 | Draft correspondence to SZG regarding reply draft. |
| 1.2 | 01/15/2021 | Maya S. Jumper | MSJ | 1.2 | $475.00 | $570.00 | Review file and revise declaration based on client notes and reply cites |
| 0.4 | 01/15/2021 | Maya S. Jumper | MSJ | 0.4 | $475.00 | $190.00 | Draft correspondence to CEG regarding declaration and Rowe transcript |
| 0.6 | 01/15/2021 | Maya S. Jumper | MSJ | 0.6 | $475.00 | $285.00 | Proof and send draft decl to client. |
| 0.5 | 01/15/2021 | Maya S. Jumper | MSJ | 0.5 | $475.00 | $237.50 | Draft correspondence to CEG and client in response to client edits |
| 0.3 | 01/15/2021 | Maya S. Jumper | MSJ | 0.3 | $475.00 | $142.50 | Review final decl for filing; monitor filing |
| 6.3 | 01/15/2021 | Shira Gelfand | SZG | 6.3 | $425.00 | $2,677.50 | Edit and supplement reply motion, declaration, call with CEG, correspondence with MSJ, proof and finalize exhibits prepare for filing. |
| 0.1 | 02/01/2021 | Brian D. Kouassi | BDK | 0.1 | $325.00 | $32.50 | Correspondence with SZG re updating the folder of Plaintiff's Pre-Motion Letter to Compel with all relevant documents and cases. |
| 0.1 | 02/01/2021 | Brian D. Kouassi | BDK | 0.1 | $325.00 | $32.50 | Correspondence with SZG re updating the folder of Plaintiff's Pre-Motion Letter to Compel with all relevant documents and cases. |

| Relevant Time | Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|---|
| 0.1 | 02/01/2021 | Brian D. Kouassi | BDK | 0.1 | $325.00 | $32.50 | Correspondence with SZG re updating the folder of Plaintiff's Pre-Motion Letter to Compel with all relevant documents and cases. |
| 1 | 02/01/2021 | Brian D. Kouassi | BDK | 1.0 | $325.00 | $325.00 | Update the folder of Plaintiff's Pre-Motion Letter to Compel with all relevant documents and cases |
| 2.1 | 02/03/2021 | Cara E. Greene | CEG | 2.1 | $950.00 | $1,995.00 | Prepare for oral arguments on comparators and argue same. |
| 2.8 | 02/03/2021 | Shira Gelfand | SZG | 3.4 | $425.00 | $1,445.00 | Prep for oral argument (1.8); Oral arguments (1.0); correspondence with MSJ (.2); correspondence with counsel (.2); attention to court filing and transcript (.2). |
| 1.1 | 02/05/2021 | Shira Gelfand | SZG | 1.9 | $425.00 | $807.50 | Prep for call with client, send agenda (.3); review comparator names, draft consideration list for narrowing (1.1); call with client (.5); |
| 0.3 | 02/08/2021 | Cara E. Greene | CEG | 1.0 | $425.00 | $950.00 | Review list of comparators and correspondence with team re same (.3); case management meeting (.4); review and edit scheduling order and letter to court (.3). |
| 2.8 | 02/08/2021 | Maya S. Jumper | MSJ | 2.8 | $475.00 | $1,330.00 | Review correspondence from client; client data and draft comparator proposal to CEG/SZG |
| 0.2 | 02/08/2021 | Maya S. Jumper | MSJ | 0.2 | $475.00 | $95.00 | Draft correspondence to client regarding comparator analysis |
| 2.7 | 02/08/2021 | Shira Gelfand | SZG | 6.3 | $425.00 | $2,677.50 | Attention to comparator names, correspondence with client re same (2.7); Jenny Burdis depo digest (2.4); Draft scheduling order (.6); Draft agenda for team call (.3); edit to scheduling order and correspondence with counsel (.3). |
| 0.4 | 02/09/2021 | Shira Gelfand | SZG | 2.5 | $425.00 | $1,062.50 | Continue drafting Burdis depo digest (1.7); review updated scheduling order from client (.2); correspondence with CEG and MSJ (.2); review updated list of comparators, correspondence re same (.4). |
| 0.2 | 02/10/2021 | Brian D. Kouassi | BDK | 0.2 | $325.00 | $65.00 | Phone conference with MSJ re updating list of comparators |
| 2.2 | 02/10/2021 | Brian D. Kouassi | BDK | 2.2 | $325.00 | $715.00 | Update list of comparators. |
| 0.1 | 02/10/2021 | Brian D. Kouassi | BDK | 0.1 | $325.00 | $32.50 | Correspondence with MSJ re updating list of comparators |
| 0.1 | 02/10/2021 | Brian D. Kouassi | BDK | 0.1 | $325.00 | $32.50 | Correspondence with MSJ re updating list of comparators |
| 0.1 | 02/10/2021 | Brian D. Kouassi | BDK | 0.1 | $325.00 | $32.50 | Correspondence with MSJ re updating list of comparators |
| 0.5 | 02/10/2021 | Cara E. Greene | CEG | 0.5 | $950.00 | $475.00 | Correspondence re comparator lists; telephone call with MSJ, SZG re same |
| 1.6 | 02/10/2021 | Maya S. Jumper | MSJ | 1.6 | $475.00 | $760.00 | Review comparator data and draft proposal to CEG/SZG. |
| 3 | 02/10/2021 | Maya S. Jumper | MSJ | 3.0 | $475.00 | $1,425.00 | Review and revise comparator discovery list and draft correspondence to client/opposing counsel regarding same |
| 0.5 | 02/10/2021 | Maya S. Jumper | MSJ | 0.5 | $475.00 | $237.50 | Conference call with CEG/SZG regarding comparator list and outstanding tasks |
| 0.7 | 02/10/2021 | Maya S. Jumper | MSJ | 0.7 | $475.00 | $332.50 | Review and revise comparator spreadsheet. |
| 0.4 | 02/10/2021 | Maya S. Jumper | MSJ | 0.4 | $475.00 | $190.00 | Review correspondence from CEG regarding comparator list and draft correspondence to client |
| 0.2 | 02/10/2021 | Maya S. Jumper | MSJ | 0.2 | $475.00 | $95.00 | Draft correspondence to opposing counsel regarding comparator list |
| 0.1 | 02/10/2021 | Maya S. Jumper | MSJ | 0.1 | $475.00 | $47.50 | Conference with SZG regarding comparator list. |
| 4.3 | 02/10/2021 | Shira Gelfand | SZG | 5.9 | $425.00 | $2,507.50 | Meeting with CEG and MSJ (.5); finalize scheduling order and attention to file (.7); finalize list of comparators, conduct research re same, send to counsel (4.3); call with MSJ (.1); correspondence with client (.1); attention to client deposition scheduling (.2); review court endorsement of scheduling order (.1). |
| 0.4 | 02/18/2021 | Cara E. Greene | CEG | 0.4 | $950.00 | $380.00 | Correspondence re comparators, etc. |
| 0.4 | 02/18/2021 | Maya S. Jumper | MSJ | 0.4 | $475.00 | $190.00 | Review file and draft correspondence to opposing counsel regarding comparator list |
| 0.1 | 02/18/2021 | Maya S. Jumper | MSJ | 0.1 | $475.00 | $47.50 | Review correspondence from CEG regarding scheduling and draft correspondence to SZG/CEG regarding comparators and depo prep. |
| 0.3 | 02/18/2021 | Maya S. Jumper | MSJ | 0.3 | $475.00 | $142.50 | Review correspondence from CEG regarding comparators and draft response |
| 0.3 | 02/18/2021 | Maya S. Jumper | MSJ | 0.3 | $475.00 | $142.50 | Draft correspondence to CEG regarding deadlines and comparator list to opposing counsel |
| 0.2 | 02/18/2021 | Maya S. Jumper | MSJ | 0.2 | $475.00 | $95.00 | Draft correspondence to opposing counsel regarding comparator list |
| 0.2 | 02/18/2021 | Maya S. Jumper | MSJ | 0.2 | $475.00 | $95.00 | Draft correspondence to BK regarding calendaring production of comparator information |
| 0.2 | 02/18/2021 | Maya S. Jumper | MSJ | 0.2 | $475.00 | $95.00 | Review correspondence from CEG regarding comparator confirmation |

| Relevant Time | Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|---|
| 0.7 | 02/18/2021 | Shira Gelfand | SZG | 3.9 | $425.00 | $1,657.50 | Correspondence with counsel (.1); correspondence with team (.2); review of comparator list and cross reference Google documents (.7); begin proof chart re retaliation claims (2.3); review documents re supplemental claim for client meeting prep (.6). |
| 0.2 | 04/01/2021 | Brian D. Kouassi | BDK | 0.2 | $325.00 | $65.00 | Phonce conference with MSJ and SZG re Comparator assignment. |
| 0.3 | 04/01/2021 | Maya S. Jumper | MSJ | 0.3 | $475.00 | $142.50 | Conference with SZG regarding comparator data and next steps. |
| 0.3 | 04/01/2021 | Maya S. Jumper | MSJ | 0.3 | $475.00 | $142.50 | Conference call with BK regarding comparator data assignment. |
| 0.1 | 04/01/2021 | Maya S. Jumper | MSJ | 0.1 | $475.00 | $47.50 | Review correspondence from SZG regarding comparator data |
| 1.7 | 04/01/2021 | Shira Gelfand | SZG | 1.8 | $425.00 | $765.00 | Preliminary review of comparator production, correspondence with Nuix admins re same (1.2); Correspondence with BXK and MSJ re assignment (.5); Draft update email to CEG (.1). |
| 4.8 | 04/02/2021 | Brian D. Kouassi | BDK | 4.8 | $325.00 | $1,560.00 | Collect comparator data from Defendant's recent production |
| 0.2 | 04/02/2021 | Maya S. Jumper | MSJ | 0.2 | $475.00 | $95.00 | Review correspondence from BK/SZG regarding comparator data assignment |
| 3.2 | 04/02/2021 | Vincent Yang | VXY | 3.2 | $325.00 | $1,040.00 | Pull and sort comparator discovery documents from Nuix |
| 1 | 04/05/2021 | Brian D. Kouassi | BDK | 1.0 | $325.00 | $325.00 | Finalize comparator data re production from Defendant's counsel |
| 0.3 | 04/05/2021 | Brian D. Kouassi | BDK | 0.3 | $325.00 | $97.50 | Correspondences with MSJ and SZG re comparator data. |
| 0.2 | 04/05/2021 | Brian D. Kouassi | BDK | 0.2 | $325.00 | $65.00 | Correspondences with VXY re comparator data. |
| 2.4 | 04/05/2021 | Brian D. Kouassi | BDK | 2.4 | $325.00 | $780.00 | Compile documents re comparator data. |
| 0.3 | 04/05/2021 | Maya S. Jumper | MSJ | 0.3 | $475.00 | $142.50 | Review correspondence from SZG/BK regarding comparator data |
| 0.4 | 04/05/2021 | Maya S. Jumper | MSJ | 0.4 | $475.00 | $190.00 | Conference with BK/SZG/VY regarding comparator data assignment. |
| 0.5 | 04/05/2021 | Shira Gelfand | SZG | 1.0 | $425.00 | $425.00 | Email update CEG and MSJ re upcoming tasks (.4); Meeting with paralegals re data entry and comparator assignment (.5); correspondence with client (.1). |
| 0.8 | 04/05/2021 | Vincent Yang | VXY | 0.8 | $325.00 | $260.00 | Pull and sort comparator discovery documents from Nuix |
| 0.5 | 04/05/2021 | Vincent Yang | VXY | 0.5 | $325.00 | $162.50 | Telephone conference with MSJ, SXG, and BDK re case overview and comparator data project |
| 3.2 | 04/05/2021 | Vincent Yang | VXY | 3.2 | $325.00 | $1,040.00 | Compile Excel spreadsheet re comparator data. |
| 5.1 | 04/07/2021 | Brian D. Kouassi | BDK | 5.1 | $325.00 | $1,657.50 | Review comparator data from Defendant's production and upload data in Plaintiff's spreadsheet |
| 2 | 04/07/2021 | Vincent Yang | VXY | 2.0 | $325.00 | $650.00 | Further compile Excel spreadsheet re comparator data. |
| 1.8 | 04/08/2021 | Brian D. Kouassi | BDK | 1.8 | $325.00 | $585.00 | Finalize and review comparator data from Defendant's production and upload data in Plaintiff's spreadsheet |
| 0.5 | 04/08/2021 | Brian D. Kouassi | BDK | 0.5 | $325.00 | $162.50 | Edit comparators data list with new data. |
| 0.4 | 04/08/2021 | Brian D. Kouassi | BDK | 0.4 | $325.00 | $130.00 | Correspondences with MSJ, SZG, and VXY re comparator data |
| 0.2 | 04/08/2021 | Brian D. Kouassi | BDK | 0.2 | $325.00 | $65.00 | Correspondence with MSJ re edits to the comparator data sheet. |
| 0.4 | 04/08/2021 | Cara E. Greene | CEG | 0.6 | $950.00 | $570.00 | Conference with SZG re call with client (.2); case management meeting with SZG and MSJ re summary judgment, comparator analysis (.4). |
| 0.4 | 04/08/2021 | Maya S. Jumper | MSJ | 0.4 | $475.00 | $190.00 | Conference call with SZG/client regarding case update on comparator data and sj |
| 0.4 | 04/08/2021 | Maya S. Jumper | MSJ | 0.4 | $475.00 | $190.00 | Review correspondence and data spreadsheet from BK/VY and draft response regarding next steps |
| 1.2 | 04/08/2021 | Shira Gelfand | SZG | 2.7 | $425.00 | $1,147.50 | Prep for call with client, call with client (.6); prepare agenda for team meeting (.4); case mgmt meeting with CEG and MSJ (.5); review comparator data, attention of FTP of comparator production to client (1.2). |
| 2 | 04/08/2021 | Vincent Yang | VXY | 2.0 | $325.00 | $650.00 | Download production re comparator data from Nuix; send re same via FTP to Named Plaintiff U. Rowe |
| 0.4 | 04/12/2021 | Maya S. Jumper | MSJ | 0.4 | $475.00 | $190.00 | Review data production regarding comparator compensation data and draft response to SZG |
| 0.3 | 04/14/2021 | Maya S. Jumper | MSJ | 0.3 | $475.00 | $142.50 | Conference call with SZG regarding comparator analysis and next steps. |
| 0.3 | 04/19/2021 | Brian D. Kouassi | BDK | 0.3 | $325.00 | $97.50 | Correspondences with SZG and VXY re comparator data. |
| 0.6 | 04/19/2021 | Maya S. Jumper | MSJ | 0.6 | $475.00 | $285.00 | Review file; draft correspondence to opposing counsel regarding comparator data |

| Relevant Time | Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|---|
| 0.3 | 04/19/2021 | Maya S. Jumper | MSJ | 0.3 | $475.00 | $142.50 | Review correspondence from opposing counsel regarding comparator data and draft correspondence to BK regarding document pull. |
| 0.1 | 04/19/2021 | Maya S. Jumper | MSJ | 0.1 | $475.00 | $47.50 | Review correspondence from CEG regarding comparator data and draft response |
| 0.1 | 04/19/2021 | Maya S. Jumper | MSJ | 0.1 | $475.00 | $47.50 | Review correspondence from SZG regarding comparator data and draft response |
| 0.3 | 04/19/2021 | Shira Gelfand | SZG | 5.7 | $425.00 | $2,422.50 | Prep for litigation committee meeting, attend meetings (1.3); correspondence with team re outstanding tasks (.3); Draft pre-motion letter, conduct research and review documents re same (3.8); correspondence with paralegals re comparator compensation spreadsheet (.3). |
| 1.3 | 04/19/2021 | Vincent Yang | VXY | 1.3 | $325.00 | $422.50 | Create Excel spreadsheet re comparator compensation yearly data. |
| 0.2 | 04/20/2021 | Brian D. Kouassi | BDK | 0.2 | $325.00 | $65.00 | Correspondences with MSJ re missing offer letters from Defendant's production |
| 0.3 | 04/20/2021 | Brian D. Kouassi | BDK | 0.3 | $325.00 | $97.50 | Review documents from Defendant's production re missing documents from their production |
| 0.3 | 04/20/2021 | Maya S. Jumper | MSJ | 0.3 | $475.00 | $142.50 | Review correspondence from BK regarding comparator data |
| 0.5 | 04/20/2021 | Maya S. Jumper | MSJ | 0.5 | $475.00 | $237.50 | Review comparator production and draft correspondence to opposing counsel regarding incomplete document production. |
| 0.3 | 04/20/2021 | Shira Gelfand | SZG | 4.1 | $425.00 | $1,742.50 | Call with client (.5); Correspondence with opposing counsel re comparator production (.3); continue drafting pre motion SJ letter and conduct research re same (3.2); correspondence with paralegals re tasks (.1). |
| 0.8 | 04/20/2021 | Vincent Yang | VXY | 0.8 | $325.00 | $260.00 | Pull comparator compensation data; save re same to case file. |
| 0.2 | 07/15/2021 | Brian D. Kouassi | BDK | 0.2 | $325.00 | $65.00 | Correspondences with SZG re Comparator Data. |
| 0.1 | 07/15/2021 | Brian D. Kouassi | BDK | 0.1 | $325.00 | $32.50 | Send Comparator Data to SZG for review. |
| 5 | 07/16/2021 | Shira Gelfand | SZG | 5.0 | $425.00 | $2,125.00 | Attention to equity comparator chart (3.8); review documents and deposition testimony re same(1.2) |
| 0.2 | 07/19/2021 | Brian D. Kouassi | BDK | 0.2 | $325.00 | $65.00 | Correspondences with MSJ re Comparator Data. |
| 0.1 | 07/19/2021 | Brian D. Kouassi | BDK | 0.1 | $325.00 | $32.50 | Send comparator data to MSJ for review. |
| 0.3 | 08/03/2021 | Shira Gelfand | SZG | 2.1 | $425.00 | $892.50 | Call with client (.5); draft reply to Defendant's proposed stipulation re SJ (.8); review comparator compensation data re same (.3); call with CEG (.1); correspondence with MSJ (.1); review of transcript from pre-motion conference hearing (.1); correspondence with BXK (.2). |
| 1.4 | 08/05/2021 | Maya S. Jumper | MSJ | 1.4 | $475.00 | $665.00 | Review file and draft correspondence to CEG regarding analysis of non-OCTO comparators |
| 0.7 | 08/05/2021 | Shira Gelfand | SZG | 1.4 | $425.00 | $595.00 | Draft correspondence with counsel (.6); correspondence with lit comm; correspondence with CEG (.1); recap with MSJ and review file re comparators (.7). |
| 5.8 | 09/28/2021 | Shira Gelfand | SZG | 6.4 | $425.00 | $2,720.00 | Meeting with CEG (.2); Continue drafting Rowe deposition digest and edit and supplement Adam Lief deposition digest (5.8); correspondence with BXK (.4). |
| **Total** | **346.3** | | | | | | |