# EXHIBIT 7

| Relevant Time | Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|---|
| 1.7 | 04/01/2020 | Shira Gelfand | SZG | 2.2 | $425.00 | $935.00 | Correspondence with counsel (.3) correspondence with CEG (.2) begin research on Diane Greene, create bio for depo outline (1.7). |
| 4.1 | 04/02/2020 | Shira Gelfand | SZG | 4.3 | $425.00 | $1,827.50 | Correspondence with CEG and MSJ re case management meeting (.2); continue drafting bio and objectives for Diane Greene (2.4) review relevant documents in order to draft bio (1.7). |
| 0.6 | 09/24/2020 | Shira Gelfand | SZG | 5.5 | $425.00 | $2,337.50 | Review Google's responses to interrogatories, crosscheck documents, correspondence with CEG and MSJ re same (2.3); Correspondence re binders for depositions (.3); Correspondence with MSJ and CEG re possible deponent, review relevant documents (1.7); Prepare meeting agenda (.2); Correspondence with client (.4); Correspondence with MSJ re Diane Green subpoena and attention to preparation (.6). |
| 0.2 | 09/25/2020 | Maya S. Jumper | MSJ | 0.2 | $475.00 | $95.00 | Review correspondence from SZG regarding subpoena and draft response |
| 0.6 | 09/25/2020 | Shira Gelfand | SZG | 3.8 | $425.00 | $1,615.00 | Attention to depo binders (.8); Call with MSJ (.3); Correspondence with BXK (.4); Meeting with CEG re outstanding items (.3); Attention to document review, exhibit gathering, and production for deposition (1.3); Correspondence with paralegals re subpoena, review draft (.6); Draft agenda re outstanding tasks to team (.7). |
| 0.4 | 09/29/2020 | Maya S. Jumper | MSJ | 0.4 | $475.00 | $190.00 | Review subpoena. |
| 0.3 | 09/29/2020 | Maya S. Jumper | MSJ | 0.3 | $475.00 | $142.50 | Draft correspondence to CEG/SZG regarding subpoena scheduling |
| 0.4 | 09/30/2020 | Shira Gelfand | SZG | 10.5 | $425.00 | $4,462.50 | Prepare Adam Lief documents and review, organize for deposition (2.4); Prepare Stuart Breslow documents for deposition (2.7); Attention to Breslow objectives for deposition (.7); Call with client and call with MSJ and CEG, review depo prep materials (2.7); Correspondence with opposing counsel (.4); Call with MSJ (.3); US Legal remote depo demo (.5); deposition coordination with US Legal (.4); Attention to Diane Greene subpoena (.4). |
| 0.2 | 10/02/2020 | Maya S. Jumper | MSJ | 0.2 | $475.00 | $95.00 | Draft correspondence to LM/BS regarding subpoena. |
| 0.4 | 10/02/2020 | Maya S. Jumper | MSJ | 0.4 | $475.00 | $190.00 | Review rule and revise subpoena. |
| 0.2 | 10/02/2020 | Shira Gelfand | SZG | 10.3 | $425.00 | $4,377.50 | Preparation of exhibits and outline for deposition (1.7); Attention to bates stamp and production of client document (.8) Correspondence with client re Magnet system and ladder (.5); review client documents from Magnet system (.4); Deposition of Adam Lief (6.0); Prepare list of outstanding tasks for team (.7); Correspondence re subpoena of Diane Greene (.2). |
| 1.4 | 10/05/2020 | Maya S. Jumper | MSJ | 1.4 | $475.00 | $665.00 | Review FRCP and prepare subpoena for service. |
| 0.2 | 10/05/2020 | Shira Gelfand | SZG | 6.8 | $425.00 | $2,890.00 | Review agenda for team call (.3); Correspondence with MSJ and CEG (.2); correspondence with client (.1); Call with MSJ (.5); draft email to counsel, review of RFP's and responses to Interrogatories (.8); Review of Rough transcript from Adam Lief deposition, begin drafting Kevin Lucas deposition outline (2.3); Review documents in advance of Stuart Breslow deposition (2.2); Correspondence re Diane Green subpoena (.2); Attention to marked deposition exhibits and correspondence with US Legal re same (.3). |
| 0.5 | 10/06/2020 | Maya S. Jumper | MSJ | 0.5 | $475.00 | $237.50 | Review and finalize subpoena. |
| 0.3 | 10/07/2020 | Maya S. Jumper | MSJ | 0.3 | $475.00 | $142.50 | Proof and draft correspondence to opposing counsel regarding subpoena |
| 0.2 | 10/07/2020 | Shira Gelfand | SZG | 9.3 | $425.00 | $3,952.50 | Continue reviewing client documents with attention to client deposition (1.2); Client deposition prep session (2.8); Correspondence with counsel (.5); Begin preparing Tariq Shaukat deposition document binder and review documents and objectives (3.4); correspondence with BXK (.2); Review new production from Google, attention to Stuart Breslow documents (.3); correspondence with client re: Breslow points (.2); correspondence with CEG re Breslow deposition logistics (.1); Call with MSJ (.4); review DG subpoena (.2). |
| 0.3 | 10/08/2020 | Maya S. Jumper | MSJ | 0.3 | $475.00 | $142.50 | Review file and draft correspondence to LM regarding service of subpoena |

| Relevant Time | Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|---|
| 0.4 | 10/08/2020 | Shira Gelfand | SZG | 9.7 | $425.00 | $4,122.50 | Preparation for client call and review of documents, finalize Shaukat documents (1.8)client depo prep and follow-up cal with MSJ and CEG (2.8); Call with MSJ (.3); Correspondence re additional documentation and draft list of relevant individuals for deposition (1.4); Attention to Shaukat documents and binder logistics (.7); Finalize Breslow exhibits, final review and uplaod to platform (1.6); correspondence with counsel (.7); attention to Brian Stevens deposition notice and Diane Greene subpoena (.4). |
| 0.1 | 10/13/2020 | Maya S. Jumper | MSJ | 0.1 | $475.00 | $47.50 | Draft correspondence to LM  regarding service update. |
| 0.2 | 10/13/2020 | Maya S. Jumper | MSJ | 0.2 | $475.00 | $95.00 | Review correspondence from LM regarding service of subpoena |
| 0.2 | 10/16/2020 | Maya S. Jumper | MSJ | 0.2 | $475.00 | $95.00 | Review correspondence from LM regarding subpoena service. |
| 2.1 | 11/15/2020 | Shira Gelfand | SZG | 6.7 | $425.00 | $2,847.50 | Continue review of depo transcripts, research, and drafting letter re additional comparators (4.6); review of documents and pull for Diane Greene depo binder (2.1). |
| 1.3 | 11/16/2020 | Brian D. Kouassi | BDK | 1.3 | $325.00 | $422.50 | Prepare deposition binder re Diane Greene. |
| 1.4 | 11/16/2020 | Michaela Dougherty | MDX | 1.4 | $350.00 | $490.00 | Conference with BNK re deposition preparation re deponent D. Greene |
| 0.3 | 11/16/2020 | Michaela Dougherty | MDX | 0.3 | $350.00 | $105.00 | Update task list re D. Greene depostion preparation; e-mail correspondence with BDK re tasks |
| 0.3 | 11/16/2020 | Shira Gelfand | SZG | 8.5 | $425.00 | $3,612.50 | Continue drafting letter re additional comparator information, conduct research and review of documents (3.6); Prepare agenda for team meeting (.4); Case management meeting (.3); call with MSJ (.4); attention to Diane Greene binders (.3); correspondence with counsel and review confidential designations in lief transcript (.8); Begin review of documents and drafting EP claim chart (1.1); Correspondence with US Legal re depo logistics (.2); Review documents and prep for Vardaman depo (1.4). |
| 1.7 | 11/17/2020 | Brian D. Kouassi | BDK | 1.7 | $325.00 | $552.50 | Pull and compile documents re Diane Greene deposition binder |
| 2.9 | 11/17/2020 | Brian D. Kouassi | BDK | 2.9 | $325.00 | $942.50 | Finalize D. Greene's deposition binder. |
| 0.2 | 11/17/2020 | Shira Gelfand | SZG | 11.2 | $425.00 | $4,760.00 | Prep for Vardaman depo (1.7); Deposition of Stuart Vardaman (4.9); Draft correspondence to client re depo (.7); Review declaration from opposing counsel, draft thoughts to CEG and MSJ (1.6); Continue drafting EP claim memo (2.8); correspondence with paralegals re DG binders (.2). |
| 0.3 | 11/19/2020 | Cara E. Greene | CEG | 0.8 | $950.00 | $760.00 | Correspondence with opposing counsel re D. Greene deposition (.3); case management meeting with MSJ, SZG (.5) |
| 0.4 | 11/19/2020 | Maya S. Jumper | MSJ | 0.4 | $475.00 | $190.00 | Draft correspondence to opposing counsel regarding deposition of Diane Greene |
| 0.8 | 11/19/2020 | Shira Gelfand | SZG | 9.4 | $425.00 | $3,995.00 | Review Diane Greene binder before FTP to vendor (.2); Continue research on EP claims and job titles, review job descriptions for comparator letter (2.8); Prepare agenda for team meeting (.5); Case management meeting (.6); Prepare agenda for client call (.2); Attention to conflict waiver (.2); Client meeting (.7); Begin Kevin Lucas depo digest (1.6); Correspondence with counsel and team re DG deposition (.6); correspondence with paralegals re binders and assignments (.4); Review documents for Brian Wilson and Evren Eryurek deposition, pull for binder (2.6); Attention to equal pay memo, review Stevens deposition and additional documents (1.2). |
| 0.3 | 11/20/2020 | Maya S. Jumper | MSJ | 0.3 | $475.00 | $142.50 | Review correspondence from opposing counsel and draft response regarding deposition |
| 0.4 | 11/20/2020 | Maya S. Jumper | MSJ | 0.4 | $475.00 | $190.00 | Draft correspondence to opposing counsel regarding deposition and protective order |
| 0.3 | 11/20/2020 | Shira Gelfand | SZG | 3.3 | $425.00 | $1,402.50 | Continue drafting Lucas depo digest (2.1); Correspondence with US Legal re DG depo logistics (.3); Correspondence with counsel (.4); correspondence with MSJ (.2); correspondence with BXK re binders and Rowe assignment (.3). |
| 0.2 | 11/23/2020 | Maya S. Jumper | MSJ | 0.2 | $475.00 | $95.00 | Draft correspondence to opposing counsel regarding deposition of Diane Greene and extension request regarding errata. |

| Relevant Time | Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|---|
| 5.1 | 11/23/2020 | Shira Gelfand | SZG | 8.9 | $425.00 | $3,782.50 | Prepare agenda for team meeting (.4); Case management meeting (.6); Correspondence with MSJ (.2); Correspondence re Eryurek and Wilson depo logistics (.3); Correspondence re Diane Greene binders (.2); Review deposition exhibits re confidentiality designations (.6); Review of documents, depo testimony, conduct research, outline opposition to Google's motion (3.6); Review Google's filing and exhibits (1.3); Correspondence with client (.3); Review draft of deficiency letter (.7); finish drafting depo objectives and documents for Burdis, send to CEG (.7). |
| 0.6 | 11/24/2020 | Cara E. Greene | CEG | 0.6 | $950.00 | $570.00 | Correspondence with litigation team re protective order motion and review pre-motion letter to the court |
| 0.2 | 11/24/2020 | Shira Gelfand | SZG | 4.5 | $425.00 | $1,912.50 | Review Court order, review Judge rules, correspondence with MSJ and CEG re same (.8); correspondence with opposing counsel (.4); Review Google filing (.2); Begin drafting deposition outline for J Burdis, review of documents (3.1); Correspondence with US legal re next week deposition (.2). |
| 6.3 | 11/30/2020 | Maya S. Jumper | MSJ | 6.3 | $475.00 | $2,992.50 | Conduct legal research and draft opposition brief |
| 0.9 | 12/01/2020 | Cara E. Greene | CEG | 4.2 | $950.00 | $3,990.00 | Telephone call with client (.5); prep for B. Wilson deposition (2.8); review and edit letter to court re D. Greene (.9). |
| 0.3 | 12/01/2020 | Maya S. Jumper | MSJ | 0.3 | $475.00 | $142.50 | Review file and draft correspondence to MXD regarding exhibit to opposition |
| 1.8 | 12/01/2020 | Maya S. Jumper | MSJ | 1.8 | $475.00 | $855.00 | Review and revise opposition brief. |
| 3.2 | 12/01/2020 | Shira Gelfand | SZG | 9.3 | $425.00 | $3,952.50 | Call with client (.7); Continue drafting Burdis deposition outline (1.8); Continue drafting RFAs (2.3); Edit and supplement opposition to Google's MPO, conduct research re same, prepare for filing (3.2); correspondence with counsel (.3); Prep documents for Ben Wilson deposition (.6); Correspondence with BXK and review of job title analysis (.4). |
| 2.1 | 12/06/2020 | Shira Gelfand | SZG | 5.6 | $425.00 | $2,380.00 | Review Defendant's motion to seal, letter in furtherance of support re motion to quash Greene deposition, declarations re same (2.1); continue drafting letter re motion to compel, conduct research re same, review deposition transcripts and exhibits, continue drafting RFAs (3.3); correspondence with MSJ and CEG re motion to amend (.2). |
| 3.5 | 01/04/2021 | Brian D. Kouassi | BDK | 3.5 | $325.00 | $1,137.50 | Compile documents re Defendant's Motion to Quash Diane Greene's Subpoena. |
| 1.2 | 01/04/2021 | Cara E. Greene | CEG | 1.7 | $950.00 | $1,615.00 | Case management meeting (.5); review file for oral arguments (1.2). |
| 0.1 | 01/05/2021 | Brian D. Kouassi | BDK | 0.1 | $325.00 | $32.50 | Correspondence with JLM re deadline to appeal Magistrate Judge's decision |
| 0.2 | 01/05/2021 | Brian D. Kouassi | BDK | 0.2 | $325.00 | $65.00 | Update docket calendar re objections to Judge's order. |
| 0.1 | 01/05/2021 | Brian D. Kouassi | BDK | 0.1 | $325.00 | $32.50 | Correspondence with JLM re deadline to appeal Magistrate Judge's decision |
| 2 | 01/05/2021 | Cara E. Greene | CEG | 3.1 | $950.00 | $2,945.00 | Prepare for oral arguments (.9); participate in oral arguments (1.1) and debrief with team re same (.2); review and edit reply brief (.9). |
| 1.1 | 01/05/2021 | Maya S. Jumper | MSJ | 1.1 | $475.00 | $522.50 | Attend oral argument on Defendant's motion for protective order |
| 2.7 | 01/05/2021 | Shira Gelfand | SZG | 4.2 | $425.00 | $1,785.00 | Prepare for oral arguments, review filings and exhibits (1.6); Oral arguments (1.1); review draft reply brief re motion to supplement, review documents re same, correspondence with MSJ re same (1.3); correspondence with client (.2). |
| 0.1 | 01/20/2021 | Brian D. Kouassi | BDK | 0.1 | $325.00 | $32.50 | Correspondence with JLM re transcript of Oral Argument for Pending Motion for Protective Order |
| 0.1 | 01/20/2021 | Brian D. Kouassi | BDK | 0.1 | $325.00 | $32.50 | Save transcript of Oral Argument for Pending Motion for Protective Order |
| Total | 57.4 | | | | | | |