# EXHIBIT 8

| Relevant Time | Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|---|
| 4.3 | 09/21/2023 | Shira Gelfand | SZG | 9.3 | $425.00 | $3,952.50 | Prep for and attend joint pre trial conference (3.2); debrief with CEG and GSC (.9); research and prepare joint letter to court re Florissi (4.3); meet and confer with counsel (.7); correspondence with paralegals re tasks (.2). |
| 0.7 | 09/22/2023 | Abigail L. Robinson | ALR | 0.7 | $325.00 | $227.50 | Read and review closely joint letter re Florissi to be up to date on case issue and to determine which filing option to select. Correspondence with JLM re same. |
| 0.2 | 09/22/2023 | Abigail L. Robinson | ALR | 0.2 | $325.00 | $65.00 | Review correspondences between SZG and opposing counsel re joint Florissi letter |
| 0.1 | 09/22/2023 | Abigail L. Robinson | ALR | 0.1 | $325.00 | $32.50 | Review correspondence from opposing counsel re status of their edits to the joint Florissi letter. Correspondence with JLM re same. |
| 0.5 | 09/22/2023 | Abigail L. Robinson | ALR | 0.5 | $325.00 | $162.50 | Run a compare and review updated joint letter from defendants. Finalize formating and convert to a PDF for filing. Communication with SZG and JLM re same. Receive updated instructions to hold the filing. |
| 0.1 | 09/22/2023 | Abigail L. Robinson | ALR | 0.1 | $325.00 | $32.50 | Review our footnote addition to the Joint Letter and email to Defendants |
| 0.9 | 09/22/2023 | Cara E. Greene | CEG | 6.8 | $950.00 | $6,460.00 | Prep meeting with client (2.5); review and edit letter to court (.9); work on trial outlines (3.4) |
| 0.6 | 09/22/2023 | Gregory S. Chiarello | GSC | 4.1 | $800.00 | $3,280.00 | Client meeting (3.5); edit Florissi letter, correspondence re same (.6) |
| 0.4 | 09/22/2023 | Jennifer LaMarch | JLM | 0.4 | $350.00 | $140.00 | File joint letter re objections to testimony. |
| 5.8 | 09/22/2023 | Shira Gelfand | SZG | 7.9 | $425.00 | $3,357.50 | Continue drafting and editing letter re Florissi (5.8); attention to preparing documents for expert and client to review (1.4); call with CEG (.2); correspondence with counsel (.2); attention to filing (.3). |
| 1.4 | 09/25/2020 | Shira Gelfand | SZG | 9.8 | $425.00 |  | Prepare agenda and attend team meetings (2.2); meeting with AR re L8 comparison project (.2); draft letter to court re trial logisitics and stipulations (1.2); attention to Harteau meeting prep and correspondence with GSC re same (4.2);  review court order and team meeting re new trial order (.6); call with N. Ostrofe re trial testimony (.2); review court order re Florissi and correspondence with team re same (1.4). |
| 5.3 | 10/03/2023 | Shira Gelfand | SZG | 8.5 | $425.00 | $3,612.50 | Call with Paul Hastings re deposition videos and correspondence with team (.5); team meeting (.3); Review Florissi transcript and prepare letter to court to exclude testimony (5.3);  prepare for and attend meeting with Harteau and attorney (1.8); edit examination outline and review meeting notes (.6);. |
| 1.7 | 10/04/2023 | Shira Gelfand | SZG | 3.9 | $425.00 | $1,657.50 | Calls with GSC and CEG; follow up emails re same (1.2); edit JPTO (.2); Continue drafting Florissi letter and conduct research re same (1.7); correspondence with paralegals re tasks (.2); correspondence with jury consultant (.1); review documents and communications re Def's discovery request (.3); correspondence re linkedin campaign (.1);. |
| 3 | 10/05/2023 | Shira Gelfand | SZG | 9.9 | $425.00 | $4,207.50 | Edit Florissi letter (1.3); team meeting (.4); correspondence with opposing counsel re JPTO and Appx B (.3); attention to video notations and exhibits, review VXY designations and callouts for Burdis and Vardaman (3.8); call with opposing counsel and attention to edits to JPTO, finalize and edit same (.8); meeting with CEG re matter (.5); call with expert (.2); attention to editing appx A (.5); attention to Florissi production - review documents, remove A/C correspondence, correspondence with paralegals (.6); meeting with lit ops (.5); meeting with GSC (.1); review CEG edits to letter and review re same, edit and include citations (1.1). |
| 1.5 | 10/06/2023 | Abigail L. Robinson | ALR | 1.5 | $325.00 | $487.50 | Review Florissi letter and pull and label exhibits from transcript. Correspondence with Court Reporting company to resolve formating issues with transcript. Correspondence with SZG re same. |
| 1.5 | 10/06/2023 | Abigail L. Robinson | ALR | 1.5 | $325.00 | $487.50 | Update and Q/C exhibits to Florissi letter. Correspondence with VXY re Q/C. Correspondence with SZG re same. Finalize Florissi letter and coordinate with JLM to get filed on ECF. |
| 0.2 | 10/06/2023 | Jennifer LaMarch | JLM | 0.2 | $350.00 | $70.00 | File letter re Florissi testimony. |

| Relevant Time | Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|---|
| 3.7 | 10/06/2023 | Shira Gelfand | SZG | 9.4 | $425.00 | $3,995.00 | Continue drafting Harteau outline and review GSC notes from meeting (.8); Rowe mock opening and debrief (1.1); meetings with CEG and GSC (1.2); attention to finalizing and filing JPTO and Florissi letter (3.7); attention to Burdis video and exhibits (.2); team meeting and follow up correspondence re courtesy copies to court and other open items (1.6); begin drafting letter to court re Vardaman appearance (.8). |
| 0.1 | 10/06/2023 | Vincent Yang | VXY | 0.1 | $325.00 | $32.50 | Perform quality check re letter re Florissi. |
| 0.3 | 10/12/2023 | Abigail L. Robinson | ALR | 0.3 | $325.00 | $97.50 | Finalize and file letter re Jennifer Bennett. |
| 0.8 | 10/12/2023 | Abigail L. Robinson | ALR | 0.8 | $325.00 | $260.00 | Research cites from letter re Jennifer Bennett. |
| 0.2 | 10/12/2023 | Jennifer Davidson | JDX | 0.2 | $425.00 | $85.00 | Conference with LMG re: researching for letter motion. |
| 0.9 | 10/12/2023 | Jennifer Davidson | JDX | 0.9 | $425.00 | $382.50 | Research re: J. Bennett evidence. |
| 2.1 | 10/12/2023 | Lindsay M. Goldbrum | LMG | 6.1 | $450.00 | $2,745.00 | Attend trial (4.0); draft letter to court re Jennifer Bennett (1.9); telephone conference with JDX re letter to court (.1); correspondence with SZG re letter to court (.1). |
| 0.2 | 10/12/2023 | Abigail L. Robinson | ALR | 0.2 | $325.00 | $65.00 | Pull requested Burdis deposition pages. |
| 0.4 | 10/12/2023 | Abigail L. Robinson | ALR | 0.4 | $325.00 | $130.00 | Finalize and file letter at ECF Document number 331 |
| 0.1 | 10/12/2023 | Abigail L. Robinson | ALR | 0.1 | $325.00 | $32.50 | Process filed copy of ECF Document number 331 |
| 0.1 | 10/12/2023 | Abigail L. Robinson | ALR | 0.1 | $325.00 | $32.50 | Save minute entry and ECF Document number 332. |
| 1* | 10/12/2023 | Gregory S. Chiarello | GSC | 14.6 | $800.00 | $11,680.00 | Trial: Day 3 (7.3); preparation work for Day 4, including letter to court re evidentiary issues (7.3) |
| 0.8 | 10/18/2023 | Jennifer Davidson | JDX | 0.8 | $425.00 | $340.00 | Research re: duty to supplement based on trial evidence. |
| 2.2 | 10/18/2023 | Lindsay M. Goldbrum | LMG | 6.1 | $450.00 | $2,745.00 | Review and pull trial and deposition exerpts for closing (3.9); telephone conference with GSC re research (.1); correspondence with SZG and GSC re research (.1); correspondence with JDX re research (.1); research re continuing discovery obligation (1.9). |
| 0.5 | 10/18/2023 | Napoleon Zapata | NAZ | 0.5 | $325.00 | $162.50 | Pull deposition transcript and trial transcript citations and prepare letter exhibits in advance of filing letter |
| 1* | 10/18/2023 | Abigail L. Robinson | ALR | 4.6 | $325.00 | $1,495.00 | Conference with VXY re updated exhibit list, update Primary Exhibit Index, correspondence with Attys re assignments for the evening, correspondence with opposing counsel's paralegal re status of trial transcript, update deposition transcript video log, process daily trial transcripts, legal research for joint letter, finalize and file joint letter, create binder for joint letter and cases, legal research for jury charge. |
| .5* | 10/18/2023 | Shira Gelfand | SZG | 17.8 | $425.00 | $7,565.00 | Prep for; attend court; file letter and prep for closing and cross exam |

Total   40.6