# EXHIBIT 9

| Relevant Time | Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|---|
| 4.2 | 03/10/2020 | Cara E. Greene | CEG | 4.2 | $950.00 | $3,990.00 | Prepare for and attend mediation. |
| 2 | 03/10/2020 | Maya S. Jumper | MSJ | 2.0 | $475.00 | $950.00 | Attend mediation with CEG/SZG. |
| 3 | 03/10/2020 | Shira Gelfand | SZG | 3.5 | $425.00 | $1,487.50 | Attend mediation (3.0); Correspondence with opposing counsel (.2); review op ed (.3) |
| 0.7 | 05/14/2020 | Cara E. Greene | CEG | 3.1 | $950.00 | $2,945.00 | Prepare for court discovery conference (2.0); telephone call with SZG, MSJ re same (.2); court conference (.7); telephone call with SZG, MSJ post-conference (.2). |
| 1.8 | 05/14/2020 | Maya S. Jumper | MSJ | 1.8 | $475.00 | $855.00 | Attend discovery conference. |
| 0.8 | 05/14/2020 | Shira Gelfand | SZG | 4.5 | $425.00 | $1,912.50 | Correspondence with opposing counsel re production (.3) Prep for discovery conference w. Judge Schofield (1.8); attend discovery conference (.8); case management meeting with CEG and MSJ (.2); Call with MSJ (.2); Draft email to client (.6); review order from judge (.2); Correspondence with opposing counsel re ESI (.2); Correspondence with paralegals re ordering transcript from hearing (.2). |
| 8.3 | 10/09/2020 | Cara E. Greene | CEG | 8.3 | $950.00 | $7,885.00 | Prepare for and take S. Breslow deposition. |
| 7 | 10/09/2020 | Maya S. Jumper | MSJ | 7.0 | $475.00 | $3,325.00 | Second chair deposition of Stuart Breslow |
| 6.6 | 10/09/2020 | Shira Gelfand | SZG | 10.7 | $425.00 | $4,547.50 | Review additional production and prepare for Breslow deposition (1.7); Deposition of Breslow and debrief with CEG and MSJ (6.6); Prepare list of outstanding tasks for next week (.8); Attention to production to Defendant of client notes (.7); correspondence with US legal re Shaukat deposition (.4); attention to Shaukat binders and correspondence with Sitelogistix re same (.5);. |
| 8 | 10/15/2020 | Cara E. Greene | CEG | 11.0 | $950.00 | $10,450.00 | Prepare for deposition of T. Shaukat (2.5); take deposition of T. Shaukat (8.0); conference with MSJ, SZG, client re deposition (.5). |
| 8 | 10/15/2020 | Maya S. Jumper | MSJ | 8.0 | $475.00 | $3,800.00 | Deposition of Tarim Shaukat. |
| 9 | 10/15/2020 | Shira Gelfand | SZG | 10.6 | $425.00 | $4,505.00 | Prep for deposition (1.6); Deposition of Tariq Shaukat, debrief with CEG and MSJ, call with client (9.0); |
| 8.3 | 10/27/2020 | Cara E. Greene | CEG | 8.3 | $950.00 | $7,885.00 | Finishing preparing for K. Lucas deposition and take same. |
| 6.1 | 10/27/2020 | Maya S. Jumper | MSJ | 6.1 | $475.00 | $2,897.50 | Attend deposition of Kevin Lucas. |
| 7.9 | 10/27/2020 | Shira Gelfand | SZG | 11.4 | $425.00 | $4,845.00 | Prepare for depostion (3.4); Deposition of Kevin Lucas (7.9); correspondence with client (.1) |
| 10.2 | 10/29/2020 | Cara E. Greene | CEG | 10.2 | $950.00 | $9,690.00 | Finish preparing for and take deposition of W. Grannis |
| 6.5 | 10/29/2020 | Maya S. Jumper | MSJ | 6.5 | $475.00 | $3,087.50 | Second chair deposition of Will Grannis |
| 6.3 | 10/29/2020 | Shira Gelfand | SZG | 10.0 | $425.00 | $4,250.00 | Depo prep for Grannis (2.6); Deposition of Will Grannis (6.3); Call with client, debrief with team (.6); Call with MSJ (.5). |
| 7.5 | 11/13/2020 | Cara E. Greene | CEG | 7.5 | $950.00 | $7,125.00 | Prepare for and take deposition of B. Stevens (7.2); Telephone call with opposing counsel (.3) |
| 5.1 | 11/13/2020 | Maya S. Jumper | MSJ | 5.1 | $475.00 | $2,422.50 | Second chair deposition of Brian Stevens. |
| 2.8 | 11/13/2020 | Shira Gelfand | SZG | 8.9 | $425.00 | $3,782.50 | Depo prep (1.6); Depo of Brian Stevens (2.8); debrief with CEG and MSJ (.8); Call with counsel (.2); call with MSJ (.4); Begin research, review file, and drafting letter to opposing counsel re comparator information (3.6); correspondence with client (.3). |
| 9.3 | 11/17/2020 | Cara E. Greene | CEG | 9.3 | $950.00 | $8,835.00 | Finish preparing for and take deposition of S. Vardaman (9.1); review letter to client (.2) |
| 5 | 11/17/2020 | Maya S. Jumper | MSJ | 5.0 | $475.00 | $2,375.00 | Second chair deposition of Stuart Vardaman |
| 4.9 | 11/17/2020 | Shira Gelfand | SZG | 11.2 | $425.00 | $4,760.00 | Prep for Vardaman depo (1.7); Deposition of Stuart Vardaman (4.9); Draft correspondence to client re depo (.7); Review declaration from opposing counsel, draft thoughts to CEG and MSJ (1.6); Continue drafting EP claim memo (2.8); correspondence with paralegals re DG binders (.2). |
| 5.8 | 12/02/2020 | Cara E. Greene | CEG | 8.4 | $950.00 | $7,980.00 | Finish preparing for B. Wilson deposition (2.6); take deposition of B. Wilson (5.8) |
| 8 | 12/02/2020 | Maya S. Jumper | MSJ | 8.0 | $475.00 | $3,800.00 | Attend deposition. |

| Relevant Time | Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|---|
| 5.7 | 12/02/2020 | Shira Gelfand | SZG | 9.9 | $425.00 | $4,207.50 | Prep for deposition (1.4); deposition of Ben Wilson (5.7); correspondence with MSJ and CEG (.2); Correspondence with counsel (.2); Continue drafting RFAs (1.2); attention to documents and marked exhibits for Eryurek deposition (.8); Draft update to client (.4). |
| 4 | 12/03/2020 | Cara E. Greene | CEG | 7.8 | $950.00 | $7,410.00 | Prepare for deposition of E. Eryurek (3.5); take deposition of E. Eryurek (4.0); meet and confer call with opposing counsel (.3). |
| 4 | 12/03/2020 | Maya S. Jumper | MSJ | 5.0 | $475.00 | $2,375.00 | Second chaired deposition. |
| 1.1 | 12/03/2020 | Shira Gelfand | SZG | 9.6 | $425.00 | $4,080.00 | Eryurek deposition prep (.8); Eryurek deposition (1.1); Meet and confer with Paul Hastings (.8); Call with MSJ and CEG (.3); Call with MSJ (.3); Continue drafting RFA's (2.2); Continue drafting Burdis deposition outline (1.3); Begin drafting letter motion to compel (2.8); correspondence with client (.1). |
| 0.6 | 05/27/2021 | Cara E. Greene | CEG | 2.9 | $950.00 | $2,755.00 | Prepare for court conference (1.8): court conference re SJ (.6); follow-up with opposing counsel, and internally, re Gorenstein as mediator (.4); correspondence with reporter (.1). |
| 1 | 05/27/2021 | Maya S. Jumper | MSJ | 1.0 | $475.00 | $475.00 | Attend pre-motion conference. |
| 0.7 | 05/27/2021 | Shira Gelfand | SZG | 3.3 | $425.00 | $1,402.50 | Prep for court conference (1.8); Court conference (.7); Call with client (.6); correspondence with BXK (.2) |
| 10 | 11/04/2022 | Cara E. Greene | CEG | 10.0 | $950.00 | $9,500.00 | Prepare for and attend mediation. |
| 8.9 | 11/04/2022 | Gregory S. Chiarello | GSC | 8.9 | $800.00 | $7,120.00 | Attend mediation. |
| 10 | 11/04/2022 | Shira Gelfand | SZG | 10.0 | $425.00 | $4,250.00 | Prep for and attend mediation. |
| 3.5 | 01/11/2023 | Cara E. Greene | CEG | 3.9 | $950.00 | $3,705.00 | Finish preparing for expert deposition; defend expert deposition (3.5); conference with GSC re same (.4) |
| 4.7 | 01/11/2023 | Gregory S. Chiarello | GSC | 4.9 | $800.00 | $3,920.00 | Correspondence with Ostrofe (.2); Ostrofe deposition (4.7) |
| 4.3 | 01/11/2023 | Shira Gelfand | SZG | 4.3 | $425.00 | $1,827.50 | Attend expert deposition. |
| 6.3 | 03/28/2023 | Cara E. Greene | CEG | 6.3 | $950.00 | $5,985.00 | Attend settlement conference and prepare for same. |
| 5.8 | 03/28/2023 | Gregory S. Chiarello | GSC | 5.8 | $800.00 | $4,640.00 | SDNY Settlement Conference. |
| 7.1 | 03/28/2023 | Shira Gelfand | SZG | 7.1 | $425.00 | $3,017.50 | Prep for and attend settlement conference. |
| 0.3 | 07/24/2023 | Cara E. Greene | CEG | 2.6 | $950.00 | $2,470.00 | Trial team meeting with lit ops (1.2); conference with GSC, SZG re trial tactics and strategy (.6); conference with the court (.3); conference with team re rescheduled trial, notify witnesses (.5). |
| 0.3 | 07/24/2023 | Gregory S. Chiarello | GSC | 3.2 | $800.00 | $2,560.00 | Rowe direct examination (.8); team meeting with paralegals (for part) (2.1); telephone court conference (.3) |
| 0.3 | 07/24/2023 | Shira Gelfand | SZG | 5.3 | $425.00 | $2,252.50 | Continue drafting comprehensive timeline (1.7); draft agenda for team (.3); team meeting re trial (1.2); call with court (.3); meeting with CEG and GSC re trial tactics (.6); call with client (.2); draft leveling feedback document (1.2). |
| **Total** | **231.7** | | | | | | |