# EXHIBIT 10 INTENTIONALLY LEFT BLANK