# EXHIBIT 11

| Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|
| 04/21/2020 | Brian D. Kouassi | BDK | 1.4 | $325.00 | $455.00 | Organize and compile requested documents from opposing counsel in electronic binder format |
| 04/21/2020 | Christopher C. Alter | CCA | 0.7 | $325.00 | $227.50 | Download native files for binder; correspondence with team re same |
| 04/24/2020 | Sara Olson | SXO | 0.4 | $350.00 | $140.00 | Circulate Defendant's hot documents to BDK for deposition binder |
| 08/07/2020 | Brian D. Kouassi | BDK | 4.3 | $325.00 | $1,397.50 | Compile and review documents for upcoming deposition binders |
| 09/22/2020 | Brian D. Kouassi | BDK | 0.9 | $325.00 | $292.50 | Prepare binder covers and binder spine for upcoming deposition binders |
| 09/22/2020 | Brian D. Kouassi | BDK | 1.2 | $325.00 | $390.00 | Prepare binder for printing company. |
| 09/29/2020 | Brian D. Kouassi | BDK | 0.8 | $325.00 | $260.00 | Send documents to outside printing company for upcoming deposition binders |
| 09/30/2020 | Brian D. Kouassi | BDK | 0.4 | $325.00 | $130.00 | Create binder sheets for deposition binders. |
| 10/01/2020 | Brian D. Kouassi | BDK | 0.3 | $325.00 | $97.50 | Send documents to printing company re deposition binder re Stuart Breslow's deposition |
| 10/07/2020 | Brian D. Kouassi | BDK | 0.4 | $325.00 | $130.00 | Prepare binders for deposition for Tariq Shaukat |
| 10/08/2020 | Brian D. Kouassi | BDK | 1.2 | $325.00 | $390.00 | Pull documents for printing re Deposition binder for Tariq Shaukat |
| 10/08/2020 | Brian D. Kouassi | BDK | 0.6 | $325.00 | $195.00 | Edit documents pertaining to deposition binders |
| 10/09/2020 | Sara Olson | SXO | 0.3 | $350.00 | $105.00 | Batch print deposition binder documents from Nuix |
| 10/09/2020 | Sara Olson | SXO | 0.1 | $350.00 | $35.00 | Circulate deposition binder preparation documents to vendor via FTP |
| 10/14/2020 | Brian D. Kouassi | BDK | 0.4 | $325.00 | $130.00 | Prepare binder for upcoming deposition of Will Grannis |
| 10/14/2020 | Brian D. Kouassi | BDK | 0.6 | $325.00 | $195.00 | Prepare binder for deposition of Bernita Johnson |
| 10/19/2020 | Brian D. Kouassi | BDK | 5.5 | $325.00 | $1,787.50 | Prepare deposition binders for Kevin Lucas and Will Grannis to be sent out for printing |
| 10/20/2020 | Brian D. Kouassi | BDK | 3.6 | $325.00 | $1,170.00 | Prepare deposition binder for Will Grannis's upcoming deposition |
| 10/21/2020 | Sara Olson | SXO | 0.2 | $350.00 | $70.00 | Zip deposition binder documents for FTP to vendor |
| 10/21/2020 | Sara Olson | SXO | 0.1 | $350.00 | $35.00 | Send physical binder request to vendor. |
| 10/28/2020 | Brian D. Kouassi | BDK | 0.8 | $325.00 | $260.00 | Update deposition binders with new exhibit numbers. |
| 11/02/2020 | Brian D. Kouassi | BDK | 2.4 | $325.00 | $780.00 | Prepare binder of marked exhibits prepare new exhibits |
| 11/04/2020 | Brian D. Kouassi | BDK | 6.9 | $325.00 | $2,242.50 | Prepare deposition binders. |
| 11/05/2020 | Brian D. Kouassi | BDK | 8.2 | $325.00 | $2,665.00 | Compile documents for Deposition Binders upcoming Deposition for Jennifer Burdis and Brian Stevens |
| 11/11/2020 | Michaela Dougherty | MDX | 1.5 | $350.00 | $525.00 | E-mail correspondence with SZG re deposition preparation binders; pull documents from nuix; prepare binder materials. |
| 11/16/2020 | Brian D. Kouassi | BDK | 1.3 | $325.00 | $422.50 | Prepare deposition binder re Diane Greene. |
| 11/17/2020 | Brian D. Kouassi | BDK | 1.7 | $325.00 | $552.50 | Pull and compile documents re Diane Greene deposition binder |
| 11/17/2020 | Brian D. Kouassi | BDK | 0.4 | $325.00 | $130.00 | Update deposition binder and marked exhibits binder |
| 11/17/2020 | Brian D. Kouassi | BDK | 2.9 | $325.00 | $942.50 | Finalize D. Greene's deposition binder. |
| 11/17/2020 | Michaela Dougherty | MDX | 4.0 | $350.00 | $1,400.00 | Prepare deposition preparation binder materials and indexes; e-mail correspondence with BDK and SZG |
| 11/19/2020 | Michaela Dougherty | MDX | 2.0 | $350.00 | $700.00 | Pull documents for deposition preparation binder; draft binder index; e-mail correspondence with BDK re tasks |
| 11/20/2020 | Brian D. Kouassi | BDK | 0.8 | $325.00 | $260.00 | Draft and compile documents for the deposition binders of B. Wilson's and E. Eryurek's |
| 11/20/2020 | Brian D. Kouassi | BDK | 2.1 | $325.00 | $682.50 | Compile documents re deposition binder for Ben Wilson |
| 11/20/2020 | Michaela Dougherty | MDX | 3.0 | $350.00 | $1,050.00 | Update marked exhibit number fields on Nuix; finalize binder materials; update index; e-mail correspondence with BDK re deposition preparation tasks. |

| Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|
| 11/23/2020 | Michaela Dougherty | MDX | 3.5 | $350.00 | $1,225.00 | Finalize indexes re deposition preparation binders and marked exhibits; QC binder materials; e-mail correspondence with vendor re binder request; send binder materials via FTP to vendor. |
| 12/07/2020 | Michaela Dougherty | MDX | 2.0 | $350.00 | $700.00 | Review marked exhibits; update J. Burdis deposition prep binder; update casefile; e-mail correspondence with SZGre depo prep. |
| 04/26/2021 | Brian D. Kouassi | BDK | 1.7 | $325.00 | $552.50 | Prepare deposition exhibits re preparation for binders |
| 04/26/2021 | Brian D. Kouassi | BDK | 2.0 | $325.00 | $650.00 | Update Litigation Binder with previous and recent filing from the court |
| 04/27/2021 | Brian D. Kouassi | BDK | 1.3 | $325.00 | $422.50 | Update Litigation binder re previous and recent filings from the court |
| 04/28/2021 | Brian D. Kouassi | BDK | 1.3 | $325.00 | $422.50 | Update litigation binder re filings to court |
| 04/30/2021 | Brian D. Kouassi | BDK | 2.2 | $325.00 | $715.00 | Revise Litigation Binder. |
| 05/02/2021 | Brian D. Kouassi | BDK | 3.1 | $325.00 | $1,007.50 | Update Litigation Binder. |
| 05/03/2021 | Brian D. Kouassi | BDK | 1.3 | $325.00 | $422.50 | Update litigation binder. |
| 05/04/2021 | Brian D. Kouassi | BDK | 3.3 | $325.00 | $1,072.50 | Update litigation binder re recent updates from the court |
| 05/05/2021 | Brian D. Kouassi | BDK | 0.2 | $325.00 | $65.00 | Review finalize deposition exhibits binder. |
| 05/05/2021 | Brian D. Kouassi | BDK | 5.1 | $325.00 | $1,657.50 | Compile documents for Litigation Binder. |
| 05/05/2021 | Vincent Yang | VXY | 1.8 | $325.00 | $585.00 | Finalize master depositions exhibits binder. |
| 05/06/2021 | Brian D. Kouassi | BDK | 3.0 | $325.00 | $975.00 | Update litigation binder. |
| 05/07/2021 | Brian D. Kouassi | BDK | 4.0 | $325.00 | $1,300.00 | Update litigation binder. |
| 05/10/2021 | Brian D. Kouassi | BDK | 2.0 | $325.00 | $650.00 | Prepare pre-conference motion binder re partial summary judgement |
| 05/10/2021 | Brian D. Kouassi | BDK | 1.6 | $325.00 | $520.00 | Pull documents for litigation binder |
| 05/11/2021 | Brian D. Kouassi | BDK | 1.8 | $325.00 | $585.00 | Update Litigation Binder re new documents from the court |
| 05/18/2021 | Brian D. Kouassi | BDK | 5.6 | $325.00 | $1,820.00 | Finalize Litigation Binder with submissions from the court |
| 10/19/2022 | Napoleon Zapata | NAZ | 1.0 | $325.00 | $325.00 | Begin preparing binders containing deposition digests and transcripts for attorney review and analysis |
| 10/19/2022 | Napoleon Zapata | NAZ | 0.6 | $325.00 | $195.00 | Begin preparing binders containing deposition digests and transcripts for attorney review and analysis (181045-000001). |
| 10/19/2022 | Napoleon Zapata | NAZ | 0.3 | $325.00 | $97.50 | Convert full deposition transcripts to mimic mini transcript format in advance of preparaing binders containing deposition digests and transcripts for attorney review and analysis (181045-000001). |
| 10/20/2022 | Napoleon Zapata | NAZ | 1.3 | $325.00 | $422.50 | Continue preparing binders containing deposition digests and transcripts for attorney review and analysis |
| 10/21/2022 | Napoleon Zapata | NAZ | 1.6 | $325.00 | $520.00 | Finalize and QC binders containing deposition digests and transcripts for attorney review and analysis |
| 10/21/2022 | Napoleon Zapata | NAZ | 1.5 | $325.00 | $487.50 | Begin preparing cross reference to identify documents to pull for binders containing potential trial exhibits for attorney review and analysis. |
| 10/21/2022 | Vincent Yang | VXY | 1.7 | $325.00 | $552.50 | Pull documents for binder re expert review. |
| 10/21/2022 | Vincent Yang | VXY | 0.6 | $325.00 | $195.00 | Pull potential trial exhibits per CEG correspondence re binder sets |
| 10/22/2022 | Napoleon Zapata | NAZ | 5.6 | $325.00 | $1,820.00 | Continue preparing cross reference to identify documents to pull for binders containing potential trial exhibits for attorney review and analysis. |
| 10/24/2022 | Napoleon Zapata | NAZ | 2.0 | $325.00 | $650.00 | Continue preparing cross reference to identify documents to pull for binders containing potential trial exhibits for attorney review and analysis. |
| 10/24/2022 | Napoleon Zapata | NAZ | 1.7 | $325.00 | $552.50 | Prepare and finalize documents for Set 1 binders containing potential trial exhibits for attorney review and analysis |
| 10/24/2022 | Napoleon Zapata | NAZ | 2.0 | $325.00 | $650.00 | Prepare update to cross reference to identify documents to pull for binders containing potential trial exhibits for attorney review and analysis. |

| Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|
| 10/25/2022 | Hector Jacome | HJ | 0.5 | $150.00 | $75.00 | Assisted in the preparation of binders/ Transperfect Legal Solutions delivery |
| 10/25/2022 | Napoleon Zapata | NAZ | 1.0 | $325.00 | $325.00 | Assembled, and QC'd Set 1 binders for attorney review and analysis. |
| 10/25/2022 | Napoleon Zapata | NAZ | 2.0 | $325.00 | $650.00 | Prepare and finalize contents of Set 2 binders in advance of sending to Transperfect for printing |
| 10/26/2022 | Napoleon Zapata | NAZ | 0.9 | $325.00 | $292.50 | Finalize, assemble, and QC Set 1 binders for attorney review and analysis |
| 10/26/2022 | Napoleon Zapata | NAZ | 0.7 | $325.00 | $227.50 | Prepare and finalize binder index of all documents in Set 1 binder in advance of binder assembly |
| 10/29/2022 | Napoleon Zapata | NAZ | 2.3 | $325.00 | $747.50 | Begin preparing binder containing Ulku Rowe deposition transcripts and exhibits for plaintiff review and analysis |
| 10/30/2022 | Napoleon Zapata | NAZ | 0.6 | $325.00 | $195.00 | Continue preparing binder containing Ulku Rowe deposition transcripts and exhibits for plaintiff review and analysis. |
| 11/01/2022 | Vincent Yang | VXY | 1.2 | $325.00 | $390.00 | Prepare mediation binder for CEG in advance of mediation |
| 11/02/2022 | Napoleon Zapata | NAZ | 1.3 | $325.00 | $422.50 | Finalize, assemble, and QC mediation binder for attorney review and analysis |
| 11/07/2022 | Napoleon Zapata | NAZ | 0.5 | $325.00 | $162.50 | Prepare binder containing Ulku Rowe deposition digests and transcripts |
| 11/07/2022 | Napoleon Zapata | NAZ | 3.4 | $325.00 | $1,105.00 | Begin preparing Set 3 binders containing all documents cited in plaintiff's 56.1 pleadings, deposition and motion exhibits and general policy documents. |
| 11/08/2022 | Hector Jacome | HJ | 0.5 | $150.00 | $75.00 | Prepared binders as per N. Zapata's instructions and delivered to Jay conference room |
| 11/08/2022 | Napoleon Zapata | NAZ | 0.6 | $325.00 | $195.00 | Finalize preparation of binder containing Ulku Rowe deposition digests and transcripts |
| 11/08/2022 | Napoleon Zapata | NAZ | 3.9 | $325.00 | $1,267.50 | Continue preparation, finalize, and QC of Set 3 binders containing all documents cited in plaintiff's 56.1 pleadings deposition and motion exhibits, and general policy documents. |
| 11/08/2022 | Vincent Yang | VXY | 8.8 | $325.00 | $2,860.00 | Compile, organize, dedupe production documents for exhibits review binders; create index re same; correspondence with NAZ re same. |
| 11/09/2022 | Hector Jacome | HJ | 0.5 | $150.00 | $75.00 | Received early AM delivery from Transperfect and assisted to ensemble the documents into binders |
| 11/09/2022 | Napoleon Zapata | NAZ | 1.7 | $325.00 | $552.50 | Finalize, assemble, and QC Set 3 binders for attorney review and analysis |
| 11/09/2022 | Napoleon Zapata | NAZ | 1.1 | $325.00 | $357.50 | Prepare binder containing all Ulku Rowe deposition exhibits for attorney review and analysis |
| 11/18/2022 | Napoleon Zapata | NAZ | 0.6 | $325.00 | $195.00 | Begin preparing additional set of binders containing deposition digests and transcripts in advance of sending to Transperfect Legal Solutions for printing. |
| 11/18/2022 | Vincent Yang | VXY | 4.7 | $325.00 | $1,527.50 | Assemble electronic binder re potential exhibits; format native files; consolidate sources with attachments; update index. |
| 11/21/2022 | Napoleon Zapata | NAZ | 0.6 | $325.00 | $195.00 | Continue preparing additional set of binders containing deposition digests and transcripts in advance of sending to Transperfect Legal Solutions for printing. |
| 11/22/2022 | Napoleon Zapata | NAZ | 0.3 | $325.00 | $97.50 | Assemble and QC binders containing all deposition digests and transcripts |
| 11/22/2022 | Napoleon Zapata | NAZ | 0.4 | $325.00 | $130.00 | Assemble and QC binders containing all deposition digests and transcripts (181045-000001) |
| 11/29/2022 | Napoleon Zapata | NAZ | 4.8 | $325.00 | $1,560.00 | Pull documents, prepare and QC binders for CEG and GSC containing trial exhibits for attorney review and analysis |
| 11/29/2022 | Napoleon Zapata | NAZ | 2.6 | $325.00 | $845.00 | Pull documents and prepare additional binder set containing trial exhibits for attorney review and analysis |
| 11/29/2022 | Sylvie Rohrbaugh | SXR | 9.5 | $325.00 | $3,087.50 | Compile trial exhibits binders for CEG and GSC review. |
| 11/30/2022 | Napoleon Zapata | NAZ | 1.2 | $325.00 | $390.00 | Rename trial exhibits to match updated chron date order in advance of preparing trial exhibit binders |

| Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|
| 11/30/2022 | Napoleon Zapata | NAZ | 0.5 | $325.00 | $162.50 | QC additional set of binders containing trial exhibits for attorney review and analysis |
| 11/30/2022 | Sylvie Rohrbaugh | SXR | 0.5 | $325.00 | $162.50 | QC binders for trial exhibits. |
| 11/30/2022 | Vincent Yang | VXY | 9.5 | $325.00 | $3,087.50 | Compile trial exhibits binders for CEG and GSC review. |
| 12/06/2022 | Napoleon Zapata | NAZ | 6.8 | $325.00 | $2,210.00 | Begin to organize, and prepare updated binders containing trial exhibits for attorney review and analysis in advance of upcoming trial exhibit exchange with opposing counsel. |
| 12/06/2022 | Sylvie Rohrbaugh | SXR | 10.0 | $325.00 | $3,250.00 | Prepare exhibit binders. |
| 12/07/2022 | Napoleon Zapata | NAZ | 2.0 | $325.00 | $650.00 | Prepare, finalize, and QC updated binders containing trial exhibits for attorney review and analysis in advance of upcoming trial exhibit exchange with opposing counsel. |
| 12/08/2022 | Napoleon Zapata | NAZ | 1.6 | $325.00 | $520.00 | Prepare, finalize, and QC binders containing trial exhibits unique to defendant for attorney review and analysis |
| 12/15/2022 | Vincent Yang | VXY | 2.7 | $325.00 | $877.50 | Prepare and print binder re Defendant's proposed exhibit list |
| 12/20/2022 | Napoleon Zapata | NAZ | 0.3 | $325.00 | $97.50 | Begin preparing binders containing all defendant trial exhibits for attorney review and analysis |
| 12/20/2022 | Napoleon Zapata | NAZ | 0.4 | $325.00 | $130.00 | Compare drafts of plaintiff trial exhibit lists to determine changes in advance of updating binders containing plaintiff tria exhibits to match final plaintiff trial exhibit list. |
| 12/20/2022 | Sylvie Rohrbaugh | SXR | 1.1 | $325.00 | $357.50 | Prepare deposition binders. |
| 12/21/2022 | Napoleon Zapata | NAZ | 4.5 | $325.00 | $1,462.50 | Continue preparing binders containing all defendant trial exhibits for attorney review and analysis |
| 12/21/2022 | Napoleon Zapata | NAZ | 1.0 | $325.00 | $325.00 | Finalize and QC binders containing all defendant trial exhibits for attorney review and analysis in advance of upcoming trial. |
| 12/22/2022 | Napoleon Zapata | NAZ | 0.8 | $325.00 | $260.00 | Prepare updated draft of reformatted defendant exhibit list for use as binder index within binders containing al defendant exhibits. |
| 12/23/2022 | Napoleon Zapata | NAZ | 0.5 | $325.00 | $162.50 | Begin preparing binders containing witness files for attorney review and analysis |
| 12/27/2022 | Napoleon Zapata | NAZ | 2.2 | $325.00 | $715.00 | Begin preparing binder containing expert deposition, expert report, summary judgement memorandums of law, and 56.1 MSJ for attorney review and analysis. |
| 12/28/2022 | Napoleon Zapata | NAZ | 1.1 | $325.00 | $357.50 | Continue preparing binder containing expert deposition, expert report, summary judgement memorandums of law, and 56.1 MSJ for attorney review and analysis. |
| 12/29/2022 | Napoleon Zapata | NAZ | 1.9 | $325.00 | $617.50 | Prepare binder containing deposition digests and transcripts for attorney review and analysis |
| 12/29/2022 | Napoleon Zapata | NAZ | 2.1 | $325.00 | $682.50 | Begin preparing witness binders containing deposition digests, deposition transcripts, affidavits, deposition exhibits introduced for deponent, documents where the witness is a sender or recipient, and previously marked exhibits. |
| 01/04/2023 | Vincent Yang | VXY | 3.8 | $325.00 | $1,235.00 | Review Plaintiff and Defendant exhibit binders for updates, correspond with SXR re same; begin compiling witness binders. |
| 01/05/2023 | Sylvie Rohrbaugh | SXR | 6.0 | $325.00 | $1,950.00 | Prepare trial exhibit binders. |
| 01/05/2023 | Vincent Yang | VXY | 5.6 | $325.00 | $1,820.00 | Compile witness trial binders; create index re same and pull documents |
| 01/06/2023 | Sylvie Rohrbaugh | SXR | 3.5 | $325.00 | $1,137.50 | Prepare trial exhibit binder. |
| 01/06/2023 | Sylvie Rohrbaugh | SXR | 3.0 | $325.00 | $975.00 | Prepare trial exhibit binder. |
| 01/06/2023 | Vincent Yang | VXY | 3.8 | $325.00 | $1,235.00 | Further compile witness binders and indexes. |
| 01/09/2023 | Sylvie Rohrbaugh | SXR | 0.4 | $325.00 | $130.00 | Prepare exhibit binders. |
| 01/09/2023 | Sylvie Rohrbaugh | SXR | 6.3 | $325.00 | $2,047.50 | Prepare trial exhibit binders. |
| 01/09/2023 | Vincent Yang | VXY | 5.7 | $325.00 | $1,852.50 | Further compile witness binders and indexes. |
| 01/10/2023 | Sylvie Rohrbaugh | SXR | 3.5 | $325.00 | $1,137.50 | Prepare witness exhibit binders. |

| Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|
| 01/10/2023 | Sylvie Rohrbaugh | SXR | 1.2 | $325.00 | $390.00 | Prepare witness binders for trial. |
| 01/10/2023 | Sylvie Rohrbaugh | SXR | 2.1 | $325.00 | $682.50 | Prepare witness trial binders. |
| 01/10/2023 | Sylvie Rohrbaugh | SXR | 0.3 | $325.00 | $97.50 | Prepare trial witness binder. |
| 01/10/2023 | Vincent Yang | VXY | 5.1 | $325.00 | $1,657.50 | Further prepare and index witness binders. |
| 01/11/2023 | Sylvie Rohrbaugh | SXR | 3.0 | $325.00 | $975.00 | Prepare witness exhibit binders for trial. |
| 01/11/2023 | Sylvie Rohrbaugh | SXR | 0.7 | $325.00 | $227.50 | Prepare witness exhibit binders. |
| 01/11/2023 | Vincent Yang | VXY | 4.4 | $325.00 | $1,430.00 | Further prepare witness binders and index. |
| 01/12/2023 | Sylvie Rohrbaugh | SXR | 2.6 | $325.00 | $845.00 | Prepare witness exhibit binders. |
| 01/19/2023 | Vincent Yang | VXY | 4.4 | $325.00 | $1,430.00 | Supplement witness binders re addition document production from Defendants |
| 01/20/2023 | Vincent Yang | VXY | 4.4 | $325.00 | $1,430.00 | Update witness binders per Defendant's recent production. |
| 01/25/2023 | Vincent Yang | VXY | 0.3 | $325.00 | $97.50 | Print binder spines re defendant exhibit binders and finalize |
| 03/09/2023 | Vincent Yang | VXY | 0.8 | $325.00 | $260.00 | Package and move trial binders. |
| 03/22/2023 | Vincent Yang | VXY | 0.8 | $325.00 | $260.00 | Prepare courtesy copy binder and FedEx label re courtesy copies for settlement conference |
| 03/24/2023 | Vincent Yang | VXY | 0.5 | $325.00 | $162.50 | Prepare mediation binder. |
| 03/27/2023 | Hector Jacome | HJ | 0.5 | $150.00 | $75.00 | Prepared Mediation binder sets. |
| 03/27/2023 | Vincent Yang | VXY | 0.2 | $325.00 | $65.00 | Add document to mediation binder and correspondence with HJ re preparation |
| 05/25/2023 | Vincent Yang | VXY | 1.7 | $325.00 | $552.50 | Organize trial binders in conference room |
| 05/25/2023 | Vincent Yang | VXY | 2.6 | $325.00 | $845.00 | Prepare CEG trial binder. |
| 06/21/2023 | Abigail L. Robinson | ALR | 1.6 | $325.00 | $520.00 | Alphabetize witness binders and create new covers and spines for exhibit binders |
| 06/21/2023 | Napoleon Zapata | NAZ | 0.7 | $325.00 | $227.50 | Prepare deposition transcript minuscripts using TextMap in advance of updating witness binders |
| 06/22/2023 | Abigail L. Robinson | ALR | 1.0 | $325.00 | $325.00 | Switch out exhibit binder covers and spines. |
| 06/22/2023 | Napoleon Zapata | NAZ | 0.9 | $325.00 | $292.50 | Assemble and QC updated witness binders in advance of attorney review. |
| 06/22/2023 | Vincent Yang | VXY | 0.9 | $325.00 | $292.50 | Update witness binder indexes to reflect trial exhibit numbers |
| 06/23/2023 | Abigail L. Robinson | ALR | 0.6 | $325.00 | $195.00 | Create binder index and email binder instructions to HJ |
| 06/23/2023 | Napoleon Zapata | NAZ | 0.5 | $325.00 | $162.50 | Prepare expert binder for attorney review in advance of upcoming Nora Ostrofe expert deposition |
| 06/23/2023 | Napoleon Zapata | NAZ | 0.3 | $325.00 | $97.50 | Prepare deposition transcript minuscripts using TextMap in advance of updating witness binders |
| 06/26/2023 | Hector Jacome | HJ | 0.3 | $150.00 | $45.00 | Prepared Depo Digest and Trascript Binder for Greg. |
| 06/26/2023 | Napoleon Zapata | NAZ | 1.7 | $325.00 | $552.50 | Prepare 6/26/23 binder for GSC containing deposition digests and transcripts for attorney review |
| 06/26/2023 | Napoleon Zapata | NAZ | 0.4 | $325.00 | $130.00 | Prepare minuscripts for printing in advance of updating witness binders for attorney review |
| 06/27/2023 | Abigail L. Robinson | ALR | 0.8 | $325.00 | $260.00 | Update witness binders with new designation highlights. |
| 06/27/2023 | Abigail L. Robinson | ALR | 0.3 | $325.00 | $97.50 | Update trial binder index with CEG notes. |
| 06/27/2023 | Vincent Yang | VXY | 0.6 | $325.00 | $195.00 | Prepare marked exhibits to TLS vendor for binder creation; prepare shipment re same |
| 06/29/2023 | Hector Jacome | HJ | 1.0 | $150.00 | $150.00 | Prepared 6 sets of Deposition Transcripts with Designations and Objection binders |
| 06/29/2023 | Vincent Yang | VXY | 1.5 | $325.00 | $487.50 | Update witness binder indexes re corresponding trail exhibit numbers |
| 06/30/2023 | Vincent Yang | VXY | 2.3 | $325.00 | $747.50 | Edit GSC U. Rowe witness binder to reflect exhibit correlations; add documents to Nuix casebook |
| 07/05/2023 | Napoleon Zapata | NAZ | 0.6 | $325.00 | $195.00 | Prepare binders of deposition transcripts containing designations and objections in advance of 7/14/23 submission to Court. |
| 07/05/2023 | Napoleon Zapata | NAZ | 1.2 | $325.00 | $390.00 | Update binders containing plaintiff'a trial exhibits in advance of attorney review |

| Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|
| 07/06/2023 | Vincent Yang | VXY | 0.2 | $325.00 | $65.00 | Update witness binder indexes. |
| 07/12/2023 | Vincent Yang | VXY | 2.1 | $325.00 | $682.50 | Prepare client's document review binder re trial documents |
| 07/13/2023 | Abigail L. Robinson | ALR | 1.0 | $325.00 | $325.00 | Update exhibits in exhibit Binders. |
| 07/13/2023 | Abigail L. Robinson | ALR | 0.4 | $325.00 | $130.00 | Update exhibit binder lists. |
| 07/13/2023 | Abigail L. Robinson | ALR | 0.6 | $325.00 | $195.00 | Continue to update the exhibit binders. |
| 07/13/2023 | Abigail L. Robinson | ALR | 0.5 | $325.00 | $162.50 | Continue to update the exhibit binders. |
| 07/13/2023 | Abigail L. Robinson | ALR | 0.6 | $325.00 | $195.00 | Draft JPTO binder covers and coordinate with NAZ |
| 07/13/2023 | Hector Jacome | HJ | 0.5 | $150.00 | $75.00 | Print PDF's to prepare 6 sets of binders. |
| 07/13/2023 | Napoleon Zapata | NAZ | 2.0 | $325.00 | $650.00 | Assemble, Finalize, and QC binders containing deposition transcript designations and objections for printing in advance of 7/14/23 submission to Court. |
| 07/13/2023 | Napoleon Zapata | NAZ | 1.7 | $325.00 | $552.50 | Assemble, finalize, and QC binders containing amended joint pretrial order, order on Motions in limine, and join proposed voir dire questions in advance of upcoming submission to the Court. |
| 07/14/2023 | Napoleon Zapata | NAZ | 1.3 | $325.00 | $422.50 | Review docket, and 56.1 documents filed under seal to identify unredacted versions in advance of updating CEG trial binder. |
| 07/14/2023 | Napoleon Zapata | NAZ | 0.3 | $325.00 | $97.50 | Prepare updated binder index in advance of upcoming submission to the Court |
| 07/17/2023 | Abigail L. Robinson | ALR | 1.6 | $325.00 | $520.00 | Work on construction of hard copy submission binders and coordinate their delivery to Chambers |
| 07/17/2023 | Napoleon Zapata | NAZ | 1.3 | $325.00 | $422.50 | Finalize binders containing courtesy copies in advance of submitting to the Court |
| 07/17/2023 | Napoleon Zapata | NAZ | 0.3 | $325.00 | $97.50 | Perform final QC of updated binders and USB containing electronic documents in advance of submitting courtesy copies to the Court. |
| 07/17/2023 | Napoleon Zapata | NAZ | 0.5 | $325.00 | $162.50 | Update internal binders of documents submitted to the Court in advance of attorney review |
| 07/17/2023 | Napoleon Zapata | NAZ | 0.2 | $325.00 | $65.00 | Review CEG trial binder in advance of updating, per CEG request |
| 07/19/2023 | Napoleon Zapata | NAZ | 0.3 | $325.00 | $97.50 | Review documents used to create initial draft of witness binders in advance of updating witness binders |
| 07/19/2023 | Napoleon Zapata | NAZ | 0.6 | $325.00 | $195.00 | Review documents included within initial drafts of witness binders to identify deposition digests for all deposed witnesses. |
| 07/19/2023 | Napoleon Zapata | NAZ | 0.6 | $325.00 | $195.00 | Review documents included within initial drafts of witness binders to identify deposition transcripts to replace with transcripts containing designations. |
| 07/20/2023 | Abigail L. Robinson | ALR | 0.4 | $325.00 | $130.00 | Coordinate delivery of binders to opposing counsel |
| 07/20/2023 | Abigail L. Robinson | ALR | 0.2 | $325.00 | $65.00 | Update witness binders. |
| 07/20/2023 | Abigail L. Robinson | ALR | 0.5 | $325.00 | $162.50 | Continue to update witness binders. |
| 07/20/2023 | Abigail L. Robinson | ALR | 1.7 | $325.00 | $552.50 | Updates to witness binders and exhibit indexes. |
| 07/20/2023 | Abigail L. Robinson | ALR | 0.3 | $325.00 | $97.50 | Update witness binders. |
| 07/20/2023 | Abigail L. Robinson | ALR | 1.3 | $325.00 | $422.50 | Update witness binders. |
| 07/20/2023 | Abigail L. Robinson | ALR | 1.3 | $325.00 | $422.50 | Updates to witness binders and exhibit index. |
| 07/25/2023 | Abigail L. Robinson | ALR | 2.6 | $325.00 | $845.00 | Coordinate and assemble the electronic documents needed for witness binders. Update trial exhibit index in the process. |
| 07/25/2023 | Abigail L. Robinson | ALR | 7.7 | $325.00 | $2,502.50 | Coordinate and assemble the electronic documents needed for witness binders. Update trial exhibit index in the process. |
| 07/25/2023 | Napoleon Zapata | NAZ | 1.5 | $325.00 | $487.50 | Begin preparing binder tabs for witness binders in advance of binder assembly |
| 07/25/2023 | Napoleon Zapata | NAZ | 0.8 | $325.00 | $260.00 | Prepare and assemble witness binder spines and covers. |
| 07/25/2023 | Vincent Yang | VXY | 5.0 | $325.00 | $1,625.00 | Prepare witness binder indexes re exhibits for each witness. |
| 07/25/2023 | Vincent Yang | VXY | 3.0 | $325.00 | $975.00 | Assemble witness W. Grannis binder and exhibits and transcripts. |

| Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|
| 07/26/2023 | Abigail L. Robinson | ALR | 1.6 | $325.00 | $520.00 | Create slip sheets for Shaukat witness binder. |
| 07/26/2023 | Napoleon Zapata | NAZ | 7.1 | $325.00 | $2,307.50 | Prepare Tariq Shaukat witness binder in advance of attorney review and analysis |
| 07/26/2023 | Vincent Yang | VXY | 1.0 | $325.00 | $325.00 | Finish W. Grannis witness binder re exhibits. |
| 07/26/2023 | Vincent Yang | VXY | 4.5 | $325.00 | $1,462.50 | Prepare witness binder indexes and reconcile exhibits. |
| 07/28/2023 | Vincent Yang | VXY | 3.8 | $325.00 | $1,235.00 | Further prepare witness binder indexes. |
| 07/31/2023 | Abigail L. Robinson | ALR | 0.4 | $325.00 | $130.00 | Review and update electronic witness trial binders. |
| 07/31/2023 | Abigail L. Robinson | ALR | 2.2 | $325.00 | $715.00 | Create slip sheets for Rowe and Lawrence witness binders. |
| 07/31/2023 | Vincent Yang | VXY | 5.0 | $325.00 | $1,625.00 | Further update electronic witness binders and indexes. |
| 08/01/2023 | Abigail L. Robinson | ALR | 0.5 | $325.00 | $162.50 | Create binder covers for Rowe and Lawrence witness binders. |
| 08/01/2023 | Abigail L. Robinson | ALR | 0.6 | $325.00 | $195.00 | Work on witness binders: review and analyze email from printer, prepare slip pages for Lawrence and Rowe Binder and correspondence with VXY. |
| 08/01/2023 | Abigail L. Robinson | ALR | 1.0 | $325.00 | $325.00 | Prepare slip sheets and exhibit tabs for Rowe and Lawrence witness binders |
| 08/01/2023 | Abigail L. Robinson | ALR | 0.2 | $325.00 | $65.00 | Coordinate the deliver of printed exhibits for witness binders |
| 08/01/2023 | Abigail L. Robinson | ALR | 2.2 | $325.00 | $715.00 | Assemble and Q/C Rowe and Lawrence witness binders. |
| 08/01/2023 | Napoleon Zapata | NAZ | 3.4 | $325.00 | $1,105.00 | Begin preparing updated CEG trial binder for attorney review |
| 08/01/2023 | Vincent Yang | VXY | 2.6 | $325.00 | $845.00 | Compile witness binder exhibits and documents; coordinate with printing vendor re request for witness binder print jobs. |
| 08/01/2023 | Vincent Yang | VXY | 2.4 | $325.00 | $780.00 | Prepare print request and slip sheets re witness binders to vendor; correspond with vendor re same |
| 08/02/2023 | Abigail L. Robinson | ALR | 1.8 | $325.00 | $585.00 | Continue to work on witness binder excel tracking and slip sheets for physical witness binders |
| 08/02/2023 | Abigail L. Robinson | ALR | 1.0 | $325.00 | $325.00 | Continue to work on slip sheets for witness binders. |
| 08/02/2023 | Abigail L. Robinson | ALR | 1.1 | $325.00 | $357.50 | Continue to work on slip sheets for witness binders. |
| 08/02/2023 | Napoleon Zapata | NAZ | 0.3 | $325.00 | $97.50 | QC Tariq Shaukat and Will Grannis witness binders to identify necessary updates to hard copies in advance of attorney review. |
| 08/02/2023 | Napoleon Zapata | NAZ | 4.2 | $325.00 | $1,365.00 | Prepare, finalize, and QC updated CEG trial binder for attorney review |
| 08/02/2023 | Vincent Yang | VXY | 1.4 | $325.00 | $455.00 | Edit slip sheets re witness binder PDF files for exhibits. |
| 08/02/2023 | Vincent Yang | VXY | 2.5 | $325.00 | $812.50 | Add witness binder deposition transcript annotations to reconcile exhibits |
| 08/03/2023 | Abigail L. Robinson | ALR | 0.2 | $325.00 | $65.00 | Review NAZ email re CEG's binder. |
| 08/03/2023 | Abigail L. Robinson | ALR | 2.2 | $325.00 | $715.00 | Construct Lawrence witness binder. |
| 08/03/2023 | Makaria S. Yami | MSY | 0.5 | $325.00 | $162.50 | Assist ALR with witness binder. |
| 08/03/2023 | Napoleon Zapata | NAZ | 2.8 | $325.00 | $910.00 | QC electronic versions of witness binders in advance of sending to vendor for printing hard copies for attorney review. |
| 08/03/2023 | Vincent Yang | VXY | 6.3 | $325.00 | $2,047.50 | Apply annotations to witness transcripts re exhibits' correlation to trial exhibits and update expert Ostrofe witness binder and deposition index. |
| 08/04/2023 | Abigail L. Robinson | ALR | 1.6 | $325.00 | $520.00 | Create slip sheets for Witness Binders. |
| 08/04/2023 | Abigail L. Robinson | ALR | 0.1 | $325.00 | $32.50 | Continue to work on slip sheets for Witness Binders. |
| 08/04/2023 | Abigail L. Robinson | ALR | 0.4 | $325.00 | $130.00 | Q/C slipsheets for Witness Binders. |
| 08/04/2023 | Abigail L. Robinson | ALR | 0.3 | $325.00 | $97.50 | Continue to work on slipsheets for Witness Binders. |
| 08/04/2023 | Abigail L. Robinson | ALR | 0.7 | $325.00 | $227.50 | Continue to work on slipsheets for Witness Binders. |
| 08/04/2023 | Napoleon Zapata | NAZ | 0.9 | $325.00 | $292.50 | QC electronic versions of witness binders in advance of sending to vendor for printing hard copies for attorney review. |
| 08/04/2023 | Vincent Yang | VXY | 0.3 | $325.00 | $97.50 | Replace witness binder transcripts. |
| 08/04/2023 | Vincent Yang | VXY | 6.1 | $325.00 | $1,982.50 | Assemble witness binders and fix Grannis binder and prepare binders for printing |
| 08/07/2023 | Abigail L. Robinson | ALR | 1.9 | $325.00 | $617.50 | Organize exhibits tabs and create labels for the Lucas and Vardaman witness binders |

| Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|
| 08/07/2023 | Abigail L. Robinson | ALR | 0.9 | $325.00 | $292.50 | Q/C Witness Binder project at large and create the Witness binder check list map |
| 08/07/2023 | Abigail L. Robinson | ALR | 1.3 | $325.00 | $422.50 | Construct half of the Vardaman Witness binder. |
| 08/07/2023 | Abigail L. Robinson | ALR | 0.8 | $325.00 | $260.00 | Q/C Vardaman witness binder. |
| 08/07/2023 | Napoleon Zapata | NAZ | 4.4 | $325.00 | $1,430.00 | Begin preparation and assembly of Kevin Lucas witness binder in advance of attorney review and analysis |
| 08/07/2023 | Napoleon Zapata | NAZ | 0.8 | $325.00 | $260.00 | Prepare and assemble witness binder spines and covers. |
| 08/07/2023 | Napoleon Zapata | NAZ | 0.9 | $325.00 | $292.50 | Finalize, and QC Kevin Lucas witness binder. |
| 08/07/2023 | Napoleon Zapata | NAZ | 0.8 | $325.00 | $260.00 | Review and QC CEG trial binder exhibit list and master combined exhibit list to identify the plaintiff trial exhibits that defendant exhibits 30-35 are subsets of. |
| 08/07/2023 | Vincent Yang | VXY | 5.0 | $325.00 | $1,625.00 | Finalize Shaukat and Grannis witness binders. |
| 08/07/2023 | Vincent Yang | VXY | 3.5 | $325.00 | $1,137.50 | Reconcile witness binder indexes re exhibit overlaps. |
| 08/08/2023 | Makaria S. Yami | MSY | 2.6 | $325.00 | $845.00 | Work on witness binders. |
| 08/08/2023 | Vincent Yang | VXY | 10.0 | $325.00 | $3,250.00 | Finish compiling witness binders per attorney specifications |
| 08/08/2023 | Vincent Yang | VXY | 2.0 | $325.00 | $650.00 | Compile electronic witness binders and update indexes. |
| 08/09/2023 | Napoleon Zapata | NAZ | 0.5 | $325.00 | $162.50 | Prepare updated draft of witness binder tracker with status updates per witness binder |
| 08/09/2023 | Vincent Yang | VXY | 1.7 | $325.00 | $552.50 | Finish compiling witness binders. |
| 08/15/2023 | Napoleon Zapata | NAZ | 0.3 | $325.00 | $97.50 | Organize witness binders in alphanumeric order in advance of attorney review |
| 08/17/2023 | Abigail L. Robinson | ALR | 1.5 | $325.00 | $487.50 | Create electronic copy of exhibit binder for exhibits that were designated for advanced ruling |
| 08/17/2023 | Abigail L. Robinson | ALR | 0.7 | $325.00 | $227.50 | Create covers, portfolio, and index for exhibit binder of exhibits designated for advanced ruling |
| 08/17/2023 | Vincent Yang | VXY | 1.8 | $325.00 | $585.00 | Compile pretrial conference binder |
| 08/22/2023 | Napoleon Zapata | NAZ | 0.7 | $325.00 | $227.50 | Update witness binder covers and spines. |
| 09/18/2023 | Abigail L. Robinson | ALR | 0.2 | $325.00 | $65.00 | Begin gathering documents for GSC's binder. |
| 09/18/2023 | Abigail L. Robinson | ALR | 1.5 | $325.00 | $487.50 | Work on complying the documents needed for GSC's binder and setting up tabs, cover sheets, and indexes |
| 09/18/2023 | Abigail L. Robinson | ALR | 1.5 | $325.00 | $487.50 | Assemble GSC's binder and finalize index. |
| 09/19/2023 | Abigail L. Robinson | ALR | 0.7 | $325.00 | $227.50 | Q/C and create tabs for GSC binder. |
| 09/19/2023 | Abigail L. Robinson | ALR | 0.3 | $325.00 | $97.50 | Finalize GSC binder and email him re same. |
| 09/19/2023 | Abigail L. Robinson | ALR | 0.1 | $325.00 | $32.50 | Begin to gather documents for CEG's JPTC binder. |
| 09/20/2023 | Abigail L. Robinson | ALR | 1.1 | $325.00 | $357.50 | Gather electronic copies of the documents for CEG's binder for the JPTC |
| 09/20/2023 | Abigail L. Robinson | ALR | 0.5 | $325.00 | $162.50 | Update Lawrence binder re GCS's instructions. |
| 09/20/2023 | Abigail L. Robinson | ALR | 0.3 | $325.00 | $97.50 | Begin working on updates to Grannis, Lawrence, and Humez binders per SZG request |
| 09/20/2023 | Abigail L. Robinson | ALR | 0.9 | $325.00 | $292.50 | Print and assemble documents for CEG's JCPTO binder. |
| 09/20/2023 | Abigail L. Robinson | ALR | 0.1 | $325.00 | $32.50 | Update to CEG's binder for the JCPTO. |
| 09/20/2023 | Abigail L. Robinson | ALR | 0.5 | $325.00 | $162.50 | Update to the Lawrence and Humez binder per SZG request. |
| 09/20/2023 | Abigail L. Robinson | ALR | 2.9 | $325.00 | $942.50 | Ongoing updates to trial and witness binders at attorney's requests, including retrieving documents, Q/Cing, printing and assembling, and communicating with attorneys and paralegals re same. |
| 09/20/2023 | Vincent Yang | VXY | 2.6 | $325.00 | $845.00 | Perform quality check on courtesy copies of designations and prepare minuscript designations and objections re CEG binder. |
| 09/21/2023 | Abigail L. Robinson | ALR | 1.3 | $325.00 | $422.50 | Update Assignment racker and begin to set up the Electronic Trial Binder |
| 09/21/2023 | Abigail L. Robinson | ALR | 1.2 | $325.00 | $390.00 | Create the Electronic trial binder. |

| Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|
| 09/21/2023 | Vincent Yang | VXY | 2.0 | $325.00 | $650.00 | Update witness binders re additional documents and exhibit updates; update indexes re same |
| 09/22/2023 | Abigail L. Robinson | ALR | 0.3 | $325.00 | $97.50 | Update Electronics Trial Binder. |
| 09/22/2023 | Napoleon Zapata | NAZ | 0.2 | $325.00 | $65.00 | Review plaintiff trial exhibit binders to identify attorney copy with attorney notes |
| 09/22/2023 | Napoleon Zapata | NAZ | 0.5 | $325.00 | $162.50 | Update plaintiff trial exhibit binders with additional plaintiff trial exhibits and tabs |
| 09/25/2023 | Napoleon Zapata | NAZ | 1.0 | $325.00 | $325.00 | Prepare and organize plaintiff trial exhibits, declarations, and demonstratives in advance of updating witness binder for Nora Ostrofe. |
| 09/25/2023 | Napoleon Zapata | NAZ | 0.6 | $325.00 | $195.00 | Assemble and QC updated draft of Nora Ostrofe witness binder in advance of delivering to CEG |
| 09/26/2023 | Napoleon Zapata | NAZ | 3.7 | $325.00 | $1,202.50 | Prepare, assemble, and QC copy of plaintiff trial exhibit binders in advance of upcoming trial |
| 09/26/2023 | Napoleon Zapata | NAZ | 0.5 | $325.00 | $162.50 | Prepare defendant trial exhibits for printing and assembly of additional copy of defendant trial exhibit binders |
| 09/27/2023 | Abigail L. Robinson | ALR | 2.5 | $325.00 | $812.50 | Work on Florissi Binder: set up cover sheet and index templates, pull documents from Nuix, print and assemble |
| 09/27/2023 | Abigail L. Robinson | ALR | 1.8 | $325.00 | $585.00 | Florissi Binder: finalize second set of documents, print, and assemble them into the binder, draft index for binder |
| 09/28/2023 | Abigail L. Robinson | ALR | 0.2 | $325.00 | $65.00 | Formate Florissi binder index. |
| 09/28/2023 | Abigail L. Robinson | ALR | 0.7 | $325.00 | $227.50 | Finish formating Florissi binder index and Q/C binder |
| 10/01/2023 | Abigail L. Robinson | ALR | 0.8 | $325.00 | $260.00 | Construct the Backup Trial Binder. |
| 10/01/2023 | Abigail L. Robinson | ALR | 0.6 | $325.00 | $195.00 | Create covers and index for Backup Trial binder |
| 10/01/2023 | Abigail L. Robinson | ALR | 0.2 | $325.00 | $65.00 | Q/C Florrisi binder. |
| 10/01/2023 | Abigail L. Robinson | ALR | 1.4 | $325.00 | $455.00 | Update materials for Florrisi Binder, correspondence with SZG re same |
| 10/01/2023 | Abigail L. Robinson | ALR | 0.5 | $325.00 | $162.50 | Update Grannie Binder per instructions from CEG |
| 10/02/2023 | Napoleon Zapata | NAZ | 0.7 | $325.00 | $227.50 | Prepare updated binder containing deposition minuscripts with all designations, objections, and exhibit equivalents for attorney review. |
| 10/02/2023 | Napoleon Zapata | NAZ | 0.4 | $325.00 | $130.00 | Replace old deposition minuscripts in witness binder with updated deposition minuscripts containing all designations, objections, and exhibit equivalents for attorney review. |
| 10/04/2023 | Napoleon Zapata | NAZ | 0.2 | $325.00 | $65.00 | Begin preparing updated drafts of binder covers of binders copies going to Court in advance of trial |
| 10/05/2023 | Abigail L. Robinson | ALR | 0.1 | $325.00 | $32.50 | Begin to update Burdis and Vardaman witness binders. |
| 10/05/2023 | Abigail L. Robinson | ALR | 0.3 | $325.00 | $97.50 | Finalize updates to Burdis and Vardaman binders and deposition transcript binder |
| 10/05/2023 | Napoleon Zapata | NAZ | 0.1 | $325.00 | $32.50 | Begin preparing updated drafts of binder covers of binders copies going to Court in advance of trial |
| 10/05/2023 | Napoleon Zapata | NAZ | 0.3 | $325.00 | $97.50 | Continue preparing updated drafts of binder covers of binders copies going to Court in advance of trial |
| 10/05/2023 | Napoleon Zapata | NAZ | 1.1 | $325.00 | $357.50 | Prepare daily trial manuscript binders in advance of upcoming trial |
| 10/05/2023 | Napoleon Zapata | NAZ | 0.4 | $325.00 | $130.00 | Update April Beaupain witness binder in advance of upcoming trial |
| 10/05/2023 | Vincent Yang | VXY | 1.8 | $325.00 | $585.00 | Make Plaintiff exhibit updates and update internal binders re exhibit updates |
| 10/09/2023 | Napoleon Zapata | NAZ | 3.8 | $325.00 | $1,235.00 | Prepare, assemble, and QC updated trial binders for attorney review in advance of upcoming trial |
| 10/09/2023 | Vincent Yang | VXY | 0.4 | $325.00 | $130.00 | Update letters and orders binder. |
| 10/12/2023 | Napoleon Zapata | NAZ | 0.5 | $325.00 | $162.50 | Prepare Grannis Binder, trial manuscripts, Kevin Lucas deposition cites, Will Grannis outline, and trial supplies for sending to court. |

| Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|
| 10/12/2023 | Napoleon Zapata | NAZ | 0.3 | $325.00 | $97.50 | Prepare attorney binder of daily trial transcript for 10.12.23 |
| 10/12/2023 | Napoleon Zapata | NAZ | 0.3 | $325.00 | $97.50 | Update office version of daily transcript trial binder |
| 10/15/2023 | Napoleon Zapata | NAZ | 0.6 | $325.00 | $195.00 | Prepare updated Kliphouse witness binder for attorney review |
| 10/15/2023 | Napoleon Zapata | NAZ | 0.3 | $325.00 | $97.50 | Update physical copies of plaintif trial exhibit binders with redacted pltf ex. 57 and 108 |
| 10/15/2023 | Napoleon Zapata | NAZ | 1.3 | $325.00 | $422.50 | Update daily trial transcript binder and note locations of beginning of witness examinations |
| 10/15/2023 | Napoleon Zapata | NAZ | 0.4 | $325.00 | $130.00 | Update internal litops copy of daily trial transcript binder, and electronic copy |
| 10/16/2023 | Abigail L. Robinson | ALR | 2.7 | $325.00 | $877.50 | Create admitted exhibit binders with selected slip sheets for CEG. |
| 10/16/2023 | Abigail L. Robinson | ALR | 0.3 | $325.00 | $97.50 | Update PX57 and PX108 in binders. |
| 10/16/2023 | Vincent Yang | VXY | 1.6 | $325.00 | $520.00 | Assemble GSC copy of daily trial manuscripts binder. |
| 10/17/2023 | Napoleon Zapata | NAZ | 0.3 | $325.00 | $97.50 | Update witness binders and plaintiff trial exhibit binders |
| 10/17/2023 | Napoleon Zapata | NAZ | 0.3 | $325.00 | $97.50 | Prepare Defendant PROD035 for export in advance of updating deposition binder for attorney review |
| 10/17/2023 | Napoleon Zapata | NAZ | 0.6 | $325.00 | $195.00 | Update plaintiff trial exhibit binders, and witness binders with updated exhibits and deposition minuscripts |
| 10/17/2023 | Napoleon Zapata | NAZ | 0.7 | $325.00 | $227.50 | Review Florissi witness binder to identify missing documents and replace them |
| 10/17/2023 | Napoleon Zapata | NAZ | 1.6 | $325.00 | $520.00 | Prepare, finalize and QC Florissi Trial binder for attorney review |
| 10/17/2023 | Vincent Yang | VXY | 1.2 | $325.00 | $390.00 | Reorganize witness Florissi witness binder. |
| 10/18/2023 | Napoleon Zapata | NAZ | 0.3 | $325.00 | $97.50 | Prepare witness binders and documents for bringing to court for use during trial proceedings |
| 10/18/2023 | Napoleon Zapata | NAZ | 1.5 | $325.00 | $487.50 | Deliver trial box containing witness binders and documents for attorney use during trial proceedings |
| 10/18/2023 | Napoleon Zapata | NAZ | 0.2 | $325.00 | $65.00 | Update Florissi trial binder for attorney review |
| 10/18/2023 | Napoleon Zapata | NAZ | 0.5 | $325.00 | $162.50 | Update court and litops copy of daily trial binder |
| 10/18/2023 | Vincent Yang | VXY | 1.0 | $325.00 | $325.00 | Prepare trial materials and binders for next day. |
| 10/19/2023 | Napoleon Zapata | NAZ | 0.5 | $325.00 | $162.50 | Prepare updated draft of litops daily trial transcript binder |
| 10/19/2023 | Napoleon Zapata | NAZ | 0.7 | $325.00 | $227.50 | Update GSC trial binder with daily trial transcripts |
| 10/19/2023 | Napoleon Zapata | NAZ | 0.7 | $325.00 | $227.50 | Update court copy of daily trial binder with updated daily trial transcripts, and updated tabs showing the start of witness examinations. |
| 10/19/2023 | Napoleon Zapata | NAZ | 0.6 | $325.00 | $195.00 | Prepare binder covers, spines, and index for admitted plaintiff trial exhibit binder |
| 10/19/2023 | Napoleon Zapata | NAZ | 0.7 | $325.00 | $227.50 | Prepare and stage admitted plaintiff trial exhibits for sending to Transperfect Legal Solutions to print and assemble into binders. |
| 10/23/2023 | Napoleon Zapata | NAZ | 0.6 | $325.00 | $195.00 | Update court copy and litops copy of daily trial transcript binders, and add tabs for closing statements |
| **Totals** | | | **549.5** | | **$178,350.00** | |