# EXHIBIT 12

| Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|
| 11/26/2019 | Daniel Stromberg | DXS | 0.6 | $875.00 | $525.00 | Review defendant proposed ESI protocol, edit and advise CEG |
| 11/26/2019 | Shira Gelfand | SZG | 2.9 | $425.00 | $1,232.50 | Correspondence with CEG and BK re: joint letter and request for adjournment (.3); Review opposing counsel's ESI proposals (.7); Review DXS redline to ESI proposals (.6); Call with opposing counsel and CEG (.9); Review CEG and UR correspondence re: op ed, review latest edits (.4). |
| 12/19/2019 | Daniel Stromberg | DXS | 1.4 | $875.00 | $1,225.00 | Review ESI protocol and proposed protective order to prepare for meet and confer (.4); pre meet and confer strategy conference with CEG (.3); meet and confer with opposing counsel re: ESI protocol (.6); post meet and confer summary cal with CEG (.1). |
| 12/19/2019 | Shira Gelfand | SZG | 1.9 | $425.00 | $807.50 | Draft correspondence to client re: ESI (.3); Preparation for and attend case management meeting with CEG (.4); Call with opposing counsel (.5); Call with DXS, CEG, and BK (.3); Correspondence with BK re assignment, review redactions (.4). |
| 12/20/2019 | Daniel Stromberg | DXS | 0.5 | $875.00 | $437.50 | Update edits to ESI protocol (.3); draft list of ESI sources for defendant to investigate (.2) |
| 12/20/2019 | Shira Gelfand | SZG | 2.3 | $425.00 | $977.50 | Review DXS updated redlines to ESI protocols (.6); Review protective order, meeting with CEG re same (.6); Correspondence with opposing counsel (.3); Prepare and send updated ESI protocols to opposing counsel (.2); Review additional paralegal redactions and send to client (.3); Internal correspondence re: protective order (.3). |
| 12/30/2019 | Daniel Stromberg | DXS | 0.2 | $875.00 | $175.00 | Advise SXG re: client google drive export steps for production |
| 01/02/2020 | Shira Gelfand | SZG | 1.3 | $425.00 | $552.50 | Correspondence with CEG (.1); Correspondence with DXS (.1); Correspondence with opposing counsel (.2); Review correspondence from client re FTP (.1); Review opposing counsel's edits to the proposed ESI stipulation (.8). |
| 01/03/2020 | Daniel Stromberg | DXS | 2.2 | $875.00 | $1,925.00 | Review defendant edits to ESI protocol and prepare for meet and confer re: same (.7); meet and confer re: ESI protoco and protective order (.8); edit ESI protocol per meet and confer (.6); advise SCG re: production format for client LinkedIn profile (.1). |
| 01/06/2020 | Daniel Stromberg | DXS | 0.1 | $875.00 | $87.50 | Advise team and SXG re: workflow for client ESI production QC review of PDFs then load file production |
| 01/06/2020 | Shira Gelfand | SZG | 6.3 | $425.00 | $2,677.50 | Continue document review to prepare for initial production (2.1); Draft rule 26 initial disclosures (1.3); Correspondence with paralegals and Ringtail admins re: additional documents and 1/7 production (.3) Download of documents, send to CEG for review (.4); Edit and supplement SDNY Initial disclosures, review documents to mark for confidentiality, and correspondence with CEG (2.2). |
| 01/08/2020 | Daniel Stromberg | DXS | 0.5 | $875.00 | $437.50 | Assess defendant production re: historical policy documents, email opposing counsel re: format issues (.4); email SXG re: client email production format (.1). |
| 01/08/2020 | Shira Gelfand | SZG | 3.6 | $425.00 | $1,530.00 | Correspondence with paralegal and ESI team re: Google's initial production and production format (.6); Correspondence with opposing counsel (.3); Begin review of documents and drafting issue codes re same (2.3) Correspondence with CEG and DXS (.4). |
| 01/09/2020 | Daniel Stromberg | DXS | 1.4 | $875.00 | $1,225.00 | Assess defendant production volume 1 deliverable and advise team re: format issues, coordinate investigation with Nuix and email opposing counsel re: same (.8); conference with SXG re: client document production format and workflow and confirm location and completeness of volume 1 (.6). |
| 01/10/2020 | Daniel Stromberg | DXS | 0.3 | $875.00 | $262.50 | Coordinate data handling and Nuix import of irregular defendant production format re: historical hr policy documents. |
| 01/13/2020 | Daniel Stromberg | DXS | 0.3 | $875.00 | $262.50 | Coordinate import of defendant ESI production |

| Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|
| 01/17/2020 | Daniel Stromberg | DXS | 1.2 | $875.00 | $1,050.00 | Draft list of defendant ESI sources to discuss in meet and confer (.2); review CEG email re: discovery on discovery issues and draft ESI sources issues and questions (.3); conference with SXM re: defendant production format issues (.2); draft summary email to opposing counsel re: production format issues (.2); draft meet and confer agenda re: ESI sources (.3). |
| 01/17/2020 | Shira Gelfand | SZG | 6.9 | $425.00 | $2,932.50 | Call with DXS and correspondence with Ringtail team to discuss ESI formatting issues (.3); Correspondence with DXS and CEG re: ESI sources for call with opposing counsel (.2); Draft email to opposing counsel re: ESI protocol, mediation, and protective order (.4); Email with client (.1); Document review (5.2) Compilation of relevant documents for CEG review (.7). |
| 01/21/2020 | Daniel Stromberg | DXS | 0.3 | $875.00 | $262.50 | Advise team re: Nuix sorting by document title and subject lines. |
| 01/23/2020 | Daniel Stromberg | DXS | 0.6 | $875.00 | $525.00 | Conference with SXG re: identification of duplicate defendant documents (.2); assess potential duplicate documents and advise SXO re: sort options in nuix (.4). |
| 01/30/2020 | Daniel Stromberg | DXS | 0.2 | $875.00 | $175.00 | Troubleshoot Nuix adding document permissions with SXO |
| 02/10/2020 | Daniel Stromberg | DXS | 0.2 | $875.00 | $175.00 | Advise SXG re: client document production assembly coding, create issue for RFP response production assembly |
| 02/11/2020 | Daniel Stromberg | DXS | 0.5 | $875.00 | $437.50 | Advise SXG re: filtering produced client documents from future productions (.1); coordinate meet and confer roles and strategy with SXG (.1); email CEG and SXG re: client ESI sources re: meet and confer preparation (.3). |
| 02/12/2020 | Daniel Stromberg | DXS | 3.1 | $875.00 | $2,712.50 | Review correspondence to prepare for meet and confer re: esi sources (.9); email with SXG re: ESI meet and confer strategy (.2); conference with SXG to prepare for ESI meet and confer (.1); review defendant production format issues re: meet and confer (.3); meet and confer with opposing counsel and defendant re: ESI sources (1.1); post meet and confer call with SXG (.1); investigate defendant load files missing data and email opposing counsel per meet and confer to request replacements (.4). |
| 02/12/2020 | Shira Gelfand | SZG | 4.1 | $425.00 | $1,742.50 | Correspondence with DXS re: ESI questions from opposing counsel (.3); Preparation for call with Google counsel (.3); Call with Google Counsel (1.1); Call with DXS debriefing and discussing next steps (.1); Email correspondence with Google re production (.1); Correspondence with CEG re: outstanding issues and production (.3); Correspondence with Ringtail team re: doc review issues(.2); Review Google's responses to our Request for Production (1.7). |
| 02/26/2020 | Daniel Stromberg | DXS | 0.4 | $875.00 | $350.00 | Advise SXG re: removal of previously produced documents from client production population (.2); manually identify and remove same (.1); conference with SXG re: same and re: coding families consistently for production (.1). |
| 02/12/2020 | Daniel Stromberg | DXS | 3.1 | $875.00 | $2,712.50 | Review correspondence to prepare for meet and confer re: esi sources (.9); email with SXG re: ESI meet and confer strategy (.2); conference with SXG to prepare for ESI meet and confer (.1); review defendant production format issues re: meet and confer (.3); meet and confer with opposing counsel and defendant re: ESI sources (1.1); post meet and confer call with SXG (.1); investigate defendant load files missing data and email opposing counsel per meet and confer to request replacements (.4). |
| 02/12/2020 | Shira Gelfand | SZG | 4.1 | $425.00 | $1,742.50 | Correspondence with DXS re: ESI questions from opposing counsel (.3); Preparation for call with Google counsel (.3); Call with Google Counsel (1.1); Call with DXS debriefing and discussing next steps (.1); Email correspondence with Google re production (.1); Correspondence with CEG re: outstanding issues and production (.3); Correspondence with Ringtail team re: doc review issues(.2); Review Google's responses to our Request for Production (1.7). |

| Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|
| 02/26/2020 | Daniel Stromberg | DXS | 0.4 | $875.00 | $350.00 | Advise SXG re: removal of previously produced documents from client production population (.2); manually identify and remove same (.1); conference with SXG re: same and re: coding families consistently for production (.1). |
| 03/04/2020 | Daniel Stromberg | DXS | 0.2 | $875.00 | $175.00 | Coordinate client load file production creation to match pdf sort order |
| 03/06/2020 | Daniel Stromberg | DXS | 0.3 | $875.00 | $262.50 | Conference with MJS and SXG re: defendant ESI search term proposal |
| 03/06/2020 | Maya S. Jumper | MSJ | 0.3 | $475.00 | $142.50 | Conference with SXG/DXS regarding search terms and custodians. |
| 03/16/2020 | Daniel Stromberg | DXS | 0.8 | $875.00 | $700.00 | Review and edit draft ESI search term proposal and instructions |
| 03/16/2020 | Daniel Stromberg | DXS | 0.2 | $875.00 | $175.00 | Advise SXG re: ESI protocol strategy and proposed edits. |
| 03/18/2020 | Daniel Stromberg | DXS | 0.3 | $875.00 | $262.50 | Assess defendant productions and advise SXG re: identifying documents designated as attorneys eyes only. |
| 03/20/2020 | Daniel Stromberg | DXS | 0.1 | $875.00 | $87.50 | Advise SXG re: ESI custodial negotiation strategy re: multiple custodians for same position over time |
| 03/23/2020 | Daniel Stromberg | DXS | 0.6 | $875.00 | $525.00 | Review and edit draft ESI search term proposal and instructions |
| 03/24/2020 | Shira Gelfand | SZG | 3.4 | $425.00 | $1,445.00 | Prep for call with client (.3) call with client (.6); correspondence with MSJ (.2); edit and supplement deficiency letter and ESI search terms, send to CEG and MSJ (2.3). |
| 04/23/2020 | Daniel Stromberg | DXS | 0.7 | $875.00 | $612.50 | Review opposing counsel email re: Redwood data export production format and email with counsel re: deficiencies |
| 04/28/2020 | Daniel Stromberg | DXS | 0.2 | $875.00 | $175.00 | Advise SXG re: client LinkedIn and Twitter content export options |
| 04/30/2020 | Daniel Stromberg | DXS | 0.5 | $875.00 | $437.50 | Review SXG memo re: defendant search term proposal, advise re: strategy and next steps. |
| 04/30/2020 | Maya S. Jumper | MSJ | 0.5 | $475.00 | $237.50 | Review search term comparison. |
| 05/08/2020 | Daniel Stromberg | DXS | 0.2 | $875.00 | $175.00 | Email defendant re: production format deficiencies re: redwood data export |
| 05/11/2020 | Daniel Stromberg | DXS | 0.3 | $875.00 | $262.50 | Review opposing counsel email re: redwood data export production format, reply re: deficiencies |
| 05/21/2020 | Daniel Stromberg | DXS | 0.1 | $875.00 | $87.50 | Advise SXG re: functionality to report search terms re: defendant hit report |
| 05/22/2020 | Daniel Stromberg | DXS | 0.1 | $875.00 | $87.50 | Advise MSJ re: search term reporting capabilities via custodian re: defendant ESI search |
| 05/28/2020 | Daniel Stromberg | DXS | 0.2 | $875.00 | $175.00 | Review correspondence re: ESI custodian and search term results and advise MSJ re: custodian selection strategy |
| 06/10/2020 | Daniel Stromberg | DXS | 0.3 | $875.00 | $262.50 | Propose esi search term modification to exclude signature block hits per SZG |
| 06/10/2020 | Maya S. Jumper | MSJ | 1.9 | $475.00 | $902.50 | Review file and revise search term proposal and draft correspondence regarding same to opposing counsel |
| 07/20/2020 | Daniel Stromberg | DXS | 0.3 | $875.00 | $262.50 | Email opposing counsel re: production format deficiencies |
| 07/28/2020 | Daniel Stromberg | DXS | 2.2 | $875.00 | $1,925.00 | Assess defendant ESI productions, create search terms in Nuix, evaluate production rates and custodians; draft email re: deficiencies. |
| 07/29/2020 | Daniel Stromberg | DXS | 0.2 | $875.00 | $175.00 | Advise MSJ re: defendant ESI search and production deficiencies |
| 07/29/2020 | Maya S. Jumper | MSJ | 0.7 | $475.00 | $332.50 | Review file and draft outline for M&C with opposing counsel on discovery issues |
| 07/30/2020 | Daniel Stromberg | DXS | 0.6 | $875.00 | $525.00 | Review opposing counsel email re: ESI issues, review and assess documents at issues, advise MSJ. |
| 07/30/2020 | Maya S. Jumper | MSJ | 0.2 | $475.00 | $95.00 | Review file and draft correspondence to DXS regarding outstanding ESI protocol issues |
| 08/04/2020 | Daniel Stromberg | DXS | 0.2 | $875.00 | $175.00 | Advise MSJ re: defendant creation of document in response to discovery request |
| 08/10/2020 | Daniel Stromberg | DXS | 1.7 | $875.00 | $1,487.50 | Review opposing counsel email re: ESI search term results and sufficiency; advise MSJ and SZG (.3); review MSJ draft letter re: ESI search deficiencies, edit and advise, identify and assemble exemplar documents re: search terms at issue for MSJ review (1.1); investigate SZG document issues and advise re: defendant replacement production (.3). |

| Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|
| 08/10/2020 | Maya S. Jumper | MSJ | 0.5 | $475.00 | $237.50 | Draft correspondence to opposing counsel regarding discovery disputes and depositions |
| 08/11/2020 | Daniel Stromberg | DXS | 0.4 | $875.00 | $350.00 | Review opposing counsel email re: ESI stipulation, advise MSJ (.3); advise SZG re: bulk export of native xls documents (.1). |
| 08/17/2020 | Daniel Stromberg | DXS | 0.3 | $875.00 | $262.50 | Investigate technical issues with defendant production documents, coordinate resolution |
| 08/18/2020 | Daniel Stromberg | DXS | 0.3 | $875.00 | $262.50 | Resolve technical issues with defendant production documents, rename native files and update Nuix index |
| 08/25/2020 | Daniel Stromberg | DXS | 0.7 | $875.00 | $612.50 | Report defendant ESI search term production counts to MSJ and advise re: potential deficiencies |
| 08/25/2020 | Maya S. Jumper | MSJ | 0.3 | $475.00 | $142.50 | Draft correspondence to DXS regarding ESI M&C. |
| 08/25/2020 | Maya S. Jumper | MSJ | 0.1 | $475.00 | $47.50 | Draft correspondence to CEG regarding ESI analysis for M&C. |
| 09/22/2020 | Daniel Stromberg | DXS | 0.2 | $875.00 | $175.00 | Advise SZG re: Google email production deficiencies and possible remedies |
| 09/22/2020 | Maya S. Jumper | MSJ | 0.3 | $475.00 | $142.50 | Review file and draft correspondence to SZG regarding document production issue |
| 10/02/2020 | Daniel Stromberg | DXS | 0.7 | $875.00 | $612.50 | Produce client document per SXG, pdf and email to SXG for deposition (.4); advise team re: loading of manual production document (.1); assess defendant production html file, image and email as pdf to SXG for deposition (.2). |
| 10/08/2020 | Daniel Stromberg | DXS | 0.2 | $875.00 | $175.00 | Advise SXG re: printing and coding options for production renditions in Nuix |
| 10/14/2020 | Daniel Stromberg | DXS | 0.2 | $875.00 | $175.00 | Advise SXG re: reporting of document metadata from Nuix. |
| 10/19/2020 | Daniel Stromberg | DXS | 1.5 | $875.00 | $1,312.50 | Advise BDK re: printing and coding options for production renditions in Nuix (.2); assess unproduced relevant client documents, thread emails, assess threads of produced documents, assemble potential production population, and advise MSJ (1.3). |
| 10/19/2020 | Maya S. Jumper | MSJ | 0.5 | $475.00 | $237.50 | Review documents for production. |
| 10/20/2020 | Daniel Stromberg | DXS | 0.3 | $875.00 | $262.50 | Advise MSJ and BDK re: client email potential production population |
| 10/21/2020 | Daniel Stromberg | DXS | 0.5 | $875.00 | $437.50 | Advise BDK re: Nuix bindering and printing deposition documents |
| 10/22/2020 | Daniel Stromberg | DXS | 0.7 | $875.00 | $612.50 | Videoconference Nuix training for BDK re: bindering and printing deposition documents |
| 10/22/2020 | Daniel Stromberg | DXS | 0.3 | $875.00 | $262.50 | Coordinate client document Nuix ingestion and production, advise BDK re: timeline |
| 10/26/2020 | Daniel Stromberg | DXS | 0.1 | $875.00 | $87.50 | Conference with MSJ re: client email review population re: email threading |
| 10/27/2020 | Daniel Stromberg | DXS | 0.1 | $875.00 | $87.50 | Advise NCX re: options for MSJ review of client production volume |
| 10/28/2020 | Daniel Stromberg | DXS | 0.3 | $875.00 | $262.50 | Advise SXG re: review and printing of client production renditions |
| 11/06/2020 | Daniel Stromberg | DXS | 0.1 | $875.00 | $87.50 | Advise MSJ re: TKQ availability re: deposition digests. |
| 11/16/2020 | Daniel Stromberg | DXS | 0.1 | $875.00 | $87.50 | Advise re: exhibit number coding field and coordinate update of coding template |
| 11/17/2020 | Daniel Stromberg | DXS | 0.5 | $875.00 | $437.50 | Assess missing defendant production document images in Nuix; advise re: reproductions and batch print; coordinate upload of images and text to Nuix. |
| 11/18/2020 | Daniel Stromberg | DXS | 0.3 | $875.00 | $262.50 | Assess missing defendant production document images in Nuix; advise re: reproductions |
| 11/23/2020 | Daniel Stromberg | DXS | 0.2 | $875.00 | $175.00 | Advise BDK re: defendant reproduction technical issues. |
| 12/11/2020 | Daniel Stromberg | DXS | 0.3 | $875.00 | $262.50 | Assess document access issue in Nuix per SZG, update configuration and advise |
| 02/26/2021 | Daniel Stromberg | DXS | 0.2 | $875.00 | $175.00 | Advise SXG re: collection methodology for client outlook.com emails |
| 04/01/2021 | Daniel Stromberg | DXS | 0.3 | $875.00 | $262.50 | Assess defendant production technical issues with native excel files, troubleshoot and resolve |
| 10/25/2022 | Daniel Stromberg | DXS | 0.2 | $875.00 | $175.00 | Assess document report and assembly request and advise NAZ re: timelines for Nuix processes |
| **Total** | | | **36.8** | | **$32,200.00** | |