# EXHIBIT 13

| Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|
| 11/10/2020 | Tara K. Quaglione | TKQ | 4.5 | $450.00 | $2,025.00 | Review Tariq Shaukat deposition and prepare memorandum regarding same |
| 11/11/2020 | Tara K. Quaglione | TKQ | 5.7 | $450.00 | $2,565.00 | Review Tariq Shaukat deposition and prepare memorandum regarding same |
| 11/12/2020 | Tara K. Quaglione | TKQ | 4.0 | $450.00 | $1,800.00 | Review Tariq Shaukat deposition and prepare memorandum regarding same |
| 11/13/2020 | Tara K. Quaglione | TKQ | 7.0 | $450.00 | $3,150.00 | Review Tariq Shaukat and Ulku Rowe depositions and prepare memorandum regarding same |
| 11/14/2020 | Tara K. Quaglione | TKQ | 5.0 | $450.00 | $2,250.00 | Review Ulku Rowe deposition and prepare memorandum regarding same |
| 11/15/2020 | Tara K. Quaglione | TKQ | 11.0 | $450.00 | $4,950.00 | Review Ulke Rowe and Will Grannis depositions, and prepare memorandum regarding same |
| 11/16/2020 | Tara K. Quaglione | TKQ | 8.0 | $450.00 | $3,600.00 | Review Will Grannis deposition and prepare memorandum regarding same |
| 11/17/2020 | Tara K. Quaglione | TKQ | 4.0 | $450.00 | $1,800.00 | Review Adam Lief deposition and prepare memorandum regarding same |
| 11/18/2020 | Tara K. Quaglione | TKQ | 6.5 | $450.00 | $2,925.00 | Review Adam Lief deposition and prepare memorandum regarding same |
| 11/19/2020 | Tara K. Quaglione | TKQ | 5.6 | $450.00 | $2,520.00 | Review Stuart Breslow deposition and prepare memorandum regarding same |
| 11/20/2020 | Tara K. Quaglione | TKQ | 5.0 | $450.00 | $2,250.00 | Review Stuart Breslow deposition and prepare memorandum regarding same |
| 11/23/2020 | Tara K. Quaglione | TKQ | 5.1 | $450.00 | $2,295.00 | Review Stuart Breslow deposition and prepare memorandum regarding same |
| 11/29/2020 | Tara K. Quaglione | TKQ | 3.0 | $450.00 | $1,350.00 | Review Stuart Breslow deposition and prepare memorandum regarding same |
| 11/30/2020 | Tara K. Quaglione | TKQ | 6.0 | $450.00 | $2,700.00 | Review Stuart Breslow and Kevin Lucas depositions and prepare memorandum regarding same |
| 12/01/2020 | Tara K. Quaglione | TKQ | 6.0 | $450.00 | $2,700.00 | Review Kevin Lucas deposition and prepare memorandum regarding same |
| 12/02/2020 | Tara K. Quaglione | TKQ | 4.0 | $450.00 | $1,800.00 | Review Kevin Lucas deposition and prepare memorandum regarding same |
| 12/03/2020 | Tara K. Quaglione | TKQ | 5.0 | $450.00 | $2,250.00 | Review Kevin Lucas and Bernita Jamison depositions and prepare memorandum regarding same |
| 12/04/2020 | Tara K. Quaglione | TKQ | 5.0 | $450.00 | $2,250.00 | Review Bernita Jamison deposition and prepare memorandum regarding same |
| 12/05/2020 | Tara K. Quaglione | TKQ | 8.0 | $450.00 | $3,600.00 | Review Bernita Jamison and Ben Wilson depositions and prepare memorandum regarding same |
| 12/07/2020 | Tara K. Quaglione | TKQ | 6.0 | $450.00 | $2,700.00 | Review Ben Wilson deposition and prepare memorandum regarding same |
| 12/08/2020 | Tara K. Quaglione | TKQ | 7.0 | $450.00 | $3,150.00 | Review Ben Wilson and Stuart Vardaman depositions and prepare memorandum regarding same |
| 12/09/2020 | Tara K. Quaglione | TKQ | 5.0 | $450.00 | $2,250.00 | Review Stuart Vardaman deposition and prepare memorandum regarding same |
| 12/10/2020 | Tara K. Quaglione | TKQ | 5.3 | $450.00 | $2,385.00 | Review Stuart Vardaman deposition and prepare memorandum regarding same |
| 12/11/2020 | Tara K. Quaglione | TKQ | 6.0 | $450.00 | $2,700.00 | Review Stuart Vardaman and Brian Stevens depositions and prepare memorandum regarding same |
| 12/14/2020 | Tara K. Quaglione | TKQ | 3.0 | $450.00 | $1,350.00 | Review Brian Stevens deposition and prepare memorandum regarding same |
| 12/15/2020 | Tara K. Quaglione | TKQ | 6.0 | $450.00 | $2,700.00 | Review Brian Stevens and Evren Eryurek depositions and prepare memorandum regarding same |
| 12/16/2020 | Tara K. Quaglione | TKQ | 4.0 | $450.00 | $1,800.00 | Review Evren Eryurek deposition and prepare memorandum regarding same |
| 12/18/2020 | Tara K. Quaglione | TKQ | 5.4 | $450.00 | $2,430.00 | Review Evren Eryurek deposition and prepare memorandum regarding same |
| 01/13/2021 | Tara K. Quaglione | TKQ | 5.0 | $450.00 | $2,250.00 | Review Jennifer Burdis deposition and prepare memorandum regarding same |
| 01/15/2021 | Tara K. Quaglione | TKQ | 2.4 | $450.00 | $1,080.00 | Review Jennifer Burdis deposition and prepare memorandum regarding same |
| 10/01/2021 | Tara K. Quaglione | TKQ | 7.0 | $450.00 | $3,150.00 | Review Tariq Shaukat deposition and draft memorandum regarding same |
| 10/04/2021 | Tara K. Quaglione | TKQ | 8.0 | $450.00 | $3,600.00 | Review Tariq Shaukat and Will Grannis depositions and draft memorandum regarding same |
| 10/05/2021 | Tara K. Quaglione | TKQ | 8.0 | $450.00 | $3,600.00 | Review Will Grannis and Ulku Rowe depositions and draft memorandum regarding same |
| 10/06/2021 | Tara K. Quaglione | TKQ | 8.0 | $450.00 | $3,600.00 | Review Ulku Rowe and Stuart Vardaman depositions and draft memorandum regarding same |
| 10/07/2021 | Tara K. Quaglione | TKQ | 3.0 | $450.00 | $1,350.00 | Review Stuart Vardaman deposition and draft memorandum regarding same |

| Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|
| 10/08/2021 | Tara K. Quaglione | TKQ | 8.0 | $450.00 | $3,600.00 | Review Stuart Vardaman and Evren Eryurek depositions and draft memorandum regarding same |
| 10/12/2021 | Tara K. Quaglione | TKQ | 7.0 | $450.00 | $3,150.00 | Review Evren Eryurek and Kevin Lucas depositions and draft memorandum regarding same |
| 10/13/2021 | Tara K. Quaglione | TKQ | 8.0 | $450.00 | $3,600.00 | Review Kevin Lucas deposition and draft memorandum regarding same. |
| 10/14/2021 | Tara K. Quaglione | TKQ | 8.0 | $450.00 | $3,600.00 | Review Kevin Lucas and Stuart Breslow depositions and draft memorandum regarding same |
| 10/15/2021 | Tara K. Quaglione | TKQ | 8.0 | $450.00 | $3,600.00 | Review Stuart Breslow deposition and draft memorandum regarding same |
| 10/18/2021 | Tara K. Quaglione | TKQ | 8.0 | $450.00 | $3,600.00 | Review Stuart Breslow and Bernita Jamison depositions and draft memorandum regarding same |
| 10/19/2021 | Tara K. Quaglione | TKQ | 7.0 | $450.00 | $3,150.00 | Review Bernita Jamison deposition and draft memorandum regarding same |
| 10/20/2021 | Tara K. Quaglione | TKQ | 7.5 | $450.00 | $3,375.00 | Review Brian Stevens deposition and draft memorandum regarding same. |
| 10/21/2021 | Tara K. Quaglione | TKQ | 1.7 | $450.00 | $765.00 | Review Brian Stevens deposition and draft memorandum regarding same. |
| 08/15/2023 | Tara K. Quaglione | TKQ | 9.2 | $450.00 | $4,140.00 | Review Nora Ostrofe depositions; draft depo digest regarding same. |
| 08/16/2023 | Tara K. Quaglione | TKQ | 9.6 | $450.00 | $4,320.00 | Review Nora Ostrofe depositions; draft depo digest regarding same. |
| 08/17/2023 | Tara K. Quaglione | TKQ | 2.4 | $450.00 | $1,080.00 | Review Nora Ostrofe depositions; draft depo digest regarding same. |
| 10/17/2023 | Tara K. Quaglione | TKQ | 9.9 | $450.00 | $4,455.00 | Review Patricia Florissi deposition and draft memo re same; correspondence with SZG, CEG, GSC re same |
| **Total** | | | **291.8** | | **$131,310.00** | |