# EXHIBIT 14

| Relevant Time | Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|---|
| 3.4 | 01/28/2020 | Shira Gelfand | SZG | 6.3 | $425.00 | $2,677.50 | Preparation for client call (.1); Client call (.2); Correspondence with CEG (.1); Correspondence with opposing counsel re discovery (.3); Continue drafting mediation statement and conducting research re same (3.4); Review Ringtail for docs re: Google employees, draft email to client re same (.4); Review ECF notice from SDNY (.1) Begin drafting Plaintiff's responses to D's interrogatories (1.7). |
| 0.7 | 01/29/2020 | Shira Gelfand | SZG | 4.7 | $425.00 | $1,997.50 | Review correspondence from opposing counsel, review referenced filings (.4); Edit and supplement mediation statement, send to CEG for review (.7); Begin drafting joint status letter to court (2.3); Edit and supplement interrogatories, send to CEG for review (.6); Correspondence with Ringtail team re: production and missing native files (.3) review of additional documents from Defendants (.4). |
| 0.1 | 02/03/2020 | Brian D. Kouassi | BDK | 0.1 | $325.00 | $32.50 | Correspondence with SZG re mediation statement. |
| 0.1 | 02/03/2020 | Brian D. Kouassi | BDK | 0.1 | $325.00 | $32.50 | Correspondence with SZG re mediation statement. |
| 2.3 | 02/03/2020 | Shira Gelfand | SZG | 8.2 | $425.00 | $3,485.00 | Review correspondence from client, including responses to interrogatories (.4); Prepare for case management meeting (.2); Case management meeting with CEG (.3); Correspondence with opposing counsel (.3); Edit and supplement joint status letter, send to o/c (.4); Review opposing counsel edits to joint status letter, supplement and send to CEG for review (.8); Continue drafting response to interrogatories (.7); Edit and supplement mediation statement (2.3) finalize edits to new version of joint status letter and protective order and send to opposing counsel (.5); correspondence with paralegals re: filing (.2); Review final joint status letter with opposing counsel edits, finalize, send to CEG for review, correspondence with BXS, send to paralegal for filing, review filing (2.1). |
| 0.1 | 02/04/2020 | Brian D. Kouassi | BDK | 0.1 | $325.00 | $32.50 | Correspondence with SZG re mediation statement. |
| 0.8 | 02/04/2020 | Brian D. Kouassi | BDK | 0.8 | $325.00 | $260.00 | Revise cash flow charts for mediation statement to the court. |
| 4.7 | 02/04/2020 | Shira Gelfand | SZG | 5.5 | $425.00 | $2,337.50 | Edit and supplement mediation statement, review documents to include as exhibits (4.7); Correspondence with CEG (.2); Review letter from court re: initial disclosures, flag deadline (.3); Meeting with BXK re outstanding tasks (.2); review correspondence with client (.1). |
| 2.3 | 02/05/2020 | Shira Gelfand | SZG | 4.6 | $425.00 | $1,955.00 | Edit and supplement mediation statement and review relevant documents in ringtail (2.3); Continue drafting responses and objections to interrogatories (1.8); Correspondence with opposing counsel (.2); correspondence with CEG (.1); case management meeting with CEG (.2). |
| 0.4 | 02/06/2020 | Shira Gelfand | SZG | 4.6 | $425.00 | $1,955.00 | Correspondence with opposing counsel (.2); Prep for Case management meeting (.2); Case management meeting (.3); Call with client (.4); Review individual court rules, Draft letter re extension to court, send to CEG for review (1.2); Correspondence with paralegal and RT admin re: FTP of hot docs to client (.3); Final review of relevant documents (176) i RT for FTP, send instructions to paralegals (1.3); call and email with mediator and mediation office (.4) Review FTP in Y drive and draft letter from paralegal (.3). |
| 0.3 | 02/13/2020 | Shira Gelfand | SZG | 0.6 | $425.00 | $255.00 | Correspondence with ringtail team re: documents for production (.2); correspondence with CEG (.1); Review filing from court re mediation (.3). |
| 0.5 | 03/03/2020 | Cara E. Greene | CEG | 2.3 | $950.00 | $2,185.00 | Review mediation statement (.5); conference with SZG re discovery deficiencies (.5); meet and confer call with opposing counsel (1.0); review deficiency chart (.3). |

| Relevant Time | Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|---|
| 0.3 | 03/03/2020 | Shira Gelfand | SZG | 11.6 | $425.00 | $4,930.00 | Correspondence with DXS (.2); Correspondence with CEG (.7); edit and supplement deficiencies chart (1.2); Prepare agenda for call with Paul Hastings (.2); Attention to document review and initial disclosures (1.2) Correspondence with mediator (.3); Case management meeting and Prep with call with opposing counsel (.5) Call with Paul Hastings (1.0); Prepare supplemental initial disclosures, correspondence with client, correspondence with paralegal, correspondence with Ringtail team, correspondence with CEG, call with client, review of documents, attention to redaction of third partie (6.3). |
| 2.6 | 03/04/2020 | Cara E. Greene | CEG | 2.6 | $950.00 | $2,470.00 | Client meeting to discuss discovery and mediation (1.8); finalize mediation statement (.8) |
| 0.1 | 03/04/2020 | Shira Gelfand | SZG | 4.9 | $425.00 | $2,082.50 | Preparation for meeting (.5); Client meeting with CEG (2.0); Begin drafting letter to opposing counsel re: deficiencies in production (1.3); Correspndence with client (.1); Correspondence with Ringtail team re: redacting metadata for production (.3); Correspondence with paralegal re binder (.2) Correspondence with mediator (.1); correspondence with opposing counsel (.4). |
| 0.6 | 03/05/2020 | Maya S. Jumper | MSJ | 0.6 | $475.00 | $285.00 | Review mediation statement. |
| 1.8 | 03/09/2020 | Cara E. Greene | DEG | 2.5 | $950.00 | $2,375.00 | Prepare for mediation and correspondence with opposing counsel (1.8); meeting with SZG and MJ (.2); telephone call with client to discuss damages calculations (.5). |
| 1 | 03/09/2020 | Maya S. Jumper | MSJ | 1.0 | $475.00 | $475.00 | Conference call with client re preparation for mediation, damages calculations and case strategy |
| 1.5 | 03/09/2020 | Maya S. Jumper | MSJ | 1.5 | $475.00 | $712.50 | Conference with CEG/SZG regarding preparation for mediation |
| 0.6 | 03/09/2020 | Maya S. Jumper | MSJ | 0.6 | $475.00 | $285.00 | Review correspondence regarding attendance at mediation. |
| 0.3 | 03/09/2020 | Maya S. Jumper | MSJ | 0.3 | $475.00 | $142.50 | Review correspondence from CEG regarding comparator information and preparation for mediation |
| 4.2 | 03/10/2020 | Cara E. Greene | CEG | 4.2 | $950.00 | $3,990.00 | Prepare for and attend mediation. |
| 1 | 03/10/2020 | Cara E. Greene | CEG | 1.0 | $475.00 | $475.00 | Travel to and from mediation (1/2 charge) |
| 2 | 03/10/2020 | Maya S. Jumper | MSJ | 2.0 | $475.00 | $950.00 | Attend mediation with CEG/SZG. |
| 0.5 | 03/10/2020 | Maya S. Jumper | MSJ | 0.5 | $237.50 | $118.75 | Travel to mediation. |
| 0.5 | 03/10/2020 | Maya S. Jumper | MSJ | 0.5 | $237.50 | $118.75 | Travel from mediation. |
| 1 | 03/10/2020 | Shira Gelfand | SZG | 1.0 | $212.50 | $212.50 | Travel to and from mediation. |
| 3 | 03/10/2020 | Shira Gelfand | SZG | 3.5 | $425.00 | $1,487.50 | Attend mediation (3.0); Correspondence with opposing counsel (.2); review op ed (.3) |
| 0.3 | 11/02/2020 | Shira Gelfand | SZG | 8.1 | $425.00 | $3,442.50 | Correspondence with CEG and MSJ (.3); Prep for call with client, review settlement discussion in mediation statement (.3); Call with client (.4); Correspondence with paralegal re outstanding tasks (.4); Document review with attention to two upcoming depositions (3.8); Begin drafting deposition objectives for Jenny Burdis, review transcripts of previous depositions and interrogatory responses (2.7); correspondence with opposing counsel (.2). |
| 0.1 | 06/01/2021 | Cara E. Greene | CEG | 0.1 | $950.00 | $95.00 | Telephone call with K. Gage re mediation. |
| 0.5 | 06/03/2021 | Cara E. Greene | CEG | 0.5 | $950.00 | $475.00 | Telephone call with SZG re mediation strategy, communications with client |
| 0.2 | 06/04/2021 | Cara E. Greene | CEG | 0.2 | $950.00 | $190.00 | Correspondence with client re mediation. |
| 0.9 | 06/07/2021 | Cara E. Greene | CEG | 0.9 | $950.00 | $855.00 | Correspondence with K. Gage re mediation (.1); telephone call with client re same (.8) |
| 0.5 | 06/07/2021 | Maya S. Jumper | MSJ | 0.5 | $475.00 | $237.50 | Conference with CEG/SZG and client regarding case updates and next steps regarding mediation |
| 0.1 | 06/09/2021 | Maya S. Jumper | MSJ | 0.1 | $475.00 | $47.50 | Review correspondence from opposing counsel regarding meet and confer on mediation scheduling |
| 1.1 | 06/09/2021 | Shira Gelfand | SZG | 1.1 | $425.00 | $467.50 | Correspondence with client, call with counsel and Judge's clerk; correspondence with team re Judge Fox, research re same. |
| 0.3 | 06/14/2021 | Cara E. Greene | CEG | 0.3 | $950.00 | $285.00 | Review magistrate referral, correspondence with MSJ re same, review order re settlement conference and correspondence with opposing counsel re adjournment. |

| Relevant Time | Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|---|
| 0.2 | 06/14/2021 | Maya S. Jumper | MSJ | 0.2 | $475.00 | $95.00 | Review court order regarding referral to magistrate judge for mediation |
| 0.3 | 06/14/2021 | Maya S. Jumper | MSJ | 0.3 | $475.00 | $142.50 | Review correspondence and draft correspondence to opposing counsel regarding status of mediation scheduling |
| 0.2 | 06/14/2021 | Maya S. Jumper | MSJ | 0.2 | $475.00 | $95.00 | Review correspondence from opposing counsel and draft correspondence to CEG regarding requested extension of mediation date. |
| 0.2 | 06/14/2021 | Maya S. Jumper | MSJ | 0.2 | $475.00 | $95.00 | Review correspondence from CEG and draft response to opposing counsel regarding mediation date |
| 0.1 | 06/15/2021 | Maya S. Jumper | MSJ | 0.1 | $475.00 | $47.50 | Draft correspondence to client regarding availability for mediation dates |
| 0.1 | 06/15/2021 | Maya S. Jumper | MSJ | 0.1 | $475.00 | $47.50 | Draft correspondence to CEG/SZG regarding mediation scheduling |
| 0.1 | 06/15/2021 | Maya S. Jumper | MSJ | 0.1 | $475.00 | $47.50 | Draft correspondence to CEG regarding mediation availability |
| 0.5 | 06/15/2021 | Maya S. Jumper | MSJ | 0.5 | $475.00 | $237.50 | Review correspondence from opposing counsel and letter to court regarding request for new mediation date |
| 0.2 | 06/21/2021 | Shira Gelfand | SZG | 0.6 | $425.00 | $255.00 | Correspondence with team re damage analysis (.2); review Judge order (.4). |
| 0.2 | 06/22/2021 | Cara E. Greene | CEG | 0.2 | $950.00 | $190.00 | Correspondence re damages analysis. |
| 0.5 | 06/22/2021 | Maya S. Jumper | MSJ | 0.5 | $475.00 | $237.50 | Conference with CEG/client regarding mediation and next steps. |
| 0.2 | 06/22/2021 | Maya S. Jumper | MSJ | 0.2 | $475.00 | $95.00 | Draft correspondence to CEG regarding damages calculations. |
| 0.2 | 06/22/2021 | Maya S. Jumper | MSJ | 0.2 | $475.00 | $95.00 | Review correspondence from CEG/SZG regarding individual comparator damages calculations |
| 1.7 | 06/22/2021 | Shira Gelfand | SZG | 1.7 | $425.00 | $722.50 | Correspondence with team re damages calculations (.2), review comparator data (1.5) |
| 0.5 | 06/28/2021 | Maya S. Jumper | MSJ | 0.5 | $475.00 | $237.50 | Review client damages and draft correspondence to SZGr regarding calculations |
| 3.7 | 06/28/2021 | Shira Gelfand | SZG | 3.7 | $425.00 | $1,572.50 | Correspondence with client; review of documents and prepare damages analysis for mediation |
| 0.4 | 06/29/2021 | Maya S. Jumper | MSJ | 0.4 | $475.00 | $190.00 | Conference call with SZG regarding damages analysis and probability chart |
| 2.6 | 06/29/2021 | Shira Gelfand | SZG | 2.7 | $425.00 | $1,147.50 | Continue damages analysis for 4 OCTO comparators and Breslow; call with MSJ re same (2.6); correspondence with client (.1). |
| 0.3 | 07/01/2021 | Shira Gelfand | SZG | 0.3 | $425.00 | $127.50 | Review judge rules re settlement conference mediation statement and correspondence with MSJ re same |
| 1.2 | 07/02/2021 | Shira Gelfand | SZG | 1.2 | $425.00 | $510.00 | Continue preparing damages analysis. |
| 0.1 | 07/06/2021 | Cara E. Greene | CEG | 0.1 | $950.00 | $95.00 | Correspondence with SZG re comparator calculations |
| 6.4 | 07/06/2021 | Shira Gelfand | SZG | 6.6 | $425.00 | $2,805.00 | Edit and supplement damages calculation (1.6); Review Judge Fox's rules and relevant documents, begin drafting mediation statement (4.8); prepare meeting agenda (.2); correspondence with CEG, correspondence with client re check in (.2). |
| 0.3 | 07/07/2021 | Maya S. Jumper | MSJ | 0.3 | $475.00 | $142.50 | Review damages analysis. |
| 2.1 | 07/07/2021 | Shira Gelfand | SZG | 2.2 | $425.00 | $935.00 | Correspondence with team (.1); continue drafting mediation statement, complete attendance form (2.1) |
| 0.6 | 07/08/2021 | Maya S. Jumper | MSJ | 0.6 | $475.00 | $285.00 | Conference call with CEG/SZG regarding mediation prep and damages analysis |
| 0.4 | 07/08/2021 | Maya S. Jumper | MSJ | 0.4 | $475.00 | $190.00 | Review correspondence from SZG regarding updated damages analysis. |
| 0.6 | 07/08/2021 | Maya S. Jumper | MSJ | 0.6 | $475.00 | $285.00 | Review correspondence from SZG regarding draft pre-conference letter and review letter |
| 3.3 | 07/08/2021 | Shira Gelfand | SZG | 3.3 | $425.00 | $1,402.50 | Rowe team meeting, edit and supplement mediation statement and send to MSJ, edit and supplement damages chart. |
| 0.4 | 07/09/2021 | Maya S. Jumper | MSJ | 0.4 | $475.00 | $190.00 | Review correspondence from SZG regarding notes from team meeting and updated damages analysis |
| 2.2 | 07/09/2021 | Maya S. Jumper | MSJ | 2.2 | $475.00 | $1,045.00 | Review file and draft probability damages analysis. |
| 2.4 | 07/09/2021 | Shira Gelfand | SZG | 2.4 | $425.00 | $1,020.00 | Review of documents for information on compensation at hire (.8); edit and supplement damages calculation (1.6) |
| 2.2 | 07/12/2021 | Maya S. Jumper | MSJ | 2.2 | $475.00 | $1,045.00 | Review file; draft damages probability table. |
| 1.2 | 07/12/2021 | Shira Gelfand | SZG | 1.2 | $425.00 | $510.00 | Review damages probability chart, correspondence with team re same. |
| 0.8 | 07/13/2021 | Shira Gelfand | SZG | 0.8 | $425.00 | $340.00 | Review of damages analysis, correspondence with client , correspondence with team |

| Relevant Time | Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|---|
| 1.5 | 07/15/2021 | Cara E. Greene | CEG | 1.5 | $950.00 | $1,425.00 | Work on probability charts, telephone call with client in preparation for mediation |
| 1.8 | 07/15/2021 | Shira Gelfand | SZG | 2.1 | $425.00 | $892.50 | Edit and supplement damages chart and probability analysis, correspondence with CEG and MSJ re same (1.8); call with client (.2) ; correspondence with CEG (.1). |
| 0.5 | 07/16/2021 | Cara E. Greene | CEG | 0.5 | $950.00 | $475.00 | Prepare for mediation. |
| 3.4 | 07/19/2021 | Maya S. Jumper | MSJ | 3.4 | $475.00 | $1,615.00 | Review file and revise damages analysis. |
| 1.7 | 07/20/2021 | Cara E. Greene | CEG | 1.7 | $950.00 | $1,615.00 | Finish preparing damages probability chart and mediation prep session with client |
| 3.3 | 07/20/2021 | Maya S. Jumper | MSJ | 3.3 | $475.00 | $1,567.50 | Review and revise pre-conference mediation letter. |
| 1.1 | 07/20/2021 | Maya S. Jumper | MSJ | 1.1 | $475.00 | $522.50 | Conference call with CEG/SZG and client regarding mediation demand and damages calculations |
| 1.8 | 07/20/2021 | Shira Gelfand | SZG | 2.6 | $425.00 | $1,105.00 | Call with client (.8); prep damages chart (1.8). |
| 0.1 | 07/21/2021 | Cara E. Greene | CEG | 0.1 | $950.00 | $95.00 | Correspondence with client re probability chart |
| 1.1 | 07/21/2021 | Shira Gelfand | SZG | 1.1 | $425.00 | $467.50 | Correspondence with client; review updated probability chart; review mediation statement |
| 0.4 | 07/22/2021 | Maya S. Jumper | MSJ | 0.4 | $475.00 | $190.00 | Attend M&C with opposing counsel regarding pre-mediation conference |
| 0.1 | 07/23/2021 | Maya S. Jumper | MSJ | 0.1 | $475.00 | $47.50 | Review correspondence from SZG regarding mediation attendance sheet and draft response |
| 0.1 | 07/23/2021 | Shira Gelfand | SZG | 0.1 | $425.00 | $42.50 | Edit to attendance form for Monday filing |
| 3.6 | 07/26/2021 | Cara E. Greene | CEG | 4.0 | $950.00 | $3,800.00 | Review and edit pre-settlement conference letter (1.6); telephone call with opposing counsel (.2); finalize and file letter (.4); prepare for mediation by reviewing case materials, transcripts (1.8). |
| 0.8 | 07/26/2021 | Maya S. Jumper | MSJ | 0.8 | $475.00 | $380.00 | Review and revise pre-conference letter. |
| 0.6 | 07/26/2021 | Maya S. Jumper | MSJ | 0.6 | $475.00 | $285.00 | Finalize pre-conference letter and attendance form and circulate to mediator |
| 0.4 | 07/26/2021 | Maya S. Jumper | MSJ | 0.4 | $475.00 | $190.00 | Conference call with CEG/SZG and opposing counsel regarding settlement demand response |
| 0.2 | 07/26/2021 | Maya S. Jumper | MSJ | 0.2 | $475.00 | $95.00 | Draft correspondence to accounting for fees and costs. |
| 2.4 | 07/26/2021 | Shira Gelfand | SZG | 2.9 | $425.00 | $1,232.50 | Edit and finalize pre-conference letter, conduct research and review file re same (2.4); correspondence with team (.2); correspondence with client (.1); meet and confer with counsel (.2). |
| 2.3 | 07/29/2021 | Cara E. Greene | CEG | 2.9 | $950.00 | $2,660.00 | Prepare for and attend settlement conference with Judge Fox (2.3); case management meeting (.5) |
| 2.9 | 07/29/2021 | Shira Gelfand | SZG | 4.2 | $425.00 | $1,785.00 | Prep for settlement conference and attend settlement conference (2.9); case management meeting (.5); review upcoming deadlines and prepare timeline re same. (.8). |
| 0.4 | 10/17/2022 | Cara E. Greene | CEG | 2.6 | $950.00 | $2,470.00 | Trial planning meeting (1.2); research re experts (.4); correspondence with opposing counsel re mediation (.2)l draft memo to litigation ops team re process for preparing exhibit list (.4); correspondence re trial tasks (.4). |
| 0.4 | 10/18/2022 | Cara E. Greene | CEG | 0.4 | $950.00 | $380.00 | Correspondence re mediation; correspondence with litigation ops re exhibit binders and upcoming trials |
| 0.3 | 10/19/2022 | Cara E. Greene | CEG | 0.3 | $950.00 | $285.00 | Correspondence re mediation. |
| 0.5 | 10/21/2022 | Cara E. Greene | CEG | 0.5 | $950.00 | $475.00 | Correspondence re mediation; memo to lit ops re mediation strategy and tasks |
| 0.1 | 10/21/2022 | Gregory S. Chiarello | GSC | 0.3 | $800.00 | $240.00 | JAMS mediation agreement (.1); conference with ATC re research assignments (.2). |
| 4.7 | 10/23/2022 | Shira Gelfand | SZG | 4.7 | $425.00 | $1,997.50 | Draft mediation statement and damages calculation. |
| 6.6 | 10/24/2022 | Shira Gelfand | SZG | 7.3 | $425.00 | $3,102.50 | Draft mediation statement (6.6); call with CEG (.2); call with expert (.5) |
| 0.1 | 10/25/2022 | Shira Gelfand | SZG | 3.2 | $425.00 | $1,360.00 | Correspondence with CEG (.3); attention to comparator chart and review of documents (2.6); correspondence with counsel (.2); correspondence with mediator (.1). |
| 3.8 | 10/27/2022 | Cara E. Greene | CEG | 3.8 | $950.00 | $3,610.00 | Review and edit mediation statement draft (2.6); review comparator damages data (1.2) |

| Relevant Time | Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|---|
| 2.9 | 10/28/2022 | Cara E. Greene | CEG | 3.3 | $950.00 | $3,135.00 | Coordinate with expert re materials and report (.4); telephone call with GSC re sealing filing and mediation statement outline (.2); continue working on mediation statement and damages analysis (2.7). |
| 0.7 | 10/28/2022 | Gregory S. Chiarello | GSC | 2.3 | $800.00 | $1,840.00 | Telephone call with CEG re mediation statement, sealing motion (.2); telephone calls and correspondence with SZG re mediation statement, expert discovery (.5); review sealing motion and correspondence re same (.6); review mediation statement and correspondence re same (.5); conferences with ATC re jury instruction research (.3); review jury instruction research (.2). |
| 8.1 | 10/28/2022 | Shira Gelfand | SZG | 10.4 | $425.00 | $4,420.00 | Draft mediation statement (7.9); call with GSC re sealing and mediation statement (.2); correspondence re sealing (.8); prepare documents for expert (1.5). |
| 0.7 | 10/29/2022 | Cara E. Greene | CEG | 0.7 | $950.00 | $665.00 | Update comparator comp charts and complete damages analysis for mediation |
| 3.4 | 10/29/2022 | Shira Gelfand | SZG | 3.4 | $425.00 | $1,445.00 | Edit mediation statement. |
| 5.8 | 10/30/2022 | Cara E. Greene | CEG | 5.8 | $950.00 | $5,510.00 | Update comparator comp chart and complete damages analysis for mediation (2.7); edit mediation statement and correspondence with SZG re same (3.1). |
| 2.2 | 10/30/2022 | Shira Gelfand | SZG | 2.4 | $425.00 | $1,020.00 | Correspondence with team and counsel (2.2); attention to drafting mediation statement (2.2) |
| 1.7 | 10/31/2022 | Cara E. Greene | CEG | 1.7 | $950.00 | $1,615.00 | Review, edit, and finalize mediation statement. |
| 0.6 | 10/31/2022 | Gregory S. Chiarello | GSC | 0.9 | $800.00 | $720.00 | Edit mediation statement (.6); review comparator research (.1); correspondence with LitOps re sealing motion (.1); conference with SZG (.1). |
| 3.4 | 10/31/2022 | Shira Gelfand | SZG | 4.3 | $425.00 | $1,827.50 | Edit and supplement mediation statement (3.2); correspondence with team and counsel (.3); attention to mediation binders (.2); review motion to seal (.6). |
| 4.8 | 11/01/2022 | Cara E. Greene | CEG | 4.7 | $950.00 | $4,465.00 | Review production of updated comparator data (.4); meet and confer with opposing counsel and prepare for same (.5); conference with GSC re damages and mediation prep (.5); work on damages calculations (.7); conference with GSC, client SZG re mediation prep (2.0); telephone call with mediator (.2); review settlement agreement (.3); review materials for mediation (1.1). |
| 3.1 | 11/01/2022 | Gregory S. Chiarello | GSC | 4.0 | $800.00 | $3,200.00 | Meet and confer with opposing counsel re comparators, mediation (.5); conference with CEG re damages and mediation prep (.5); telephone calls, conferences with SZG (.4); meeting with client, CEG, SZG re mediation prep (2.0); conferences with CEG re mediation (.3); conferences with CEG, SZG re mediation (.3). |
| 4.5 | 11/01/2022 | Shira Gelfand | SZG | 5.7 | $425.00 | $2,422.50 | Meet and confer call with counsel (.5); call with GSC and CEG (.3); mediation prep with client (2); draft proposed settlement agreement (2.3); correspondence with client re deposition transcripts delivery (.2); correspondence with paralegals re mediation prep (.2); correspondence with expert (.2). |
| 2.1 | 11/01/2022 | Vincent Yang | VXY | 2.1 | $325.00 | $682.50 | Pull documents in advance of mediation. |
| 1.2 | 11/01/2022 | Vincent Yang | VXY | 1.2 | $325.00 | $390.00 | Prepare mediation binder for CEG in advance of mediation |
| 0.2 | 11/02/2022 | Cara E. Greene | CEG | 0.2 | $950.00 | $190.00 | Correspondence re mediation logistics. |
| 1.3 | 11/02/2022 | Napoleon Zapata | NAZ | 1.3 | $325.00 | $422.50 | Finalize, assemble, and QC mediation binder for attorney review and analysis |
| 0.2 | 11/02/2022 | Napoleon Zapata | NAZ | 0.2 | $325.00 | $65.00 | Correspondence with TAM, RRX, VXY, SZG, and CEG re confirmation of completion and drop off of mediation binde |
| 4.1 | 11/03/2022 | Cara E. Greene | CEG | 4.1 | $950.00 | $3,895.00 | Prepare for mediation and conduct multiple damages analysis |
| 10 | 11/04/2022 | Cara E. Greene | CEG | 10.0 | $950.00 | $9,500.00 | Prepare for and attend mediation. |
| 8.9 | 11/04/2022 | Gregory S. Chiarello | GSC | 8.9 | $800.00 | $7,120.00 | Attend mediation. |
| 10 | 11/04/2022 | Shira Gelfand | SZG | 10.0 | $425.00 | $4,250.00 | Prep for and attend mediation. |
| 0.3 | 02/16/2023 | Cara E. Greene | CEG | 0.3 | $950.00 | $285.00 | Correspondence with SZG, opposing counsel re mediation dates |
| 1 | 02/16/2023 | Shira Gelfand | SZG | 1.0 | $425.00 | $425.00 | Call with client re status (.5); call with CEG re mediation dates (.3); correspondence with counsel re mediation dates (.2). |
| 0.2 | 02/17/2023 | Shira Gelfand | SZG | 0.2 | $425.00 | $85.00 | Attention to mediation availability; correspondence with Judge Willis; correspondence with CEG re same |

| Relevant Time | Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|---|
| 0.1 | 02/21/2023 | Shira Gelfand | SZG | 0.1 | $425.00 | $42.50 | Attention to settlement conference date; correspondence with client re same |
| 0.8 | 03/20/2023 | Cara E. Greene | CEG | 0.8 | $950.00 | $760.00 | Calculate damages to make settlement demand (.6); correspondence with client and opposing counsel re same (.2) |
| 4.3 | 03/20/2023 | Shira Gelfand | SZG | 4.3 | $425.00 | $1,827.50 | Draft mediation statement (3.9); correspondence with CEG re same (.3); correspondence with client (.1) |
| 1.1 | 03/21/2023 | Cara E. Greene | CEG | 1.1 | $950.00 | $1,045.00 | Review settlement communication to court and edit same. |
| 0.5 | 03/21/2023 | Gregory S. Chiarello | GSC | 0.5 | $800.00 | $400.00 | Edit mediation statement (.3); review/respond to mediation/trial correspondence (.2) |
| 3.4 | 03/21/2023 | Shira Gelfand | SZG | 3.4 | $425.00 | $1,445.00 | Continue drafting settlement conference letter and editing same (3.2); correspondence with CEG and GSC (.2) |
| 1.8 | 03/23/2023 | Cara E. Greene | CEG | 1.8 | $950.00 | $1,710.00 | Prepare damages probability chart for settlement conference (.8); telephone call with client re settlement conference strategy and prepare for same (1.0). |
| 0.9 | 03/23/2023 | Gregory S. Chiarello | GSC | 0.9 | $800.00 | $720.00 | Telephone call with client, CEG, SZG. |
| 1.8 | 03/23/2023 | Shira Gelfand | SZG | 1.8 | $425.00 | $765.00 | Call with client; team meeting'; correspondence with counsel; attention to letter to court |
| 0.4 | 03/24/2023 | Cara E. Greene | CEG | 0.4 | $950.00 | $380.00 | Correspondence with SZG re letter to court and review same; prepare for settlement conference |
| 0.5 | 03/24/2023 | Vincent Yang | VXY | 0.5 | $325.00 | $162.50 | Prepare mediation binder. |
| 0.5 | 03/27/2023 | Hector Jacome | HJ | 0.5 | $150.00 | $75.00 | Prepared Mediation binder sets. |
| 0.8 | 03/27/2023 | Shira Gelfand | SZG | 0.8 | $425.00 | $340.00 | Correspondence with team and prep for settlement conference; call with court re devices; correspondence with client. |
| 0.2 | 03/27/2023 | Vincent Yang | VXY | 0.2 | $325.00 | $65.00 | Add document to mediation binder and correspondence with HJ re preparation |
| 6.3 | 03/28/2023 | Cara E. Greene | CEG | 6.3 | $950.00 | $5,985.00 | Attend settlement conference and prepare for same. |
| 0.5 | 03/28/2023 | Cara E. Greene | CEG | 0.5 | $475.00 | $237.50 | Travel to courthouse. |
| 5.8 | 03/28/2023 | Gregory S. Chiarello | GSC | 5.8 | $800.00 | $4,640.00 | SDNY Settlement Conference. |
| 7.1 | 03/28/2023 | Shira Gelfand | SZG | 7.1 | $425.00 | $3,017.50 | Prep for and attend settlement conference. |

Total  242.3