# **EXHIBIT 15**

| Relevant Time | Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|---|
| 0.7 | 04/09/2019 | Lauren B. McGlothlin | LBM | 0.9 | $450.00 | $405.00 | Correspond with CEG re drafting litigation committee memo (.2); draft memo re same (.5); telephone call with counsel re exchanging information (.2). |
| 0.9 | 04/15/2019 | Cara E. Greene | CEG | 0.9 | $950.00 | $855.00 | Review and edit litigation memo. |
| 4.5 | 04/15/2019 | Lauren B. McGlothlin | LBM | 4.5 | $450.00 | $2,025.00 | Draft Lit Comm memo re litigation in matter (3.7); conferences with CEG re same (.2); edit same and circulate to Lit Comm (.6). |
| 0.9 | 04/16/2019 | Cara E. Greene | CEG | 0.9 | $950.00 | $855.00 | Litigation committee meeting (.7); Conference with LBM re same (.2). |
| 1.7 | 04/16/2019 | Lauren B. McGlothlin | LBM | 1.7 | $450.00 | $765.00 | Prepare for Lit Comm presentation on client's matter and organize compensation materials (.7); conferences with CEG re same (.2); present at Lit Comm re same (.8). |
| 0.5 | 02/04/2021 | Shira Gelfand | SZG | 1.3 | $425.00 | $552.50 | Prepare agenda for team call (.2); case management meeting with CEG and MSJ (.3); correspondence with client (.2); correspondence with counsel (.1); write-up for firm update (.5). |
| 4.3 | 04/15/2021 | Shira Gelfand | SZG | 5.2 | $425.00 | $2,210.00 | Team meeting with CEG and MSJ (.5); Meeting with paralegals re assignment (.4); Prepare litigation committee memo, update proof chart, conduct research re same (4.3). |
| 1.4 | 04/19/2021 | Cara E. Greene | CEG | 1.4 | $950.00 | $1,330.00 | Conference with WNO, KP re summary judgment strategy; case management meeting with SZG, MSJ; review and edit litigation memo. |
| 0.4 | 04/19/2021 | Maya S. Jumper | MSJ | 0.4 | $475.00 | $190.00 | Review litigation committee memo and circulate revisions to SZG/CEG. |
| 0.2 | 04/19/2021 | Maya S. Jumper | MSJ | 0.2 | $475.00 | $95.00 | Review correspondence from KP regarding litigation committee meeting and logistics |
| 1.3 | 04/19/2021 | Shira Gelfand | SZG | 5.7 | $425.00 | $2,422.50 | Prep for litigation committee meeting, attend meetings (1.3); correspondence with team re outstanding tasks (.3); Draft pre-motion letter, conduct research and review documents re same (3.8); correspondence with paralegals re comparator compensation spreadsheet (.3). |
| 0.1 | 08/05/2021 | Shira Gelfand | SZG | 1.4 | $425.00 | $595.00 | Draft correspondence with counsel (.6); correspondence with lit comm; correspondence with CEG (.1); recap with MSJ and review file re comparators (.7). |
| 1.6 | 11/03/2021 | Cara E. Greene | CEG | 1.6 | $950.00 | $1,520.00 | Prepare for and present at attorneys meeting. |
| Total | 18.5 | | | | | | |