# **EXHIBIT 16**

| Relevant Time | Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|---|
| 0.4 | 12/18/2019 | Cara E. Greene | CEG | 0.4 | $950.00 | $380.00 | Clear conflicts. |
| 0.4 | 12/19/2019 | Cara E. Greene | CEG | 2.3 | $950.00 | $2,185.00 | Case management meeting with SZG (.5); prepare for meet and confer with opposing counsel (.3); meet and confer call with opposing counsel (1.0); correspondence with client re OpEd (.1); clear conflicts (.4). |
| 0.4 | 12/23/2019 | Shira Gelfand | SZG | 4.1 | $425.00 | $1,742.50 | Correspondence with CEG (.2); Draft proposed protective order, edit and supplement with CEG changes (2.7); correspondence with opposing counsel (.3); Client correspondence (.1); review letter from SDNY re: mandatory mediation (.2) Correspondence with IT re: logistics for client download (.2); Review correspondence re: conflict and waiver (.4). |
| 0.4 | 02/24/2020 | Cara E. Greene | CEG | 0.4 | $950.00 | $380.00 | Telephone call with J. Burt re potential conflicts |
| 0.7 | 06/08/2020 | Maya S. Jumper | MSJ | 0.7 | $475.00 | $332.50 | Review correspondence from CEG regarding conflict check; conduct conflict check |
| 0.6 | 08/13/2020 | Shira Gelfand | SZG | 5.1 | $425.00 | $2,167.50 | Correspondence with opposing counsel (.2); Prepare agenda for team call (.4); case management meeting (.7); call with MSJ (.3); draft conflict waiver (.6); edit and supplement letter motion and exhibits (1.2) Edit and supplement ROGs (1.3); correspondence with BXK and review of gender breakdown of L8-9 (.4). |
| 0.2 | 09/08/2020 | Maya S. Jumper | MSJ | 0.2 | $475.00 | $95.00 | Draft correspondence to client regarding conflict check |
| 0.2 | 09/09/2020 | Shira Gelfand | SZG | 0.5 | $425.00 | $212.50 | Correspondence with client (.1); Edit and supplement email to counsel (.2); review conflict waiver (.2) |
| 0.1 | 09/17/2020 | Maya S. Jumper | MSJ | 0.1 | $475.00 | $47.50 | Draft correspondence to client regarding conflict waiver |
| 0.2 | 09/17/2020 | Maya S. Jumper | MSJ | 0.2 | $475.00 | $95.00 | Review correspondence from client regarding conflict waiver |
| 0.5 | 10/01/2020 | Maya S. Jumper | MSJ | 0.5 | $475.00 | $237.50 | Review and revise conflict waiver. |
| 0.5 | 10/01/2020 | Shira Gelfand | SZG | 8.1 | $425.00 | $3,442.50 | Coordination of exhibits and preparation for Adam Lief deposition (3.3); Reviewing documents, finalizing Stuart Breslow deposition documents, correspondence with BXK and vendor re binders (2.1); Correspondence with opposing counsel and draft response re AEO designation (.8); Correspondence with vendor and client re videography, review confidentiality agreement re sharing with client (.7); Review court filing re discovery schedule and calendar dates (.7); review edits to conflict waiver (.5). |
| 0.3 | 10/06/2020 | Cara E. Greene | CEG | 3.1 | $950.00 | $2,945.00 | Revise conflict waiver (.3); case management meeting (.5); review documents related to client's deposition (2.3) |
| 0.2 | 11/19/2020 | Shira Gelfand | SZG | 9.4 | $425.00 | $3,995.00 | Review Diane Greene binder before FTP to vendor (.2); Continue research on EP claims and job titles, review job descriptions for comparator letter (2.8); Prepare agenda for team meeting (.5); Case management meeting (.6); Prepare agenda for client call (.2); Attention to conflict waiver (.2); Client meeting (.7); Begin Kevin Lucas depo digest (1.6); Correspondence with counsel and team re DG deposition (.6); correspondence with paralegals re binders and assignments (.4); Review documents for Brian Wilson and Evren Eryurek deposition, pull for binder (2.6); Attention to equal pay memo, review Stevens deposition and additional documents (1.2). |
| Total | 5.1 | | | | | | |