# EXHIBIT 17

| Relevant Time | Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|---|
| 0.8 | 11/21/2019 | Cara E. Greene | CEG | 1.0 | $950.00 | $950.00 | Telephone call with client and E. Powers re press and litigation strategy (.8); conference with SZG re amended complaint filing (.2). |
| 1.4 | 11/21/2019 | Shira Gelfand | SZG | 3.4 | $425.00 | $1,445.00 | Call with press person, CEG, & UR re: op ed (.8); Call with UR and CEG (.3); Case management meeting with CEG (.4); Review correspondence from client and draft op ed (.6); Review correspondence with opposing counsel (.4); Review order from judge (.6); Correspondence with paralegal (.3). |
| 0.5 | 11/26/2019 | Cara E. Greene | CEG | 1.6 | $950.00 | $1,520.00 | Request adjournment from court (.5); meet and confer with opposing counsel (.6); edit op ed (.5) |
| 0.4 | 11/26/2019 | Shira Gelfand | SZG | 2.9 | $425.00 | $1,232.50 | Correspondence with CEG and BK re: joint letter and request for adjournment (.3); Review opposing counsel's ESI proposals (.7); Review DXS redline to ESI proposals (.6); Call with opposing counsel and CEG (.9); Review CEG and UR correspondence re: op ed, review latest edits (.4). |
| 0.1 | 12/02/2019 | Shira Gelfand | SZG | 0.3 | $425.00 | $127.50 | Review correspondence re: op ed (.1) internal correspondence re: initial pretrial conference (.2) |
| 0.6 | 12/06/2019 | Cara E. Greene | CEG | 0.6 | $950.00 | $570.00 | OpEd edits/correspondence. |
| 0.2 | 12/11/2019 | Cara E. Greene | CEG | 0.2 | $950.00 | $190.00 | Correspondence re OpEd. |
| 0.2 | 12/11/2019 | Shira Gelfand | SZG | 0.8 | $425.00 | $340.00 | Client  correspondence re: op-ed (.2); Review Google article on pay equity (.4); Meeting with CEG re: outstanding tasks (.2). |
| 0.1 | 12/12/2019 | Cara E. Greene | CEG | 0.1 | $950.00 | $95.00 | Follow-up with client re OpEd. |
| 0.4 | 12/13/2019 | Cara E. Greene | CEG | 0.4 | $950.00 | $380.00 | Telephone call with client re OpEd, status. |
| 0.4 | 12/16/2019 | Shira Gelfand | SZG | 0.6 | $425.00 | $255.00 | Review correspondence re: discovery protocols and op-ed (.4); Correspondence with paralegal re: next steps in discovery and outstanding items (.2). |
| 0.2 | 12/17/2019 | Cara E. Greene | CEG | 0.8 | $950.00 | $760.00 | Case management meeting with SZG (.3); correspondence with E. Powers re OpEd (.2); correspondence with client re rules of civil procedure and document requests (.3). |
| 0.1 | 12/19/2019 | Cara E. Greene | CEG | 2.3 | $950.00 | $2,185.00 | Case management meeting with SZG (.5); prepare for meet and confer with opposing counsel (.3); meet and confer call with opposing counsel (1.0); correspondence with client re OpEd (.1); clear conflicts (.4). |
| 0.3 | 12/30/2019 | Cara E. Greene | CEG | 1.8 | $950.00 | $1,710.00 | Meeting with client re document retrieval and case status (1.5); correspondence with JMS re OpEd (.3) |
| 0.2 | 12/30/2019 | Shira Gelfand | SGZ | 5.7 | $425.00 | $2,422.50 | Draft list of search terms for disclosures (.5); Case management meeting with CEG (.3); Client meeting (2.1); Correspondence with opposing counsel (.3); Review opposing counsel's draft protective order, make notes and compare to our proposed order (1.8); Correspondence with client re: searching devices (.2); Correspondence with DXS re: downloading documents off google drive (.2); review correspondence re op ed (.2); Correspondence with IT re: download of computer (.1). |
| 0.3 | 01/10/2020 | Shira Gelfand | SZG | 1.5 | $425.00 | $637.50 | Correspondence re: op ed and weekly meeting (.3); Correspondence with opposing counsel re: protective order (.2); Continue drafting doc review memo (.8); Call with SDNY mediation office re assigned mediator (.2). |
| 0.3 | 03/10/2020 | Shira Gelfand | SZG | 3.5 | $425.00 | $1,487.50 | Attend mediation (3.0); Correspondence with opposing counsel (.2); review op ed (.3) |
| 0.1 | 05/27/2021 | Cara E. Greene | CEG | 2.9 | $950.00 | $2,755.00 | Prepare for court conference (1.8): court conference re SJ (.6); follow-up with opposing counsel, and internally, re Gorenstein as mediator (.4); correspondence with reporter (.1). |
| 0.3 | 09/14/2023 | Shira Gelfand | SZG | 5.4 | $425.00 | $2,295.00 | Correspondence with media team (.3); correspondence with team re mock cross preparation (.4); draft confidentiality agreement (.3); meeting with paralegals (.4); prep for JPTC by reviewing jury instructions and exhibits (1.8); correspondence with opposing counsel (.2); review electronic device order from Rearden chambers (.1); call with CWL re JPTC prep (.5); attention to deposition designations (1.4);. |

| Relevant Time | Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|---|
| 0.2 | 09/18/2023 | Shira Gelfand | SZG | 7.7 | $425.00 | $3,272.50 | Attention to annotating jury charge (.8); team meeting re plan (1.7); correspondence with expert and third party witness (.5); correspondence with team re task list in preparation for JPTC (.3); correspondence with media team (.2); call with counsel re deposition transcripts (.2); review production from Defendant (2.6); attention to prep for exhibit arguments (1.4);. |
| 0.2 | 09/20/2023 | Shira Gelfand | SZG | 8.9 | $425.00 | $3,782.50 | Call with counsel and chambers (.2); prep agenda and attend meeting with team re tasks (.7); attention to designations (2.5); correspondence re research and prep for JPTC and exhibit objection argument (4.3); review GSC edits on limiting instructions (.4); correspondence re media (.2); meeting with GSC and CEG (1.6). |
| 0.4 | 09/27/2023 | Shira Gelfand | SZG | 9.3 | $425.00 | $3,952.50 | Correspondence with client re direct examination questions (.6); correspondence re media strategy (.4); correspondence with ALR re TD comparison chart (.5); call with KXO re letter (.6); correspondence with opposing counsel (.5); attention to designations (6.2); attention to electronic device request and tech walkthrough (.5). |
| 0.3 | 10/12/2023 | Abigail L. Robinson | ALR | 0.3 | $325.00 | $97.50 | Correspondence with PR Team re status of trial. |
| 0.1 | 10/12/2023 | Abigail L. Robinson | ALR | 0.1 | $325.00 | $32.50 | Correspondence with the PR Team re Trial schedule |

**Total**   **8.1**