# EXHIBIT 18

| Relevant Time | Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|---|
| 0.4 | 08/03/2023 | Shira Gelfand | SZG | 4.3 | $425.00 | $1,827.50 | Continue compiling interview feedback from Rensin and memo re same (1.8); drafting Wilson outline (2.1); correspondence re Defendant's demonstrative A and client medical leave (.4). |
| 0.2 | 08/24/2023 | Shira Gelfand | SZG | 3.2 | $425.00 | $1,360.00 | Begin drafting Harteau witness outline (3); correspondence with client re STD leave (.2) |
| **Total** | **0.6** | | | | | | |