# EXHIBIT 19

| Relevant Time | Date | Timekeeper | Initials | Hours | Rates | Amount | Description |
|---|---|---|---|---|---|---|---|
| 0.9 | 04/17/2020 | Maya S. Jumper | MSJ | 0.9 | $475.00 | $427.50 | Conference call with MB/co-counsel / KD regarding filing and arbitration filing |
| 0.1 | 04/23/2020 | Brian D. Kouassi | BDK | 0.1 | $325.00 | $32.50 | Phone conference with SXO re inside sales process. |
| 0.2 | 05/14/2020 | Maya S. Jumper | MSJ | 0.4 | $475.00 | $190.00 | Draft correspondence to CXT regarding fee app review. |
| 0.6 | 05/27/2020 | Shira Gelfand | SZG | 2.5 | $425.00 | $1,062.50 | Correspondence with opposing counsel (.8); Correspondence with MSJ (.2); Edit and supplement ESI search terms (.7); Correspondence with MSJ and CEG (.2); prepare slide for town hall (.6). |
| 1.9 | 06/01/2020 | Maya S. Jumper | MSJ | 1.9 | $475.00 | $902.50 | Review motion to stay; conduct legal research. |
| 1.2 | 06/11/2020 | Shira Gelfand | SZG | 1.4 | $425.00 | $595.00 | Correspondence with client (.2); Proofread, cite check, and edit of mediation statement (1.2) |
| 0.1 | 06/16/2020 | Maya S. Jumper | MSJ | 0.1 | $475.00 | $47.50 | Draft correspondence to client regarding KYR webinar |
| 0.2 | 07/23/2020 | Maya S. Jumper | MSJ | 0.2 | $475.00 | $95.00 | Review correspondence from CEG and sample mediation statement. |
| 0.3 | 07/29/2020 | Maya S. Jumper | MSJ | 0.3 | $475.00 | $142.50 | Review correspondence from co-counsel regarding PC intake |
| 0.1 | 08/11/2020 | Brian D. Kouassi | BDK | 0.1 | $325.00 | $32.50 | Correspondence with JGCA re correspondence with client re investigation into ConvergeOne |
| 0.1 | 08/11/2020 | Brian D. Kouassi | BDK | 0.1 | $325.00 | $32.50 | Correspondence with client re investigation into ConvergeOne. |
| 0.5 | 08/19/2020 | Brian D. Kouassi | BDK | 0.5 | $325.00 | $162.50 | Update case folders with recent filings and documents sent to clients. |
| 0.1 | 10/14/2020 | Brian D. Kouassi | BDK | 0.1 | $325.00 | $32.50 | Update weekly agenda for upcoming Inside Sales meeting. |
| 0.1 | 12/01/2020 | Maya S. Jumper | MSJ | 0.1 | $475.00 | $47.50 | Draft correspondence to PC outreach team. |
| 0.1 | 12/03/2020 | Brian D. Kouassi | BDK | 0.1 | $325.00 | $32.50 | Correspondence with EJT re outreach campaign to potential clients re Cision and TrendKite |
| 0.1 | 12/03/2020 | Brian D. Kouassi | BDK | 0.1 | $325.00 | $32.50 | Correspondence with EJT re outreach campaign to potential clients re Cision and TrendKite |
| 0.1 | 01/07/2021 | Maya S. Jumper | MSJ | 0.1 | $475.00 | $47.50 | Draft correspondence to EJT regarding case management strategy. |
| 0.2 | 08/12/2021 | Maya S. Jumper | MSJ | 0.2 | $475.00 | $95.00 | Review correspondence from JCS and draft correspondence to JCS regarding correspondence with PC |
| 0.1 | 08/13/2021 | Vincent Yang | VXY | 0.1 | $325.00 | $32.50 | Calendar updated motion to dismiss deadline. |
| 1 | 08/19/2021 | Maya S. Jumper | MSJ | 1.0 | $475.00 | $475.00 | Conference with CDY regarding case strategy, prep for mediation, EEOC charge and amended charge and client communications. |
| 0.2 | 06/13/2022 | Cara E. Greene | CEG | 0.2 | $950.00 | $190.00 | Correspondence with client re Ellis class action settlement and application |
| 1.3 | 06/13/2022 | Cara E. Greene | CEG | 1.3 | $950.00 | $1,235.00 | Review findings of security expert, telephone call with same (.5); correspondence with client and security expert re recent activity (.4); coordinate scheduling of meeting with expert and analyst and correspondence with WNO re same (.4). |
| 0.5 | 11/02/2022 | Napoleon Zapata | NAZ | 0.5 | $325.00 | $162.50 | Conference with EEPG Team re weekly team meeting and check in of paid retainer invoices |
| 0.8 | 11/02/2022 | Napoleon Zapata | NAZ | 0.8 | $325.00 | $260.00 | Prepare update of EEPG trackers. |
| 0.1 | 09/29/2023 | Makaria S. Yami | MSY | 0.1 | $325.00 | $32.50 | Review order denying def's application for proper file title name |
| 0.2 | 10/06/2023 | Abigail L. Robinson | ALR | 0.2 | $325.00 | $65.00 | Continue to conference with MSY re updates to processes and strategy for improving number of targets |

**Total** 11.1