

Advocates for Workplace Fairness

December 14, 2023

**Via ECF:**
The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

             **Re:** *Ulku Rowe v. Google LLC*, **Case No. 19-cv-08655**

Dear Judge Rearden:

      We represent the Plaintiff, Ulku Rowe, in the above-referenced matter. We write in response to Defendant's December 13, 2023 letter motion seeking leave to submit a sur-reply on Plaintiff's motion for attorneys' fees and costs and oral argument on the parties' pending post-trial motions. (ECF No. 377).

      Defendant seeks to file a sur-reply in order to "inspect and potentially challenge" time entries related to work on the parties' post-trial motions. *Id.* at 1. Plaintiff does not oppose Defendant's request on that basis, but requests that Your Honor limit Defendant's sur-reply to five pages, for the specific purpose of addressing Plaintiff's time entries related to the post-trial briefing only.

      Finally, Plaintiff joins Defendant in its request for oral argument on the pending motions. We thank the Court for its consideration of this matter.

                                             Respectfully submitted,

**New York**   685 Third Avenue  25th Floor   New York, NY 10017   Tel (212) 245-1000   Fax (646) 509-2060
**San Francisco**   One California Street  12th Floor   San Francisco, CA 94111   Tel (415) 638-8800   Fax (415) 638-8810
**Washington DC**   601 Massachusetts Ave NW  Suite 200W   Washington, DC 20001   Tel (202) 847-4400   Fax (202) 847-4410

www.outtengolden.com

Hon. Jennifer H. Rearden
December 14, 2023
Page 2

                                           /s/ Cara E. Greene
                                           Cara E. Greene
                                           Outten & Golden LLP
                                           685 Third Avenue, 25th Floor
                                           New York, NY 10017
                                           *Counsel for the Plaintiff*

c: All Parties via ECF