# Exhibit 1

**David Perrott & Associates LLC**
511 Ave. of the Americas #108
New York, NY  10011

(917) 745-7279

accounting@davidperrott.com

**Invoice  230702**



| | |
|---|---|
| **BILL TO**<br>Cara Greene<br>Outten & Golden LLP<br>685 Third Avenue, 25th Floor<br>New York, New York  10017<br>United States | **DATE** 10/15/2023   **PLEASE PAY** $9,300.00   **DUE DATE** 10/15/2023 |

| DATE | ACTIVITY | AMOUNT |
|---|---|---:|
| 09/29/2023 | **Hourly Consulting**<br>Review case materials provided by Counsel (SJ opinion, Def MOL ISO SJ, Def 56.1, joint jury charge, joint proposed voir dire, proposed verdict forms) and take notes as to potential jury profile characteristics and case themes, 4 hrs @ $850.00/hr | 3,400.00 |
| 09/29/2023 | **Hourly Consulting**<br>Review opening statement draft and provide feedback via email, 1 hr 30 mins @ $850.00/hr | 1,275.00 |
| 09/29/2023 | **Hourly Consulting**<br>Consider and prepare jury profile of likely traits/types of good/bad jurors, 2 hrs @ $850.00/hr | 1,700.00 |
| 09/30/2023 | **Hourly Consulting**<br>Review pertinent excerpts of PTC transcript, 15 mins @ $850.00/hr | 212.50 |
| 09/30/2023 | **Hourly Consulting**<br>Zoom strategy call with Counsel, 1 hr @ $850.00/hr | 850.00 |
| 10/06/2023 | **Hourly Consulting**<br>Review current draft of opening statement and provide feedback via email, 45 mins @ $850.00/hr | 637.50 |
| 10/10/2023 | **Hourly Consulting**<br>Day 1 of trial (jury selection and openings) plus organize and share thoughts based on opening statement, incl. 30 mins travel., 8 hrs 30 mins @ $850.00/hr | 7,225.00 |
| 10/16/2023 | **Advance**<br>LESS: initial retainer payment per invoice #230701 | -6,000.00 |

#2307 Rowe v. Google - jury consulting professional fees
Sept-Oct 2023

Partly paid via initial retainer

**TOTAL DUE** $9,300.00

THANK YOU.

David Perrott & Associates LLC
511 Avenue of the Americas #108
New York NY 10011

Tax ID: 47-5211823

Wire Transfer Routing Number: 026009593
ACH Routing Number: 021000322
Account Number: 483061806161
Account Name: David Perrott & Associates LLC