# Exhibit 2

*Rowe v. Google LLC*
Case No. 19-cv-08655 (JHR)
Outten Golden LLP
Cost Summary

| Category | Sum of Amount |
|---|---|
| Computerized Research | $11,560.61 |
| Courier | $266.75 |
| Court Fees | $403.00 |
| Court Reporter | $41,284.24 |
| David Perrott & Associates LLC - Jury Consultant | $15,300.00 |
| Document Management | $4,519.25 |
| FedEx | $982.04 |
| J.S. Held LLC - Economics Expert | $72,481.67 |
| Joshua Brandenberg & Alberto Pero - Voice Actors | $1,200.00 |
| Meals | $5,133.18 |
| Mediation | $5,500.00 |
| Postage | $21.62 |
| Printing Vendor | $15,383.98 |
| Printing/Copying | $186.20 |
| Subpoena Fees | $136.50 |
| Supplies | $341.87 |
| Travel | $12,244.56 |
| Trial Software | $330.00 |
| **Grand Total:** | **$187,275.47** |

*Rowe v. Google LLC*
Case No. 19-cv-08655 (JHR)
Detailed Descriptions of FedEx and Courier Costs
Outten Golden LLP

| Date | Cost | Description | Amount |
| --- | --- | --- | --- |
| 9/24/2019 | FedEx- Overnight Delivery/Messenger Services- FedEx inv#6-777-98287 | Send notice of lawsuit and service of summons to opposing counsel from office. | $34.56 |
| 8/27/2020 | FedEx- Overnight Delivery/Messenger Services- | Send deposition document review binders to NY office from vendor. | $112.45 |
| 8/27/2020 | FedEx- Overnight Delivery/Messenger Services- | Send deposition document review binders to NY office from vendor. | $112.45 |
| 9/24/2020 | FedEx- Overnight Delivery/Messenger Services- FedEx Invoice #7-158-66752 | Send Kevin Lucas and Adam Lief deposition binders to CEG from vendor. | $92.45 |
| 9/30/2020 | FedEx- Overnight Delivery/Messenger Services- FedEx Invoice #7-158-66752 | Send Stuart Breslow and Adam Lief deposition binders to CEG from vendor. | $77.36 |
| 10/1/2020 | FedEx- Overnight Delivery/Messenger Services- FedEx Invoice #7-158-66752 | Send Stuart Breslow deposition binders to CEG from vendor. | $75.45 |
| 11/26/2020 | FedEx- Overnight Delivery/Messenger Services- FedEx Inv# 7-194-87196 | Send Brian Stevens and Jenny Burdis deposition binders to CEG from vendor. | $87.68 |
| 11/26/2020 | FedEx- Overnight Delivery/Messenger Services- FedEx Inv# 7-194-87196 | Send Stuart Vardaman deposition binders to CEG from vendor. | $58.60 |
| 11/26/2020 | FedEx- Overnight Delivery/Messenger Services- FedEx Inv# 7-195-16663 | Send Will Grannis deposition binders to CEG from vendor. | $44.77 |
| 11/26/2020 | FedEx- Overnight Delivery/Messenger Services- FedEx Inv# 7-195-16663 | Send Bernita Jamison deposition binders to CEG from vendor. | $39.33 |
| 11/26/2020 | FedEx- Overnight Delivery/Messenger Services- FedEx Inv# 7-195-16663 | Send Bernita Jamison deposition binders to CEG from vendor. | $76.16 |
| 11/26/2020 | FedEx- Overnight Delivery/Messenger Services- FedEx Inv# 7-195-16663 | Send Diane Greene deposition binders to CEG from vendor. | $43.48 |
| 11/26/2020 | FedEx- Overnight Delivery/Messenger Services- FedEx Inv# 7-195-16663 | Send Ben Wilson and Evren Eryurek deposition binders to CEG from vendor. | $40.61 |
| 5/5/2021 | FedEx- Overnight Delivery/Messenger Services- FedEx Invoice #7-385-02108 | Send master deposition exhibits binder to CEG residence from office. | $56.43 |
| 12/31/2021 | Breakaway Courier Systems- Overnight Delivery/Messenger Services- Courier Service | Send courtesy copies of cross motions for summary judgment to chambers. | $57.90 |
| 12/31/2021 | Breakaway Courier Systems- Overnight Delivery/Messenger Services- Courier Service | Send courtesy copies of cross motions for summary judgment to chambers. | $44.10 |
| 3/22/2023 | FedEx- Overnight Delivery/Messenger Services- FedEx Inv#8-113-35350 | Send settlement conference letter courtesy copies to chambers from office. | $30.26 |
| 7/31/2023 | Breakaway Courier Systems- Overnight Delivery/Messenger Services- Courier Service | Send demonstratives and courtesy copies of trial documents to chambers from office. | $164.75 |
| | Grand Total | | $1,248.79 |