# Exhibit 3

*Rowe v. Google LLC*
Case No. 19-cv-08655 (JHR)
Detailed Fees - Outten & Golden LLP

| Date | Timekeeper | Initials | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| 10/30/2023 | Gregory S. Chiarello | GSC | $800 | 1 | $800.00 | Team meeting re post-trial briefing. |
| 10/30/2023 | Moira Heiges-Goepfert | MHG | $650 | 0.4 | $260.00 | Review and analyze filevine documents for instatement research project. |
| 10/30/2023 | Eliana J. Theodorou | EJT | $425 | 1.9 | $807.50 | Review mediation statements for case background (.6); locate and review fee petitions from other cases (.3); conference with CEG, GSC, VXY and NAZ re fee petition next steps (1.0). |
| 10/30/2023 | Eliana J. Theodorou | EJT | $425 | 0.1 | $42.50 | Conference with OM, CMM, and PS re fee petition. |
| 10/30/2023 | Vincent Yang | VXY | $325 | 2 | $650.00 | Review lodestar and create table of billers by hours for CEG review (1.7); circulate notes to team re meeting on fee app review (.3). |
| 10/30/2023 | Napoleon Zapata | NAZ | $325 | 0.7 | $227.50 | Meeting with VXY, CEX, GSC, and EJT re workflow for fee application approval project, costs review, and upcoming filings. |
| 10/30/2023 | Vincent Yang | VXY | $325 | 0.7 | $227.50 | Conference with CEG, GSC, EJT, and NAZ re fee application review process. |
| 10/30/2023 | Napoleon Zapata | NAZ | $325 | 0.3 | $97.50 | Correspondence with EJT re filevine database access and upcoming fee application meeting. |
| 10/30/2023 | Napoleon Zapata | NAZ | $325 | 0.3 | $97.50 | Review and compile notes re meeting with VXY, CEX, GSC, and EJT re workflow for fee application approval project, costs review, and upcoming filings. |
| 10/30/2023 | Napoleon Zapata | NAZ | $325 | 0.3 | $97.50 | Review and organize email correspondence re upcoming projects, status updates, and meeting scheduling. |
| 10/30/2023 | Makaria S. Yami | MSY | $325 | 0.2 | $65.00 | Save orders and attachments to case files. |
| 10/30/2023 | Napoleon Zapata | NAZ | $325 | 0.2 | $65.00 | Correspondence with VXY re fee application project. |
| 10/30/2023 | Vincent Yang | VXY | $325 | 0.1 | $32.50 | Correspondence with accounting re checks. |
| 10/30/2023 | Vincent Yang | VXY | $325 | 0.1 | $32.50 | Circulate fee application menu to team. |
| 10/31/2023 | Gregory S. Chiarello | GSC | $800 | 0.6 | $480.00 | Correspondence, telephone call with MHG re instatement motion (.4); review matter list for hourly representations (.2). |
| 10/31/2023 | Moira Heiges-Goepfert | MHG | $650 | 2.2 | $1,430.00 | Research re post-judgment equitable and injunctive relief. |
| 10/31/2023 | Moira Heiges-Goepfert | MHG | $650 | 0.3 | $195.00 | Conference call with GSC re case background and research project. |
| 10/31/2023 | Moira Heiges-Goepfert | MHG | $650 | 0.3 | $195.00 | Correspondence with GSC re instatement research project. |
| 10/31/2023 | Eliana J. Theodorou | EJT | $425 | 2.8 | $1,190.00 | Research caselaw on NYCHRL fee applications, awards in similar cases, and outline fee application. |
| 10/31/2023 | Eliana J. Theodorou | EJT | $425 | 0.8 | $340.00 | Conference with ALR and VXY re next steps re paralegal work on fee petition. |
| 10/31/2023 | Eliana J. Theodorou | EJT | $425 | 0.6 | $255.00 | Draft detailed correspondence to CEG and GSC re outline for arguments for fee application. |
| 10/31/2023 | Vincent Yang | VXY | $325 | 2 | $650.00 | Isolate lodestar entries requiring CEG review. |
| 10/31/2023 | Vincent Yang | VXY | $325 | 1 | $325.00 | Format lodestar spreadsheet and correspondence for CEG review. |
| 10/31/2023 | Vincent Yang | VXY | $325 | 0.8 | $260.00 | Telephone conference with EJT and ALR re fee application next steps. |
| 10/31/2023 | Abigail L. Robinson | ALR | $325 | 0.8 | $260.00 | Conference with EJT and VXY re Fee Application assignments. |
| 10/31/2023 | Napoleon Zapata | NAZ | $325 | 0.7 | $227.50 | Meeting with ALR and VXY re recap of workflow for fee application approval project, costs review, and upcoming filings. |
| 10/31/2023 | Napoleon Zapata | NAZ | $325 | 0.6 | $195.00 | Meeting with VXY and ALR re workflow for fee application, and fees and costs summary. |
| 10/31/2023 | Vincent Yang | VXY | $325 | 0.5 | $162.50 | Conference with NAZ, ALR re fee application review process. |
| 10/31/2023 | Abigail L. Robinson | ALR | $325 | 0.5 | $162.50 | Review notes and email correspondence on Fee Application assignments. |
| 10/31/2023 | Abigail L. Robinson | ALR | $325 | 0.5 | $162.50 | Conference with VXY and NAZ re Fee Application assignments. |
| 10/31/2023 | Vincent Yang | VXY | $325 | 0.3 | $97.50 | Circulate fee app examples to team for reference. |
| 10/31/2023 | Napoleon Zapata | NAZ | $325 | 0.3 | $97.50 | Review and organize email correspondence re pending projects, status updates, and meeting scheduling. |
| 10/31/2023 | Abigail L. Robinson | ALR | $325 | 0.3 | $97.50 | Save and process ECF Documents Nos. 342-343. |
| 10/31/2023 | Abigail L. Robinson | ALR | $325 | 0.2 | $65.00 | Save and process ECF Documents No. 344. |
| 10/31/2023 | Napoleon Zapata | NAZ | $325 | 0.1 | $32.50 | Review and compile notes re meeting with VXY and ALR re workflow for fee application, and fees and costs summary. |
| 10/31/2023 | Vincent Yang | VXY | $325 | 0.1 | $32.50 | Correspondence with EJT re connecting on fee application. |
| 10/31/2023 | Abigail L. Robinson | ALR | $325 | 0.1 | $32.50 | Review email and updated excels from VXY re Fee application. |
| 10/31/2023 | Vincent Yang | VXY | $325 | 0.1 | $32.50 | Pull exemplar case re briefing on attorneys' fees. |
| 11/1/2023 | Gregory S. Chiarello | GSC | $800 | 1.1 | $880.00 | Pre- and Post- judgment interest research. |
| 11/1/2023 | Eliana J. Theodorou | EJT | $425 | 0.2 | $85.00 | Correspondence with CEG and ALR re paralegal review of time entries. |
| 11/1/2023 | Eliana J. Theodorou | EJT | $425 | 0.2 | $85.00 | Correspondence with CEG, ALR, and NAZ re fee review next steps. |
| 11/1/2023 | Abigail L. Robinson | ALR | $325 | 0.5 | $162.50 | Continue to review and research prior Attorney Fee Petitions. |
| 11/1/2023 | Abigail L. Robinson | ALR | $325 | 0.4 | $130.00 | Continue to update the time entry excel per CEG's requests, email to team the same. |

*Rowe v. Google LLC*
Case No. 19-cv-08655 (JHR)
Detailed Fees - Outten & Golden LLP

| Date | Timekeeper | Initials | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| 11/1/2023 | Abigail L. Robinson | ALR | $325 | 0.4 | $130.00 | Begin updates to the Time Entry excels per CEG's requests. |
| 11/1/2023 | Napoleon Zapata | NAZ | $325 | 0.3 | $97.50 | Review and organize email correspondence re projects, status updates, and meeting scheduling. |
| 11/1/2023 | Abigail L. Robinson | ALR | $325 | 0.3 | $97.50 | Research and review examples of prior Attorney Fee Petitions. |
| 11/1/2023 | Abigail L. Robinson | ALR | $325 | 0.1 | $32.50 | Review email correspondence re time entires. |
| 11/2/2023 | Eliana J. Theodorou | EJT | $425 | 1.6 | $680.00 | Finalize outline of fee application and send to CEG and GSC for review. |
| 11/2/2023 | Eliana J. Theodorou | EJT | $425 | 0.2 | $85.00 | Correspondence with ALR re fee application. |
| 11/2/2023 | Abigail L. Robinson | ALR | $325 | 1.3 | $422.50 | Draft history of Court action on trial scheduling and mediation for ET. |
| 11/2/2023 | Abigail L. Robinson | ALR | $325 | 0.4 | $130.00 | Review attorney bios and email to EJT re same. |
| 11/2/2023 | Napoleon Zapata | NAZ | $325 | 0.2 | $65.00 | Correspondence with EJT and ALR re sending docket sheet. |
| 11/2/2023 | Napoleon Zapata | NAZ | $325 | 0.2 | $65.00 | Correspondence with ALR and EJT re examples of attorney bios submitted with motion for attorney fees and costs. |
| 11/2/2023 | Abigail L. Robinson | ALR | $325 | 0.2 | $65.00 | Pull docket sheet from PACER and send to ET. |
| 11/2/2023 | Abigail L. Robinson | ALR | $325 | 0.1 | $32.50 | Email with EJT re court docket. |
| 11/2/2023 | Napoleon Zapata | NAZ | $325 | 0.1 | $32.50 | Review and organize email correspondence re trial prep projects, status updates, and meeting scheduling. |
| 11/3/2023 | Moira Heiges-Goepfert | MHG | $650 | 3.3 | $2,145.00 | Research NY and 2d Cir case law re post-judgment relief, including instatement to promotion. |
| 11/3/2023 | Eliana J. Theodorou | EJT | $425 | 1.9 | $807.50 | Telephone conference with CEG re revisions to fee application outline (.4); and revise fee application outline per CEG edits (1.5). |
| 11/3/2023 | Cara E. Greene | CEG | $950 | 0.4 | $807.50 | Telephone conference with EJT re revisions to fee application outline. |
| 11/3/2023 | Eliana J. Theodorou | EJT | $425 | 0.1 | $42.50 | Correspondence with ALR re reviewing fee entries. |
| 11/3/2023 | Abigail L. Robinson | ALR | $325 | 2 | $650.00 | Update Lodestar spreadsheets with ALM. |
| 11/3/2023 | Abigail L. Robinson | ALR | $325 | 0.7 | $227.50 | Begin updates to Lodestar spreadsheets. |
| 11/3/2023 | Abigail L. Robinson | ALR | $325 | 0.4 | $130.00 | Draft and send email update on Lodestar spreadsheets to CEG, GSC, and ET. |
| 11/3/2023 | Napoleon Zapata | NAZ | $325 | 0.2 | $65.00 | Review and organize email correspondence re projects, status updates, and meeting scheduling. |
| 11/3/2023 | Abigail L. Robinson | ALR | $325 | 0.1 | $32.50 | Correspondence with CEG re status meeting. |
| 11/6/2023 | Cara E. Greene | CEG | $950 | 0.5 | $475.00 | Conference with EJT and team re strategy for fee application. |
| 11/6/2023 | Gregory S. Chiarello | GSC | $800 | 0.5 | $400.00 | Fee application meeting. |
| 11/6/2023 | Moira Heiges-Goepfert | MHG | $650 | 4.2 | $2,730.00 | Research state/federal law re instatement/reinstatement and equitable remedies for discrimination. |
| 11/6/2023 | Eliana J. Theodorou | EJT | $425 | 2.5 | $1,062.50 | Draft fee application memorandum of law. |
| 11/6/2023 | Eliana J. Theodorou | EJT | $425 | 0.5 | $212.50 | Conference with CEG, GSC, ALR, and NAZ re next steps on fee application. |
| 11/6/2023 | Tracee A. Manettas | TAM | $350 | 0.1 | $35.00 | Update Rowe fee application spreadsheet and correspondence with team re same. |
| 11/6/2023 | Abigail L. Robinson | ALR | $325 | 2.3 | $747.50 | Create first template for the CEG declaration and update the lodestar excel. Correspondence to CEG, GSC, ET, and NAZ re same. |
| 11/6/2023 | Napoleon Zapata | NAZ | $325 | 1.3 | $422.50 | Prepare spreadsheet of timekeeper names, initials, and positions for all timekeepers to include within motion for final approval of attorney fees. |
| 11/6/2023 | Abigail L. Robinson | ALR | $325 | 0.7 | $227.50 | Conference with CEG, GSC, ET, and NAZ re Fee Application, send out To Do List post meeting. |
| 11/6/2023 | Napoleon Zapata | NAZ | $325 | 0.6 | $195.00 | Conference with CEG, ET, GSC, and ALR re status updates for motion for final approval of attorney fees, additional pending projects, and deadlines. |
| 11/6/2023 | Napoleon Zapata | NAZ | $325 | 0.3 | $97.50 | Correspondence with ALR, TAM, and CEG re preparation of spreadsheet of timekeeper names, initials, and positions for all timekeepers to include within motion for final approval of attorney fees. |
| 11/6/2023 | Napoleon Zapata | NAZ | $325 | 0.3 | $97.50 | Review and compile notes re conference with CEG, ET, GSC, and ALR re status updates for motion for final approval of attorney fees, additional pending projects, and deadlines. |
| 11/6/2023 | Abigail L. Robinson | ALR | $325 | 0.2 | $65.00 | Review timekeeper log and email correspondence re Fee application assignments. |
| 11/6/2023 | Napoleon Zapata | NAZ | $325 | 0.2 | $65.00 | Review and organize email correspondence re fee application and costs project, status updates, and meeting scheduling. |
| 11/7/2023 | Gregory S. Chiarello | GSC | $800 | 0.9 | $720.00 | Conference with MHG re instatement motion. |
| 11/7/2023 | Moira Heiges-Goepfert | MHG | $650 | 1.5 | $975.00 | Research caselaw and statutes re post-judgment equitable remedies. |
| 11/7/2023 | Moira Heiges-Goepfert | MHG | $650 | 0.9 | $650.00 | Conference call with GSC re motion for instatement and case background. |

*Rowe v. Google LLC*
Case No. 19-cv-08655 (JHR)
Detailed Fees - Outten & Golden LLP

| Date | Timekeeper | Initials | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| 11/7/2023 | Eliana J. Theodorou | EJT | $425 | 5.8 | $2,465.00 | Research and draft memorandum of law in support of motion for attorney's fees (5.3); conference with ALR re drafting attorney declaration in support of motion for attorney's fees (.5). |
| 11/7/2023 | Abigail L. Robinson | ALR | $325 | 2.2 | $715.00 | Finalize review of docket for information on Motions to Compel (1) Work with EJT re updates to draft of CEF Declaration (1.2). |
| 11/7/2023 | Abigail L. Robinson | ALR | $325 | 1.6 | $520.00 | Review docket and draft information on Motion to Compel and other discovery dispute entries. |
| 11/7/2023 | Abigail L. Robinson | ALR | $325 | 0.3 | $97.50 | Update draft of CEG Declaration for Fee Application. |
| 11/7/2023 | Napoleon Zapata | NAZ | $325 | 0.2 | $65.00 | Meeting with KBX re address of Nicholas Harteau to send check reimbursement. |
| 11/7/2023 | Napoleon Zapata | NAZ | $325 | 0.2 | $65.00 | Review and organize email correspondence re motion for final approval of attorney fees project, status updates, and meeting scheduling. |
| 11/7/2023 | Abigail L. Robinson | ALR | $325 | 0.1 | $32.50 | Continue to review docket for entries relevant for Fee Application. |
| 11/8/2023 | Cara E. Greene | CEG | $950 | 3 | $2,850.00 | Review and reconcile fee entries for fee application (2.1); review and edit CEG declaration (.7); correspondence with GSC re injunctive relief brief (.2). |
| 11/8/2023 | Susan E. Huhta | SEH | $850 | 0.1 | $85.00 | Email correspondence to and from MHG re equitable relief application and theories of instatement. |
| 11/8/2023 | Moira Heiges-Goepfert | MHG | $650 | 1.8 | $1,170.00 | Review complaint, key motions, orders and verdict form. draft notes and outline for instatement motion. |
| 11/8/2023 | Moira Heiges-Goepfert | MHG | $650 | 1.1 | $715.00 | Research for instatement motion. |
| 11/8/2023 | Moira Heiges-Goepfert | MHG | $650 | 0.3 | $195.00 | Correspondence with firm attorneys' re models for instatement/equitable relief motion. |
| 11/8/2023 | Eliana J. Theodorou | EJT | $425 | 2.7 | $1,147.50 | Draft memorandum of law in support of fee application. |
| 11/8/2023 | Eliana J. Theodorou | EJT | $425 | 0.3 | $127.50 | Correspondence with ATK, WNO, and CEG re fee affidavits. |
| 11/8/2023 | Eliana J. Theodorou | EJT | $425 | 0.2 | $85.00 | Correspondence with CEG re fee affidavit ideas and correspondence with O&G attorneys' re same. |
| 11/8/2023 | Jennifer Davidson | JDX | $375 | 0.2 | $75.00 | Correspond with EJT re: potential fee declarations. |
| 11/8/2023 | Jennifer LaMarch | JLM | $350 | 0.2 | $70.00 | Docket/calendar control. |
| 11/8/2023 | Abigail L. Robinson | ALR | $325 | 2.6 | $845.00 | Draft CEG Declaration. (2) Correspondence with NAZ re research assignment. (.6). |
| 11/8/2023 | Abigail L. Robinson | ALR | $325 | 0.9 | $292.50 | Review CEG edits to lodestar and make edits based on feedback. |
| 11/8/2023 | Abigail L. Robinson | ALR | $325 | 0.4 | $130.00 | Finalize CEG Declaration. (.2) Correspondence with NAZ re research project status. (.2). |
| 11/8/2023 | Napoleon Zapata | NAZ | $325 | 0.2 | $65.00 | Review and organize email correspondence re motion for final approval of attorney fees project, status updates, and meeting scheduling. |
| 11/8/2023 | Abigail L. Robinson | ALR | $325 | 0.1 | $32.50 | Review email from EJT re questions about lodestar edits. |
| 11/8/2023 | Abigail L. Robinson | ALR | $325 | 0.1 | $32.50 | Review updates to CEG Declaration and update in Filevine. |
| 11/9/2023 | Moira Heiges-Goepfert | MHG | $650 | 2.9 | $1,885.00 | Draft and revise notes and catalog research re instatement and equitable relief. |
| 11/9/2023 | Eliana J. Theodorou | EJT | $425 | 0.9 | $382.50 | Draft memorandum of law in support of fee application. |
| 11/9/2023 | Abigail L. Robinson | ALR | $325 | 1.2 | $390.00 | Update assignment trackers on Fee App LitOps tasks, draft Notice of Motion, look for Proposed Order, email status update to VXY and NAZ. |
| 11/9/2023 | Abigail L. Robinson | ALR | $325 | 1.1 | $357.50 | Update Lodestar excel with travel times and litigation stages. |
| 11/9/2023 | Napoleon Zapata | NAZ | $325 | 0.2 | $65.00 | Review and organize email correspondence re motion for final approval of attorney fees project, status updates, and meeting scheduling. |
| 11/9/2023 | Abigail L. Robinson | ALR | $325 | 0.2 | $65.00 | Correspondence with CEG, GSC, ET, and NAZ re status update of lodestar. |
| 11/10/2023 | Cara E. Greene | CEG | $950 | 1.2 | $1,140.00 | Review and edit outline of fee application brief. |
| 11/10/2023 | Gregory S. Chiarello | GSC | $800 | 0.2 | $160.00 | Correspondence with MHG re instatement motion. |
| 11/10/2023 | Eliana J. Theodorou | EJT | $425 | 0.6 | $255.00 | Review and incorporate CEG edits into fee application (.4) and correspondence with Susman Godfrey re fee affidavit (.2). Rowe. |
| 11/13/2023 | Moira Heiges-Goepfert | MHG | $650 | 3.9 | $2,535.00 | Research re equitable relief under NYCHRL and legal standard for reviewing NYCHRL claims. |
| 11/13/2023 | Moira Heiges-Goepfert | MHG | $650 | 0.6 | $390.00 | Correspondence with EJT re NYCHRL claims and legal standard for post-judgment motions. |
| 11/13/2023 | Moira Heiges-Goepfert | MHG | $650 | 0.3 | $195.00 | Correspondence with GSC re post-judgment motion for equitable relief. |
| 11/13/2023 | Moira Heiges-Goepfert | MHG | $650 | 0.3 | $195.00 | Conference call with EJT re NYCHRL claims and legal standard for post-judgment motions. |
| 11/13/2023 | Eliana J. Theodorou | EJT | $425 | 0.3 | $127.50 | Draft correspondence with Susan Godfrey re fee affidavit and send to CEG for review. |

*Rowe v. Google LLC*
Case No. 19-cv-08655 (JHR)
Detailed Fees - Outten & Golden LLP

| Date | Timekeeper | Initials | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| 11/13/2023 | Eliana J. Theodorou | EJT | $425 | 0.3 | $127.50 | Telephone call with VXY re fee application next steps. |
| 11/13/2023 | Eliana J. Theodorou | EJT | $425 | 0.3 | $127.50 | Telephone conference with MHG re injunctive relief brief arguments. |
| 11/13/2023 | Vincent Yang | VXY | $325 | 2.1 | $682.50 | Review fee application entries. |
| 11/13/2023 | Vincent Yang | VXY | $325 | 0.4 | $130.00 | Conference with EJT re updates on status of fee application. |
| 11/13/2023 | Vincent Yang | VXY | $325 | 0.3 | $97.50 | Attend to update email correspondence re fee application. |
| 11/14/2023 | Moira Heiges-Goepfert | MHG | $650 | 6.8 | $4,420.00 | Draft and revise motion for instatement or front pay; review case history and factual background and research caselaw for same. |
| 11/14/2023 | Eliana J. Theodorou | EJT | $425 | 3 | $1,275.00 | Research and draft memorandum of law in support of attorney's fees. |
| 11/14/2023 | Vincent Yang | VXY | $325 | 4 | $1,300.00 | Review lodestar entries re flagged entries. |
| 11/14/2023 | Abigail L. Robinson | ALR | $325 | 0.1 | $32.50 | Review email correspondence re status of Fee Application assignments. |
| 11/15/2023 | Eliana J. Theodorou | EJT | $425 | 3.2 | $1,360.00 | Revise memorandum of law in support of fee application (2.4); telephone conference with SXG re assisting with procedural history section of memorandum (.2); conference with ALR and VXY re next steps in finalizing fee application (.6). |
| 11/15/2023 | Shira Gelfand | SZG | $425 | 1.5 | $637.50 | Call with EJT (.2); begin drafting section of fee app. (1.3). |
| 11/15/2023 | Vincent Yang | VXY | $325 | 0.8 | $260.00 | Prepare attorney biographies re fee app. |
| 11/15/2023 | Abigail L. Robinson | ALR | $325 | 0.7 | $227.50 | Conference with EJT and VXY re next steps in the Fee Application assignments. |
| 11/15/2023 | Vincent Yang | VXY | $325 | 0.7 | $227.50 | Conference with ALR, SZG, and EJT re fee application project updates. |
| 11/15/2023 | Abigail L. Robinson | ALR | $325 | 0.5 | $162.50 | Coordinate meeting with EJT and VXY re status of fee application assignments. Review work product and search for examples of proposed orders. |
| 11/15/2023 | Vincent Yang | VXY | $325 | 0.4 | $130.00 | Prepare attorney rate and graduation year chart and circulate to EJT. |
| 11/15/2023 | Vincent Yang | VXY | $325 | 0.4 | $130.00 | Correspondence with CEG re fee app entries update. |
| 11/15/2023 | Abigail L. Robinson | ALR | $325 | 0.2 | $65.00 | Review VXY email correspondence on Fee Application updates and save information to file. |
| 11/15/2023 | Abigail L. Robinson | ALR | $325 | 0.1 | $32.50 | Correspondence with EJT and VXY re meeting on Fee Application assignment status. |
| 11/15/2023 | Abigail L. Robinson | ALR | $325 | 0.1 | $32.50 | Process ECF Document entries for trial transcripts. |
| 11/16/2023 | Cara E. Greene | CEG | $950 | 1.2 | $1,045.00 | Conference with EJT re fee application brief (.3); review fee entries and correspondence with SZG re same (.9). |
| 11/16/2023 | Gregory S. Chiarello | GSC | $800 | 0.3 | $240.00 | Review MHG draft instatement brief. |
| 11/16/2023 | Eliana J. Theodorou | EJT | $425 | 4.3 | $1,827.50 | Incorporate SZG edits into memorandum of law in support of fee application and finalize draft of same (3.9); telephone call with CEG re next steps on finalizing fee application (.3); telephone conference with VXY re finalizing cost application (.1). |
| 11/16/2023 | Shira Gelfand | SZG | $425 | 2.4 | $1,020.00 | Correspondence with VXY re fee entries (.1); continue drafting fee app (1.8); review entries (.5). |
| 11/16/2023 | Vincent Yang | VXY | $325 | 1.2 | $390.00 | Prepare attorney and staff biographies. |
| 11/16/2023 | Vincent Yang | VXY | $325 | 0.8 | $260.00 | Review costs spreadsheet and correspond with accounting re missing costs. |
| 11/16/2023 | Vincent Yang | VXY | $325 | 0.1 | $32.50 | Conference with accounting re cost updates. |
| 11/16/2023 | Vincent Yang | VXY | $325 | 0.1 | $32.50 | Conference with EJT re checking cost invoices. |
| 11/17/2023 | Cara E. Greene | CEG | $950 | 2 | $1,900.00 | Telephone call with GSC re injunctive relief strategy (1.0); identify retainers for fee application (.7); correspondence re supporting declaration from N. Ostrofe (.3). |
| 11/17/2023 | Daniel Stromberg | DXS | $875 | 0.6 | $525.00 | Archive Nuix casebooks; draft e-discovery services summary for fee application. |
| 11/17/2023 | Gregory S. Chiarello | GSC | $800 | 2.2 | $1,760.00 | Conference with CEG re Instatement, attorneys' Fees motions (1.0); correspondence, telephone call with N. Ostrofe (1.0); correspondence with MHG re follow-up instatement research (.1); correspondence with CEG, SZG re settlement communications (.1). |
| 11/17/2023 | Lindsay M. Goldbrum | LMG | $450 | 0.3 | $135.00 | Provide information for fee application. |
| 11/17/2023 | Shira Gelfand | SZG | $425 | 5.8 | $2,465.00 | Call with CEG re briefing (.1); correspondence with CEG and GSC re mediation strategy (.2); call with GSC re briefing (.2); correspondence with N. Ostrofe and team re damages analysis (.3); correspondence with EJT re fee motion (.3); Attention to billing entries to prepare for filing (4.7). |
| 11/17/2023 | Eliana J. Theodorou | EJT | $425 | 3.6 | $1,530.00 | Finalize draft of memorandum of law and attorney declaration in support of fee application. |
| 11/17/2023 | Vincent Yang | VXY | $325 | 1.2 | $390.00 | Review flagged entries and correspond with vendors re cost invoices. |

*Rowe v. Google LLC*
Case No. 19-cv-08655 (JHR)
Detailed Fees - Outten & Golden LLP

| Date | Timekeeper | Initials | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| 11/17/2023 | Vincent Yang | VXY | $325 | 0.5 | $162.50 | Correspondences with vendors and court reporters re invoices. |
| 11/17/2023 | Vincent Yang | VXY | $325 | 0.2 | $65.00 | Review printing vendor invoices against accounting cost spreadsheet. |
| 11/17/2023 | Abigail L. Robinson | ALR | $325 | 0.2 | $65.00 | Correspondence with VXY re lodestar. |
| 11/17/2023 | Abigail L. Robinson | ALR | $325 | 0.2 | $65.00 | Review email correspondence between Accounting and VXY re updated costs. Save to file. |
| 11/18/2023 | Gregory S. Chiarello | GSC | $800 | 3.8 | $3,040.00 | Draft, edit memorandum of law in support of motion for instatement, permanent injunction, and other relief. |
| 11/19/2023 | Gregory S. Chiarello | GSC | $800 | 4.7 | $3,760.00 | Draft, edit memorandum of law in support of motion for instatement, permanent injunction, and other relief. |
| 11/19/2023 | Vincent Yang | VXY | $325 | 0.2 | $65.00 | Research and circulate sample motion papers for GSC review. |
| 11/20/2023 | Cara E. Greene | CEG | $950 | 6.2 | $5,320.00 | Telephone conference with EJT re fee application and review same (.7); review and edit fee application memorandum of law and declaration (1.7); review and edit injunctive relief brief (3.2); conference with GSC re edits to motion (.6). |
| 11/20/2023 | Gregory S. Chiarello | GSC | $800 | 9.3 | $7,440.00 | Draft, edit memorandum of law in support of motion for instatement, permanent injunction, and other relief (3.0); legal research re pre- and post-judgment interest (4.8); conference with CEG re edits to motion (.6); conference with SZG re record citation searches (.2); review GSC times entries for fee app (.3); draft bio for fee app (.4). |
| 11/20/2023 | Moira Heiges-Goepfert | MHG | $650 | 3.1 | $2,015.00 | Research and draft notes for GSC re follow-up questions re NYLL for instatement motion. |
| 11/20/2023 | Moira Heiges-Goepfert | MHG | $650 | 0.3 | $195.00 | Correspondence with GSC re motion for instatement. |
| 11/20/2023 | Shira Gelfand | SZG | $425 | 4.4 | $1,870.00 | Correspondence re fee app (.4); review transcript and exhibits, add record cites to instatement motion (3.8); attention to settlement discussions (.2). |
| 11/20/2023 | Eliana J. Theodorou | EJT | $425 | 3.8 | $1,487.50 | Finalize draft of attorney declaration and send memorandum of law to cite checkers (2.8); telephone conference with CEG re plan for filing (.7); and telephone conference with VXY re outstanding paralegal tasks for filing (.3). |
| 11/20/2023 | Vincent Yang | VXY | $325 | 3.9 | $1,267.50 | Prepare fee and cost summary, rate chart, and finalize lodestar entries. |
| 11/20/2023 | Vincent Yang | VXY | $325 | 1.2 | $390.00 | Prepare attorney's fee motion exhibits and correspondence with team re timeline and updates. |
| 11/20/2023 | Abigail L. Robinson | ALR | $325 | 0.3 | $97.50 | Draft bio for Fee Application. |
| 11/20/2023 | Vincent Yang | VXY | $325 | 0.2 | $65.00 | Correspondence with GSC re motion for reinstatement. |
| 11/20/2023 | Abigail L. Robinson | ALR | $325 | 0.2 | $65.00 | Review email correspondence from Accounting re costs and invoices. Check and confirm my invoices were submitted. |
| 11/20/2023 | Abigail L. Robinson | ALR | $325 | 0.1 | $32.50 | Review lodestar edits and email VXY re his inquire on removals. |
| 11/20/2023 | Abigail L. Robinson | ALR | $325 | 0.1 | $32.50 | Process ECF Docket 359. |
| 11/21/2023 | Cara E. Greene | CEG | $950 | 7.9 | $7,505.00 | Prepare and redact sample retainer agreements (.7); review and edit CEG declaration (1.6); review and edit fee application brief (2.3); review and edit injunctive relief brief (2.6); review costs and fee listings (.7). |
| 11/21/2023 | Gregory S. Chiarello | GSC | $800 | 9.9 | $7,920.00 | Draft, edit memorandum of law in support of motion for instatement, permanent injunction, and other relief (7.1); review notice of motion (.1); conferences with CEG re instatement and fee app motion strategy (.4); review and redact retainers for fee app (.4); draft Ostrofe declaration and correspondence with N. Ostrofe re same (.8); edit fee application brief, conference with CEG re same (1.1). |
| 11/21/2023 | Moira Heiges-Goepfert | MHG | $650 | 3.8 | $2,470.00 | Research and correspondence with GCS responding to questions re state law authority for instatement motion. |
| 11/21/2023 | Eliana J. Theodorou | EJT | $425 | 10 | $4,250.00 | Finalize draft of fee application. |
| 11/21/2023 | Vincent Yang | VXY | $325 | 4.2 | $1,365.00 | Review and format lodestar and summary charts; revise attorney biographies. |
| 11/21/2023 | Vincent Yang | VXY | $325 | 1.7 | $552.50 | Format fee motion brief and declaration. |
| 11/21/2023 | Vincent Yang | VXY | $325 | 0.8 | $260.00 | Pull trial transcript excerpts re motion for reinstatement. |
| 11/21/2023 | Vincent Yang | VXY | $325 | 0.6 | $195.00 | Provide synopsis of Litigation Operations department trial work to EJT. |
| 11/21/2023 | Vincent Yang | VXY | $325 | 0.5 | $162.50 | Draft notice of motion re reinstatement. |
| 11/21/2023 | Vincent Yang | VXY | $325 | 0.2 | $65.00 | Update costs summary. |
| 11/21/2023 | Abigail L. Robinson | ALR | $325 | 0.2 | $65.00 | Correspondence with VXY re status of fee app assignments. |
| 11/21/2023 | Vincent Yang | VXY | $325 | 0.2 | $65.00 | Redacted retainer exhibits. |
| 11/21/2023 | Vincent Yang | VXY | $325 | 0.2 | $65.00 | Correspondence with EJT and TAM re memorandum status and lodestar review. |

*Rowe v. Google LLC*
Case No. 19-cv-08655 (JHR)
Detailed Fees - Outten & Golden LLP

| Date | Timekeeper | Initials | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| 11/21/2023 | Abigail L. Robinson | ALR | $325 | 0.1 | $32.50 | Review email correspondence between CEG and EJT re status of Fee Application documents. |
| 11/21/2023 | Abigail L. Robinson | ALR | $325 | 0.1 | $32.50 | Process ECF Document number 360. |
| 11/22/2023 | Cara E. Greene | CEG | $950 | 4.2 | $3,990.00 | Final review of all documents for filing and multiple correspondence and calls with litigation team re same. |
| 11/22/2023 | Gregory S. Chiarello | GSC | $800 | 5.3 | $4,240.00 | Edit memorandum of law in support of motion for instatement, permanent injunction, and other relief (3.6); QC exhibits (.2); review Fee App brief and supporting materials for filing (1.2); correspondence with paralegals re motion filings (.3). |
| 11/22/2023 | Eliana J. Theodorou | EJT | $425 | 5.5 | $2,337.50 | Finalize and supervise filing of fee application. |
| 11/22/2023 | Jennifer LaMarch | JLM | $350 | 0.5 | $175.00 | File motion for attorneys' fees and motion for injunction. |
| 11/22/2023 | Vincent Yang | VXY | $325 | 1.3 | $422.50 | Prepare table of contents and table of authorities and plug in lodestar amounts into attorneys' fee motion. |
| 11/22/2023 | Vincent Yang | VXY | $325 | 1.3 | $422.50 | Finalize fee motion exhibits. |
| 11/22/2023 | Vincent Yang | VXY | $325 | 1.2 | $390.00 | Prepare tables re injunctive relief memorandum of law. |
| 11/22/2023 | Vincent Yang | VXY | $325 | 1.1 | $357.50 | Format injunctive relief brief and draft declaration re same. |
| 11/22/2023 | Napoleon Zapata | NAZ | $325 | 0.7 | $227.50 | TOA TOC review with ALM, and finalization of memorandum of law in support of Plaintiff's Motion for Instatement, Permanent Injunction, and Other Post Judgment Relief in advance of filing. |
| 11/22/2023 | Napoleon Zapata | NAZ | $325 | 0.6 | $195.00 | Finalize motion for attorney fees exhibits in advance of filing. |
| 11/22/2023 | Vincent Yang | VXY | $325 | 0.5 | $162.50 | Conference and review tables of contents re attorneys' fees motion with EJT. |
| 11/22/2023 | Napoleon Zapata | NAZ | $325 | 0.4 | $130.00 | Correspondence with ALM, CEG, VXY, ET, GSC, TAM, and ALM re TOA TOC review and finalization of memorandum of law in support of Plaintiff's Motion for Instatement, Permanent Injunction, and Other Post Judgment Relief. |
| 11/22/2023 | Vincent Yang | VXY | $325 | 0.4 | $130.00 | Review tables of contents and authorities re fee motion with ALM. |
| 11/22/2023 | Vincent Yang | VXY | $325 | 0.3 | $97.50 | Prepare injunctive relief motion exhibits. |
| 11/22/2023 | Napoleon Zapata | NAZ | $325 | 0.3 | $97.50 | Correspondence with ET, and VXY re finalizing motion for attorney fees exhibits in advance of filing. |
| 11/22/2023 | Napoleon Zapata | NAZ | $325 | 0.3 | $97.50 | Review and organize email correspondence re motion for attorneys' fees, and costs in advance of assisting with finalization of fee application memorandum of law. |
| 11/27/2023 | Gregory S. Chiarello | GSC | $800 | 0.5 | $400.00 | Review Google motions (.3); conference with SZG re same opposition briefing (.1); correspondence with BA re opposition briefing (.1). |
| 11/27/2023 | Eliana J. Theodorou | EJT | $425 | 0.2 | $85.00 | Correspondence with GSC and CEG re reply brief. |
| 11/27/2023 | Vincent Yang | VXY | $325 | 0.4 | $130.00 | Send fee motion to expert via FTP. |
| 11/27/2023 | Abigail L. Robinson | ALR | $325 | 0.2 | $65.00 | Save ECF Documents 361-371. |
| 11/27/2023 | Vincent Yang | VXY | $325 | 0.1 | $32.50 | Correspondence with EJT re additional costs. |
| 11/28/2023 | Gregory S. Chiarello | GSC | $800 | 1.2 | $960.00 | Review remittitur brief, prepare notes re opposition (.6); conference with BA re research assignments (.5); correspondence re client email to Google (.1). |
| 11/29/2023 | Cara E. Greene | CEG | $950 | 2.5 | $2,280.00 | Review Defendant's motions for JNOV and remittitur annotate (1.5); conference with GSC re settlement strategy (.5); telephone call with client and conference with GSC re same (.5). |
| 11/29/2023 | Gregory S. Chiarello | GSC | $800 | 1.4 | $1,120.00 | Conference with CEG re briefing strategy re Google post-judgment motions and possible settlement (.5); telephone call with client, CEG re next steps (.4); draft notes re remittitur opposition memorandum of law (.5). |
| 11/30/2023 | Cara E. Greene | CEG | $950 | 0.5 | $475.00 | Conference with SZG re opposition to JNOV. |
| 11/30/2023 | Shira Gelfand | SZG | $425 | 6.4 | $2,720.00 | Review all 4 filed motions and memorandum of laws from 11/22 (3.2); meet with CEG and discuss briefing strategy and other case items (.5); Begin drafting outline for opposition to renewed JMOL and research re same (2.7). |
| 12/1/2023 | Shira Gelfand | SZG | $425 | 6.4 | $2,720.00 | Continue drafting outline and research re same; begin drafting brief; correspondence with CEG. |
| 12/4/2023 | Gregory S. Chiarello | GSC | $800 | 0.1 | $80.00 | Conference with BA re research assignment. |
| 12/4/2023 | Moira Heiges-Goepfert | MHG | $650 | 0.3 | $195.00 | Correspondence with GSC re Rowe instatement reply and research questions re remittitur. |
| 12/4/2023 | Shira Gelfand | SZG | $425 | 7.3 | $3,102.50 | Begin drafting opposition brief; research re same. |

*Rowe v. Google LLC*
Case No. 19-cv-08655 (JHR)
Detailed Fees - Outten & Golden LLP

| Date | Timekeeper | Initials | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| 12/5/2023 | Gregory S. Chiarello | GSC | $800 | 4.3 | $3,440.00 | Legal research re remittitur opposition (1.8); draft remittitur opposition brief (2.5). |
| 12/5/2023 | Shira Gelfand | SZG | $425 | 8.4 | $3,570.00 | Continue drafting brief; conduct research re same. |
| 12/5/2023 | Jennifer LaMarch | JLM | $350 | 0.3 | $105.00 | Docket/calendar control. |
| 12/5/2023 | Vincent Yang | VXY | $325 | 0.6 | $195.00 | Research and download cases cited in Defendant's remittitur brief and prepare electronic file re same. |
| 12/5/2023 | Vincent Yang | VXY | $325 | 0.2 | $65.00 | Correspondence with GSC re binder re cases cited. |
| 12/6/2023 | Gregory S. Chiarello | GSC | $800 | 3.3 | $2,640.00 | Draft opposition to remittitur motion, legal research re same (3.2); conference with SZG re record citations (.1). |
| 12/6/2023 | Shira Gelfand | SZG | $425 | 7.6 | $3,230.00 | Call with GSC re briefing (.2); continue drafting brief and research re same (7.3); attention to filing logisitics for 12/13 (.1). |
| 12/7/2023 | Gregory S. Chiarello | GSC | $800 | 5.9 | $4,720.00 | Draft opposition to remittitur motion. |
| 12/7/2023 | Shira Gelfand | SZG | $425 | 6.7 | $2,847.50 | Correspondence re briefs and filing; continue research and drafting RJMOL. |
| 12/8/2023 | Gregory S. Chiarello | GSC | $800 | 2.6 | $2,080.00 | Draft opposition to remittitur motion. |
| 12/8/2023 | Shira Gelfand | SZG | $425 | 9.3 | $3,952.50 | Continue drafting RJMOL brief; research and review record for remittutr brief; correspondence with GSC and CEG re same. |
| 12/8/2023 | Napoleon Zapata | NAZ | $325 | 0.7 | $227.50 | Prepare Lexis searches to identify pull case dockets and pleadings for attorney review. |
| 12/8/2023 | Napoleon Zapata | NAZ | $325 | 0.3 | $97.50 | Correspondence with RRX, GHK, and ALR re preparing Lexis searches and pulling case dockets and pleadings for attorney review. |
| 12/8/2023 | Abigail L. Robinson | ALR | $325 | 0.1 | $32.50 | Review email on pending motions. |
| 12/9/2023 | Gregory S. Chiarello | GSC | $800 | 4.6 | $3,680.00 | Draft opposition to remittitur motion. |
| 12/10/2023 | Gregory S. Chiarello | GSC | $800 | 3.8 | $3,040.00 | Draft opposition to remittitur motion. |
| 12/10/2023 | Shira Gelfand | SZG | $425 | 6.3 | $2,677.50 | Research and correspondence for remittitur brief. |
| 12/11/2023 | Gregory S. Chiarello | GSC | $800 | 5.7 | $4,560.00 | Draft opposition to remittitur motion. |
| 12/11/2023 | Shira Gelfand | SZG | $425 | 9.3 | $3,952.50 | Attention to briefs and 12/13 filing; edit and supplement brief, insert record cites, research re same; record cite inserts for remittutor brief; correspondence re paralegal coverage and filing logistics. |
| 12/11/2023 | Amanda T. Chan | ATC | $375 | 3.4 | $1,275.00 | Legal research re gender discrimination lawsuits against Google. |
| 12/11/2023 | Vincent Yang | VXY | $325 | 0.1 | $32.50 | Correspondence with SZG re assistance with post-trial responses. |
| 12/11/2023 | Abigail L. Robinson | ALR | $325 | 0.1 | $32.50 | Send SZG witness logs. |
| 12/11/2023 | Vincent Yang | VXY | $325 | 0.1 | $32.50 | Correspondence with SZG re filing availability. |
| 12/11/2023 | Abigail L. Robinson | ALR | $325 | 0.1 | $32.50 | Review email correspondence re coverage of motion filings. |
| 12/12/2023 | Gregory S. Chiarello | GSC | $800 | 5.6 | $4,480.00 | Draft remittitur opposition brief (4.9); review and edit RJMOL opposition brief (.7). |
| 12/12/2023 | Shira Gelfand | SZG | $425 | 8.9 | $3,782.50 | Continue drafting and preparing briefs for filing. |
| 12/12/2023 | Amanda T. Chan | ATC | $375 | 6.3 | $2,362.50 | Research into news articles re Google as an industry leader (3.3); Cite check brief (3.0). |
| 12/12/2023 | Vincent Yang | VXY | $325 | 1 | $325.00 | Run table of contents and authorities re opposition to renewed motion for judgment as matter of law. |
| 12/12/2023 | Vincent Yang | VXY | $325 | 0.8 | $260.00 | Prepare GSC declaration in support of opposition to remittitur. |
| 12/12/2023 | Vincent Yang | VXY | $325 | 0.5 | $162.50 | Compile trial transcript exhibit re remittitur opposition. |
| 12/12/2023 | Vincent Yang | VXY | $325 | 0.3 | $97.50 | Review tables re opposition to renewed motions. |
| 12/12/2023 | Vincent Yang | VXY | $325 | 0.1 | $32.50 | Correspondence with GSC re declaration and brief re remittitur. |
| 12/13/2023 | Gregory S. Chiarello | GSC | $800 | 3.9 | $3,120.00 | Finalize opposition to remittitur and RJMOL briefs and supervise filing. |
| 12/13/2023 | Shira Gelfand | SZG | $425 | 9.3 | $3,952.50 | Attention to finalizing and editing briefs, incorporate cite check; correspondence with team; conduct research re remittitur issues; prepare for filing. |
| 12/13/2023 | Vincent Yang | VXY | $325 | 2 | $650.00 | Format opposition to remittitur brief and manually add other authority cites. |
| 12/13/2023 | Vincent Yang | VXY | $325 | 1.3 | $422.50 | Draft opposition to renewed judgment motion declaration and prepare trial transcript exhibit re same. |
| 12/13/2023 | Vincent Yang | VXY | $325 | 1.1 | $357.50 | Quality check exhibit re trial transcript excerpts for opposition to remittitur. |
| 12/13/2023 | Vincent Yang | VXY | $325 | 1 | $325.00 | Finalize oppositions to remittitur and renewed judgment and file. |
| 12/13/2023 | Vincent Yang | VXY | $325 | 0.4 | $130.00 | Review table of contents and authorities re opposition to remittitur with AMX. |

*Rowe v. Google LLC*
Case No. 19-cv-08655 (JHR)
Detailed Fees - Outten & Golden LLP

| Date | Timekeeper | Initials | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| 12/14/2023 | Gregory S. Chiarello | GSC | $800 | 1.7 | $1,360.00 | Review Google's opposition to instatement motion (.3); team conference call re reply brief strategy (.3); conference with MHG re instatement reply brief strategy and work allocation (.8); edit letter to court re Google sur-reply (.1); conference with SZG re instatement reply brief work allocation (.2). |
| 12/14/2023 | Shira Gelfand | SZG | $425 | 5.5 | $2,337.50 | Review Google's briefing, call with team re replies (2.8); call and correspondence with EJT re fee reply (.2); call with GSC re instatement reply (.4); draft and file letter response to Google's letter motion (.6); correspondence with MG re instatement exhibits and trial transcript cites (.2); begin research and drafting for instatement reply (1.3). |
| 12/14/2023 | Jennifer LaMarch | JLM | $350 | 0.2 | $70.00 | File letter response re sur-replies. |
| 12/14/2023 | Abigail L. Robinson | ALR | $325 | 0.2 | $65.00 | Save ECF Documents 372-379 to file. |
| **Total** | | | | 418.3 | $224,025.00 | |