# Exhibit 5

K5E5rowC                        telephonic proceeding

1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   ------------------------------x

3   ULKU ROWE,

4                  Plaintiff,              New York, N.Y.

5            v.                            19 Civ. 8655 (LGS)

6   GOOGLE, LLC,

7                  Defendant.

8   ------------------------------x

9                                          May 14, 2020
                                           10:48 a.m.
10
    Before:
11
                     HON. LORNA G. SCHOFIELD,
12
                                           District Judge
13

14                        APPEARANCES

15

16  OUTTEN & GOLDEN, LLP
          Attorneys for Plaintiff
17  BY:  CARA GREENE

18
    PAUL HASTINGS, LLP
19        Attorneys for Defendant
    BY:  KENNETH W. GAGE
20  BY:  CAITLIN D. BROWN

21

22

23

24

25

K5E5rowC                         telephonic proceeding

1    level 8 we have 19, there would be 19 individuals in the level

2    8 principal technical solutions consultant role, and then there

3    will be six individuals in the level 9.

4            THE COURT:  And are people both hired into those

5    levels and promoted into those levels?

6            MR. GAGE:  Yes, your Honor.

7            MS. BROWN:  Yes, they are.

8            THE COURT:  So, what plaintiff is saying here is that

9    she was hired into level 8 and that she should have been hired

10   into level 9, right?

11           MS. BROWN:  That's our understanding, your Honor.

12           THE COURT:  Do you have any idea of the gender

13   breakdown, so these 19 people at level 8, how many were male?

14           MS. BROWN:  The data that I have does not provide a

15   gender, however if I am making assumptions based on the

16   individuals' names then it looks like there might have been two

17   or three as of November 2019 who were women and the other 16

18   would have been male.  But, it is assumptions based on

19   individuals' first names.

20           THE COURT:  Of the six people who were at level 9, how

21   many of those were women versus men?

22           MS. BROWN:  So, I would say there are five who I know

23   are male, another individual I am not sure of their gender

24   based on that person's first name.

25           THE COURT:  Okay, so, either five or all of the six at

K5E5rowC                    telephonic proceeding

1    level 9 were male.

2         MS. BROWN:  Yes, your Honor; as of November 2019.

3         THE COURT:  So, it seems to me that at least those men

4    out of the 25 are reasonably considered comparators.  I don't

5    agree with the argument that plaintiff is restricted to the

6    comparators at, that she has made and identified in the

7    complaint as I agree with the legal proposition that part of

8    the purpose of discovery is to identify comparators so that is

9    what I am inclined to order.

10        But, let me ask the plaintiff why you wanted more than

11   that.

12        MS. GREENE:  Thank you, your Honor.  This is Cara

13   Greene.

14        While technical director may have some value in terms

15   of assessing the comparability of individuals, in and of itself

16   it is not determinative.  What we know is that plaintiff was in

17   an engineering role.  What we have indicated to defendant is

18   that we are not interested in the level 8 or level 9s in an

19   unrelated role so things like marketing or operations or other

20   types of non-engineering roles.  But, as to engineering roles,

21   the plaintiff was told repeatedly that -- in Google speak they

22   refer to it as eng roles -- level 8 eng role is the same.  To

23   be able to assess comparability under the differing standards

24   of the equal pay law claims and the anti-discrimination claims

25   either we -- we don't believe that the starting point should be

1    simply the title of technical director.  We have noticed a

2    30(b)(6) deposition where we will be able to understand more

3    definitively how Google assigns titles, roles, leveling

4    associated with those titles and roles, etc., but to be able to

5    have that 30(b)(6) deposition to be able to explore and then be

6    able to narrow for purposes of summary judgment and ultimately

7    trial, the correct pool of comparators, we have to start with

8    that broader pool.

9             THE COURT:  So let me just interrupt there and make

10   sure I understand.

11            So, in other words you are saying that you would like

12   to draw comparators from all of the people who were in an "eng

13   role," meaning in an engineering role, and that you are not

14   exactly sure what all of those positions are but that you have.

15   That is something you want to cover in your 30(b)(6)

16   deposition; is that right?

17            MS. GREENE:  That's right.  And this information, and

18   just to be clear as well, we are looking within the United

19   States, not outside of the U.S.  This information is widely

20   available.  Our client is able to use Google systems to search

21   herself for either the names of individuals who are in an

22   engineering level role at level 8 or 9.  So, it is not

23   difficult information to gather.  However, that doesn't provide

24   the information with respect to the other components including

25   compensation that would also be relevant both for purposes of