

1(212) 318-6267
saratomezsko@paulhastings.com

January 5, 2024

**VIA ECF**
Hon. Jennifer H. Rearden
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Ulku Rowe v. Google LLC*, Case No. 1:19-cv-08655-JHR

Dear Judge Rearden:

We represent Defendant Google LLC ("Google") in this matter. On December 13, 2023, Google requested leave to submit a sur-reply on Plaintiff Ulku Rowe's Motion for Attorneys' Fees and Costs, limited to addressing the billing records appended to Rowe's reply brief, and to be filed on or after January 5, 2024. (ECF No. 377.) Rowe does not oppose Google's submission of a sur-reply, and asks that this Court impose a 5-page limit on Google's sur-reply brief. (ECF No. 380.)

To date, Your Honor has not ruled on Google's request for leave, so in the interest of efficiency and honoring its self-imposed deadline, Google attaches hereto as **Exhibit A** its complete sur-reply submission, in the event Your Honor grants Google's unopposed request for leave to file it. Google has also honored Rowe's request that the sur-reply brief be limited to 5 pages.

We thank the Court for its consideration.

Respectfully submitted,

*[signature]*

Sara B. Tomezsko
PAUL HASTINGS LLP

Paul Hastings LLP | 200 Park Avenue | New York, NY 10166
t: +1.212.318.6000 | www.paulhastings.com