# EXHIBIT 1

# EXHIBIT 1

| Relevant Time | Date | Timekeeper | Initials | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|
| 0.7 | 10/30/2023 | Vincent Yang | VXY | $325 | 0.7 | $227.50 | Conference with CEG, GSC, EJT, and NAZ re fee application review process. |
| 0.3 | 10/31/2023 | Moira Heiges-Goepfert | MHG | $650 | 0.3 | $195.00 | Conference call with GSC re case background and research project. |
| 0.8 | 10/31/2023 | Eliana J. Theodorou | EJT | $425 | 0.8 | $340.00 | Conference with ALR and VXY re next steps re paralegal work on fee petition. |
| 0.8 | 10/31/2023 | Vincent Yang | VXY | $325 | 0.8 | $260.00 | Telephone conference with EJT and ALR re fee application next steps. |
| 0.8 | 10/31/2023 | Abigail L. Robinson | ALR | $325 | 0.8 | $260.00 | Conference with EJT and VXY re Fee Application assignments. |
| 0.5 | 10/31/2023 | Vincent Yang | VXY | $325 | 0.5 | $162.50 | Conference with NAZ, ALR re fee application review process. |
| 0.5 | 10/31/2023 | Abigail L. Robinson | ALR | $325 | 0.5 | $162.50 | Conference with VXY and NAZ re Fee Application assignments. |
| 0.4 | 11/3/2023 | Eliana J. Theodorou | EJT | $425 | 1.9 | $807.50 | Telephone conference with CEG re revisions to fee application outline (.4); and revise fee application outline per CEG edits (1.5). |
| 0.4 | 11/3/2023 | Cara E. Greene | CEG | $950 | 0.4 | $807.50 | Telephone conference with EJT re revisions to fee application outline. |
| 0.5 | 11/6/2023 | Cara E. Greene | CEG | $950 | 0.5 | $475.00 | Conference with EJT and team re strategy for fee application. |
| 0.5 | 11/6/2023 | Eliana J. Theodorou | EJT | $425 | 0.5 | $212.50 | Conference with CEG, GSC, ALR, and NAZ re next steps on fee application. |
| 0.7 | 11/6/2023 | Abigail L. Robinson | ALR | $325 | 0.7 | $227.50 | Conference with CEG, GSC, ET, and NAZ re Fee Application, send out To Do List post meeting. |
| 0.6 | 11/6/2023 | Napoleon Zapata | NAZ | $325 | 0.6 | $195.00 | Conference with CEG, ET, GSC, and ALR re status updates for motion for final approval of attorney fees, additional pending projects, and deadlines. |
| 0.9 | 11/7/2023 | Gregory S. Chiarello | GSC | $800 | 0.9 | $720.00 | Conference with MHG re instatement motion. |
| 0.9 | 11/7/2023 | Moira Heiges-Goepfert | MHG | $650 | 0.9 | $650.00 | Conference call with GSC re motion for instatement and case background. |

| Relevant Time | Date | Timekeeper | Initials | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|
| 0.5 | 11/7/2023 | Eliana J. Theodorou | EJT | $425 | 5.8 | $2,465.00 | Research and draft memorandum of law in support of motion for attorney's fees (5.3); conference with ALR re drafting attorney declaration in support of motion for attorney's fees (.5). |
| 0.3 | 11/13/2023 | Moira Heiges-Goepfert | MHG | $650 | 0.3 | $195.00 | Conference call with EJT re NYCHRL claims and legal standard for post-judgment motions. |
| 0.3 | 11/13/2023 | Eliana J. Theodorou | EJT | $425 | 0.3 | $127.50 | Telephone conference with MHG re injunctive relief brief arguments. |
| 0.4 | 11/13/2023 | Vincent Yang | VXY | $325 | 0.4 | $130.00 | Conference with EJT re updates on status of fee application. |
| 0.8 | 11/15/2023 | Eliana J. Theodorou | EJT | $425 | 3.2 | $1,360.00 | Revise memorandum of law in support of fee application (2.4); telephone conference with SXG re assisting with procedural history section of memorandum (.2); conference with ALR and VXY re next steps in finalizing fee application (.6). |
| 0.7 | 11/15/2023 | Abigail L. Robinson | ALR | $325 | 0.7 | $227.50 | Conference with EJT and VXY re next steps in the Fee Application assignments. |
| 0.7 | 11/15/2023 | Vincent Yang | VXY | $325 | 0.7 | $227.50 | Conference with ALR, SZG, and EJT re fee application project updates. |
| 0.3 | 11/16/2023 | Cara E. Greene | CEG | $950 | 1.2 | $1,045.00 | Conference with EJT re fee application brief (.3); review fee entries and correspondence with SZG re same (.9). |
| 0.4 | 11/16/2023 | Eliana J. Theodorou | EJT | $425 | 4.3 | $1,827.50 | Incorporate SZG edits into memorandum of law in support of fee application and finalize draft of same (3.9); telephone call with CEG re next steps on finalizing fee application (.3); telephone conference with VXY re finalizing cost application (.1). |
| 0.1 | 11/16/2023 | Vincent Yang | VXY | $325 | 0.1 | $32.50 | Conference with accounting re cost updates. |
| 0.1 | 11/16/2023 | Vincent Yang | VXY | $325 | 0.1 | $32.50 | Conference with EJT re checking cost invoices. |
| 1 | 11/17/2023 | Gregory S. Chiarello | GSC | $800 | 2.2 | $1,760.00 | Conference with CEG re Instatement, attorneys' Fees motions (1.0); correspondence, telephone call with N. Ostrofe (1.0); correspondence with MHG re follow-up instatement research (.1); correspondence with CEG, SZG re settlement communications (.1). |

| Relevant Time | Date | Timekeeper | Initials | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|
| 1.3 | 11/20/2023 | Cara E. Greene | CEG | $950 | 6.2 | $5,320.00 | Telephone conference with EJT re Rowe fee application and review same (.7); review and edit fee application memorandum of law and declaration (1.7); review and edit injunctive relief brief (3.2); conference with GSC re edits to motion (.6). |
| 0.8 | 11/20/2023 | Gregory S. Chiarello | GSC | $800 | 9.3 | $7,440.00 | Draft, edit memorandum of law in support of motion for instatement, permanent injunction, and other relief (3.0); legal research re pre- and post- judgment interest (4.8); conference with CEG re edits to motion (.6); conference with SZG re record citation searches (.2); review GSC times entries for fee app (.3); draft bio for fee app (.4). |
| 1 | 11/20/2023 | Eliana J. Theodorou | EJT | $425 | 3.8 | $1,487.50 | Finalize draft of attorney declaration and send memorandum of law to cite checkers (2.8); telephone conference with CEG re plan for filing (.7); and telephone conference with VXY re outstanding paralegal tasks for filing (.3). |
| *  1 | 11/21/2023 | Gregory S. Chiarello | GSC | $800 | 9.9 | $7,920.00 | Draft, edit memorandum of law in support of motion for instatement, permanent injunction, and other relief (7.1); review notice of motion (.1); conferences with CEG re instatement and fee app motion strategy (.4); review and redact retainers for fee app (.4); draft Ostrofe declaration and correspondence with N. Ostrofe re same (.8); edit fee application brief, conference with CEG re same (1.1). |
| 0.5 | 11/22/2023 | Vincent Yang | VXY | $325 | 0.5 | $162.50 | Conference and review tables of contents re attorneys' fees motion with EJT. |
| 0.1 | 11/27/2023 | Gregory S. Chiarello | GSC | $800 | 0.5 | $400.00 | Review Google motions (.3); conference with SZG re same opposition briefing (.1); correspondence with BA re opposition briefing (.1). |
| 0.5 | 11/28/2023 | Gregory S. Chiarello | GSC | $800 | 1.2 | $960.00 | Review remittitur brief, prepare notes re opposition (.6); conference with BA re research assignments (.5); correspondence re client email to Google (.1). |

| Relevant Time | Date | Timekeeper | Initials | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|
| * 0.7 | 11/29/2023 | Cara E. Greene | CEG | $950 | 2.5 | $2,280.00 | Review Defendant's motions for JNOV and remittitur annotate (1.5); conference with GSC re settlement strategy (.5); telephone call with client and conference with GSC re same (.5). |
| 0.5 | 11/29/2023 | Gregory S. Chiarello | GSC | $800 | 1.4 | $1,120.00 | Conference with CEG re briefing strategy re Google post-judgment motions and possible settlement (.5); telephone call with client, CEG re next steps (.4); draft notes re remittitur opposition memorandum of law (.5). |
| 0.5 | 11/30/2023 | Cara E. Greene | CEG | $950 | 0.5 | $475.00 | Conference with SZG re opposition to JNOV. |
| 0.1 | 12/4/2023 | Gregory S. Chiarello | GSC | $800 | 0.1 | $80.00 | Conference with BA re research assignment. |
| 0.1 | 12/6/2023 | Gregory S. Chiarello | GSC | $800 | 3.3 | $2,640.00 | Draft opposition to remittitur motion, legal research re same (3.2); conference with SZG re record citations (.1). |
| 1.3 | 12/14/2023 | Gregory S. Chiarello | GSC | $800 | 1.7 | $1,360.00 | Review Google's opposition to instatement motion (.3); team conference call re reply brief strategy (.3); conference with MHG re instatement reply brief strategy and work allocation (.8); edit letter to court re Google sur-reply (.1); conference with SZG re instatement reply brief work allocation (.2). |
| **Total** | **23.3** | | | | | | |