# EXHIBIT 2

| | Relevant Time | Date | Timekeeper | Initials | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| | 2.2 | 10/31/2023 | Moira Heiges-Goepfert | MHG | $650 | 2.2 | $1,430.00 | Research re post-judgment equitable and injunctive relief. |
| | 1.1 | 11/1/2023 | Gregory S. Chiarello | GSC | $800 | 1.1 | $880.00 | Pre- and Post- judgment interest research. |
| | 3.3 | 11/3/2023 | Moira Heiges-Goepfert | MHG | $650 | 3.3 | $2,145.00 | Research NY and 2d Cir case law re post-judgment relief, including instatement to promotion. |
| | 4.2 | 11/6/2023 | Moira Heiges-Goepfert | MHG | $650 | 4.2 | $2,730.00 | Research state/federal law re instatement/reinstatement and equitable remedies for discrimination. |
| | 1.5 | 11/7/2023 | Moira Heiges-Goepfert | MHG | $650 | 1.5 | $975.00 | Research caselaw and statutes re post-judgment equitable remedies. |
| | 1.1 | 11/8/2023 | Moira Heiges-Goepfert | MHG | $650 | 1.1 | $715.00 | Research for instatement motion. |
| | 1.4 | 11/9/2023 | Moira Heiges-Goepfert | MHG | $650 | 2.9 | $1,885.00 | Draft and revise notes and catalog research re instatement and equitable relief. |
| | 3.9 | 11/13/2023 | Moira Heiges-Goepfert | MHG | $650 | 3.9 | $2,535.00 | Research re equitable relief under NYCHRL and legal standard for reviewing NYCHRL claims. |
| * | 2.3 | 11/14/2023 | Moira Heiges-Goepfert | MHG | $650 | 6.8 | $4,420.00 | Draft and revise motion for instatement or front pay; review case history and factual background and research caselaw for same. |
| | 4.8 | 11/20/2023 | Gregory S. Chiarello | GSC | $800 | 9.3 | $7,440.00 | Draft, edit memorandum of law in support of motion for instatement, permanent injunction, and other relief (3.0); legal research re pre- and post-judgment interest (4.8); conference with CEG re edits to motion (.6); conference with SZG re record citation searches (.2); review GSC times entries for fee app (.3); draft bio for fee app (.4). |
| * | 1.6 | 11/20/2023 | Moira Heiges-Goepfert | MHG | $650 | 3.1 | $2,015.00 | Research and draft notes for GSC re follow-up questions re NYLL for instatement motion. |
| * | 2.5 | 11/21/2023 | Moira Heiges-Goepfert | MHG | $650 | 3.8 | $2,470.00 | Research and correspondence with GCS responding to questions re state law authority for instatement motion. |
| | 1.8 | 12/5/2023 | Gregory S. Chiarello | GSC | $800 | 4.3 | $3,440.00 | Legal research re remittitur opposition (1.8); draft remittitur opposition brief (2.5). |
| * | 1.6 | 12/6/2023 | Gregory S. Chiarello | GSC | $800 | 3.3 | $2,640.00 | Draft opposition to remittitur motion, legal research re same (3.2); conference with SZG re record citations (.1). |
| **Total** | **33.3** | | | | | | | |