# EXHIBIT 3

| Relevant Time | Date | Timekeeper | Initials | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|
| 0.7 | 11/21/2023 | Cara E. Greene | CEG | $950 | 7.9 | $7,505.00 | Prepare and redact sample retainer agreements (.7); review and edit CEG declaration (1.6); review and edit fee application brief (2.3); review and edit injunctive relief brief (2.6); review costs and fee listings (.7). |
| 0.4 | 11/21/2023 | Gregory S. Chiarello | GSC | $800 | 9.9 | $7,920.00 | Draft, edit memorandum of law in support of motion for instatement, permanent injunction, and other relief (7.1); review notice of motion (.1); conferences with CEG re instatement and fee app motion strategy (.4); review and redact retainers for fee app (.4); draft Ostrofe declaration and correspondence with N. Ostrofe re same (.8); edit fee application brief, conference with CEG re same (1.1). |
| 0.2 | 11/21/2023 | Vincent Yang | VXY | $325 | 0.2 | $65.00 | Redacted retainer exhibits. |
| **Total** | | | | | **1.3** | | |