# EXHIBIT 4

| Relevant Time | Date | Timekeeper | Initials | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|
| 3.4 | 12/11/2023 | Amanda T. Chan | ATC | $375 | 3.4 | $1,275.00 | Legal research re gender discrimination lawsuits against Google. |
| **Total** | **3.4** | | | | | | |