# EXHIBIT 5

| | Relevant Time | Date | Timekeeper | Initials | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| | 0.4 | 11/2/2023 | Abigail L. Robinson | ALR | $325 | 0.4 | $130.00 | Review attorney bios and email to EJT re same. |
| | 0.2 | 11/2/2023 | Napoleon Zapata | NAZ | $325 | 0.2 | $65.00 | Correspondence with ALR and EJT re examples of attorney bios submitted with motion for attorney fees and costs. |
| | 0.8 | 11/15/2023 | Vincent Yang | VXY | $325 | 0.8 | $260.00 | Prepare attorney biographies re fee app. |
| * | 0.6 | 11/16/2023 | Vincent Yang | VXY | $325 | 1.2 | $390.00 | Prepare attorney and staff biographies. |
| | 0.3 | 11/20/2023 | Abigail L. Robinson | ALR | $325 | 0.3 | $97.50 | Draft bio for Fee Application. |
| * | 2.1 | 11/21/2023 | Vincent Yang | VXY | $325 | 4.2 | $1,365.00 | Review and format lodestar and summary charts; revise attorney biographies. |
| **Total** | **4.4** | | | | | | | |