# EXHIBIT 7

| Relevant Time | Date | Timekeeper | Initials | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|
| 1.3 | 11/22/2023 | Vincent Yang | VXY | $325 | 1.3 | $422.50 | Prepare table of contents and table of authorities and plug in lodestar amounts into attorneys' fee motion. |
| 1.2 | 11/22/2023 | Vincent Yang | VXY | $325 | 1.2 | $390.00 | Prepare tables re injunctive relief memorandum of law. |
| 0.4 * | 11/22/2023 | Napoleon Zapata | NAZ | $325 | 0.7 | $227.50 | TOA TOC review with ALM, and finalization of memorandum of law in support of Plaintiff's Motion for Instatement, Permanent Injunction, and Other Post Judgment Relief in advance of filing. |
| 0.2 * | 11/22/2023 | Napoleon Zapata | NAZ | $325 | 0.4 | $130.00 | Correspondence with ALM, CEG, VXY, ET, GSC, TAM, and ALM re TOA TOC review and finalization of memorandum of law in support of Plaintiff's Motion for Instatement, Permanent Injunction, and Other Post Judgment Relief. |
| 0.5 | 11/22/2023 | Vincent Yang | VXY | $325 | 0.5 | $162.50 | Conference and review tables of contents re attorneys' fees motion with EJT. |
| 0.4 | 11/22/2023 | Vincent Yang | VXY | $325 | 0.4 | $130.00 | Review tables of contents and authorities re fee motion with ALM. |// |

**Total**    4.0