# EXHIBIT 8

```
     NAAVROW1

 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   ULKU ROWE,

 4                  Plaintiff,

 5            v.                                19 Civ. 8655 (JHR)

 6   GOOGLE LLC,

 7                  Defendant.            Trial

 8   ------------------------------x
                                          New York, N.Y.
 9                                        October 10, 2023
                                          10:15 a.m.
10
     Before:
11
                      HON. JENNIFER H. REARDEN,
12
                                          District Judge
13                                         -and a jury-

14                            APPEARANCES

15   OUTTEN & GOLDEN, LLP
          Attorneys for Plaintiff
16   BY:  CARA E. GREENE
          GREGORY S. CHIARELLO
17        SHIRA Z. GELFAND

18   PAUL HASTINGS LLP
          Attorneys for Defendant
19   BY:  KENNETH W. GAGE
          SARA B. TOMEZSKO
20
     Also Present:  Vincent Yang, Paralegal (Outten & Golden)
21                  Andrew Velazquez, Google Rep.
                    Jean Gutierrez, Paralegal (Paul Hastings)
22

23

24

25
```

```
 1                      A F T E R N O O N   S E S S I O N
 2                                3:00 P.M.
 3              (A jury of eight was impaneled and sworn)
 4              THE COURT:  Please be seated.
 5              All right.  I want to give some quick rulings before
 6    the jury comes in.
 7              All right.  First, the question about Ms. Rowe's
 8    testimony and whether she can testify about her own
 9    involvement.  Ms. Greene, I think you said, not having the
10    benefit of a transcript, her own involvement in protests
11    concerning sexual harassment and/or the resulting 2018 walkout,
12    was that a question?
13              MS. GREENE:  It's with respect to her participation in
14    the walkout, which also included issues of pay equity, her own
15    participation, and the motivation then for her complaint six
16    days later.
17              THE COURT:  All right.  I view that as covered by
18    Judge Schofield's ruling on defendant's second motion *in*
19    *limine*, and provided that the probative value, if any, is
20    likely to confuse a jury in a way that would prejudice the
21    defendant.  So no, she may not testify about that.
22              All right.  As for the --
23              MS. GREENE:  Your Honor --
24              THE COURT:  That's my ruling.  Thank you.
25              I'm moving on to the documents now.
```