IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ULKU ROWE,<br><br>                 Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>                 Defendant. | Civ. Action No. 19-cv-08655-JHR |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

      Plaintiff hereby submits this notice regarding the U.S. District Court for the Northern District of California's recent Order in *Perez, et al. v. Discover Bank*, No. 20 Civ. 06896 (N.D. Cal. Sept. 23, 2024), attached hereto as Exhibit A, in support of Plaintiff's pending Motion for Attorneys' Fees and Costs. ECF No. 361.

      In *Perez*, the Court considered Plaintiffs' motion for attorneys' fees and costs. Plaintiffs were represented by the same law firm representing Plaintiff Ulku Rowe, Outten & Golden LLP. In that matter, the defendant did not dispute that Outten & Golden was entitled to fees, but argued that the amount sought was excessive and that the rates should be reduced. The District Court approved Outten & Golden's 2023 hourly rates – the same rates for which Plaintiff Rowe seeks approval – based on support for the rates of Cara E. Greene and Gregory S. Chiarello similar to that provided in support of the pending motion. *Compare* ECF No. 126 (N.D. Cal. 20-cv-06896) *with* ECF Nos. 362, 363 (S.D.N.Y. 19-cv-08655).

Respectfully submitted,

<u>/s/ Cara E. Greene</u>
Cara E. Greene
Outten & Golden LLP
685 Third Avenue, 25th Floor
New York, NY 10017
*Counsel for the Plaintiff*

c: All Parties via ECF

2