

1(212) 318-6406
kennethgage@paulhastings.com
1(212) 318-6267
saratomezsko@paulhastings.com

December 27, 2024

**VIA ECF**
Hon. Jennifer H. Rearden
U.S. District Court,
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Rowe v. Google LLC*, Case No. 1:19-cv-08655-JHR

Dear Judge Rearden:

We look forward to the opportunity to address any questions you may have concerning the parties' post-trial motions at the oral argument scheduled for January 16, 2025. We write in advance to inform you that Plaintiff Ulku Rowe is no longer employed by Google LLC as a result of a corporate restructuring. Both parties in their post-trial motion papers relied on the fact that Rowe, at the time, remained employed by Google. (*See* ECF No. 365 at 8-9, 11-12, 14, 21; ECF No. 371 at 13, 18; ECF No. 374 at 9; ECF No. 376 at 13, 14; ECF No. 382 at 3, 4.)

Rowe recently supplemented her April 11, 2024 EEOC Charge (which was referenced in her request to amend her pending motion for equitable relief (ECF No. 390)), on November 17, 2024, to include allegations concerning the circumstances of her departure from the Company. The Company will respond to Rowe's new allegations before the EEOC in the ordinary course, through the administrative process. As argued in opposition to Rowe's request to re-open post-trial briefing, subsequent decisions by Google concerning Rowe's terms and conditions of employment are not properly before this Court. (*See* ECF No. 393.) We did not, however, want to appear for oral argument with Your Honor under the misimpression that Rowe still remained employed at Google.

Prior to filing this letter, we conferred with Rowe's counsel to determine if she objected to Google's disclosure to the Court of these changed circumstances, and Rowe does not object.



Hon. Jennifer H. Rearden
December 27, 2024
Page 2

We thank the Court for its continued attention to this matter.

Respectfully submitted,

_____
Kenneth W. Gage
Sara B. Tomezsko
Kaveh Dabashi
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
*Counsel for Google LLC*

CC: All Parties of Record via ECF