# EXHIBIT A



**From:** "Greene, Cara" <ceg@outtengolden.com>
**Date:** April 2, 2025 at 1:02:50 PM EDT
**To:** "Gage, Kenneth W." <kennethgage@paulhastings.com>
**Cc:** "Tomezsko, Sara B." <saratomezsko@paulhastings.com>
**Subject: [EXT] RE: Rowe v. Google**

--- External Email ---

Report Suspicious

--- External Email ---

Report Suspicious

<!--[endif]-->
Ken, we are discussing and will get back to you.

**Cara Greene | Partner**
Outten & Golden LLP
685 Third Ave, 25th Floor | New York, NY 10017
(w) 212-245-1000
ceg@outtengolden.com

*This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender immediately and delete the message and any attachments.*

**From:** Gage, Kenneth W. <kennethgage@paulhastings.com>
**Sent:** Monday, March 31, 2025 6:35 PM
**To:** Greene, Cara <ceg@outtengolden.com>
**Cc:** Tomezsko, Sara B. <saratomezsko@paulhastings.com>
**Subject:** [EXTERNAL] RE: Rowe v. Google

Cara, I'm following up on this inquiry, in particular given Judge Rearden's order today.  Please let us know your client's position on the questions I've posed below.

Ken

**From:** Gage, Kenneth W. <kennethgage@paulhastings.com>
**Sent:** Wednesday, March 26, 2025 4:09 PM
**To:** Cara E. Greene (CEG@outtengolden.com) <CEG@outtengolden.com>
**Cc:** Tomezsko, Sara B. <saratomezsko@paulhastings.com>
**Subject:** Rowe v. Google

Hi Cara.  Hope all is well.

We understand that your client has started a new job, as CIO, Commercial for Lloyds Banking Group in London, England. This leads us to two questions: (1) is Ms. Rowe still seeking instatement, as requested in the post-trial motions before Judge Rearden; and (2) do you plan to notify Judge Rearden of these changed circumstances?

Let us know.

Ken



**Kenneth W. Gage** | **Partner**
Paul Hastings LLP | 200 Park Avenue, New York, NY 10166 | Direct: +1.212.318.6046 | Main: +1.212.318.6000 | Fax: +1.212.230.7646 | kennethgage@paulhastings.com | www.paulhastings.com

*******************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.