# EXHIBIT B



**CONFIDENTIAL – NOT SUBJECT TO FOIA OR FOIL**

1(212) 318-6046
kennethgage@paulhastings.com
1(212) 318-6267
saratomezsko@paulhastings.com

May 29, 2024

**VIA EEOC RESPONDENT PORTAL**

David L. Reinman
U.S. Equal Employment Opportunity Commission
New York District Office
33 Whitehall Street
New York, NY 10004
david.reinman@eeoc.gov

*Re:*     *Ulku Rowe v. Google LLC*, EEOC Charge No. 520-2024-04484

Dear Mr. Reinman:

We represent Respondent Google LLC ("Google") in the above-referenced matter. Google respectfully submits this position statement in response to the Charge filed by Ulku Rowe with the U.S. Equal Employment Opportunity Commission on April 11, 2024 (her "Charge").[1]

I.      **INTRODUCTION**

For at least three years prior to her Charge, Ms. Rowe's job performance as a Technical Director in Google's Cloud division was underwhelming relative to her peers. The Technical Director role in the Office of the Chief Technology Officer ("OCTO") at Google Cloud is unique; it was an experimental role conceived in 2016 so Google could compete with other cloud providers like Amazon Web Services and Microsoft Azure. Google intended the role to evolve—and it did—over time to meet the shifting needs of customers and technical advances in cloud technology and artificial intelligence ("A.I."). Ms. Rowe, however, has not kept pace with the evolving nature of the role and the expectations Google Cloud places on its Technical Directors.

Rather than do what is expected of her and others in the Technical Director role, Ms. Rowe continued to perform only the aspects of the job she *wanted* to do. Notably, Google clearly communicated shifts in Google Cloud priorities away from external speaking engagements towards a focus on engineering impact and demonstrated technical contributions. Despite this, Ms. Rowe has not changed her approach to the job. While her colleagues adapted to these changes, there is a well-documented record of Ms. Rowe's refusal to refocus her efforts on engineering and technical work, in favor of her continued pursuit of external speaking engagements.

---

[1] Any allegation in the Charge not expressly admitted in this position statement is denied. This position statement is based upon the facts as Google currently understands them, and is provided in the spirit of cooperation for the sole purpose of assisting the EEOC with its neutral and non-adversarial investigation of the Charge. Google in no way waives its right to present new or additional facts or arguments based upon subsequently acquired information or evidence. Further, this position statement, although believed to be true and correct in all respects, does not constitute an affidavit, and is not intended to be used as evidence of any kind in any EEOC or court proceeding. Because of the sensitive nature of the information included in this position statement, Google respectfully requests that the EEOC maintain the confidentiality of this material to the fullest extent provided by law.



**CONFIDENTIAL – NOT SUBJECT TO FOIA OR FOIL**

May 29, 2024
Page 2

Nevertheless, Ms. Rowe's supervisors encouraged and supported her by suggesting pathways to demonstrate technical thought leadership in line with Google's expectations, and connecting her with resources to help her succeed. Ms. Rowe barely responded, however, as if it were unnecessary—as if Google's evolving expectations of OCTO Technical Directors did not apply to her.

In late 2022, having seen practically *no evidence* of any work product from Ms. Rowe from the preceding eight months, her new supervisor held a support check-in to reiterate Google's expectations and ask Ms. Rowe for evidence of the work she was doing. Thereafter, at the beginning of 2023, Ms. Rowe provided her supervisor with *some* proof that she was working. So, her supervisor gave her the benefit of the doubt and gave Ms. Rowe a performance rating of 3 out of 5 for 2022, based primarily on feedback from a colleague that Ms. Rowe had contributed to (but had not led) an important engineering initiative.

Ms. Rowe's effort proved to be minimal and short-lived. As Google Cloud (and the world) focused attention and energy on A.I.,[2] Ms. Rowe's peers demonstrated an appropriate sense of urgency to compete successfully in this burgeoning space. Ms. Rowe did not. Despite having Google's support for a project concerning the responsible use of A.I., she hardly even advanced the project, showing no evidence that she responded to feedback provided to her. Seeing no progress and no meaningful collaboration (with engineering or otherwise), her supervisor again asked Ms. Rowe what she was working on in early July 2023. In response, Ms. Rowe shockingly asserted that "nothing I'm working on is time sensitive," and announced she would be taking a six-week vacation starting immediately, expecting to return to work in late August 2023 (after the trial on her initial claims for pay and gender discrimination was scheduled to conclude). On August 21, 2023, when the trial was postponed to October 4, 2023, Ms. Rowe applied for and was granted an extended, paid leave of absence from Google.

Google has been patient and fair with Ms. Rowe. The Technical Director role in OCTO is a very senior position that carries high expectations. Ms. Rowe's peers have been working hard and contributing much towards Google Cloud's business objectives, and a set of objectives and key results ("OKRs") jointly established by the Technical Directors and Google Cloud's CTO, William Grannis, each year at a department offsite.[3] Ms. Rowe has not. Ms. Rowe's peers create a substantial number of artifacts (*i.e.*, documents demonstrating the work they are doing in collaboration with others). Ms. Rowe has not. Ms. Rowe's peers attend team meetings to share ideas with one another and help the team achieve the ambitious engineering and technical goals that help Google Cloud stay cutting edge and relevant in the A.I. space. Ms. Rowe did not, even before she took six weeks of vacation followed by an extended protected leave. As described in this letter, Ms. Rowe's rating of "Not Enough Impact" for the period of January through July of 2023 is unsurprising, given her minimal contributions and repeated unwillingness to work towards the expectations Google Cloud clearly communicated to her and her peers. The rating and related decisions

---

[2] Much media attention at the time focused on Google's competitors in the area of A.I. *See*, *e.g.*, Cade Metz, *The New Chatbots Could Change the World. Can You Trust Them?*, N.Y. TIMES (Dec. 11, 2022) (available at https://www.nytimes.com/2022/12/10/technology/ai-chat-bot-chatgpt.html); Cade Metz, *OpenAI Plans to Up the Ante in Tech's A.I. Race*, N.Y. Times (Mar. 14, 2023) (available at https://www.nytimes.com/2023/03/14/technology/openai-gpt4-chatgpt.html). Media coverage also reflected the urgency around developing responsible uses of A.I. *See*, *e.g.*, Kevin Roose, *Inside the White-Hot Center of A.I. Doomerism*, N.Y. Times (July 11, 2023) (available at https://www.nytimes.com/2023/07/11/technology/anthropic-ai-claude-chatbot.html).

[3] The offsite to establish OKRs for 2024 occurred in October of 2023. Ms. Rowe declined the invitation to attend that offsite in March 2023, well before she knew the trial on her initial claims would be scheduled for that date.



**CONFIDENTIAL – NOT SUBJECT TO FOIA OR FOIL**

May 29, 2024
Page 3

concerning Ms. Rowe's compensation, as well as more recent decisions concerning her employment, were made for legitimate business reasons. None of these decisions were made because of any alleged protected characteristics or activity.

The claims in her Charge are meritless. We respectfully request that the EEOC dismiss Ms. Rowe's claims and issue a No Reasonable Cause determination.

## II.     FACTUAL BACKGROUND

### A.     Google is committed to equal employment opportunity.

Google is firmly committed to "providing a positive environment where everyone can be a successful contributor." (Exh. A.) Google's Policy on Harassment, Discrimination, Retaliation, Standards of Conduct, and Workplace Concerns "prohibits discrimination" based on "sex . . . gender . . . physical or mental disability, medical condition . . . [and] any other basis prohibited under federal, state, or local law." (*Id.*) Google strictly prohibits retaliation for engaging in conduct protected under the law, including but not limited to "testifying or assisting in a proceeding involving [discrimination] under any federal, state or local anti-discrimination law." (*Id.*) Google also maintains robust leave policies that meet or exceed all applicable legal requirements.

### B.     Ms. Rowe's work at Google.

Ms. Rowe joined Google Cloud in March 2017 as a Level 8 ("L8")[4] Technical Director in OCTO. At the time, this was a new role designed to increase adoption of Google Cloud's products. One of the founders of OCTO and current CTO of Google Cloud, Mr. Grannis, initially conceived of the role as a blend of customer interaction and relationship-building, tangible engineering contributions to Google Cloud's products, and external speaking engagements ("evangelism") to promote Google Cloud as a thought leader in the industry.

#### 1.     Ms. Rowe's work in 2017.

When Ms. Rowe joined Google Cloud, she reported directly to Mr. Grannis. For Q3 2017, Mr. Grannis gave Ms. Rowe a performance rating of 3 out of 5, praising her for being a capable ambassador to Google's customers in the financial services industry. (Exh. B.) He suggested, however, that Ms. Rowe balance her customer-facing responsibilities with other important aspects of the role, specifically, "Product/Eng[ineering] influence." (*Id.*) Ms. Rowe agreed, suggesting in her self-assessment for that quarter that she should demonstrate "[m]ore focus on engineering." (*Id.*)

In 2017, Ms. Rowe earned a base salary of $290,000, a sign-on bonus of $250,000, an additional bonus target of 30% of her base salary, and a generous two-part equity grant.

---

[4] Google assigns each employee a "job level" at hire, from L1 (entry level) to L9 (the highest director-level position below Vice President). Google determines an employee's level based on several factors, including skills, experience, education, and interview performance. Generally (but not necessarily), compensation increases with level.



**CONFIDENTIAL – NOT SUBJECT TO FOIA OR FOIL**

May 29, 2024
Page 4

  2. *Ms. Rowe's work in 2018.*

In 2018, Google Cloud stood up a go-to-market function that largely became responsible for the evangelism and customer-facing aspects of the Technical Director role as it was originally conceived. As a result, in mid-2018, Ms. Rowe and several others in OCTO were transferred to the go-to-market area within Google Cloud to serve as the technical subject matter expert for client-facing engagements. There, Ms. Rowe continued to focus primarily on customer and market engagement instead of engineering. Mr. Grannis remained responsible for Ms. Rowe's performance ratings and feedback, and in Q1 and Q3 2018,[5] Mr. Grannis rated Ms. Rowe a 3 out of 5. Mr. Grannis commended Ms. Rowe's external engagement but encouraged her to harness what she was learning in the market to actually "drive impact" in "a specific area of the [Google Cloud] platform/technology stack." (Exhs. C and D.)

In 2018, Ms. Rowe earned **$738,000** in total compensation, consisting of a base salary of $295,000, a bonus of $125,000, and equity valued at $318,000.[6]

  3. *Ms. Rowe's work in 2019.*

In 2019, Ms. Rowe expressed a clear preference to return to OCTO, the more technical and engineering-focused organization compared to the go-to-market function in Google Cloud. Mr. Grannis welcomed Ms. Rowe back, and offered her the opportunity to work on one of Google Cloud's most exciting and critical priorities, hybrid cloud. Instead of working on hybrid cloud, Ms. Rowe claimed her voluntary move back to OCTO was a "demotion" because she believed she had been hired to promote Google Cloud within financial services. So, that is what she did instead of focusing on engineering work. Mr. Grannis gave Ms. Rowe a 3 out of 5 performance rating for both Q1 and Q3 2019. He observed that Ms. Rowe "[s]pends most [of her] time representing Google externally and with financial services clients," but that there was "no discernable [engineering] product" attributable to Ms. Rowe. (Exhs. E and F.) Ms. Rowe did not even bother to complete her self-assessment that year.

In 2019, Ms. Rowe earned **$753,000** in total compensation, consisting of a base salary of $310,000, a bonus of $125,000, and equity valued at $318,000.[7]

  4. *Ms. Rowe's work in 2020.*

Despite consistent feedback that she should focus more on engineering, Ms. Rowe continued to prioritize customer-facing and public speaking engagements in 2020. Her misalignment in priorities is well-documented. A peer, for example, observed that he "would love if [Ms. Rowe] had deeper and direct engagement with product strategy and engineering." (Exh. G.) In her self-assessment that year, Ms. Rowe did not even identify engineering as an area of intended focus. Instead, when asked to describe an area of

---

[5] Until mid-2022, Google evaluated employee performance twice per year. Since mid-2022, it evaluates employee performance once per year.

[6] Google calculates total annual compensation as consisting of (1) base salary, (2) bonus (earned that year, but paid the following year), and (c) equity (earned that year, but paid the following year).

[7] In September 2019, Ms. Rowe filed a Charge with the EEOC and subsequently sued Google in the U.S. District Court for the Southern District of New York, asserting claims under federal, state, and local laws (the "Action"). Ms. Rowe ultimately narrowed her claims to those under New York Labor Law § 194 (New York State's fair pay statute) and the New York City Human Rights Law. The decision to award the bonus and the equity was finalized in November 2019, *after* Rowe filed the Action.



**CONFIDENTIAL – NOT SUBJECT TO FOIA OR FOIL**

May 29, 2024
Page 5

improvement, she stated only that she had "raised her hand" for another role and was "waiting on next steps." (*Id.*) Mr. Grannis gave Ms. Rowe a rating of 3 out of 5 again in Q3 2020,[8] and this time Ms. Rowe identified *no* areas of potential self-improvement. In her written evaluation, Mr. Grannis reminded Ms. Rowe yet again to take "opportunities for increasing impact with *engineering*." (Exh. H (emphasis added).) In other words, Google consistently gave Ms. Rowe the benefit of the doubt, consistently rating her a 3 out of 5 for doing *part* of the job well: the increasingly less critical evangelism aspect of the Technical Director role.

In 2020, a year that saw significant unemployment and wage decreases due to the COVID-19 pandemic, Ms. Rowe earned **$777,000** in total compensation, consisting of a base salary of $324,000, a bonus of $122,000, and equity valued at $331,000.

> 5.      *Ms. Rowe's work in 2021.*

Each year, the Technical Directors in OCTO come together at a departmental offsite with Mr. Grannis to share ideas and jointly establish the OKRs for the following year. In 2021, OCTO's OKRs for the Technical Director role at Ms. Rowe's level clearly emphasized an even greater shift towards engineering contributions and impact, and de-emphasized direct interaction with customers and external speaking engagements. This further shift made perfect sense given Google Cloud's now robust go-to-market function. Accordingly, OCTO's OKRs for Technical Directors defined the role and its priorities as: (a) technology strategy (approximately 70%); (b) collaborative innovation (*e.g.*, customer interaction) (approximately 20%); and (c) market shaping (*e.g.*, speaking engagements, or evangelism) (approximately 10%). (Exh. I.)

Ms. Rowe's approach to her work remained unchanged in 2021, however. Mr. Grannis rated Ms. Rowe a 3 out of 5 for both Q1 and Q3 2021, observing that she demonstrated "[n]o clear . . . sponsorship of complex . . . projects." (Exhs. J and K.) In other words, by prioritizing customer interaction and evangelism, *Ms. Rowe was only performing 30% of her job.*

That year, OCTO's Emerging Themes program was in full swing. Technical Directors were encouraged to detect patterns in strategic priorities of Google Cloud customers across industries, and pitch to the CEO of Google Cloud, Thomas Kurian, the importance of addressing those market needs and how to translate those initiatives into Google's cloud product roadmaps. In her performance review that year, Mr. Grannis noted no "progress [or] updates" on an Emerging Theme for Ms. Rowe, because Ms. Rowe showed no evidence of having selected or advanced such a project. (*Id.*)

This was the last full year in which Mr. Grannis directly supervised Ms. Rowe. When asked at trial in the Action whether Ms. Rowe "made any significant engineering contributions in OCTO" during her time there, Mr. Grannis responded under oath, "No." (Exh. L.)

In 2021, Ms. Rowe earned **$858,000** in total compensation, consisting of a base salary of $333,000, a bonus of $125,000, and equity valued at $400,000.

---

[8] Due to the COVID-19 pandemic, Google did not assign formal performance ratings to employees for Q1 2020.



**CONFIDENTIAL – NOT SUBJECT TO FOIA OR FOIL**

May 29, 2024
Page 6

6.      *Ms. Rowe's work in 2022.*

In early 2022, OCTO had grown sufficiently large such that Mr. Grannis could no longer directly supervise all Technical Directors. As a result, Google reorganized OCTO to create three new managerial positions. Technical Directors Jennifer Bennett, Antoine Larmanjat, and Patricia Florissi were selected for those new managerial roles, and became responsible for supervising the work of their fellow Technical Directors and other team members. In April 2022, Ms. Rowe and two other Technical Directors in the U.S. began reporting to Ms. Florissi.[9] Ms. Bennett and Mr. Larmanjat each had teams of Technical Directors reporting to them as well, and two other Technical Directors in OCTO, Kawaljit Gandhi and Eric Schenk, continued in their management roles.

Around the same time, OCTO completed the shift towards a focus on engineering, and removed market shaping or evangelism from its OKRs entirely. (Exh. M.) Yet, throughout 2022, Ms. Rowe continued to devote time to speaking engagements at the expense of engineering work. Her performance during 2022 was underwhelming, too, and her engineering contributions were negligible. For example, in or around September 2022, Ms. Rowe proposed an Emerging Theme, "Trusted A.I.,"[10] that would analyze and mitigate the risks of A.I. technology and accelerate its adoption among Google Cloud's customers. Ms. Florissi was highly receptive. She and others provided Ms. Rowe immediate, constructive feedback on her initial proposal for Trusted A.I. as an Emerging Theme, offering comments to strengthen Ms. Rowe's proposal. In the meantime, in or around October 2022, Mr. Gandhi reported that in consultation with Mr. Kurian, Google Cloud would prioritize development of A.I. technology, and he called for an "A.I. growth plan" in the near-term.[11] Ms. Florissi encouraged Mr. Gandhi to reach out to Ms. Rowe to leverage her existing Trusted AI Emerging Theme proposal, which Mr. Gandhi did in October 2022.

In November 2022, however, when Ms. Florissi asked Ms. Rowe about the progress of the Trusted A.I. Emerging Theme, Ms. Rowe responded only that she "needed help." It did not appear that Ms. Rowe had addressed the feedback she received from Ms. Florissi and others in September 2022, which noted that the proposal presented a good idea but required more rigor on the technical research, feedback from peers with subject matter expertise in A.I., and perspectives from customers. In response, Ms. Florissi suggested that Ms. Rowe look at work by her colleagues as examples of how technology could be applied to address some of the issues around the topic of Trusted A.I. It was not until January 2023 that Ms. Rowe began collaborating with some of those colleagues to revise her Emerging Themes document. In the meantime, Ms. Rowe inexplicably failed to attend meetings Mr. Gandhi scheduled to discuss A.I. initiatives, despite the lack of conflicting appointments on her calendar.

These were not the only meetings Ms. Rowe missed. She regularly skipped weekly team meetings in 2022, including on July 21, July 28, August 18, September 1, October 19, October 26, November 2, November 16, and November 30, 2022. She also regularly took time off without recording it on Google's internal tracking system, including from June 16–25, October 6–19, November 1–4, 11, 18, and 30, 2022. No other members of Ms. Florissi's team missed meetings with this frequency or took time off without recording it as expected.

---

[9] Ms. Florissi also supervised at least one Technical Director based in the United Kingdom.

[10] The Emerging Theme was referred to variously over time as "Trusted A.I." or "Responsible A.I."

[11] Generative A.I. has since become a technological phenomenon and OCTO's top priority. *See, e.g.*, Nico Grant, *Google Takes the Next Step in Its A.I. Evolution*, N.Y. TIMES (May 14, 2024) (available at https://www.nytimes.com/2024/05/14/technology/google-artificial-intelligence-products.html).



May 29, 2024
Page 7

Ms. Florissi held a support check-in with Ms. Rowe in December 2022, expressing (like Mr. Grannis had previously) that she expected more from Ms. Rowe.[12] Ms. Florissi made clear to Ms. Rowe that she expected her to create artifacts demonstrating her progress towards OKRs for the role and to demonstrate generally the work she was doing, both on her Emerging Theme project and more generally. In response, Ms. Rowe produced a document reviewing some points on Trusted A.I. by the first week of January 2023. And although Ms. Florissi had not seen any artifacts reflecting Ms. Rowe's work on Climate Risk Analytics (another project within Ms. Rowe's purview), Ms. Florissi nevertheless gave Ms. Rowe the benefit of the doubt when setting Ms. Rowe's performance rating, based solely on feedback from one of Ms. Rowe's colleagues that Ms. Rowe had contributed to (but not led) an important project. Accordingly, Ms. Rowe earned a 3 out of 5 rating for her work in 2022. (Exh. N.) Ms. Florissi considered even this lukewarm rating to be generous.

That year, Ms. Rowe earned **$940,667** in total compensation, consisting of a base salary of $345,000, a bonus of $129,000, and equity valued at $466,667.[13]

> 7.    *Ms. Rowe's work in 2023.*

Ms. Rowe's underperformance continued into 2023.[14] For example, Ms. Rowe has made no changes to the Trusted A.I. "review" document *since February 2023*. Ms. Rowe collaborated with a colleague and contributed on another document in early 2023, but made no discernable progress on the document thereafter. By June 2023, Ms. Rowe had produced only two artifacts that year. By contrast, other team members produced several artifacts *per month*.

In June 2023, Ms. Rowe took two weeks off to vacation in Portugal. After her return, on June 29, 2023, Ms. Florissi held a mid-year check-in with Ms. Rowe, as she did with every member of her team. At the time, Ms. Florissi expressed disappointment that Ms. Rowe had not made more progress in delivering documentation supporting customer projects related to A.I. technology. She acknowledged that Ms. Rowe had made *some* progress year to date, but she expressed clear expectations that Ms. Rowe actually deliver documents that she had authored for each of her projects.

Ms. Rowe had no apparent intention of meeting Ms. Florissi's and Google Cloud's expectations. On July 12, 2023—less than two weeks after the Court issued an order scheduling a trial date of August 14, 2023 in the Action—Ms. Rowe informed Ms. Florissi that she would be taking an additional *six weeks* of vacation, beginning immediately. Ms. Rowe attempted to excuse the short notice by claiming that "nothing that I'm working on is time sensitive."[15] (Exh. O.) Ms. Florissi did not object to Ms. Rowe's vacation, but reminded her that Google "typically ask[s] for advance notice ahead of vacation." (*Id.*) Ms. Florissi also gently corrected Ms. Rowe regarding the urgency of her work, stating: "I do consider our work to be time sensitive."

---

[12] Sometime after Ms. Rowe began reporting to her, Ms. Florissi became aware of the Action. Unsurprisingly, and given Google's clear policy against discrimination and retaliation, Ms. Florissi obtained legal advice before conducting a support check-in and offering any critical feedback to Ms. Rowe.

[13] The Court, on October 14, 2022, set the trial for the Action for January 2023. Google's decision to award Ms. Rowe's bonus and equity for 2022 was made after the trial was scheduled. The January 2023 trial did not proceed in January 2023, and would be postponed three additional times.

[14] On March 31, 2023, the Court rescheduled the trial for August 14, 2023.

[15] To put this comment into perspective, a Level 8 Technical Director, like Ms. Rowe, is just two levels away from Vice President. It is a senior position with significant expectations to remain at the cutting edge of technological developments in the industry, as reflected in the compensation paid for the role.



CONFIDENTIAL – NOT SUBJECT TO FOIA OR FOIL

May 29, 2024
Page 8

(*Id.*)[16] At the time, OCTO was urgently pursuing A.I. development; Ms. Rowe apparently did not share that sense of urgency.

In her Charge, Ms. Rowe attempts to characterize her protected leave as commencing in July 2023, but that is a misrepresentation. Ms. Rowe was on vacation for six weeks, from mid-July 2023 through the end of August 2023. It was not until August 21, 2023, one week prior to her scheduled return from vacation, and after the Court postponed the trial in her Action to October 10, 2023, that Ms. Rowe requested (and was granted) short-term disability leave through November 28, 2023.[17] On November 27, 2023, she requested (and was granted) an extension of her leave through February 27, 2024.

>    8.    *Google's review of Ms. Rowe's work in 2023.*

In February 2024, Ms. Florissi rated Ms. Rowe's performance for 2023 "Not Enough Impact" (or "NE"). That rating was based *solely* on Ms. Rowe's demonstrated performance (or lack thereof) from January 1 through July 10, 2023, before Ms. Rowe's extended vacations followed by protected leave.

In the written evaluation, Ms. Florissi observed that Ms. Rowe showed "no indication of owning [or] leading innovation[,] technical [or] business strategies to differentiate . . . Google Cloud." (Exh. P.) There was also "no indication" that Ms. Rowe was "leading[,] influencing [or] shaping technical projects[,] vision [or] opinion." (*Id.*) Ms. Florissi lamented that the need to produce artifacts "was made clear during the Q4 2022 support check-in," but the only two documents Ms. Rowe created up to the first half of 2023 "do not seem to have been updated [by Ms. Rowe] since February/March 2023," *three months* before Ms. Rowe left for her first of two extended vacations. (*Id.*) Ms. Florissi also observed that Ms. Rowe demonstrated "limited collaboration with other OCTO team members . . . and limited (if any) engagement on OCTO team meetings/community." (*Id.*)

Ms. Florissi also obtained feedback from her peers, the other managers in OCTO, who had visibility into Ms. Rowe's work as a member of OCTO. They agreed with Ms. Florissi's assessment. Mr. Gandhi expressed frustration that Ms. Rowe once "requested a meeting reschedule" regarding Trusted A.I. "but ultimately did not attend . . . ." (*Id.*) He also observed that Ms. Rowe "neither confirmed nor declined attendance" for a critical customer meeting, requiring "adjustments and hindering smooth interaction." (*Id.*)

Ms. Bennett observed that there was no evidence of Ms. Rowe "advancing multiple complex projects," as was expected of her. (*Id.*) Ms. Bennett also saw "[n]o evidence of [Ms. Rowe] driving forward-thinking and innovative approaches" to "anticipate and address challenges [and] opportunities for Google Cloud." (*Id.*) At most, there was "[s]ome evidence of early ideas," but "with no action taken on those early ideas to achieve impact." (*Id.*) She also observed Ms. Rowe's lack of "teamwork within OCTO." (*Id.*)

---

[16] On July 25, 2023, while Ms. Rowe was on vacation, the Court adjourned the trial from August 14 to October 4, 2023.

[17] On October 20, 2023, while Ms. Rowe was still on leave, the jury in the Action rendered its verdict, finding that Ms. Rowe failed to prove her NYLL pay equity claim. And although the jury found that Ms. Rowe proved unspecified discrimination and retaliation, the jury awarded her $0 in back pay, $150,000 in emotional distress damages, and $1 million in punitive damages. The parties filed and fully briefed post-trial motions (including, but not limited to Google's motion for judgment notwithstanding the verdict). These motions are currently pending.



**CONFIDENTIAL – NOT SUBJECT TO FOIA OR FOIL**

May 29, 2024
Page 9

Ms. Florissi's other two direct reports—███████ and ███████—performed significantly better than Ms. Rowe in 2023. Ms. Florissi rated ███████ a 3 out of 5 for 2023, and ███████ a 4 out of 5. Other Technical Directors who failed to meet the high expectations of the role received similar performance criticism similar to Ms. Rowe. For example, Technical Director ███████ persistent under-performance resulted in his separation from Google in October 2023. Notably, ███████ was a Technical Director in OCTO, hired around the same time as Ms. Rowe, in Mr. Grannis' reporting line, and who Ms. Rowe expressly argued at trial in the Action was similarly situated to her in all material respects.

In her Charge, Ms. Rowe disputes the legitimacy of her NE rating, pointing to accomplishments she claims to have achieved in 2023. Her arguments are belied by Ms. Rowe's own self-assessments in connection with Google's performance review program. For example, Ms. Rowe claims that Ms. Florissi's criticism that she "did not find any new customer for Google" is inappropriate because Ms. Rowe "identified two of our most strategic customers: ███████ and ███████." Ms. Rowe identified these entities as customers for Google Cloud in December 2022, in connection with work she performed *that* year, not in 2023. (Exh. N.)

In 2023, Ms. Rowe earned **$377,500 i**n total compensation, consisting of a base salary of $345,000, and a bonus of $32,500.

### C.    Ms. Rowe's leave in 2024.

Ms. Rowe's short-term disability leave benefits expired on or about February 25, 2024, and Ms. Rowe did not return to work. At that time, she was placed on an unpaid leave of absence consistent with Google's Americans with Disabilities Act ("ADA") leave policy. That leave was approved through May 31, 2024. On or about May 3, 2024, Ms. Rowe sought to extend her leave *yet again*. Google's third-party administrator, Sedgwick, asked Ms. Rowe to provide additional documentation to support her request. As of the date of this submission, Ms. Rowe has not provided the requested documentation. She has until June 12, 2024 to do so.

Google's leave policies are administered by a third-party provider, Sedgwick. As a result, Google does not know the nature of Ms. Rowe's condition on which her leave requests are based, nor has it seen any of the documentation Ms. Rowe submitted in support of those requests. But, it appears from various internet postings and publications that Ms. Rowe has been participating in activities that cast doubt on whether she actually suffers from a condition that prevents her from performing work. She has been on uninterrupted leave since August 21, 2023, but on September 17, 2023, she posted photos on social media of herself kayaking. (*See* Exh. Q.) On May 17, 2024, she posted photos on social media of herself hiking on Mt. Everest. (*See* Exh. R.) She has also regularly participated in speaking engagements and other networking events, holding herself out as an active Google employee and it appears, at times, she holds herself out as the "Google Cloud CTO," which is actually Mr. Grannis's position. (*See* Exh. S.)

### D.    Google Cloud conducts a reduction-in-force in May 2024.

In the spring of 2024, Mr. Grannis was directed to further deemphasize relationship-building with customers within OCTO, in favor of a near-exclusive focus on developing a deep bench of technical talent with expertise in A.I. technology. This direction required a reduction-in-force within OCTO, particularly among Technical Directors with a primarily customer-facing background and skill set. Ms. Rowe and her Technical Director peers each were fairly and objectively assessed by Mr. Grannis using four criteria: (1) performance



CONFIDENTIAL – NOT SUBJECT TO FOIA OR FOIL

May 29, 2024
Page 10

rating, (2) technical depth within A.I., (3) demonstrated impact on A.I.-related products, and (4) business criticality for OCTO's top A.I. customers. Six of twenty U.S. Technical Directors were identified for separation from Google as a result of this assessment exercise. Ms. Rowe was one of them, as was one other Technical Director reporting to Ms. Florissi. On May 29, 2024 (the date of this submission), Google notified the employees impacted, including Ms. Rowe, of their selection for the reduction-in-force.

Ms. Rowe, along with other U.S. Technical Directors selected for the reduction-in-force, will have 90 days to obtain another role within Google or accept a severance package. If Ms. Rowe seeks another role within Google, she will be treated the same as all other applicants.

### III.    MS. ROWE'S CLAIMS LACK MERIT.

In her Charge, Ms. Rowe alleges that her February 2024 performance evaluation was retaliation for (1) taking disability leave, in violation of the ADA, the NYSHRL, and the NYCHRL; and (2) filing a lawsuit against Google, in violation of Title VII, the NYSHRL, the NYLL, and the NYCHRL. Google anticipates, given Ms. Rowe's May 29, 2024 notification of her selection for the reduction-in-force, that she will amend her Charge to challenge the lawfulness of her selection. Google addresses that anticipated claim here. Ms. Rowe's claims (including the anticipated claim challenging her termination) are meritless.

To prevail on her retaliation claim under Title VII, the ADA, the NYLL, and the NYSHRL, Ms. Rowe must establish that (1) she engaged in protected activity, (2) Google was aware of that activity, (3) she experienced an adverse employment action, and (4) a causal connection exists between her protected activity and the adverse employment action. *Brightman v. Physician Affiliate Grp. of N.Y., P.C.*, No. 20-4290, 2021 WL 1999466, at *8 (S.D.N.Y. May 19, 2021); N.Y. Lab. Law § 215.

The NYCHRL differs in only one respect: "rather than requiring a plaintiff to show an adverse employment action," the statute "only requires action that was reasonably likely to deter a person from engaging in protected activity." *White v. Manhattan & Bronx Surface Transit Operating Auth.*, No. 18-3627, 2022 WL 4227289, at *7 (S.D.N.Y. Sept. 13, 2022). Naturally, "where the adverse employment action is initiated before the protected activity occurs," it "dispel[s] any notion of retaliation." *McNamara v. Tourneau, Inc.*, 496 F. Supp. 2d 366, 378 (S.D.N.Y. 2007).

#### A.    Ms. Rowe did not suffer retaliation for suing Google.

Ms. Rowe cannot establish any causal connection between filing her lawsuit against Google in September 2019 and receiving a negative performance evaluation nearly *five years later* in February 2024. This significant lapse of time between the protected activity and adverse action breaks any possible causal nexus between the two. *See Robinson v. De Niro*, No. 19-cv-9156, 2023 WL 4862772, at *50 (S.D.N.Y. May 25, 2023) (no retaliatory causation under NYCHRL where "over two months lapsed between" protected activity and adverse action).

Ms. Rowe's February 2024 performance evaluation was based entirely on legitimate, business-related factors, including her demonstrated lack of technical leadership and failure to execute on her own proposals. This, too, defeats her retaliation claim. *See De La Cruz v. City of New York*, 783 F. Supp. 2d 622, 648 (S.D.N.Y. 2011) (granting summary judgment on Title VII retaliation claim because plaintiff "has not shown through admissible evidence that any of these alleged acts were (or could reasonably be inferred to be) causally related to the filing of [an] EEOC Charge").



CONFIDENTIAL – NOT SUBJECT TO FOIA OR FOIL

May 29, 2024
Page 11

Indeed, Ms. Rowe filed *this Charge* in April 2024. Thus, by definition, the February 2024 performance evaluation *did not* deter Ms. Rowe from engaging in further protected conduct. This, too, dooms her retaliation claim. *See McWhite v. N.Y.C. Hous. Auth.*, No. 05-cv-0991, 2008 WL 1699446, at *13 (E.D.N.Y. Apr. 10, 2008) (granting summary judgment on NYCHRL retaliation claim where complained-of conduct "did not deter plaintiff: she [subsequently] filed her EEOC Charge"; thus, plaintiff "cannot assert a prima facie case of retaliation").

### B.    Ms. Rowe did not suffer retaliation for taking leave.

Ms. Rowe cannot establish any causal connection between her protected disability leave and February 2024 performance evaluation, because her performance problems were well-documented as early as December 2022 (when Ms. Florissi held a performance check-in with Ms. Rowe), long-predating her first disability leave in August 2023. Because it is "well established that an adverse employment action cannot serve as the basis for a retaliation claim if the action was set in motion before a plaintiff engaged in protected activity," Ms. Rowe's retaliation claim based on her disability leave fails for lack of causation. *Maynard v. Montefiore Med. Ctr.*, No. 18-8877, 2021 WL 396700, at *11 (S.D.N.Y. Feb. 4, 2021) (granting summary judgment on Title VII, NYSHRL, and NYCHRL retaliation claims); *McNamara*, 496 F. Supp. 2d at 379 (granting summary judgment on retaliation claim where employer "made [plaintiff's performance problems] clear to him before [he] engaged in any protected activity").

### C.    Ms. Rowe's termination of employment was not retaliatory.

Google included Ms. Rowe in a reduction-in-force as part of its initiative of deemphasizing customer interactions in favor of developing a deep bench of technical talent with expertise in A.I. technology— expertise that Ms. Rowe does not possess. There is no evidence that her inclusion in the reduction-in-force was retaliatory. *See Grasso v. EMA Design Automation, Inc.*, 618 F. App'x 36 (2d Cir. 2015) (affirming summary judgment on Title VII retaliation claim where there was no evidence that plaintiff's inclusion in reduction-in-force was motivated by plaintiff's protected activity.)

## IV.    CONCLUSION

For the foregoing reasons, Google respectfully requests that the EEOC dismiss Ms. Rowe's claims and issue a No Reasonable Cause determination.

Respectfully submitted,

Kenneth W. Gage
Sara B. Tomezsko
PAUL HASTINGS LLP

# EXHIBIT A

# Policy on harassment, discrimination, retaliation, standards of conduct, and workplace concerns (US)

At Google, we are committed to providing a positive environment where everyone can be a successful contributor. To that end, each of us should expect, and has a responsibility to uphold, a workplace and culture that are free of harassment, discrimination, misconduct, abusive conduct, and retaliation. This policy applies to conduct by and towards many types of individuals, regardless of immigration status, including but not limited to, applicants, employees (including interns, co-workers, supervisors, and managers), TVCs (temporary and vendor workers, and independent contractors), customers, clients and other third parties, at work and at work-related social events, such as office parties, off-sites, and client entertainment events.  There are multiple ways in which a Googler can raise or escalate a concern about improper conduct under this policy (see **Addressing a concern** below).

Employees who are found to have violated this policy are subject to discipline, including but not limited to: coaching, training, a verbal warning, a written warning, impact to performance ratings, impact to compensation, or termination of employment.

TVCs are also expected to abide by this policy and behave appropriately when on our premises or at events interacting with our employees or one another. Policy violations by TVCs may result in actions such as removal from the premises or termination of a business contract.

Visitors, clients, customers and other third parties are expected to conduct themselves appropriately as well, when on our premises or at our events or when interacting with our employees or TVCs. If you observe behavior by a third party on company property, at a company event or interacting with our employees or TVCs that appears inappropriate or that otherwise violates this policy, please speak up via the channels outlined below (see **Addressing a concern** below).  Any behavior that is inappropriate or otherwise violates this policy may result in actions such as removal from the premises or event or termination of a business contract.

Additionally, Google may take into account and review allegations of behavior that occur outside the course of employment, to the extent permitted by law, where Google determines such conduct may materially affect the workplace.

This policy defines problematic conduct, explains where it can be reported, and describes how concerns are handled and Google's policy against retaliation. It is subject to local laws.

## Harassment

Harassment is unwelcome conduct (physical, verbal or non-verbal) based on an individual's protected status that creates an environment that is intimidating, hostile, or abusive, or a situation

1

where enduring such conduct is a condition of employment. Harassment can be one severe incident or a series of less severe incidents.

In addition, harassment can range from extreme forms such as violence, threats, or physical touching to less obvious actions like ridiculing, teasing, or jokes based on a co-worker's protected status.

Sexual harassment is addressed separately below. Other types of harassment may include the following types of conduct:

- derogatory or insensitive jokes, pranks, or comments;
- slurs or epithets;
- nonverbal behavior such as staring, leering, or gestures;
- ridiculing or demeaning comments;
- innuendos or veiled threats;
- displaying or sharing offensive images such as posters, videos, photos, cartoons, screensavers, emails, or drawings that are derogatory;
- offensive comments about appearance, or other personal or physical characteristics, such as comments on someone's physical disability or religious attire; or
- unnecessary or unwanted bodily contact such as blocking normal movement, or physically interfering with the work of another individual.

This list of examples is not exhaustive, and there may be other behaviors that constitute unacceptable harassment under the policy. All employees have an obligation to comply with this policy and if you observe or become aware of conduct that might violate this policy, you should immediately report it. Google may consider conduct to be a violation of this policy even if it falls short of unlawful harassment under applicable law. For more information on how to raise a concern or the investigations process, read **Workplace Concerns & Investigations** below.

## Sexual harassment

Sexual harassment is unwelcome conduct (physical, verbal or non-verbal) of a sexual nature and includes, but is not limited to, conduct such as the following:

- making unwanted sexual advances and requests for sexual favors;
- making unwanted sexual advances and requests for sexual favors where submission to such conduct is made an explicit or implicit term or condition of employment;
- submission to or rejection of advances is used as the basis for employment decisions affecting an individual (sometimes these are referred to as a "quid pro quo" form of sexual harassment);
- unwanted conduct that has the purpose or effect of substantially interfering with an individual's work performance or creating an intimidating, hostile or offensive working environment, even if it does not lead to tangible or economic job consequences (sometimes these are referred to as a "hostile work environment" form of sexual harassment);
- displaying or sharing offensive images such as posters, videos, photos, cartoons, screensavers, emails, or drawings that are obscene or sexual in nature;

2

- unwanted comments about appearance, or other personal or physical characteristics, such as sexually charged comments, words, signs, jokes, pranks, intimidation, or physical violence that is of a sexual nature or directed at an individual because of that individual's sex;
- unwanted verbal or physical advances, sexually explicit derogatory statements, or sexually discriminatory remarks made by someone that are offensive or objectionable to the recipient, that cause the recipient discomfort or humiliation, and/or that interfere with the recipient's job performance;
- unnecessary or unwanted bodily contact such as groping or massaging; or
- threats or demands that a person submit to sexual requests as a condition of continued employment or to avoid some other loss, and offers of employment-related benefits in return for sexual favors.

Sexual harassment can happen regardless of the gender, gender identity, orientation or gender expression of the individuals involved, and can, for example, occur between same-sex individuals as well as between opposite-sex individuals. It does not require that the harassment conduct be motivated by sexual desire.  In some instances, sexual harassment may not only be a violation of company policy but also is a form of workplace discrimination and is against the law.

When determining whether conduct constitutes harassment or sexual harassment, we consider whether a reasonable person could conclude that the conduct created an intimidating, hostile, or offensive workplace environment. "I didn't mean it," "it was just a joke" and/or "I was drinking" are not excuses for engaging in inappropriate conduct.  In accordance with the **Alcohol use, smoking and drugs policy**, Googlers are held to the same standards of conduct regardless of impairment by alcohol or controlled substances.

## Discrimination

Discrimination is behavior affecting the workplace, which can take place between Googlers, TVCs, clients, and/or customers, that results in the terms and conditions of an individual's employment being adversely affected due to the individual's protected status. Discriminatory conduct can include taking actions based on a person's protected status such as intentionally reducing someone's performance score, or bonus, not putting someone up for promotion, or putting someone on a performance improvement plan, just as examples.

## Protected status

Google prohibits discrimination or harassment based on certain characteristics, known as protected statuses. Protected status varies by location, but may include categories like, actual or perceived:

- race, color, ethnic or national origin;
- age;
- religion or religious creed (or belief, where applicable);
- sex, including pregnancy, childbirth, breastfeeding, or related medical conditions;
- sexual orientation;
- gender, gender identity, gender expression, transgender status, or sexual stereotypes;
- nationality, immigration status, citizenship, or ancestry;

- marital status;
- protected military or veteran status;
- physical or mental disability, medical condition, genetic information or characteristics (or those of a family member);
- status as a victim of domestic violence, sexual assault or stalking; or
- any other basis prohibited under federal, state, or local law.

# Standards of Conduct

Google holds employees to the highest standards of ethics and conduct to maintain a healthy, fun and collaborative environment. We expect Googlers to work cooperatively with co-workers, TVCs, clients, and visitors (including applicants), and maintain basic standards of civility and respect. We strongly believe that Googlers expect the same. We at Google also have a legal responsibility to maintain a work environment free of unlawful harassment as well as an interest in maintaining our collaborative environment. All employees have an obligation to comply with this policy, and if you observe or become aware of conduct that might violate this policy, you should immediately report it. For more information on how to raise a concern or the investigations process, read **Workplace Concerns & Investigations** below.

Certain prohibited behaviors could result in disciplinary action up to and including termination. Examples of those behaviors are provided below. Nothing in this policy, or any other Google policy, limits employees' rights to (1) talk about pay, hours, or Google policies, or other terms of employment or working conditions, as long as employees abide by basic standards of civility and respect, or (2) to communicate with a government agency or official regarding terms and conditions of employment or any violation of law.

Prohibited behaviors include:

- Failure to maintain basic standards of civility towards one another, TVCs and visitors (including applicants) pursuant to our **Google Values** of the User, Respect the Opportunity and Respect Each Other. Examples include but are not limited to:
  - disparaging or insulting comments or profanity or obscenity that is directed at an individual;
  - statements or conduct that constitute workplace harassment or discrimination in violation of this policy;
  - engaging in or threatening to engage in violent behavior or behavior that creates a substantial likelihood of violence towards others;
  - disclosure of personal information about a Googler (including contact information) for the purpose of causing the Googler to be subjected to physical, verbal, or online abuse or harassment, or under circumstances where a reasonable person should know that the disclosure is likely to lead to such abuse or harassment (this includes providing information for purposes of "doxxing," which is defined for purposes of this policy as including, but not limited to, revealing financial information, a residential address, or a personal cell phone number without the consent of the owner so that the owner will be harassed -- note that contact details that are available on Teams, or

4

that a Googler chooses to share on an internal discussion alias, are not considered private information; regardless, disclosure of those details for the purpose of subjecting a Googler to abuse or harassment is prohibited);

  ○ unprofessional behavior toward clients or visitors (including applicants), including but not limited to the use of profane or disrespectful language or unwanted physical behavior.

- Inappropriate or unwanted touching, including hugging and kissing, that does not rise to the level of Harassment as set forth above;
- Engaging in conduct that interferes with productivity and other legitimate business goals, such as the ability to collaborate or create;
- Theft, stealing or removal (without express permission) of any property you do not own;
- Unethical behavior, including dishonesty, failure to disclose conflicts of interest, or falsification of any records, forms, or reports (including misusing Google's systems or entering inaccurate information on such systems with the intention of achieving personal gain);
- Engaging in or permitting the creation of a conflict of interest, whether or not one personally benefits from the conflict;
- Accessing data in violation of privacy, security or other policies, or modifying access rights to any system that contains user, employee or customer data without express permission of the data owner;
- Insubordination (refusing a reasonable work assignment or refusing to follow work-related instructions);
- Soliciting other Googlers, TVCs or clients while you or they are on working time in violation of the **Solicitation and External Access Policy**;
- Excessive absenteeism (that is not protected by any right to leave/accommodation under applicable law), such as being absent for three or more days in a row without notice;
- Creating a significant safety or health hazard, intentionally or unintentionally;
- Possession of weapons and/or any type of firearms on Google premises, except as otherwise provided by applicable law;
- Mistreating or destroying company property, such as physical harm to company property or downloading illegal content or unapproved software;
- Possession, sale and/or use of illegal drugs in our offices or at work-events or other behavior that violates the **Alcohol use, smoking and drugs policy**;
- Subject to applicable law, conviction of a felony or other serious criminal offense that is substantially related to the employee's job and might impact the business and/or company, that in our opinion, might undermine or compromise Google's reputation or that otherwise impacts your suitability for continued employment (such as offenses that relate to dishonesty, fraud or theft);
- Any breach of the terms of your employment including any terms that relate to the use of confidential information; or
- Violation of this or any other company policy.

# Retaliation

Google prohibits retaliation for raising a concern about a violation of policy or law or participating in an investigation relating to a violation of policy or law. Retaliation means taking an adverse action against an employee or TVC as a consequence of reporting, for expressing an intent to report, for assisting another employee in an effort to report, for testifying or assisting in a proceeding involving sexual harassment under any federal, state or local anti-discrimination law, or for participating in the investigation of what they believe in good faith to be a possible violation of our Code of Conduct, Google policy or the law. In some instances, it may not only be a violation of company policy but also against the law for one employee to retaliate against another for their participation in the complaint process. An adverse action may include, but is not limited to, discipline, termination or demotion.

We can't guarantee a conflict free workplace. Googlers can and do discuss a variety of topics -- work and non-work related -- and often feel passionately about their discussions. If you report something that is not a policy violation and you believe you are being treated adversely as a result, you should feel free to report that and we will look into it, but it may not amount to retaliation under this policy.

## Workplace Concerns & Investigations

The sections below apply to concerns raised by Googlers. If you are a TVC or are aware of a TVC wishing to raise a concern, please refer to the **TVC Workplace Concerns Process**.

## Addressing a concern

Each Googler has an obligation to comply with this policy and is expected to foster a workplace culture that is free of harassment, discrimination, abusive conduct and retaliation. If you observe or become aware of such improper conduct that might violate this policy, you should immediately report it. This includes any behavior that you observe or become aware of involving an employee, TVCs, and other third parties.

There are multiple ways in which a Googler can raise or escalate a concern about improper conduct under this policy, including the following:

- You may talk to your manager, someone else in your reporting chain, or any other manager outside of your reporting chain;
- Any Human Resources People Partner or Consultant (**HR**)
- The Respect@ team
- Our **Compliance Helpline** (complaints can be made anonymously to the Compliance Helpline)

Third parties may escalate concerns to a host, a security person or report the matter via the Compliance Helpline.

Information about how to raise or escalate a concern can also be found at go/myconcerns.

Concerns may be communicated either orally or in writing (**here**). Please provide as much information as possible about your concern. Having more detailed information allows us to address

6

your concern as comprehensively, effectively and quickly as possible -- and we really do want to address your concerns.

If a complaint of prohibited conduct under this policy is substantiated, then appropriate disciplinary action, up to and including termination, will be taken.

The US Federal Equal Employment Opportunity Commission (EEOC) and various state agencies, investigate and prosecute complaints of prohibited harassment, discrimination and retaliation in employment. If you think you have been harassed or discriminated against, or that you have been retaliated against for resisting, complaining or participating in an investigation, you may file a complaint with the appropriate agency.  The nearest office can be found by visiting the agency websites at www.eeoc.gov.  There may be additional local laws that apply.  If you have experienced harassment or assault that involves unwanted physical touching, coerced physical confinement or coerced sex acts, such conduct may constitute a crime and you should contact your local police department.

## Obligations as a manager

Managers have a responsibility to create, uphold, and promote a safe, respectful, and inclusive work environment.  Like all employees, managers are required to comply with the standards of conduct set forth in this policy.  Managers may be subject to disciplinary action if they engage in, ignore , or in any way condone, conduct that violates this policy (for example, sexually harassing conduct). Managers are required to promptly report any violation or suspected violation of this policy to HR, to the Respect@ team or via the Compliance Helpline. Promptness is key and a manager should try to report as soon as possible upon learning of a concern whenever possible. Failure by a manager to forward a complaint in a timely fashion or at all, may result in discipline up to and including termination.

## Workplace investigations

When we learn about a potential violation of our policies or Code of Conduct, it's our job and obligation to investigate. If a violation of policy or law is found as a result of that investigation, we will take timely appropriate action. Our goal is to create a safe and respectful work environment where everyone can come and do their best work.

## Who handles the concern

Once a concern has been brought to our attention, it will be referred to the appropriate and qualified team to look into. Investigations will be conducted in an impartial, fair, timely, and thorough manner. In many instances, your manager or HR will likely be your first point of contact, and sometimes teams work together to investigate a concern. But no matter how you report a concern, we'll take care of making sure it gets to the right people to look into and address it. Below are the main teams that look into workplace concerns.

- Security - Theft, leaks of Need to Know and Confidential Information (as defined in the **Data Classification Guidelines**), other intellectual property and/or privileged information, workplace violence and/or criminal activity.
- Ethics & Compliance - Gifts, bribes or kickbacks, conflicts of interest as discussed in our **Conflicts of Interest Policy**, or violations of the **Code of Conduct**.
- Employee Relations - Violations of our policies against harassment, discrimination and retaliation.
- Internal Audit - Expense or accounting practices irregularities or violations.
- HR/Manager - Most other concerns such as interpersonal conflicts or challenges to performance ratings are typically handled by the relevant manager or HR.

While every concern is different, the general process that each of these teams follow for handling a concern (see below) is similar.

## How a concern is handled

Every situation is different and how we (the team handling your concern) approach your concern may vary depending on local requirements. For example, if your concern is the subject of an active criminal investigation by law enforcement, deference to law enforcement may impact the scope or timing of our internal review.  However, we can give you insight into some common steps we may take (or visit **go/lifeofaconcern** for a quick visual overview). Where appropriate, we inform HR of the concern if they are not already aware — HR can be a resource for you by listening to your concerns, guiding you through the complaint process, or pointing you to more support resources (such as confidential counseling through **go/eap**). Managers will be informed only if they have a business need to know.

We'll also gather information about the issue -- to do that, we'll need to talk with you. During the meeting there generally will be two members of the Investigations Team in the room. One person will be taking notes. It's important that you be open and honest in your responses to questions. The Investigations Teams are committed to being respectful, impartial, and professional during the meeting.

We often need to speak with other people as well -- any individual(s) against whom the concerns are being raised, as well as people who may have witnessed the events at issue related to your concern, had similar experiences or who may have relevant information. Subject to local law, employees must cooperate and provide truthful information in an investigation. Providing false or misleading information in an investigation is a violation of this policy and can lead to discipline up to and including termination.

In addition, where applicable, we'll review documents and data that might provide us with additional context about the concern you raised. This could include but is not limited to: employment and performance records, demographic data, Googlegeist reports, contracts, emails, expense reports and invoices, video footage, and we take appropriate steps to preserve such information relevant to the investigation. If you think there is someone we should speak with or something we should review, please tell us. Also, let us know if there's something you would like to see happen while the

8

investigation is pending or that would make you more comfortable while we look into your concern. We will take appropriate steps to keep written documentation and associated documents in the company's secure and confidential files.

HR will assist employees affected by the alleged prohibited behavior.  This assistance may include, for example, an accommodation, reassigning or moving an individual who raised concerns or against whom concerns have been raised, placing such individual on leave, or changing work schedules while an investigation is pending.  HR will evaluate the need for accommodations or other interim measures based on the circumstances and information available at the time of the complaint.

## Confidentiality

When Googlers approach managers or HR with a concern, they often ask whether the concern will be kept confidential. While we try to provide safe spaces for Googlers to surface concerns, both managers and HR have an obligation to address workplace concerns when they are raised. We treat our inquiries as confidentially as possible, only disclosing information on a need to know basis, but we can't promise absolute confidentiality as we may need to disclose some or all of the information we gather to look into and resolve the concern.

As a reminder, if you'd like to report a concern anonymously, you can do so through the Compliance Helpline. Please provide as much information as possible about your concern. Having more detailed information allows us to address your concern as comprehensively, effectively and quickly as possible -- and we really do want to address your concerns.

## Resolving a concern

We try to look into and resolve workplace concerns as quickly as we can: we don't want to have an uncomfortable situation continue to exist, but we need to be thorough. As we look into an issue, it's possible we might need to come back to you and others to get additional information. We realize this may be difficult or upsetting, but we want to make sure that our information is accurate and as complete as possible to fairly assess the situation and determine next steps, and we will need your continued assistance as we do this. As we gather information, we may discover that there are additional people we need to speak with or documents we need to review, which can take more time. We'll do our best to give you a timeframe for when you can expect us to follow up with you.

Once the team looking into your concern has gathered the information they need, they will need to reasonably conclude what they believe happened and whether any policies were violated. They will then work with HR and the appropriate business leaders to make recommendations on what actions to take. If it's decided that corrective action is appropriate, this could include but is not limited to: coaching, training, a verbal warning, a written warning, impact to performance ratings, impact to compensation, demotion, suspension, transfer or termination of employment.

In most circumstances, when the inquiry has been completed, someone from the team looking into the issue, HR and/or your manager will follow up with you, as well as the individual about whom the

complaint was made, to share what we can regarding the outcome. While we typically create written documentation for the basis of the decision, together with any corrective action(s), the information we can share at the end of the process of looking into a concern is limited to protect the confidentiality and privacy of all parties involved. While we might be able to share general information about our process and whether we believe the concern violated any Google policies, we will most likely not be able to share more specific information about our inquiry, including details of any corrective action involving others, unless otherwise required by state or local law. We understand this may be frustrating, and that not everyone may be happy with the outcome every time. In any given issue, there can be a variety of perspectives and we try to take them all into account when looking into a concern.

## After a concern

It can be uncomfortable for everyone right after we close out on a concern. You and others may be worried about what the outcome means for them, and how others will perceive them. It's understandable that people may be acting more self-consciously because they want to be sure to do the right thing (potentially as a result of an issue being raised, receiving a warning or participating in a recommended training). Their self-consciousness should dissipate over time, but of course the commitment to do the right thing must not.

This self-consciousness should dissipate after several weeks, but if it doesn't please let HR know. If you feel you are being retaliated against for raising the concern or participating in the investigation of the concern, please let HR know immediately. Finally, we do our best to have HR check in with you to see how things are going after a concern has been resolved, but if something additional happens - similar offending behavior, new behavior that offends, or something else is bothering you, please let us know. You can do that in any of the ways referenced above in terms of how to report a concern.

We want Google to be a great place to work, and we take workplace concerns seriously when they are brought to our attention. If you see or experience something that doesn't feel right, please speak up.

## Local Policies

While we have a US-wide Policy on Harassment, Discrimination, Retaliation, Standards of conduct, and Workplace concerns, this policy is expanded in some offices under local legislation - see the chart below for jurisdictions with such laws:

> **For California-based employees**: To learn more about sexual harassment, see the California Department of Fair Employment and Housing's (DFEH) information sheet. The United States Federal Equal Employment Opportunity Commission (EEOC) and various state agencies, including the California Department of Fair Employment and Housing (DFEH), investigate and prosecute complaints of prohibited harassment, discrimination and retaliation in employment. If you think you have been harassed or discriminated against, or that you have been retaliated against for resisting, complaining or participating in an investigation, you may file a complaint with the appropriate agency. The nearest office can be found by visiting the agency websites at www.eeoc.gov and www.dfeh.ca.gov. There may be additional local laws that apply.

**For Illinois-based employees**:  To learn more about sexual harassment, see the Illinois Department of Human Rights posting.  The US Equal Employment Opportunity Commission (EEOC) and Illinois Department of Human Rights investigate and prosecute complaints of prohibited harassment, discrimination and retaliation in employment. If you think you have been harassed or discriminated against, or that you have been retaliated against for resisting, complaining or participating in an investigation, you may file a complaint with the appropriate agency. The nearest office can be found by visiting the agency websites at www.eeoc.gov and www.illinois.gov/dhr.  A charge with the IDHR must be filed within 300 days of the incident.

Administrative Contacts:

Illinois Department of Human Rights
Chicago: 312-814-6200 or 800-662-3942
Chicago TTY: 866-740-3953
Springfield: 217-785-5100
Springfield TTY: 866-740-3953
www.illinois.gov/dhr

Illinois Sexual Harassment and Discrimination Helpline:
877-236-7703

---

**For Maine-based employees**: If you think you have been harassed or discriminated against, or that you have been retaliated against for resisting, complaining or participating in an investigation, you may file a complaint with the appropriate agency. The nearest office can be found by visiting the agency websites at www.eeoc.gov and www.maine.gov/mhrc.

---

**For Massachusetts-based employees:** If you are concerned about conduct that may violate Google's sexual harassment policy, please see **Addressing a concern** above on who you can contact, including contacting the Compliance Helpline at 1-844-676-8052.  If you think you have been harassed or discriminated against, or that you have been retaliated against for resisting, complaining, or participating in an investigation, you may file a complaint with the appropriate agency.  The nearest office can be found by visiting the agency websites at www.eeoc.gov/ and www.mass.gov/mcad.

---

**For Michigan-based employees**: "Protected status" includes a determinable physical or mental characteristic. Persons with disabilities needing accommodations for employment must notify their employers in writing within 182 days.  Both the EEOC and the Michigan Department of Civil Rights investigate and prosecute complaints of prohibited harassment, discrimination and retaliation in employment.

---

**For New York-based employees:** Sexual harassment is not only prohibited by Google but also by state, federal, and, applicable local law. Sexual harassment is a violation of our policies and a form of employee misconduct. Employees of every level, including managers and supervisors, who engage in sexual harassment, or who allow such behavior to continue, will be disciplined for such misconduct. To learn more about sexual harassment, see the NYC Commission on Human Rights information sheet. Sexual harassment is prohibited by Title VII of the 1964 federal Civil Rights Act (codified as 42 U.S.C. § 2000e et seq.), the New York State Human Rights Law, codified as N.Y. Executive Law, art. 15, § 290 et seq., and, for employees in New York City, the NYC Human Rights Law, codified in N.Y. Admin. Code § 8. . If you think you have been harassed or discriminated against, or that you have been retaliated against for resisting, complaining or participating in an

investigation, you may file a complaint with a government agency or pursue available remedies in court under federal, state, or applicable local antidiscrimination laws. There is no cost to file with these governmental agencies. Each of the agencies listed above can conduct impartial investigations, facilitate conciliation, and if the agency finds that there is probable cause or reasonable grounds to believe sexual harassment occurred, it may take the case to court or hearing and/or award relief, which varies but may include requiring Google to take action to stop the harassment, or redress the damage caused, including payment of monetary damages, attorney's fees and civil fines. Courts may also award remedies if a violation of law is found.

Complaints with the New York State Division of Human Rights, United States Equal Employment Opportunity Commission, and the New York City Commission on Human Rights are subject to applicable statute of limitations. In addition, a complainant also has the right to hire a private attorney, and to pursue a private legal action in federal or state court in accordance with the applicable procedural requirements and within the applicable statute of limitations. Complaining internally to Google does not extend your time to file with an agency or in court. The contact information for each of these agencies is set forth below:

New York State Division of Human Rights
One Fordham Plaza, Fourth Floor,
Bronx, New York 10458
(888) 392-3644 or (718) 741-8400
https://dhr.ny.gov/ www.dhr.ny.gov or
www.dhr.ny.gov/complaint

United States Equal Employment Opportunity Commission (EEOC)
The EEOC has district, area, and field offices where complaints can be filed.
1-800-669-4000 (TTY: 1-800-669-6820)
E-mail: info@eeoc.gov
www.eeoc.gov

NYC Commission on Human Rights
Law Enforcement Bureau of the NYC Commission on Human Rights
40 Rector Street, 10th Floor
New York, New York 10006
311 or (212) 306-7450
www.nyc.gov/html/cchr/html/home/home.shtml

There may be additional local laws that apply. If you have experienced harassment that involves unwanted physical touching, coerced physical confinement or coerced sex acts, such conduct may constitute a crime and you should contact your local police department.

**For Vermont-based employees:** If you are concerned about conduct that may violate Google's sexual harassment policy, please see **Addressing a concern** above on who you can contact, including contacting the Compliance Helpline at 1-844-676-8052. If you think you have been harassed or discriminated against, or that you have been retaliated against for resisting, complaining or participating in an investigation, you may file a complaint with the appropriate agency. The nearest office can be found by visiting the agency websites at www.eeoc.gov and https://hrc.vermont.gov.

# EXHIBIT B

Ulku Rowe (urowe) | L8 / Principal Technical Solutions Consultant                                    2017 Q3

●●●○○   Exceeds Expectations

## Achievements and projects

👁 What you respond here is visible to **Ulku, peers you chose to provide feedback, managers, promotion reviewers and promotion committees**

1. Financial Services vertical development

**Ulku Rowe (urowe) • Self • L8 / Principal Technical Solutions Consultant**
**Role:** Thought Leader/Senior Technical
Advisor

**Summary of my contribution**
In partnership with product, engineering, sales and marketing teams, create a virtual Financial Services team within Google whose mission is to
establish GCP as the leading cloud service provider for the Financial Services industry.

In the 5 months that I have been at Google I've established myself as the senior industry expert in financial services both internally and
externally.

Some of the personal and team successes in this space:
**Financial Services community**
- Weekly senior steering group focusing on strategy and execution.
- Weekly status meeting open to all interested parties.
- One day off-site in October for 2018 planning.
**Marketing/Thought Leadership**
- Financial Services track in GCP Summit in NYC. 4 sessions. All sessions standing room only.
- Putting together a marketing strategy for financial services in partnership with vertical marketing team and Leonard.
- Working on a revamp of the GCP financial services website
- Keynotes at ███████████████████████████████████████
- Keynotes and financial services sessions at Google Cloud Summits
- Working with HBS professors on a case study on cloud and ML to be thought in 2018 academic year.
- Recorded live interview for the GCP thought-leadership site for CIOs.
- Many EBC presentations for Financial Services firms
**Engineering influence**
- Working with a few other OCTOs and Google Books on a possible GCP product for document digitization.
- Working with Leonard and a few other OCTOs on determining what Google position should be in the blockchain space.
- Advising ███████ team on the bitemporal requirements of the financial services industry.
**Regulatory engagement**
- Working with the regulatory policy team in D.C. in creating a relationship with the banking regulators and influencing the regulatory
  landscape to enable public cloud adoption for financial services.
- Hosted European banking regulators in our offices in Brussels in July.
- Planning a U.S. regulatory day in D.C. in the fall.
- Submitted Google's response to ████████████████████████████consultation for their draft guidance on cloud computing.
- In the process of responding to ███ consultation on FinTech.

Peer assessments (5)                                                                                              ⌃

**Will Grannis (wgrannis) • Manager • L9 / Director, Technical Solutions Consultant (5566)**
**Familiarity:** Very familiar

Ed Morris (edmorr) • **Peer** • **L7 / Google Cloud, Sr. Account Manager III**
**Familiarity:** Somewhat familiar
**Role:** Peer

Leonard Law (leonardlaw) • **Peer** • **L6 / Product Manager III**
**Familiarity:** Very familiar
**Role:** Financial Services Lead

Sam Greenfield (samg) • **Peer** • **L6 / Staff Software Engineer**
**Familiarity:** Somewhat familiar
**Role:** coworker

Anurag Wadehra (wadehra) • **Peer** • **L8 / Director, Product Marketing Management**
**Familiarity:** Somewhat familiar
**Role:** I've worked with Ulku on various FSI marketing events like Cloud Summit NY

## 2. Client & Partner engagement

Ulku Rowe (urowe) • **Self** • **L8 / Principal Technical Solutions Consultant**
**Role:** Trusted Industry Expert/Technical
Advisor

**Summary of my contribution**
Working with our Sales and Partnership teams to advance the adoption of GCP in financial services

**Customer engagements**
- High touch: █████████████████████
- Medium touch: ██████████████████████████
- Low touch: ████████████████████████████████████

**Tech partnerships**
- Partnerships with technology/software/market data/blockchain companies in financial services including ████████████████
██████████

**SI partnerships**
- ██████████████████████████████

Peer assessments (4)

Will Grannis (wgrannis) • **Manager** • **L9 / Director, Technical Solutions Consultant (5566)**
**Familiarity:** Very familiar

Ed Morris (edmorr) • **Peer** • **L7 / Google Cloud, Sr. Account Manager III**
**Familiarity:** Very familiar
**Role:** Peer

Leonard Law (leonardlaw) • **Peer** • **L6 / Product Manager III**
**Familiarity:** Somewhat familiar
**Role:** Financial Services Lead

Sam Greenfield (samg) • **Peer** • **L6 / Staff Software Engineer**
**Familiarity:** Somewhat familiar
**Role:** coworker

3. Google onboarding

Ulku Rowe (urowe) • **Self** • **L8 / Principal Technical Solutions Consultant**
**Role:** Student/Learner

**Summary of my contribution**
Building network, relationships, getting up to speed on Google products and organization.

Training:
- Google Cloud Platform Fundamentals: Core Infrastructure (complete)
- Computing, Storage and Security with Google Cloud Platform (in progress)
- Google Cloud Platform Big Data and Machine Learning Fundamentals (in progress)

Peer assessments (3)                                                                          ⌃

Will Grannis (wgrannis) • **Manager** • **L9 / Director, Technical Solutions Consultant (5566)**
**Familiarity:** Very familiar

Ed Morris (edmorr) • **Peer** • **L7 / Google Cloud, Sr. Account Manager III**
**Familiarity:** Not very familiar
**Role:** Peer

Sam Greenfield (samg) • **Peer** • **L6 / Staff Software Engineer**
**Familiarity:** Not at all familiar

4. Community Contributions

Ulku Rowe (urowe) • **Self** • **L8 / Principal Technical Solutions Consultant**
**Role:** Connector/Facilitator

**Summary of my contribution**
- Partnering with the recruiting team at ▮▮▮▮ utilizing close ties with alma mater
- Working on organizing a diversity panel in NY with Diane Greene
- Working on organizing an industry panel with senior women in Finance & Technology where women are dual underrepresented.

Peer assessments (3)                                                                          ⌃

Will Grannis (wgrannis) • **Manager** • **L9 / Director, Technical Solutions Consultant (5566)**
**Familiarity:** Very familiar

Ed Morris (edmorr) • **Peer** • **L7 / Google Cloud, Sr. Account Manager III**
**Familiarity:** Somewhat familiar
**Role:** Peer

                                                                          GOOG-ROWE-00017931

**Sam Greenfield (samg) · Peer · L6 / Staff Software Engineer**
**Familiarity:** Not at all familiar

## Developmental feedback

What's one thing you do really well that you plan to continue doing?

👁 What you respond here is visible to **Ulku and managers**

Provide examples that describe when you did this. Writing tips.

**Ulku Rowe (urowe) · Self · L8 / Principal Technical Solutions Consultant**
Partnering with product, engineering, sales and marketing teams, to create a virtual Financial Services team within Google whose mission is to establish GCP as the leading cloud service provider for the Financial Services industry. See "Financial Services vertical development" project for more details on achievements with respect to this.

**Will Grannis (wgrannis) · Manager · L9 / Director, Technical Solutions Consultant (5566)**
Ulku is excellent at driving authentic thought leadership into 1:1 and 1:many type engagements. She's established herself as the voice of Google's FSI efforts and has uplifted Google's credibility in this vertical considerably.

**Ed Morris (edmorr) · Peer · L7 / Google Cloud, Sr. Account Manager III**
Ulku is always willing to help our team. Her knowledge of the banking industry has proven invaluable. She has been our executive sponsor and █████████ and strong sounding board for our strategy at █████████████.

**Leonard Law (leonardlaw) · Peer · L6 / Product Manager III**
Ulku has been an incredibly welcome and refreshing addition to the Cloud Financial Services team. She brings positive energy, deep subject matter expertise, and authenticity that lends itself to our ability to engage credibly with the broader market. Her support has been invaluable -- I trust her as a partner, sounding board, mentor, and advisor. I am excited about the future of where our Financial Services practice will go, and Ulku is a big part of my enthusiasm.

**Sam Greenfield (samg) · Peer · L6 / Staff Software Engineer**
Ulku has done a great job of providing a strong voice of the customer. She has brought years of practical financial technology experience to Google. I appreciate her insights on our products and practices, and it's great to see her engage customers with their terminology and shared experiences. I hope that she can continue to do this and will continue to lead others as they work with financial firms.

**Anurag Wadehra (wadehra) · Peer · L8 / Director, Product Marketing Management**
Ulku is an excellent champion for Google Cloud in FSI community, and she should continue to build and deliver on FSI thought leadership. At the Cloud Summit in NY, FSI tracks were rated the highest with strong customer and partner participation. She led some of these sessions and engaged extremely well on how Cloud delivers impact on top industry use cases.

What's one thing you plan to do to have more impact?

👁 What you respond here is visible to **Ulku and managers**

Provide examples of what you plan to do to address this. Writing tips.

**Ulku Rowe (urowe) · Self · L8 / Principal Technical Solutions Consultant**
More focus on engineering. Partnering with engineering teams to help drive product direction. Identify particular needs of clients/industry and collaborate directly with engineering to address gaps and/or create new products.

GOOG-ROWE-00017932

**Will Grannis (wgrannis) • Manager • L9 / Director, Technical Solutions Consultant (5566)**

As Ulku continues to ramp up, it's important that she continues to balance her engagement and time across the 1:1, 1:many and Product/Eng influence. Ulku should be designing, developing, and (eventually) delivering a strategic plan for FSI that includes how other fxns (Product, Eng, Sales, Marketing, PSO, Partners, SAs, ...) contribute to our overall success. Keep thinking big!

**Ed Morris (edmorr) • Peer • L7 / Google Cloud, Sr. Account Manager III**

As our presence in Financial Services scales, I'd like to see Ulku take on a more strategic role within our key accounts in the NY market. Being the only FinServ resource in OCTO will prove challenging as our business grows, and I'd like to see Ulku build out a plan with her manager to build out a virtual OCTO FinServ team across the globe in key markets. This will allow Ulku to share her vast knowledge with a team while focusing on the critical New York market.

**Leonard Law (leonardlaw) • Peer • L6 / Product Manager III**

I've been incredibly impressed by Ulku in her short tenure here. The only advice I would give her is to remember that we are still bootstrapping the virtual organization, and her mentorship and leadership will be required to drive a unified point of view across the company. In particular, her prior experience and exposure to strategic customers should lend itself to tracking the top trends in the industry, and can be highly influential in shaping strategy across the org (GTM, product, marketing, etc.)

**Sam Greenfield (samg) • Peer • L6 / Staff Software Engineer**

Ulku is already doing this to a certain extent, but I look forward to her providing more guidance to our strategic leaders, especially as we develop new products and technologies. (To be fair, though, this is an area our entire team needs to work on as well!)

**Anurag Wadehra (wadehra) • Peer • L8 / Director, Product Marketing Management**

Due to reasons not related to her, Ulku was constrained until now in creating thought leadership content for FSI Cloud. Now that we have a dedicated marketing lead and budget for FSI, Ulku should focus on closer partnership with marketing team and convert her unique view points to market facing assets both for her keynotes as well as for rest of Cloud marketing.

## Additional feedback

[MANAGER] Overall how has Ulku performed in their role since their last review?
[PEERS] Optional - Do you have any additional comments about Ulku's performance?

👁 What you respond here is visible to **Ulku and managers**

Summarize this Googler's performance based on your interactions. Writing tips.

**Will Grannis (wgrannis) • Manager • L9 / Director, Technical Solutions Consultant (5566)**

Ulku has onboarded extremely well, and has built partnerships with Sales and Marketing that are very strong.

**Ed Morris (edmorr) • Peer • L7 / Google Cloud, Sr. Account Manager III**

Since joining the team, Ulku has been a highly visible and available resource to the Financial Services teams across Google. Ulku is always willing to assist our team in complex deal cycles; share her industry knowledge; and speak at industry events. As we craft our plan to build Financial Services into a multi-billion dollar industry, Ulku's input will be critical. Ulku has a been a fantastic addition to the team and great business partner.

**Sam Greenfield (samg) • Peer • L6 / Staff Software Engineer**

I think Ulku has done a great job of ramping up as a Noogler. I'm looking forward to working with her more!

GOOG-ROWE-00017933

# EXHIBIT C

Ulku Rowe (urowe)  |  L8 / Principal Technical Solutions Consultant                                                                2018 Q1



●●●●○   Exceeds Expectations

## Rating history

2018 Q1
●●●●○   Exceeds Expectations

2017 Q3
●●●●○   Exceeds Expectations

2017 Q1
N/A

## Rating notes

Role and Project over last 6 months: OCTO TD, moved from specialist role in FinSrv to more generalist

Impact over last 6 months [1-4 major accomplishments]:
1.) Exceeds: Her 1:many contributions significant, even by OCTO standards; she gives our outreach to markets wrt FinSrv deep credibility and interest
2.) Exceeds: She partners extremely well with the FinSrv pod in NYC, leading to citations for progress at ▉▉▉▉ and ▉▉
3.) Meets: Good engagement generally across FinSrv and Regulatory organizations
4.) Meets: Some progress with key partners: ▉▉▉▉▉▉

Support of hiring initiatives (interviewing, hiring committee, facilitation of interview training, champion calls, etc)
One of my go-to screens for leadership

One thing to improve for next rating/level:
1.) PM/Eng impact.  To date, very little engagement and/or awareness with product teams outside Leonard Law
2.) How do you create more demand for yourself?  What's the leadership moment?  Don't wait to be asked.

## Achievements and projects

  Managers, Ulku

---

1    1:1

Ulku Rowe (urowe)
Self
L8 / Principal Technical Solutions
Consultant

**Summary of my contribution**
**Customer engagements**
- High touch: ▉▉▉▉▉▉▉▉▉
- Medium touch: ▉▉▉▉▉▉▉▉▉
- Low touch: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
  ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

**Regulatory engagement**
- Working with Public Policy, G-Trust, GCP Compliance, and Cloud PM/Eng teams to create a relationship with
  the banking regulators in the US and abroad, and influencing the regulatory landscape to enable public cloud
  adoption for financial services.

- On October 30th and 31st, Public Policy, G-Trust, GCP Compliance, and OCTO hosted the first ever Financial Services Roadshow for U.S. Regulators in Washington D.C.
- During the week of March 12, the same cross functional team will host the first APAC Financial Services Roadshow for Australian and Singaporean financial services regulators.

**Tech partnerships**
- Partnerships with technology/software/market data/blockchain companies in financial services: █████
█████████████

**SI partnerships**
- ████████████████████████████████████████████

---

**Peer assessments (4)**                                                                                        ⌃

Will Grannis (wgrannis)              **Familiarity:** Very familiar
Manager
L9 / Director, Technical Solutions
Consultant (5566)

Alison Wagonfeld (awagonfeld)       **Familiarity:** Somewhat familiar
Peer                                **Role:**
L10 / Vice President, Marketing

James Tsai (jamestsai)              **Familiarity:** Somewhat familiar
Peer                                **Role:**
L6 / Product Marketing Manager III

Leonard Law (leonardlaw)           **Familiarity:** Very familiar
Peer                                **Role:**
L6 / Product Manager III

---

2    1:Many

Ulku Rowe (urowe)                  **Summary of my contribution**
Self
L8 / Principal Technical Solutions   - Working with the Financial Services Cloud Marketing team in putting together a marketing strategy for
Consultant                             financial services
                                     - Finalized **Harvard Business School** case study: *Artificial Intelligence and the Machine Learning Revolution in*
                                       *Finance:* ██████ *and the Google Cloud Platform (GCP),* ██████
                                     - Numerous keynotes and sessions at Google events and industry podiums:
                                       - ████████████████, New York City, 03/21/2018, *Financial Services Roundtable*
                                       - █████████████████, Miami Beach, 02/06/2018, *High-Performance*
                                         *Computing in the Cloud: Leveraging the Advantages of Cloud Computing to Drive New Levels of*
                                         *Performance*
                                       - ██████████ Capital Markets Offsite, 12/07/2017, *Google Cloud for Financial Services*
                                       - ████████████, Nasa-Ames Research Center, Mountain View, 12/04/2017
                                       - **World 50 Google Cloud Machine Learning Day**, Google, Sunnyvale, 11/15/2017
                                       - ███████████████████ (sponsored by Google Cloud), 11/07/2017, *Keynote*
                                       - ██████████ Barcelona, 11/05/2017, *How Cloud and AI are Redefining Financial Services*
                                       - **Google Cloud Summit Paris,** 10/19/2017, Keynote and Leader's Circle Session: Machine Learning
                                       - **Google Cloud Partners Summit Paris,** 10/18/2017, *Innovation*
                                       - ██████████, Orlando, 10/01/2017, *How Cloud and AI are Redefining Financial Services*
                                       - **Google Cloud Summit Chicago**, Navy Pier, 09/27/2017, *Keynote*

Peer assessments (4)                                                                    ⌃

Will Grannis (wgrannis)              **Familiarity:** Very familiar
Manager
L9 / Director, Technical Solutions
Consultant (5566)

Alison Wagonfeld (awagonfeld)        **Familiarity:** Somewhat familiar
Peer                                 **Role:**
L10 / Vice President, Marketing

James Tsai (jamestsai)               **Familiarity:** Very familiar
Peer                                 **Role:**
L6 / Product Marketing Manager III

Leonard Law (leonardlaw)             **Familiarity:** Very familiar
Peer                                 **Role:**
L6 / Product Manager III

---

3    PM/Eng

Ulku Rowe (urowe)                    **Summary of my contribution**
Self
L8 / Principal Technical Solutions
Consultant                           • Working very closely with Leonard Law, Financial Services PM
                                     • Looking at █████████

Peer assessments (4)                                                                    ⌃

Will Grannis (wgrannis)              **Familiarity:** Very familiar
Manager
L9 / Director, Technical Solutions
Consultant (5566)

Alison Wagonfeld (awagonfeld)        **Familiarity:** Not very familiar
Peer
L10 / Vice President, Marketing

James Tsai (jamestsai)               **Familiarity:** Not at all familiar
Peer                                 **Role:**
L6 / Product Marketing Manager III

Leonard Law (leonardlaw)             **Familiarity:** Very familiar
Peer                                 **Role:**
L6 / Product Manager III

---

4    Citizenship

Ulku Rowe (urowe)                    **Summary of my contribution**
Self                                 **Supporting women-in-technology initiatives**
L8 / Principal Technical Solutions
Consultant                           • █████████████████, Google, NYC, 03/03/2018, *Keynote*

- **Google Women's Leadership Summit,** Sunnyvale, 02/14/2018, *Attendee*
- ███████████████████, 10/04/2017, *Keynote*

**Supporting Google New York City Site**
- **Google Geo Content & Community team offsite,** 01/30/2018, *Guest speaker*
- **Wall St. to Google,** Google NYC recruiting event, 01/29/2018, *Keynote*
- **NYC Tech Leadership Offsite,** 01/26/2018, *Attendee*

### Peer assessments (3)                                                             ⌃

Will Grannis (wgrannis)
Manager
L9 / Director, Technical Solutions
Consultant (5566)

**Familiarity:** Very familiar

Alison Wagonfeld (awagonfeld)
Peer
L10 / Vice President, Marketing

**Familiarity:** Not very familiar

James Tsai (jamestsai)
Peer
L6 / Product Marketing Manager III

**Familiarity:** Not very familiar
**Role:**

---

## Developmental feedback

### What's one thing Ulku does really well and should continue doing?

👁  Managers, Ulku, Committees

Provide specific examples that describe when you observed it. Writing tips.

Ulku Rowe (urowe)
Self
L8 / Principal Technical Solutions
Consultant

Partnering with product, engineering, sales and marketing teams, to increase the Enterprise adoption of Google Cloud.

Will Grannis (wgrannis)
Manager
L9 / Director, Technical Solutions
Consultant (5566)

Ulku is one of Cloud's most credible and authentic representatives to the market (summits, keynotes, finsrv events and similar).

Alison Wagonfeld (awagonfeld)
Peer
L10 / Vice President, Marketing

Ulku has great presence with customers.  She builds confidence and is very helpful for marketing events.

James Tsai (jamestsai)
Peer
L6 / Product Marketing Manager III

Ulku is great at finding the angles and spots we might have missed in a discussion or proposal. She has a sharp critical eye and can cut through topics to clarify what is critical vs. the less important elements. For instance, when we were talking about various use cases in a large group format she was able to bring up some different stakeholders and angles of approach that we hadn't thought of.  She also ensured that things were being captured correctly so that we would have a solid follow up and output after the discussion.

Leonard Law (leonardlaw)
Peer
L6 / Product Manager III

I am incredibly fortunate to work with Ulku as she brings tremendous insight, thought leadership, and Googleyness to an industry often devoid of such topics.  She brings credibility to Google and provides solid grounding for our emerging financial services team.   Her deep understanding of our best near term revenue opportunities (e.g. grid

GOOG-ROWE-00017917

computing) are balanced against her intent to find ways for Google to differentiate. Ulku has the expertise, presence, and personality to ensure that we "go big" in financial services, but don't forget to be pragmatic.

---

What's one thing Ulku could do to have more impact?

 Managers, Ulku, Committees

Describe why you chose this and provide specific examples of how Ulku can address it. Writing tips.

| | |
|---|---|
| Ulku Rowe (urowe)<br>Self<br>L8 / Principal Technical Solutions Consultant | Continue to focus on engineering. Partnering with engineering teams to help drive product direction. |
| Will Grannis (wgrannis)<br>Manager<br>L9 / Director, Technical Solutions Consultant (5566) | Pick a specific area of the platform/technology stack to drive impact based on knowledge of market needs, enterprise customers and financial services adoption patterns. |
| Alison Wagonfeld (awagonfeld)<br>Peer<br>L10 / Vice President, Marketing | Ulku could share back to marketing her feedback about the various events she participates in so we can improve. |
| James Tsai (jamestsai)<br>Peer<br>L6 / Product Marketing Manager III | Ulku is a fantastic public speaker, and is the go-to teammate for giving presentations to any audience.  I would love to see Ulku provide some coaching and feedback to others to help them in their public speaking as well.  Perhaps a public speaking tips and tricks call with her teammates and peers across OCTO, FSI, and the field at large! |
| Leonard Law (leonardlaw)<br>Peer<br>L6 / Product Manager III | This will come as no surprise to anyone who works with her, but Ulku is spread very thin.  We could all be better served by replicating her, but failing that, it would be interesting to see the kind of impact she could make if she were to focus on a short list of key initiatives.  That said, it's not clear we have the organization scale to support this level of focus (yet). |

## Additional feedback

---

Overall how has Ulku performed in their role since their last review?

 Managers, Ulku, Committees

Describe Ulku's performance at their current level. Reference the job requirements for the level and provide specific examples about how Ulku is performing against those expectations. Writing tips.

| | |
|---|---|
| James Tsai (jamestsai)<br>Peer<br>L6 / Product Marketing Manager III | Ulku has been a tremendous sounding board for me as I have ramped in my role (FSI Marketing).  She has consistently provided critical guidance and has helped me stay on track with the key priorities.  Her comments are always insightful and useful.  She is a true pleasure to work with.  She is also someone not afraid to jump in and help, as well as helping advocate for additional resources for the team or project.  I look forward to doing more with Ulku through 2018 and beyond! |

GOOG-ROWE-00017918

# EXHIBIT D



Ulku Rowe (urowe)  |  L8 / Principal Technical Solutions Consultant                                               2018 Q3

⚫⚫⚫⚪⚪    Exceeds Expectations

## Rating history

2018 Q3                          2018 Q1                          2017 Q3                          2017 Q1
⚫⚫⚫⚫⚪  Exceeds Expectations    ⚫⚫⚫⚫⚪  Exceeds Expectations    ⚫⚫⚫⚫⚪  Exceeds Expectations    N/A

## Rating notes

Role and Project over last 6 months: time split between two roles: OCTO TD FinSrv focus (3 months) and Verticals exec for FinSrv (3 months)

Impact over last 6 months [1-4 major accomplishments]:
1.) OCTO role: Go-to person in OCTO for work with regulators and committees crafting legislation for cloud
2.) OCTO role: key contributor to top deals in FSI, incl. ▮▮▮▮▮▮▮. Also lent significant time to ▮▮▮
3.) OCTO role: Keynote presenter at numerous Cloud Summits, Leaders Circle, regional events (NYC)

Support of hiring initiatives (interviewing, hiring committee, facilitation of interview training, champion calls, etc)
1 interview last 90 days, 7 lifetime since 03/2017

One thing to improve for next rating/level:
1.) [recommend current manager provide]

## Achievements and projects

👁 Ulku, Managers

1    Financial Services vertical development

Ulku Rowe (urowe)
Self
L8 / Principal Technical Solutions
Consultant

**Summary of my contribution**
- Numerous customer engagements, globally, in forms of 1:1 executive meetings, brainstorming sessions, QBRs, EBCs, etc. Customers engaged in the last 6 months include: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
- Working very closely with Leonard Law, Financial Services PM in triaging the numerous incoming requests and prioritizing the high-impact strategic focus items for execution
- Working with the Financial Services Cloud Marketing team in putting together a marketing strategy for financial services
- Working with the ▮▮▮▮▮▮ working group contributing to Google Cloud's ▮▮▮▮▮▮ strategy

- On-boarded Stephan Murer, an ex-CTO at ▮▮▮▮▮, based in Zurich, as a part-time contract resource. He's focusing on cloud adoption in the Swiss region, European banking market and blockchain.
- Working with HR recruiting, conducting numerous interviews for the Financial Services Vertical team.
- Was transferred from OCTO to Partners and Industry Platforms mid-year. Despite high levels of uncertainty and ambiguity, and despite not being fully integrated to the group yet, continued high performance and contributions without any impact to work.

2    Industry thought leadership / Industry events

Ulku Rowe (urowe)
Self
L8 / Principal Technical Solutions
Consultant

**Summary of my contribution**
- (upcoming) ▮▮▮, Sydney, 10/22/2018, Big Issue Debate (annual banking and financial conference w 8K+ attendees. The Big Issue Debates are the four biggest sessions of the week and the only sessions that are standalone and not scheduled against other sessions. Previous participants include ▮▮▮▮▮
- (upcoming) ▮▮▮▮▮▮, New York, 09/25/2018, Breakfast Keynote: Artificial Intelligence in FIntech and Capital Markets
- ▮▮▮▮▮▮, Keynote, Google Campus, Sunnyvale, 06/19/2018 (private event for 50+ buy-side CIO/CTOs)
- ▮▮▮▮▮ Toronto, 05/09/2018, Keynote: The future of financial services, disrupt or be disrupted? (Canada's largest Payments conference)
- ▮▮▮▮▮ Paris, 04/24/2018, Keynote: The future of capital markets – disrupt or be disrupted? (world's largest Capital Markets conference)

3    Google Cloud events

Ulku Rowe (urowe)
Self
L8 / Principal Technical Solutions
Consultant

**Summary of my contribution**
- (upcoming) **Google Cloud Summit Amsterdam,** 11/28/2018, Keynote + Exec Connect
- (upcoming) **Google Cloud Summit Taipei,** 11/07/2018, Keynote + Exec Connect
- (upcoming) **Google Cloud Summit Toronto,** 09/20/2018, Keynote + Exec Connect
- **Google Cloud Summit New York,** 09/20/2018, Keynote + Financial Services Industry Panel: Capital Markets Readiness for Machine Learning and Artificial Intelligence w ▮▮▮▮▮▮ Connect Session:Transforming How You Think About Data with ▮▮▮
- **Google Cloud Summit Singapore,** 09/13/2018, Keynote + Exec Connect + Press interview w The Business Times (Singapore's #1 Business daily, on how Cloud is enabling fintech and Google's view on the sector's adoption of cloud.)
- **Google Cloud Next, San Francisco, 07/24/2018,** Google Cloud for Financial Services, Fireside chat: Delivering the Future with Google Cloud w ▮▮▮▮▮
- **Google Cloud Summit Paris,** 06/05/2018, Keynote + Exec Connect + Meeting w Analysts + Meeting w Press

4    Engagement with financial services regulators

Ulku Rowe (urowe)
Self
L8 / Principal Technical Solutions
Consultant

**Summary of my contribution**
- Working with Public Policy, G-Trust, GCP Compliance, and Cloud PM/Eng teams to create a relationship with the banking regulators in the US and abroad, and influencing the regulatory landscape to enable public cloud

GOOG-ROWE-00017886

- adoption for financial services.
- From May 30th through to June 1st, with a cross functional team, visited Hong Kong and Taiwan's key financial services regulators: █████████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████

5    Community contributions

Ulku Rowe (urowe)
Self
L8 / Principal Technical Solutions
Consultant

**Summary of my contribution**
- **Women@Google NY and** ████ **Leadership Panel & Summer Soiree,** Google NYC, 07/11/2018, Panelist
- Mentor numerous junior women across Google at various roles and geographies.
- Completed **Advanced Leadership Lab**, 3 day leadership training class in June

## People manager review
## Manager review results

This summary report shows unattributed managerial feedback. Responses for multiple choice questions are not shared if less than 3 responses are submitted. See go/use-manager-reviews for more information and find the Google average scores at go/manager-review-data.

Overall percent favorable   (?)          Responders

--                                       0 out of 1 direct reports

### Multiple choice questions (12)

| Question | Self | Direct reports | Distribution |
|---|---|---|---|
| I give actionable feedback on a regular basis | Strongly agree | | Not enough responses |
| I assign stretch opportunities to help my directs develop in their careers | Strongly agree | | Not enough responses |
| I communicate clear goals for my team | Strongly agree | | Not enough responses |
| I provide the autonomy my directs need to do their jobs (i.e., do not "micro-manage" by getting involved in details that should be handled at other levels) | Strongly agree | | Not enough responses |
| I consistently show consideration for each of my directs as a person | Strongly agree | | Not enough responses |

GOOG-ROWE-00017887

| | | |
|---|---|---|
| I keep the team focused on priorities, even when it's difficult (e.g., declining or deprioritizing other projects) | Strongly agree | Not enough responses |
| I regularly share relevant information from my manager and senior leadership | Strongly agree | Not enough responses |
| I have had meaningful discussions with my directs about their career development in the past six months | Strongly agree | Not enough responses |
| I have the technical expertise (e.g., technical judgment in Tech, selling in GBO, accounting in Finance) required to effectively manage my directs | Strongly agree | Not enough responses |
| My actions show that I value perspectives my directs bring to the team, even if they are different from my own | Strongly agree | Not enough responses |
| I make tough decisions effectively (e.g., decisions involving multiple teams, competing priorities) | Strongly agree | Not enough responses |
| I effectively collaborate across boundaries (e.g., team, organizational) | Strongly agree | Not enough responses |

**Open text questions (2) - self**

Share 1-2 things you have done well as a people manager over the last cycle

- - On-boarded Stephan Murer, an ex-CTO at UBS and Credit Suisse, based in Zurich, as a part-time contract resource. He's focusing on cloud adoption in the Swiss region, European banking market and blockchain.
  - When I was transferred from OCTO to Partners and Industry Platforms mid-year, Morgan Kuhn (previously reporting to Nicholas Harteau but supporting us both) chose to move with me. After the transfer, she started supporting another Director as well and ran into some issues. Mentored and supported her thru the tough period.

Share 1-2 things you would like to improve on as a people manager over the next cycle

No response

**Open text questions (0) - reports**

No responses

**Multiple choice questions (3)**

| Question | Responders | Distribution | |
|---|---|---|---|
| Ulku enables the team to get things done (e.g., has clear vision, gives feedback, holds team accountable, makes and explains decisions, collaborates across team/organizational boundaries, has technical expertise) | 1 | Strongly agree 0%<br>Agree ▓▓▓▓▓▓▓▓ 100%<br>Neutral 0%<br>Disagree 0%<br>Strongly disagree 0% | |

GOOG-ROWE-00017888

| | | | |
|---|---|---|---|
| Ulku shows they care about the members of the team (e.g. is considerate, values their perspective, gives autonomy, creates a respectful and safe environment) | 1 | Strongly agree | 100% |
| | | Agree | 0% |
| | | Neutral | 0% |
| | | Disagree | 0% |
| | | Strongly disagree | 0% |

| | | | |
|---|---|---|---|
| If necessary, Ulku is willing to make unpopular decisions to maintain business objectives, even if uncomfortable for individuals on the team | 1 | Strongly agree | 0% |
| | | Agree | 100% |
| | | Neutral | 0% |
| | | Disagree | 0% |
| | | Strongly disagree | 0% |

**Open text questions (2)**

Share 1-2 things Ulku has done well as a people manager over the last cycle

<center>No responses</center>

Share 1-2 things Ulku could improve on as a people manager over the next cycle

<center>No responses</center>

## Developmental feedback

What's one thing Ulku does really well and should continue doing?

👁 Ulku, Managers, Committees

Provide specific examples that describe when you observed it. Writing tips.

| | |
|---|---|
| Ulku Rowe (urowe)<br>Self<br>L8 / Principal Technical Solutions Consultant | Deep understanding of the Financial Services industry and how to grow our cloud business in that space. |
| Will Grannis (wgrannis)<br>Manager<br>L9 / Director, Technical Solutions Consultant (5566) | Ulku is very customer focused, and is always looking for ways to reduce Google complexity as it shows up to the customer. She's repeatedly jumped into some complex FSI relationships and found a way to get Google coordinated and show up more as "One Google"...not an easy thing to do given how fast we are growing. |
| Leonard Law (leonardlaw)<br>Peer<br>L6 / Product Manager III | Ulku is an incredible partner – she combines tremendous domain expertise and credibility with a strong bent towards innovation in a Googley package. She is always a helpful sounding board to make sure we are focusing on the right customers, segments, and use cases. I couldn't ask for a better colleague who is both enjoyable to work with, but also provides deep insight and judgement to the space. |

What's one thing Ulku could do to have more impact?

👁 Ulku, Managers, Committees

Describe why you chose this and provide specific examples of how Ulku can address it. Writing tips.

| | |
|---|---|
| Ulku Rowe (urowe) | Right now my ability to have more impact is limited by organizational support and enablement. I already interviewed |

GOOG-ROWE-00017889

Self
L8 / Principal Technical Solutions
Consultant

for the Financial Services Lead role, waiting for decision.

Will Grannis (wgrannis)
Manager
L9 / Director, Technical Solutions
Consultant (5566)

Ulku has obvious and strong people management abilities; we (Google) should find a way for her to transition to a more impactful people manager role vs primarily IC.

Leonard Law (leonardlaw)
Peer
L6 / Product Manager III

Scale - Ulku is constantly torn in multiple directions and is an incredibly valuable resource for events and customer engagements. Unfortunately, this means that she is not always empowered to engage in our internal strategy discussions, where should could be a tremendous asset and ally. As we scale up the team, Ulku should have more bandwidth to carve out to help lead our strategy.

## Additional feedback

Indicate how often Ulku demonstrated these attributes over the last review period. See GBO attributes for details.

👁 Ulku, Managers

Note: Ulku will be able to see your attributed responses to this survey, but anonymized peer feedback will only be shared with the subject if they receive three or more peer responses

| Responder | Execution | Googleyness | Leadership | Presence | Problem solving | Thought leadership |
|---|---|---|---|---|---|---|
| Ulku Rowe (urowe) Self L8 / Principal Technical Solutions Consultant | Often | Always | Always | Always | Always | Always |
| Leonard Law (leonardlaw) Peer L6 / Product Manager III | Always | Always | Always | Always | Always | Always |

GOOG-ROWE-00017890

# EXHIBIT E

Ulku Rowe (urowe)  |  L8 / Principal Technical Solutions Consultant                              2019 Q1

●●●○○   Exceeds Expectations

## Achievements and projects

👁  What you respond here is visible to **peers you chose to provide feedback and managers**

1. Financial Services vertical development

**Ulku Rowe (urowe) • Self • L8 / Principal Technical Solutions Consultant**
**Summary of my contribution**
- Numerous customer and partner engagements, globally, in forms of 1:1 executive meetings, brainstorming sessions, QBRs, EBCs, etc. Customers/partners engaged in the last 6 months include: ███████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
- Continued to work closely with Leonard Law, Financial Services PM, in triaging the numerous incoming requests and prioritizing the high-impact strategic focus items for execution
- Worked with the Financial Services Cloud Marketing team in putting together a marketing strategy for financial services
- Oversaw Stephan Murer, an ex-CTO at ███████████ based in Zurich, as a part-time contract resource. He's focusing on cloud adoption in the Swiss region, European banking market and blockchain.
- Continued to work with HR recruiting, conducting numerous interviews for the Financial Services Vertical team

Peer assessments (6)                                                                                          ∧

**Albert Sanders (albertsanders) • Peer • Public Policy and Government Relations Counsel**
**Familiarity:** Somewhat familiar
**Role:** Cloud Public Policy

**Behnaz Kibria (bkibria) • Peer • Public Policy and Government Relations Senior Counsel**
**Familiarity:** Somewhat familiar
**Role:** Public policy lead on US financial services issues.

**Ed Morris (edmorr) • Peer • L7 / Head of Google Cloud Sales**
**Familiarity:** Somewhat familiar
**Role:** Head of Sales, Financial Services

**James Tsai (jamestsai) • Peer • L6 / Product Marketing Manager III**
**Familiarity:** Very familiar
**Role:** FSI Marketing Lead

**Leonard Law (leonardlaw) • Peer • L6 / Product Manager III**
**Familiarity:** Very familiar
**Role:** Financial Services PM Lead

**Xabier Ormazabal (xormazabal) • Peer • L7 / Senior Product Marketing Manager**
**Familiarity:** Somewhat familiar

2. Industry Thought Leadership / Industry Events

**Ulku Rowe (urowe) • Self • L8 / Principal Technical Solutions Consultant**

**Summary of my contribution**

- (upcoming) **SEB Financial Summit,** Stockholm, 03/07/2019, Keynote: Powerful Intelligence, the world at a crossroads (private event hosted by SEB chairman Jacob Wallenberg for business executives (CEO/CFO/CIO) from leading European companies)
- (upcoming) **GARP Risk Convention,** New York, 02/26/2019, Fireside Chat: Opportunities and Risks Posed by Cloud Computing and Emerging Technologies
- **Machine Byte**, 02/22/2019, press interview: Machine Learning in Financial Services
- **Google Cloud Blog,** 01/07/2019, Blog post: 5 ways financial services organizations will move faster in the cloud in 2019 (link)
- **MIT Technology Review Insights,** 12/21/2018, Whitepaper: With machine learning, conservative financial industry shows its progressive side (link)
- **Financial Executives International,** Boston, 12/12/2018, Keynote: Cloud and AI are transforming businesses and the workplace --disrupt or be disrupted?
- **The Business Times**, Singapore, 11/12/2018, Article: Democracy in the banking sector (link)
- **Sibos,** Sydney, 10/24/2018, Big Issue Debate: Disruption in the payments landscape (annual banking and financial conference with 8K+ attendees.)
- **Financial Times -  Financial Leaders Dinner Forum**, Sydney, 10/24/2018, Panel: The Big Tech Age: Who Will Shape the Future of Financial Services?

Peer assessments (6)                                                                                              ⌃

**Albert Sanders (albertsanders) • Peer • Public Policy and Government Relations Counsel**
**Familiarity:** Somewhat familiar
**Role:** Cloud Public Policy

**Behnaz Kibria (bkibria) • Peer • Public Policy and Government Relations Senior Counsel**
**Familiarity:** Not at all familiar

**Ed Morris (edmorr) • Peer • L7 / Head of Google Cloud Sales**
**Familiarity:** Somewhat familiar
**Role:** Head of Sales, Financial Services

**James Tsai (jamestsai) • Peer • L6 / Product Marketing Manager III**
**Familiarity:** Very familiar
**Role:** FSI Marketing Lead

**Leonard Law (leonardlaw) • Peer • L6 / Product Manager III**
**Familiarity:** Somewhat familiar
**Role:** Financial Services PM Lead

**Xabier Ormazabal (xormazabal) • Peer • L7 / Senior Product Marketing Manager**
**Familiarity:** Somewhat familiar

3. Google Cloud Events

**Ulku Rowe (urowe) • Self • L8 / Principal Technical Solutions Consultant**
**Summary of my contribution**

- **Google Cloud Day Istanbul,** 12/19/2018, Keynote + Press interviews local TVs, newspapers and magazines + customer meetings + meeting with central bank execs
- **Google Cloud Summit Amsterdam,** 11/28/2018, Keynote + Exec Connect + customer meetings
- **Google Cloud Next, London,** 10/10/2018, Leaders Circle Panel: Workplace Transformation with G Suite, with Airbus, ITV, Manchester City Council + Press interview with Financial Times w Tariq + customer meetings
- **Google Cloud Summit Toronto,** 09/20/2018, Keynote + Exec Connect Session: Cloud for Enterprise Businesses with Scotiabank + customer meetings

Peer assessments (6)                                                                                    ^

Albert Sanders (albertsanders) • **Peer** • **Public Policy and Government Relations Counsel**
**Familiarity:** Somewhat familiar
**Role:** Cloud Public Policy

Behnaz Kibria (bkibria) • **Peer** • **Public Policy and Government Relations Senior Counsel**
**Familiarity:** Very familiar
**Role:** Public policy lead for US financial services issues

Ed Morris (edmorr) • **Peer** • **L7 / Head of Google Cloud Sales**
**Familiarity:** Not at all familiar
**Role:** Head of Sales, Financial Services

James Tsai (jamestsai) • **Peer** • **L6 / Product Marketing Manager III**
**Familiarity:** Somewhat familiar
**Role:** FSI Marketing Lead

Leonard Law (leonardlaw) • **Peer** • **L6 / Product Manager III**
**Familiarity:** Somewhat familiar
**Role:** Financial Services PM Lead

Xabier Ormazabal (xormazabal) • **Peer** • **L7 / Senior Product Marketing Manager**
**Familiarity:** Very familiar
**Role:** Former stakeholder, when I was leading Regional Marketing in EMEA, based in London

4. Engagement with Financial Services Regulators

Ulku Rowe (urowe) • **Self** • **L8 / Principal Technical Solutions Consultant**
**Summary of my contribution**

- Working with Public Policy, G-Trust, GCP Compliance, and Cloud PM/Eng teams to create relationships with the banking regulators in the US and abroad, and influencing the regulatory landscape to enable public cloud adoption for financial services.
- Invited by ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ to join the Fintech Advisory Group.

Peer assessments (6)                                                                                    ^

Albert Sanders (albertsanders) • **Peer** • **Public Policy and Government Relations Counsel**
**Familiarity:** Very familiar
**Role:** Cloud Public Policy

Behnaz Kibria (bkibria) • **Peer** • **Public Policy and Government Relations Senior Counsel**

**Familiarity:** Very familiar
**Role:** Public Policy lead for US financial services issues

Ed Morris (edmorr) • **Peer** • **L7 / Head of Google Cloud Sales**
**Familiarity:** Somewhat familiar
**Role:** Head of Sales, Financial Services

James Tsai (jamestsai) • **Peer** • **L6 / Product Marketing Manager III**
**Familiarity:** Not very familiar
**Role:** FSI Marketing Lead

Leonard Law (leonardlaw) • **Peer** • **L6 / Product Manager III**
**Familiarity:** Very familiar
**Role:** Financial Services PM Lead

Xabier Ormazabal (xormazabal) • **Peer** • **L7 / Senior Product Marketing Manager**
**Familiarity:** Not at all familiar

---

5. Community Contributions

Ulku Rowe (urowe) • **Self** • **L8 / Principal Technical Solutions Consultant**
**Summary of my contribution**

- (upcoming) **Women in IT awards,** New York, 28/03/2018, facilitated Google Cloud's sponsorship.
- (upcoming) **Women Techmakers International Women's Day Summit,** Google, NYC, 03/03/2018, Fireside chat moderator,  with Rebecca Minkoff
- Mentor numerous junior women across Google at various roles and geographies.

Peer assessments (6)                                                                           ^

Albert Sanders (albertsanders) • **Peer** • **Public Policy and Government Relations Counsel**
**Familiarity:** Somewhat familiar

Behnaz Kibria (bkibria) • **Peer** • **Public Policy and Government Relations Senior Counsel**
**Familiarity:** Somewhat familiar

Ed Morris (edmorr) • **Peer** • **L7 / Head of Google Cloud Sales**
**Familiarity:** Somewhat familiar
**Role:** Head of Sales, Financial Services

James Tsai (jamestsai) • **Peer** • **L6 / Product Marketing Manager III**
**Familiarity:** Not very familiar
**Role:** FSI Marketing Lead

Leonard Law (leonardlaw) • **Peer** • **L6 / Product Manager III**
**Familiarity:** Somewhat familiar
**Role:** Financial Services PM Lead

Xabier Ormazabal (xormazabal) • **Peer** • **L7 / Senior Product Marketing Manager**
**Familiarity:** Not at all familiar

GOOG-ROWE-00017952

People manager review
Manager review results

## Self & Reports

This summary report shows unattributed managerial feedback. Responses for multiple choice questions are not shared if less than 3 responses are submitted. See go/use-manager-reviews for more information and find the Google average scores at go/manager-review-data.

Overall percent favorable  ⑦          Responders

--                                                    1 out of 1 direct reports

| **Multiple choice questions (12)** | | | |
|---|---|---|---|
| Question | Self | Direct reports | Distribution |
| I give actionable feedback on a regular basis | Strongly agree | | Not enough responses |
| I assign stretch opportunities to help my directs develop in their careers | Agree | | Not enough responses |
| I communicate clear goals for my team | Strongly agree | | Not enough responses |
| I provide the autonomy my directs need to do their jobs (i.e., do not "micro-manage" by getting involved in details that should be handled at other levels) | Strongly agree | | Not enough responses |
| I consistently show consideration for each of my directs as a person | Strongly agree | | Not enough responses |
| I keep the team focused on priorities, even when it's difficult (e.g., declining or deprioritizing other projects) | Agree | | Not enough responses |
| I regularly share relevant information from my manager and senior leadership | Strongly agree | | Not enough responses |
| I have had meaningful discussions with my | Agree | | Not enough responses |

GOOG-ROWE-00017953

directs about their career development in
the past six months

| | | |
|---|---|---|
| I have the technical expertise (e.g., technical judgment in Tech, selling in GBO, accounting in Finance) required to effectively manage my directs | Strongly agree | Not enough responses |
| My actions show that I value perspectives my directs bring to the team, even if they are different from my own | Strongly agree | Not enough responses |
| I make tough decisions effectively (e.g., decisions involving multiple teams, competing priorities) | Strongly agree | Not enough responses |
| I effectively collaborate across boundaries (e.g., team, organizational) | Strongly agree | Not enough responses |

**Open text questions (2) - self**

Share 1-2 things you have done well as a people manager over the last cycle

- • Helped build out the Financial Services Vertical team
  - Oversaw Stephan Murer, an ex-CTO at UBS and Credit Suisse, based in Zurich, as a part-time contract resource. He's focusing on cloud adoption in the Swiss region, European banking market and blockchain.

Share 1-2 things you would like to improve on as a people manager over the next cycle

No response

**Open text questions (0) - reports**

No responses

## Manager

**Multiple choice questions (0)**

| Question | Responders | Distribution |
|---|---|---|

**Open text questions (0)**

No responses

GOOG-ROWE-00017954

## Developmental feedback

What's one thing you do really well that you plan to continue doing?

👁 What you respond here is visible to **managers**

Provide examples that describe when you did this. Writing tips.

**Ulku Rowe (urowe)** • **Self • L8 / Principal Technical Solutions Consultant**
Deep understanding of the Financial Services industry and how to grow our cloud business in that space.

**Adam Berlew (aberlew)** • **Peer • L8 / Director, Product Marketing Management**
Ulku has been a great partner traveling the World to speak at Summits and other important marketing events. She puts thought into all her presentations. She is an impressive facilitator of many panels that she has led.

**Albert Sanders (albertsanders)** • **Peer • Public Policy and Government Relations Counsel**
Ulku has been and continues to be an SME on whom the cloud public policy team relies for engagement with Financial Services Regulators across the globe. She is a critical partner in identifying opportunities, developing strategy, and creating content that resonates with this key group of stakeholders. Her substantive depth, attention to detail, compelling presentation style, and interpersonal skills make her incredibly effective -- and they are a key part of why she is such an invaluable asset to our team. She's effectively leveraged her industry relationships and substantive expertise to not just unlock sales opportunities, but also influence the broader environment and that will pay dividends for the business moving forward.

**Behnaz Kibria (bkibria)** • **Peer • Public Policy and Government Relations Senior Counsel**
Ulku can communicate difficult concepts simply. In that way, she is a unicorn to those of us in the policy world who need to help regulators and policymakers understand issues that are far outside what they know. She combines that with a grace that allows people to open up and ask questions and express thoughts. In fact, my earliest memory of working with Ulku was during a "regulator roadshow" in DC in which, after a long session of presentations to the regulators by others on the team, Ulku took the mike and simply asked the regulators what they were thinking about and what kinds of issues they faced. Something in her demeanor and the open-ended, non-judgmental way of engaging them really got the conversation going freely for the first time in the day.

**Ed Morris (edmorr)** • **Peer • L7 / Head of Google Cloud Sales**
Ulku is an ambassador for Google Cloud to the Financial Services Industry. I'd like to see her continue working with regulatory bodies to understand Cloud and it's potential in transforming the industry.

**James Tsai (jamestsai)** • **Peer • L6 / Product Marketing Manager III**
Willingness to collaborate and jump in. Ulku is always open to helping out in marketing events and activities, without fanfare and with an open mind. She is always on top of things, builds her own hard-hitting presentations, and requires minimal prep. Ulku is the consummate professional, we are lucky to have her as one of the prominent faces of FSI at Google Cloud.

**Leonard Law (leonardlaw)** • **Peer • L6 / Product Manager III**
Ulku is an incredible asset to the team that marries deep technical expertise, industry experience, and Googleyness (not easy to find in Financial Services) into a single package. The result is an incredible Googler who is equally comfortable talking with marquee customers (up to C-level), with regulators/public officials, and, of course, internally. She simultaneously conveys a vision of innovation and business transformation with our customers, but keeps it balanced against the critical core requirements that we have internally to fulfill our aspirations. She is a delight to work with, and an inspiration for our customers.

**Xabier Ormazabal (xormazabal)** • **Peer • L7 / Senior Product Marketing Manager**
Ulku really knows how to connect with exec audiences. She has been a strong supporter of Regional Marketing events in EMEA (Cloud Summits, ▓▓▓▓▓▓▓ etc.), lending her talents, gravitas and passion to educating prospects and customers on the capabilities of Google Cloud for financial services. Ulku is a highly sought after speaker, and generates engagement and excitement with our target audiences, through her great industry knowledge and excellent communication and presentation skills.

What's one thing you plan to do to have more impact?

👁 What you respond here is visible to **managers**

Provide examples of what you plan to do to address this. Writing tips.

**Adam Berlew (aberlew) • Peer • L8 / Director, Product Marketing Management**

Ulku and the rest of the OCTO team are spread thin as we leverage them for many events. More input from Ulku on where they feel most effective investing their time will help us leverage her and the team to the best of their ability.

**Albert Sanders (albertsanders) • Peer • Public Policy and Government Relations Counsel**

One area that is lacking in our FinServ engagement is compliance and marketing collateral. It would be great for Ulku to continue working with relevant teams to help fill this gap. Additionally, the Cloud Public Policy team will grow from 5 FTEs to 22 FTEs over the next several months. It's a long overdue resource deployment and we're excited about working with Ulku to identify additional opportunities for partnership and engagement on behalf of this key vertical.

**Behnaz Kibria (bkibria) • Peer • Public Policy and Government Relations Senior Counsel**

The instances in which we have worked closely have been very successful. An example is the fantastic panel that Ulku led during the NY Summit in 2018 in which we experimented with the additional of a regulator -- in that case, ███████████████ - to a panel of customers talking about AI/ML. Scott was a strong advocate of using AI/ML for fraud detection within ██████ and brought a very unique user, rather than regulator, perspective to the discussion. It was refreshing to see a regulator in that role and sent a strong signal to the audience about the extent to which regulators could be expected to embrace the technology. I would urge Ulku to continue to look for other -- and even more creative – outlets for collaboration with policy. This is a space where we can set the bar in terms of thought leadership.

**Ed Morris (edmorr) • Peer • L7 / Head of Google Cloud Sales**

Ulku needs to scale a global team in critical markets who can act in a similar capacity. Ulku is one person and we will never scale if we don't build out a team.

**James Tsai (jamestsai) • Peer • L6 / Product Marketing Manager III**

One opportunity for Ulku to have more impact is in written thought leadership. It would be great to work with Ulku on a series of white papers and other collateral across the key segments and solution areas / Google differentiators.

**Leonard Law (leonardlaw) • Peer • L6 / Product Manager III**

Ulku occupies an interesting and somewhat ambiguous role today. Compounded with the reality that she is constantly in high demand means she is pulled in dozens of directions all the time. Giving her space and mandate to focus on a more discrete set of priorities would allow us to see even greater impact.

**Xabier Ormazabal (xormazabal) • Peer • L7 / Senior Product Marketing Manager**

From my perspective in regional marketing, as a generalist (not focused on any particular industry) - it is always super valuable to have Ulku come in and deliver content that speaks so clearly to our fin serv customers. But I find that we are not always "sustaining" the message beyond specific events. It would be great to see how Ulku can extend her thought leadership further, through additional channels to support business growth.

## Additional feedback

Indicate how often you demonstrated these attributes over the last review period. See GBO attributes for details.

👁 What you respond here is visible to **managers**

Note: This summary report shows your self-assessment and manager's assessment. Anonymized feedback from your peers is also included if three or more peers submitted responses

| Response | Rarely | Sometimes | About half the time | Often | Always | No response |
|---|---|---|---|---|---|---|
| Execution | | | | P P P | S P P P | |
| | | | | | P | |

GOOG-ROWE-00017956

| Response | Rarely | Sometimes | About half the time | Often | Always | No response |
|---|---|---|---|---|---|---|
| Googleyness | | | | P | S P P P / P P P | |
| Leadership | | | | P P | S P P P / P P | |
| Presence | | | | | S P P P / P P P P | |
| Problem solving | | | | P P P P | S P P | |
| Thought leadership | | | | | S P P P / P P P P | |

[Manager] Overall how has Ulku performed in their role since their last review?
[Peers] [Optional] Do you have any additional comments about Ulku's performance?

Self **S**    Peer **P**    Manager **M**

👁 What you respond here is visible to **Ulku and managers**

Summarize Ulku's performance based on your interactions. Writing tips.

**Behnaz Kibria (bkibria) • Peer • Public Policy and Government Relations Senior Counsel**
Ulku is one of the most valuable partners for policy -- she can engage policymakers effectively, she can understand policy implications of product issues and vice versa, and she is always willing to stop and share her thoughts on policy matters.  I look forward to continuing to work with her as we deepen our efforts to support the financial services vertical.

**Xabier Ormazabal (xormazabal) • Peer • L7 / Senior Product Marketing Manager**
Always enjoy collaborating with Ulku, and I really enjoy hearing from her vast "outside in" industry view perspective. It really helps us build credibility in the market, and make sure we are not only leading with a Google centric message.

CONFIDENTIAL

# EXHIBIT F



Ulku Rowe (urowe)  |  L8 / Principal Technical Solutions Consultant

2019 Q3

Exceeds Expectations

## Rating history

**2019 Q3**
Exceeds Expectations

**2019 Q1**
Exceeds Expectations

**2018 Q3**
Exceeds Expectations

**2018 Q1**
Exceeds Expectations

**2017 Q3**
Exceeds Expectations

**2017 Q1**
NA

## Rating notes

[NEED VERTICAL FEEDBACK]

Role description (50 words): Spent half of the period in vertical team, half in octo.  Spends most time representing Google externally and with financial services clients

Key accomplishments with data, metrics - the "what" (200 words, get input from the Googler if needed, be specific, reference KRs when applicable):
Obj: Team (how did the OCTO make OCTO and Cloud better?)
-Hiring: key interviewer, and coach for candidates
Obj: Co-innovation (how did the OCTO make a material difference with strategic brands either as swarmer or primary?)

Obj: Market shaping (how did the OCTO engage with the market to share ideas and opinions?)
-blog on libra
-podiums: retail vision 2019 (peer bonus)
Obj: Product Strategy (how did the OCTO contribute to our Google product strategy?)
-

Critical behaviors that helped the Googler deliver effectively - the "how":
-inspires followership

Why not higher: no discernible product, large co-innovation brand, team impact
Why not lower: very important contributions to external thought leadership

GOOG-ROWE-00017919

# EXHIBIT G



## Rating notes

(Apr 3, 2020) MESSAGE FROM THE PERF TEAM: The mid-year 2020 Perf cycle was deferred due to COVID-19. As a result, all employees who were rating eligible have been assigned "Not Applicable." This employee's Perf manager had proposed a rating of "Consistently Meets Expectations" before we took this step, though we have no way to know if the rating was calibrated in a resolution session or not. While the Perf manager's rating will not be formally recorded as a mid-year 2020 outcome, we have noted that rating here for reference. Some teams and/or managers were unable to start or complete Perf; the rating here should be treated as a draft performance indicator, not an official Perf rating, given the extenuating circumstances. Learn more.

Role description (50 words): Overview of the role

Key accomplishments with data, metrics - the "what" (200 words, get input from the Googler if needed, be specific, reference KRs when applicable):
Obj: Team (how did the OCTO make OCTO and Cloud better?)
Obj: Co-innovation (how did the OCTO make a material difference with strategic brands either as swarmer or primary?)
Obj: Market shaping (how did the OCTO engage with the market to share ideas and opinions?)
Obj: Product Strategy (how did the OCTO contribute to our Google product strategy?)

Critical behaviors that helped the Googler deliver effectively - the "how": (150 words, top 3 attributes demonstrated and specific example of each)

Rating against expectations (100 words, there must be at least two OCTO peer reviews for every OCTO, and at least one non-OCTO peer review):

Proposed rating: Use "Consistently Meets Expectations" as a starting point for each rating. Use the info you provided above to adjust the rating up or down.

Why not higher and why not lower: Think, "why not higher?" and "why not lower?" to justify your final rating.

Feedback sources consulted: Who else provided feedback on the Googler (e.g., peers reviews, other managers, etc.)?

[For people managers only] (50 words) Please link any PDP and/or OKRs for a direct report of the manager if the resource may be provide additional context to the overall situation and score.

[For people managers only] Incorporate people manager performance (100 words max):
Provide a brief summary of people manager performance, including any additional info to further contextualize or clarify the score (go/pmrdashboard) and qualitative feedback (learn more at go/use-manager-reviews). If you manage a consecutive low-scoring manager, be sure to mention how they've improved since last cycle or provide context to explain the low score.

## Achievements and projects

1. Customer engagements

Ulku Rowe (urowe) • Self • L8 / Principal Technical Solutions Consultant
Summary of my contribution
- Numerous customer and partner engagements, globally, in forms of 1:1 executive meetings, brainstorming sessions, QBRs, EBCs, etc.
- Sponsor for ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Peer assessments (3)

**Behnaz Kibria (bkibria)** • **Peer** • **L7 / Government Affairs & Public Policy Senior Manager**
**Familiarity:** Not very familiar

**Leonard Law (leonardlaw)** • **Peer** • **L6 / Product Manager III**
**Familiarity:** Somewhat familiar
**Role:** FSI PM

**Ana Vasquez (vasquezmarcano)** • **Peer** • **L6 / Product Marketing Manager III**
**Familiarity:** Very familiar

2.  Thought Leadership - (Industry Events / Press / Media / Co-Innovation)

**Ulku Rowe (urowe)** • **Self** • **L8 / Principal Technical Solutions Consultant**
**Summary of my contribution**
- Contributed to multiple OCTO co-innovation themes
- **Association for Financial Markets in Europe (AFME), Capital Markets Technology and Innovation Conference**, Paris, Nov 22, 2019, Keynote address: What Are Innovators in Capital Markets Doing Well? [other keynote speaker of the day: Felix Hufeld, President of the German Federal Financial Supervisory Authority, BaFin]
- **Forbes**, The Buck Starts Here: How AI Shapes The Future Of Money, Nov 13, 2019
- **CIO Forum**, Seoul, Nov 7, 2019, Keynote
- **Waters Technology**, HFT Firm Grasshopper Taps Google Cloud for Research Platform, Sep 9, 2019
- **Vogue Spain**, What is the key to keeping your data safe in the cloud? Sep 9, 2019
- **Fortune Brainstorm Finance**, Montauk, New York, Jun 20, 2019, Tech Trends Disrupting Financial Services (video link)
- **Revolution Banking**, Madrid, Jun 13, 2019, Panel discussion
- **Tearsheet podcast,** Google's Ulku Rowe on how innovative financial services firms approach the cloud, Apr 22, 2019
- **Business Insider,** 'It's a cat-and-mouse game': The head of technology at $60 billion hedge fund Two Sigma explains why cybersecurity is a bigger challenge than AI, May 21 2019
- **SiliconANGLE theCUBE**, San Francisco, Apr 10, 2019, Ulku Rowe of Google Cloud shares what she's learned helping financial services move to the cloud (video link)
- **SEB Financial Summit**, Stockholm, Mar 7, 2019, Hosted by SEB chairman Jacob Wallenberg, Keynote: Powerful Intelligence, the world at a crossroads
- **GARP Risk Convention**, New York, Feb 26, 2019, Fireside Chat: Opportunities and Risks Posed by Cloud Computing and Emerging Technologies

Peer assessments (4)

**Behnaz Kibria (bkibria)** • **Peer** • **L7 / Government Affairs & Public Policy Senior Manager**
**Familiarity:** Somewhat familiar

**Leonard Law (leonardlaw)** • **Peer** • **L6 / Product Manager III**
**Familiarity:** Somewhat familiar
**Role:** FSI PM

**Petra Kass (petrakass)** • **Peer** • **L5 / Product Marketing Manager II**
**Familiarity:** Very familiar
**Role:** Financial Services Industry Marketing

**Ana Vasquez (vasquezmarcano)** • **Peer** • **L6 / Product Marketing Manager III**
**Familiarity:** Very familiar

GOOG-ROWE-00056247

3. Google Cloud Events

Ulku Rowe (urowe) • **Self** • **L8 / Principal Technical Solutions Consultant**
**Summary of my contribution**
- (upcoming) **Google Cloud Next**, San Francisco, April 6-8, 2019, Financial Services Industry Spotlight Panel + Leaders Circle Session: Financial Services - Industry Overview Session
- **Google Cloud Next, London**, Nov 21, 2019,  Spotlight Session: Getting the Most Out of Your Modernization Journey + Leaders Circle Panel: Workplace Transformation with G Suite
- **Google Cloud Summit Seoul**, Nov 6, 2019, Keynote
- **Google Cloud Financial Services Leaders Forum**, New York, Oct 2, 2019, Panel: Cloud as an Innovation Platform in Capital Markets
- **Google Cloud Summit Munich**, Sep 19, 2019, Keynote
- **Google Cloud Summit Paris**, Jun 18, 2019, Keynote
- **Google Cloud Summit Madrid**, Madrid, Jun 12, 2019, Keynote + Leaders Circle session
- **Google Cloud Next**, San Francisco, April 10, 2019, Leaders Circle FSI Breakout Session

Peer assessments (4)                                                                    ︿

Behnaz Kibria (bkibria) • **Peer** • **L7 / Government Affairs & Public Policy Senior Manager**
**Familiarity:** Somewhat familiar

Leonard Law (leonardlaw) • **Peer** • **L6 / Product Manager III**
**Familiarity:** Somewhat familiar
**Role:** FSI PM

Petra Kass (petrakass) • **Peer** • **L5 / Product Marketing Manager II**
**Familiarity:** Very familiar
**Role:** Financial Services Industry Marketing

Ana Vasquez (vasquezmarcano) • **Peer** • **L6 / Product Marketing Manager III**
**Familiarity:** Very familiar

4. Public Policy and Financial Services regulatory engagement

Ulku Rowe (urowe) • **Self** • **L8 / Principal Technical Solutions Consultant**
**Summary of my contribution**
- Working with Public Policy, G-Trust, GCP Compliance, and Cloud PM/Eng teams to create relationships with regulators in the US and abroad, state department, and congress, and influencing the regulatory landscape to enable public cloud adoption
- Sit on █████████████ of New York's Fintech Advisory Group
- ████████████████████████████████████████████████████████████████████████████████
  ██████████ first ever Cloud conference. Arranged Google Cloud's participation and attended as speaker
- ████████████████████████████████████████████████████████████ Represented Google Cloud
- Individual meetings with ██████████████████████████████████████████████████████████
  ███████████████████████████████████████████████
- Invited to speak at the ██████████████████████████████

Peer assessments (3)

Behnaz Kibria (bkibria) • **Peer** • **L7 / Government Affairs & Public Policy Senior Manager**
**Familiarity:** Very familiar
**Role:** US Policy Lead for Financial Services

Leonard Law (leonardlaw) • **Peer** • **L6 / Product Manager III**
**Familiarity:** Somewhat familiar
**Role:** FSI PM

Ana Vasquez (vasquezmarcano) • **Peer** • **L6 / Product Marketing Manager III**
**Familiarity:** Not very familiar

---

5. Community Contributions

Ulku Rowe (urowe) • **Self** • **L8 / Principal Technical Solutions Consultant**
**Summary of my contribution**

- (upcoming) **Women in IT awards,** New York, shortlisted in the "CTO of the Year" category
- **Girls Who Code 2019**, Google Cloud+Viacom, New York,  Jul 15, 2019, Career Story
- **Women in IT awards**, New York, Mar 28, 2019, Judge. Award presenter for Entrepreneur of the year
- **Women Techmakers IWD Summit**, Google, NYC, Mar 3, 2019, Fireside chat with Rebecca Minkoff: Building Female Founders
- Actively mentor a number of women in tech at Google

Peer assessments (3)

Behnaz Kibria (bkibria) • **Peer** • **L7 / Government Affairs & Public Policy Senior Manager**
**Familiarity:** Not very familiar

Leonard Law (leonardlaw) • **Peer** • **L6 / Product Manager III**

**Familiarity:** Not very familiar

Ana Vasquez (vasquezmarcano) • **Peer** • **L6 / Product Marketing Manager III**
**Familiarity:** Not very familiar

---

# Developmental feedback

What's one thing Ulku does really well and should continue doing?

👁 What you respond here is visible to **Ulku, managers and promotion committees**

Provide specific examples that describe when you observed it. Writing tips.

**Ulku Rowe (urowe) • Self • L8 / Principal Technical Solutions Consultant**

Deep understanding of the Financial Services industry and how to grow our cloud business in that space.

**Behnaz Kibria (bkibria) • Peer • L7 / Government Affairs & Public Policy Senior Manager**

Ulku has a keen sense of the way an audience will perceive things – whether its regulators, policymakers or customers. This makes her an ideal partner for some of the thought leadership efforts that we are undertaking in the financial services space and a great translator of our message to a diverse audience. A perfect example of this was Ulku's trip to DC to meet with stakeholders on the Hill, including Chairman Foster (House Financial Services) and Representative Loudermilk, where she was able to communicate Google's commitment to working with policymakers on untangling issues relating to AI and financial services. We need her help with more of these efforts going forward!

**Leonard Law (leonardlaw) • Peer • L6 / Product Manager III**

Ulku is tremendous at bridging Google innovation with pragmatic and conservative customer and industry realities. She is simultaneously a authoritative and credible figure from the financial services industry that can properly and effectively represent real business transformation vis a vis an engagement with Google Cloud. This is apparent in her effective engagement across all formats, including 1:1 customer discussions and briefings, media/press articles/interviews, and of course representing Google in a variety of event fora.

**Petra Kass (petrakass) • Peer • L5 / Product Marketing Manager II**

Ulku has been a trusted partner for the financial services industry marketing team in working towards educating the financial services industry through the journey of transformation and innovation via well-crafted messaging in Google and third-party events around the globe. As someone who sources speakers for multiple events, I see a high demand for big stage presenters from event organizers. When Ulku delivers her keynotes, she fully owns the big stages and energizes huge audiences. I wish I could see such talent more often as it makes the storytelling so much more impactful. She also is great at moderating panels by not only covering the most important topics, but doing it in a captivating and fun way that audiences can appreciate. I look forward to continuing our partnership.

**Ana Vasquez (vasquezmarcano) • Peer • L6 / Product Marketing Manager III**

Ulku is a role model for most of the woman in Cloud Marketing. Every time she has hosted one of our programs she has come in prepared to make the content strong enough for the audience to get excited, but relatable for the the international audience. For example she was able to create tailored content for the audience in Paris and Korea, where she was making the same point, but also help the audience to understand the content with specific call outs to the region, which was extremely helpful for the sales leadership to drive further conversations.

What's one thing Ulku could do to have more impact?

⊙ What you respond here is visible to **Ulku, managers and promotion committees**

Describe why you chose this and provide specific examples of how Ulku can address it. Writing tips.

**Ulku Rowe (urowe) • Self • L8 / Principal Technical Solutions Consultant**
I raised my hand for the Financial Services lead role in Kirstens's org, waiting on next steps.

**Behnaz Kibria (bkibria) • Peer • L7 / Government Affairs & Public Policy Senior Manager**
Have more of a mandate to engage on Financial Services regulatory and policy issues. With her engineering and financial services background, Ulku has unique credibility when talking to regulatory and policy stakeholders. I do not think that Google takes sufficient advantage of her unique strengths in this regard.

**Leonard Law (leonardlaw) • Peer • L6 / Product Manager III**
I would love if Ulku had deeper and direct engagement with product strategy and engineering. Her insights and broad interactions with customers/users would be invaluable to creating a mature industry strategy for us.

**Petra Kass (petrakass) • Peer • L5 / Product Marketing Manager II**
None at this time. Continue to have the impact she's been having.

[Optional] Private feedback for Ulku's manager.

GOOG-ROWE-00056250

What you respond here is visible to **managers**

Behnaz Kibria (bkibria) • **Peer** • **L7 / Government Affairs & Public Policy Senior Manager**
Ulku is a true partner to us in Public Policy.  If I had 1 wish for the year, it would be to have more of her time and energy in our efforts.

GOOG-ROWE-00056251

# EXHIBIT H



Ulku Rowe (urowe)  |  L8 / Principal Technical Solutions Consultant                                2020 Q3

## Rating

⬤⬤⬤◯◯   Exceeds Expectations

## Achievements and projects

👁 What you respond here is visible to **peers you chose to provide feedback and managers**

1. Customers/Co-innovation

**Ulku Rowe (urowe) · Self · L8 / Principal Technical Solutions Consultant**
**Summary of my contribution**

- ▇▇▇▇▇ co-innovation lead. ▇ deal is the largest financial services deal to date for Google Cloud, X.XB over 10 years. It is also the 2nd largest cloud deal ever. Facing off to senior ▇ business and tech leadership, lead the co-innovation workstream for the Google partnership. Google's ability to co-innovate with ▇ was one of the key enablers of the deal. Current co-innovation projects include Cash Flow Forecasting with Federated Learning and creating an Asset-as-a-Service platform for large-scale per-use equipment financing.
- Initiated a partnership with ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and local Google engineering team in Germany focusing on "Financing Industry 4.0"
- ▇▇▇▇▇ technical advisor. Working with account, engineering and partnership teams across Google to help solve critical business issues for ▇ Progress to date include use of Spanner for a consolidated trade ledger, use of BigQuery and GCP data analytics toolset for data analytics, and collaboration on a future-of-work strategy for ▇
- Technical sponsor for ▇▇▇▇▇▇▇▇▇▇
- Advisory roles for ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and others
- Numerous customer and partner engagements, globally, in forms of 1:1 executive meetings, workshops, QBRs, CECs, etc.

Peer assessments (5)                                                                          ⌄

**Will Grannis (wgrannis) · Manager · L9 / Director, Technical Solutions Consultant (5566)**
**Familiarity:** Very familiar

**Amber Wilson (amberwilson) · Peer · L4 / Communications and Public Affairs Manager I**
**Familiarity:** Somewhat familiar
**Role:** Comms collaborator

**Rohit Bhat (bhatman) · Peer · L7 / Key Account Executive**
**Familiarity:** Very familiar
**Role:** Head of Capital Markets

**Behnaz Kibria (bkibria) · Peer · L7 / Government Affairs & Public Policy Senior Manager**
**Familiarity:** Somewhat familiar
**Role:** Government Affairs and Public Policy Lead for US Financial Services

**Umesh Vemuri (uvemuri) · Peer · L9 / Global Strategic Initiatives Lead, Google Cloud**
**Familiarity:** Very familiar
**Role:** Managing Director, Global Strategic Initiatives

2. Product/Engineering

**Ulku Rowe (urowe) · Self · L8 / Principal Technical Solutions Consultant**

Summary of my contribution

- Working with Federated Learning AI product team to expand our federated learning capabilities to build a Cash Flow Forecasting solution as part of ▉ Co-Innovation work
- Working with IoT Core, Manufacturing, Data & Analytics, and ML product teams to build an Asset-as-a-Service platform as part of ▉ Co-Innovation work
- Working with Financial Services AI teams on Know-Your-Customer and AML solutions.
- Working with Databases, Data & Analytics teams to help define a data strategy for ▉
- Working with Corp Eng, Chrome, Sales and Partnerships to help define a future of work strategy for ▉
- Contribution to a number of Emerging Themes documents and author of Emerging Theme "Future of work beyond VDI"

Peer assessments (5)                                                                                    ⌄

**Will Grannis (wgrannis) · Manager · L9 / Director, Technical Solutions Consultant (5566)**
**Familiarity:** Somewhat familiar

**Amber Wilson (amberwilson) · Peer · L4 / Communications and Public Affairs Manager I**
**Familiarity:** Not very familiar

**Rohit Bhat (bhatman) · Peer · L7 / Key Account Executive**
**Familiarity:** Very familiar
**Role:** Head of Capital Markets

**Behnaz Kibria (bkibria) · Peer · L7 / Government Affairs & Public Policy Senior Manager**
**Familiarity:** Somewhat familiar
**Role:** Government Affairs and Public Policy Lead for US Financial Services

**Umesh Vemuri (uvemuri) · Peer · L9 / Global Strategic Initiatives Lead, Google Cloud**
**Familiarity:** Very familiar
**Role:** Managing Director, Global Strategic Initiatives

3. Market Shaping

**Ulku Rowe (urowe) · Self · L8 / Principal Technical Solutions Consultant**

Summary of my contribution
Google Cloud Events

- **Google Cloud Leaders Digital Forum**: Business Continuity and Resilience in Financial Services, 6/10/2020
- **Google Cloud for Financial Services in Europe: Regulator Webinar Series** (w public policy), 6/9/2020 presentation link
- **Google Cloud Next, London**, Nov 21, 2019, Spotlight Session: Getting the Most Out of Your Modernization Journey + Leaders Circle Panel: Workplace Transformation with G Suite
- **Google Cloud Summit Seoul**, Nov 6, 2019, Keynote
- **Google Cloud Financial Services Leaders Forum**, New York, Oct 2, 2019, Panel: Cloud as an Innovation Platform in Capital Markets
- **Google Cloud Summit Munich**, Sep 19, 2019, Keynote

**Industry Events**
- (upcoming) **Sibos**
- (upcoming) **Federal Financial Institutions Examination Council (FFIEC) IT Conference** speaker - Sep 1-3, 2020. FFIEC is the U.S. government interagency body composed of five banking regulators, the Federal Reserve Board of Governors (FRB), the Federal Deposit Insurance Corporation (FDIC), the National Credit Union Administration (NCUA), the Office of the Comptroller of the Currency (OCC), and the Consumer Financial Protection Bureau (CFPB).
- **Institute of International Finance** (IFF) Digital Finance Webinar - **Realizing the Digital Promise: the COVID Catalyst**, Jul 23, 2020
- **Water Technology** Webinar. **Capital Markets: What does data-driven innovation look like in 2020**? 4/28/2020, presentation link
- **FRB/CFTC/SEC Tri-Lateral Cloud Conference**: Federal Reserve Bank of New York, Security and Exchange Commission, and Commodity Futures Trading Commission's first ever Cloud conference. Speaker. Jan 22. 2020
- **Association for Financial Markets in Europe** (AFME)**, Capital Markets Technology and Innovation Conference**, Paris, Nov 22, 2019, Keynote address: What Are Innovators in Capital Markets Doing Well? [other keynote speaker of the day: Felix Hufeld, President of the German Federal Financial Supervisory Authority, BaFin]
- **CIO Forum**, Seoul, Nov 7, 2019, Keynote

**Press/Media**
- Media interview: **New York Times**, Jul 16, 2020
- Media interview: **Financial Times**, Jul 15, 2020
- **Business Insider** From Deutsche Bank to CME, Google Cloud has nabbed a string of big financial clients. Here are 3 ways it's making its pitch to win over Wall Street, Jul 15, 2020
- **American Banker,** Google adds security layer to its cloud offering, (Confidential VM product launch) Jul 14, 2020
- Media interview: **Waters Technology**, Jul 14, 2020
- **LinkedIn Article:** Wall Street to Silicon Valley: What I learned about building technology from both May 14, 2020
- **Forbes**, The Buck Starts Here: How AI Shapes The Future Of Money, Nov 13, 2019
- **LinkedIn Article:** Easy Steps to Improve Your Online Privacy and Security in 2020, Dec 26, 2019
- **Waters Technology,** HFT Firm Grasshopper Taps Google Cloud for Research Platform, Sep 9, 2019
- **Vogue Spain**, What is the key to keeping your data safe in the cloud? Sep 9, 2019

Peer assessments (5)                                                                              ⌄

**Will Grannis (wgrannis) · Manager · L9 / Director, Technical Solutions Consultant (5566)**
**Familiarity:** Very familiar

**Amber Wilson (amberwilson) · Peer · L4 / Communications and Public Affairs Manager I**
**Familiarity:** Very familiar
**Role:** Comms collaborator

**Rohit Bhat (bhatman) · Peer · L7 / Key Account Executive**
**Familiarity:** Very familiar
**Role:** Head of Capital Markets

**Behnaz Kibria (bkibria) · Peer · L7 / Government Affairs & Public Policy Senior Manager**
**Familiarity:** Very familiar
**Role:** Government Affairs and Public Policy Lead for US Financial Services

**Umesh Vemuri (uvemuri) · Peer · L9 / Global Strategic Initiatives Lead, Google Cloud**
**Familiarity:** Somewhat familiar
**Role:** Managing Director, Global Strategic Initiatives

4. Public Policy and Financial Services regulatory engagement

**Ulku Rowe (urowe) · Self · L8 / Principal Technical Solutions Consultant**
**Summary of my contribution**
- Working with Public Policy, G-Trust, GCP Compliance, and Cloud PM/Eng teams to create relationships with regulators in the US and abroad, state department, house, & senate, and influencing the regulatory landscape to enable public cloud adoption
- Represent Google at the **New York Federal Reserve  Fintech Advisory Group**
- **State Department Innovation Roundtable on the Future of Cloud,** hosted by Assistant Secretary of State Manisha Singh. Represented Google Cloud

- Individual meetings with Assistant Secretary of State Manisha Singh, Bill Foster (D-IL), Chair of the AI Task Force, House Committee on Financial Services and Barry Loudermilk (R-GA), Ranking Member, AI Task Force, House Committee on Financial Services

Peer assessments (5)                                                                                                                                           ⌄

**Will Grannis (wgrannis) • Manager • L9 / Director, Technical Solutions Consultant (5566)**
**Familiarity:** Very familiar

**Amber Wilson (amberwilson) • Peer • L4 / Communications and Public Affairs Manager I**
**Familiarity:** Not very familiar

**Rohit Bhat (bhatman) • Peer • L7 / Key Account Executive**
**Familiarity:** Not very familiar
**Role:** Head of Capital Markets

**Behnaz Kibria (bkibria) • Peer • L7 / Government Affairs & Public Policy Senior Manager**
**Familiarity:** Very familiar
**Role:** Government Affairs and Public Policy Lead for US Financial Services

**Umesh Vemuri (uvemuri) • Peer • L9 / Global Strategic Initiatives Lead, Google Cloud**
**Familiarity:** Not very familiar
**Role:** Managing Director, Global Strategic Initiatives

5. Team / Community

**Ulku Rowe (urowe) • Self • L8 / Principal Technical Solutions Consultant**

Summary of my contribution
- Member of ███████ **Advisory Board**. Introduced CapitalG to Deutsche Bank, exploring partnerships around Distributed Data Analytics, FinTech and IoT Security. Sponsoring portfolio companies ██████████ and a couple of pre-investment companies.
- Partnering with the Quantum&AI team at **GoogleX** on bringing post-quantum cryptography to market.
- Partnering with the **Payments** team on the intersection of Payments and Google Cloud for Financial Services. Have a monthly 1:1 with Felix Lin, VP of Payment Ecosystems.
- **Women in IT awards**, New York, shortlisted in the "CTO of the Year" category
- Actively mentor a number of women in tech at Google
- Mentor as part of the NBU+Payments Partnerships Mentorship Program
- Tech Promotion Committee Member

Peer assessments (5)                                                                                                                                           ⌄

**Will Grannis (wgrannis) • Manager • L9 / Director, Technical Solutions Consultant (5566)**
**Familiarity:** Very familiar

**Amber Wilson (amberwilson) • Peer • L4 / Communications and Public Affairs Manager I**
**Familiarity:** Not at all familiar

**Rohit Bhat (bhatman) • Peer • L7 / Key Account Executive**
**Familiarity:** Not very familiar
**Role:** Head of Capital Markets

**Behnaz Kibria (bkibria) • Peer • L7 / Government Affairs & Public Policy Senior Manager**
**Familiarity:** Somewhat familiar
**Role:** Government Affairs and Public Policy Lead for US Financial Services

**Umesh Vemuri (uvemuri) • Peer • L9 / Global Strategic Initiatives Lead, Google Cloud**
**Familiarity:** Not very familiar
**Role:** Managing Director, Global Strategic Initiatives

## Developmental feedback

What's one thing you do really well that you plan to continue doing?

◉ What you respond here is visible to **managers**

Provide examples that describe when you did this. Writing tips.

**Will Grannis (wgrannis) • Manager • L9 / Director, Technical Solutions Consultant (5566)**
Ulku is maybe **the most effective** Google spokesperson to the Financial Services industry (short of Ruth Porat/SVP&CFO), including all critical constituencies (customers, partners, press, media, regulators, governments). The demand she gets for her time in this capacity is overwhelming and speaks directly to her credibility and acumen (blend of technical and business).

**Amber Wilson (amberwilson) • Peer • L4 / Communications and Public Affairs Manager I**
For the past 1.5 years, I've had the pleasure to work with Ulku, who has served as a spokesperson for our media relations efforts. Out of 20+ Google Cloud spokespersons I've collaborated with during my time at Google, I'd confidently say that Ulku is one of our strongest spokespersons ever. Ulku quickly builds rapport with reporters and can explain extremely complex technology in a manner that truly resonates with reporters. In fact, we were able to land such a great feature about our confidential computing product in American Banker, all because of Ulku's ability to break down the product and discuss all of the elements in a way that the reporter truly understood. Additionally, for an interview on AI within auto industry, she helped a NYT reporter understand the basic tech foundational elements, including cloud computing and APIs. Whether it's been an on-air interview, a phoner, or in-person briefing – whether we've had weeks to prep or literally hours – Ulku has always delivered such fantastic results under pressure. Much of our FSI media success is because of her efforts – whether it's been speaking with business trades like *Business Insider*, industry outlets like *Waters Technology* or international titles like *Financial Times*.

**Rohit Bhat (bhatman) • Peer • L7 / Key Account Executive**
It is incredibly difficult to bring deep industry knowledge, blend it with technical depth, and focus on business outcomes. Ulku makes it look easy. She has played a critical role for multiple key North American Financial Services accounts, not only providing thought leadership externally, but taking the time to follow through with the internal teams and deliver on the vision. Recently, she helped the Goldman Sachs team plan and execute on a executive briefing that led to the start of a partnership to build a Consolidated Transaction Ledger on Google Cloud (first of its kind for FS). While most could have stopped there, Ulku has continued to engage with the team, brining in a wealth of company wide resources to the table in effort to help a successful deployment. She is a true asset to the OCTO team and is highly valued by mine.

**Behnaz Kibria (bkibria) • Peer • L7 / Government Affairs & Public Policy Senior Manager**
Ulku has a keen sense of the way an audience will perceive things – whether its regulators, policymakers or customers. This makes her an ideal partner for some of the thought leadership efforts that we are undertaking in the financial services space and a great translator of our message to a diverse audience. A perfect example of this was Ulku's trip to DC to meet with stakeholders on the Hill, including Chairman Foster (House Financial Services) and Representative Loudermilk, where she was able to communicate Google's commitment to working with policymakers on untangling issues relating to AI and financial services. Another great example was her ability to step in last minute to represent Google in an IIF event on digital resilience post-COVID. She truly shines in these roles and I am so glad we are getting to have more of her engagement in this function.

**Umesh Vemuri (uvemuri) • Peer • L9 / Global Strategic Initiatives Lead, Google Cloud**
**Ownership** - Ulku has been a fantastic partner on ▮▮▮▮▮▮▮▮ Ulku engaged while the "train was fully in motion" after the departure of Tais O'Dwyer. With no questions asked, Ulku took control of the Co-Development workstream and used her expertise to drive the Cash Flow Forecasting and Asset as a Service use cases. These were critical to building further trust with ▮▮▮▮▮▮ Not only did she drive the functional and technical use cases, she took ownership of the "trust" with the customer ▮▮▮▮▮ Fantastic work.

What's one thing you plan to do to have more impact?

◉ What you respond here is visible to **managers**

Provide examples of what you plan to do to address this. Writing tips.

**Will Grannis (wgrannis) • Manager • L9 / Director, Technical Solutions Consultant (5566)**

Continue to strengthen "product strategy" pillar contributions by following through on promising, on-going emerging themes (eg Future of Work) and/or connecting collaborative innovation projects (eg ▮ co-innovation) to specific and critical platform priorities (eg Federated Learning, Asset Exchange/Marketplace, similar).

**Amber Wilson (amberwilson) · Peer · L4 / Communications and Public Affairs Manager I**
While I no longer support the FSI vertical, I'd highly recommend for Ulku to continue to serve as an FSI spokesperson. As our FSI momentum continues to grow from major customer wins such as ▮▮▮▮▮▮ we'll have even more of an opportunity to evangelize cloud within the space.

**Rohit Bhat (bhatman) · Peer · L7 / Key Account Executive**
I think Ulku can make a meaningful impact partnering more closely with select field teams that represent the largest Financial services institutions, and being the glue back to the leadership team for GTM adjustments. These teams are generally looking for industry guidance and find it difficult to navigate the internal google landscape when addressing market need. Ulkus background, tenure with Google, ability to build a vision and then distill that to execution would be a welcome breath of fresh air in partnership with these teams. Furthermore, it would result in meaningful growth in the business, which today, is experiencing modest YoY growth.

**Behnaz Kibria (bkibria) · Peer · L7 / Government Affairs & Public Policy Senior Manager**
Replicate!  There is simply not enough of Ulku's time for all of the various regulatory and other engagements for which she is perfect.  It would be really useful to have a team under Ulku helping spread the unique resource she brings (i.e., technical knowledge re: cloud able to be translated for a lay audience) more broadly.

**Umesh Vemuri (uvemuri) · Peer · L9 / Global Strategic Initiatives Lead, Google Cloud**
**Build the Pattern between GSI and OCTO** - As Global Strategic Initiatives (GSI) is leading several large ($500M+) deals globally, I would like to work with Ulku to replicate the pattern applied at ▮▮▮▮▮ with all GSI deals (such as ▮▮▮▮▮▮▮▮ etc.). These are all deals that have Thomas and Rob sponsorship and we need a well-defined pattern between GSI and OCTO - and the model established on ▮▮▮▮▮▮ is a good starting point.

## Additional feedback

[Manager] Overall how has Ulku performed in their role since their last review?
[Peers] [Optional] Do you have any additional comments about Ulku's performance?

👁 What you respond here is visible to **Ulku and managers**

Summarize Ulku's performance based on your interactions. Writing tips.

**Will Grannis (wgrannis) · Manager · L9 / Director, Technical Solutions Consultant (5566)**
Ulku has clearly established herself now as the "go-to" external spokesperson for Cloud+Financial Services. Her customer contributions are trending upwards, and early, promising emerging themes and collaborative innovation projects provide clear opportunities for increasing impact with engineering.

**Amber Wilson (amberwilson) · Peer · L4 / Communications and Public Affairs Manager I**
On a personal note, it's been incredible and so inspirational to work with Ulku, as such a respectable leader within Google and the industry at-large. I

# EXHIBIT I

| team | period | period_score | team_objective_id | objective_id | objective_state | objective_title | objective_description | objective_priority | objective_team_i | objective_person | objective_score | keyresult_id | keyresult_title | keyresult_descr | keyresult_priority | keyresult_team_i | keyresult_person | keyresult_confid | keyresult_confid | keyresult_score | keyresult_scoring_notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1107570043 | 2021 Annual | | TC00769888 | C00260919 | published | Team: a great team to work on, a great team to work with, and great ambassadors of Google | | | 1107570043 | | | KR101019490 | Partnership & Teamwork: >= 50 NPS from sales and each other | | | | | | | |
| 1107570043 | 2021 Annual | | TC00769888 | C00260919 | published | Team: a great team to work on, a great team to work with, and great ambassadors of Google | | | 1107570043 | | | KR101019491 | Partnership & Teamwork: >= 20 NPS from engineering | | | | | | | |
| 1107570043 | 2021 Annual | | TC00769888 | C00260919 | published | Team: a great team to work on, a great team to work with, and great ambassadors of Google | | | 1107570043 | | | KR101019492 | Career Development: 100% of OCTOs will have an 18 month, forward-looking Career Success Plan, which is updated and reviewed with their manager at least every quarter and aggregated themes will be surfaced and discussed |
| 1107570043 | 2021 Annual | | TC00769888 | C00260919 | published | Team: a great team to work on, a great team to work with, and great ambassadors of Google | | | 1107570043 | | | KR101019493 | DEI Retention: 100% of OCTOs to be active in at least 1 mentorship or sponsorship relationship (internal or external) and to be intentional about considering people from historically excluded groups. |
| 1107570043 | 2021 Annual | | TC00769888 | C00260919 | published | Team: a great team to work on, a great team to work with, and great ambassadors of Google | | | 1107570043 | | | KR101019494 | DEI Building: 100% of OCTOs participate in at least 1 Google-sponsored effort on recruitment and hiring to help build a more representative workforce |
| 1107570043 | 2021 Annual | | TC00769888 | C00260820 | published | Collaborative Innovation: Make Collaborative Innovation Google's competitive advantage | | | 1107570043 | | | KR101019495 | Foundation: 10 Collaborative Innovation stories (including at least 2 "One Google" stories), showcasing significant technical advances or CI projects with OCTO sponsored customers, will be produced and posted on go/octo every |
| 1107570043 | 2021 Annual | | TC00769888 | C00260820 | published | Collaborative Innovation: Make Collaborative Innovation Google's competitive advantage | | | 1107570043 | | | KR101019496 | Focus: Every quarter, OCTO will review 50% of our sponsored customers in an OCTO-wide forum to sustain momentum, teamwork and CEO support and engagement |
| 1107570043 | 2021 Annual | | TC00769888 | C00260820 | published | Collaborative Innovation: Make Collaborative Innovation Google's competitive advantage | | | 1107570043 | | | KR101019497 | Follow-Through: NPS > 50 from OCTO-sponsored customers |
| 1107570043 | 2021 Annual | | TC00790144 | C00361311 | published | Technology Strategy: Champion differentiated applications of technology to disrupt the markets we compete in | | | 1107570043 | | | KR101020678 | Activate: Create and share Emerging Themes "portfolio" with Cloud CEO every 6 months |
| 1107570043 | 2021 Annual | | TC00790144 | C00361311 | published | Technology Strategy: Champion differentiated applications of technology to disrupt the markets we compete in | | | 1107570043 | | | KR101020679 | Assess: Share Emerging Themes "portfolio" with 50% of OCTO sponsored customers by EOY |
| 1107570043 | 2021 Annual | | TC00790144 | C00361311 | published | Technology Strategy: Champion differentiated applications of technology to disrupt the markets we compete in | | | 1107570043 | | | KR101020680 | Align: Share Emerging Themes "portfolio" with all Cloud product GM's organizations and select non-Cloud PA organizations |
| 1107570043 | 2021 Annual | | TC00790149 | C00361312 | published | Market Shaping: External influencers and CTOs view OCTO as a key source of community, insights and leadership | | | 1107570043 | | | KR101020686 | Clarify: Launch with Marketing, AR and PR a formal CTO Community by end of H1 2021 |
| 1107570043 | 2021 Annual | | TC00790149 | C00361312 | published | Market Shaping: External influencers and CTOs view OCTO as a key source of community, insights and leadership | | | 1107570043 | | | KR101020687 | 100% of OCTO brands are active in at least one CTO Community program by EOY 2021 |
| 1107570043 | 2021 Annual | | TC00790149 | C00361312 | published | Market Shaping: External influencers and CTOs view OCTO as a key source of community, insights and leadership | | | 1107570043 | | | KR101020688 | Amplify: 50 thought leadership pieces on platforms that disseminate OCTO thought leadership across the spectrum of technology, culture, inclusion, diversity, and business trends. |

# EXHIBIT J

Ulku Rowe (urowe)  |  L8 / Principal Technical Solutions Consultant                                    2021 Q1

## Rating

◉ ◉ ◉ ○ ○   Exceeds Expectations

## Rating notes

Role description
TD, OCTO
IC, focus on banking

Key accomplishments
**Obj: Team (*how did the OCTO make OCTO and Google better?*)**

- Worked across OCTO, Google Cloud and wider Google, to contribute to the success of Google and Googlers. Swarm on a number of OCTO accounts.
- Member of ███████ Advisory Board.
- Represent Google at the ███████ advisory board.
- Partner with the Payments team
- Co-lead of Women@NY, one of the largest Women@ chapters at Google with over 2300 members and 31 person Steering Committee
- Actively mentor a number of women in tech at Google

**Obj: Collaborative Innovation (*how did the OCTO make a material difference with strategic brands either as swarmer or primary?*)**

- ███████ co-innovation lead. Projects include Cash Flow Forecasting with Federated Learning and Asset-as-a-Service.
- ███████ technical advisor ██ attended TLS as a guest this quarter, a reflection of the strength of the relationship.
- Held innovation workshops with the Federal Reserve System in partnership with the Public Policy team.
- Swarmed on a number of co-innovation workshops with ███████ etc.
- Advisory roles for ███████ etc.

**Obj: Technology Strategy (*how did the OCTO contribute to our Google technology strategy?*)**

- Delivered the first customer facing Emerging Themes session with ███████ senior leadership.
- Swarmed on ET sessions for ███████
- Swarmer on "Beyond Spreadsheets" and "Digital Sovereignty" ETs, author of ET "Future of anywhere work"

**Obj: Market Shaping (*how did the OCTO engage with the market to share ideas and opinions?*)**

- Two CTO roundtables, one Forbes article, five keynotes ███████████████████

Why not higher, why not lower?
EE
Why not higher: impact milestones on CI with ███████ expansion
Why not lower:  top 1% of OCTOs for contributions to external Market Shaping and organizing work/relationships and delivering Impact of CI and TS.  Strong community contributions, leader in broader Google community

People manager performance (if applicable)
*No response*

Additional information (optional)
Collaborate effectively:
Strong relationships with ███████ teams. Work across Google Cloud (PM/Eng, GTM, Marketing, etc) and outside (Capital G, Area 120, Women@) to bring the best of Google to serve customers and Googlers.

Adapt to ambiguity
In both customer relationships, regulatory engagements, often walk into situations full of ambiguity and wable to walk out with trust and concrete next steps. Examples are DB, Goldman, the work we're doing with the Federal Reserve System.

Develop and empower others
Took over as co-lead of women@ NY, working on connecting, developing, and retaining female talent, creating a culture of inclusion, and making social impact in local communities.

CONFIDENTIAL                                                                    GOOG-ROWE-00079122

Achievements and projects

---

1. Customers/Co-Innovation

**Ulku Rowe (urowe) · Self · L8 / Principal Technical Solutions Consultant**

Summary of my contribution

- ▮▮▮▮▮ co-innovation lead. Current co-innovation projects include Cash Flow Forecasting with Federated Learning and creating an Asset-as-a-Service platform for large-scale per-use equipment financing.
- ▮▮▮▮ technical advisor. Working with account, engineering and partnership teams across Google to help solve critical business issues for ▮. Progress to date include use of Spanner for a consolidated trade ledger, use of BigQuery and GCP data analytics toolset for data analytics. ▮ attended Ur's Technical Leadership Summit as a guest this quarter, and shared candid experience/feedback with tech leadership —a reflection of the strength of the relationship
- Delivered an Emerging Themes session with ▮▮▮▮ leadership called Game Changers. A first in OCTO.
- Swarmed on a number of co-innovation workshops with ▮▮▮▮▮▮▮▮ etc.
- Advisory roles for ▮▮▮▮▮▮▮▮▮▮▮ etc.
- Numerous customer and partner engagements, globally, in forms of 1:1 executive meetings, workshops, QBRs, CECs, etc.

---

2. Product/Engineering

**Ulku Rowe (urowe) · Self · L8 / Principal Technical Solutions Consultant**

Summary of my contribution

- Working with Federated Learning AI product team to expand our federated learning capabilities to build a Cash Flow Forecasting as part of DB Co-Innovation work
- Working with IoT Core, Manufacturing, Data & Analytics, and ML product teams to build an Asset-as-a-Service platform  as part of DB Co-Innovation work
- Working with Financial Services AI teams on Know-Your-Customer and AML solutions.
- Working with Databases, Data & Analytics teams to help define a data strategy for ▮
- Working with Corp Eng, Chrome, Sales and Partnerships to help define a future of work strategy for ▮
- Contribution to a number of Emerging Themes documents and author of Emerging Theme "Future of work beyond VDI"

---

3. Market Shaping

**Ulku Rowe (urowe) · Self · L8 / Principal Technical Solutions Consultant**

Summary of my contribution

- Google Cloud Born-Digital Summit Fintech CTO Roundtable, Mar 25.2021
- **Deutsche Bank,** International Women's Day event, panel, Mar 8, 2021,
- **Forbes:** 6 Trends That Will Shape The Financial Services Industry In 2021, Feb 5, 2021
- **Conference of State Bank Supervisors,** The Next Generation of Streamlined Regulatory Reporting, Panelist, Feb 2, 2021
- **SEB Talks,** The pandemic's long-term effect on business, climate and leadership, Dec 15, 2020 (link)
- **Google Cloud Leaders Digital Roundtable**, Google & Federal Reserve Bank of Richmond with Google's Chief Economist Hal Varian, **Preparing for 2021 and Beyond**, Dec 3 2020
- **SIFMA Ops** Virtual Forum, Wall Street Meets Silicon Valley, Nov 4, 2020
- **Federal Financial Institutions Examination Council (FFIEC) IT Conference** speaker - Sep 1-3, 2020. FFIEC is the  U.S. government interagency body composed of five banking regulators, the Federal Reserve Board of Governors (FRB), the Federal Deposit Insurance Corporation (FDIC), the National Credit Union Administration (NCUA). the Office of the Comptroller of the Currency (OCC), and the Consumer Financial Protection Bureau (CFPB).

4. Public Policy and Financial Services regulatory engagement

**Ulku Rowe (urowe) · Self · L8 / Principal Technical Solutions Consultant**

**Summary of my contribution**

- Working with Public Policy, G-Trust, GCP Compliance, and Cloud PM/Eng teams to create relationships with regulators in the US and abroad, state department, house, & senate, and influencing the regulatory landscape to enable public cloud adoption
- Represent Google at the ███████████████ Fintech Advisory Group
- Held a series of workshops for the Federal Reserve System on how to enable internal innovation across all the Federal Reserve Banks.

5. Team / Community

**Ulku Rowe (urowe) · Self · L8 / Principal Technical Solutions Consultant**

**Summary of my contribution**

- Co-lead of Women@NY, one of the largest Women@ chapters at Google with over 2300 members and 31 person Steering Committee.
- Member of ███████ Advisory Board. Sponsoring a number of portfolio companies, and advising █████ on a number of pre-investment companies.
- Partnering with the **Payments** team on the intersection of Payments and Google Cloud for Financial Services. Have a monthly 1:1 with Felix Lin, VP of Payment Ecosystems.
- Actively mentor a number of women in tech at Google

GOOG-ROWE-00079124

# EXHIBIT K

Ulku Rowe (urowe)  |  L8 / Principal Technical Solutions Consultant                                                                     2021 Q3

## Rating

◉ ◉ ◉ ○ ○     Exceeds Expectations

## Rating notes

**Manager Reminders:**
It's a best practice to copy/paste all sections of these calibration notes into the manager feedback for the Googler -- for transparency and efficiency.
For any Googler who transferred teams or managers, or had a 20% project or bungee during the review period, previous and current managers should align on a holistic assessment.

**Role description**
No input received from Ulku, though input was requested.  Her primary responsibilities in the prior period related to evangelizing Google Cloud with financial customers and regulatory organizations and being the OCTO sponsor for two OCTO "Brands": ███████

**Key accomplishments**
OCTO OKRs

**[Foundational] Team (Meets)**
Co-chair of Women@NYC
Strong participant in DEI Mentoring

**Weight 60% - Collaborative Innovation (Meets)**
-Facilitated meetings and engagement with █ for ESG project work, Reimagining Customer Experience
-Meetings with ████████████████████

**Weight 30% - Tech Strategy (Meets w/ downward trend)**
-Facilitation of introductions and meetings where Emerging Themes were presented (acting as conduit to C-level banking customers), including █
for Blockchain/Digital Assets
-No material updates or progress on Emerging Themes (Future of Anywhere Work last updated November 2020)

**Weight 10% - Market Shaping (Strongly Exceeds)**
- Go To Market Advisor for ████████
- WSBI Innovation Forum, ████ chat with CaixaBank's CIO, Mr Pere Nebot, September, Barcelona
- Growth Profile: Why Google Cloud's Ulku Rowe Sees a Bright Transformational Future for Financial Services
  - Telefonica: whitepaper (Spanish, English) & video
  - Joint research with Coalition Greenwich
    - White paper #1: The Future of market data: Distribution and consumption through cloud and AI
    - White paper #2: Exchanges and data providers: Prioritizing the cloud and AI for internal insights.
    - Webinar, "Powering Market Data through Cloud and AI/ML."
- Pimco: Tech Forum (invitation thru PIMCO CTO, Dirk Manelski), Apr 14, 2021
- Financial Services Summit, May 5, 2021
- Google Cloud Experts program in collaboration with Telefónica

**Why not higher, why not lower?**
Rating this period: EE
Why not higher: No clear stateful sponsorship of complex CI projects, no CI stories, no progress/updates on "owned" Emerging Theme, no perf inputs (as requested)
Why not lower: 2 Brand sponsorships, facilitation of key relationships with BNY and GS, supporting tech strategy contributions in numerous ETs, strong market shaping contributions for FSI

**People manager performance (if applicable)**
*No response*

**Additional information (optional)**
*No response*

# EXHIBIT L

NADHRow1

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   ULKU ROWE,

 4                  Plaintiff,

 5            v.                            19 Civ. 8655 (JHR)

 6   GOOGLE LLC,

 7                  Defendant.             Trial

 8   ------------------------------x
                                           New York, N.Y.
 9                                         October 13, 2023
                                           9:30 a.m.
10
     Before:
11
                      HON. JENNIFER H. REARDEN,
12
                                           District Judge
13                                         -and a jury-

14                        APPEARANCES

15   OUTTEN & GOLDEN, LLP
          Attorneys for Plaintiff
16   BY:  CARA E. GREENE
          GREGORY S. CHIARELLO
17        SHIRA Z. GELFAND

18   PAUL HASTINGS LLP
          Attorneys for Defendant
19   BY:  KENNETH W. GAGE
          SARA B. TOMEZSKO
20
     Also Present:  Vincent Yang, Paralegal (Outten & Golden)
21                  Andrew Velazquez, Google Rep.
                    Jean Gutierrez, Paralegal (Paul Hastings)
22

23

24

25
```

1    A.   Here it says "Sponsorship of complex CI."  "CI" is

2    shorthand or an acronym for collaborative innovation projects.

3    These are our engineering projects that we do hand in hand with

4    customers.  So at this point, you know, no ongoing consistent

5    strong sponsorship of a project like that.  "No collaborative

6    innovation stories," meaning a success story to date.  And then

7    "no progress or even updates on the themes," these emerging

8    themes are kind of forward-looking engineering hypotheses that

9    we create in the team and then test.  At that point she had not

10   really progressed or made many updates even on the ones that

11   she owned.

12   Q.   Has Ms. Rowe made any significant engineering contributions

13   in OCTO?

14   A.   No.

15   Q.   In all of her time in OCTO, she's not made any significant

16   engineering contributions?

17   A.   I mean, not as defined by this pillar.

18   Q.   OK.

19   A.   You know, you could — you could say from a customer

20   standpoint and from a one-to-many standpoint, she has

21   definitely demonstrated thought leadership and taken very

22   complex technical topics and made them approachable to both

23   customers and broad audiences.

24   Q.   But isn't an L8 technical director at OCTO expected to make

25   engineering contributions?

# EXHIBIT M

| team | period | period_score | team_objective_i | objective_id | objective_state | objective_title | objective_descri | objective_priority | objective_team_i | objective_person | objective_score | keyresult_id | keyresult_title | keyresult_descri | keyresult_priority | keyresult_team_i | keyresult_person | keyresult_confid | keyresult_score | keyresult_scoring_notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1107757043 | 2022 Annual | | TO50911984 | O50419004 | published | Pathfinding: Activate the breadth of Google's capabilities to impact our long term business and technology strategy | | | 1107757043 | | | KR101180464 | Build and test the https://docs.google.com/document/d/1UipfN5mnMfEfNto-wqwhRE8nCboATpUtz1xTH1th8wk/edit?resourcekey=0-0rLzyAjebtTG6oAcdl91AM | | | | | | |
| 1107757043 | 2022 Annual | | TO50911984 | O50419004 | published | Pathfinding: Activate the breadth of Google's capabilities to impact our long term business and technology strategy | | | 1107757043 | | | KR101180465 | Advance 4 emerging http://go/octo-emerging-theme-portfolio | | | | | | |
| 1107757043 | 2022 Annual | | TO50911984 | O50419004 | published | Pathfinding: Activate the breadth of Google's capabilities to impact our long term business and technology strategy | | | 1107757043 | | | KR101180466 | Create and land 3 new cloud-wide OKRs | | | | | | |
| 1107757043 | 2022 Annual | | TO50911984 | O50419004 | published | Pathfinding: Activate the breadth of Google's capabilities to impact our long term business and technology strategy | | | 1107757043 | | | KR101180467 | Build an OCTO h https://docs.google.com/document/d/1gKGHu3Zq6KeVGd9dJy4Oa0j_z9QG1JZuZCTHD-aZsJk/edit?resourcekey=0-LR_8qKE3BG1UkuJZ5yQJbQ | | | | | | |
| 1107757043 | 2022 Annual | | TO50911984 | O50419004 | published | Pathfinding: Activate the breadth of Google's capabilities to impact our long term business and technology strategy | | | 1107757043 | | | KR101180468 | Pilot initiatives leading to 3 new sustainability cloud offerings | | | | | | |
| 1107757043 | 2022 Annual | | TO50911985 | O50419005 | published | Advising: Strengthen the collaborative relationships that foster trust and impact | | | 1107757043 | | | KR101180469 | NPS of 80+ from customers we work with | | | | | | |
| 1107757043 | 2022 Annual | | TO50911985 | O50419005 | published | Advising: Strengthen the collaborative relationships that foster trust and impact | | | 1107757043 | | | KR101180470 | NPS of 70+ from Alphabet engineering and product teams | | | | | | |
| 1107757043 | 2022 Annual | | TO50911985 | O50419005 | published | Advising: Strengthen the collaborative relationships that foster trust and impact | | | 1107757043 | | | KR101180471 | NPS of 80+ from Alphabet GTM teams | | | | | | |
| 1107757043 | 2022 Annual | | TO50911986 | O50419006 | published | Team: Evolve OCTO to support what Cloud needs for the next 3 years | | | 1107757043 | | | KR101180472 | Hire and land 100% of allocated HC, focusing on geo coverage and skills needed to support the success of the Applied Innovation Factory | | | | | | |
| 1107757043 | 2022 Annual | | TO50911986 | O50419006 | published | Team: Evolve OCTO to support what Cloud needs for the next 3 years | | | 1107757043 | | | KR101180473 | Land a new OCTO org design and ways of work, focusing on teamwork and success of priority initiatives | | | | | | |
| 1107757043 | 2022 Annual | | TO50911986 | O50419006 | published | Team: Evolve OCTO to support what Cloud needs for the next 3 years | | | 1107757043 | | | KR101180474 | 100% of OCTOs have a DEI commitment that is written down and updated quarterly | | | | | | |

# EXHIBIT N

# Ulku Rowe

L8 Director, Technical Solutions (11731)   urowe

---

## Assessment



Patricia Florissi
Assessment manager

### Delivery ⌃

They fully delivered on their expectations

- Ulku was nominated to represent Google on the ██████████████████████████ ████████████████████ Committee. ███
- Ulku advises strategic customers, such as advising ████████████ on their CTL (Consolidated Trade Ledger) adoption of Spanner by all businesses in capital markets as a trading platform, replacing their dependency on SecDB. Ulku advised ████████████ account team on technical and business aspects of deal renewal and strategic partnerships for a $XXXM multi-year commit.
- Ulku advised the Climate Risk Analytics project and reviewed go/octo-aif-climate-risk. This project is one of the focus areas for OCTO Sustainability's OKR. Ulku has influenced the direction of the project and provided advice on how to estimate the costs and potential revenue of the approach. Ulku helped identify potential customer collaborations and helped narrow scope of the project to work with Google MapFacts & Earth Engine data.
- Ulku submitted an Emerging Theme on Safe AI, which is becoming part of the broader AI initiative being led by gandhi@. In the month of December, Ulku authored a Trusted AI document, providing a review of key concepts and of major efforts in the area, ranging from regulations to market movement by cloud providers, enterprises and start-ups.

### Teamwork Attributes ⌃

They worked effectively with others

- Ulku promotes inclusion and belonging by leading the women@NYC ERG, the largest women@ chapter and has received broad recognition for her work. Ulku organized 15+ events supporting the community with topics across career development, financial wellbeing, and inclusion. Hosted the Women@NYC 2022 Winter Soirée: Navigating Together. In the biggest chapter event this year, close to 300 women and allies joined us in person at Pier57.
- Ulku collaborated with the Climate Risk Analytics team, fostering teamwork on priority initiatives, as per OCTO's KR 2.

### People Management (if applicable) ⌃

### Rating ⌃

Ⓢ Significant Impact

---

Patricia Florissi
1 month ago

*Rating changed to Significant Impact*

1 month ago                                                                                    ✎

*Reviewer response changed to - Yes, all looks good*

1 month ago                                                                                    ✎

*Reviewer response changed to - Yes, all looks good*

---

# EXHIBIT O

**From**:      Patricia Florissi [pflorissi@google.com]
**Sent**:      7/14/2023 1:21:09 AM
**To**:        Ulku Rowe [urowe@google.com]
**BCC**:       Patricia Florissi [pflorissi@google.com]
**Subject**:   Re: ooto for a couple of days

Ulku,

First and foremost, I hope all is well with you.

We typically ask for advance notice ahead of vacation, and definitely for an extended leave like this. I understand that you feel the need to take this amount of time now, but I do consider our work to be time sensitive. Given the unexpected nature of this leave, however,  it is critical that you provide me with a coverage plan outlining any ongoing work so we can maintain momentum and continuity with the team and our customers. Please share the link to any documents with meeting notes, commitments, engineering and PM contacts and follow throughs we may need to provide while you are out, especially any related with █████████ and █████████ Also, on responsible AI, please share any follow throughs or next steps with ████████████████████████

Please let me know if there is anything else that you need.

Thanks

Patricia Florissi, Ph.D.
Technical Director, Office of the CTO
Google Cloud


On Wed, Jul 12, 2023 at 6:12 PM Ulku Rowe <urowe@google.com> wrote:
> Hi Patricia,
> I need to take a 6-week leave starting tomorrow, and I will be using accrued time-off. I apologize that I was not able to give you more notice but nothing that I'm working on is time sensitive and we can connect when I'm back to discuss the items that you have asked about. I'll record the time off in the system, but please let me know if there is anything more I need to do with respect to documenting my time away from the office.
> Best,
> Ulku

# EXHIBIT P

📄 Annual Review 2023 for Ulku Rowe (urowe)

# Ulku Rowe  515396

L8  Technical Solutions Leadership IC (9446) • urowe • Google • Employee – Permanent • Active

Manager: Patricia Florissi • pflorissi

---

## Annual Assessment

<span style="color:green">Submitted on Jan 8, 2024.</span>

Submitted by: **Patricia Florissi**

 **Not Enough Impact**

**What was the Googler's progress on expectations and the resulting business impact over the review period?**

A:   O1-KR1:

Ulku works with ████████████ and ████████ █ has executed new agreement (June/2023) to accelerate consumption and long term growth. Susan Ciambra provided feedback that Ulku has been acting as an advisor and was "extremely helpful in regards to GS senior management's concern regarding GCP's Operational Resiliency & Compliance."

01-KR2: Ulku worked on the go/raiaas with larissasuzuki@. pflorissi@ provided feedback February/2023. It is not clear this document has been updated since.

Expectation E1 aimed at identifying FSI and non-FSI customers to focus and identify key areas of opportunities. Ulku did not identify any non-FSI customers to collaborate with and maintained the same FSI customers Ulku had been working with prior year. Ulku identified "data&analytics" as area of opportunity and for ██ Ulku pointed out "Consolidated Transaction Ledger (Spanner) CTL, Global counterparty risk (BigQuery), and consolidated operational data stores" as specific projects.

Ulku provided no artifacts that explain/justify why "data&analytics", which new technologies would be adopted, and which customer demands/requirements would be addressed. For ██, some of the projects mentioned, CTL, are long-running projects for a couple of years. It is unclear which new information has been learned, why new customers were not explored, why "data&analytics" was identified.

**To what extent did the Googler deliver on their expectations?**

A:   Did not deliver on their expectations

**How did the Googler demonstrate teamwork attributes to drive impact?**

A:   02-KR1: Started collaboration with pablorr@ and considered working on "AI for Policymakers".

Ulku leads the Women@NYC ERG chapter and was asked to interview Google's CFO.

There is limited collaboration with other OCTO team members (e.g., Lara) and limited (if any) engagement on OCTOs team meetings/community.

Missed opportunity to educate OCTOs on Trusted AI and in establishing herself as a SME.

Expectation E2 aimed at advancing Google Cloud's position on Trusted AI and an area of focus in 2023 for Google. Besides doc with larissasuzuki@ February/2023, there is no other material progress on the topic. During Q2 check-inn, Ulku mentioned her focus to be "self-education given the industry shift towards Generative AI". There are no artifacts/sharing on any insight. During H1/2023, OCTO team members came together to learn and socialize learnings on GenAI, create and give presentations, internally and externally, and be a good teammate by lifting others as they lifted themselves in this topic. There are no specific contributions or impact that can be related to her self-education, no presentations given, no major participation in the learning sessions and no major strides that may have been made towards creating material collaborations across Google or with customers on the topic.

**To what extent did the Googler demonstrate teamwork attributes to drive impact?**

A:   Partially demonstrated teamwork attributes

**If the Googler was a people manager during the review period, describe their performance relative to <a href="http://go/managerresponsibilities" target="_blank" rel="noopener" aria-label="opens manager responsibilities link in a new tab">Manager Responsibilities</a>**

A:   *Not specified*

**To what extent did the Googler fulfill their responsibilities as a people manager?**

A:   *Not specified*

Select the most accurate and fair rating that reflects the Googler's performance as summarized above

A:   Not Enough Impact

**Explain why this rating is an accurate and fair representation of the Googler's impact**

A:
Review period 1/1/23-to-7/10/23.

No material advance against expectations.

E1: Ulku worked with ▓▓▓▓▓▓▓▓ and ▓▓▓▓▓▓▓ ▓ executed a new agreement (June/2023) to accelerate consumption and long term growth. Ulku provided some advice, however, no indication of owning/leading innovation/technical/business strategies to differentiate Google Cloud. Identified Data & Analytics as an area for differentiating Google Cloud, but with no specific topics/justification/rationale. No artifacts produced.

E2: Ulku had a huge opportunity to lead Trusted/Responsible AI at a time Google Cloud needed to establish itself as a leader. No indication of leading/influencing/shaping technical projects/vision/opinion or collaboration with eng/PM. Two documents created (one with larissasuzuki@), which do not seem to have been updated since February/March-2023.

The absence of artifacts makes the verification of activities/contributions/impact extremely challenging/impossible. The need to produce artifacts to demonstrate process/rationale/progress/conclusions was made clear at Q4/2022-Support-Check-in, team meetings/1:1s.

No evidence of driving OKRs as "domain expert"; of forward thinking/innovative approaches to anticipate/address Google's most challenging/deepest new customer/partner problems; of developing solutions with no precedents; of exercising mastery of translating commercial business models/needs into solutions. Some evidence of early ideas with limited action taken.

---

## Resolution Session 1                                                                    Unknown

**OCTO Resolution Sessions - TLS + SWE/TSL + non SWE Role Profile + Other**

Session Lead(s)
 Patty Buckley    Will Grannis

Reviewer 1
Jen Bennett                              👍 Looks good

Reviewer 2
Eric Schenk                              🕐 Awaiting review

Reviewer 3
Patricia Florissi                        🕐 Awaiting review

Reviewer 4
Antoine Larmanjat                        🕐 Awaiting review

Reviewer 5
Patty Buckley                            🕐 Awaiting review

Reviewer 6
Brett Slatkin                            🕐 Awaiting review

Reviewer 7
Kawaljit Gandhi                          👍 Looks good

---

 **Patricia Florissi**
144 days ago

Rating changed to Not Enough Impact

 **Kawaljit Gandhi**
144 days ago

Looks good

I'm supportive and agree with the rating and Patricia's notes, I believe Ulku's performance could have benefited from greater participation in some key initiatives. As AIW lead, I observed the following instances where Ulku's absence impacted collaboration and team progress: 1. Safety (Trust) AI Working Group: Ulku initially requested a meeting reschedule but ultimately did not attend, despite expressing interest in being involved. I followed up with her with notes and a 1:1 which didn't resolve the issue. 2. Gretel.AI customer meeting synthetic and safe data: Ulku neither confirmed nor declined attendance for a critical customer meeting, requiring adjustments and hindering smooth interaction. 3. Ulku proposed early last year while timely and relevant theme regarding "Safety/Trust for AI models" particularly for LLMs, it wasn't fully explored due to limited engagement. This lack of progress prompted us to re-evaluate our level of involvement with Cloud AI and the cross-functional team.

 **Jen Bennett**
141 days ago

Looks good

Lacking evidence to support the expectation for advancing multiple complex projects with customers and/or product initiatives. Limited evidence of advisory role with ▮▮▮▮▮▮▮▮▮, but lacking evidence to support L8 impact. Lacking evidence to support expectation of advancing key areas/innovative approaches to customers in industry as domain expert. Lacking evidence to support expectation of driving forward thinking and innovative approaches to anticipate and address challenges/opportunities for Google Cloud. Some evidence of early ideas but no action taken on those early ideas to achieve impact. Noted leadership of Women@NYC as part of evaluating "partially demonstrating teamwork attributes". Lacking evidence to support L8 level teamwork within OCTO.

---

**Addendum note to Googler (optional)**                                               Submitted

A:    *Not specified*

# EXHIBIT Q



ulkurowe • Follow
Pier 26 Boathouse

ulkurowe Last days of summer...
36w

Ülkücüm üsküdara geri mi döndün ?
8w  Reply  See translation

Güzellikler
35w  2 likes  Reply  See translation

Hamden'a giderseniz ben de gelirim. Çok merak ediyorum.
36w  Reply  See translation

iyisiniz iyisiniz sağlam kafa sağlam vücutta bulunur...
36w  2 likes  Reply  See translation

79 likes
September 17, 2023

Add a comment...



# EXHIBIT R



ulkurowe • Follow
Original audio

ulkurowe On May 4th, 2024 I embarked on an incredible journey to Everest Base Camp.

The early days of the hike were marked by breathtaking landscapes with every step bringing us closer to the heart of the Himalayas.

As we continued to ascend, the challenges grew steeper, but so did the rewards. The higher we climbed, the more magnificent the scenery became, the colder it got, and the thinner the air became. Every step took our breath away, literally and figuratively.

Hiking to Everest Base Camp was an extraordinary journey of physical endurance and mental resilience. It pushed me to my limits and helped me discover new strengths within myself.

As Sir Edmund Hillary, the first person to summit Mount Everest, said, "It's not the mountain we conquer, but ourselves."

@sayga.travel @gurukafa #Everestbasecamp
Edited · 1w

Tam senlik hareket :) salimen döndüğüne de sevindim, hikayeleri dinlemek lazım ◎
1w    1 like    Reply    See translation
—— View replies (1)

Wow. Life changing. Congrats
1w    1 like    Reply
—— View replies (1)

Harikasın 👏👏😍
1w    1 like    Reply

AMAZING 😍 👏
1w    1 like    Reply

Çok müthiş. 👏👏👏
1w    1 like    Reply    See translation

Nasıl yani ekibi toplamadan mı gittin tek başına
1w    1 like    Reply    See translation

Harika olmuş 👏👏👏🔥
1w    1 like    Reply    See translation

101 likes
May 17

Add a comment...

# EXHIBIT S



ulkurowe ✓ • Follow
ODTÜ Kültür ve Kongre Merkezi

ulkurowe ✓ A few weeks ago, I got to spend two amazing days at @metu_odtu with @tedxmetuankara. Great institution, wonderful event, super bright young minds, incredible energy and warmth!

Bütün ekibe sevgilerimle ❤️🖤🤍

@aysensahinaysen, @rumeysabilik, @hayalersin, @kaanakbas52, @beeyza_atess
4d  See translation

⬤  _____ ✓ Ne güzel bir tanış, tecrübe, armağan oldu bize ❤️
3d  1 like  Reply  See translation
       View replies (2)

⬤  _____ Sizinle tanışmak bu sürecin en güzel ve unutulmaz anılarından biri oldu. İyi ki bizimleydiniz 😊🙏
3d  1 like  Reply  See translation
       View replies (1)

⬤  _____ Sizinle iki gün boyunca vakit geçirmek bizim için de unutulmaz ve keyif doluydu🙏😎
4d  1 like  Reply  See translation
       View replies (1)

⬤  _____ Feeling blessed and honored 🙏😊
4d  1 like  Reply
       View replies (1)

⬤  _____ Sizinle tanışmak çok güzeldi, çok güzel anılar bıraktınız bizlere 😊
4d  2 likes  Reply  See translation

⬤  _____ • ❤️🎧⭕
3d  1 like  Reply

⬤  _____ Wonderful Ulku!! ❤️
4d  1 like  Reply

⬤  _____ Supersin superrrrrr👌❤️
4d  1 like  Reply

⬤  _____ • 👏👃👄❤️
4d  1 like  Reply

♡  ○  ◁                                    🔖

133 likes
4 days ago



**ulkurowe** ✓ • Follow
Boğaziçi Üniversitesi

**ulkurowe** ✓ On Sunday, I was at my beloved school, Bo Pazaraziçi University. What an honor to attend the Summit of Leading Women in Science and Technology years after graduating.

Thank you very much for the invitation young people, it was nice to see you again. @mry.clk @buec.swes @buecieee

Note: Extra thanks to the engineering students and the staff of Bo extraaziçi University who greeted me through back doors, basement floors with a secret service professionalism among the protesters who have nothing to do with us but prevented me from entering the convention hall! 😊❤️😎
Edited • 3w   See original

___ Davetimizi kırmayıp geldiğiniz için çok teşekkürler Ülkü Hanım sizle birlikte olmak bizler için çok büyük bir mutluluktu 🥹
3w   1 like   Reply   See translation
    —— View replies (1)

___ Seninle gurur duyuyorum canim dostum ❤️🥰
3w   1 like   Reply   See translation
    —— View replies (1)

___ Bizim için unutulmaz bir tecrübeydi Ülkü Hanım. Sizle tanıştığımız için çok mutluyuz, biz teşekkür ederiz 🙏
3w   1 like   Reply   See translation
    —— View replies (1)

___ Gururumuzsun ❤️ 💿
3w   1 like   Reply   See translation
    —— View replies (1)

___ 👏👏👏👏
3w   1 like   Reply

___ Organizasyonda emeği geçen herkesi Tebrik ederim.
3w   1 like   Reply   See translation

___ 👏👏👏👏👏👏
3w   1 like   Reply

♡ ♡ ⊕ ⊽                                          ⊡

**132 likes**
May 1

Add a comment...



# tedxmetuankara
## ODTÜ Kültür ve Kongre Merkezi



> "Bu dava sadece benim mücadelem değil, aynı zamanda cinsiyet ayrımcılığına maruz kalmış her kadının hikayesini yansıtan ayna."

 ulkurowe ● • Follow
ODTÜ Kültür ve Kongre Merkezi



ulkurowe ● ODTU youth muthis! You gave me energy, you gave me hope 💗 The future is in safe hands. Dear @hayalersin who accompanied me for two days, dear @rumeysabilik, who managed the planning process professionally for months, and all the young people on the team, thank you all a thousand for a wonderful organization and warm hospitality! @tedxmetuankara

4w   See original



tkinliğimize katılarak ve bu iki günü bizlerle geçirerek hem onurlandırdınız hem de bir o kadar da mutlu ettiniz bizleri. Gerçekleşen bir hayaldi sizi aramızda görmek... Sizi tanıma fırsatını elde ettiğimiz için çok şanslı ve minnettarız. Bu bir ilkti fakat umuyorum ki son bir araya gelişimiz olmaz 🙏 TEDxMETUAnkara ekibi adına tüm emekleriniz için size çok teşekkür ederiz. 😊💗

4w   2 likes   Reply   See translation

—— View replies (1)

Harika bir konuşmaydı. Bir eğitimci olarak beni en çok etkileyen kısmı kendinize belirlediğiniz Everest'e tırmanma hedefiydi. Öğrencilerime hep "tırmanacak dağı olanın gözüne uyku girmez" diyorum. Bundan sonra sizin hikayenizi de anlatacağım.

4w   4 likes   Reply   See translation

—— View replies (1)

Kadın olarak yaşadığımız zorluklarda sesimiz oldunuz yol uzun sorun çok siz ve sizle birlikte bu yolda mücadele eden her herkese teşekkür ederim başarılar dilerim

4w   1 like   Reply   See translation

—— View replies (1)

Bu iki günü sizinle geçirmek benim için çok özel bir deneyimdi. Umarım farklı yerlerde, tekrar sizinle görüşme fırsatı bulabiliriz. Bizim için her daim savaştığınızı bilmek çok güzel. Her şey için çok teşekkür ederim🫶

4w   2 likes   Reply   See translation

—— View replies (1)

 💗❤️

4w   1 like   Reply

 💜🔘

4w   1 like   Reply

yiki geldiniz, sizi dinlemek çok özeldi😍😍

4w   1 like   Reply   See translation

162 likes
April 28

 Add a comment...



ulkurowe ✓ · Follow
İstinye Üniversitesi SEM

ulkurowe ✓ It was so inspiring to be with the engineering students and industry participants at the "DEFTECH SUMMIT'24". Loved the energy!

Thank you to @isuquantumdynamics and @emiinedaghan for their invitation.
#DeftechSummit24 #IQD
4w

Muhteşemsin ❤️💧◎
4w  1 like  Reply  See translation

⸻ View replies (1)

❤️ masallah
4w  Reply

❤️❤️❤️
4w  1 like  Reply

💧💧
4w  1 like  Reply

◎◎◎
4w  1 like  Reply

Liked by yeliz.yesilbas and others
April 26





**ulkurowe** ✓ • Follow

**ulkurowe** ✓ Repost from @ulukayaceyda
•

It has a meaning that we meet with Ulkü Rowe, who works as the Director of Financial Technologies at Google at the Board of Directors of the Women's Association on the "Women's Power for the Future" summit; She herself achieved a great victory on behalf of the future of women by winning the lawsuit she filed against the tech giant Google on the grounds of gender-based discrimination, including pay inequality. Both the 4-year lawsuit process and their experiences after the decision are both lessons.

"Aslında böyle bir dava açmak zorunda kalmak başlı başına üzücü. O yüzden buruk bir sevinç yaşadım. Bunu özellikle davadan sonra gelen tebrik mesajlarında yoğun bir şekilde hissettim; çünkü bu mesajların içinde yine çok üzücü hikayeler var. Beni tebrik ediyorlar çünkü onlar da aynı şeyleri yaşamış. Diyorlar ki bizim de başımıza geldi, biz yapamadık. Siz yaptınız, bize umut oldunuz. Ve bunlar, her seviyeden kadın mesajları. Yolun başındakinden CEO'suna kadar" diyor.

When he expressed his discomfort on this matter before things reached the lawsuit stage, he always received the same response: "No problem, no problem, no problem. We checked it out, didn't see any problem. If these problems were not ignored and fixed, I would have already said thank you and continued. I didn't go on this road with the intention of filing a lawsuit. "

And most importantly, "I have hope for my future," she adds: "Because I believe that as women we move forward with every step each of us takes. That's why I want this case to be a instructive moment in terms of both Google and all companies in the technology field, and in fact in Turkey and the world, in terms of the place of women in the business life. "

Link in story!

22w  See original

21w  Reply  ⬛⬛ 👏👏❤️

21w  Reply  See translation  ⬛⬛ Mutlu seneler ülkücüm

22w  1 like  Reply  ⬛⬛ 👏👏👏👏

22w  1 like  Reply  ⬛⬛ • ❤️

22w  2 likes  Reply  ⬛⬛ • 👏 @ulkurowe @yonetimkurulundakadin

113 likes
December 22, 2023

Add a comment...