UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ULKU ROWE, | |
| Plaintiff, | |
| -v.- | |
| GOOGLE LLC, | |
| Defendant. | |

19 Civ. 8655 (JHR)

AMENDED ORDER OF
REFERENCE TO A MAGISTRATE
JUDGE

JENNIFER H. REARDEN, District Judge:

This action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____
All such motions: _____

☐ General Pretrial & Dispositive Motions (all purposes except trial)

☒ Specific Non-Dispositive Motion/Dispute: **ECF No. 361 Motion for Attorneys' Fees and Costs,** *see* **ECF No. 411 at 43 (granting motion and referring "for a determination regarding the appropriate amount of such costs and fees").**

☐ Settlement

☐ Habeas Corpus

☐ Social Security

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

SO ORDERED.

Dated: April 3, 2026
        New York, New York

_____
JENNIFER H. REARDEN
United States District Judge