UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ULKU ROWE,

                Plaintiff,                     Case No. 1:19-cv-08655-JHR-JW

    v.

GOOGLE LLC,

                Defendant.

## MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Pursuant to Rule 1.4(b) of the Local Rules of the U.S. District Court for the Southern District of New York, the undersigned attorney, Kaveh Dabashi, moves for an order permitting his withdrawal as counsel in the above-captioned matter due to his departure from Paul Hastings LLP on May 22, 2026. Withdrawal of Mr. Dabashi as counsel will not prejudice any party and he is not asserting any retaining or charging liens. Kenneth W. Gage and Sara B. Tomezsko of Paul Hastings LLP will remain as counsel and will continue to represent Defendant Google LLC in this matter.

WHEREFORE, the undersigned respectfully requests an order permitting the withdrawal of his appearance in this case.

Dated: May 22, 2026

Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 420 and to terminate Kaveh Dabashi from the list of active counsel in this case.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: May 26, 2026

PAUL HASTINGS LLP

*Kaveh Dabashi*
Kaveh Dabashi
Kenneth W. Gage
Sara B. Tomezsko
200 Park Avenue
New York, NY 10166
(212) 318-6000

*Counsel for Defendant Google LLC*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2026, a copy of the foregoing *Motion to Withdraw Appearance of Counsel* was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

Dated: May 22, 2026

_____
Kaveh Dabashi