UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ULKU ROWE,<br><br>                          Plaintiff,<br><br>               -v.-<br><br>  GOOGLE LLC,<br><br>                          Defendant. | |

19 Civ. 8655 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

On May 1, 2026, Defendant Google LLC filed a Motion for Release of Bond Obligation and a Motion to Take Judicial Notice. *See* ECF Nos. 414-417. Plaintiff's deadline to respond to the motions was May 15, 2026. *See* S.D.N.Y. Local Civ. R. 6.1(b). Because Plaintiff did not respond, on May 20, 2026, the Court directed Plaintiff to "show good cause in writing," by May 26, 2026, "why these motions should not be deemed unopposed" or "the motions w[ould] be considered fully briefed." ECF No. 419. Plaintiff has not filed any response.

Google LLC's unopposed Motion to Take Judicial Notice, ECF No. 416, and unopposed Motion for Release of Bond Obligation, ECF No. 414, are hereby GRANTED. Pursuant to *In re Nassau County Strip Search Cases*, 783 F.3d 414, 417-18 (2d Cir. 2015) (granting motion "for a continuation of the temporary stay but without the depositing of monies or the posting of a bond"), the Court exercises its discretion to waive the supersedeas bond required under Federal Rule of Civil Procedure 62(b). Google has "demonstrated the existence of [] funds, 'available for the purpose of paying judgments without substantial delay or other difficulty,'" *see* ECF No. 415, and Plaintiff has "offer[ed] no evidence to the contrary." *In re Nassau County*, 783 F.3d at 418; *see Rivera v. Home Depot U.S.A. Inc.*, No. 16 Civ. 7552 (KBF), 2018 WL 3105069, at *2-3 (S.D.N.Y. June 25, 2018) (granting motion for stay of enforcement of judgment without bond because the defendants had "extremely deep pockets," "there [was] virtually no risk that plaintiff

would be unable to collect on the judgment if it [was] ultimately affirmed," and "[p]laintiff ha[d] not provided any evidence to suggest that [defendants] would be unable or unwilling to satisfy the judgment in the event it [was] affirmed").

The Clerk of Court is directed to terminate ECF Nos. 414 and 416.

SO ORDERED.

Dated: June 22, 2026
New York, New York

JENNIFER H. REARDEN
United States District Judge

2