**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ULKU ROWE, | |
| Plaintiff, | Civ. Action No. 19-cv-08655-JHR |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Ulku Rowe and

Defendant Google LLC (collectively, the "Parties"), through their undersigned attorneys, in

consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of

this action.


Dated: July 16, 2026

*Attorneys for the Plaintiff*

By: _____
OUTTEN & GOLDEN LLP
Cara E. Greene
Gregory S. Chiarello
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000

*Attorneys for Google LLC*

By: _____
PAUL HASTINGS LLP
Sara B. Tomezsko
Kenneth Gage
200 Park Avenue
New York, NY 10178-0600
Phone: (212) 318-6000